Bonny E. Sweeney (SBN 176174)
Seth R. Gassman (SBN 311702)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
Email: bsweeney@hausfeld.com
sgassman@hausfeld.com

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARKIN COMMUNITY HOSPITAL, on behalf of itself and all others similarly situated,<br>Plaintiff,<br>v.<br>INTUITIVE SURGICAL, INC.,<br>Defendant. | Civil Action No. 3:21-CV-03825-VC |
| FRANCISCAN ALLIANCE, INC. and KING COUNTY PUBLIC HOSPITAL DISTRICT NO. 1 (DBA VALLEY MEDICAL CENTER)<br>Plaintiffs,<br>v.<br>INTUITIVE SURGICAL, INC.,<br>Defendant. | Civil Action No. 3:21-cv-05198-VC |
| KALEIDA HEALTH, on behalf of itself and all others similarly situated,<br>Plaintiff,<br>v.<br>INTUITIVE SURGICAL, INC.,<br>Defendant. | Civil Action No. 3:21-cv-05266-VC |

United States District Court
Northern District of California

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CONSOLIDATION OF RELATED ACTIONS**

Pursuant to Federal Rule of Civil Procedure 42, Plaintiffs in the above-captioned cases (collectively, "Class Plaintiffs"), and Defendant Intuitive Surgical, Inc. ("Intuitive"), stipulate as follows:

WHEREAS, on May 20, 2021, Plaintiff Larkin Community Hospital ("Larkin") filed an action (Case No. 3:21-cv-03825-VC) on behalf of a proposed class of hospitals and other health care providers that purchased or leased Defendant Intuitive Surgical, Inc.'s da Vinci Surgical Robot System ("da Vinci") and related parts and services for alleged violations of the antitrust laws (the "*Larkin* Action");

WHEREAS, on June 17, 2021, this Court entered an order granting Larkin's administrative motion to relate its case to *Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc.* (Case No. 3:21-cv-03496-VC), a case brought by Surgical Instrument Service Company, Inc. ("SIS") against Intuitive, its competitor, for similar alleged violations of the antitrust laws (the "*SIS* Action");[1]

WHEREAS, on July 6, 2021, Plaintiffs Franciscan Alliance, Inc. ("Franciscan") and King County Public Hospital District No. 1, d/b/a Valley Medical Center ("Valley Medical") filed an action (Case No. 3:21-cv-05198-VC) (the "*Franciscan* Action") on behalf of slightly different classes[2] for essentially the same violations of the antitrust laws alleged in the *Larkin* Action;

WHEREAS, on July 8, 2021, Plaintiff Kaleida Health ("Kaleida") filed an action (Case No. 3:21-cv-05266-VC) (the "*Kaleida* Action") on behalf of the same class as the Plaintiff in

[1] *See SIS* Action, Dkt. No. 19.

[2] The *Franciscan* complaint includes two classes. *Franciscan* Compl. ¶ 172.

*Larkin* for the same alleged violations of the antitrust laws as both the *Larkin* Action and the *Franciscan* Action;

WHEREAS, on July 27, 2021, the Court entered an order relating both the *Franciscan* Action and the *Kaleida* Action with the *SIS* Action as well;[3]

WHEREAS, Class Plaintiffs and Intuitive, by and through their respective counsel, have conferred and agree that consolidation of the above-captioned actions is appropriate under Fed. R. Civ. P. 42(a) because they involve common questions of law or fact, including that they are all brought on behalf of the same or similar putative class or classes, name the same common defendant, arise from the same alleged conduct and assert overlapping claims;

WHEREAS, Class Plaintiffs and Intuitive agree that neither this stipulation nor any resulting consolidation of these actions will waive or prejudice in any respect their legal claims, defenses, or rights;

NOW THEREFORE, Class Plaintiffs and Intuitive, through their respective counsel, hereby stipulate as follows:

1. The *Larkin* Action, *Franciscan* Action and *Kaleida* Action are hereby consolidated for all purposes up to and through trial pursuant to Fed. R. Civ. P. 42(a) (hereafter, the "Consolidated Action").

2. Plaintiffs will file a Consolidated Amended Complaint by September 10, 2021.

3. All papers filed in the Consolidated Action must be filed under Case No. 3:21-cv-03825-VC, the number assigned to the first filed case in the Consolidated Action.

4. The case file for the Consolidated Action will be maintained under Master File No. 3:21-cv-03825-VC. All papers filed in this Consolidated Action or in any related action

---

[3] *See, e.g.*, *Kaleida* Action, Dkt. No. 10.

subsequently consolidated herein shall bear the identification "Lead Case No. 3:21-cv-03825-VC," and shall bear a caption conforming to the specifications provided below in Paragraphs 6 and 7.

5. An original of this Order shall be filed by the Clerk in the Master File and in the files for every action subsequently consolidated herein.

6. The Clerk shall serve a copy of this Order on all counsel of record.

7. Every pleading filed in connection with the Consolidated Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION** | **Lead Case No. 3:21-cv-03825-VC** |
| **THIS DOCUMENT RELATES TO:** | |

8. When a pleading or other filing is intended to be applicable to all cases in the Consolidated Action, the words "All Actions" shall appear immediately after or below the words "THIS DOCUMENT RELATES TO:" in the caption set forth above. When a pleading or other filing is intended to be applicable to less than All Actions in the Consolidated Action, the separate caption and docket number for each individual action to which the pleading is intended to be applicable shall appear immediately after or below the words "THIS DOCUMENT RELATES TO:" in the caption described above.

