ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, CA 95032
Telephone:  (408) 477-9690

KAREN HOFFMAN LENT (*Pro Hac Vice*)
karen.lent@skadden.com
MICHAEL H. MENITOVE (*Pro Hac Vice*)
michael.menitove@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile:  (212) 735-2040

MICHAEL S. BAILEY (*Pro Hac Vice*)
michael.bailey@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile:  (202) 393-5760

*Attorneys for Defendant*
INTUITIVE SURGICAL, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION | Lead Case No. 3:21-CV-03825-VC<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY MICHAEL S. BAILEY** |
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>                    Defendant. | CASE NO.: 3:21-cv-03496-VC<br><br>Complaint Filed: May 10, 2021 |

1

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that attorney Michael S. Bailey, hereby withdraws his appearance in the above-captioned matters as counsel of record on behalf of Defendant Intuitive Surgical, Inc.  All other counsel at Skadden, Arps, Slate, Meagher & Flom LLP and Covington & Burling LLP who have appeared in this matter shall remain as counsel of record for Intuitive Surgical, Inc.

DATED: June 17, 2022

Respectfully submitted,

/s/ Michael S. Bailey
MICHAEL S. BAILEY (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 371-7000
michael.bailey@skadden.com

*Counsel for Intuitive Surgical, Inc.*