Seth R. Gassman (SBN 311702)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
Email: sgassman@hausfeld.com

Jeannine M. Kenney (admitted *pro hac vice*)
Brent W. Landau (admitted *pro hac vice*)
Gary I. Smith (admitted *pro hac vice*)
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: 215-985-3273
Fax: 215-985-3271
Email: jkenney@hausfeld.com
       blandau@hausfeld.com
       gsmith@hausfeld.com

*Interim Co-Lead Counsel for Plaintiff Larkin Community Hospital*

*and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: DA VINCI SURGICAL ROBOTS ANTITRUST LITIGATION** | Lead Case No. 3:21-CV-03825-VC <br><br> The Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** <br><br> ALL CASES | **NOTICE OF WITHDRAWAL OF BONNY E. SWEENEY** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** attorney Bonny E. Sweeney, hereby withdraws her appearance in the above-captioned matters as counsel of record on behalf of Larkin Community Hospital and Plaintiffs. All other counsel at Hausfeld LLP who have appeared on the matter shall remain as counsel of record for Plaintiffs.

DATED: August 9, 2022                                  Respectfully submitted,

                                                                           */s/ Seth R. Gassman*
                                                                           Seth R. Gassman (SBN 311702)
                                                                           HAUSFELD LLP
                                                                           600 Montgomery Street, Suite 3200
                                                                           San Francisco, CA 94111
                                                                           Tel: (415) 633-1908
                                                                           Fax: (415) 358-4980
                                                                           Email:  sgassman@hausfeld.com

                                                                           Jeannine M. Kenney (admitted *pro hac vice*)
                                                                           Brent W. Landau (admitted *pro hac vice*)
                                                                           Gary I. Smith (admitted *pro hac vice*)
                                                                           HAUSFELD LLP
                                                                           325 Chestnut Street, Suite 900
                                                                           Philadelphia, PA 19106
                                                                           Tel: (215) 985-3273
                                                                           Fax: (215) 985-3271
                                                                           Email: jkenney@hausfeld.com
                                                                                       blandau@hausfeld.com
                                                                                       gsmith@hausfeld.com

                                                                           *Interim Co-Lead Counsel for Plaintiff Larkin Community Hospital and the Proposed Class*