ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, CA 95032
Telephone: (408) 477-9690

KAREN HOFFMAN LENT (*Pro Hac Vice*)
karen.lent@skadden.com
MICHAEL H. MENITOVE (*Pro Hac Vice*)
michael.menitove@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2040

DOUGLAS J. DeBAUGH (*Pro Hac Vice*)
douglas.debaugh@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760

*Attorneys for Defendant*
INTUITIVE SURGICAL, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION | Lead Case No. 3:21-CV-03825-VC<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY DOUGLAS J. DeBAUGH** |
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>                    Defendant. | CASE NO.: 3:21-cv-03496-VC<br><br>Complaint Filed: May 10, 2021 |

**NOTICE OF WITHDRAWAL**                                                        **Case Nos. 3:21-cv-03825-VC**
                                                                                                          **3:21-cv-03496-VC**

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that attorney Douglas J. DeBaugh, hereby withdraws his appearance in the above-captioned matters as counsel of record on behalf of Defendant Intuitive Surgical, Inc. Allen Ruby and all other counsel at Skadden, Arps, Slate, Meagher & Flom, LLP and Covington & Burling LLP who have appeared in this matter shall remain as counsel of record for Intuitive Surgical, Inc.

DATED: December 20, 2022                Respectfully submitted,

/s/ Douglas J. DeBaugh
DOUGLAS J. DeBAUGH (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP 1440
New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 371-7000
douglas.debaugh@skadden.com

*Counsel for Intuitive Surgical, Inc.*

NOTICE OF WITHDRAWAL                         Case Nos. 3:21-cv-03825-VC
                                                       3:21-cv-03496-VC