Brent W. Landau (admitted *pro hac vice*)
Jeannine M. Kenney (admitted *pro hac vice*)
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: 215-985-3273
Fax: 215-985-3271
Email:blandau@hausfeld.com
       jkenney@hausfeld.com

Gary I. Smith, Jr. (SBN 344865)
Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
Email: gsmith@hausfeld.com
       smaida@hausfeld.com

*Counsel for Plaintiff Larkin Community Hospital and Interim Co-Lead Counsel for the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: DA VINCI SURGICAL ROBOTS ANTITRUST LITIGATION** | Lead Case No. 3:21-CV-03825-VC<br><br>The Honorable Vince Chhabria<br><br>**NOTICE OF WITHDRAWAL OF SETH R. GASSMAN** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** attorney Seth R. Gassman hereby withdraws his appearance in the above-captioned matters as counsel of record on behalf of Larkin Community Hospital and Plaintiffs. All other counsel at Hausfeld LLP who have appeared on the matter shall remain as counsel of record for Plaintiffs.

DATED: February 22, 2023

Respectfully submitted,

*s/ Brent W. Landau*
Brent W. Landau (admitted *pro hac vice*)
Jeannine M. Kenney (admitted *pro hac vice*)
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3273
Fax: (215) 985-3271
Email: jkenney@hausfeld.com
        blandau@hausfeld.com

Gary I. Smith, Jr. (SBN 344865)
Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
Email: gsmith@hausfeld.com
        smaida@hausfeld.com

*Counsel for Plaintiff Larkin Community Hospital and Interim Co-Lead Counsel for the Proposed Class*