Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Jeffrey J. Corrigan (appearance *pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION** | Lead Case No. 3:21-CV-03825-VC |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | **DECLARATION OF JEFFREY J. CORRIGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>The Hon. Vince Chhabria<br><br>Date: June 8, 2023<br>Time: 1 p.m. |

I, Jeffrey J. Corrigan, declare as follows:

1. I am a partner at Spector Roseman & Kodroff, P.C., and Interim Co-Lead Counsel for the Plaintiffs in this matter. I make this declaration based on my personal knowledge in support of Plaintiffs' Motion for Partial Summary Judgment in the above captioned matter. If called upon to do so, I will testify competently to the facts set forth herein.

2. I certify that the following Table of Exhibits lists true and correct copies of all exhibits attached to this Declaration in support of Plaintiffs' Motion for Partial Summary Judgment.

**TABLE OF EXHIBITS**

| Exhibit # | Description |
|---|---|
| 1 | True and correct copy of the Expert Report of Professor Einer Elhauge, January 10, 2023 ("Elhauge Rep."). |
| 2 | True and correct copy of excerpts of the deposition of Myriam Curet McAdams, M.D., May 7, 2021 ("Curet Dep."). |
| 3 | True and correct copy of the Rebuttal Expert Report of Professor Einer Elhauge, March 3, 2023 ("Elhauge Reply Rep."). |
| 4 | True and correct copy of excerpts of the deposition of John Francis, M.D., October 14, 2022 ("Francis Dep."). |
| 5 | True and correct copy of the document bates stamped Intuitive-00128687 - Robotic Surgery Financial and Strategic Overview, July 2015. |
| 6 | True and correct copy of excerpts of the deposition of Edward W. Harrich, May 24, 2021 ("Harrich Dep."). |
| 7 | True and correct copy of the Expert Report of Eugene Rubach, December 1, 2022 ("Rubach Rep."). |

2

DECLARATION OF
CASE NO. 3:21-CV-03825-VC**Error! Reference source not found.**

| 8 | True and correct copy of the document bates stamped Intuitive-00011487 - Email re: Link to Recording for Dan B - VP Purchasing, January 23, 2018. |
|---|---|
| 9 | True and correct copy of the document bates stamped Intuitive-00595673 - Intuitive Surgical Devices Business Overview, October 29, 1995. |
| 10 | True and correct copy of excerpts of the deposition of Ryan Shaw, October 19, 2022 ("Shaw Dep."). |
| 11 | True and correct copy of excerpts of the deposition of Bob DeSantis, 30(b)(6), May 27, 2021 ("DeSantis Dep."). |
| 12 | True and correct copy of the document bates stamped Intuitive-00067540 - Sales, Lease, and Service Agreement between Intuitive and Conway Regional Medical Center, Inc., August 15, 2019. |
| 13 | True and correct copy of the Defendant Intuitive Surgical, Inc.'s Answer and Affirmative Defense, Dkt. No. 74, January 18, 2022 ("Intuitive Answer"). |
| 14 | True and correct copy of excerpts of the deposition of Anthony McGrogan, 30(b)(6), June 7, 2021 ("McGrogan 30(b)(6) Dep."). |
| 15 | True and correct copy of excerpts of the deposition of Glenn Vavoso, May 14, 2021 ("Vavoso Dep."). |
| 16 | True and correct copy of excerpts of the deposition of Dan Jones, November 10, 2022 ("Jones 30(b)(6) Dep."). |
| 17 | True and correct copy of the Expert Report of Loren J. Smith (Amended), February 10, 2023 ("Smith Rep."). |
| 18 | True and correct copy of the document bates stamped REBOTIX174692 - Historical timeline for initial R&D of Benjamin Biomedical and Rebotix. |

3

DECLARATION OF
CASE NO. 3:21-CV-03825-VCError! Reference source not found.

