# EXHIBIT 2

Page 1

1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF FLORIDA
2                    PANAMA CITY DIVISION
3
4
      RESTORE ROBOTICS LLC and
5     RESTORE ROBOTICS REPAIRS
      LLC,
6                                      CIVIL ACTION FILE
                    Plaintiffs,
7                                      NO. 5:19-cv-55-TKW-MJF
            vs.
8
      INTUITIVE SURGICAL, INC.,
9
                    Defendant.
10    ~~~~~~~~~~~~~~~~~~~~~~~~~~~
11
12
13             REMOTE VIDEO DEPOSITION OF
14             MYRIAM CURET McADAMS, M.D.
15
16
                       May 7, 2021
17
                        8:49 a.m.
18
19
                      1201 Finn Lane
20                 Los Altos, California
21
22
23
              S. Julie Friedman, CCR-B-1476
24
25

Case 3:21-cv-03825-AMO   Document 127-3   Filed 03/23/23   Page 3 of 5
Myriam Curet McAdams, M.D.                                May 7, 2021
Restore Robotics LLC v Intuitive Surgical

Page 7

```
 1   regulatory group medical safety officers.  I also
 2   work with engineers on product and procedure
 3   development, and I work with the other executives on
 4   strategic alignment for the company.
 5        Q.    Are you also a trained surgeon?
 6        A.    I am.
 7        Q.    And do you have experience in laparoscopic
 8   surgery?
 9        A.    I do.
10        Q.    Do you have experience in robotic surgery?
11        A.    Yes.  I do.
12        Q.    At some point, have you been a teaching
13   position?
14        A.    I have.
15        Q.    Have you taught laparoscopic surgery?
16        A.    I have.
17        Q.    Have you taught robotic surgery?
18        A.    I have.
19        Q.    Do you recall -- recall --
20              THE VIDEOGRAPHER:  I believe we might have
21        lost our court reporter.  Actually, no.  She was
22        frozen for a second.  I apologize.
23              THE CONCIERGE TECH:  Julie, can you hear
24        us?
25              THE COURT REPORTER:  Oh, god.  Oh, god.
```

1         Oh.
2                 THE CONCIERGE TECH:  We can hear you,
3     Julie.  Can you hear us?
4                 THE VIDEOGRAPHER:  The time is now 8:55
5     a.m.  We're going off the record.
6                 (Recess from 12:06 p.m. to 12:09 p.m.)
7                 THE VIDEOGRAPHER:  The time is now 9:09
8     a.m.  We're back on the record.
9                 Please continue.
10        Q.    (By Mr. Berhold)  Well, welcome back,
11    Dr. Curet.
12                Do you recall giving an interview at
13    Device Talks in Minnesota in a program produced by
14    MassDevice?
15        A.    Yes.
16        Q.    Do you recall making the statement -- I've
17    seen two revolutions in my surgical lifetime, the
18    laparoscopic revolution and now the robotic
19    revolution?
20        A.    Yes.
21        Q.    Do you still agree with that statement?
22        A.    Yes.  That's specifically with regards to
23    my surgical specialty.  There's, obviously, other
24    revolutions that have occurred in other parts of
25    medicine; but this was specific to my experience.

1    Q.   And what is your surgical specialty?
2    A.   General surgery.
3    Q.   So you were speaking of a robotic
4  revolution in abdominal surgery specifically?
5    A.   Abdominal and pelvis.
6    Q.   You also said in our discussion with
7  surgeons over and over and over, surgeons who use the
8  robotic system will not randomize their patients to a
9  laparoscopic or open approach.  They think it's an
10 inferior approach.
11           Do you personally agree that laparoscopic
12 or open approach is an inferior approach for some
13 procedures?
14   A.   For some procedures, yes.
15   Q.   Well, which ones?
16   A.   Well, there's no way I can possibly give
17 you a -- a list of every procedure.  There's too many
18 procedures out there that -- for me to be able to do
19 that, answer that question.
20   Q.   Is it fair to say that
21 robotically-assisted surgical devices provide
22 superior access?
23           MS. LENT:  Object to the form.
24           THE WITNESS:  I don't know what you mean
25 by that.