# EXHIBIT 11

1              IN THE UNITED STATES DISTRICT COURT

2                MIDDLE DISTRICT OF FLORIDA

3                    TAMPA DIVISION

4                      ---oOo---

5

6    REBOTIX REPAIR, LLC,

7                 Plaintiff,

8    vs.                          Case No. 8:20-CV-02274

9    INTUITIVE SURGICAL, INC.,

10                Defendant.

11   _____/

12

13

14

15         30(b)(6) REMOTE VIDEOTAPED DEPOSITION OF

16                    BOB DESANTIS

17              THURSDAY, MAY 27, 2021

18

19

20

21   Stenographically Reported by:

22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

23   California CSR No. 9830

24   Job No. 194224

25

1   media labeled No. 1 of the remote video-recorded

2   deposition of Mr. Bob DeSantis.

3           In the matter of Rebotix Repair LLC versus

4   Intuitive Surgical, Inc.  In the United States

5   District Court for the Middle District of Florida,

6   Tampa Division.

7           The remote video deposition today is being

8   held on May 27, 2021, and the time on the video

9   monitor is 6:36 a.m.

10          My name is Kevin Marth.  I'm the legal

11  videographer today in association with TSG Reporting,

12  Inc.

13          Our court reporter today is Ms. Andrea

14  Ignacio, also in association with TSG.

15          At this time, would counsel please state your

16  appearances for the record.

17          MR. ERWIG:  On behalf of plaintiff, Alexander

18  Erwig of Dovel & Luner.

19          MR. RUBY:  My name is Allen Ruby.  I

20  represent Intuitive Surgical.

21          MR. DOW:  Taylor Dow on behalf of Intuitive

22  Surgical.

23          THE VIDEOGRAPHER:  At this time, would the

24  court reporter please swear in the witness, and we may

25  proceed.

1                         BOB DESANTIS,

2          having been remotely sworn as a witness

3             by the certified shorthand Reporter,

4                   testified as follows:

5

6                         EXAMINATION

7   BY MR. ERWIG:

8        Q    Good morning, Mr. DeSantis.

9        A    Good morning, Mr. Erwig.

10       Q    Could you please state your full name for the

11  record.

12       A    Yes.  It's Robert James DeSantis.

13       Q    What is your position at Intuitive Surgical?

14       A    Executive vice president and chief product

15  officer.

16       Q    And how long have you been in that role?

17       A    Since January.

18       Q    And what were your prior positions at

19  Intuitive Surgical?

20       A    I was -- prior to that, I was senior vice

21  president, general manager for our instruments and

22  accessories business unit.

23       Q    How long were you in that position?

24       A    For about four years.

25       Q    How long have you been with --

1           MR. RUBY:  Excuse me, Mr. Erwig.  I don't

2    like to interrupt.  It appears my video is frozen.  My

3    image and the image of the witness are frozen and have

4    been for a little bit.

5           Can somebody attend to that, please.

6           MR. ERWIG:  Let's go off the record.

7           THE VIDEOGRAPHER:  Sorry.  We are going off

8    the record at 6:38 a.m.

9           (Recess taken.)

10          THE VIDEOGRAPHER:  We are back on the record

11   at 6:40 a.m.

12          MR. ERWIG:  Q.  Mr. DeSantis, how long have

13   you worked at Intuitive?

14     A   Since January 1st, 2013, so a little bit over

15   eight years.

16     Q   Can you tell me a little bit about your role

17   in the business decisions made at Intuitive Surgical.

18     A   So today, I'm responsible for our product

19   offering, which means that my groups -- so I manage

20   groups, and they are responsible for identifying

21   opportunities, developing solutions to those

22   opportunities, producing those solutions, and

23   manufacturing, distributing those to the field.

24     Q   In your prior positions, can you describe to

25   me a little bit the responsibilities you had in those

1      A    Yes.

2      Q    And that was an intentional design decision;

3  right?

