# EXHIBIT 16
(EXHIBIT FILED UNDER SEAL)

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE: DA VINCI SURGICAL ROBOT  ) Lead Case No.:
     ANTITRUST LITIGATION            ) 3:21-cv-03825-VC
 5   _____ )
                                     )
 6   THIS DOCUMENT RELATES TO:       )
     ALL ACTIONS                     )
 7                                   )
     _____ )
 8   SURGICAL INSTRUMENT SERVICE     ) Case No.
     COMPANY, INC.,                  ) 3:21-CV-03496-VC
 9                                   )
             Plaintiff,             )
10                                   )
             vs.                     )
11                                   )
     INTUITIVE SURGICAL, INC.,       )
12                                   )
             Defendant.              )
13   _____ )
14
15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16             UNDER THE PROTECTIVE ORDER
17         VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
18               DEPOSITION OF DAN JONES
19
20            Thursday, November 10, 2022
21      Remotely Testifying from Alexandria, Virginia
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 5564633
```

Page 21



10      Q.    Let's go back to the Agile Law platform.

11            You're going to see, Mr. Jones, a document

12      that we're going to mark as Plaintiffs' Exhibit 287.

13            (Jones Deposition Exhibit 287 was marked

14            electronically.)

15      BY MR. MAIDA:

16      Q.    Do you see that?

17      A.    Yes.

18      Q.    And this document has what we call a Bates

19      stamp on the bottom right, and it says

20      Intuitive-00372993.

21            Do you see that?

22      A.    Yes.







Page 25



Page 26





Page 36



6          THE WITNESS:  Could you repeat the

7    question.

8    BY MR. MAIDA:

9          Q.   Sure.





Page 44



Page 45



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18          THE WITNESS:   Could you repeat the

19   question.

20   BY MR. MAIDA:

21      Q.   Sure.

22

23

24

25

Page 46



15  Q.   We can set this document aside, Mr. Jones.



Page 73



Page 74



Page 79

1 ████████████████████████████████████

2 ████████████████████████████

3      Q.   So I'm going to bring up as tab 67.  Take

4 a look at this, and let me know when you're ready to

5 discuss what's been labeled as Exhibit 293 as

6 Intuitive-00049154.

7           (Jones Deposition Exhibit 293 was marked

8           electronically.)

9      A.   (Witness reviews document).

10          ██████    █████████████████████████

11 ██████████████████████████████████

12 ███████████████████████████████████████

13 ██████████████████████████

14      Q.   Yeah, and just -- and just for the record,

15 real quick, I don't think I mentioned it, but the

16 previous Exhibit 292 was Bates Number 0212226

17 [verbatim].

18          ███████████████████████████████

19 ████████████████████

20      ██      █████████████████████████,

21 ████████  ████████████████████

22 ████

23      ██   ████████████████████████████

24 ██████████████████████████████

25 ██████████████████████████████

Page 80





Page 82



20          (Interruption in audio/video.)

21          THE COURT REPORTER:  I'm sorry, one

22   second.  I can't hear both of you.

23          THE WITNESS:  Go ahead, Josh.

24   BY MR. VAN HOVEN:

25       Q.   Sure.



Page 101

1              CERTIFICATE OF REPORTER

2          I, Hanna Kim, a Certified Shorthand

3     Reporter, do hereby certify:

4              That prior to being examined, the witness

5     in the foregoing proceedings was by me duly sworn to

6     testify to the truth, the whole truth, and nothing

7     but the truth;

8              That said proceedings were taken before me

9     at the time and place therein set forth remotely via

10    videoconference and were taken down by me in

11    shorthand and thereafter transcribed into

12    typewriting under my direction and supervision;

13             I further certify that I am neither

14    counsel for, nor related to, any party to said

15    proceedings, not in anywise interested in the

16    outcome thereof.

17             Further, that if the foregoing pertains to

18    the original transcript of a deposition in a federal

19    case, before completion of the proceedings, review

20    of the transcript [x] was [ ] was not requested.

21             In witness whereof, I have hereunto

22    subscribed my name.

23    Dated:  November 18, 2022

24             _____

                Hanna Kim

25              CLR, CSR No. 13083