# EXHIBIT 39

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF FLORIDA
 2                      PANAMA CITY DIVISION
                Civil Case No. 5:19-cv-55-TKW-MJF
 3
 4   _____
 5   RESTORE ROBOTICS LLC and
     RESTORE ROBOTICS REPAIR LLC,
 6
              Plaintiffs,
 7
         vs.
 8
     INTUITIVE SURGICAL, INC.,
 9
              Defendant.
10   _____
11   INTUITIVE SURGICAL, INC.
12        Counterclaimant,
13       vs.
14   RESTORE ROBOTICS LLC and
     RESTORE ROBOTICS REPAIR LLC,
15
              Counterclaim Defendants.
16   _____
17
18
19          REMOTE VIDEOTAPED DEPOSITION OF
                     TYLER McDONALD
20
21              Friday, May 21, 2021
22
23
24
25   Court Reporter:  Michelle M. Boudreaux-Phillips, RPR
```

Case 3:21-cv-03825-AMO   Document 127-40   Filed 03/23/23   Page 3 of 15
Tyler McDonald                                              May 21, 2021
Restore Robotics LLC v Intuitive Surgical

Page 12

1          MR. BAILEY:  Object to the form.
2          THE WITNESS:  The service agreement
3     isn't handled directly by me, so I'd have to
4     defer to that person.
5     Q    (By Mr. Berhold)  Who handles it?
6     A    Kyle Marks.
7     Q    Does the da Vinci Si have instruments and
8  accessories?
9     A    Yes.
10    Q    Are you familiar with who are the suppliers
11 for new instruments for use with the da Vinci Si?
12    A    Yes.
13    Q    And who are the suppliers?
14         MR. BAILEY:  Objection to form.
15         THE WITNESS:  Intuitive.
16    Q    (By Mr. Berhold)  Anyone else, to your
17 knowledge?
18    A    No.
19    Q    Are there certain accessories that are also
20 only available from Intuitive Surgical?
21    A    Yes.
22    Q    Which ones?
23    A    There are disposable accessories like drapes
24 that are used to cover the patients and the arms of
25 the -- of the robot during surgery.

Case 3:21-cv-03825-AMO   Document 127-40   Filed 03/23/23   Page 4 of 15
Tyler McDonald                                                May 21, 2021
Restore Robotics LLC v Intuitive Surgical

Page 13

1       Q     Are the instruments reusable?
2       A     Yes.
3       Q     Does Intuitive impose any limits on the use
4    of the instruments?
5       A     Yes.
6       Q     And is there any electrical or mechanical
7    device on the instrument that prevents any usage beyond
8    the limits prescribed by Intuitive?
9       A     I'm not --
10            MR. BAILEY:  Objection to form.
11            THE WITNESS:  I'm not aware of the build
12       of the -- of the instruments.
13      Q     (By Mr. Berhold)  When an instrument reaches
14   the usage limit, does Conway have to purchase a new
15   one?
16      A     Yes.
17      Q     And why is that?
18      A     The instrument no longer works with the
19   robot.
20      Q     At some point, did Conway consider having a
21   third party refurbish its EndoWrist instruments?
22      A     Yes.
23      Q     Do you recall how that opportunity, the
24   opportunity to refurbish your instruments, came to the
25   attention of Conway?

Case 3:21-cv-03825-AMO   Document 127-40   Filed 03/23/23   Page 5 of 15
Tyler McDonald                                                May 21, 2021
Restore Robotics LLC v Intuitive Surgical

Page 14

1          A    Yes, I do recall.
2          Q    And how did it come about?
3          A    I believe I was -- I was informed by
4     Kyle Marks of the presence of a company that provided
5     that service.
6          Q    So he talked to you about it?
7          A    Yes.
8          Q    And did you decide to do anything to
9     investigate the opportunity?
10         A    We did.
11         Q    What did y'all do?
12         A    We brought the company in and performed a
13    trial of the refurbished instruments.
14         Q    Before the trial, did you consult with the
15    surgeons at Conway?
16         A    Yes.
17         Q    And what was their take on the possibility of
18    using the refurbished instruments?
19         A    They were --
20              MR. BAILEY:  Objection to form.
21         Q    (By Mr. Berhold)  You can answer,
22    Mr. McDonald.
23         A    Okay.  They were -- they were eager to try
24    the instruments.
25         Q    Could you walk through the -- what was done

Page 15

1    as part of the trial?
2         A    We met with a small group of surgeons, I
3    believe two of which agreed to participate in trying
4    the refurbished instruments, and reported back to the
5    overall larger group their perception of the quality of
6    the instrumentation after using.
7         Q    And who did they report to --
8         A    Their --
9         Q    -- regarding the results?
10        A    Their colleagues, their partners.
11        Q    And did anyone ever get back to you about
12   whether the trial was a success?
13             MR. BAILEY:  Objection to form.
14             THE WITNESS:  Yes.
15        Q    (By Mr. Berhold)  And who was that?
16        A    The surgeons that participated in the trial
17   met with their partners and reported back to me that
18   they were collectively in agreement to move forward
19   with using the refurbished instruments.
20        Q    And who did you specifically talk to?
21        A    Dr. Andrew Cole was the primary.
22             MR. BERHOLD:  Bailey, can we pull up
23        CONWAY-17, please.
24             (Discussion off the written record.)
25        Q    (By Mr. Berhold)  So, Mr. McDonald, an

Case 3:21-cv-03825-AMO   Document 127-40   Filed 03/23/23   Page 7 of 15
Tyler McDonald                                                May 21, 2021
Restore Robotics LLC v Intuitive Surgical

Page 16

