# EXHIBIT 45
## (EXHIBIT FILED UNDER SEAL)

HIGHLY CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHER DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4                  _____
 5

            IN RE: DA VINCI SURGICAL   )
 6          ROBOT ANTITRUST LITIGATION )
            _____ )
 7                                     )
            THIS DOCUMENT RELATES TO:  )Case No.
 8          ALL CASES                  )3:21-cv-03825-VC
            _____ )
 9                                     )
            SURGICAL INSTRUMENT        )
10          SERVICE COMPANY, INC.,     )
                                       )
11                   Plaintiff,        )
                                       )
12                 vs.                 )
                                       )
13          INTUITIVE SURGICAL, INC.,  )
                                       )
14                   Defendant.        )
                                       )
15

16        ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

17

18              REMOTE VIDEOTAPED DEPOSITION

19                          OF

20          30(b)(6) CORPORATE REPRESENTATIVE

21                     MARIO LOWE

22           Thursday, November 3, 2022

23              Sunnyvale, California

24

25      Reported by:  B. Suzanne Hull, CSR No. 13495
```

Page 21



9   BY MR. GLUBIAK:

10        Q.   You can set that document aside, Mr. Lowe.

11        A.   Okay.   Okay.

12        Q.   Mr. Lowe, are you familiar with the

13   Extended Use Program?

14        A.   The Extended Use Program for what?

15        Q.   Are you familiar with the Extended Use

16   Program for EndoWrist?

17        A.   At a high level.

18        Q.   The three instruments we just discussed were

19   a part of the Extended Use Program; is that right?

20        A.   Yes.

21        Q.   And in 2020, Intuitive extended the lives

22   for other EndoWrists through that program; correct?

23        A.   Yes.

24        Q.   And those instruments included the large

25   needle driver and the Mega SutureCut Needle Driver;

HIGHLY CONFIDENTIAL





Page 29

17    Q.  Are you aware -- scratch that.  I'd like --

18  or strike that, rather.

19        I would like to introduce what is a tab

20  which is only on digital form, Mr. Lowe; so you are

21  not going to have a hardcopy of this.  I'll pull it

22  up on the platform.  This also has been previously

23  marked, and so I won't have a new exhibit number for

24  it.  It has been previously marked as Exhibit 82.

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



Page 35



HIGHLY CONFIDENTIAL

Page 44

1  STATE OF CALIFORNIA )

                   ) ss.

2  COUNTY OF KERN     )

3

4

5          I, B. Suzanne Hull, a Certified Shorthand

6  Reporter in the State of California, holding

7  Certificate Number 13495, do hereby certify that

8  MARIO LOWE, the witness named in the foregoing

9  deposition, was by me duly sworn; that said

10  deposition, was taken Thursday, November 3, 2022, at

11  the time and place set forth on the first page

12  hereof.

13          That upon the taking of the deposition, the

14  words of the witness were written down by me in

15  stenotypy and thereafter transcribed by computer

16  under my supervision; that the foregoing is a true

17  and correct transcript of the testimony given by the

18  witness.

19          Pursuant to Federal Rule 30(e), transcript

20  review was requested.

21          I further certify that I am neither counsel

22  for nor in any way related to any party to said

23  action, nor in any way interested in the result or

24  outcome thereof.

25  ///

HIGHLY CONFIDENTIAL

Page 45

1        Dated this 3rd day of November, 2022, at

2   Bakersfield, California.

3

_____

4                          B. Suzanne Hull, CSR No. 13495

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25