# EXHIBIT 46
(EXHIBIT FILED UNDER SEAL)

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4                        --oOo--
 5    IN RE: DA VINCI SURGICAL ROBOT
 6    ANTITRUST LITIGATION,              Case No.
 7    THIS DOCUMENT RELATES TO:          3:21-cv-03825-VC
 8    ALL CASES
 9    _____/
10    SURGICAL INSTRUMENT SERVICE
      COMPANY, INC.,
11
             Plaintiff,
12    vs.                                Case No.
                                         3:21-cv-03496-VC
13    INTUITIVE SURGICAL, INC.,
14           Defendant.
      _____/
15
16
17      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
18
19      VIDEO-RECORDED DEPOSITION OF DISHA PESWANI
20                   VERITEXT VIRTUAL
21              THURSDAY, OCTOBER 6, 2022
22
23    Reported by:
24    Anrae Wimberley, CSR No. 7778
25    Job No.  5507105
```

HIGHLY CONFIDENTIAL

Page 107

1  ▬▬▬▬
2  ▬▬▬▬
3  ▬▬▬▬▬▬
4  ▬▬▬▬▬▬
5  ▬▬▬▬▬▬
6  ▬
7  BY MR. GLUBIAK:
8      Q.   If you turn to Tab 6, Ms. Peswani, 6.
9           (Deposition Exhibit 006 was marked.)
10 ▬▬
11 ▬ ▬▬▬▬▬
12 ▬▬▬▬▬▬
13 ▬▬▬▬
14 ▬ ▬▬▬▬
15 ▬▬▬▬▬▬
16 ▬▬
17 ▬ ▬▬▬
18     ▬▬▬▬
19 ▬▬▬▬▬
20 ▬▬
21 ▬ ▬▬
22 ▬ ▬▬▬,
23 ▬▬▬ ▬▬▬
24 ▬▬▬▬
25 ▬▬▬▬

HIGHLY CONFIDENTIAL

Page 108



HIGHLY CONFIDENTIAL

Page 109



11     Q.   I would like to direct you back to Tab 5,
12  please.
13     MS. CAHOY:  Counsel, are you close to done with
14  this line of questioning?  I think we've been going
15  about an hour and a half.
16     MR. GLUBIAK:  Yes.  This is the last document I
17  have in this line of questioning.
18        Although, Ms. Peswani, if you would like
19  to break now, that's also fine.
20     THE WITNESS:  Yes, that would be great.
21     MS. CAHOY:  Do you want to break?
22     THE WITNESS:  Yeah.
23     MS. CAHOY:  Okay.  Can we break?
24     MR. GLUBIAK:  Sure.
25     THE VIDEOGRAPHER:  The time is now 11:55.  This

Page 110

1    concludes Media Unit 2.
2             (Lunch recess was taken at 11:55 a.m.)
3    AFTERNOON SESSION                          12:49 P.M.
4                         - - -
5        THE VIDEOGRAPHER:  The time is now 12:49.  This
6    begins Media Unit 3.
7                    EXAMINATION RESUMED
8    BY MR. GLUBIAK:
9        Q.   Good afternoon, Ms. Peswani.  Can you hear
10   me okay?
11       A.   Yeah, I hear you okay.
12       Q.   Fingers crossed that technology
13   cooperates.
14            Would you please turn to Tab 5.
15       MR. GLUBIAK:  And we'll share it on AgileLaw
16   now.
17            (Deposition Exhibit 007 was marked.)
18       MR. GLUBIAK:  Yes, I'm referring to the
19   hard-copy binders that Ms. Peswani has.
20   BY MR. GLUBIAK:
21       Q.   Ms. Peswani, do you recognize --
22       MS. CAHOY:  Counsel, before you start, just to
23   be clear, you're marking -- what we see as Tab 5 is
24   going to be Exhibit 7?
25       MR. GLUBIAK:  That's correct, yes.

1      I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4      That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were administered an oath; that
8  a record of the proceedings was made by me using
9  machine shorthand which was thereafter transcribed
10 under my direction; that the foregoing transcript is
11 a true record of the testimony given.
12     Further, that if the foregoing pertains to
13 the original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript ( ) was (X) was not requested.
16     I further certify that I am neither
17 financially interested in the action nor a relative
18 or employee of any attorney of any party to this
19 action.
20     IN WITNESS WHEREOF, I have this date
21 subscribed my name.
22 Dated:  October 17, 2022
23
24                              _____
25                              ANRAE WIMBERLEY, CSR No. 7778