# EXHIBIT 53

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE: DA VINCI SURGICAL ROBOT   ) Lead Case No.:
     ANTITRUST LITIGATION              ) 3:21-cv-03825-VC
 5   _____    )
                                       )
 6   THIS DOCUMENT RELATES TO:         )
     ALL ACTIONS                       )
 7                                     )
     _____    )
 8   SURGICAL INSTRUMENT SERVICE       ) Case No.
     COMPANY, INC.,                    ) 3:21-CV-03496-VC
 9                                     )
             Plaintiff,                )
10                                     )
             vs.                       )
11                                     )
     INTUITIVE SURGICAL, INC.,         )
12                                     )
             Defendant.                )
13   _____    )
14
15       VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
16               DEPOSITION OF KEVIN MAY
17
18            Thursday, November 3, 2022
19    Remotely Testifying from Yorba Linda, California
20
21
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 5541214
```

Page 1

```
 1         Q.   And did -- has FDA ever told you -- agreed
 2    with you, that -- that as long as you don't take
 3    ownership of the instruments, that you do not need a
 4    510(k) clearance?
 5         A.   I have been informed that they refuse to      09:39:49
 6    make a decision on that.  So they have decided not
 7    to make a decision on that.  And that was in
 8    reference to, I believe, Rebotix.
 9         Q.   Okay.  I'm -- I'm asking you just, has FDA
10    ever told you that as long as you maintain -- you       09:40:11
11    don't own the instrument, then you don't need a
12    510(k) in order to extend the li- -- the lives of an
13    EndoWrist instrument?
14         A.   They haven't told us, one way or another.
15    And Dr. -- Dr. An is not part of the enforcement        09:40:26
16    division of the FDA.
17         Q.   Has -- has FDA ever told you you don't
18    need a 510(k) clearance in order to extend the
19    li- -- the lives of an EndoWrist instrument?
20         A.   That's not the way the FDA works, no.         09:40:44
21    They've never told us, one way or another.
22         Q.   Has Re- -- has Restore or any Restore
23    entity, whether it's Restore Robotics or Restore
24    Robotics Repair [verbatim] reset the EndoWrist
25    instruments -- sorry, let me start over.                09:41:19
```

Page 71

| | | |
|---|---|---|
| 1 | Has any entity relating to Restore, | |
| 2 | whether it's Restore Robotics or Restore Robotics | |
| 3 | Repair [verbatim], sold an EndoWrist that has been | |
| 4 | reset since February 20th, 2020? | |
| 5 | MR. MAIDA:  Object to form. | 09:41:41 |
| 6 | THE WITNESS:  Not where we've taken | |
| 7 | ownership; only repairs. | |
| 8 | BY MR. LAZEROW: | |
| 9 | Q.   And has -- since February 20th, 2020, the | |
| 10 | e-mail we're looking at, has any entity related to | 09:41:56 |
| 11 | Restore reset the use counter for an EndoWrist that | |
| 12 | it does not own? | |
| 13 | A.   No, we have not.  I believe we've stopped. | |
| 14 | Intuitive had stopped us from repairing anything by | |
| 15 | keeping us out of the market.  So I believe we -- | 09:42:18 |
| 16 | we'd lost most of our customers by November -- | |
| 17 | October/November of 2019. | |
| 18 | Q.   Have you ever talked directly to Intuitive | |
| 19 | about the resetting activities that Restore has | |
| 20 | engaged in? | 09:42:45 |
| 21 | A.   No. | |
| 22 | Q.   Have you ever worked at FDA? | |
| 23 | A.   No. | |
| 24 | Q.   Have you ever submitted an expert report | |
| 25 | in ligation where your expert report gave opinions | 09:42:58 |

Page 72

