# EXHIBIT 58
(EXHIBIT FILED UNDER SEAL)

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                    SAN FRANCISCO DIVISION
       IN RE:  DA VINCI SURGICAL ROBOT
 3     ANTITRUST LITIGATION
 4     _____
 5
                                   Lead Case No.: 3:21-cv-03825-VC
 6     _____
 7     THIS DOCUMENT RELATES TO:
       ALL CASES
 8     _____
 9     SURGICAL INSTRUMENT SERVICE
       COMPANY, INC.,
10
                    Plaintiff,
11
       vs.                   Case No.: 3:21-cv-03496-VC
12
       INTUITIVE SURGICAL, INC.,
13
                    Defendant.
14     _____
15
16            REMOTE VIDEOTAPED DEPOSITION OF
17                 RICARDO ESTAPE, M.D.
18
19
                     Pages 1 through 89
20
                 Saturday, October 22, 2022
21                  8:26 a.m. - 10:22 a.m.
22
23
24             Stenographically Reported By:
25             Denise Sankary, RPR, RMR, CRR

                                                       Page 1
```

1     Q.   And are the three companies you just --
2  that you just named involved in some way with trying
3  to develop robotic-assisted surgical solutions?
4     A.   Yes, sir, all of them are.
5     Q.   Are you on any board related to Intuitive?
6     A.   No, sir.
7     Q.   Are there times when you have an option to
8  choose between open vaginal, lap or robotic surgery
9  modalities?
10    A.   Every day.
11    Q.   How do you decide whether a surgery should
12 be performed -- how do you decide which modality to
13 select for a particular surgery?
14    A.   Well, from a patient's standpoint, to me,
15 if we can do the procedure by minimally invasive
16 techniques, it's much better for the patient.  So
17 the majority of the cases we do, whether it's
18 endometrial cancer or cervical cancer or
19 hysterectomies for fibroids, things like that, they
20 are better served by doing it minimally invasive,
21 and the best tool in my hands is the robotic
22 surgery.  So almost all of those cases we'll do
23 robotically.
24          There are some of the cancers that I do,
25 like big ovarian cancers that the masses are too big

1   to remove through small holes or there's just too
2   widespread disease and I might need to take out
3   pieces of liver or bowel, then those patients will
4   be done open.  I will still put a camera to most of
5   those patients to see if it can be done robotically.
6   So I would say the majority of the patients that I'm
7   going to go in through their abdomen will be done
8   robotically.
9         Q.   When you use the phrase "minimally
10  invasive surgery," does that also include
11  laparoscopic procedures?
12        A.   Yes.
13        Q.   Are you still doing laparoscopic
14  procedures today that do not involve the da Vinci
15  Surgical System?
16        A.   There's -- there was one hospital I was
17  going to for a while that did not have a robot, so I
18  was doing those laparoscopically.  And every once in
19  a while, if I have an emergency case I have to do
20  where I don't have access to the robot, I might do
21  it laparoscopically, yes.
22        Q.   Does the cost of a procedure play any role
23  in your decisions about which modalities to use?
24        A.   It does not because we have been able to
25  maintain our direct costs at a low number.

Page 20

1   Q.   █████████████████████████████████
2   ███████████████████████████████████████
3   ████████████████████████████
4   A.   ████████
5   Q.   ████████████████████████████ou
6   ██████████
7   A.   ████████████████████
8   Q.   ██████████████████████████
9   ██████
10  A.   ██████████████████████████████
11  ██████████████████████████
12  ███████████████████████████████
13  █████████████████████████████ █
14  ██████████████████████████████
15  ████████████████████████████
16  ██████████
17  Q.   ██████████████████████████████
18  ████████████████████████
19  A.   ████   ████████████████████
20  ███████████████████████████████
21  ██████████   ████████████████████
22  ████████████████████████████████ █
23  ████████████████████████████
24  ████████████████████████████
25  ██████████████   ██████████████████

Page 21

