# EXHIBIT 60
(EXHIBIT FILED UNDER SEAL)

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
 5   IN RE: DA VINCI SURGICAL        )
     ROBOT ANTITRUST LITIGATION      )Lead Case No.
 6                                   )3:21-cv-03825-VC
                                     )
 7   THIS DOCUMENT RELATES TO ALL    )
     CASES                           )
 8                                   )
                                     )
 9   SURGICAL INSTRUMENT SERVICE     )Case No.
     COMPANY, INC.,                  )3:21-cv-03496-VC
10                                   )
              Plaintiff,             )
11                                   )
           v.                        )
12                                   )
     INTUITIVE SURGICAL, INC.,       )
13            Defendants.            )
                                     )
14
15
16
17         REMOTE VIDEO RECORDED DEPOSITION OF
18                 MICHAEL BURKE, M.D.
19             Tuesday, September 27, 2022
20
21
22
23
24   REPORTED BY:  RENEE HARRIS, CSR, CCR, RPR
     JOB NO. 5490765
25   PAGES:  1 - 146
```

Page 1

```
 1   █████████████████████████████████████████
 2   ████████████████████████████████████
 3   ██████████
 4          MR. BATEMAN:  █████████
 5      █████████████████                                  10:10:00
 6          THE WITNESS:  ██████████████████████
 7   ████████████████████████████████████  ████
 8   ████████████████████████████
 9   ████████████████  ██████████████████
10   ████████████████████                                  10:10:17
11      BY MS. CAHOY:
12          Q.  █████████████████████████
13          A.  █████████  █████████████████████
14   █████████████████████████████████████████
15   ████████████████████████████████                      10:10:32
16          Q.  ██████████████████████████████
17   █████████████████████████████████████████
18   ██████████████
19          A.  ████████████████████████████
20   █████████████████████████████████████████             10:10:47
21   ████████████████████████████
22          Q.  ███████████████████████████████
23   █████████████████████████████████████████
24   █████████████████████████
25          MR. BATEMAN:  █████████  █████████            10:11:05
```

```
 1            ████████████████
 2       MR. BATEMAN:  ████████  ████████
 3       ████████████
 4  BY MS. CAHOY:
 5       Q.  ████████████████████████████████       10:11:26
 6       A.  ████████████████████████████
 7  ████████████████████████████████████████████
 8  ████████████████
 9       Q.  ████████████████████████████████       10:11:41
10  ████████████████████████████████████
11  ████████████████████████████████████
12       A.  ████
13       Q.  ████████████████████████████
14  ████████████████████████████████████████
15  ████████████████████                           10:11:56
16       A.  ████
17       Q.  ████████████████████████████████
18  ████████████████████████████████████
19       A.  ████
20            MS. CAHOY:  All right.  Let's mark Tab 27    10:12:33
21       as Exhibit 52, please.
22            MR. BATEMAN:  27?
23            MS. CAHOY:  27, yes.
24            (Exhibit 52 was received and marked
25            for identification on this date and is        10:13:24
```

Page 52

```
 1                attached hereto.)
 2     BY MS. CAHOY:
 3         Q.   All right.  Dr. Burke, if you -- sorry.
 4     If you refresh, Exhibit 52 should be there now in
 5     the platform.                                         10:13:36
 6              So Exhibit 52 is the document that -- the
 7     hard-copy document that you have at Tab 27, and on
 8     the bottom it should say VMC-00002266.
 9              Do you see that?
10         A.   Yes.                                         10:13:51
11         Q.   Do you recognize this document?
12         A.   Having read it, yes.
13         Q.   ███████████████████████
14         A.   █████████████████████████████████
15     █████████████████                                     10:14:08
16         Q.   █████████████████████████████████
17     ███████████████████████████████████████
18     ██████
19         A.   ██████████
20         Q.   ████████████████████████████████████████     10:14:29
21     █████████████████████████████████████
22     ██████
23         A.   ██████████
24         Q.   █████████████████████████████████
25     ████████████████████████████████████                  10:14:41
```

Page 53