# EXHIBIT 64
(EXHIBIT FILED UNDER SEAL)

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
     IN RE: DA VINCI SURGICAL         )
 5   ROBOT ANTITRUST LITIGATION       ) Lead Case No.:
     _____) 3:21-cv-03825-VC
 6   SURGICAL INSTRUMENT SERVICE      )
     COMPANY, INC.,                   ) Case No.:
 7                                    ) 3:21-cv-03496-VC
                Plaintiff,            )
 8                                    )
           vs.                        )
 9                                    )
     INTUITIVE SURGICAL, INC.,        )
10                                    )
                Defendants.           )
11   _____)
     THIS DOCUMENT RELATES TO:        )
12   ALL ACTIONS                      )
     _____)
13
14
15                      DEPOSITION OF:
16                 GRETA VALENTINE BERNIER
17                 MONDAY, NOVEMBER 7, 2022
18                 3:35 p.m. Eastern Time
19
20   REPORTED BY:
21   Vickie Blair
22   CSR No. 8940, RPR-CRR
23   JOB NO. 5568494
24
25   PAGES 1 - 56
```

Page 1

```
 1    that email, you say (as read):                    13:07:18
 2                    █████████████████                 13:07:20
 3                    ███████████████████               13:07:23
 4                    ████████████████████              13:07:25
 5                    ██████████████████████            13:07:28
 6                    ████████████████████              13:07:28
 7                    ██████████████████████            13:07:32
 8                    ████████                          13:07:35
 9                    ██████████████                    13:07:37
10         A     ███                                    13:07:37
11         Q     ████████████████████                   13:07:37
12    ██████                                            13:07:42
13              MR. BATEMAN:  ████████████████          13:07:42
14    ████████████████████████████                      13:07:43
15    ███████████                                       13:07:48
16              THE WITNESS:  ████  ██████████          13:09:34
17    ██████                                            13:09:35
18    BY MR. CHAPUT:                                    13:09:35
19         Q     ██████                                 13:09:36
20               ██████████████████                     13:09:36
21    ████████████████████████████                      13:09:38
22    ████████████                                      13:09:41
23              █████████████████                       13:09:43
24    █████████████████████                             13:09:49
25         A    ███████████████████████                 13:09:53
```

Veritext Legal Solutions
866 299-5127

```
 1   ██████████████████████████████████████████████████   13:10:01
 2   ███████████████████████████                          13:10:05
 3         Q   ███████████████████████████████████████    13:10:14
 4   ██████████████████████████████████████████████       13:10:17
 5   ██████████████████████████████████████████████       13:10:19
 6   ████                                                 13:10:23
 7         A   ██████████                                 13:10:23
 8         Q   ███████████████████████████████████████    13:10:23
 9   ██████████████████████████████████████████████████   13:10:29
10   ██████████████████████████████████████████████████   13:10:33
11   ██████████████                                       13:10:38
12         A   ██████████                                 13:10:38
13         Q   ██████████████████████████████             13:10:39
14   ██████████████████████████████████████████           13:10:47
15   ████                                                 13:10:51
16         ██████████████████████████                     13:10:52
17         A   █████████████████████████████████          13:10:53
18   ██████████████████████████████████████████████████   13:11:10
19   ████████████████████████████████████████████████     13:11:13
20   ██████████████                                       13:11:19
21         Q   █████████████████████████████████████      13:11:21
22   ██████████████████████████████████                   13:11:32
23                ████████████████████████████████████    13:11:34
24         ██████████████████████████████████             13:11:37
25         ████████████████████████████████████           13:11:39
```

Page 28

| | | |
|---|---|---|
| 1 | ███████████████████████ | 13:11:41 |
| 2 | ███████████████████████ | 13:11:43 |
| 3 | ███████████████████████ | 13:11:45 |
| 4 | ███████████████████████ | 13:11:48 |
| 5 | ███████████████████████ | 13:11:50 |
| 6 | ███████████ | 13:11:54 |
| 7 | A    █ | 13:11:54 |
| 8 | Q    ███████████████████ | 13:11:55 |
| 9 | ███████████████████████████ | 13:11:57 |
| 10 | █ | 13:11:59 |
| 11 |         MR. BATEMAN:    ██████ | 13:12:00 |
| 12 |         THE WITNESS:    ████████ | 13:12:01 |
| 13 | ███████████████████████████ | 13:12:06 |
| 14 | ████████████████ | 13:12:11 |
| 15 | BY MR. CHAPUT: | 13:12:18 |
| 16 | Q    ███████████████████ | 13:12:18 |
| 17 | ██████ | 13:12:20 |
| 18 | ██████████ | 13:12:23 |
| 19 | A    █ | 13:12:24 |
| 20 | Q    ████████ | 13:12:24 |
| 21 | A    ████████████████████ | 13:12:27 |
| 22 | ████████████████████████ | 13:12:32 |
| 23 | ████████████████████████ | 13:12:37 |
| 24 | ██████████████████████████ | 13:12:40 |
| 25 | ████████████████████ | 13:12:47 |

Page 29