# EXHIBIT 65
(EXHIBIT FILED UNDER SEAL)

Page 1

```
 1            UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
 2                    TAMPA DIVISION
            CIVIL CASE NO. 8:20-cv-2274-T-33TGW
 3
 4
      REBOTIX REPAIR LLC,
 5
                 Plaintiff,
 6
      -vs-
 7
      INTUITIVE SURGICAL, INC.,
 8
                 Defendant.
 9                                           /
10
11    * * * * * * * * * * * * * * * * * * * * * * * *
                     HIGHLY CONFIDENTIAL
12
13    VIDEOTAPED
      DEPOSITION OF:      CHRIS GIBSON
14
      DATE TAKEN:         TUESDAY, JUNE 22, 2021
15
      TIME:               10:04 A.M. - 6:15 P.M.
16
      PLACE:              BY VIDEOCONFERENCE
17
      REPORTED BY:        CARMEN THOMAS, REGISTERED
18                        PROFESSIONAL REPORTER AND
                          NOTARY PUBLIC
19
20    * * * * * * * * * * * * * * * * * * * * * * * *
21
22
23
24
25
```



Page 131

```
 1    ██████████████████████████████████████████████████
 2    ████████████████████████████████
 3        A    ████████████████  ████████████████████
 4    ████████████████████████████████████████
 5    ██████████████████████
 6        Q    ████████████████████████████
 7    ████████████████████████████████████████████
 8    ████████████████████████████████████████████
 9             ████████████████████
10        A    ████
11        Q    ██████████████
12        A    ██████████████████████████████████████
13        Q    ██████████████████████████████████████
14    ████████████████████████
15        A    ████
16        Q    ██████████████████████████████████████
17    ████████████████████████████
18             MR. ERWIG:  ████████████████████
19             THE WITNESS:  ████████████████████████████
20    BY MS. LENT:
21        Q    ██████████████████████████████████████
22    ████████████████████████████
23             MR. ERWIG:  ██████████████████
24             THE WITNESS:  ████████████████████████████████
25             ████████████████████████████  ██████████████
```

Case 3:21-cv-03825-AMO   Document 127-66   Filed 03/23/23   Page 4 of 5
Highly CONF Chris Gibson
Rebotix Repair LLC v Intuitive Surgical, Inc.
June 22, 2021

Page 132

```
 1      ███████████████████████████████████████████
 2      ███████████████████████
 3   BY MS. LENT:
 4      Q   ███████████████████████████████████████
 5   ███████████████████████████████████
 6           MR. ERWIG:   ██████████████
 7           THE WITNESS: ███
 8   BY MS. LENT:
 9      Q   ████████████████████████████████████
10   ████████████████████████████████████████████
11   ██████████████
12      A   ███████████████████████████
13      Q   ████████████████████████████████████
14   ████████████████████████████████████████████
15   █████████████
16      A   ████
17      Q   ████████████████████████████████████
18   ████████████████████████████████████████████
19      A   ████████████████████████████ ████████
20   ██████████████████████████████████
21   █████████████████████████████████ ████████
22   ████████████████████████████████████████████
23   █████████████████████████████████ ███
24   ████████████████████████
25      Q   ██████ ████████████████████████ █
```

Case 3:21-cv-03825-AMO   Document 127-66   Filed 03/23/23   Page 5 of 5
Highly CONF Chris Gibson
Rebotix Repair LLC v Intuitive Surgical, Inc.
June 22, 2021

Page 133

