# EXHIBIT 71

Competitive Installs

## 2019

Da Vinci ≈ 3,000 – 3,500

Senhance ≈ 15 or less

Flex ≈ 10 or less

## 2020

Da Vinci ≈ 3,500 – 4,000

Senhance ≈ 15 or less

Flex ≈ 7 – 10

Exhibit 14

(14)