# EXHIBIT 79
# (EXHIBIT FILED UNDER SEAL)

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
      IN RE: DA VINCI SURGICAL        )
 5    ROBOT ANTITRUST LITIGATION      ) Case No.:
      _____ ) 3:21-cv-03825-VC
 6    THIS DOCUMENT RELATES TO:       )
      ALL CASES                       ) Pages 1 to 205
 7    _____ )
      SURGICAL INSTRUMENT SERVICE     )
 8    COMPANY, INC.,                  )
                                      )
 9              Plaintiff,            )
                                      )
10         vs.                        )
                                      )
11    INTUITIVE SURGICAL, INC.,       )
                                      )
12              Defendant.            )
      _____ )
13
14
15                    DEPOSITION OF:
16              CLIFTON EARL PARKER, VOLUME I
17                TUESDAY, OCTOBER 25, 2022
18              9:08 a.m. Eastern Daylight Time
19
20    REPORTED BY:
21    Vickie Blair
22    CSR No. 8940, RPR-CRR
23    JOB NO. 5541122
24
25    PAGES 1 - 207
```

Page 1

| | | |
|---|---|---|
| 1 | Q    Thank you. | 11:33:01 |
| 2 | Earlier on, Ms. Winner, a couple times, | 11:33:06 |
| 3 | referenced the fact that you were -- Restore was not | 11:33:11 |
| 4 | utilizing its repair technology since, I believe it was | 11:33:12 |
| 5 | late 2019; is that right? | 11:33:15 |
| 6 | A    We were not, we stopped using Rebotix's | 11:33:16 |
| 7 | repair technology in October of 2019, and then we've | 11:33:20 |
| 8 | started developing our own December of 2019, January of | 11:33:24 |
| 9 | 2020. | 11:33:31 |
| 10 | Q    You have not reset any EndoWrists with | 11:33:31 |
| 11 | Restore technology since that time; correct? | 11:33:35 |
| 12 | A    Not for hospitals, just for internal | 11:33:38 |
| 13 | testing purposes. | 11:33:41 |
| 14 | Q    Why haven't you reset any EndoWrist for | 11:33:43 |
| 15 | hospitals in that time frame? | 11:33:47 |
| 16 | A    It's futile.  If we do that, then | 11:33:49 |
| 17 | Intuitive goes to the hospital and threatens to end | 11:33:51 |
| 18 | their contracts, threatens to not sell them | 11:33:55 |
| 19 | instruments, not sell them accessories, threatens to | 11:33:59 |
| 20 | move their doctors to other hospitals, et cetera. | 11:34:01 |
| 21 | Q    And you say that because that's what | 11:34:05 |
| 22 | Intuitive has done in the past? | 11:34:08 |
| 23 | A    Correct. | 11:34:11 |
| 24 | MS. WINNER:  Objection.  Lack of | 11:34:12 |
| 25 | foundation. | 11:34:17 |

```
 1    ███████████                                              11:44:53
 2        Q    ████████████████████████████████                11:44:55
 3        A    █████████████████████                           11:44:58
 4        Q    ██████████████████████████████████████          11:45:00
 5    ██████████████████████                                   11:45:03
 6        A    ██████████████████████████████████████████      11:45:04
 7    ██████████████████████████████████████████████████       11:45:12
 8    ██████████████████████████████████████████████████       11:45:19
 9    ████████████████████████████████                         11:45:23
10        Q    ██████████████████████████████████████          11:45:24
11    ████████████████████████████████████████                 11:45:31
12        A    We did.  We bought a building in Las            11:45:37
13   Vegas.                                                    11:45:40
14        Q    How many square feet is that?  Do you           11:45:40
15   know?                                                     11:45:42
16        A    I don't know, I'm going to guess 3200,          11:45:42
17   that's a guess, I don't re- -- I don't remember.          11:45:49
18        Q    ██████████████████████████████████████████      11:45:52
19    ██████████████████████████████████████████████████       11:45:57
20    ██████████████████████████████████                       11:46:02
21        A    ██████████████████████████████████████████      11:46:06
22    ██████████████████████████████████████████████████       11:46:08
23    ██████████████████                                       11:46:16
24        Q    ██████████████████████████████████████████      11:46:18
25    ██████████████████████████████████████████████████       11:46:21
```

Page 138

