# EXHIBIT 86

```
 1    UNITED STATES DISTRICT COURT
 2    FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3    SAN FRANCISCO DIVISION
 4
 5    Lead Case No. 3:21-cv-03825-VC
 6    ------------------------------------x
 7    IN RE: Da Vinci SURGICAL ROBOT
      ANTITRUST LITIGATION
 8    ------------------------------------x
 9    AND RELATED CASE.
      ------------------------------------x
10                           March 15, 2023
11                           9:07 a.m.
12
13
14         Remote Virtual Zoom Deposition of
15    KIMBERLY A. TRAUTMAN  take Plaintiff, pursuant
16    to Notice, with the Witness located at the
17    offices of Covington & Burling 850 Tenth Street
18    NW, Washington, D.C., before William Visconti,
19    a Shorthand Reporter and Notary Public within
20    and for the State of New York.
21
22
23
24
25
                                              Page 1
```

1                    KIMBERLY ANN TRAUTMAN
2      until such time as there was a better official
3      agency position.
4            Q.    When you were at FDA and you
5      told a company to stop engaging activity, did
6      you expect them to stop?
7            A.    Expect them to, would we have like
8      them to, does that not mean that we had to go
9      to warning letters and corporate warning
10     letters and seizures and injunctions when we
11     didn't.  Did I learn from many good lawyers
12     such as yourself and the people here that it's
13     not about necessarily what FDA wants, it's what
14     they can prove.
15                 So what FDA employees would
16     want is irrelevant in many cases as compared to
17     what could be proven and if need be taken to a
18     court of law and supported.
19           Q.    When you were at FDA and requested
20     a company stop engaging in an activity, did you
21     expect the company to stop?
22           A.    I expected to hear a response from
23     them.  Often times I would expect to have legal
24     counsel join them to provide rationale and
25     many, many, many times the activities would

```
 1              KIMBERLY ANN TRAUTMAN
 2   absolutely not be stopped while those
 3   engagements and discussions were happening.
 4        Q.   So you can't answer my question,
 5   is that the answer?
 6        A.   No, sir, I think I did answer your
 7   question.
 8        Q.   Okay.  So if you asked a company
 9   to stop engaging an activity and learned they
10   continued to engage in that activity while you
11   were at FDA, would you just ignore that?
12        A.   So first of all, again, what I
13   would personally ask them is irrelevant until
14   there is an official action or official
15   notification from the agency.  So my single
16   voice, even as an international expert doesn't
17   necessarily hold water when I went to court.
18   The judge will say who cares, Miss Trautman,
19   what you told them, where is the evidence.
20   They have evidence that says to the contrary,
21   why should they have stopped, they have their
22   rationale and you have yours, prove it.  That
23   is what we have to do.
24        Q.   I'm not talking about court cases.
25   I'm not talking about anything further than
```

Page 256

```
 1                KIMBERLY ANN TRAUTMAN
 2     and this discussion between they definitions is
 3     not intended to give any interpretation of the
 4     agency.
 5                    It is very, very telling along
 6     with FDA website statements that the agency has
 7     not clarified what they feel should happen in
 8     this space.  They fully understand that this
 9     third-party system is very critical to the
10     healthcare system.  There is economic reasons,
11     there is political reasons, and they have asked
12     for decades while I was at FDA and since, you
13     know, provide evidence of public health harm to
14     these practices to help inform.
15                    And as recently as the last couple
16     of years they very overtly said, we do not find
17     compelling evidence that says that there is any
18     public health harm in the activities that are
19     going on, therefore have made the decision that
20     right now the economic burden of make those
21     type of blanket policy statements that you're
22     talking about, they say that they don't have
23     the evidence to make that yet.  And they have
24     that for 30 years.
25          Q.     I promise you when I want to ask
```

Page 275