# EXHIBIT 94
## (EXHIBIT FILED UNDER SEAL)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3
4    IN RE: DA VINCI SURGICAL ROBOT  ) Lead Case No.:
     ANTITRUST LITIGATION            ) 3:21-cv-03825-VC
5    _____    )
                                     )
6    THIS DOCUMENT RELATES TO:       )
     ALL ACTIONS                     )
7                                    )
     _____    )
8    SURGICAL INSTRUMENT SERVICE     ) Case No.
     COMPANY, INC.,                  ) 3:21-CV-03496-VC
9                                    )
             Plaintiff,              )
10                                   )
             vs.                     )
11                                   )
     INTUITIVE SURGICAL, INC.,       )
12                                   )
             Defendant.              )
13   _____    )
14
15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16            UNDER THE PROTECTIVE ORDER
17       VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
18            DEPOSITION OF TED CLAIBORNE
19
20           Monday, November 21, 2022
21    Remotely Testifying from Blue Point, New York
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 5587024

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 32

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 37

1 ████████████████████████████████████████

2 █████████████████████████████████

3 ██████████████████████████████████████

4 █████████████████████████████████████

5 ██████████████████████████████████                    02:05:16

6 ███████

7           MR. GLUBIAK:  I think I'd like to take a

8 quick break.  If we could have about five minutes

9 off the record.  Is that okay, Kate and --

10          MS. CAHOY:  Yes.                            02:05:58

11          THE VIDEOGRAPHER:  The time is 2:05.

12 Going off the video record.

13          (Short recess taken.)

14          THE VIDEOGRAPHER:  The time is now 2:20.

15 Back on the video record.                            02:20:47

16 ███████████

17     ██   ███████████████████████████████

18 ██████████████████████████████████████

19 ███████████

20        ████████████████                             02:20:58

21   ██   ████

22   ██   █████████████████████████████

23 ██████████████████████████████████████████

24 ██████████████████████████████████████████

25 ██████████████████████████████████           02:21:18

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 41

02:28:07

02:28:25

14   Q.   Mr. Claiborne, I don't believe I have any
15   other questions for you today.  So I want to thank   02:28:50
16   you for your time.
17        I don't know if my colleague, Mr. Van
18   Hoven has a few questions but, you know, pending
19   whether or not you get questioned by your own
20   attorney, those are all the questions I have for   02:29:03
21   now.
22        Thank you.
23              EXAMINATION
24   BY VAN HOVEN:
25        Q.   Yeah.  Hello, Mr. Claiborne.  I -- I do   02:29:07

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 42

1    have a couple questions for you.



2

3

4

5                                                        02:29:32

6

7

8

9

10                                                       02:29:50

11

12

13

14

15                                                       02:30:12

16

17

18

19

20                                                       02:30:37

21

22

23

24

25                                                       02:31:07

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 55

1              CERTIFICATE OF REPORTER

2         I, Hanna Kim, a Certified Shorthand

3    Reporter, do hereby certify:

4         That prior to being examined, the witness

5    in the foregoing proceedings was by me duly sworn to

6    testify to the truth, the whole truth, and nothing

7    but the truth;

8         That said proceedings were taken before me

9    at the time and place therein set forth remotely via

10   videoconference and were taken down by me in

11   shorthand and thereafter transcribed into

12   typewriting under my direction and supervision;

13        I further certify that I am neither

14   counsel for, nor related to, any party to said

15   proceedings, not in anywise interested in the

16   outcome thereof.

17        Further, that if the foregoing pertains to

18   the original transcript of a deposition in a federal

19   case, before completion of the proceedings, review

20   of the transcript [x] was [ ] was not requested.

21        In witness whereof, I have hereunto

22   subscribed my name. Dated: 29th day of November, 2022

23

24

                              Hanna Kim

25                            CLR, CSR No. 13083