UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION | Lead Case No.: 3:21-cv-03825-VC<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION OF DEFENDANT INTUITIVE SURGICAL, INC. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f)**<br><br>Judge: Hon. Vince Chhabria |
| THIS DOCUMENT RELATES TO: [ALL ACTIONS] | |

Upon consideration of Defendant Intuitive Surgical Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5 ("Motion to Consider"), IT IS HEREBY ORDERED that the Clerk shall file the following materials attached to the Motion to Consider in accord with the Court's rulings indicated below.

**Motion to Exclude Testimony of T. Kim Parnell**

| Attach. No. | Document | Designating Part(ies) | Portions Designated | Ruling |
|---|---|---|---|---|
| 1 | Motion to Exclude Testimony of T. Kim Parnell | SIS | *Passim* | |
| 1 | Motion to Exclude Testimony of T. Kim Parnell | Plaintiffs* | *Passim* | |
| 1 | Motion to Exclude Testimony of T. Kim Parnell | Rebotix | *Passim* | |
| 2 | Ex. 1 to Chaput Declaration In Support of Motion to Exclude Testimony of T. Kim Parnell (Parnell Expert Report in *In re: da Vinci Surgical Robot Antitrust Litigation*) | Plaintiffs | Document in its entirety | |
| 3 | Ex. 2 to Chaput Declaration In Support of Motion to Exclude Testimony of . Kim Parnell (Parnell Expert Rebuttal Report SIS) | SIS | Document in its entirety | |
| 4 | Ex. 3 to Chaput Declaration In Support of Motion to Exclude Testimony of T. Kim Parnell (Parnell Expert Report SIS) | SIS | Document in its entirety | |
| 5 | Ex. 4 to Chaput Declaration In Support of Motion to Exclude Testimony of T. Kim Parnell (Parnell Expert Report Rebotix) | Rebotix | Document in its entirety | |
| 6 | Ex. 6 to Chaput Declaration In Support of Motion to Exclude Testimony of T. Kim Parnell (Parnell Depo Tr. Excerpts) | SIS | Document in its entirety | |

---

[*] An asterisk indicates that Intuitive has also sought to seal certain portions of this document as set forth in its Administrative Motion to Seal. "Plaintiffs" refers to plaintiffs in this matter, *In Re: da Vinci Surgical Robot Antitrust Litigation*.

| Attach. No. | Document | Designating Part(ies) | Portions Designated | Ruling |
|---|---|---|---|---|
| 7 | Ex. 8 to Chaput Declaration In Support of Motion to Exclude Testimony of T. Kim Parnell (Howe Expert Report in *In re: da Vinci Surgical Robot Antitrust Litigation*) | SIS* | *Passim* | |
| 7 | Ex. 8 to Chaput Declaration In Support of Motion to Exclude Testimony of T. Kim Parnell (Howe Expert Report in *In re: da Vinci Surgical Robot Antitrust Litigation*) | Restore | Redacted portions of pages 5, 7, 22–23, 42, 65–66, 70–80, 82, 85, 87, 89–90, 92–100 | |
| 7 | Ex. 8 to Chaput Declaration In Support of Motion to Exclude Testimony of T. Kim Parnell (Howe Expert Report in *In re: da Vinci Surgical Robot Antitrust Litigation*) | Rebotix | Redacted portions of pages 7, 10–11, 18, 22–25, 42–62, 65, 75 | |
| 7 | Ex. 8 to Chaput Declaration In Support of Motion to Exclude Testimony of T. Kim Parnell (Howe Expert Report in *In re: da Vinci Surgical Robot Antitrust Litigation*) | Benjamin Biomedical | Redacted portions of pages 12–13 | |
| 7 | Ex. 8 to Chaput Declaration In Support of Motion to Exclude Testimony of T. Kim Parnell (Howe Expert Report in *In re: da Vinci Surgical Robot Antitrust Litigation*) | Carrolton Regional Medical Center | Redacted portions of pages 42–43 | |
| 8 | Ex. 9 to Chaput Declaration In Support of Motion to Exclude Testimony of T. Kim Parnell (Howe SIS Expert Report) | SIS* | *Passim* | |
| 8 | Ex. 9 to Chaput Declaration In Support of Motion to Exclude Testimony of T. Kim Parnell (Howe SIS Expert Report) | Rebotix | Redacted portions of pages 8, 10–12, 16, 19, 23–26, 43–63, 66, 76 | |
| 8 | Ex. 9 to Chaput Declaration In Support of Motion to Exclude Testimony of T. Kim Parnell (Howe SIS Expert Report) | Benjamin Biomedical | Redacted portions of page 13 | |

| Attach. No. | Document | Designating Part(ies) | Portions Designated | Ruling |
|---|---|---|---|---|
| 8 | Ex. 9 to Chaput Declaration In Support of Motion to Exclude Testimony of T. Kim Parnell (Howe SIS Expert Report) | Restore | Redacted portions of pages 5, 8, 23–24, 43–44, 66–67, 71–81 | |
| 8 | Ex. 9 to Chaput Declaration In Support of Motion to Exclude Testimony of T. Kim Parnell (Howe SIS Expert Report) | Carrolton Regional Medical Center | Redacted portions of pages 43–44 | |
| 9 | Ex. 12 to Chaput Declaration In Support of Motion to Exclude Testimony of T. Kim Parnell (Johnson 30b6 Depo Tr. Excerpts) | SIS | Document in its entirety | |

