SONYA D. WINNER (SBN 200348)
Email: swinner@cov.com
CORTLIN H. LANNIN (SBN 266488)
Email: clannin@cov.com
ISAAC D. CHAPUT (SBN 326923)
Email: ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, CA 95032
Tel: (408) 477-9690

*Attorneys for Defendant
Intuitive Surgical, Inc.*

[Additional counsel listed on the signature page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION | Lead Case No.: 3:21-cv-03825-VC<br><br>Judge: Hon. Vince Chhabria |

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXPAND PAGE LIMITS
FOR CERTAIN SUMMARY JUDGMENT BRIEFS**

WHEREAS, paragraph 45 of the Court's Standing Order for Civil Cases contains the following page limits that apply in the event of cross-motions for summary judgment: plaintiff's opening brief is limited to 25 pages, defendant's opening/opposition brief is limited to 25 pages, plaintiff's opposition/reply brief is limited to 20 pages, and defendant's reply is limited to 15 pages.

WHEREAS, the Plaintiffs' opening brief, filed on March 23, 2023, seeks rulings on six issues.

WHEREAS, Intuitive did not intend to address five of those six issues in its motion for summary judgment, but must now do so in its opening/opposition brief.

WHEREAS, Intuitive intends to raise in its opening/opposition brief at least one additional case-dispositive issue that Plaintiffs did not raise.

WHEREAS, given that the Parties are moving for summary judgment on several different issues, rather than filing cross-motions on the same issues, Intuitive requests a limited page-limit extension to ensure that the issues are adequately presented for the Court's consideration.

WHEREAS, Plaintiffs do not oppose this request, contingent upon Plaintiffs receiving the same number of pages in their opposition/reply brief.

WHEREAS, in the interest of efficiency and equity and subject to the Court's approval, Intuitive therefore requests, and Plaintiffs do not oppose, a four-page expansion for Intuitive's opening/opposition brief, and Intuitive does not oppose a four-page expansion for Plaintiffs' opposition/reply brief if the Court grants Intuitive's request, such that the total pages for the next two briefs would be as follows:

| Event | Page Limit |
| --- | --- |
| Defendant's Opening/Opposition Brief (due April 13, 2023) | 29 pages |
| Plaintiffs' Opposition/Reply Brief (due May 4, 2023) | 24 pages |

NOW THEREFORE, Intuitive respectfully requests that the Court amend the page limits for the next two summary judgment briefs, as set forth in the attached Proposed Order.

| | |
|---|---|
| DATED: April 7, 2023 | COVINGTON & BURLING LLP |
| By: */s/ Jeffrey J. Corrigan* | By: */s/ Kathryn E. Cahoy*<br>    Kathryn E. Cahoy |
| Jeffrey J. Corrigan (pro hac vice)<br>Jeffrey L. Spector (pro hac vice)<br>Icee N. Etheridge (pro hac vice)<br>SPECTOR ROSEMAN &<br>KODROFF, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Tel: 215-496-0300<br>Fax: 215-496-6611<br>Email: jcorrigan@srkattorneys.com<br>jspector@srkattorneys.com<br>ietheridge@srkattorneys.com | KATHRYN CAHOY (SBN 298777)<br>Email: kcahoy@cov.com<br>COVINGTON & BURLING LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306-2112<br>Telephone: + 1 (650) 632-4700<br>Facsimile: + 1 (650) 632-4800<br><br>ANDREW LAZEROW (*Pro Hac Vice*)<br>Email: alazerow@cov.com<br>ASHLEY E. BASS (*Pro Hac Vice*)<br>Email: abass@cov.com |
| Gary I. Smith, Jr. (pro hac vice)<br>Samuel Maida (SBN 333835)<br>HAUSFELD LLP<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>Tel: 415-633-1908<br>Fax: 415-358-4980<br>Email: gsmith@hausfeld.com<br>smaida@hausfeld.com | JOHN F. KENDRICK (*Pro Hac Vice*)<br>Email: jkendrick@cov.com<br>COVINGTON & BURLING LLP<br>One City Center 850 Tenth Street NW<br>Washington DC 20001-4956<br>Telephone: + 1 (202) 662-6000<br>Facsimile: + 1 (202) 662-6291<br><br>KAREN HOFFMAN LENT (*Pro Hac Vice*)<br>Email: karen.lent@skadden.com |
| Benjamin D. Brown (SBN 202545)<br>Daniel McCuaig (pro hac vice)<br>COHEN MILSTEIN SELLERS &<br>TOLL PLLC<br>1100 New York Ave., Suite 500<br>Washington, DC 20005<br>Tel: 202-408-4600<br>Fax: 202-408-4699<br>Email: bbrown@cohenmilstein.com<br>dmccuaig@cohenmilstein.com | MICHAEL H. MENITOVE (*Pro Hac Vice*)<br>Email: michael.menitove@skadden.com<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2040<br><br>*Attorneys for Defendant Intuitive Surgical, Inc.* |

Brent W. Landau (pro hac vice)
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: 215-985-3270
Fax: 215-985-3271
Email: blandau@hausfeld.com

Manuel J. Dominguez (pro hac vice)
COHEN MILSTEIN SELLERS &
TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Christopher J. Bateman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL
PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel: 212-838-7797
Fax: 212-838-7745
Email: cbateman@cohenmilstein.com

Michael J. Boni
Joshua D. Snyder (pro hac vice)
John E. Sindoni (pro hac vice)
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

*Counsel for the Proposed Class*

## [PROPOSED] ORDER

It is hereby ordered that the summary judgment page limits set forth in this Court's Standing Order for Civil Cases are modified in this case as follows: Intuitive's opening/opposition brief may not exceed 29 pages, and Plaintiffs' opposition/reply brief may not exceed 24 pages. The existing deadlines for all of these briefs remain the same. *See* ECF No. 120.

PURSUANT TO STIPULATION, IT IS SO
ORDERED

Dated: _____, 2023            _____
                                            Hon. Vince Chhabria
                                            United States District Judge
                                            Northern District of California

4

JOINT STIPULATION AND [PROPOSED] ORDER TO EXPAND            Case No. 3:21-cv-03825-VC
PAGE LIMITS FOR CERTAIN SUMMARY JUDGMENT BRIEFS

**FILER'S ATTESTATION**

I, Kathryn E. Cahoy, am the ECF User whose ID and password are being used to file this document. I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: April 7, 2023                     */s/ Kathryn E. Cahoy*
                                         Kathryn E. Cahoy