# Cahoy Dec.
# Ex. 93

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| |
|---|
| **IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION** |
| **THIS DOCUMENT RELATES TO:** <br><br> **ALL CASES** |

**Lead Case No. 3:21-cv-03825-VC**

**EXPERT REPORT OF MAXWELL V. MENG, MD**

**January 18, 2023**

**Highly Confidential – Subject to Protective Order**

## I.  EXPERTISE AND QUALIFICATIONS

1.      I am a board-certified, fellowship-trained surgeon currently practicing medicine in San Francisco, California.  I specialize in urology and urologic oncology and have been in practice for 20 years.

2.      I received an undergraduate degree from Harvard College in biochemical sciences magna cum laude.  I then attended the Johns Hopkins School of Medicine where I was elected to the Alpha Omega Alpha Honor Medical Society.

3.      I completed training in general surgery and a residency in urology at the University of California, San Francisco ("UCSF").  I completed my fellowships in urologic oncology and minimally invasive surgery at UCSF.  I am now Professor in Residence in the Department of Urology at UCSF and was named Chief of Urologic Oncology in 2013.  I was director of the fellowship in Urologic Oncology for 15 years and am currently Vice-Chair of the Department of Urology; I have also served as the lead for Quality and Safety within the department.  I am a member of the UCSF Clinical Performance Improvement Committee and Healthcare Technology Assessment Program.

4.      I also teach at UCSF, including courses on minimally invasive techniques in the management of urologic cancers.

5.      I am an active member of the American Urological Association (AUA), an active member of the Western Section of the AUA, an active member of the Society of Urologic Oncology, and a fellow of the American College of Surgeons.  I was a member of the Fellowship Committee of the Society of Urologic Oncology and was also a consultant to the AUA Laparoscopy & Robotic Surgery Committee.  I am the UCSF Cancer Liaison Physician for the American College of Surgeons Commission on Cancer and was a 2022 Outstanding Performance Award winner.

6.      I have written nearly 200 peer-reviewed publications and over 18 chapters covering many aspects of oncology, minimally invasive surgery, and surgical technique.

7.      I have been trained in and currently perform the entire spectrum of operations in urologic oncology, including those that involve endoscopic, open, laparoscopic, and robotic-assisted laparoscopic techniques.  I have utilized available robotic-assisted laparoscopic systems since their introduction to UCSF in 2002, including the da Vinci S, Si, Xi, and SP platforms.  In each of my 20 years in practice, I have performed nearly 400 cases annually, and currently approximately half of my practice involves laparoscopic or robotic surgery.

8.      In the past four years, I have testified at deposition as an expert in the cases of *Chapman v. United States of America*, No. 19-cv-03998 (S.D. Ind.), *Meyer v. Doctors Medical Center of Modesto Inc.*, No. CV-20-001594 (Stanislaus Cty. Sup. Ct.), and *Toomey v. Wen*, No. RG20061120 (Alameda Cty. Sup. Ct.).

9.      A complete summary of my qualifications, as well as a list of all publications I have authored in the past 10 years, is included in my Curriculum Vitae, attached as Appendix A.

## II.   ASSIGNMENT AND COMPENSATION

10.     I am submitting this report at the request of counsel for Intuitive Surgical, Inc. ("Intuitive"), setting forth my opinions in the lawsuit of *In re Da Vinci Surgical Robot Antitrust Litigation*.

11.     I have been asked to opine on the use of EndoWrist instruments that have been altered so that they could be used beyond the usage limits that were established by Intuitive and cleared by the FDA, and the potential risks and safety issues that could arise from the use of such an instrument.

12.     In forming my opinions, I have reviewed pleadings in this case and parts of the factual record.  I have also reviewed the expert reports submitted by Dr. Eugene Rubach in this

2

case, by Dr. Amandeep Mahal in *Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc.*, and by Dr. John Bomalaski in several cases filed against Intuitive in Florida.[1]

13.    A list of materials I considered in forming my opinions in this report is attached as Appendix B.  My opinions are based on my review of these materials, as well as my extensive training and experience.

14.    I am being compensated for my time spent in preparing this report at an hourly rate of $750.  If deposed, my rate is $750 per hour.  If asked to testify at trial, my rate is $6,000 per day.  My compensation does not depend on the content of my opinions or the outcome of this matter.

## III.    SUMMARY OF OPINIONS

15.    Laparoscopic surgery and robotic-assisted laparoscopic surgery are both types of minimally invasive surgery.  For most procedures, the surgeon and patient have a choice of modalities, including open, laparoscopic, or robotic approaches.  There is no one "right" modality for every procedure.  Rather, the surgeon and patient consider the potential advantages and disadvantages of each approach as relevant to the patient's specific circumstances and surgeon experience.  In my experience, I frequently use a traditional laparoscopic approach instead of robotic-assisted laparoscopic surgery for some procedures.

16.    EndoWrists are the surgical instruments that are attached to a da Vinci surgical robot.  I understand Intuitive established, and the FDA cleared, limits on how many times EndoWrists may be used.  I understand Intuitive designed these limits to support the reliability of EndoWrists such that an EndoWrist can be expected to perform in the same manner on each use.

---

[1] *Rebotix Repair LLC v. Intuitive Surgical, Inc.*, No. 20-cv-2274 (M.D. Fla); *Restore Robotics LLC, et al. v. Intuitive Surgical, Inc.*, No. 19-cv-55 (N.D. Fla).

17.     I rely on the judgment and expertise of Intuitive and the FDA to set appropriate limits for the use of EndoWrists.  I do not have the technical engineering background or expertise to question those limits.  For that reason, I would not use EndoWrist instruments that had been altered so that they could be used beyond the number of uses established by Intuitive and cleared by the FDA.

18.     In my view, the fact that I have rarely experienced EndoWrist failure indicates that the current and FDA-cleared usage limits support the reliability of EndoWrists.

19.     Dr. Rubach states that he would be comfortable using an EndoWrist beyond the FDA-cleared number of uses.  I do not agree with how Dr. Rubach arrived at this view.

20.     For example, Dr. Rubach states that he has never experienced an EndoWrist failure that seriously jeopardized a patient's safety and that the failure of an EndoWrist during a surgical procedure can be readily addressed.  I am surprised by his cavalier attitude in this regard.  In my view, the consequences of an EndoWrist failure could be unpredictable and potentially catastrophic to the patient—even in an otherwise routine procedure.  As such, I believe it is important to minimize the risk of EndoWrist failure as much as feasible, including by adherence to the use limits established by Intuitive and cleared by the FDA.

21.     In addition, Dr. Rubach states that he would be comfortable using EndoWrists that a third party has modified to add additional uses because he routinely uses reprocessed laparoscopic instruments.  An EndoWrist is different than a traditional laparoscopic instrument, however, and I do not believe it is appropriate to compare the two types of instruments in this context.  In addition, I do not believe it is appropriate to compare these EndoWrist alterations with traditional instrument reprocessing.  Among other things, I understand neither the resetting process nor the reset instrument bearing additional uses is cleared by the FDA (with one limited exception discussed below).  The traditional reprocessing of laparoscopic instruments does not

typically raise such concerns.  Indeed, I understand that many traditional instruments are cleared by the FDA without any prescribed limit on the number of uses, unlike the usage limits for EndoWrists that were established by Intuitive and cleared by the FDA.

## IV.      MINIMALLY INVASIVE MODALITIES

22.      Traditional open surgery refers to the type of procedure where access to the area of interest and performance of the operation is done via an incision in the skin, and the area of interest is visualized directly.  The incisions required for open surgery can be sizeable for some operations, but can also be relatively small (e.g. one inch) for other operations.  Open surgery is typically performed by the surgeon with their hands directly on and manipulating the instruments.

23.      Minimally invasive surgery is a type of intervention where the incision(s) or entry to the body are minimized to perform the procedure or operation.  In order to perform these types of operations, visualization is accomplished by small video camera-equipped scopes as well as small, specialized instruments.  Minimally invasive surgery most often refers to endoscopic procedures (e.g. colonoscopy, cystoscopy) or laparoscopic procedures (endoscopy within the abdomen), described below.  In general, minimally invasive operations mimic the same traditional open procedure with respect to what is actually done, albeit with the difference in the means of access.

24.      Laparoscopic surgery is one type of minimally invasive surgery.  Traditional laparoscopy involves the use of a laparoscope and long surgical instruments introduced into the body (i.e. abdomen) through trocars (narrow tubes) inserted via incisions made on the patient's body surface.  A laparoscope is a long, tube-shaped instrument containing a video camera and light source, which allows the surgeon to see inside the patient's body.  During laparoscopic

surgery, the surgeon observes the video feed, typically on a monitor, and directly manipulates the instruments to accomplish the surgery.

25.     Standard laparoscopic instruments are long, straight, and rigid instruments which are used to perform a particular function.  Common laparoscopic instruments include graspers, scissors, energy-delivery devices, and needle drivers.

26.     Robotic surgery is also a type of minimally invasive surgery, and I typically refer to this as robotic-assisted laparoscopic surgery.  When conducting robotic surgery using a da Vinci surgical robot, the robot's arms hold and manipulate EndoWrist instruments.  The instruments are similarly inserted into the body through trocars, including one containing the camera and light source (analogous to the laparoscope).  The surgeon conducting robotic-assisted laparoscopic surgery sits at the surgeon console, where the surgeon views the camera feed through a three-dimensional, high-definition vision system and manipulates the EndoWrists remotely using the master hand controls.

27.     EndoWrist instruments are "wristed" instruments, meaning the distal ends of the instruments can move independently of the shaft and provide more degrees of freedom than traditional laparoscopic instruments.  EndoWrists are typically designed to allow the surgeon to perform actions or functions similarly as with laparoscopic instruments, such as grasping or cutting, but with a greater degree of dexterity and precision given their wristed structure.

## V.     CHOICE OF MODALITY

28.     For most procedures, the surgeon and patient have a choice of modalities, including open, laparoscopic, or robotic approaches.  Examples of this in urologic oncology include removal of the prostate for cancer (radical prostatectomy) and removal of a portion of the kidney for cancer (partial nephrectomy); these are two of the most common operations I perform.

The choice of modality is typically discussed with the patient as part of obtaining the patient's informed consent to the surgical procedure.

29.     Minimally invasive surgery may offer several advantages compared with open surgery. Some of these advantages include smaller incision size, less pain, shorter duration of hospitalization, and fewer complications after surgery (e.g., infection).

30.     Among minimally invasive modalities, robotic surgery often offers certain advantages over laparoscopic surgery. These include the ability to perform more complex operations, enhanced visualization during surgery, and shorter operative time.

31.     However, there are some procedures or situations where a surgeon or patient may prefer laparoscopic or open surgery over a robotic surgery. For example, I typically perform removal of the entire kidney for cancer (radical nephrectomy) via the laparoscopic approach because I do not see added benefit of using the robot.

## VI.    USE OF ALTERED ENDOWRISTS

32.     All instruments, including laparoscopic instruments and EndoWrists, wear down over time—and that can present risks to patients. If the instruments do not function properly or as intended by the surgeon, then this can lead to unintentional actions which can cause injury to tissue or may cause bleeding, or prevent the surgeon from efficiently performing an action.

33.     I am familiar with the use limits on EndoWrists. Many EndoWrists are limited to 10 uses, but some instruments have been cleared for more uses and some for fewer. I understand those limits were established by Intuitive, informed by Intuitive's testing, and cleared by the FDA. I also understand those usage limits are in place to support the reliability of EndoWrists and reduce the risk of EndoWrist failures. As such, the use limits have been designed with patient safety in mind.

34.     My top priority in all procedures and circumstances, and in my experience the top priority of all professional surgeons, is the safety of patients.  Part of my commitment to patient safety means using medical instruments consistent with their manufacturers' instructions and FDA clearance.

35.     I do not have the technical engineering background or expertise to "second guess" the EndoWrist usage limits established by Intuitive and cleared by the FDA.  I rely on the judgment and expertise of Intuitive and the FDA to set appropriate limits for those devices.

36.     For that reason, I would not use EndoWrist instruments that had been altered so that they could be used beyond their number of FDA-cleared uses.

37.     I have experienced very few failures of an EndoWrist, and this clinical experience suggests that using them in accordance with manufacturer guidelines and FDA clearance is appropriate and maximizes patient safety.  In other words, the fact that EndoWrists fail very rarely indicates to me that Intuitive has established and the FDA has cleared usage limits that support the reliability of EndoWrists.

38.     Even if I were interested in using an EndoWrist that had been altered so that it could be used beyond its number of FDA-cleared uses—and I am not—I am confident that my medical center would not allow me to do so currently because these devices do not have FDA clearance for use with the robot.

39.     I understand that there are third party companies that offer a service to "reset" EndoWrists by resetting the use counter in such instruments so that they could be used beyond the FDA-cleared number of uses.  I further understand that the process those companies use to reset EndoWrists to add additional uses requires FDA clearance, but that the FDA has not provided that clearance.  I understand that the FDA only recently granted clearance for a company to perform one reset (i.e., adding 10 uses) to one EndoWrist instrument (Si Monopolar

Curved Scissors).  For all other instruments, and all other companies, the fact that this "reset"

process has not been cleared by the FDA is the reason I would not use an EndoWrist that had

been reset by one of these companies so that it could be used beyond the FDA-cleared number of

uses.  I have never personally engaged in discussions with any of these companies to discuss the

use of reset EndoWrists at our institution, and I am not aware of the leadership of our medical

center ever considering or pursuing this option.

