# Bateman Decl. Ex. 19

# Instrument eX Update (Code Name: Dragon): as of 23 May 2017

**Marketing Updates:**  DRAFT 5 18 Secondary Markets St

- User needs and company objectives have been defined and will be pre-shopped at corporate and in EU in the coming weeks:

  ### User Needs
  - **Economic** Opportunity to decrease I&A cost to a point that will increase dVP volume in key regions
  - **Confidence** Increase confidence in remanufactured instruments as compared to non-validated 3rd party re-programmers
  - **Operational** Reduce waste disposal overhead

  ### Company Objectives
  - **Create capital Advancement (Depends on platform)**
    - **If Si:** Fill capacity on existing Si creating capital needs
    - **If Xi:** Incentivize movement to X/Xi by offering lower per procedure option on latest family of systems
  - **Offensive revenue and margin protection:** Create lower pricing option while maintaining acceptable margins
  - **Defensive revenue and margin protection:**
    - Displace non-validated 3rd party re-programmers where already present
    - Reclamation removes product from field increase entry barriers for other 3rd party re-programmers
    - Create more robotic volume for cost-conscious accounts and increase barrier for robotic competition to enter in these accounts

- Objectives of EU pilot (ranked):
  1. Test pricing and marketing needs to increase procedure growth with the lower price points of base instruments
  2. Test Dragon customers' ability to effectively reclaim instruments when incentivized with remanufacturing
     i. Note: these will likely be lower volume accounts and a different reclaimed instrument stream will be needed to get more product for testing broad V&V for remanufacturing

**Xi vs Si:**
- Si is the right opportunity for pilot but if we have no long term plan for Si, it may confuse the marketplace
- Walking around assumption is pilot on Si.
- Likely Si first for full production and eventually Xi also

**Logistics Updates:**
- SteriCycle is being investigated as a potential collection supplier
- Plan to follow up with SteriCycle based on flow path
- Reclamation:
  a. Proposal to execute a US reclamation pilot as well
  b. Volumes of instruments to be reclaimed will need to be determined
     1. Reclaimed instruments will feed V&V sample pool, if sufficient
  c. US versus EU reclamation
     1. EU for procedures and reclamation
     2. US for reclamation
     3. May not be the same team to support both

**Process Updates:**
- Continued Investigation on how to program instruments, etc
- Asking for a software patch in order to identify refurbished instruments for data analytics
  - Nice to have
  - This would change the timeline/path if this is included
- Can utilize current lines for pilot however, will need to develop laser marking process
  - Note: Si instruments lines are in MX, Xi in Sunnyvale
- Ongoing IT work around plant codes, RMAs, etc
  - Finance and IT have aligned on a strategy to evaluate

Attorneys' Eyes Only
Intuitive-00273262

**General Updates:**
- Charlie Chandra will pick up mid-June on pilot plan for Bob's side
- Kathy will provide help on reclamation side as a PM in Colin's organization
- Program a Manager breakdown:
    - Charlie: Pilot PM
        - Documentation
        - Manufacturing workflow
        - Regulatory documentation
        - PDP Quality documentation
        - V&V for proof of concept
        - Metrics/finance outcomes

    - Kathy: Business PM
        - Logistics [EU & US]
        - Traceability
        - Marketing
- Target go live mid-June to meet Q4 initiation of pilot CIP

Attorneys' Eyes Only

Intuitive-00273263