Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite
3200 San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Jeffrey J. Corrigan (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION** | Lead Case No. 3:21-CV-03825-VC |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **TABLE OF EXHIBITS TO PLAINTIFFS' OPPOSITION TO INTUITIVE'S CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF PARTIAL SUMMARY JUDGMENT**<br><br>The Hon. Vince Chhabria<br>Date: June 8, 2023<br>Time:  1:00 p.m. |

| DECLARATION | EXHIBIT # | DESCRIPTION |
|---|---|---|
| Corrigan Dec.[1] | 1 | True and correct copy of the Corrected Expert Report of Professor Einer Elhauge, January 10, 2023 ("Elhauge Rep."). |
| Corrigan Dec. | 3 | True and correct copy of the Rebuttal Expert Report of Professor Einer Elhauge, March 3, 2023 ("Elhauge Reply"). |
| Corrigan Dec. | 7 | True and correct copy of the Expert Report of Eugene Rubach, December 1, 2022 ("Rubach Rep."). |
| Corrigan Dec. | 9 | True and correct copy of the document bates stamped Intuitive-00595673 - Intuitive Surgical Devices Business Overview, October 29, 1995. |
| Corrigan Dec. | 12 | True and correct copy of the document bates stamped Intuitive-00067540 - Sales, Lease, and Service Agreement between Intuitive and Conway Regional Medical Center, Inc., August 15, 2019. |
| Corrigan Dec. | 13 | True and correct copy of the Defendant Intuitive Surgical, Inc.'s Answer and Affirmative Defense, Dkt. No. 74, January 18, 2022 ("Intuitive Answer"). |
| Corrigan Dec. | 14 | True and correct copy of excerpts of the deposition of Anthony McGrogan, 30(b)(6), June 7, 2021 ("McGrogan 30(b)(6) Dep."). |
| Corrigan Dec. | 17 | True and correct copy of the Expert Report of Loren J. Smith (Amended), February 10, 2023 ("Smith Rep."). |
| Corrigan Dec. | 18 | True and correct copy of the document bates stamped REBOTIX174692 - Historical timeline for initial R&D of Benjamin Biomedical and Rebotix. |

---

[1] "Corrigan Dec." refers to the Declaration of Jeffrey J. Corrigan in Support of Plaintiffs' Corrected Motion for Partial Summary Judgment (Dkt. 149-1).

1

TABLE OF EXHIBITS TO PLAINTIFFS' OPPOSITION TO INTUITIVE'S CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF PARTIAL SUMMARY JUDGMENT
CASE NO. 3:21-CV-03825-VCError! Reference source not found.

| DECLARATION | EXHIBIT # | DESCRIPTION |
|---|---|---|
| Corrigan Dec. | 22 | True and correct copy of the document bates stamped Intuitive-01020015 - Email re: Instrument reprogramming in the US-engineering input needed, May 10, 2018. |
| Corrigan Dec. | 27 | True and correct copy of excerpts of the deposition of Glenn Papit, June 2, 2021 ("Papit Dep."). |
| Corrigan Dec. | 29 | True and correct copy of the document bates stamped Intuitive-00478439 - Letter from Intuitive to Stephanie L. Parker and Clifton Parker at Restore Robotics LLC., November 15, 2018. |
| Corrigan Dec. | 30 | True and correct copy of the document bates stamped Intuitive-00372993 - Letter from Intuitive to Evergreen Healthcare, October 15, 2019. |
| Corrigan Dec. | 31 | True and correct copy of the document bates stamped Intuitive-00560955 - Email re: LND - EP cable reliability results, February 12, 2020. |
| Corrigan Dec. | 33 | True and correct copy of the document bates stamped Intuitive-00214241 - Email re: Si service and instrument reprocessing, February 13, 2019. |
| Corrigan Dec. | 42 | True and correct copy of the document bates stamped Intuitive-00029174 - Email re: FW: 10+ use instruments, September 25, 2018. |
| Corrigan Dec. | 44 | True and correct copy of the document bates stamped Intuitive-00552697 - Intuitive Surgical Non-Filing Justification for Product Family: IS4000/IS4200 8mm Bipolar Cautery Instruments, August 18, 2020. |
| Corrigan Dec. | 45 | True and correct copy of excerpts of the deposition of Mario Lowe, 30(b)(6), November 3, 2022 ("Lowe 30(b)(6) Dep."). |
| Corrigan Dec. | 47 | True and correct copy of the document bates stamped Intuitive-00556188 - Email re: Instrument life extension - Bi-weekly Program update, February 12, 2020. |