9. The following related cases will be administratively closed:

- *Franciscan Alliance, Inc., et al. v. Intuitive Surgical, Inc.*, Case No. 3:21-cv-05198-VC (N.D. Cal., filed July 6, 2021); and

- *Kaleida Health v. Intuitive Surgical, Inc.*, Case No. 3:21-cv-05266-VC (N.D. Cal., filed July 8, 2021)

10. This Court requests the assistance of counsel in calling to the attention of the Clerk of this Court any action filed on behalf of a proposed class of plaintiffs that is related to the Consolidated Action pursuant to Civil Local Rule 3-12 and is subsequently filed in or transferred to this Court (a "Tag-Along Action").

11. Attorneys not admitted to practice in this District must move for admission *pro hac vice* in this litigation. However, admission *pro hac vice* in one action that is a part of the Consolidated Action is sufficient, even if representing plaintiffs in more than one such action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: 08/20/2021

Respectfully Submitted,

Jeffrey J. Corrigan (appearance *pro hac vice*)
Jeffrey L. Spector (appearance *pro hac vice*)
Icee N. Etheridge (appearance *pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com
jspector@srkattorneys.com
ietheridge@srkattorneys.com

*/s/Bonny E. Sweeney*
Bonny E. Sweeney (SBN 176174)
Seth R. Gassman (SBN 311702)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: bsweeney@hausfeld.com
sgassman@hausfeld.com

Michael J. Boni
Joshua D. Snyder (appearance *pro hac vice*)
John E. Sindoni (appearance *pro hac vice*)
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

Brent W. Landau (appearance *pro hac vice*)
Gary I. Smith, Jr. (appearance *pro hac vice*)
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: 215-985-3270
Fax: 215-985-3271
Email: blandau@hausfeld.com
gsmith@hausfeld.com

*Counsel for Plaintiffs Larkin Community Hospital, Kaleida Health and the Proposed Class*

Kevin Bruce Love (*pro hac vice* forthcoming)
Michael E. Criden (*pro hac vice* forthcoming)
Lindsey Grossman (*pro hac vice* forthcoming)
CRIDEN & LOVE, P.A.
7301 SW 57th Court, Suite 515
South Miami, FL 33143
Tel: 305-357-9010
Fax: 305-357-9050
Email: klove@cridenlove.com
mcriden@cridenlove.com
lgrossman@cridenlove.com

Kimberly A. Justice (*pro hac vice* forthcoming)
Jonathan M. Jagher (*pro hac vice* forthcoming)
FREED KANNER LONDON & MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
Tel: 610-234-6487
Fax: 224-632-4521
Email: kjustice@fklmlaw.com
jjagher@fklmlaw.com

William H. London (*pro hac vice* forthcoming)
Douglas A. Millen (*pro hac vice* forthcoming)
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, #130
Bannockburn, IL 60015
Tel: 224-632-4500
Fax: 224-632-4521
Email: blondon@fklmlaw.com
dmillen@fklmlaw.com

*Counsel for Plaintiff Larkin Community Hospital and the Proposed Class*

Howard Langer (*pro hac vice* forthcoming)
Edward Diver (*pro hac vice* forthcoming)
Peter Leckman (CA Bar No. 235721)
LANGER, GROGAN & Diver, P.C.
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: 215-320-0876
Fax: 215-320-5703
Email: hlanger@langergrogan.com
ndiver@langergrogan.com
pleckman@langergrogan.com

W. Joseph Bruckner (appearance *pro hac vice*)
Brian D. Clark (appearance *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: 612-339-6900
Fax: 612-339-0981
Email: wjbruckner@locklaw.com
bdclark@locklaw.com

William J. Leonard (*pro hac vice* forthcoming)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102-2101
Tel: 215-665-3000
Fax: 215-665-3165
Email: William.leonard@obermayer.com

Eric L. Cramer (*pro hac vice* forthcoming)
BERGER MONTAGUE
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3009
Email: ecramer@bm.net

*Counsel for Plaintiff Kaleida Health and the Proposed Class*

Benjamin D. Brown (SBN 202545)
Daniel McCuaig (appearance *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., Suite 500
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699
Email: bbrown@cohenmilstein.com
dmccuaig@cohenmilstein.com

Judith A. Zahid (SBN 215418)
Heather T. Rankie (SBN 268002)
James S. Dugan (SBN 325565)
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Tel: 415-693-0700
Fax: 415-693-0770
Email: jzahid@zelle.com
hrankie@zelle.com
jdugan@zelle.com

Manuel J. Dominguez (appearance *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Jennifer Duncan Hackett (appearance *pro hac vice*)
ZELLE LLP
1775 Pennsylvania Avenue, NW, Suite 375
Washington, DC 20006
Tel: 202-899-4100
Fax: 612-336-9100
Email: jhackett@zelle.com

Christopher J. Bateman (appearance *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel: 212-838-7797
Fax: 212-838-7745
Email: cbateman@cohenmilstein.com

*Counsel for Franciscan Alliance, Inc. and King County Public Hospital District No. 1 (DBA Valley Medical Center)*

/s/ *Allen Ruby*
ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, CA 95032
Tel: (408) 477-9690

KAREN HOFFMAN LENT
(appearance *Pro Hac Vice*)
karen.lent@skadden.com
MICHAEL H. MENITOVE
(appearance *Pro Hac Vice*)
michael.menitove@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
Fax: (212) 735-2040

MICHAEL S. BAILEY (appearance *Pro Hac Vice*)
michael.bailey@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 371-7000
Fax: (202) 393-5760

*Attorneys for Defendant* INTUITIVE SURGICAL, INC.

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 25, 2021

HON. VINCE CHHABRIA
United States District Judge