| | |
|---|---|
| 19 | True and correct copy of the document bates stamped Intuituve-00047082 - Letter from Intuitive Surgical to Randy Fagin, MD, August 23, 2016. |
| 20 | True and correct copy of the Notice of Settlement (October 12, 2022) in *Rebotix*. |
| 21 | True and correct copy of the Stipulation of Dismissal (January 26, 2023) in *Restore*. |
| 22 | True and correct copy of the document bates stamped Intuitive-01020015 - Email re: Instrument reprogramming in the US-engineering input needed, May 10, 2018. |
| 23 | True and correct copy of excerpts of the deposition of Greg Posdal, May 10, 201 (Restore) ("Posdal Dep."). |
| 24 | True and correct copy of excerpts of the deposition of John "Jake" Joseph Colletti, Jr., May 7, 2021 ("Colletti Dep."). |
| 25 | True and correct copy of excerpts of the deposition of Kevin May, May 6, 2021 (Restore) ("May Dep."). |
| 26 | True and correct copy of excerpts of the deposition of Stan Hamilton, June 4, 2021 ("Hamilton Dep."). |
| 27 | True and correct copy of excerpts of the deposition of Glenn Papit, June 2, 2021 ("Papit Dep."). |
| 28 | True and correct copy of the document bates stamped Intuitive-00194074 - PowerPoint: Unauthorized Instrument Reprograming Overview. |
| 29 | True and correct copy of the document bates stamped Intuitive-00478439 - Letter from Intuitive to Stephanie L. Parker and Clifton Parker at Restore Robotics LLC., November 15, 2018. |

4

DECLARATION OF
CASE NO. 3:21-CV-03825-VCError! Reference source not found.

| 30 | True and correct copy of the document bates stamped Intuitive-00372993 - Letter from Intuitive to Evergreen Healthcare, October 15, 2019. |
|---|---|
| 31 | True and correct copy of the document bates stamped Intuitive-00560955 - Email re: LND - EP cable reliability results, February 12, 2020. |
| 32 | True and correct copy of the Expert Report of Kimberly Trautman, December 1, 2022. |
| 33 | True and correct copy of the document bates stamped Intuitive-00214241 - Email re: Si service and instrument reprocessing, February 13, 2019. |
| 34 | True and correct copy of excerpts of the deposition of Katie Scoville, May 26, 2021 ("Scoville Dep."). |
| 35 | True and correct copy of the document bates stamped Intuitive-00102938 - Managing the Long Tail of da Vinci Si, September 2016. |
| 36 | True and correct copy of excerpts of the deposition of Mike Madewell, June 11, 2021 ("Madewell Dep."). |
| 37 | True and correct copy of the document bates stamped Intuitive-00214562 - Email re: Meeting Request regarding your da Vinci Surgical System, August 15, 2019. |
| 38 | True and correct copy of excerpts of the deposition of Ronald Lee Bair, Jr., May 24, 2021 (Bair Dep.). |
| 39 | True and correct copy of excerpts of the deposition of Tyler McDonald, May 21, 2021 ("McDonald Dep."). |
| 40 | True and correct copy of excerpts of the deposition of Sherry Harvey, May 14, 2021 ("Harvey Dep."). |
| 41 | True and correct copy of the document bates stamped Intuitive-00273261 - Instrument eX Update (Code Name: Dragon), May 23, 2017. |

5

DECLARATION OF
CASE NO. 3:21-CV-03825-VCError! Reference source not found.

| 42 | True and correct copy of the document bates stamped Intuitive-00029174 - Email re: FW: 10+ use instruments, September 25, 2018. |
|---|---|
| 43 | True and correct copy of the document bates stamped Intuitive-00583036 - Q&A re: Extended Use Program (DeSantis Dep. Ex. 27). |
| 44 | True and correct copy of the document bates stamped Intuitive-00552697 - Intuitive Surgical Non-Filing Justification for Product Family: IS4000/IS4200 8mm Bipolar Cautery Instruments, August 18, 2020. |
| 45 | True and correct copy of excerpts of the deposition of Mario Lowe, 30(b)(6), November 3, 2022 ("Mario Lowe 30(b)(6) Dep."). |
| 46 | True and correct copy of excerpts of the deposition of Disha Peswani, October 6, 2022 ("Peswani Dep."). |
| 47 | True and correct copy of the document bates stamped Intuitive-00556188 - Email re: Instrument life extension - Bi-weekly Program update, February 12, 2020. |
| 48 | True and correct copy of the document bates stamped Intuitive-01235518 - Powerpoint: US Extended Use Program Round 2, April 19, 2021. |
| 49 | True and correct copy of the document bates stamped REBOTIX175326 - Spreadsheet: List of Rebotix's Invoices. |
| 50 | True and correct copy of the document bates stamped Restore-00055937 – Spreadsheet: Sales Report from Restore Tobotics LLC 2018 and 2019. |
| 51 | True and correct copy of the document bates stamped SIS000171 – list of SIS transactions. |
| 52 | True and correct copy of excerpts of the deposition of Judith Schimmel, September 22, 2022 ("Schimmel Dep."). |
| 53 | True and correct copy of excerpts of the deposition of Kevin May, November 3, |