4      A    Absolutely.

5      Q    Now, Intuitive certainly could have designed

6  the system to have compatibility with instruments that

7  are not manufactured by Intuitive; correct?

8      A    We could have, yes.

9      Q    And currently, though, the da Vinci Si and

10  the da Vinci Xi, they are not compatible with

11  instruments that Intuitive does not manufacture;

12  right?

13          MR. RUBY:  Objection.  That's been asked and

14  answered.

15          The witness may answer again.

16          THE WITNESS:  The only instruments that are

17  compatible with a system that we don't manufacture are

18  the instruments that are in question in this case.

19          MR. ERWIG:  Well, sir, we'll -- we'll get to

20  that in more detail later.

21      Q    But my question right now is just about the

22  instruments that -- that hospitals buy.  Those are

23  instruments that are manufactured by Intuitive; right?

24      A    Same answer.  Yes, except for the instruments

25  in question in this case.

Page 25

1     Q    Are you aware of any other manufacturer in

2  the United States that sells EndoWrists that are

3  compatible with the da Vinci Surgical System?

4     A    No.

5     Q    Are you aware of any other manufacturers of

6  instruments or tools that can be attached to the

7  da Vinci Surgical System for use in minimally invasive

8  robotic surgery?

9     A    Yes.

10     Q    What system -- withdrawn.

11          What instruments?

12     A    So the question was instruments or

13  attachments?

14     Q    Let me -- let me rephrase.

15          Are you aware of any other manufacturer in

16  the United States that sells instruments that can be

17  attached to the da Vinci robot and used for minimally

18  invasive surgery?

19     A    No.

20     Q    Now, if another manufacturer wanted to design

21  a new type of instrument, they wouldn't be able to do

22  that and have compatibility with the da Vinci system;

23  right?

24     A    Well, it's hard to ignore the fact that it's

25  been done by the instruments at question in this case.

1        Q    Well, my question is a little bit different.

2             It's, you know, a company like, let's say,

3    Johnson & Johnson that wanted to manufacture

4    instruments that worked with the da Vinci robot, for

5    example, they wouldn't be able to design an instrument

6    from scratch that just cleanly interfaces with the

7    da Vinci robot; right?

8        A    So cleanly, no.

9        Q    That's because there are certain software

10   limitations on the da Vinci; right?

11       A    Yes.

12       Q    There's also IP issues surrounding the

13   development of new instruments for the da Vinci robot;

14   right?

15       A    Can you clarify the question.

16       Q    Well, sure.   Intuitive has a number of

17   patents on the da Vinci robot; right?

18       A    Yes.

19       Q    It has patents on parts of the EndoWrist

20   design as well; right?

21       A    Yes.

22       Q    And another manufacturer that wanted to

23   develop an instrument that was compatible with the

24   da Vinci, they might have some trouble doing that

25   because of the intellectual property protections;

1  right?

2      A   It would depend on how they developed them.

3  If they infringed on patents that we have, then that

4  would be a problem, yes.

5      Q   Another challenge would be the fact that the

6  da Vinci software is designed to only function with

7  Intuitive-manufactured devices; right?

8      A   That is correct.

9      Q   Now, Mr. DeSantis, it's true that no true

10 robotic competitive threat to the da Vinci surgical

11 robot has emerged in the United States in the past

12 four years; right?

13         MR. RUBY:  In the past four years or

14 40 years?

15         I didn't --

16         MR. ERWIG:  Four years.

17         MR. RUBY:  Four.  Thank you.

18         THE WITNESS:  We -- we are aware of

19 significant entities, companies that are -- are aiming

20 at the same technology and type of offering as we

21 have.

22         MR. ERWIG:  Q.  You're aware of companies

23 that are -- that are aiming for the same type of

24 technology; right?

25      A   I -- I would say aiming for the same type of

1  capability.

2      Q   So far, there has not been a surgical system

3  like the da Vinci minimally invasive surgical robot

4  that has received FDA clearance in the United States;

5  right?