```
 1    exhibit is going to come up on your screen in a minute.
 2    Can you see Exhibit 1, Mr. McDonald?
 3         A    I can, yes.
 4         Q    Do you want to take a minute to review it?
 5         A    Yes, please.
 6              Yeah, I've read through.
 7         Q    Do you recognize Exhibit 1?
 8         A    I do.
 9         Q    What is Exhibit 1?
10         A    This is an email from the Intuitive
11    representative for our service area to me advising not
12    to move forward with the third-party company.
13         Q    And this -- what is the date on the email?
14         A    It says October 15th of 2018.
15         Q    Do you recall whether this email arrived
16    during your trial of the reprocessed instruments --
17    excuse me, the refurbished instruments?
18         A    I don't recall specifically.
19         Q    Do you -- do you happen to know how
20    Mr. Brunen learned that Conway was looking at using
21    refurbished instruments?
22         A    I do not know.
23         Q    After the trial, did Conway start to
24    refurbish its instruments --
25              MR. BAILEY:  Objection to form.  I'm
```

Case 3:21-cv-03825-AMO   Document 127-40   Filed 03/23/23   Page 8 of 15
Tyler McDonald                                              May 21, 2021
Restore Robotics LLC v Intuitive Surgical

Page 17

1           sorry, Jeff.
2               MR. BERHOLD:  Let me ask it a different
3       way.
4       Q   (By Mr. Berhold)  So who -- do you recall who
5   was the -- who was going to be refurbishing the
6   instruments, who -- let me ask it even a different way.
7               Who -- do you recall who was refurbishing the
8   instruments in the trial for Conway?
9       A   I don't recall specifically the vendors.
10      Q   Do you recall at some point after the trial
11  that Conway started to -- started a program to
12  refurbish instruments with the third-party vendor?
13              MR. BAILEY:  Objection to form.
14      Q   (By Mr. Berhold)  You can answer,
15  Mr. McDonald.
16      A   Yes.
17      Q   Did Conway observe any problems with the
18  quality of the refurbished instruments?
19      A   No.
20      Q   Did Conway observe any savings from the use
21  of refurbished instruments?
22      A   Yes.
23      Q   Would Conway still be refurbishing the
24  instruments today if it could do so?
25      A   Yes.

Case 3:21-cv-03825-AMO   Document 127-40   Filed 03/23/23   Page 9 of 15
Tyler McDonald                                              May 21, 2021
Restore Robotics LLC v Intuitive Surgical

Page 18

1    Q   And why is Conway not refurbishing its
2  da Vinci Si instruments?
3    A   We were no longer able to make purchases for
4  disposable equipment from Intuitive so long as we
5  continued to use these instruments.
6    Q   And why would that be an issue for Conway
7  Regional?
8    A   The disposable equipment is proprietary and
9  only available through Intuitive.
10   Q   Was Intuitive withholding anything else
11 besides the disposables because you were refurbishing
12 the instruments?
13         MR. BAILEY:  Objection to form.
14         THE WITNESS:  Yes.
15   Q   (By Mr. Berhold)  What else?
16   A   All of our instruments that we would purchase
17 through Intuitive were also withheld.
18   Q   Was that a factor as well in why Conway
19 stopped refurbishing its instruments?
20   A   Yes.
21   Q   And why is that?  And why is that,
22 Mr. McDonald?
23   A   We were no longer able to procure the
24 instruments that were needed to move forward with our
25 da Vinci program and usage of the robot.

Case 3:21-cv-03825-AMO   Document 127-40   Filed 03/23/23   Page 10 of 15
Tyler McDonald                                                May 21, 2021
Restore Robotics LLC v Intuitive Surgical

Page 19

```
 1      Q    And anything else that was being withheld by
 2   Intuitive besides the disposables and the new
 3   instruments --
 4           MR. BAILEY:  Objection to form.
 5      Q    -- because you were refurbishing the
 6   instruments?
 7           MR. BAILEY:  Objection to form.
 8           THE WITNESS:  I'm not -- I'm not aware
 9      of anything else.
10      Q    (By Mr. Berhold)  What about service, was
11   Intuitive still willing to provide service on the
12   da Vinci Si robot at Conway while you were refurbishing
13   instruments?
14      A    No.
15      Q    Was that also a factor in why Conway stopped
16   using refurbished instruments?
17      A    Yes.
18      Q    And why is that?
19      A    Without ongoing service, the robot could
20   potentially become unusable.
21      Q    So, Mr. McDonald, I just want to walk through
22   a series of emails in chronological order to just flesh
23   out things in a little more detail.
24           MR. BERHOLD:  Bailey, can we pull up
25      CONWAY-18.
```