```
 1  about FDA regulatory matters?
 2      A.  No.
 3          MR. LAZEROW:  I'm going to pass the
 4  witness and reserve the rest of my time, if
 5  necessary, for later.  Thank you.  I don't have any         09:43:18
 6  questions at this time, but I'll reserve for after
 7  the Plaintiffs, if necessary.
 8          Thank you for your time.
 9          THE COURT REPORTER:  May we go off the
10  record to do an audio check, please.                        09:43:30
11          THE VIDEOGRAPHER:  Are we closing this
12  deposition, though?
13          MR. LAZEROW:  No.  No, I don't think so.
14          THE VIDEOGRAPHER:  No?  All right.
15          We're off the record at 9:43 a.m.                   09:43:39
16          (Short recess taken.)
17          THE VIDEOGRAPHER:  We are back on the
18  record at 10:07 a.m.
19                      EXAMINATION
20  BY MR. MAIDA:                                               10:07:49
21      Q.  Hello, Mr. May.
22      A.  Hello.
23      Q.  My name is Sam Maida, and I represent the
24  Hospital Plaintiffs.  We have a case that is
25  substantially similar to Restore's case, and I have         10:08:03
```

Page 73

1   for a few of the devices.  Like we do not do the
2   staplers.  We did not repair the -- the staplers.
3   And we did not repair any of the disposable devices.
4       Q.  Are there any EndoWrists that could not be
5   repaired?                                              10:12:55
6       A.  You mean, particular reference numbers or?
7       Q.  Any EndoWrists, generally, that could not
8   be repaired.
9       A.  There were EndoWrists that were the
10  reusable type that we -- we did not repair.  But in    10:13:10
11  the future, we could have, if we did some R&D
12  efforts.
13      Q.  Okay.  You testified a bit earlier about
14  when Restore stopped the -- their EndoWrist repairs.
15          Was that in 2019?                              10:13:32
16      A.  Yes.
17      Q.  Okay.  And since 2019, Restore has not
18  done any EndoWrist repair; is that correct?
19      A.  We have done repairs that did not require
20  resetting the counter.                                 10:13:52
21      Q.  Okay.  Was there any repairs that required
22  resetting the counters?
23      A.  No.
24      Q.  Was there any repairs that Restore
25  actually sent back to the hospitals for use?           10:14:10

Page 77

1        A.    No.

2        Q.    And why is that?

3        A.    Our customers were too afraid to send us

4    the business.

5        Q.    Would the scope of reparable Si EndoWrists    10:14:26

6    have extended in -- overall without Intuitive's

7    anticompetitive conduct?

8              MR. LAZEROW:  Objection.

9              THE WITNESS:  Yes.  We would have -- we

10   would have expanded few more of the 8-millimeter and   10:14:38

11   5-millimeter EndoWrists.

12   BY MR. MAIDA:

13       Q.    And go back about -- to your answer that

14   customers were afraid.  Why were they afraid?

15             MR. LAZEROW:  Objection.                     10:14:56

16             THE WITNESS:  Because they received cease

17   and desist letters from Intuitive, was one of the

18   things.  Another thing was is that our understanding

19   from the information from the hospitals was is that

20   the Intuitive reps were coming in -- as soon as they   10:15:12

21   figured out that there was a particular serial

22   number that had been used more than the maximum

23   number of uses on the device, the Intuitive rep

24   would come in and tell the hospital that they were

25   under contract and they could not use any other       10:15:31

Page 78

1  third parties.
2  BY MR. MAIDA:
3      Q.   And those hospitals told you or someone at
4  Restore that; is that correct?
5      A.   Either directly or through one of our                10:15:43
6  reps.
7      Q.   How long did it take for Restore to
8  develop the technology to bypass the S and Si chip?
9      A.   We started work on that in January 2020, I
10 believe it was.  And we had our first usage counters           10:16:11
11 samples by, I believe it was June of 2020.  So about
12 six months or so.
13     Q.   Now, I'd like to talk to you a bit about
14 Restore's 510(k) clearance.  You testified earlier
15 that Restore currently does have 510(k) clearance              10:16:39
16 for the Si EndoWrist remanufacturing?
17          MR. LAZEROW:  Objection.  Mischaracterizes
18 testimony.
19 BY MR. MAIDA:
20     Q.   Does Restore currently have the 510(k) --             10:16:50
21 510(k) clearance for EndoWrist remanufacturing?
22     A.   We have 510(k) for the 420179 EndoWrist.
23     Q.   Okay.  Does Restore believe it needs
24 510(k) clearance to repair EndoWrists?
25     A.   No, we do not.                                       10:17:11

Page 79

```
 1                CERTIFICATE OF REPORTER
 2          I, Hanna Kim, a Certified Shorthand
 3  Reporter, do hereby certify:
 4          That prior to being examined, the witness
 5  in the foregoing proceedings was by me duly sworn to
 6  testify to the truth, the whole truth, and nothing
 7  but the truth;
 8          That said proceedings were taken before me
 9  at the time and place therein set forth remotely via
10  videoconference and were taken down by me in
11  shorthand and thereafter transcribed into
12  typewriting under my direction and supervision;
13          I further certify that I am neither
14  counsel for, nor related to, any party to said
15  proceedings, not in anywise interested in the
16  outcome thereof.
17          Further, that if the foregoing pertains to
18  the original transcript of a deposition in a federal
19  case, before completion of the proceedings, review
20  of the transcript [ ] was [x] was not requested.
21          In witness whereof, I have hereunto
22  subscribed my name this 17th day of November, 2022.
23
24
                        Hanna Kim
25                      CLR, CSR No. 13083
```

Page 150