```
 1     ████████████████████████████████████
 2     ████████████████████████████████████
 3     ████████████████████████████████████
 4     ██████████████████
 5          Q.   Was there ever a time where you were
 6     actually about to perform a surgery with the
 7     da Vinci Surgical System and you were asked to not
 8     use that modality?
 9          A.   No.
10          Q.   I want to talk more about your
11     relationship with Larkin.
12               At some point, am I right, you had a
13     relationship with Larkin Community Hospital?
14          A.   Yes.  When I left Baptist Health, Larkin
15     Hospital was almost literally across the street from
16     one of the Baptist Health hospitals at South Miami,
17     and that's right where my office was at.  And so I
18     spoke with the director there and they were very
19     willing to have me come over and buy two robots for
20     me and for me to be able to do the cases there at
21     Larkin Hospital.
22               MR. LAZEROW:  Okay.  I'm going to mark an
23          exhibit.  It's tabbed 14, Miriam.  It will be
24          in the Exhibit Share momentarily.  I'm going to
25          mark as Defendant's Exhibit 118, a document
```

Page 22

1   you can get to the corner on a Tesla.  They both are
2   modes of transportation.  And that's the way used to
3   describe laparoscopy as the bicycle and Tesla as the
4   robotics."
5           Would you agree with that?
6       A.  That's pretty accurate, yes.
7       Q.  Do you agree that minimally invasive
8   robotic procedures have become the standard of care?
9           MR. LAZEROW:  Objection.  Vague.
10      A.  That's a good question.  In my hands,
11  absolutely standard of care.  I think there's still
12  a lot of debate out there whether it's truly the
13  standard of care, but I think the data is starting
14  to become overwhelming where it should become the
15  standard of care, in certain procedures for sure.
16    BY MR. CORRIGAN:
17      Q.  Do you agree robotic surgery has changed
18  the way surgeons perform delicate procedures?
19      A.  Absolutely.
20      Q.  Do you agree that it allows surgeons to
21  get into areas that could not be gotten into with
22  traditional surgical instruments?
23      A.  Well, you can get into it -- you can get
24  into it easier with the robot than you can with
25  other things like laparoscopy or open, for sure.

Page 64

1  Q. Would you agree that Larkin worked hard to
2  be able to set you up doing robotic surgery at the
3  hospital?
4  A. Oh, absolutely.
5  Q. They purchased or actually -- they
6  actually leased the two da Vincis that you required,
7  correct?
8  A. Yes, sir.
9  Q. And they rewired the operating rooms to
10 support the da Vincis; is that right?
11 A. Yes, sir. They put a lot of time and
12 effort into getting the program going.
13 Q. And they hired your two brothers, or at
14 least they took on your two brothers and your
15 robotic surgery program director, Barbie Yuen; is
16 that right?
17 A. That is correct.
18 Q. And Barbie Yuen is your wife, correct?
19 A. That's correct.
20 Q. You said a couple times you worked closely
21 which Jose Gonzalez at Larkin, correct?
22 A. Yes, sir.
23 Q. And you're still close with Mr. Gonzalez
24 now, aren't you?
25 A. We still speak because he runs with

Page 65

```
 1      companies that brings products now to the hospital
 2      where I'm at.
 3          Q.   Would you agree that Mr. Gonzalez is a
 4      hard-working individual?
 5          A.   Absolutely.
 6          Q.   He's smart?
 7          A.   Very.
 8          Q.   He's honest?
 9          A.   Absolutely.
10          Q.   Thank you.
11               And Barbie Yuen, when she was working with
12      you, you worked closely with her, correct?
13          A.   Yes, sir.
14          Q.   Did you rely heavily on her?
15          A.   Very.
16          Q.   If Larkin did not get the two da Vincis
17      that you requested, you would not have gone to
18      perform surgeries there, correct?
19          A.   At least not robotic surgeries, that is
20      correct.
21          Q.   And robotic surgery is critical to your
22      practice; is that right?
23          A.   Yes, sir.
24          Q.   And if a hospital you were at did not --
25      well, let me rephrase.  Sorry.
```

Page 66