```
1       ███████████████████████████████████         11:46:26
2       A   ███████████████████████████████         11:46:30
3       █████████████████████████████████████       11:46:38
4       ███████████████                             11:46:42
5           ████████████████████████████            11:46:46
6       █████████████████████████████████           11:46:49
7       ████████████████████████████████            11:46:53
8       ██████████████████████████████              11:47:00
9       █████████████████████████████████████       11:47:05
10          ████████████████████████████████        11:47:10
11      █████████████████████████████████           11:47:13
12      ██████████████████████████                  11:47:18
13      Q   ████████████████████████████            11:47:20
14      █████████████████████████████████████       11:47:24
15      ████████████████████████████████████        11:47:29
16             MS. WINNER:  ██████████████          11:47:34
17             THE WITNESS: ██                      11:47:39
18             MS. WINNER:  ████████████████        11:47:39
19             THE WITNESS: ██████████████████      11:47:40
20      ████████████████████████████████████        11:47:43
21      ████████████                                11:47:47
22      BY MR. CORRIGAN:                            11:47:49
23          Q   ████████████████████████████        11:47:50
24      ████████████████████████████████            11:47:51
25      ████████████████████████████████            11:47:55
```

Page 139

| | | |
|---|---|---|
| 1 | A ███████████████████████████████ | 11:47:58 |
| 2 | ███████████████████████████████ | 11:48:01 |
| 3 | ███████████████████████████████ | 11:48:04 |
| 4 | ████████████████████ | 11:48:07 |
| 5 | Q    What makes you think you could sign | 11:48:10 |
| 6 | contracts with those customers if it weren't futile? | 11:48:12 |
| 7 | A    They've told us they would sign contracts | 11:48:15 |
| 8 | with us tomorrow and do business with us tomorrow. | 11:48:17 |
| 9 | And some of -- some of the hospitals, | 11:48:20 |
| 10 | there's no -- they don't sign contracts, they just | 11:48:22 |
| 11 | issue work.  This is a -- it's not like you're buying a | 11:48:26 |
| 12 | $4 million, you know, MRI machine, they say, "Hey, can | 11:48:30 |
| 13 | you repair this instrument?"  It -- you know, we say | 11:48:35 |
| 14 | it's $1,800 to repair this instrument, we send them an | 11:48:38 |
| 15 | invoice, they pay us, or they send us a purchase order, | 11:48:43 |
| 16 | we send them an invoice, and they pay us.  So it's | 11:48:49 |
| 17 | not -- there's not a need for a big long contract | 11:48:51 |
| 18 | typically. | 11:48:53 |
| 19 | Some hospitals do want an overarching | 11:48:54 |
| 20 | contract, if they have multiple facilities, to be able | 11:48:57 |
| 21 | to maintain consistent pricing, which is not an issue | 11:49:03 |
| 22 | with us because we have consistent pricing no matter | 11:49:07 |
| 23 | who the hospital facility is. | 11:49:11 |
| 24 | Q    And you mentioned a moment ago other types | 11:49:12 |
| 25 | of contracts with other types of entities other than | 11:49:14 |

```
1    customers; correct?                                         11:49:19
2         A    Yes.                                              11:49:20
3         Q    ███████████████████████████                       11:49:20
4         A    ████████████████████████████████                  11:49:21
5    ████████████████████                                        11:49:26
6         ████████████████████████████                           11:49:27
7    ██████████████████████████████████████████████              11:49:34
8    ████████████████████████                                    11:49:38
9         ██████████████████████████████                         11:49:41
10   ██████████████████████████████████████████████              11:49:49
11   ████████████                                                11:49:55
12        Q    Uh-huh.                                           11:49:59
13        A    That's currently in place right now.              11:50:01
14        Q    ███████████████████████████████                   11:50:04
15   ██████████████████████████████████████████████              11:50:07
16   ██████████████████████████████████████████████              11:50:10
17        A    ████████                                          11:50:13
18             MS. WINNER:  Objection.  Form.  Lack of           11:50:14
19   foundation.                                                 11:50:21
20             THE WITNESS:  I'm extremely confident, I'm        11:50:21
21   a hundred percent confident.                                11:50:25
22   BY MR. CORRIGAN:                                            11:50:26
23        Q    Where does that confidence come from?             11:50:26
24        A    Our partners have been in this business           11:50:29
25   for 20 some odd years, they've done much more               11:50:30
```

Page 141