**Motion to Exclude Testimony of Eugene Rubach**

| Attach. No. | Document | Designating Part(ies) | Portions Designated | Ruling |
|---|---|---|---|---|
| 10 | Motion to Exclude Testimony of Eugene Rubach | Plaintiffs | *Passim* | |
| 11 | Ex. 3 to Lannin Declaration In Support of Motion to Exclude Testimony of Eugene Rubach (Rubach Depo Tr. Excerpts) | Plaintiffs | Document in its entirety | |

**Motion to Exclude Testimony of Einer Elhauge**

| Attach. No. | Document | Designating Part(ies) | Portions Designated | Ruling |
|---|---|---|---|---|
| 12 | Motion to Exclude Testimony of Einer Elhauge | Rebotix | Redacted portions of pages 4, 9, 10, | |
| 12 | Motion to Exclude Testimony of Einer Elhauge | Restore | Redacted portions of pages 4, 10-12 | |
| 12 | Motion to Exclude Testimony of Einer Elhauge | Plaintiffs | *Passim* | |
| 13 | Ex. 1 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Elhauge Intuitive Report) | Plaintiffs* | Document in its entirety | |
| 14 | Ex. 2 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Elhauge Rough Depo Tr.) | Plaintiffs | Document in its entirety | |

| Attach. No. | Document | Designating Part(ies) | Portions Designated | Ruling |
|---|---|---|---|---|
| 15 | Ex. 3 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Elhauge Merits Rebuttal Report) | Plaintiffs | Document in its entirety | |
| 16 | Ex. 5 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Expert Report of Loren K. Smith) | Plaintiffs | Redacted portions of pages 33–34, 47–54, 60, 75–76, 81–83, 87–89, 129–31, 135, 137, 165, 171–72, 178, 186–87 | |
| 16 | Ex. 5 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Expert Report of Loren K. Smith) | Alliance Healthcare Partners | Redacted portions of pages 42–44, 140, 163, | |
| 16 | Ex. 5 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Expert Report of Loren K. Smith) | Restore | Redacted portions of pages 39–47, 59, 115, 130, 132, 139–42, 151–52, 164, 173–79, 181–82 | |
| 16 | Ex. 5 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Expert Report of Loren K. Smith) | Medivision, Inc. | Redacted portions of pages 40, 42–43, 45–47, 139–41, 175 | |
| 16 | Ex. 5 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Expert Report of Loren K. Smith) | Rebotix Repair LLC ("Rebotix") | Redacted portions of pages 35–43, 46, 59, 76, 115, 130, 132, 139–43, 150–52, 159, 162–64, 174–75, 177–78 | |
| 16 | Ex. 5 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Expert Report of Loren K. Smith) | Benjamin Biomedical | Redacted portions of page 35–36, 38, 47, 164 | |
| 16 | Ex. 5 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Expert Report of Loren K. Smith) | Florida Healthcare Institute for Gynecologic Oncology | Redacted portions of pages 46, 48–49, 59, 76, 83, 87–88, 131, 135–36, 171–72 | |
| 16 | Ex. 5 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Expert Report of Loren K. Smith) | CMR Surgical | Redacted portions of page 71 | |

| Attach. No. | Document | Designating Part(ies) | Portions Designated | Ruling |
|---|---|---|---|---|
| 16 | Ex. 5 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Expert Report of Loren K. Smith) | Evergreen Health | Redacted portions of pages 76, 172–73 | |
| 16 | Ex. 5 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Expert Report of Loren K. Smith) | Pullman Regional Hospital | Redacted portions of pages 76, 133, 173 | |
| 16 | Ex. 5 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Expert Report of Loren K. Smith) | Conway Regional Medical Center | Redacted portions of page 83 | |
| 16 | Ex. 5 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Expert Report of Loren K. Smith) | Todd Pope | Redacted portions of page 96 | |
| 16 | Ex. 5 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Expert Report of Loren K. Smith) | Baylor Scott and White Hospital | Redacted portions of page 45, 142 | |
| 16 | Ex. 5 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Expert Report of Loren K. Smith) | Renovo Solutions, LLC | Redacted portions of page 142 | |
| 16 | Ex. 5 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Expert Report of Loren K. Smith) | Crescent City Surgical Center | Redacted portion of page 131, 165 | |
| 17 | Ex. 7 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Pgs from Ex. 07 - Parnell Expert Report) | Plaintiffs | Document in its entirety | |
| 18 | Ex. 8 to Bass Declaration in Support of Motion to Exclude Testimony of Einer Elhauge (Pgs from Foreman Expert Report) | Rebotix | *Passim* | |