40.     Dr. Rubach states that he would be comfortable using EndoWrists that had been

reset so that they could be used beyond the approved number of uses.  I do not agree with how he

arrives at this view and I would not utilize these instruments.

### A.     Risks to Patient Safety

41.     Dr. Rubach states that the failure of an EndoWrist during a surgical procedure can

be readily addressed.  He further states that he has experienced "several" EndoWrist failures, but

that "[n]one of the EndoWrist failures I encountered during surgery resulted in harm to the

patient.  The 'failed' instrument simply was swapped out for a working one and the surgery

carried on as planned."[2]

42.     I am glad that the specific EndoWrist failures that Dr. Rubach encountered did not

cause a serious adverse event, and he was fortunate.  However, I disagree with any suggestion

that the failure of an EndoWrist would never jeopardize a patient's safety.  Regardless of the

complexity of the operation, and even in routine cases, I do not think the surgeon should tolerate

preventable equipment failure of any type.  The consequences of such a failure can be

unpredictable and severe; in fact, some of the most catastrophic complications I have seen arose

from seemingly minor issues.  If we could predict the severity of complications, then we would

---

[2] Rubach Report at ¶¶ 26-27.

be able to avoid them.  For example, if an EndoWrist malfunctioned or failed, it could cause

injury to bowel or a blood vessel which could lead to catastrophic problems in the former if not

identified and significant bleeding in the latter, which may or may not be successfully controlled.

As another example, an energy-delivery device (e.g. EndoWrist Cautery) could develop a break

in the insulation which could lead to unintended, and unrecognized, transmission of energy to

tissue resulting in thermal injury (i.e., burn).

43.     For these reasons, I believe it is important to minimize the risk of EndoWrist

failure as much as feasible.  I believe that adherence to the use limits established by Intuitive and

cleared by the FDA helps mitigates the risk of failure and resultant risk of injury to patients.  As

such, and as I said above, I would not use an EndoWrist that had been modified so that it could

be used beyond that limit.

44.     To the extent that Dr. Rubach is suggesting that we should tolerate *more*

EndoWrist failures because such failures do not jeopardize patient safety, I could not disagree

more.  As a responsible surgeon, I seek to *minimize* instances of instrument failure, including that

of EndoWrists.

**B.     Comparison to Reprocessing of Laparoscopic Instruments**

45.     In addition, Dr. Rubach states that he is comfortable using reset EndoWrists

beyond their approved use limits because he routinely uses regular laparoscopic instruments that

have been repaired or reprocessed by third parties.

46.     Dr. Rubach states, for example, that he routinely uses repaired or reprocessed

laparoscopic instruments, and that "there is no reason to treat EndoWrist instruments differently

than their laparoscopic counterparts" in this context.[3]

---

[3] Rubach Report at ¶¶ 29, 34-35.

47.     I do not believe it is appropriate to compare EndoWrists and regular laparoscopic instruments in this context; the former are fundamentally different and more complex than the latter.  In addition, I do not believe it is appropriate to conflate the reset services offered by these third parties with the traditional reprocessing of regular laparoscopic instruments.  In particular, I understand the process these third parties use to reset EndoWrists to add additional uses requires but does not have FDA clearance; this is not true and applicable for standard laparoscopic instruments.  In addition, resetting these EndoWrists to add uses takes the instrument out of FDA compliance.  Neither of those issues is true for traditional reprocessing/repair services.  Like Dr. Rubach, I routinely use reprocessed laparoscopic instruments where the FDA has not imposed a limit on how many times such instruments may be used.  I would not use a reset EndoWrist where neither the resetting process nor the resulting reset instrument was cleared by the FDA.

48.     Dr. Rubach also states that EndoWrists, like regular laparoscopic instruments, should be "until they either cease to function effectively or show signs of likely imminent failure," at which point "they can be evaluated by a hospital, a surgeon and/or a surgical device repair company and, if appropriate, tuned up and returned to use."[4]  I would not be comfortable using a visual inspection to determine when an EndoWrist "shows signs of likely imminent failure," particularly since an EndoWrist (unlike many traditional laparoscopic instruments) has internal components that are not visible to the naked eye.  I rely instead on the usage limits established by Intuitive and cleared by the FDA, which have helped ensure that EndoWrist failures are rare.

49.     In a hypothetical scenario where I intended to use an EndoWrist instrument that had been altered to operate beyond its FDA-cleared number of uses—and, as set forth above, I

---

[4] Rubach Report at ¶ 35.

cannot image such a scenario—I would feel obligated to disclose this information to my patient in advance in order to obtain the patient's informed consent. In addition, and as I said above, I cannot envision a scenario where my medical center would permit me to use such an instrument.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of January 2023, at San Francisco, California.

Maxwell V. Meng

Digitally signed by Maxwell V. Meng
DN: cn=Maxwell V. Meng, o, ou, email=max.meng@ucsf.edu, c=US
Date: 2023.01.18 22:21:19 -08'00'

Maxwell V. Meng, MD

## APPENDIX A

## CURRICULUM VITAE

**Name:**       Maxwell V Meng, MD

**Position:**   Professor In Residence, Step 4
Urology
School of Medicine

**Address:**    Box 1695
550 16th Street 6th Floor
University of California, San Francisco
San Francisco, CA 94143
Voice: 415-353-9518
Fax: 415-353-7093
Email: max.meng@ucsf.edu

## EDUCATION

| | | | |
|---|---|---|---|
| 1987 - 1991 | Harvard College, Cambridge, MA | A.B. | Biochemistry |
| 1991 - 1995 | Johns Hopkins School of Medicine, Baltimore, MD | M.D. | AOA |
| 1995 - 1996 | University of California San Francisco | Intern | Surgery |
| 1996 - 1997 | University of California San Francisco | Resident | Surgery |
| 1997 - 2000 | University of California San Francisco | Resident | Urology |
| 2000 - 2001 | University of California San Francisco | Chief Resident | Urology |
| 2001 - 2002 | University of California San Francisco | Fellow | Laparoscopy |
| 2001 - 2003 | University of California San Francisco | Fellow | Oncology |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 1997 | State of California, Medical License #A062995 (active) |
| 2001 | DEA Controlled Substance Registration #BM7337478 (active) |
| 2004 | Diplomate of the American Board of Urology #14773 (active, re-certification until 2034) |
| 2010 | State of California, Fluoroscopy Supervisor and Operator #RHC 00169278 (active) |

## PRINCIPAL POSITIONS HELD

| | | | |
|---|---|---|---|
| 2001 - 2003 | University of California San Francisco | Clinical Instructor | Urology |

| 2003 - 2007 | University of California San Francisco | Assistant Professor | Urology |
|---|---|---|---|
| 2007 - 2013 | University of California San Francisco | Associate Professor | Urology |
| 7/2013 - present | University of California San Francisco | Professor | Urology |

## OTHER POSITIONS HELD CONCURRENTLY

| 2001 - present | San Francisco Veterans Hospital | Attending Surgeon | Urology |
|---|---|---|---|
| 2001 - present | San Francisco General Hospital | Attending Surgeon | Urology |

## HONORS AND AWARDS

| 1987 | Westinghouse Science Talent Search, 7th Place | |
|---|---|---|
| 1991 | Magna cum laude | Harvard College |
| 1992 | NIH Research Fellowship | |
| 1994 | AFUD Research Award | |
| 1995 | Alpha Omega Alpha, Johns Hopkins | |
| 1998 | Second Prize | Northern California Urology Residents Seminar |
| 1998 | SMRU Traveling Award | |
| 1998 | Finalist | SMRU/ASRM Paper Competition |
| 1998 | First Prize | Posters, Western Section AUA |
| 1999 | Third Prize | Northern California Urology Residents Seminar |
| 2001 | Pfizer Scholar in Urology | |
| 2002 | 3rd Place, Western Section AUA | Joseph F. McCarthy Essay Contest |
| 2002 | Prostate Cancer Research Fellow | |
| 2004 | William R. Smart Distinguished Teaching Award (selected by residents) | |
| 2004 | 3rd Place, Western Section AUA | Joseph F. McCarthy Essay Contest |
| 2004 | Third Prize, Posters | Western Section AUA |
| 2004 | AUA/NIDDK travel award | |

| | | |
|---|---|---|
| 2004 | William R. Smart Distinguished Teaching Award (selected by residents) | |
| 2005 | Excellence in Direct Teaching | Haile Debas Academy of Medical Educators |
| 2006 | Ambrose/Reed Socioeconomic Prize Essay winner (AUA) | |
| 2006 | AUA Leadership Program (1 of 16 selected nationally biennially) | |
| 2006 | 2nd Place, Western Section AUA (mentor) | Miley B. Wesson Essay Contest |
| 2008 | AUA-EAU Fellowship Exchange program (1 of 3 biennially) | |
| 2008 | Ambrose/Reed Socioeconomic Prize Essay winner (AUA) | |
| 2010 | Excellence in Direct Teaching Award (nominee) | |
| 2011 | 1st place, Western Section AUA (mentor) | Joseph F. McCarthy Essay Contest |
| 2011 | Top reviewer (one of 13 worldwide) | British Journal of Urology International |
| 2011 | Excellence in Direct Teaching (nominee) | |
| 2011 | William R. Smart Distinguished Teaching Award (selected by residents) | |
| 2014 | Top reviewer | Journal of Urology |
| 2015 | Peter R. Carroll Resident Mentorship Award (selected by residents, inaugural) | |
| 2022 | Cancer Liaison Physician Outstanding Performance Award | American College of Surgeons |

## CLINICAL ACTIVITIES

### CLINICAL ACTIVITIES SUMMARY

Over the past 20 years I have maintained a busy practice in urologic oncology, primarily consisting of management of patients with prostate, urothelial, renal, and testicular carcinomas. I have collaborated closely with colleagues in both medical oncology and radiation oncology in providing a multidisciplinary approach to these complex cases. In addition, much of my time has been committed to the teaching of residents in urology and fellows in urologic oncology.

**CLINICAL SERVICES**

| | | |
|---|---|---|
| 2001 - present | Attending Surgeon, Division of Urology, SFVA Hospital | As needed |
| 2001 - present | Attending Surgeon, Department of Urology, ZSFGH | 1 day per month |
| 2003 - present | Attending Surgeon, Department of Urology, UCSF | Full-time |

# PROFESSIONAL ACTIVITIES

## MEMBERSHIPS

| | |
|---|---|
| 1991 - present | Harvard Alumni Association |
| 1995 - present | Johns Hopkins Alumni Association |
| 1998 - 2001 | American Society of Reproductive Medicine |
| 2001 - present | American Association of Clinical Urologists |
| 2003 - present | Western Section AUA, Member |
| 2003 - present | Society of Laparoendoscopic Surgeons |
| 2004 - present | American Urological Association, Member |
| 2005 - present | American College of Surgeons, Fellow |
| 2006 - present | Society of Urologic Oncology |
| 2012 - present | Society of University Urologists, Member |
| 2017 - present | Western Urologic Forum, Member |

## SERVICE TO PROFESSIONAL ORGANIZATIONS

| | | |
|---|---|---|
| 2006 - 2006 | World Congress of Endourology | Abstract reviewer |
| 2007 - 2009 | Board of Directors of the Western Section AUA | Alternate (2 year term) |
| 2007 - 2007 | AUA Laparoscopy & Robotic Surgery Committee | Consultant |
| 2007 - 2011 | Northern California Urological Society | Secretary |
| 2009 - 2011 | Board of Directors of the Western Section AUA | Region representative |
| 2008 - 2011 | Cancer and Leukemia Group B GU Committee | Member |
| 2010 - 2011 | Cancer and Leukemia Group B Surgery Committee | Member |
| 2011 - 2012 | Northern California Urological Society | President |
| 2011 - present | Alliance for Clinical Trials in Oncology GU Core Committee | Member, Renal surgical cadre leader |
| 2011 - present | Alliance for Clinical Trials In Oncology Surgery Committee | Member |

| | | |
|---|---|---|
| 2011 - present | American College of Surgeons, Clinical Research Program Education Committee | Member |
| 2012 - present | American College of Surgeons | Candidate interviewer |
| 2012 - 2014 | Northern California Urological Society | Board member |
| 2012 - 2016 | Society of Urologic Oncology | Fellowship committee |
| 2012 - present | Bladder Cancer Advocacy Network | Think tank invitee |
| 2013 - present | Bladder Cancer Advocacy Network | Scientific Advisory Board |
| 2015 - present | Cancer.net (website for ASCO) | Genitourinary cancer advisory panelist |
| 2016 - 2020 | American Board of Urology | Examination committee member |
| 2021 - present | American Board of Urology | OKAT examination committee member |
| 2023 - present | American Board of Urology | Oral examination committee member |