2

TABLE OF EXHIBITS TO PLAINTIFFS' OPPOSITION TO INTUITIVE'S CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF PARTIAL SUMMARY JUDGMENT
CASE NO. 3:21-CV-03825-VCError! Reference source not found.

| DECLARATION | EXHIBIT # | DESCRIPTION |
|---|---|---|
| Corrigan Dec. | 50 | True and correct copy of the document bates stamped Restore-00055937 – Spreadsheet: Sales Report from Restore Robotics LLC 2018 and 2019. |
| Corrigan Dec. | 52 | True and correct copy of excerpts of the deposition of Judith Schimmel, September 22, 2022 ("Schimmel Dep."). |
| Corrigan Dec. | 65 | True and correct copy of excerpts of the deposition of Chris Gibson, June 22, 2021 ("Gibson Dep."). |
| Corrigan Dec. | 66 | True and correct copy of the document bates stamped Intuitive-02068246 - Managing the Long Tail of da Vinci Si, September 2016. |
| Corrigan Dec. | 77 | True and correct copy of the document bates stamped Intuitive-00552993 - Deutsche Bank Research analysis on Intuitive Surgical, January 27, 2020. |
| Corrigan Dec. | 78 | True and correct copy of the document bates stamped Intuitive-00566055 - Deutsche Bank Research analysis on Intuitive Surgical, February 20, 2020. |
| Corrigan Dec. | 83 | True and correct copy of the document entered into evidence as Claiborne Dep. Ex. 301 - FDA correspondence, November 15, 2022 ("Claiborne Dep. Ex. 301"). |
| Corrigan Dec. | 84 | True and correct copy of the Expert Report of Kimberly Trautman (Supplemental), March 1, 2023 ("Trautman Reply"). |
| Corrigan Dec. | 85 | True and correct copy of the document bates stamped REBOTIX175839 – Email correspondence between Rebotix and FDA re: Rebotix Repair, LLC re: Document Number CPT2000126, July 22, 2022. |
| Corrigan Dec. | 86 | True and correct copy of excerpts of the deposition of Kimberly A. Trautman, March 15, 2023 ("Trautman Dep."). |

| DECLARATION | EXHIBIT # | DESCRIPTION |
|---|---|---|
| Corrigan Dec. | 87 | True and correct copy of excerpts of the deposition of Christy Foreman, February 17, 2023 ("Foreman Dep."). |
| Corrigan Dec. | 89 | True and correct copy of the FDA, White Paper: Evaluating Whether Activities Are Servicing or Remanufacturing (May 2018) ("FDA White Paper"). |
| Corrigan Dec. | 90 | True and correct copy of the document bates stamped Intuitive-00552716 - Intuitive Surgical Non-Filing Justification for Product Family: IS4000 8mm Needle Drivers, August 18, 2020 |
| Corrigan Dec. | 91 | True and correct copy of the document bates stamped Intuitive-00423534 - PowerPoint: Instrument eX: I&A Refurbishment Feasibility Update, January 30, 2017. |
| Corrigan Dec. | 94 | True and correct copy of excerpts of the deposition of Ted Claiborne, November 21, 2022 ("Claiborne Dep."). |
| Spector Dec. | 98 | True and correct copy of the document bates stamped Intuitive-00481167 - Intuitive letter response to FDA re: 510(k) Premarket Notification (K013416) Intuitive Surgical Endo Wrist Endoscopic Instruments, January 4, 2002. |
| Spector Dec. | 99 | True and correct copy of the document bates stamped Intuitive-00967951 - Email re: Instrument Life Extension Update, July 22, 2019. |
| Spector Dec. | 100 | True and correct copy of excerpts of the deposition of Disha Peswani, October 6, 2022 ("Peswani Dep."). |
| Spector Dec. | 101 | True and correct copy of the document bates stamped Intuitive-00706002 - FDA letter K214095 to Intuitive Surgical requesting additional information re: da Vinci X/Xi (IS4200/IS4000) 8mm Reusable Instruments. |
| Spector Dec. | 102 | True and correct copy of the document bates stamped Intuitive-02056740 - Intuitive's Performance Testing - Reliability Response. |