6

DECLARATION OF
CASE NO. 3:21-CV-03825-VC**Error! Reference source not found.**

|    |    |
|----|----|
|    | 2022 ("May Dep."). |
| 54 | True and correct copy of the Intuitive Form 10-K Report (Fiscal Year 2020) filed with the U.S. Securities and Exchange Commission. |
| 55 | True and correct copy of excerpts of the deposition of Loren K. Smith, February 22, 2023 ("Smith Dep.") |
| 56 | True and correct copy of the document bates stamped Intuitive-00269124 – Document re: Preparation for Industry Panel Discussion "Robotic Surgery: How Big of an Explosion is Coming? |
| 57 | True and correct copy of excerpts of the deposition of Eugene Otto Dickens, M.D., May 27, 2021 ("Dickens Dep."). |
| 58 | True and correct copy of excerpts of the deposition of Ricardo Estape, M.D., October 22, 2022 ("Estape Dep."). |
| 59 | True and correct copy of the document bates stamped Intuitive-00471993 - PowerPoint: Program Objectives and Approach |
| 60 | True and correct copy of excerpts of the deposition of Michael Burke, M.D., September 27, 2022 ("Burke Dep.") |
| 61 | True and correct copy of excerpts of the deposition of Imron Zafar, November 1, 2022 ("Zafar Dep."). |
| 62 | True and correct copy of excerpts of the deposition of Todd Pope, April 30, 2021 ("Pope Dep."). |
| 63 | True and correct copy of excerpts of the deposition of Stacey Donovan, May 27, 2021 ("Donovan Dep."). |
| 64 | True and correct copy of excerpts of the deposition of Greta Valentine Bernier, November 7, 2022 ("Bernier Dep."). |

7

DECLARATION OF
CASE NO. 3:21-CV-03825-VCError! Reference source not found.

| | |
|---|---|
| 65 | True and correct copy of excerpts of the deposition of Chris Gibson, June 22, 2021 ("Gibson Dep."). |
| 66 | True and correct copy of the document bates stamped Intuitive-02068246 - Managing the Long Tail of da Vinci Si, September 2016. |
| 67 | True and correct copy of the document bates stamped Intuitive-00269124 - Document with notes in preparation for industry panel. (Glenn Vavoso (Rebotix, Fact Witness) Deposition Exhibit 9). |
| 68 | True and correct copy of the document bates stamped Intuitive-00560277 - Powerpoint: I,A,&E Portfolio Template. |
| 69 | True and correct copy of the document bates stamped Intuitive-00366044 - Email re: FW: Quarterly Ops/Strategy Meeting, 15-16 October 2019 - Notes, Highlights, and Actions, October 30, 2019. |
| 70 | True and correct copy of the Morgan Stanley 18th Annual Global Healthcare Conference Transcript ("Global Healthcare Conference Presentation") |
| 71 | True and correct copy of handwritten notes entered into evidence as Exhibit 14 from the Deposition of Glenn Vavoso, May 14, 2021 ("Vavoso Dep., Ex. 14") |
| 72 | True and correct copy of the document bates stamped Intuitive-00362751 – US Scenarios and brainstorming, including, among others, Key Assumptions and Factors and Forces. |
| 73 | True and correct copy of the document bates stamped Intuitive-00519980 - Powerpoint: Oct 2019 BOD Meeting: 2020-2023: Intuitive as first choice among multiple options. |
| 74 | True and correct copy of the document bates stamped Intuitive-00278203 - Bernstein analysis entitled "Intuitive Surgical: What do experts think about J&J's |