6      A   No.  I'm sorry.  False.  There -- incorrect.

7  I'm trying to be clear on my answer.  Sorry.

8      Q   No problem.  I appreciate it.

9          MR. ERWIG:  I'm going to screen share our

10  next exhibit.  This will be from Folder 1.  This will

11  be:

12          "7'6'17 DeSantis to Brogna."

13          Screen share this with you.

14          (Document remotely marked Exhibit 4

15           for identification.)

16          MR. ERWIG:  Q.  Mr. DeSantis, do you

17  recognize this e-mail?

18      A   Can we scroll down to the bottom of it.

19      Q   Of course.

20      A   And can we scroll back to the top, please.

21          I recognize the document, yes.

22      Q   How is it that you recognize it?

23      A   It's an exchange between myself and my former

24  boss.

25      Q   Who is Sal Brogna?

1    A    Sal was my former boss here at Intuitive.

2    Q    And you see the top e-mail is an e-mail from

3  yourself to Sal Brogna, sent on July 6, 2017; right?

4    A    Yes.

5    Q    I want to just ask you about some questions

6  in this e-mail.

7         You write:

8         "Sal, My thoughts.  Your analysis is grounded

9  on procedure pricing vs competitive lap.  While this

10  is a consideration, I'm not sure it's the primary

11  one."

12         Do you see that?

13    A    Yes.

14    Q    You go on to say:

15         "I think the bigger considerations are; a" --

16  underlined -- "true robotic competitive threat

17  (Medtronic, JNJ or even Stryker Sustainability)."

18         Do you see that?

19    A    Yes.

20    Q    What did you mean when you said "a true

21  robotic competitive threat"?

22    A    So my thought here was that robotics is

23  differentiated from lap and its value proposition.  So

24  therefore, when we think about our place in the

25  market, we should be thinking about our robotic

1  offering versus other robotic offerings rather than

2  lap.

3       Q    You mentioned:

4            "Medtronic, JNJ or even Stryker

5  Sustainability."

6            Can you tell me a little bit more about those

7  companies -- well, withdrawn.

8            Let me ask a better question.

9            Has Medtronic brought an FDA-approved

10 competitive robot to market as of May 27, 2021?

11           MR. RUBY:  I object to the form of the

12 question, and in particular, your use of the phrase

13 "FDA-approved."

14           You may answer the question if you can.

15           THE WITNESS:  I'm sorry.  I need you to

16 repeat the question.

17           MR. ERWIG:  Q.  Medtronic is one of the

18 companies you identified that might have a true

19 robotic competitive threat; right?

20      A    Yes.

21      Q    "JNJ," is that Johnson & Johnson?

22      A    Yes.

23      Q    You identify Johnson & Johnson as a company

24 that might have a true robotic competitive threat as

25 well; right?

1      A    Yes.

2      Q    Finally, you mention Stryker Sustainability.

3           Is that a company that you thought might

4    have -- withdrawn.

5           Is Stryker Sustainability a company that you

6    thought might pose a true robotic competitive threat

7    to the da Vinci robot?

8      A    Yes.

9      Q    Has Medtronic brought a robot to the U.S.

10   market that's approved for use in minimally invasive

11   surgeries?

12          MR. RUBY:  I'll object to the form of the

13   question, particularly the phrasing "approved for

14   use."

15          But you may answer the question.

16          THE WITNESS:  To be accurate, I believe they

17   have orthopedic robots that are approved for use in

18   the U.S.

19          MR. ERWIG:  Q.  Now, an orthopedic robot,

20   that's not a soft tissue robot; right?

21     A    I'd agree with that.

22     Q    The da Vinci robot doesn't do orthopedic

23   surgery; right?

24     A    Correct.  Not today.

25     Q    And the -- the Medtronic system, that -- that

1   that?

2       A    The company -- I'll kind of go back to what I

3   said earlier.  You know, the company believes in

4   putting patients first, providing technologies to

5   surgeons that will help them help patients.  So that's

6   been our strategy, and that's been our mission.