```
 1              (Discussion off the written record.)
 2        Q     (By Mr. Berhold)  Mr. McDonald, do you need a
 3   minute to review Exhibit 2?
 4        A     Please.
 5              Okay.  Thank you.
 6        Q     Mr. McDonald, do you recognize Exhibit 2?
 7        A     I do.
 8              MR. BERHOLD:  Bailey, can we scroll back
 9        up to the top of the exhibit.
10        Q     (By Mr. Berhold)  The first sentence says,
11   "You have informed us that you have been contacted by
12   Medical Device Innovations about providing you
13   reprogrammed instruments for your da Vinci system."
14              Do you know what he's referencing there?
15        A     I don't.
16        Q     Do you recall receiving this email?
17        A     I do.
18        Q     And did Conway stop refurbishing instruments
19   in response to this email?
20        A     Eventually, yes.
21        Q     But not immediately?
22        A     Right.
23        Q     Why not?
24        A     We didn't immediately understand the language
25   and didn't feel that we were in violation of the
```

```
 1    of its own testing on the instruments?
 2         A    I don't -- I don't -- I'm not aware of any.
 3         Q    Did Conway ask for or look at any life
 4    testing literature with respect to the instruments?
 5         A    I didn't specifically.
 6         Q    Do you know if anyone at Conway did?
 7         A    I don't know.
 8         Q    Did you ask for or were you provided any
 9    materials from Restore with respect to any data
10    regarding life testing of the instruments?
11         A    I don't remember specifically.
12         Q    Do you have any general recollection?
13         A    Generally, they communicated their safety,
14    but I don't recall specifically what documents or what
15    those interactions entailed.
16         Q    And, generally, do you recall if there was
17    any life testing data that was submitted to you from
18    Restore with respect to the safety?
19         A    Not that -- not that I can recall.
20         Q    Are you aware whether Intuitive is required
21    to submit its life testing data with respect to its
22    usage limits to the FDA in connection with its
23    clearance?
24         A    I'm -- I am now, yes.
25         Q    And when did you first become aware of that?
```

1      A    I believe I became aware of that following
2   the cancellation of our first service agreement.
3      Q    And that was the cancellation you testified
4   to in July of 2019?
5      A    That's correct.
6      Q    Okay.  What's your awareness now of the life
7   testing data that Intuitive is required to submit to
8   the FDA?
9      A    My awareness is that it -- that the
10  instrumentation is classified as a disposable item that
11  has a lifespan that's designated by Intuitive and is
12  licensed through the FDA with that lifespan.
13     Q    And have -- has Intuitive been open with you
14  with respect to the -- to the fact that there is life
15  testing that occurs with respect to instruments and
16  that that is submitted to the FDA?
17     A    Yes.
18     Q    Outside of the representations you had from
19  Restore, do you have any independent basis to question
20  Intuitive's usage limits?
21     A    No.
22     Q    Now, I want to talk a little bit more about
23  that trial that occurred.  You mentioned -- do you know
24  if that trial was conducted by Restore?
25     A    They supplied -- they supplied the

1    instruments, but we conducted the trial internally.
2        Q    And who conducted the trial?
3        A    I did.
4        Q    How many times was the -- well, strike that.
5             What happened in the trial?  Can you walk me
6    through it?
7        A    Yes.  We met with, I believe, probably
8    three -- three of our surgeons, one urologist and two
9    gynecologists, that were heavy da Vinci volume drivers
10   and discussed the potential for cost savings and asked
11   them if they would be willing to try out the
12   refurbished instrumentation, which they accommodated
13   and tried out and gave us feedback that they couldn't
14   tell any difference between that and the other
15   instruments that came directly from Intuitive.
16       Q    Now, was this an instrument that had been
17   worked on by Restore or that third-party company you
18   referred to?
19       A    Best of my understanding.
20       Q    And how many -- was the instrument used in an
21   actual surgery on a patient?
22       A    Yes.
23       Q    So an instrument that had been worked on by a
24   third party that you had not -- well, back up.
25            Had -- did you -- did you have any

Page 69

1  conversations with anyone from Intuitive that you were
2  going to be using a refurbished instrument on a patient
3  in a surgery?
4      A   I didn't personally, no.
5      Q   And was it any concern of yours that you were
6  using an instrument that a third party had reprocessed
7  on a patient without vetting that with the original
8  equipment manufacturer?
9      A   No.
10         MR. BERHOLD:  Objection.
11     Q   (By Mr. Bailey)  Do you know how many times
12 the instrument had been sent for reprocessing to this
13 third party before it was used in the trial?
14     A   I don't --
15         MR. BERHOLD:  Objection.
16         THE WITNESS:  I don't -- I don't have
17      that information.
18     Q   (By Mr. Bailey)  How many surgeries was the
19 instrument used as part of this trial?
20     A   I don't recall specifically.
21     Q   Do you have any general recollection?
22     A   It was more than -- more than a few, more
23 than three or four, probably.
24     Q   Was the same instrument used in each trial?
25     A   Yes.