**Motion to Exclude Testimony of Kimberly Trautman**

| Attach. No. | Document | Designating Part(ies) | Portions Designated | Ruling |
|---|---|---|---|---|
| 19 | Motion to Exclude Testimony of Kimberly Trautman | Plaintiffs | Redacted portions of pages X–X | |

5

| Attach. No. | Document | Designating Part(ies) | Portions Designated | Ruling |
|---|---|---|---|---|
| 19 | Motion to Exclude Testimony of Kimberly Trautman | Rebotix | *Passim* | |
| 19 | Motion to Exclude Testimony of Kimberly Trautman | Restore | *Passim* | |
| 19 | Motion to Exclude Testimony of Kimberly Trautman | Deutsche Bank | Redacted portions of pages 12, 13 | |
| 20 | Ex. 1 to Lazerow Declaration In Support of Motion to Exclude Testimony of Kimberly Trautman (Trautman Opening Expert Report) | Plaintiffs | Document in its entirety | |
| 21 | Ex. 2 to Lazerow Declaration In Support of Motion to Exclude Testimony of Kimberly Trautman (Foreman Rebuttal Report) | Plaintiffs | Redacted portions of pages 24, 27, 57, 59, 64, 66, 67, 73, 77, 81 | |
| 21 | Ex. 2 to Lazerow Declaration In Support of Motion to Exclude Testimony of Kimberly Trautman (Foreman Rebuttal Report) | Rebotix | Redacted portions of pages 34–37, 47–48, 53, 64–65, 68–77, 86 | |
| 21 | Ex. 2 to Lazerow Declaration In Support of Motion to Exclude Testimony of Kimberly Trautman (Foreman Rebuttal Report) | BPI Medical | Redacted portions of 69–70 | |
| 21 | Ex. 2 to Lazerow Declaration In Support of Motion to Exclude Testimony of Kimberly Trautman (Foreman Rebuttal Report) | Restore | Redacted portions of pages 44–45, 47, 57–58, 64, 70–72, 86 | |
| 21 | Ex. 2 to Lazerow Declaration In Support of Motion to Exclude Testimony of Kimberly Trautman (Foreman Rebuttal Report) | Alliance Health Partners | Redacted portions of pages 39–42, 47–48 | |
| 22 | Ex. 3 to Lazerow Declaration In Support of Motion to Exclude Testimony of Kimberly Trautman (DX255) | Rebotix | Document in its entirety | |
| 23 | Ex. 4 to Lazerow Declaration In Support of Motion to Exclude Testimony of Kimberly Trautman (DX256) | Rebotix | Document in its entirety | |
| 24 | Ex. 5 to Lazerow Declaration In Support of Motion to Exclude Testimony of Kimberly Trautman (DX257) | Rebotix | Document in its entirety | |

| Attach. No. | Document | Designating Part(ies) | Portions Designated | Ruling |
|---|---|---|---|---|
| 25 | Ex. 7 to Lazerow Declaration In Support of Motion to Exclude Testimony of Kimberly Trautman (Trautman Depo Tr. Excerpts) | Plaintiffs | Document in its entirety | |
| 26 | Ex. 12 to Lazerow Declaration In Support of Motion to Exclude Testimony of Kimberly Trautman (DX258) | Rebotix | Document in its entirety | |
| 27 | Ex. 14 to Lazerow Declaration In Support of Motion to Exclude Testimony of Kimberly Trautman (DX267) | Rebotix | Document in its entirety | |
| 28 | Ex. 15 to Lazerow Declaration In Support of Motion to Exclude Testimony of Kimberly Trautman (DX266) | Alliance | Document in its entirety | |
| 29 | Ex. 16 to Lazerow Declaration In Support of Motion to Exclude Testimony of Kimberly Trautman (Trautman Reply Report) | Plaintiffs | Document in its entirety | |
| 30 | Ex. 17 to Lazerow Declaration In Support of Motion to Exclude Testimony of Kimberly Trautman (DX268) | Rebotix | Document in its entirety | |
| 31 | Ex. 22 to Lazerow Declaration In Support of Motion to Exclude Testimony of Kimberly Trautman (Zafar Depo Tr. Excerpts) | Deutsche Bank | Document in its entirety | |

**IT IS SO ORDERED:**

DATED: _____

_____
HON. VINCE CHHABRIA
United States District Judge