## SERVICE TO PROFESSIONAL PUBLICATIONS

| | |
|---|---|
| 2001 - present | Journal of Urology - ad hoc reviewer |
| 2001 - present | Urology - ad hoc reviewer |
| 2001 - present | Journal of Endourology - ad hoc reviewer |
| 2002 - present | Cancer Investigation - ad hoc reviewer |
| 2003 - present | Asian Journal of Andrology - ad hoc reviewer |
| 2003 - present | Clinica Chimica Acta - ad hoc reviewer |
| 2004 - present | Annals of Surgical Oncology - ad hoc reviewer |
| 2004 - present | Urologic Oncology: Seminars and Original Investigation - ad hoc reviewer |
| 2004 - present | Surgical Laparoscopy Endoscopy & Percutaneous Techniques - ad hoc reviewer |
| 2005 - present | BioMed Central Urology - ad hoc reviewer |
| 2005 - present | American Journal of Transplanation - ad hoc reviewer |
| 2006 - present | European Urology - ad hoc reviewer |
| 2006 - present | British Journal of Urology International - ad hoc reviewer |
| 2007 - present | Journal of Medical Case Reports - ad hoc reviewer |

2007 - present   Indian Journal of Urology - ad hoc reviewer

2008 - present   Human Reproduction - ad hoc reviewer

2008 - present   Clinical Medicine - Oncology - ad hoc reviewer

2008 - present   UroToday International Journal - ad hoc reviewer

2010 - present   Cancer - ad hoc reviewer

2011 - present   Journal of Clinical Oncology - ad hoc reviewer

2011 - present   European Urology - ad hoc reviewer

2012 - present   PLoS One - ad hoc reviewer

2003 - present   Commentator, American Journal of Urology Review (Editorial)

2004 - present   Commentator, Abstracts in Hematology and Oncology (Editorial)

2006 - present   Associate Editor, Advances in Urology (Editorial)

2009 - present   Editorial Board, Case Reports in Medicine (Editorial)

2009 - present   Commentator, MedPage Today (Editorial)

2011 - present   Associate Editor, Urologic Oncology (Editorial)

2012 - present   Editorial Board, Dataset Papers in Medicine (Editorial)

2013 - present   Editorial Board, British Journal of Urology International (Editorial)

2013 - present   Editorial Board, Urologic Oncology Clinical Survey Section (Editorial)

2015 - 2019      Assistant Editor, Journal of Urology (Editorial)

2016 - present   Editorial Board, Bladder Cancer (Editorial)

## INVITED PRESENTATIONS - INTERNATIONAL

| | | |
|---|---|---|
| 2006 | Laparoscopic Surgery in Urology Gazi University, Ankara, Turkey | Visiting Professor |
| 2008 | 2nd International Symposium on Renal Insufficiency Tokyo, Japan | Speaker and panel member |
| 2016 | Great Wall International Translation Andrology and Urology Forum Tianjin, China | Speaker |
| 2019 | AUA-AUSTEG BLUS Course Bangkok, Thailand | Course faculty |

## INVITED PRESENTATIONS - NATIONAL

| | | |
|---|---|---|
| 2002 | Society of Urologic Oncology, NIH speaking on Open radical prostatectomy for prostate cancer | |
| 2002 | Western Section American Urological Association, Hawaii: Laparoscopy in Urology Session | Co-Moderator |

| | | |
|---|---|---|
| 2003 | Western Section American Urological Association, Las Vegas: Kidney/Laparoscopy Session | Co-Moderator |
| 2004 | Western Section American Urological Association, San Diego: Postgraduate course, Urolithiasis: Medical and Surgical Management | Instructor |
| 2004 | Western Section American Urological Association, San Diego: Controversies in Urinary diversion | Panel member |
| 2005 | Western Section American Urological Association, Vancouver, BC: KidneyBladder/Urethra Session | Co-moderator |
| 2005 | American Urological Association Annual Meeting: Post-graduate course (Laparoscopic Complications) (2005-2006) | Co-director |
| 2006 | University of California San Francisco: Current Controversies in Urologic Oncology | Course Director |
| 2006 | Western Section American Urological Association, Hawaii: Kidney/Laparoscopy Session | Co-moderator |
| 2007 | Western Section American Urological Association, Scottsdale: Prostate Session and Bladder Session | Co-Moderator |
| 2008 | American Society of Nephrology; Prostate Cancer and the Transplant Patient | Invited speaker |
| 2008 | American College of Surgeons, San Francisco | Moderator |
| 2009 | James C. Kimbrough Urological Seminar | Invited speaker |
| 2010 | Western Section American Urological Association, Hawaii: Postgraduate course, Testis and Penile Cancer | Instructor |
| 2010 | Western Section American Urological Association, Hawaii: DVD Surgi-Session | Moderator |
| 2010 | American College of Osteopathic Surgeons | Invited speaker |
| 2010 | University of California San Francisco: Innovations in Urologic Oncology: Bladder Cancer - What's New, What's Needed, What's Next | Co-director |
| 2011 | Western Section American Urological Association, Vancouver, BC: DVD Surgi-Session | Moderator |
| 2012 | GU ASCO, San Francisco: Competing Risks and Treatment Trade-Offs: Kidney Cancer in the Vulnerable Patient | Invited speaker |
| 2012 | American College of Surgeons, San Francisco | Moderator |
| 2012 | International Symposium on Uro-Oncology, Roswell Park Cancer Institute: Active Surveillance | Invited speaker |

| 2012 | Western Section American Urological Association, Hawaii: Postgraduate course, Treatment of Locally Advanced Prostate Cancer -- Surgery or Radiation? | Invited speaker |
|------|------|------|
| 2013 | GU ASCO, Orlando, FL: Poster walk leader for Bladder Cancer | Invited faculty |
| 2013 | University of California San Diego Department of Urology Post-graduate Course | Invited speaker |
| 2015 | University of California Davis Department of Urology | Visiting professor |
| 2017 | Kidney Cancer Association Annual Meeting | Invited speaker |
| 2017 | American Urological Association Annual Meeting, Boston MA: Prostate Cancer session | Moderator |
| 2018 | Society of Urologic Oncology, AUA Meeting | Moderator |
| 2020 | GU ASCO, San Francisco, CA: Kidney Cancer Case-Based Panel | Invited faculty |

## INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS

| 2000 | UCSF Postgraduate Course. Laparoscopic Urologic Surgery Specimen retrieval in laparoscopic surgery | |
|------|------|------|
| 2000 | UCSF Urologic Laparoscopy Course (2000-2004) | Instructor |
| 2001 | Kaiser Permanente Laparoscopy Course | Instructor |
| 2003 | UCSF Postgraduate Course. Urologic Oncology: Rational approach to stage I testis cancer, Management of high-risk bladder cancer | |
| 2003 | UCSF Postgraduate Course, Department of Medicine: Prostate cancer screening | |
| 2004 | UCSF Postgraduate Course: Topical hemostatics in laparoscopy | |
| 2004 | UCSF Primary Care: Prostate cancer screening | |
| 2004 | UCSF-Fresno Grand Rounds, Department of Medicine - Evaluation of Hematuria | |
| 2005 | UCSF Postgraduate Course. Urologic Oncology: Prostate cancer prevention trials Intravesical therapy for bladder cancer | |
| 2006 | UCSF Postgraduate Course. Common problems in urology: Shock-wave lithotripsy vs. ureteroscopy for renal stones Surveillance for small, incidental renal masses High-risk stage I non-seminomatous germ cell tumors | |
| 2006 | Northern California Genitourinary Tumor Board, Napa | Panel member |

| | | |
|---|---|---|
| 2006 | Northern California Urological Resident Research Seminar | Moderator and organizer |
| 2007 | UCSF Postgraduate Course: When is laparoscopic RPLND indicated? | Director |
| 2007 | UCSF Grand Rounds, Department of Urology - Update in Testicular Cancer | |
| 2009 | UCSF Postgraduate Course:Supplements: Implications of SELECT | Moderator |
| 2010 | UCSF Postgraduate Course. Innovations in urologic cancer: bladder cancer; Radical cystectomy: strategies to reduce perioperative morbidity | Co-director and moderator |
| 2010 | Bladder Cancer Support Group: Radical cystectomy | |
| 2012 | UCSF Grand Rounds, Department of Urology - "Advanced" Surgery for Renal Cell Carcinoma | |

**GOVERNMENT AND OTHER PROFESSIONAL SERVICE**

| | | |
|---|---|---|
| 2006 - 2006 | Department of Defense Prostate Cancer Research Program | Grant review committee |
| 2009 - 2009 | Department of Defense Prostate Cancer Research Program (Detection, Diagnosis, and Prognosis) | Grant review committee |
| 2010 - 2010 | Department of Defense Prostate Cancer Research Program (Exploration-Hypothesis Development Award, Pathobiology) | Scientific reviewer |
| 2010 - 2010 | Department of Defense Prostate Cancer Research Program (IDEA and Synergistic Idea Development Awards) | Scientific reviewer |
| 2011 - 2011 | Department of Defense Prostate Cancer Research Program (Detection, Diagnosis, and Prognosis) | Grant review committee |
| 2012 - 2012 | Department of Defense Prostate Cancer Research Program (Prevention, Treatment and Epidemiology) | Scientific reviewer |
| 2013 - present | Bladder Cancer Advocacy Network Young Investigator Awards | Scientific reviewer |
| 2013 - present | American College of Surgeons Commission on Cancer | Cancer Liaison Physician |

# UNIVERSITY AND PUBLIC SERVICE

## SERVICE ACTIVITIES SUMMARY

I have had an increasing leadership role within the Medical Center, with an emphasis on quality of care, addressing issues relevant for the clinical faculty, and ensuring a seamless transition of Cancer Center activities to the Mission Bay campus in 2015.  I am also involved in

improving the operations and efficiency in the operating room arena.  In addition, I continue to run the fellowship in urologic oncology and have increased the educational activities and improved inter-disciplinary interactions.  I also serve as a consultant regarding urologic and urologic oncology issues to local organizations.

## UCSF CAMPUSWIDE

| | | |
|---|---|---|
| 2006 - present | Healthcare Technology Assessment Program, UCSF | Committee member |
| 2008 - 2010 | Clinical Affairs Committee, UCSF | Committee member |
| 2010 - 2011 | Clinical Affairs Committee, UCSF | Vice-chair |
| 2011 - 2012 | Clinical Affairs Committee, UCSF | Chair |
| 2012 - 2013 | Clinical Affairs Committee, UCSF | Committee member |
| 2009 - 2014 | Tissue Committee, UCSF | Committee member |
| 2009 - 2014 | Contracting Committee, UCSF | Committee member |
| 2011 - 2013 | Senate Membership Task Force, UCSF | Committee member |
| 2014 - present | Payer Partnerships Committee | Co-chair |

## SCHOOL OF MEDICINE

| | | |
|---|---|---|
| 2003 - present | Genitourinary Oncology Protocol Review Committee | Committee Member |
| 2012 - present | Surgical Care Improvement Project | Committee Member |

## DEPARTMENTAL SERVICE

| | | |
|---|---|---|
| 2004 - present | Elective in Urologic Oncology (140.06), UCSF | Course co-director |
| 2006 - 2007 | Urologic Oncology Fellowship, UCSF | Assistant Director |
| 2007 - present | Urologic Oncology Fellowship, UCSF | Director |
| 2009 - present | Quality Improvement | Department champion |
| 2017 - 2021 | Quality and Safety | Associate Chair |
| 2021 - present | UCSF Department of Urology | Vice-chair |

**COMMUNITY AND PUBLIC SERVICE**

| | | |
|---|---|---|
| 2003 - 2019 | Regional Cancer Foundation | Volunteer consultant |
| 2004 - 2019 | Glide Health Clinic/Glide Memorial Church | Volunteer physician and consultant, Organizer of yearly prostate caner screening program |

**PEER REVIEWED PUBLICATIONS**

1. Roma P, Gregg RE, Bishop C, Ronan R, Zech LA,  Meng MV, Glueck C,  Vergani C, Giudici G, Brewer HB, Jr. Apolipoprotein A-I metabolism in subjects with a Pstl fragment length polymorphism of the apoA-I gene and familial hypercholesterolemia. Journal of Lipid Research 31:1753-1760, 1990.

2. Schiller MR,  Mende-Mueller L, Moran K, Meng MV,  Miller KW, Hook VYH. "Prohormone thiol protease" (PTP) processing of recombinant proenkephalin. Biochemistry 34:7988-7995, 1995.