4

TABLE OF EXHIBITS TO PLAINTIFFS' OPPOSITION TO INTUITIVE'S CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF PARTIAL SUMMARY JUDGMENT
CASE NO. 3:21-CV-03825-VCError! Reference source not found.

| DECLARATION | EXHIBIT # | DESCRIPTION |
|---|---|---|
| Spector Dec. | 103 | True and correct copy of excerpts of the deposition of Ricardo Estape, M.D., October 22, 2022 ("Estape Dep."). |
| Spector Dec. | 104 | True and correct copy of the excerpt of the deposition of Dr. John Bomalaski October 8, 2021 ("Bomalaski Dep"). |
| Spector Dec. | 105 | True and correct copy of excerpts of the deposition of Eugene Otto Dickens, M.D., May 27, 2021 ("Dickens Dep."). |
| Spector Dec. | 106 | True and correct copy of excerpts of the deposition of David Rosa, May 19, 2021 ("Rosa Dep."). |
| Spector Dec. | 107 | True and correct copy of excerpt of the deposition of Eugene Rubach, March 8, 2023 ("Rubach Dep."). |
| Spector Dec. | 108 | True and correct copy of the document bates stamped Intuitive-00967614 - PowerPoint: RMA Analysis for possible life extension (2017-18), January 29, 2019. |
| Spector Dec. | 109 | True and correct copy of excerpt of the deposition of Grant Duque, November 8, 2022 ("Duque Dep."). |
| Spector Dec. | 110 | True and correct copy of excerpts of the deposition of Bob DeSantis, 30(b)(6), May 27, 2021 ("DeSantis 30(b)(6) Dep."). |
| Spector Dec. | 111 | True and correct copy of excerpts of the deposition of David Rosa, May 1, 2023 ("Rosa Dep. 2"). |
| Spector Dec. | 112 | True and correct copy of the document bates stamped Intuitive-01019873 - Email re: reprogrammed instruments and Si portfolio, May 7, 2018. |
| Spector Dec. | 113 | True and correct copy of excerpts of the deposition of Ryan Shaw, October 19, 2022 ("Shaw Dep."). |
| Spector Dec. | 114 | True and correct copy of the document bates stamped Intuitive-02068245 - Email re: ISI Reburb report.docx, October 17, 2016. |
| Spector Dec. | 115 | True and correct copy of the document bates stamped Intuitive-02068686 - Email re: RFID Tag, May 24, 2011. |

| DECLARATION | EXHIBIT # | DESCRIPTION |
|---|---|---|
| Spector Dec. | 116 | True and correct copy of the Rebuttal Expert Report of T. Kim Parnell, March 1, 2023 ("Parnell Rep."). |
| Spector Dec. | 117 | True and correct copy of excerpts of the deposition of Ronald Lee Bair, Jr., May 24, 2021 ("Bair Dep."). |
| Spector Dec. | 118 | True and correct copy of the document bates stamped REBOTIX175417 - Letter from FDA to Rebotix Repair, LLC, November 16, 2021. |
| Spector Dec. | 119 | True and correct copy of excerpts of the deposition of Stan Hamilton, November 4, 2022 ("Hamilton Dep."). |
| Spector Dec. | 120 | True and correct copy of excerpts of the deposition of Margaret "Maggie" Nixon, October 7, 2022 ("Nixon Dep."). |
| Spector Dec. | 121 | True and correct copy of excerpts of the deposition of Edward W. Harrich, May 24, 2021 ("Harrich Dep."). |
| Spector Dec. | 122 | True and correct copy of excerpts of the deposition of Maxwell Meng, M.D., February 15, 2023 ("Meng Dep.") |
| Spector Dec. | 123 | True and correct copy of the document bates stamped Intuitive-00493612 - IS4000 Surgical System Traditional 510(k) Performance Testing - Bench/Reliability/Life. |
| Spector Dec. | 124 | True and correct copy of the Expert Report of Christy Foreman, January 18, 2023 ("Foreman Rep."). |
| Spector Dec. | 125 | True and correct copy of excerpts of the deposition of Imron Zafar, November 1, 2022 ("Zafar Dep."). |
| Spector Dec. | 126 | True and correct copy of excerpts of the deposition of Karen Waninger, October 6, 2022 ("Waninger Dep."). |
| Spector Dec. | 127 | True and correct copy of the document bates stamped Intuitive-00359647 - Email re: Instrument Tampering - Customer Communication, February 6, 2019. |
| Spector Dec. | 128 | True and correct copy of the document bates stamped Intuitive-00044535 - Intuitive letter to McLaren Greater Lansing, July 29, 2019. |