8

DECLARATION OF
CASE NO. 3:21-CV-03825-VCError! Reference source not found.

| | |
|---|---|
| | new surgical Robot?" September 6, 2019. |
| 75 | True and correct copy of the document bates stamped Intuitive-00121229 - Email re: Intuitive Positioning Qualitaive MR: Final Report and One-Page Summary, February 21, 2018. |
| 76 | True and correct copy of the document bates stamped Intuitive-00203904 - Email re: FW da Vinci documents, May 3, 2017 |
| 77 | True and correct copy of the document bates stamped Intuitive-00552993 - Deutsche Bank Research analysis on Intuitive Surgical, January 27, 2020. |
| 78 | True and correct copy of the document bates stamped Intuitive-00566055 - Deutsche Bank Research analysis on Intuitive Surgical, February 20, 2020 |
| 79 | True and correct copy of excerpts of the deposition of Clifton Earl Parker, October 25, 2022 ("Parker Dep.") |
| 80 | True and correct copy of the document bates stamped REBOTIX110980 – Rebotix G-5 Engineering Timeline, February 2, 2016. |
| 81 | True and correct copy of Defendant Intuitive Surgical, Inc.'s Notice of Motion, Motion and Memorandum of Points and Authorities in Support of Motion to Stay. |
| 82 | True and correct copy of Intuitive' s Supplemental Responses and Objections to Plaintiffs' First Set of Contention Interrogatories. |
| 83 | True and correct copy of the document entered into evidence as Claiborne Dep. Ex. 301 - FDA correspondence, November 15, 2022. |
| 84 | True and correct copy of the Expert Report of Kimberly Trautman (Supplemental), March 1, 2023 ("Trautman Reply"). |
| 85 | True and correct copy of the document bates stamped REBOTIX175839 – Email |

9

DECLARATION OF
CASE NO. 3:21-CV-03825-VC**Error! Reference source not found.**

|  |  |
|---|---|
|  | correspondence between Rebotix and FDA re: Rebotix Repair, LLC re Document Number CPT2000126, July 22, 2022. |
| 86 | True and correct copy of excerpts of the deposition of Kimberly A. Trautman, March 15, 2023 ("Trautman Dep."). |
| 87 | True and correct copy of excerpts of the deposition of Christy Foreman, February 17, 2023 ("Foreman Dep."). |
| 88 | True and correct copy of the Expert Report of Christy Foreman, January 18, 2023 ("Foreman Rep."). |
| 89 | True and correct copy of the FDA, White Paper: Evaluating Whether Activities Are Servicing or Remanufacturing (May 2018) ("FDA White Paper"). |
| 90 | True and correct copy of the document bates stamped Intuitive-00552716 - Intuitive Surgical Non-Filing Justification for Product Family: IS4000 8mm Needle Drivers, August 18, 2020 |
| 91 | True and correct copy of the document bates stamped Intuitive-00423534 - PowerPoint: Instrument eX: I&A Refurbishment Feasibility Update, January 30, 2017. |
| 92 | True and correct copy of excerpts of the deposition of Gayle Perry, October 20, 2022 ("Perry Dep."). |
| 93 | True and correct copy of the document bates stamped Intuitive-02038766 - Email re: I&A Discussion, October 1, 2019. |
| 94 | True and correct copy of excerpts of the deposition of Ted Claiborne, November 21, 2022 ("Claiborne Dep."). |
| 95 | True and correct copy of the document bates stamped Intuitive-00029346 - Email re: FW: ISI Competition Slides, November 30, 2018. |

| 96 | True and correct copy of the document bates stamped Intuitive-00552728 - Intuitive Surgical Non-Filing Justification for Product Family: IS4000 8mm Forceps, August 18, 2020. |
|---|---|
| 97 | True and correct copy of the document bates stamped Intuitive-01265649 - Intuitive Q4'21 Reporting Package, January 2022. |

Dated:  March 23, 2023

Respectfully submitted,

*/s/Jeffrey J. Corrigan*

DECLARATION OF
CASE NO. 3:21-CV-03825-VC**Error! Reference source not found.**