7           In doing that, you know, we've spent a lot of

8   time and money and -- and effort and -- and developed

9   the soft tissue robot.

10          The fact that that is a barrier for others,

11  et cetera, is a -- kind of a side effect of what --

12  what our -- our effort has been and what our mission

13  has been.

14      Q    There's some challenges that potential

15  competitors face when they're trying to -- to break

16  into that market of providing care to patients; right?

17      A    Yes.

18      Q    One challenge is that there is an already

19  large install base of da Vinci robots in hospitals

20  around the United States; is that right?

21      A    Yes.

22      Q    Another challenge is that surgeons have had a

23  great deal of training on the da Vinci Surgical

24  System; right?

25      A    So we talked about in terms like a great deal

1    of training earlier.  And I would agree that their

2    experience on the platform is an advantage to them and

3    something that a competitor would have to address.

4        Q    There's also some intellectual property

5    protections that Intuitive has that might be a

6    challenge for another company to design around; right?

7        A    Yes.

8        Q    And another challenge for entry might be that

9    the EndoWrists, they only work with a -- withdrawn.

10            Another challenge might be that the da Vinci

11   robot only works with Intuitive manufactured

12   instruments; right?

13       A    Other than the instruments in question in

14   this case, yes.

15       Q    I'm going to go down to the last paragraph

16   with you -- well, withdrawn.

17            And so there -- there are strong barriers to

18   entry in the past 20 years to the area of soft tissue

19   robotic surgery; right?

20            MR. RUBY:  Object to the form of the question

21   and inserting the word "strong" in this fashion.

22            But you may answer the question.

23            MR. ERWIG:  Well, withdrawn.

24       Q    The word "strong" appears in this sentence,

25   Mr. DeSantis.  I just want to get a sense of your

1    level of agreement with it.  So withdrawn.

2         There are strong barriers to entry to the

3    market for soft tissue robotic surgery; right?

4    A    That's what's written here, and that's the

5    opinion of this author.  Yes.

6    Q    And you agree with that opinion; right?

7    A    I agree with the -- I generally agree with

8    the statement, which is that you'd have to have a

9    compelling offering to enter this market, which

10   Intuitive did, and somebody else would have to do it

11   also.

12   Q    And the specific statement here is that

13   Intuitive has built strong barriers to entry during

14   the 20 years it's been in the robotic surgery field;

15   right?

16   A    That's what it says, yes.

17   Q    And so Intuitive has a potentially 20-year

18   timeline of experience that it can draw on in the

19   field of soft tissue robotic surgery; right?

20   A    We do.

21   Q    And during that time, Intuitive has built

22   strong barriers to entry to that market for soft

23   tissue robotic surgery; right?

24   A    So I'd go back to previous statements.  You

25   know, we've built a platform that enables surgeons to

1  markets unfettered, et cetera.

2      Q   Well, the -- you -- withdrawn.

3          You mentioned a few different elements.

4          How did you come to develop that

5  understanding about the meaning of monopoly position?

6      A   I don't know.  I -- I guess just living,

7  being in the industry.

8          (Cell phone ringing.)

9          MR. ERWIG:  Q.  When you were answering that

10 question, were you referencing your electronic notes?

11     A   No.

12     Q   If you wouldn't mind, at the next break,

13 would you provide a copy of the electronic notes into

14 the submitted exhibit folder or in another way provide

15 that to me.

16         MR. ERWIG:  I'll make that request of -- of

17 counsel, and you can figure out whatever way you'd

18 like to -- to get those notes over to me.

19         MR. RUBY:  Well, I hear you.  And I need to

20 see them before anybody else does, see if there are

21 any privilege issues.

22         So when do you want me to do that?

23         MR. ERWIG:  Well, I believe I'm entitled to

24 have access to the -- to the notes that Mr. DeSantis

25 is referencing at the actual deposition.  I think I

1    have an absolute right to that.

2          And so I'm happy to do it at the next break.

3    We don't need to go off the record now.  But I'd like

4    those before the day goes too much further.