3. Polascik TJ, Pound CR, Meng MV, Partin AW, Marshall FF. Partial nephrectomy: technique, complications and pathological findings. J Urol. 1995 Oct; 154(4):1312-8. PMID: 7658526

4. Polascik TJ, Meng MV, Epstein JI, Marshall FF. Intraoperative sonography for the evaluation and management of renal tumors: experience with 100 patients. J Urol. 1995 Nov; 154(5):1676-80. PMID: 7563320

5. Morey AF, Meng MV, McAninch JW. Skin graft reconstruction of chronic genital lymphedema. Urology. 1997 Sep; 50(3):423-6. PMID: 9301709

6. Phan ST, Meng M, Weidner N. Collision tumor: a peripheral neuroepithelioma and a transitional-cell carcinoma occurring simultaneously in the renal pelvis. Ann Diagn Pathol. 1997 Dec; 1(2):91-8. PMID: 9869830

7. Turek PJ, Givens CR, Schriock ED, Meng MV, Pedersen RA, Conaghan J. Testis sperm extraction and intracytoplasmic sperm injection guided by prior fine-needle aspiration mapping in patients with nonobstructive azoospermia. Fertil Steril. 1999 Mar; 71(3):552-7. PMID: 10065797

8. Meng MV, Brandes SB, McAninch JW. Renal trauma: indications and techniques for surgical exploration. World J Urol. 1999 Apr; 17(2):71-7. PMID: 10367364

9. Meng MV, Werboff LH. Hematospermia as the presenting symptom of metastatic malignant melanoma of unknown primary origin. Urology. 2000 Aug 01; 56(2):330. PMID: 10925109

10. Meng MV, Cha I, Ljung BM, Turek PJ. Relationship between classic histological pattern and sperm findings on fine needle aspiration map in infertile men. Hum Reprod. 2000 Sep; 15(9):1973-7. PMID: 10966998

11. Meng MV, Carroll PR. When is pelvic lymph node dissection necessary before radical prostatectomy? A decision analysis. J Urol. 2000 Oct; 164(4):1235-40. PMID: 10992372

12. Meng MV, St Lezin M. Trimethoprim-sulfamethoxazole induced recurrent aseptic meningitis. J Urol. 2000 Nov; 164(5):1664-5. PMID: 11025739

13. Meng MV, Cha I, Ljung BM, Turek PJ. Testicular fine-needle aspiration in infertile men: correlation of cytologic pattern with biopsy histology. Am J Surg Pathol. 2001 Jan; 25(1):71-9. PMID: 11145254

14. Meng MV, Carroll PR. Local therapy for prostate-specific antigen recurrence after definitive treatment. Prostate Cancer Prostatic Dis. 2001; 4(1):20-27. PMID: 12497059

15. Meng MV, Kang SM, Duh QY, Stoller ML, Freise C. Laparoscopic live donor nephrectomy at the University of California San Francisco. Clin Transpl. 2001; 113-21. PMID: 12211773

16. Meng MV, Black LD, Cha I, Ljung BM, Pera RA, Turek PJ. Impaired spermatogenesis in men with congenital absence of the vas deferens. Hum Reprod. 2001 Mar; 16(3):529-33. PMID: 11228224

17. Meng MV, Carroll PR. Is it necessary to do staging pelvic lymph node dissection for T1c prostate cancer? Curr Urol Rep. 2001 Jun; 2(3):237-41. PMID: 12084271

18. Meng MV, Grossfeld GD, Williams GH, Dilworth S, Stoeber K, Mulley TW, Weinberg V, Carroll PR, Tlsty TD. Minichromosome maintenance protein 2 expression in prostate: characterization and association with outcome after therapy for cancer. Clin Cancer Res. 2001 Sep; 7(9):2712-8. PMID: 11555583

19. Rabban JT, Meng MV, Yeh B, Koppie T, Ferrell L, Stoller ML. Kidney morcellation in laparoscopic nephrectomy for tumor: recommendations for specimen sampling and pathologic tumor staging. Am J Surg Pathol. 2001 Sep; 25(9):1158-66. PMID: 11688575

20. Meng MV, Koppie TM, Duh QY, Stoller ML. Novel method of assessing surgical margin status in laparoscopic specimens. Urology. 2001 Nov; 58(5):677-81. PMID: 11711335

21. Hiramoto JS, Meng MV, McAninch JW, Hirose R. Successful transplantation of a donor kidney after penetrating grade 3 injury and renorrhaphy. J Urol. 2001 Dec; 166(6):2299. PMID: 11696758

22. Shekarriz B, Meng MV, Lu HF, Yamada H, Duh QY, Stoller ML. Laparoscopic nephrectomy for inflammatory renal conditions. J Urol. 2001 Dec; 166(6):2091-4. PMID: 11696713

23. Grossfeld GD, Carroll PR, Lindeman N, Meng M, Groshen S, Feng AC, Hawes D, Cote RJ. Thrombospondin-1 expression in patients with pathologic stage T3 prostate cancer undergoing radical prostatectomy: association with p53 alterations, tumor angiogenesis, and tumor progression. Urology. 2002 Jan; 59(1):97-102. PMID: 11796289

24. Meng MV, Anwar HP, Elliott SP, Stoller ML. Pure laparoscopic enterocystoplasty. J Urol. 2002 Mar; 167(3):1386. PMID: 11832740

25. Downs TM, Kane CJ, Grossfeld GD, Meng MV, Carroll PR. Surgery for prostate cancer: rationale, technique and outcomes. Cancer Metastasis Rev. 2002; 21(1):29-44. PMID: 12400995

26. Damani MN, Master V, Meng MV, Burgess C, Turek P, Oates RD, Masters V. Postchemotherapy ejaculatory azoospermia: fatherhood with sperm from testis tissue with intracytoplasmic sperm injection. J Clin Oncol. 2002 Feb 15; 20(4):930-6. PMID: 11844813

27. Meng MV, Grossfeld GD, Stoller ML. Renal carcinoma after laparoscopic cyst decortication. J Urol. 2002 Mar; 167(3):1396. PMID: 11832747

28. Deng DY, Meng MV, Grossfeld GD, Stoller ML. Simultaneous laparoscopic management of 3 urological malignancies. J Urol. 2002 May; 167(5):2125-6. PMID: 11956456

29. Master VA, Meng MV, Koppie TM, Carroll PR, Grossfeld GD. Origin of urothelial carcinoma after renal transplant determined by fluorescence in situ hybridization. J Urol. 2002 Jun; 167(6):2521-2. PMID: 11992074

30. Meng MV, Stoller ML. Laparoscopic intracorporeal square-to-slip knot. Urology. 2002 Jun; 59(6):932-3. PMID: 12031384

31. Elliott SP, Meng MV, Anwar HP, Stoller ML. Complete laparoscopic ileal cystoplasty. Urology. 2002 Jun; 59(6):939-43. PMID: 12031386

32. Meng MV, Grossfeld GD, Carroll PR, Small EJ. Neoadjuvant strategies for prostate cancer prior to radical prostatectomy. Semin Urol Oncol. 2002 Aug; 20(3 Suppl 1):10-8. PMID: 12198633

33. Park S, Meng MV, Greenberg MS, Deng DY, Stoller ML. Muconephrosis. Urology. 2002 Aug; 60(2):344. PMID: 12137843

34. Meng MV, Yeh BM, Breiman RS, Schwartz BF, Coakley FV, Stoller ML. Precaval right renal artery: description and embryologic origin. Urology. 2002 Sep; 60(3):402-5. PMID: 12350471

35. Deng DY, Meng MV, Nguyen HT, Bellman GC, Stoller ML. Laparoscopic linear cutting stapler failure. Urology. 2002 Sep; 60(3):415-9; discussion 419-20. PMID: 12350475

36. Meng MV, Grossfeld GD, Sadetsky N, Mehta SS, Lubeck DP, Carroll PR. Contemporary patterns of androgen deprivation therapy use for newly diagnosed prostate cancer. Urology. 2002 Sep; 60(3 Suppl 1):7-11; discussion 11-2. PMID: 12231037

37. Meng MV, Mario LA, McAninch JW. Current treatment and outcomes of perinephric abscesses. J Urol. 2002 Oct; 168(4 Pt 1):1337-40. PMID: 12352387

38. Downs TM, Kane CJ, Grossfeld GD, Meng MV, Carroll PR. Surgery for prostate cancer: rationale, technique and outcomes. Cancer Metastasis Reviews 21:29-44, 2002.

39. Katz D, Koppie TM, Wu D, Meng MV, Grossfeld GD, Sadesky N, Lubeck DP, Carroll PR. Sociodemographic characteristics and health related quality of life in men attending prostate cancer support groups. J Urol. 2002 Nov; 168(5):2092-6. PMID: 12394716

40. Meng MV, Freise CE, Kang SM, Duh QY, Stoller ML. Techniques to optimize vascular control during laparoscopic donor nephrectomy. Urology. 2003 Jan; 61(1):93-7; discussion 97-8. PMID: 12559274

41. Rahman NU, Meng MV, Stoller ML. Infections and urinary stone disease. Curr Pharm Des. 2003; 9(12):975-81. PMID: 12678863

42. Meng MV, Miller TR, Cha I, Stoller ML. Cytology of morcellated renal specimens: significance in diagnosis and dissemination. J Urol. 2003 Jan; 169(1):45-8. PMID: 12478099

43. O'Connor AR, Coakley FV, Meng MV, Eberhardt SC. Imaging of retained surgical sponges in the abdomen and pelvis. AJR Am J Roentgenol. 2003 Feb; 180(2):481-9. PMID: 12540456

44. Meng MV, Shinohara K, Grossfeld GD. Significance of high-grade prostatic intraepithelial neoplasia on prostate biopsy. Urol Oncol. 2003 Mar-Apr; 21(2):145-51. PMID: 12856644

45. Meng MV, Freise CE, Stoller ML. Expanded experience with laparoscopic nephrectomy and autotransplantation for severe ureteral injury. J Urol. 2003 Apr; 169(4):1363-7. PMID: 12629362

46. Meng MV, Koppie TM, Stoller ML. Pathologic sampling of laparoscopically morcellated kidneys: a mathematical model. J Endourol. 2003 May; 17(4):229-33. PMID: 12816586

47. Yun EJ, Meng MV, Brennan TV, McAninch JW, Santucci RA, Rogers SJ. Novel microlaparoscopic technique for peritoneal dialysis catheter placement. Urology. 2003 May; 61(5):1026-8. PMID: 12736031

48. Purohit RS, Shinohara K, Meng MV, Carroll PR. Imaging clinically localized prostate cancer. Urol Clin North Am. 2003 May; 30(2):279-93. PMID: 12735504

49. Meng MV, Freise CE, Stoller ML. Sclerosing peritonitis. Urology. 2003 Jun; 61(6):1257-8. PMID: 12809916

50. Abrahams HM, Rahman NU, Meng MV, Stoller ML. Pure laparoscopic ileovesicostomy. J Urol. 2003 Aug; 170(2 Pt 1):517-8. PMID: 12853813

51. Meng MV, Franks JH, Presti JC, Shinohara K. The utility of apical anterior horn biopsies in prostate cancer detection. Urol Oncol. 2003 Sep-Oct; 21(5):361-5. PMID: 14670545

52. Abrahams HM, Meng MV, Stoller ML. Simplified pure laparoscopic bowel anastomosis. Urology. 2003 Sep; 62(3):547-9. PMID: 12946767

53. Gulati M, Meng MV, Freise CE, Stoller ML. Laparoscopic radical nephrectomy for suspected renal cell carcinoma in dialysis-dependent patients. Urology. 2003 Sep; 62(3):430-6. PMID: 12946741

54. Meng MV, Stoller ML. Hellström technique revisited: laparoscopic management of ureteropelvic junction obstruction. Urology. 2003 Sep; 62(3):404-8; discussion 408-9. PMID: 12946732

55. Harlan SR, Cooperberg MR, Elkin E, Lubeck DP, Meng M, Mehta SS, Carroll PR. Time trends and characteristics of men choosing watchful waiting for initial treatment of localized prostate cancer: results from CaPSURE. J Urol. 2003 Nov; 170(5):1804-7. PMID: 14532780

56. Chung HJ, Meng MV, Abrahams HM, Stoller ML. Upper quadrant access for urologic laparoscopy. Urology. 2003 Dec; 62(6):1117-9. PMID: 14665367

57. Meng MV, Stoller ML. Re: Laparoscopic radical nephrectomy: incorporating the advantages of hand assisted and standard laparoscopy. J Urol. 2003 Dec; 170(6 Pt 1):2390-1; author reply 2391. PMID: 14634430

58. Meng MV, Elkin EP, Harlan SR, Mehta SS, Lubeck DP, Carroll PR. Predictors of treatment after initial surveillance in men with prostate cancer: results from CaPSURE. J Urol. 2003 Dec; 170(6 Pt 1):2279-83. PMID: 14634396

59. Chung HJ, Meng MV, Abrahams HM, Stoller ML. Laparoscopic appreciation of perirenal attachments. Urology. 2003 Dec; 62(6):983-7. PMID: 14665340

60. Abrahams HM, Meng MV, Freise CE, Stoller ML. Laparoscopic donor nephrectomy for pediatric recipients: outcomes analysis. Urology. 2004 Jan; 63(1):163-6. PMID: 14751374

61. Fraser ET, Coakley FV, Meng MV, Yeh BM, Joe BN, Qayyum A. Computed tomography and magnetic resonance imaging of inferior vena caval thrombus associated with metastasis to the kidney. J Comput Assist Tomogr. 2004 Jan-Feb; 28(1):131-3. PMID: 14716246

62. Yeh BM, Coakley FV, Meng MV, Breiman RS, Stoller ML. Precaval right renal arteries: prevalence and morphologic associations at spiral CT. Radiology. 2004 Feb; 230(2):429-33. PMID: 14752187