| DECLARATION | EXHIBIT # | DESCRIPTION |
|---|---|---|
| Spector Dec. | 129 | True and correct copy of the document bates stamped Intuitive-00048760 - Intuitive letter to White County Medical Center, July 23, 2019. |
| Spector Dec. | 130 | True and correct copy of the document bates stamped Intuitive-02072151 - Restore Settlement, January 23, 2023. |
| Spector Dec. | 131 | True and correct copy of the document bates stamped Intuitive-02070399 - Rebotix Settlement, November 8, 2022. |
| Spector Dec. | 132 | True and correct copy of excerpts of the deposition of Richard Teal, 30(b)(6), November 18, 2022 ("Teal Dep."). |
| Spector Dec. | 133 | True and correct copy of excerpts of the deposition of Judith Schimmel,30(b)(6), November 16, 2022 ("Schimmel 30(b)(6) Dep."). |
| Spector Dec. | 134 | True and correct copy of excerpts of the deposition of Jose Gonzalez, 30(b)(6), October 17, 2022 ("Gonzalez 30(b)(6) Dep."). |
| Spector Dec. | 135 | True and correct copy of the excerpt of the deposition of John Wagner, October 11, 2022 ("Wagner Dep."). |
| Spector Dec. | 136 | True and correct copy of excerpts of the deposition of Greta Valentine Bernier, November 7, 2022 ("Bernier Dep."). |
| Spector Dec. | 137 | True and correct copy of excerpts of the deposition of Clifton Earl Parker, October 25, 2022 ("Parker Dep."). |
| Spector Dec. | 138 | True and correct copy of excerpts of the deposition of David Fabricant, November 8, 2022 ("Fabricant Dep."). |
| Spector Dec. | 139 | True and correct copy of the document bates stamped STRREB00000259 - Email re: Raptor - S Si - DD Report, March 18, 2016. |
| Spector Dec. | 140 | True and correct copy of the excerpts of the deposition of Grant Duque, 30(b)(6), November 8, 2022 ("Duque 30(b)(6) Dep.") |

7

TABLE OF EXHIBITS TO PLAINTIFFS' OPPOSITION TO INTUITIVE'S CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF PARTIAL SUMMARY JUDGMENT
CASE NO. 3:21-CV-03825-VCError! Reference source not found.

| DECLARATION | EXHIBIT # | DESCRIPTION |
|---|---|---|
| Spector Dec. | 141 | True and correct copy of the excerpts of the deposition of T. Kim Parnell, Ph.D., March 10, 2023 ("Parnell Dep."). |
| Spector Dec. | 142 | True and correct copy of the document bates stamped Intuitive-00625048 - da Vinci S and Si Instrument Addendum for Automated Cleaning Manual. |
| Spector Dec. | 143 | True and correct copy of the excerpt of the deposition of Todd Thomas, November 10, 2022 ("Thomas Dep."). |
| Spector Dec. | 144 | True and correct copy of the excerpts of the deposition of Sandra Sosa-Guerrero, September 23, 2022 ("Sosa-Guerrero Dep."). |
| Spector Dec. | 145 | True and correct copy of the document bates stamped AHS_MGMT-INTUITIVE_0000241 - Intuitive letter to Ardent Health Services, January 17, 2020. |
| Spector Dec. | 146 | True and correct copy of the document bates stamped Intuitive-00786911 - PowerPoint: da Vinci Surgery Services Update. |
| Spector Dec. | 147 | True and correct copy of the document bates stamped Intuitive-00785382 - Email re: Q317 Strategic Ops Readout Services, August 25, 2017. |
| Spector Dec. | 148 | True and correct copy of the document bates stamped AHS_MGMT-INTUITIVE_0000189 - Email re: Power Supply Replacement, January 12, 2020. |