5          MR. RUBY:  And I don't propose to argue with

6    you about your view of when you're entitled to what.

7    I asked you a question, and you got around to

8    answering it.

9          So at the next break, I'll see if I can take

10   a look at them, and we'll see where that takes us;

11   okay?

12         THE WITNESS:  And I was going to say, just

13   for the record, that's your guys' business.

14         I said I would let you know if I reference

15   the notes.  I have not yet.

16         MR. ERWIG:  Great.  Thanks for letting me

17   know.

18         THE WITNESS:  Yeah.

19         MR. ERWIG:  Q.  Now, in the period between

20   1999 and 2019, were there any viable alternatives to a

21   surgeon that wanted to perform a minimally invasive

22   soft tissue robotic surgery other than the da Vinci

23   surgical robot?

24     A   No, I don't believe so.

25         MR. ERWIG:  I'm going to stop screen sharing

1    this exhibit.

2        Q    Now, when you -- withdrawn.

3             You read market reports in your position at

4    Intuitive; right?

5        A    I do.

6        Q    When you read market or analyst reports, you

7    develop an opinion about some of the things that are

8    written in those reports; right?

9        A    I do.

10       Q    And you generally communicate with people at

11   Intuitive about, you know, what you're -- what you're

12   reading in analyst reports as well; right?

13       A    I have.  Not a common occurrence for me.

14            MR. ERWIG:  I'm going to screen share our

15   next exhibit.  This will be:

16            "2'12'20 Rosa to Yiu and Others."

17            Yiu is Y-I-U.

18            (Document remotely marked Exhibit 9

19             for identification.)

20            MR. ERWIG:  I'll screen share this exhibit.

21       Q    Do you see this on the screen in front of

22   you, Mr. DeSantis?

23       A    Yes.

24       Q    Now, the first e-mail is an e-mail from Amit

25   Hazan to Calvin Darling and Philip Kim at Intuitive

1       A    No, we have not.

2       Q    Why not?

3       A    We determined that the cost to produce

4   remanufactured instruments at the specs and quality

5   levels of a new instrument would be too close to the

6   cost of just manufacturing new instruments with all

7   new parts.  So financially it didn't -- we weren't

8   motivated to develop and implement the program.

9       Q    One of the initial objectives of Project

10  Dragon was to increase entry barriers for third-party

11  re-programmers; right?

12      A    I missed part of the question.  Sorry.

13      Q    One of the objectives of Project Dragon was

14  to increase entry barriers for third-party

15  re-programming of EndoWrist; true?

16      A    It was a -- it was a lower-level

17  consideration.  You know, so we were looking at

18  primarily being able to offer reduced costs to the

19  customers.  And then there were a couple of secondary

20  considerations.  One of them was reducing waste into

21  the environment.  And the other one was, you know,

22  protecting our brand and our quality from, you know,

23  third parties who are remanufacturing adulterating

24  instruments not to our specs.

25      Q    Well, sir, how did you know a third party is

1   not refurbishing to Intuitive's specifications?

2       You haven't tested the instrument; right?

3       A   So two different questions.

4       We have not done V&V testing on a third

5   party.  But our -- our specifications and our

6   requirements are our intellectual property of the

7   company which we've not released.  So I don't know how

8   a third party would be able to ensure and guarantee

9   that their quality system -- that they were developing

10  to our specs, that their quality system was sufficient

11  and on par with us, et cetera, et cetera.

12      That's really, you know, a lot of the

13  investment that we've put in the -- into the company

14  to develop those specific types of things.

15      Q   Well, you certainly don't have -- withdrawn.

16      Intuitive has not performed any sort of

17  testing of third-party instruments that would --

18  withdrawn.

19      Intuitive has not performed any instruments

20  refurbished by Rebotix to determine whether or not

21  they perform to in Intuitive's specifications; right?

22      A   We have not done V&V or life testing on their

23  instruments, no.