63. Kane CJ, Mitchell JA, Meng MV, Anast J, Carroll PR, Stoller ML. Laparoscopic partial nephrectomy with temporary arterial occlusion: description of technique and renal functional outcomes. Urology. 2004 Feb; 63(2):241-6. PMID: 14972462

64. Master VA, Meng MV, Grossfeld GD, Koppie TM, Hirose R, Carroll PR. Treatment and outcome of invasive bladder cancer in patients after renal transplantation. J Urol. 2004 Mar; 171(3):1085-8. PMID: 14767276

65. Yun EJ, Meng MV, Carroll PR. Evaluation of the patient with hematuria. Med Clin North Am. 2004 Mar; 88(2):329-43. PMID: 15049581

66. Abrahams HM, Meng MV, Freise CE, Stoller ML. Pure laparoscopic right donor nephrectomy: step-by-step approach. J Endourol. 2004 Apr; 18(3):221-5; discussion 225. PMID: 15225384

67. Stoller ML, Meng MV, Abrahams HM, Kane JP. The primary stone event: a new hypothesis involving a vascular etiology. J Urol. 2004 May; 171(5):1920-4. PMID: 15076312

68. Abrahams HM, Freise CE, Kang SM, Stoller ML, Meng MV. Technique, indications and outcomes of pure laparoscopic right donor nephrectomy. J Urol. 2004 May; 171(5):1793-6. PMID: 15076278

69. Greene KL, Meng MV, Elkin EP, Cooperberg MR, Pasta DJ, Kattan MW, Wallace K, Carroll PR. Validation of the Kattan preoperative nomogram for prostate cancer recurrence using a community based cohort: results from cancer of the prostate strategic urological research endeavor (capsure). J Urol. 2004 Jun; 171(6 Pt 1):2255-9. PMID: 15126797

70. Cooperberg MR, Lubeck DP, Meng MV, Mehta SS, Carroll PR. The changing face of low-risk prostate cancer: trends in clinical presentation and primary management. J Clin Oncol. 2004 Jun 01; 22(11):2141-9. PMID: 15169800. PMCID: PMC2997214

71. Greene KL, Meng MV, Abrahams HM, Freise CE, Stoller ML. Laparoscopic-assisted upper pole ureterocalicostomy using renal inversion and autotransplantation. Urology. 2004 Jun; 63(6):1182-4. PMID: 15183982

72. Keehner MM, Tendick F, Meng MV, Anwar HP, Hegarty M, Stoller ML, Duh QY. Spatial ability, experience, and skill in laparoscopic surgery. Am J Surg. 2004 Jul; 188(1):71-5. PMID: 15219488

73. Meng MV, Freise CE, Stoller ML. Laparoscopic nephrectomy, ex vivo excision and autotransplantation for complex renal tumors. J Urol. 2004 Aug; 172(2):461-4. PMID: 15247703

74. Minor TX, Yeh BM, Horvai AE, Abrahams HM, Meng MV, Stoller ML. Symptomatic perirenal serous cysts of müllerian origin mimicking renal cysts on CT. AJR Am J Roentgenol. 2004 Nov; 183(5):1393-6. PMID: 15505309

75. Anast JW, Stoller ML, Meng MV, Master VA, Mitchell JA, Bassett WW, Kane CJ. Differences in complications and outcomes for obese patients undergoing laparoscopic radical, partial or simple nephrectomy. J Urol. 2004 Dec; 172(6 Pt 1):2287-91. PMID: 15538250

76. Posselt AM, Mahanty H, Kang SM, Stoller ML, Meng MV, Roberts JP, Freise CE. Laparoscopic right donor nephrectomy: a large single-center experience. Transplantation. 2004 Dec 15; 78(11):1665-9. PMID: 15591957

77. Elliott SP, Joel AB, Meng MV, Stoller ML. Bursting strength with various methods of renal artery ligation and potential mechanisms of failure. J Endourol. 2005 Apr; 19(3):307-11. PMID: 15865519

78. Meng MV, Elkin EP, Latini DM, Duchane J, Carroll PR. Treatment of patients with high risk localized prostate cancer: results from cancer of the prostate strategic urological research endeavor (CaPSURE). J Urol. 2005 May; 173(5):1557-61. PMID: 15821485

79. Camargo AH, Cooperberg MR, Ershoff BD, Rubenstein JN, Meng MV, Stoller ML. Laparoscopic management of peripelvic renal cysts: University of California, San Francisco, experience and review of literature. Urology. 2005 May; 65(5):882-7. PMID: 15882716

80. Joel AB, Rubenstein JN, Hsieh MH, Chi T, Meng MV, Stoller ML. Failed percutaneous balloon dilation for renal access: incidence and risk factors. Urology. 2005 Jul; 66(1):29-32. PMID: 15992884

81. Joel AB, Rubenstein JN, Arredondo S, Meng MV, Duh QY, Stoller ML. Laparoscopic appreciation of the adrenal artery: fact or fiction? J Endourol. 2005 Sep; 19(7):793-6. PMID: 16190830

82. Park S, Meng MV. Endoscopic and minimally invasive approaches to upper tract urothelial carcinoma. Curr Opin Urol. 2005 Sep; 15(5):336-41. PMID: 16093859

83. Purohit RS, Yeh BM, Meng MV. Spontaneous jejunal intussusception after open radical nephrectomy. Urology. 2005 Oct; 66(4):878-9. PMID: 16230160

84. Huiming Y, Chaomin W, Meng M. Vitamin A for treating measles in children. Cochrane Database Syst Rev. 2005 Oct 19; (4):CD001479. PMID: 16235283

85. Greene KL, Cowan JE, Cooperberg MR, Meng MV, DuChane J, Carroll PR. Who is the average patient presenting with prostate cancer? Urology. 2005 Nov; 66(5 Suppl):76-82. PMID: 16194711

86. Meng MV, Greene KL, Turek PJ. Surgery or assisted reproduction? A decision analysis of treatment costs in male infertility. J Urol. 2005 Nov; 174(5):1926-31; discussion 1931. PMID: 16217347

87. Tuttle DN, Yeh BM, Meng MV, Breiman RS, Stoller ML, Coakley FV. Risk of injury to adjacent organs with lower-pole fluoroscopically guided percutaneous nephrostomy: evaluation with prone, supine, and multiplanar reformatted CT. J Vasc Interv Radiol. 2005 Nov; 16(11):1489-92. PMID: 16319155

88. Park S, Meng MV, Elkin EP, Speight JL, DuChane J, Carroll PR. Androgen deprivation use with external beam radiation for prostate cancer: results from CaPSURE. J Urol. 2005 Nov; 174(5):1802-7. PMID: 16217291

89. Meng MV, Grossfeld GD, Sudilovsky D, Baehner FL. Fine needle aspiration cytology of adult perineal rhabdomyosarcoma: a case report. Acta Cytol. 2006 Jan-Feb; 50(1):88-92. PMID: 16514847

90. Meng MV. Comparison of nonabsorbable polymer ligating and standard titanium clips with and without a vascular cuff. J Endourol. 2006 Jan; 20(1):78; author reply 78-9. PMID: 16426139

91. Camargo AH, Rubenstein JN, Ershoff BD, Meng MV, Kane CJ, Stoller ML. The effect of kidney morcellation on operative time, incision complications, and postoperative analgesia after laparoscopic nephrectomy. Int Braz J Urol. 2006 May-Jun; 32(3):273-9; discussion 279-80. PMID: 16813669

92. Eisenberg MS, Meng MV, Master VA, Stoller ML, Rini BI, Carroll PR, Kane CJ. Laparoscopic versus open cytoreductive nephrectomy in advanced renal-cell carcinoma. J Endourol. 2006 Jul; 20(7):504-8. PMID: 16859465

93. Ross PL, Meng MV, Kane CJ. Laparoscopic approaches to renal malignancies. Curr Probl Cancer. 2006 Jul-Aug; 30(4):168-93. PMID: 16860165

94. Meng MV, Elkin EP, DuChane J, Carroll PR. Impact of increased number of biopsies on the nature of prostate cancer identified. J Urol. 2006 Jul; 176(1):63-8; discussion 69. PMID: 16753368

95. Kawakami J, Meng MV, Sadetsky N, Latini DM, Duchane J, Carroll PR. Changing patterns of pelvic lymphadenectomy for prostate cancer: results from CaPSURE. J Urol. 2006 Oct; 176(4 Pt 1):1382-6. PMID: 16952638

96. Meng MV. Reported failures of the polymer self-locking (Hem-o-lok) clip: review of data from the Food and Drug Administration. J Endourol. 2006 Dec; 20(12):1054-7. PMID: 17206901

97. Meng MV. Re: H. Baumert et al. The use of polymer (Hem-o-lok) clips for management of the renal hilum during laparoscopic nephrectomy. Eur Urol 2006;49:816-9 and P.L. Steinberg et al. re: H. Baumert et al. The Use of Polymer (Hem-o-lok) clips for management of the renal hilum during laparascopic nephrectomy. Eur Urol 2006; 49:816-9. Eur Urol 2007;51:572-3. Eur Urol. 2007 Feb; 51(2):574-5; author reply 575-6. PMID: 17055145

98. Hsieh MH, Swana HS, Baskin LS, Meng MV. Cost-utility analysis of treatment algorithms for moderate grade vesicoureteral reflux using Markov models. J Urol. 2007 Feb; 177(2):703-9; discussion 709. PMID: 17222660

99. Hsieh MH, Meng MV, Turek PJ. Markov modeling of vasectomy reversal and ART for infertility: how do obstructive interval and female partner age influence cost effectiveness? Fertil Steril. 2007 Oct; 88(4):840-6. PMID: 17544418

100. Elliott SP, Meng MV, Elkin EP, McAninch JW, Duchane J, Carroll PR. Incidence of urethral stricture after primary treatment for prostate cancer: data From CaPSURE. J Urol. 2007 Aug; 178(2):529-34; discussion 534. PMID: 17570425

101. Hsieh MH, Meng MV. Decision analysis and Markov modeling in urology. J Urol. 2007 Nov; 178(5):1867-74. PMID: 17868735

102. Vahidi K, Joe BN, Meng M, Coakley FV, Yeh BM. Review of atypical pelvic masses on CT and MRI: expanding the differential diagnosis. Clin Imaging. 2007 Nov-Dec; 31(6):406-13. PMID: 17996604

103. Whitson JM, Stackhouse GB, Freise CE, Meng MV, Stoller ML. Laparoscopic nephrectomy, ex vivo partial nephrectomy followed by allograft renal transplantation. Urology. 2007 Nov; 70(5):1007.e1-3. PMID: 18068465

104. Shah JB, McKiernan JM, Elkin EP, Carroll PR, Meng MV. Prostate biopsy patterns in the CaPSURE database: evolution with time and impact on outcome after prostatectomy. J Urol. 2008 Jan; 179(1):136-40. PMID: 17997437

105. Eisenberg ML, Lee KL, Zumrutbas AE, Meng MV, Freise CE, Stoller ML. Long-term outcomes and late complications of laparoscopic nephrectomy with renal autotransplantation. J Urol. 2008 Jan; 179(1):240-3. PMID: 18001789

106. Hsieh MH, Tan AG, Meng MV. Medical malpractice in American urology: 22-year national review of the impact of caps and implications for contemporary practice. J Urol. 2008 May; 179(5):1944-9; discussion 1949. PMID: 18355843

107. Dall'Era MA, Konety BR, Cowan JE, Shinohara K, Stauf F, Cooperberg MR, Meng MV, Kane CJ, Perez N, Master VA, Carroll PR. Active surveillance for the management of prostate cancer in a contemporary cohort. Cancer. 2008 Jun 15; 112(12):2664-70. PMID: 18433013

108. Hsieh MH, Meng MV, Baskin LS. Outcomes and cost analysis of pyeloplasty for antenatally diagnosed ureteropelvic junction obstruction using Markov models. Urology. 2008 Oct; 72(4):794-9. PMID: 18674802

109. Joe BN, Bolaris M, Horvai A, Yeh BM, Coakley FV, Meng MV. Solitary fibrous tumor of the male pelvis: findings at CT with histopathologic correlation. Clin Imaging. 2008 Sep-Oct; 32(5):403-6. PMID: 18760732

110. Wang ZJ, Meng MV, Yeh BM, Goldstein RB. Ureteral fibroepithelial polyp. J Ultrasound Med. 2008 Nov; 27(11):1647-9. PMID: 18946106. PMCID: PMC2745550

111. Hsieh MH, Roth DR, Meng MV. Economic analysis of infant vs postpubertal orchiopexy to prevent testicular cancer. Urology. 2009 Apr; 73(4):776-81. PMID: 19193413

112. Breyer BN, Whitson JM, Freise CE, Meng MV. Prostate cancer screening and treatment in the transplant population: current status and recommendations. J Urol. 2009 May; 181(5):2018-25; discussion 2025-6. PMID: 19286214

113. Meng M, Whitson JM. Planned renal allograft transplantation after tumor excision: increasing the availability of living-donor kidneys. Urol Oncol. 2009 Jul-Aug; 27(4):349-51. PMID: 19450998