24      Q   And in fact, Intuitive has done no testing of

25  any kind on Rebotix 's instruments to determine

1   whether they function safely with da Vinci robots;

2   true?

3        A    For some reason your audio is glitching a

4   little bit.  I missed the word right before robots.

5        Q    Let me re-ask it.  Withdrawn.

6             Intuitive has not done testing of any kind to

7   determine whether Rebotix's refurbished EndoWrists can

8   safely be used with the da Vinci robot in surgery;

9   true?

10       A    True.  We've not done V&V testing, life

11  testing on their instruments, no.

12            MR. ERWIG:  I'm going Screen Share our next

13  exhibit.  This will be "5'23'17 DeSantis to Goodson,

14  et al."

15            (Document remotely marked Exhibit 36

16             for identification.)

17            MR. ERWIG:  This will be, I believe,

18  Exhibit 36.

19       Q    You see this on the screen in front of you,

20  Mr. DeSantis?

21       A    Yes.

22       Q    Do you recognize this document?

23       A    Let me take a look at it.

24       Q    Sure.

25       A    In one doesn't ring a bell off the bat.  Can

1    I see the bottom of it, please.  Okay.

2         Yeah.  Sorry.  I don't really remember this

3    exchange, but I can identify it.

4    Q    Does this appear to be an e-mail sent from

5    yourself to Nicky Goodson, copying Patrick Flanagan,

6    Katie Scoville, and others?

7    A    Yes.

8    Q    The subject is "Instrument eX update for

9    Bob"; do you see that?

10   A    Yes.

11   Q    What is Instrument eX?

12   A    It's the program we were just talking about.

13   The remanufacturing of -- of the Core instruments.

14   Q    So --

15   A    Sorry.  EndoWrist instruments.

16   Q    So Instrument eX, Project Dragon and the

17   refurbishing program, this would all be the same names

18   for the program that we have been discussing about

19   collecting EndoWrists from customers; right?

20   A    Yes.

21   Q    I'm going to open the attachment to this.

22   Well, withdrawn.

23        Do you see this an attachment labeled

24   "Instrument eX update for Bob.docx"?

25   A    Yes.

1    Q    I want to talk about there document itself.

2         The first heading is labeled "Marketing

3    Updates"; do you see that?

4    A    Yes.

5    Q    And there's a few subheadings.  One is

6    labeled "User Needs"; do you see that?

7    A    Yes.

8    Q    Another is labeled "Company Objectives"; do

9    you see that?

10   A    Yes.

11   Q    Now, in the "Company Objectives," the first

12   bullet point is "Create capital Advancement"; do you

13   see that?

14   A    Yes.

15   Q    What do you understand "capital Advancement"

16   to mean?

17   A    So the "Create capital Advancement" means

18   create demand for our robot itself.

19   Q    Creating demand for the robot itself, that

20   would be advantageous for Intuitive; right?

21   A    Yes.

22   Q    It means that Intuitive could sell more

23   da Vinic platforms; right?

24   A    Yes.

25   Q    And make money off of the sales of those

1    robots; right?

2        A    Yes.

3        Q    The next bullet is "Offensive Revenue and

4    Margin Protection"; do you see that?

5        A    I do.

6        Q    It reads:

7             "Create lower pricing option while

8    maintaining acceptable margins."

9             Do you see that?

10       A    Yes.

11       Q    What is an acceptable margin?

12       A    That's a great question.  I mean the

13   definition of the term "acceptable margin," margin are

14   our product margins.  Acceptable, the words, you know

15   what the word mean.  Exactly what an acceptable margin

16   is to Intuitive is the part where it gets really hard

17   to -- to define.

18       Q    Well, based on the cost of goods for a new

19   EndoWrist, is it your understanding that the margin

20   for a new EndoWrist is about 89 percent?

21       A    Right, right in that ballpark, yes.  That's

22   the contribution margin.

23       Q    And is it your understanding based on the

24   cost of the reclaiming and remake- -- withdrawn.