114. Meng MV. Editorial comment. The goals of minimizing resource use and treatment burden must be weighed against the risks of tumor progression and compromised cancer-specific outcomes. Urology. 2009 Jun; 73(6):1311-2. PMID: 19482152

115. Wang ZJ, Coakley FV, Joe BN, Qayyum A, Meng MV, Yeh BM. Multidetector row CT urography: does supine or prone positioning produce better pelvecalyceal and ureteral opacification? Clin Imaging. 2009 Sep-Oct; 33(5):369-73. PMID: 19712817

116. Hsieh MH, Meng MV, Walsh TJ, Matthay KK, Baskin LS. Increasing incidence of neuroblastoma and potentially higher associated mortality of children from nonmetropolitan areas: analysis of the surveillance, epidemiology, and end results database. J Pediatr Hematol Oncol. 2009 Dec; 31(12):942-6. PMID: 19875967

117. Le JD, Cooperberg MR, Sadetsky N, Hittelman AB, Meng MV, Cowan JE, Latini DM, Carroll PR. Changes in specific domains of sexual function and sexual bother after radical prostatectomy. BJU Int. 2010 Oct; 106(7):1022-9. PMID: 20184571

118. Whitson JM, Reese AC, Meng MV. Factors associated with surgery in patients with renal cell carcinoma and venous tumor thrombus. BJU Int. 2011 Mar; 107(5):729-734. PMID: 20880195

119. Georgiades CS, Rodriguez R, Littrup PJ, Frangakis CE, Leveille R, Ahrar K, Atwell TD, Cadeddu J, Trimmer C, Durack JC, Hammers HJ, Meng MV, Raman S, Solomon SB, Zagoria RJ, McLennan G, Laberge JM, Gervais DA, Kee ST. Development of a research agenda for percutaneous renal tumor ablation: proceedings from a multidisciplinary research consensus panel. J Vasc Interv Radiol. 2010 Dec; 21(12):1807-16. PMID: 21111363

120. Cooperberg MR, Cowan JE, Hilton JF, Reese AC, Zaid HB, Porten SP, Shinohara K, Meng MV, Greene KL, Carroll PR. Outcomes of active surveillance for men with intermediate-risk prostate cancer. J Clin Oncol. 2011 Jan 10; 29(2):228-34. PMID: 21115873. PMCID: PMC3058278

121. Song G, Joe BN, Yeh BM, Meng MV, Westphalen AC, Coakley FV. Risk of catecholamine crisis in patients undergoing resection of unsuspected pheochromocytoma. Int Braz J Urol. 2011 Jan-Feb; 37(1):35-40;discussion 40-1. PMID: 21385478

122. Eisenberg ML, Meng MV. Intracaval germ cell tumor thrombus. Urology. 2011 Jan; 77(1):70. PMID: 20399485

123. Whitson JM, Porten SP, Hilton JF, Cowan JE, Perez N, Cooperberg MR, Greene KL, Meng MV, Simko JP, Shinohara K, Carroll PR. The relationship between prostate specific antigen change and biopsy progression in patients on active surveillance for prostate cancer. J Urol. 2011 May; 185(5):1656-60. PMID: 21419438

124. Whitson JM, Harris CR, Reese AC, Meng MV. Lymphadenectomy improves survival of patients with renal cell carcinoma and nodal metastases. J Urol. 2011 May; 185(5):1615-20. PMID: 21419453

125. Dall'Era MA, Cowan JE, Simko J, Shinohara K, Davies B, Konety BR, Meng MV, Perez N, Greene K, Carroll PR. Surgical management after active surveillance for low-risk prostate

cancer: pathological outcomes compared with men undergoing immediate treatment. BJU Int. 2011 Apr; 107(8):1232-7. PMID: 20804478

126. Porten SP, Whitson JM, Cowan JE, Cooperberg MR, Shinohara K, Perez N, Greene KL, Meng MV, Carroll PR. Changes in prostate cancer grade on serial biopsy in men undergoing active surveillance. J Clin Oncol. 2011 Jul 10; 29(20):2795-800. PMID: 21632511

127. Meng M, Gao X, Han LJ, Li XY, Wu D, Li HZ, Chen QJ. Correlation analysis between starch properties and single nucleotide polymorphisms of waxy genes in common rye (Secale cereale L.). Genet Mol Res. 2014 Jan 14; 13(2):2574-89. PMID: 24446340

128. Meng M. Urologic Oncologic SurveyRobotic level III inferior vena cava tumor thrombectomy: Initial series. Gill IS, Metcalfe C, Abreu A, Duddalwar V, Chopra S, Cunningham M, Thangathurai D, Ukimura O, Satkunasivam R, Hung A, Papalia R, Aron M, Desai M, Gallucci M. J Urol. 2015 Oct;194(4):929-938. [Epub 2015 Apr 6]. doi: 10.1016/j.juro.2015.03.119. Urol Oncol. 2017 May; 35(5):311. PMID: 28342659

129. Tang Q, Song Y, Li X, Meng M, Zhang Q, Wang J, He Z, Zhou L. Prognostic Outcomes and Risk Factors for Patients with Renal Cell Carcinoma and Venous Tumor Thrombus after Radical Nephrectomy and Thrombectomy: The Prognostic Significance of Venous Tumor Thrombus Level. Biomed Res Int. 2015; 2015:163423. PMID: 26421277. PMCID: PMC4573224

130. Meng MV. Editorial comment. Urology. 2010 Aug; 76(2):368-9; discussion 369. PMID: 20696341

131. Meng MV. Editorial comment. Urology. 2010 Sep; 76(3):749; discussion 749. PMID: 20832643

132. Meng MV. Editorial comment. Urology. 2012 Jan; 79(1):31. PMID: 22202543

133. Meng MV. Editorial comment. J Urol. 2012 Jun; 187(6):2066; discussion 2066-7. PMID: 22498228

134. Meng MV. Editorial comment. Urology. 2012 Aug; 80(2):359; author reply 359-60. PMID: 22857753

135. Reese AC, Whitson JM, Meng MV. Natural history of untreated renal cell carcinoma with venous tumor thrombus. Urol Oncol. 2013 Oct; 31(7):1305-9. PMID: 22237466

136. Meng MV. Commentary on PMID: 23419727

137. Odisho AY, Washington SL, Meng MV, Cowan JE, Simko JP, Carroll PR. Benign prostate glandular tissue at radical prostatectomy surgical margins. Urology. 2013 Jul; 82(1):154-9. PMID: 23522995. PMCID: PMC3696410

138. Meng MV. Commentary on PMID: 23419730

139. Cosentino M, Breda A, Sanguedolce F, Landman J, Stolzenburg JU, Verze P, Rassweiler J, Van Poppel H, Klingler HC, Janetschek G, Celia A, Kim FJ, Thalmann G, Nagele U, Mogorovich A, Bolenz C, Knoll T, Porpiglia F, Alvarez-Maestro M, Francesca F, Deho F, Eggener S, Abbou C, Meng MV, Aron M, Laguna P, Mladenov D, D'Addessi A, Bove P, Schiavina R, De Cobelli O, Merseburger AS, Dalpiaz O, D'Ancona FC, Polascik TJ, Muschter R, Leppert TJ, Villavicencio H. The use of mannitol in partial and live donor

nephrectomy: an international survey. World J Urol. 2013 Aug; 31(4):977-82. PMID: 23242033

140. Meng MV. Commentary on PMID: 23419729

141. Whitson JM, Reese AC, Meng MV. Population based analysis of survival in patients with renal cell carcinoma and venous tumor thrombus. Urol Oncol. 2013 Feb; 31(2):259-63. PMID: 21795070

142. Meng MV. Commentary on PMID: 23419728

143. Punnen S, Meng MV, Cooperberg MR, Greene KL, Cowan JE, Carroll PR. How does robot-assisted radical prostatectomy (RARP) compare with open surgery in men with high-risk prostate cancer? BJU Int. 2013 Aug; 112(4):E314-20. PMID: 23451984

144. Meng MV, Nelson H. What is the appropriate extent of lymphadenectomy for bladder cancer? Bull Am Coll Surg. 2013 Jul; 98(7):60-2. PMID: 24010224

145. Meng M. Laparoscopic cryoablation for renal cell carcinoma: 100-Month oncologic outcomes. Caputo PA, Ramirez D, Zargar H, Akca O, Andrade HS, O'Malley C, Remer EM, Kaouk JH. J Urol. 2015 Oct;194(4):892-896. [Epub 2015 April 23]. doi: 10.1016/j.juro.2015.03.128. Urol Oncol. 2017 May; 35(5):311-312. PMID: 28359745

146. Yang X, Zhang K, Ye X, Zheng A, Huang G, Li W, Wei Z, Wang J, Han X, Ni X, Meng M, Ni Y, Yuan Q, Xing C. Artificial pneumothorax for pain relief during microwave ablation of subpleural lung tumors. Indian J Cancer. 2015 Dec; 52 Suppl 2:e80-3. PMID: 26728680

147. Meng MV. Editorial comment. Urology. 2013 Sep; 82(3):545-6. PMID: 23987149

148. Cary KC, Cowan JE, Sanford M, Shinohara K, Perez N, Chan JM, Meng MV, Carroll PR. Predictors of pathologic progression on biopsy among men on active surveillance for localized prostate cancer: the value of the pattern of surveillance biopsies. Eur Urol. 2014 Aug; 66(2):337-42. PMID: 24035632

149. Hsieh MH, Meng MV. Prostate cancer screening and risk of litigation: caught between Scylla and Charybdis. J Urol. 2014 Jun; 191(6):1648-9. PMID: 24656674

150. Glass AS, Cooperberg MR, Meng MV, Carroll PR. Role of active surveillance in the management of localized prostate cancer. J Natl Cancer Inst Monogr. 2012; 2012(45):202-6. PMID: 23271774

151. Meng M. Clin Cancer Res. 2004 Sep 15; 10(18 Pt 2):6371S-6376S. Urol Oncol. 2017 May; 35(5):313-314. PMID: 28363475

152. Meng M. Frozen section during partial nephrectomy: Does it predict positive margins? Gordetsky J, Gorin MA, Canner J, Ball MW, Pierorazio PM, Allaf ME, Epstein JI. BJU Int. 2015 Dec; 116(6):868-72. [Epub 2015 Mar 23]. doi: 10.1111/bju.13011. Urol Oncol. 2017 May; 35(5):312-313. PMID: 28363476

153. Meng MV. Commentary on PMID: 24767687

154. Benner C, Greenberg M, Shepard N, Meng MV, Rabow MW. The natural history of symptoms and distress in patients and families following cystectomy for treatment of muscle invasive bladder cancer. J Urol. 2014 Apr; 191(4):937-42. PMID: 24184369

155. Meng MV, Boughey JC. Treating metastatic prostate cancer now and in the future. Bull Am Coll Surg. 2014 Sep; 99(9):55-7. PMID: 25272429

156. Yang G, Villalta JD, Meng MV, Whitson JM. Evolving practice patterns for the management of small renal masses in the USA. BJU Int. 2012 Oct; 110(8):1156-61. PMID: 22372984

157. Leapman MS, Clark CJ, Meng MV, Boughey JC. Diet and lifestyle can influence prostate cancer outcomes. Bull Am Coll Surg. 2016 07; 101(7):50-2. PMID: 28941449

158. Garcia MM, Gottschalk AR, Brajtbord J, Konety BR, Meng MV, Roach M, Carroll PR. Correction: Endoscopic Gold Fiducial Marker Placement into the Bladder Wall to Optimize Radiotherapy Targeting for Bladder-Preserving Management of Muscle-Invasive Bladder Cancer: Feasibility and Initial Outcomes. PLoS One. 2016; 11(10):e0164558. PMID: 27711167. PMCID: PMC5053526

159. Welty CJ, Sanford TH, Wright JL, Carroll PR, Cooperberg MR, Meng MV, Porten SP. The Cancer of the Bladder Risk Assessment (COBRA) score: Estimating mortality after radical cystectomy. Cancer. 2017 Dec 01; 123(23):4574-4582. PMID: 28881475

160. Hampson LA, Odisho AY, Meng MV, Carroll PR. Variation and Predictors of Surgical Case Costs among Urologists. Urol Pract. 2017 Jul; 4(4):277-284. PMID: 30906821. PMCID: PMC6425944

161. Meng MV. Editorial comment for zargar et Al. J Endourol. 2015 Jan; 29(1):102. PMID: 25102379

162. Friedman GD, Schwalbe J, Achacoso N, Meng MV, Kroenke CH, Habel LA. Antidepressants and testicular cancer. Cancer Causes Control. 2014 Feb; 25(2):251-8. PMID: 24276357. PMCID: PMC3922298

163. Harris CR, Whitson JM, Meng MV. Under-grading of <4 cm renal masses on renal biopsy. BJU Int. 2012 Sep; 110(6):794-7. PMID: 22404857

164. Whitson JM, Harris CR, Meng MV. Population-based comparative effectiveness of nephron-sparing surgery vs ablation for small renal masses. BJU Int. 2012 Nov; 110(10):1438-43. PMID: 22639860