25             Is it your understanding that the reclaim --

1  withdrawn.

2         Is it your understanding that Project Dragon

3  would have EndoWrist margins lower to about

4  84 percent?

5     A    I don't know where that number is coming

6  from.

7     Q    It's not on this page.  I was just wondering

8  if you had a general sense of what the margins were on

9  the refurbished instrument program.

10    A    I don't remember.

11    Q    Do you have a ballpark sense?

12    A    As I was saying earlier, financially, the --

13 the program didn't look like a winner for us, so I

14 don't know what that would mean.  I don't remember

15 what the margins were in particular.

16    Q    You mentioned financially the program didn't

17 look like a winner for you.

18         That's why it wasn't implemented; right?

19    A    Right.  We -- as I said, it -- the cost it

20 would take us, the all-in cost it would take us to

21 disassemble, remanufacture instruments, some old, some

22 new parts was about equivalent what it would take us

23 to manufacture instruments with all new parts from

24 scratch because of the work that's required to ship it

25 back and sterilize, clean it, disassemble, et cetera.

1   on patients.  Because when it comes to robotic

2   surgery, the trust and quality level to use the

3   platform is paramount.  And if you don't have that, it

4   could destabilize the entire platform.

5        So having somebody else adulterate our

6   instruments to some -- at least to us, unknown specs,

7   was and is a concern

8        Q    Well, so on this slide the bullet point that

9   includes "3rd party re-programmers," that's titled

10  "Defensive revenue and margin protection"; right?

11       A    Yes.

12       Q    It's not titled, for example, safety concerns

13  and brand protection; right?

14       A    On this slide, it only says "non-validated"

15  which would allude to that, but we have seen it on the

16  other slides and decks.

17       Q    Well, sure.  But I'm just generally trying to

18  get a sense of the company objectives as they relate

19  to revenue and margin protection.

20       And that's one of the objectives that's

21  listed on this slide is the defensive revenue and

22  margin protection as it relates to third-party

23  re-programmers; right?

24       A    On this particular document, it talks about

25  defensive revenue and margin protection, and I can't

1  answer the question in isolation.  I mean, if you just

2  took this document as the only thing that we looked at

3  and said, Okay.  What does it mean?  Right.  I would

4  say, Okay.  It means making sure our revenue doesn't

5  go down.  Doesn't gown do to nonvalidated third-party

6  re-programmers.

7          But I have to answer with what our knowledge

8  of what our intent was and what the program was.  It

9  was about more access to our platform which we think

10 is a good thing, more access to the platform at our

11 specs which we they think is a good thing, and not

12 having people to use the platform to un-validate specs

13 which we think is a very dangerous thing.

14    Q    The second bullet point is:

15         "Reclamation removes product from field

16 increase entry barriers for other 3rd party

17 re-programmers."

18    A    I do.

19    Q    One of the benefits of the instrument

20 refurbishment program to Intuitive is that program

21 would increase entry barriers for third-party

22 re-programmers?

23    A    Yes, for all of the reasons I just talked

24 about.

25    Q    And the next bullet point is:

1          "Create more robotic volume for

2    cost-conscious accounts and increase barrier for

3    robotic competition to enter in these accounts."

4          Do you see that?

5    A    Yes.

6    Q    And when it says "Increase barrier for

7    robotic competition to enter," those would be --

8    withdrawn.

9          When that bullet point says "Increase barrier

10   for robotic competition to enter in these accounts,"

11   that would include potential competitors like

12   Johnson & Johnson; right?

13   A    Yes.

14   Q    And one of the things that Intuitive wanted

15   to do with their refurbished instrument program was to

16   increase the barrier for robotic competition to enter;

17   right?

18   A    Again, it was a lower-level consideration to

19   increase our offering versus our competitors', and we

20   knew that the competitors' primary tactic was going to

21   be lower the cost.

22   Q    Now, sir, when you were -- withdrawn.

23          The reason that the Dragon Program --

24   withdrawn.

25          You mentioned that the purpose of the