165. Meng MV, Nelson H. What's new in renal cell carcinoma. Bull Am Coll Surg. 2012 Aug; 97(8):65-6. PMID: 22973751

166. Burke JM, Lamm DL, Meng MV, Nemunaitis JJ, Stephenson JJ, Arseneau JC, Aimi J, Lerner S, Yeung AW, Kazarian T, Maslyar DJ, McKiernan JM. A First in Human Phase 1 Study of CG0070, a GM-CSF Expressing Oncolytic Adenovirus, for the Treatment of Nonmuscle Invasive Bladder Cancer. J Urol. 2012 Dec; 188(6):2391-7. PMID: 23088985

167. Dang TT, Ziv E, Weinstein S, Meng MV, Wang Z, Coakley FV. Computed tomography and magnetic resonance imaging of adult renal cell carcinoma associated with xp11.2 translocation. J Comput Assist Tomogr. 2012 Nov; 36(6):669-74. PMID: 23192203

168. Fung-Kee-Fung SD, Porten SP, Meng MV, Kuettel M. The role of active surveillance in the management of prostate cancer. J Natl Compr Canc Netw. 2013 Feb 1; 11(2):183-7. PMID: 23411385

169. Whitson JM, Meng MV. Extent of lymphadenectomy does not improve the survival of patients with renal cell carcinoma and nodal metastases: biases associated with the handling of missing data. BJU Int. 2014 Jan; 113(1):2-3. PMID: 24330055

170. Garcia MM, Gottschalk AR, Brajtbord J, Konety BR, Meng MV, Roach M, Carroll PR. Endoscopic gold fiducial marker placement into the bladder wall to optimize radiotherapy

targeting for bladder-preserving management of muscle-invasive bladder cancer: feasibility and initial outcomes. PLoS One. 2014; 9(3):e89754. PMID: 24594774. PMCID: PMC3940667

171. Morgan TM, Meng MV, Cooperberg MR, Cowan JE, Weinberg V, Carroll PR, Lin DW. A risk-adjusted definition of biochemical recurrence after radical prostatectomy. Prostate Cancer Prostatic Dis. 2014 Jun; 17(2):174-9. PMID: 24614692

172. Hampson LA, Brajtbord JS, Meng MV. The future of quality in urologic oncology: evaluating the horizon of surgical standards. Urol Oncol. 2014 Aug; 32(6):735-40. PMID: 25232559

173. Welty CJ, Cowan JE, Nguyen H, Shinohara K, Perez N, Greene KL, Chan JM, Meng MV, Simko JP, Cooperberg MR, Carroll PR. Extended followup and risk factors for disease reclassification in a large active surveillance cohort for localized prostate cancer. J Urol. 2015 Mar; 193(3):807-11. PMID: 25261803

174. Meng M. Editorial comment for sharma et Al. J Endourol. 2015 May; 29(5):567-8. PMID: 25712621

175. Tran G, Ramaswamy K, Chi T, Meng MV, Freise C, Stoller ML. Laparoscopic Nephrectomy with Autotransplantation: Safety, Efficacy and Long-Term Durability. J Urol. 2015 Sep; 194(3):738-43. PMID: 25801764

176. Meng MV. Editorial Comment. J Urol. 2015 Aug; 194(2):309. PMID: 26001977

177. Rabow MW, Benner C, Shepard N, Meng MV. Concurrent urologic and palliative care after cystectomy for treatment of muscle-invasive bladder cancer. Urol Oncol. 2015 Jun; 33(6):267.e23-9. PMID: 25814144

178. Sanford T, Porten S, Meng MV. Molecular Analysis of Upper Tract and Bladder Urothelial Carcinoma: Results from a Microarray Comparison. PLoS One. 2015; 10(8):e0137141. PMID: 26317352. PMCID: PMC4552875

179. Newcomb LF, Thompson IM Jr, Boyer HD, Brooks JD, Carroll PR, Coopberger MR, Dash A, Ellis WJ, Fazli L, Feng Z, Gleave ME, Kunju P. Lance RS, McKenney JK, Meng MV, Nicolas MM, Sanda MG, Simko J, So A, Tretiakova MS, Troyer DA, True LD, Vakar-Lopez F, Virgin J, Wagner AA, Wei JT, Zheng Y, Nelson PS, Lin DW; Canary PASS Investigators. Outcome of Active Surveillance for Clinically Localized Prostate Cancer in the Prospective Multi-Institutional Canary PASS Cohort. J Urol. 2016 Feb ;195(2):313-20. PMID: 26327354.

180. Odisho AY, Rabban JT, Meng MV. Development of CNS-type Primitive Neuroectodermal Tumor in Metastatic Testicular Mixed Germ Cell Tumor. Urol Case Rep. 2016 Feb 17;6:7-8. PMID: 27169016.

181. Meng MV. Editorial Comment. Urology. 2016 May; 91:232-3. PMID: 27107200.

182. Nguyen HG, Punnen S, Cowan JE, Leapman M, Cary C, Welty C, Weinberg V, Cooperberg MR, Meng MV, Greene KL, Garcia M, Carroll PR. A Randomized Study of Intraoperative Autologous Retropubic Urethral Sling on Urinary Control after Robotic Assisted Radical Prostatectomy. J Urol. 2017 Feb;197(2):369-375. PMID: 27693447.

183. Wallace E, Higuchi R, Satya M, McCann L, Sin MLY, Bridge JA, Wei H, Zhang J, Wong E, Hiar A, Mach KE, Scherr D, Egerdie RB, Ohta S, Sexton WJ, Meng MV, Weizer AZ, Woods M, Jansz GK, Zadra J, Lotan Y, Goldfarb B, Liao JC. Development of a 90-Minute Integrated Noninvasive Urinary Assay for Bladder Cancer Detection. J Urol. 2017 Oct 20. PMID: 29061538

184. Leapman MS, Ameli N, Shinohara K, Nguyen HG, Meng MV, Cooperberg MR, Carroll PR. Validity of the Cancer of the Prostate Risk Assessment Score Derived From Targeted Biopsy: Modeling Evidence From Ultrasound Lesion-Directed Biopsy.  Clin Genitourin Cancer. 2017 Feb;15(1):93-99. PMID:27522449.

185. Liss MA, Ehdaie B, Loeb S, Meng MV, Raman JD, Spears V, Stroup SP. An Update of the American Urological Association White Paper on the Prevention and Treatment of the More Common Complications Related to Prostate Biopsy. J Urol 2017 Mar 29. S0022-5347(17)42253-1. Epub ahead of print. PMID: 28363690.

186. Sanford T, Meng MV, Railkar R, Agarwal PK, Porten SP. Integrative analysis of the epigenetic basis of muscle-invasive urothelial carcinoma. Clin Epigenetics. 2018; 10:19. PMID: 29456764. PMCID: PMC5809922

187. Hussein AA, Sexton KJ, May PR, Meng MV, Hosseini A, Eun DD, Daneshmand S, Bochner BH, Peabody JO, Abaza R, Skinner EC, Hautmann RE, Guru KA. Development and validation of surgical training tool: cystectomy assessment and surgical evaluation (CASE) for robot-assisted radical cystectomy for men. Surg Endosc. 2018 Apr 13. PMID: 29654528

188. Schmidt B, Meng MV, Hampson LA. Operating Room Supply Cost Awareness: A Cross-Sectional Analysis. Urol Pract. 2019 Mar; 6(2):73-78. PMID: 31106254. PMCID: PMC6519958

189. Synold TW, Plets M, Tangen CM, Heath EI, Palapattu GS, Mack PC, Stein MN, Meng MV, Lara P, Vogelzang NJ, Thompson IM, Ryan CW. Everolimus Exposure as a Predictor of Toxicity in Renal Cell Cancer Patients in the Adjuvant Setting: Results of a Pharmacokinetic Analysis for SWOG S0931 (EVEREST), a Phase III Study (NCT01120249). Kidney Cancer. 2019 Aug 07; 3(2):111-118. PMID: 31763512. PMCID: PMC6864417

190. Hampson LA, Odisho AY, Meng MV. Variation in Laparoscopic Nephrectomy Surgical Costs: Opportunities for High Value Care Delivery. Urol Pract. 2018 Sep; 5(5):334-341. PMID: 30746428. PMCID: PMC6368220

191. Balakrishnan AS, Washington SL, Meng MV, Porten SP. Determinants of Guideline-Based Treatment in Patients With cT1 Bladder Cancer. Clin Genitourin Cancer. 2019 Jan 19. PMID: 30799130

192. Meng MV, Gschwend JE, Shore N, Grossfeld GD, Mostafid H, Black PC. Emerging Immunotherapy Options for BCG-unresponsive Non-muscle-invasive Bladder Cancer. J Urol. 2019 May 01; 101097JU0000000000000297. PMID: 31042108

193. Herlemann A, Meng MV. Editorial: Conversion to negative surgical margin after intraoperative frozen section - (un)necessary effort and relevance in 2019? BJU Int. 2019 May; 123(5):744-746. PMID: 31008557

194. Washington SL, Neuhaus J, Meng MV, Porten SP. Social Determinants of Appropriate Treatment for Muscle-Invasive Bladder Cancer. Cancer Epidemiol Biomarkers Prev. 2019 May 15. PMID: 31092404. PMCID: PMC6679737

195. Chu CE, Porten SP, Grossfeld GD, Meng MV. Role of Indoleamine-2,3-Dioxygenase Inhibitors in Salvage Therapy for Non-Muscle Invasive Bladder Cancer. Urol Clin North Am. 2020 Feb; 47(1):111-118. PMID: 31757294

196. Zuniga KB, Graff RE, Feiger DB, Meng MV, Porten SP, Kenfield SA. Lifestyle and Non-muscle Invasive Bladder Cancer Recurrence, Progression, and Mortality: Available Research and Future Directions. Bladder Cancer. 2020; 6(1):9-23. PMID: 34095407. PMCID: PMC8174672

197. Zuniga KB, Washington SL, Porten SP, Meng MV. A comparison of stage-specific all-cause mortality between testicular sex cord stromal tumors and germ cell tumors: results from the National Cancer Database. BMC Urol. 2020 Apr 17; 20(1):40. PMID: 32303266. PMCID: PMC7164279

198. Oh DY, Kwek SS, Raju SS, Li T, McCarthy E, Chow E, Aran D, Ilano A, Pai CS, Rancan C, Allaire K, Burra A, Sun Y, Spitzer MH, Mangul S, Porten S, Meng MV, Friedlander TW, Ye CJ, Fong L. Intratumoral CD4+ T Cells Mediate Anti-tumor Cytotoxicity in Human Bladder Cancer. Cell. 2020 06 25; 181(7):1612-1625.e13. PMID: 32497499. PMCID: PMC7321885

199. Zuniga KB, Washington SL, Porten SP, Meng MV. Correction to: A comparison of stage-specific all-cause mortality between testicular sex cordstromal tumors and germ cell tumors: results from the National Cancer Database. BMC Urol. 2020 07 17; 20(1):103. PMID: 32680507. PMCID: PMC7368670

200. de la Calle CM, Washington SL, Lonergan PE, Meng MV, Porten SP. Bladder cancer in patients younger than 40years: outcomes from the National Cancer Database. World J Urol. 2020 Jul 31. PMID: 32737581

201. Washington SL, Gregorich SE, Meng MV, Suskind AM, Porten SP. Race modifies survival benefit of guideline-based treatment: Implications for reducing disparities in muscle invasive bladder cancer. Cancer Med. 2020 Nov; 9(22):8310-8317. PMID: 32869516. PMCID: PMC7666728

202. Chu CE, Law L, Zuniga K, Lin TK, Tsourounis C, Rodriguez-Monguio R, Lazar A, Washington SL, Cooperberg MR, Greene KL, Carroll PR, Pruthi RS, Meng MV, Chen LL, Porten SP. Liposomal bupivacaine decreases post-operative length of stay and opioid use in patients undergoing radical cystectomy. Urology. 2020 Dec 02. PMID: 33278460

203. Balakrishnan AS, Hampson LA, Bell AM, Baghdanian AH, Baghdanian AA, Meng MV, Odisho AY. Evaluating the impact of surgical supply cost variation during partial nephrectomy on patient outcomes. Transl Androl Urol. 2021 Feb; 10(2):765-774. PMID: 33718078. PMCID: PMC7947437

204. Gore JL, Porten SP, Montgomery JS, Hamilton RJ, Meng MV, Sexton WJ, Psutka SP. Applicant perceptions of virtual interviews for society of urologic oncology fellowships during the COVID-19 pandemic. Urol Oncol. 2021 Jul 08. PMID: 34247905

205. Chu CE, Sjöström M, Egusa EA, Gibb EA, Badura ML, Zhu J, Koshkin VS, Stohr BA, Meng MV, Pruthi RS, Friedlander TW, Lotan Y, Black PC, Porten SP, Feng FY, Chou J. Heterogeneity in NECTIN4 expression across molecular subtypes of urothelial cancer mediates sensitivity to enfortumab vedotin. Clin Cancer Res. 2021 Jun 09. PMID: 34108177

206. Chappidi MR, Yang H, Meng MV, Bivalacqua TJ, Daneshmand S, Holzbeierlein JM, Kaimakliotis HZ, Konety B, Liao JC, Pohar K, Steinberg GD, Taylor JM, Tyson MD, Willard B, Lotan Y, Porten SP, Kates M. Utility of Blue Light Cystoscopy for Post-BCG Bladder Cancer Recurrence Detection: Implications for Clinical Trial Recruitment and Study Comparisons. J Urol. 2021 Oct 25; 101097JU0000000000002308. PMID: 34694916

207. Tang S, Meng MV, Slater JB, Gordon JW, Vigneron DB, Stohr BA, Larson PEZ, Wang ZJ. Metabolic imaging with hyperpolarized 13 C pyruvate magnetic resonance imaging in patients with renal tumors-Initial experience. Cancer. 2021 Apr 12. PMID: 33844280

208. Chappidi MR, Welty C, Choi W, Meng MV, Porten SP. Evaluation of the Cancer of Bladder Risk Assessment (COBRA) Score in the Cancer Genome Atlas (TCGA) Bladder Cancer Cohort. Urology. 2021 Jun 09. PMID: 34118229

209. Chan VW, Tan WS, Leow JJ, Tan WP, Ong WLK, Chiu PK, Gurung P, Pirola GM, Orecchia L, Liew MPC, Lee HY, Wang Y, Chen IA, Castellani D, Wroclawski ML, Mayor N, Sathianathen NJ, Braga I, Liu Z, Moon D, Tikkinen K, Kamat A, Meng M, Ficarra V, Giannarini G, Teoh JY. Delayed surgery for localised and metastatic renal cell carcinoma: a systematic review and meta-analysis for the COVID-19 pandemic. World J Urol. 2021 May 24. PMID: 34031748. PMCID: PMC8143063

210. Chou J, Trepka K, Sjöström M, Egusa EA, Chu CE, Zhu J, Chan E, Gibb EA, Badura ML, Contreras-Sanz A, Stohr BA, Meng MV, Pruthi RS, Lotan Y, Black PC, Porten SP, Koshkin VS, Friedlander TW, Feng FY. TROP2 Expression Across Molecular Subtypes of Urothelial Carcinoma and Enfortumab Vedotin-resistant Cells. Eur Urol Oncol. 2022 Dec; 5(6):714-718. PMID: 35216942

211. Mujal AM, Combes AJ, Rao AA, Binnewies M, Samad B, Tsui J, Boissonnas A, Pollack JL, Argüello RJ, Meng MV, Porten SP, Ruhland MK, Barry KC, Chan V, Krummel MF. Holistic Characterization of Tumor Monocyte-to-Macrophage Differentiation Integrates Distinct Immune Phenotypes in Kidney Cancer. Cancer Immunol Res. 2022 04 01; 10(4):403-419. PMID: 35181780. PMCID: PMC8982148

212. Wallace A, Porten SP, Lo AA, Oreper D, Lounsbury N, Havnar C, Pechuan-Jorge X, Zill OA, Meng MV. Origins and Timing of Emerging Lesions in Advanced Renal Cell Carcinoma. Mol Cancer Res. 2022 06 03; 20(6):909-922. PMID: 35297992. PMCID: PMC9381131

## BOOKS AND CHAPTERS

1. Stoller ML and MV Meng, eds.  Urinary Stone Disease:  The Practical Guide to Medical and Surgical Management.  Humana Press, 2007. (book)

2. Meng MV, K Shinohara, GD Grossfeld, and PR Carroll.  Local therapy for recurrent prostate cancer.  In Prostate Cancer, eds. PW Kantoff, PR Carroll, and AV D'Amico. Lippincott Williams & Wilkins, 2001. (book chapter)

3. Meng MV and R Dahiya.  Molecular genetics of prostate cancer.  In Atlas of Oncology: Prostate Cancer, eds. PR Carroll and GD Grossfeld.  BC Decker Inc., 2002. (book chapter)

4. Meng MV, GD Grossfeld, and PR Carroll.  PSA failure after definitive treatment for prostate cancer.  In Atlas of Oncology:  Prostate cancer, eds. PR Carroll and GD Grossfeld.  BC Decker Inc., 2002. (book chapter)

5. Carroll PR, MV Meng, and GD Grossfeld.  Radical retropubic prostatectomy.  In Atlas of Oncology:  Prostate cancer, eds. PR Carroll and GD Grossfeld.  BC Decker Inc., 2002. (book chapter)

6. Meng MV, S-M Kang, Q-Y Duh, ML Stoller, and C Freise.  Live laparoscopic donor nephrectomy at the University of California San Francisco.  In <u>Clinical Transplants</u> 2001, eds. JM Cecka and PI Terasaki.  UCLA Immunogenetics Center, 2002. (book chapter)

7. Meng MV.  Management of metastatic prostate cancer.  In <u>Atlas of Prostate Cancer</u>, ed. RC Bruskewitz.  Current Medicine, Inc., 2002. (book chapter)

8. Meng MV and JW McAninch.  Retroperitoneal infections.  In <u>Urologic Emergencies</u>, eds. H Wessels and JW McAninch.  Humana Press, 2003.  (In press) (book chapter)

9. Downs TM, MV Meng, and PR Carroll.  Cutaneous urinary diversion.  In <u>Urologic Oncology</u>, eds. J Richie and A D'Amico.  Elsevier, 2005. (book chapter)

10. Meng MV, PR Carroll.  Clinically localized (stage T1a-T2c) prostate adenocarcinoma of the prostate:  management and prognosis.  In <u>Urologic Oncology</u>, eds. J Richie and A D?Amico.  Elsevier, 2005. (book chapter)

11. Meng MV.  Kidney Cancer specimen extraction:  Morcellation.  In <u>Textbook of Laparoscopic Urology</u>, ed. IS Gill.  Marcel Dekker, 2006. (book chapter)

12. Meng MV and PR Carroll.  Clinical approach to diagnosis of recurrence after definitive therapy for prostate cancer.  In <u>Prostate Cancer:  Principles & Practice</u>, eds. R Kirby, A Partin, M Feneley, and JK Parsons.  Martin Dunitz, 2006. (book chapter)

13. Meng MV and PR Carroll.  Treatment of locally advanced prostate cancer.  In <u>Campbell-Walsh Urology</u>, eds. AJ Wein, LR Kavoussi, AC Novick, AW Partin, and CA Peters.  Elsevier, **2006, 2010, 2016.** (book chapter)

14. Ross PL, MV Meng, and PR Carroll.  Oncologic management after radical prostatectomy.  In <u>Radical Prostatectomy</u>, eds. R Kirby, F Montorsi, J Smith, and P Gontero.  Martin Dunitz, 2006. (book chapter)

15. Stoller ML, CJ Kane, MV Meng.  Urologic disorders.  In <u>Current Medical Diagnosis and Treatment 2008</u>, eds. SJ McPhee, MA Papadakis, and LM Tierney.  Lange, **2008-2017.** (book chapter)

16. Meng MV and CJ Kane.  Cancers of the genitourinary tract.  In <u>Current Medical Diagnosis and Treatment 2008</u>, eds. SJ McPhee, MA Papadakis, and LM Tierney.  Lange, **2008-2017**. (book chapter)

17. Meng MV.  Medicolegal aspects of urologic laparoscopy.  In <u>Complications of Robotic and Laparoscopic Urologic Surgery</u>, ed. R Ghavamian.  Springer and Humana Press, 2010. (book chapter)

18. Hampson LA and Meng MV.  Ethical and medicolegal considerations.  In <u>Complications in Robotic Urologic Surgery</u>, ed. R Sotelo.  Springer, 2017. (book chapter)

19. Meng MV and EA Tanagho.  Physical examination of the genitourinary tract.  In <u>Smith & Tanagho's General Urology</u>, ed. JW McAninch and TF Lue, 2020 (book chapter)

20. Meng MV.  Robotic surgery in urology. In <u>Smith & Tanagho's General Urology</u>, ed. JW McAninch and TF Lue, 2020 (book chapter)

21. Meng MV, Barbour S, and PR Carroll.  In <u>Smith & Tanagho's General Urology</u>, ed. JW McAninch and TF Lue, 2020 (book chapter)

## OTHER PUBLICATIONS

1. Meng MV, SB Brandes, and JW McAninch.  Renal trauma:  indications and techniques for surgical exploration.  World Journal of Urology. **17**:71-77, 1999. (invited publication)

2. Meng MV and JW McAninch.  Necrotizing gangrene of the genitalia and perineum.  Infections in Urology. **12**:143-140, 1999. (invited publication)

3. Meng MV and PR Carroll.  The management of PSA relapse after definitive therapy for prostate cancer.  Prostate Cancer and Prostatic Diseases **4**:20-27, 2001. (invited publication)

4. Meng MV and PR Carroll.  Is it necessary to do staging pelvic lymph node dissections for T1C prostate cancer?  Current Urology Reports **2**:237-241, 2001. (invited publication)

5. Meng MV and ML Stoller.  Struvite and staghorn calculi.  eMedicine, 2002. (invited publication)

6. Stoller ML and MV Meng.  Editorial comment.  Journal of Endourology **61**:522, 2003 (invited publication)

7. Meng MV, K Shinohara, and GD Grossfeld.  Significance of high grade prostatic intraepithelial neoplasia in biopsies.  Urologic Oncology:  Seminars and Original Investigations **21**:145-151, 2003 (invited publication)

8. Rahman NU, MV Meng, and ML Stoller.  Infections and urinary stone disease.  Current Pharmaceutical Design **9**:975-981, 2003. (invited publication)

9. Meng MV and ML Stoller.  Laparoscopic radical nephrectomy:  incorporating the advantages of hand assisted and standard laparoscopy.  Journal of Urology **170**:2390-1, 2003. (invited publication)

10. Purohit RS, K Shinohara, MV Meng, and PR Carroll.  Imaging clinically localized prostate cancer.  Urologic Clinics of North America **30**:279-294, 2003. (invited publication)

11. Greene KL and MV Meng.  Commentary on Variation of serum prostate-specific antigen levels:  an evaluation of year-to-year fluctuations in a well-defined cohort of men.  The American Journal of Urology Review **2**:16-17, 2004. (invited publication)

12. Meng MV, CJ Kane, and PR Carroll.  Commentary on CaPSURE abstracts presented at the AUA annual meeting 2004.  The American Journal of Urology Review **2**, 2004. (invited publication)

13. Park S, MV Meng.  Endoscopic and minimally invasive approaches to upper tract urothelial carcinoma.  Current Opinion in Urology **15**:336-31, 2005. (invited publication)

14. Meng MV.  Comparison of nonabsorbable polymer ligating and standard titanium clips with and without a vascular cuff.  Journal of Endourology **78**:78, 2006. (invited publication)

15. Ross PL, MV Meng, and CJ Kane.  Laparoscopic approaches to renal malignancies.  Current Problems in Cancer **30**:168-93, 2006. (invited publication)

16. Whitson J and MV Meng.  Retroperitoneal lymph node dissection.  eMedicine, 2006. (invited publication)

17. Meng MV.  Re:  Baumert et al.  The use of polymer (Hem-o-lok) clip for management of the renal hilum during laparoscopic nephrectomy.  European Urology **51**:574-575, 2007. (invited publication)

18. Meng MV.  Re:  Hernandez et al.  Safety of active surveillance program for recurrent nonmuscle-invasive bladder carcinoma.  Urology **73**:1311-2, 2009. (invited publication)

19. Meng MV.  Re:  A comparison of outcomes for interfascial and intrafascial nerve-sparing radical prostatectomy.  Urology (in press). (invited publication)

20. Meng MV.  Re:  Impact of robotic training on surgical and pathologic outcomes during robot-assisted laparoscopic radical prostatectomy.  Urology (in press). (invited publication)

21. Meng MV.  Re:  Schatloff et al.  Simultaneous "cut and suture":  a novel technique for laparoscopic partial nephrectomy without vascular clamping.  Urology **71**:1204-5, 2008. (invited publication)

# Appendix B

## Materials Considered

### Case Documents

Pleadings

- Complaint, *Surgical Instrument Service Co., Inc. v. Intuitive Surgical, Inc.*, No. 3:21-cv-03496-VC (ECF 1) (May 10, 2021)
- Consolidated Amended Class Action Complaint, *In re: da Vinci Surgical Robot Antitrust Litigation*, Lead Case No. 3:21-cv-03825-VC (ECF 52) (Sept. 9, 2021)

Expert Reports

- *In re: da Vinci Surgical Robot Antitrust Litigation*, Lead Case No. 3:21-cv-03825-VC
  - o Expert Report of Dr. Eugene Rubach (Dec. 1, 2022)

- *Surgical Instrument Service Co., Inc. v. Intuitive Surgical, Inc.*, No. 3:21-cv-03496-VC
  - o Expert Report of Dr. Amandeep Mahal (Dec. 1, 2022)

- *Restore Robotics LLC v. Intuitive Surgical, Inc.*, Case No. 5:19-cv-55-TKW-MJF
  - o Expert Report of Dr. John Bomalaski (Aug. 20, 2021)

- *Rebotix Repair, LLC v. Intuitive Surgical, Inc.*, Case No. 8:20-CV-02274
  - o Expert Report of Dr. John Bomalaski (July 26, 2021)

### Produced Documents

- Intuitive-00725731-748