# EXHIBIT 137

## (EXHIBIT FILED UNDER SEAL)

1     UNITED STATES DISTRICT COURT

2   FOR THE NORTHERN DISTRICT OF CALIFORNIA

3      SAN FRANCISCO DIVISION

4

 IN RE: DA VINCI SURGICAL   )

5 ROBOT ANTITRUST LITIGATION ) Case No.:

 _____ ) 3:21-cv-03825-VC

6 THIS DOCUMENT RELATES TO:  )

 ALL CASES        ) Pages 1 to 205

7 _____ )

 SURGICAL INSTRUMENT SERVICE )

8 COMPANY, INC.,      )

              )

9     Plaintiff,   )

              )

10   vs.         )

              )

11 INTUITIVE SURGICAL, INC.,  )

              )

12   Defendant.    )

 _____)

13

14

15       DEPOSITION OF:

16    CLIFTON EARL PARKER, VOLUME I

17     TUESDAY, OCTOBER 25, 2022

18    9:08 a.m. Eastern Daylight Time

19

20 REPORTED BY:

21 Vickie Blair

22 CSR No. 8940, RPR-CRR

23 JOB NO. 5541122

24

25 PAGES 1 - 207

                 Page 1



| | | |
|---|---|---|
| 1 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:46:26 |
| 2 | A    ▮▮▮▮▮▮▮▮▮▮▮▮ | 11:46:30 |
| 3 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:46:38 |
| 4 | ▮▮▮▮▮ | 11:46:42 |
| 5 | ▮▮▮▮▮▮▮▮▮ | 11:46:46 |
| 6 | ▮▮▮▮▮▮▮▮▮▮▮ | 11:46:49 |
| 7 | ▮▮▮▮▮▮▮▮▮▮ | 11:46:53 |
| 8 | ▮▮▮▮▮▮▮▮▮▮ | 11:47:00 |
| 9 | ▮▮▮▮▮▮▮▮▮▮▮▮ | 11:47:05 |
| 10 | ▮▮▮▮▮▮▮▮▮▮▮ | 11:47:10 |
| 11 | ▮▮▮▮▮▮▮▮▮▮▮ | 11:47:13 |
| 12 | ▮▮▮▮▮▮▮▮ | 11:47:18 |
| 13 | Q    ▮▮▮▮▮▮▮▮▮ | 11:47:20 |
| 14 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:47:24 |
| 15 | ▮▮▮▮▮▮▮▮▮▮▮ | 11:47:29 |
| 16 | MS. WINNER:  ▮▮▮▮▮▮ | 11:47:34 |
| 17 | THE WITNESS:  ▮▮ | 11:47:39 |
| 18 | MS. WINNER:  ▮▮▮▮▮▮ | 11:47:39 |
| 19 | THE WITNESS:  ▮▮▮▮▮ | 11:47:40 |
| 20 | ▮▮▮▮▮▮▮▮▮▮▮▮ | 11:47:43 |
| 21 | ▮▮▮▮ | 11:47:47 |
| 22 | BY MR. CORRIGAN: | 11:47:49 |
| 23 | Q    ▮▮▮▮▮▮▮▮▮ | 11:47:50 |
| 24 | ▮▮▮▮▮▮▮▮▮▮ | 11:47:51 |
| 25 | ▮▮▮▮▮▮▮▮▮▮ | 11:47:55 |

Page 139



| | | |
|---|---|---|
| 1 | A | 11:47:58 |
| 2 | | 11:48:01 |
| 3 | | 11:48:04 |
| 4 | | 11:48:07 |
| 5 | Q | 11:48:10 |
| 6 | | 11:48:12 |
| 7 | A | 11:48:15 |
| 8 | | 11:48:17 |
| 9 | | 11:48:20 |
| 10 | | 11:48:22 |
| 11 | | 11:48:26 |
| 12 | | 11:48:30 |
| 13 | | 11:48:35 |
| 14 | | 11:48:38 |
| 15 | | 11:48:43 |
| 16 | | 11:48:49 |
| 17 | | 11:48:51 |
| 18 | | 11:48:53 |
| 19 | | 11:48:54 |
| 20 | | 11:48:57 |
| 21 | | 11:49:03 |
| 22 | | 11:49:07 |
| 23 | | 11:49:11 |
| 24 | Q | 11:49:12 |
| 25 | | 11:49:14 |

Page 140



| | | |
|---|---|---|
| 1 | | 11:49:19 |
| 2 | A | 11:49:20 |
| 3 | Q | 11:49:20 |
| 4 | A | 11:49:21 |
| 5 | | 11:49:26 |
| 6 | | 11:49:27 |
| 7 | | 11:49:34 |
| 8 | | 11:49:38 |
| 9 | | 11:49:41 |
| 10 | | 11:49:49 |
| 11 | | 11:49:55 |
| 12 | Q | 11:49:59 |
| 13 | A | 11:50:01 |
| 14 | Q | 11:50:04 |
| 15 | | 11:50:07 |
| 16 | | 11:50:10 |
| 17 | A | 11:50:13 |
| 18 | MS. WINNER: | 11:50:14 |
| 19 | | 11:50:21 |
| 20 | THE WITNESS: | 11:50:21 |
| 21 | | 11:50:25 |
| 22 | BY MR. CORRIGAN: | 11:50:26 |
| 23 | Q | 11:50:26 |
| 24 | A | 11:50:29 |
| 25 | | 11:50:30 |

Page 141

| | | |
|---|---|---|
| 1 | obtained from the manufacturer directly that did not | 12:18:27 |
| 2 | require serial numbers, and we could replace those | 12:18:30 |
| 3 | parts, as well. | 12:18:34 |
| 4 | Q    Do you know if there were other firms that | 12:18:37 |
| 5 | were considering entering the da Vinci robot service | 12:18:40 |
| 6 | market? | 12:18:43 |
| 7 | A    Yes. | 12:18:43 |
| 8 | Q    What other firms are you aware of? | 12:18:44 |
| 9 | A    Medtronic, I do know they had done some | 12:18:48 |
| 10 | work in Europe; and then, of course, Medline, one or | 12:18:53 |
| 11 | two worked with us; and Rebotix, as well, Rebotix was | 12:19:02 |
| 12 | using us for robot repairs for their customers. | 12:19:04 |
| 13 | Q    Do you know of other independent repair | 12:19:11 |
| 14 | companies that provide service for other types of | 12:19:13 |
| 15 | medical robots? | 12:19:15 |
| 16 | A    I haven't done any analysis, that's | 12:19:20 |
| 17 | probably a Kevin question. | 12:19:23 |
| 18 | Q    Uh-huh. | 12:19:24 |
| 19 | A    But service -- the service industry for | 12:19:25 |
| 20 | all medical devices is huge.  I mean, there would be no | 12:19:29 |
| 21 | medical -- the industry would crash without the -- the | 12:19:34 |
| 22 | repair industry today, so if you just said no more | 12:19:42 |
| 23 | repairs, you would see a drastic change in medical care | 12:19:44 |
| 24 | in the United States. | 12:19:51 |
| 25 | Q    Why do you say the industry would crash | 12:19:53 |

Page 161

```
 1    without the repair market?                      12:19:58

 2        A    Because I've been -- I've heard that 30,  12:19:59

 3    35 percent of all the repairs in the U.S. are done by  12:20:02

 4    third-party repair companies.                   12:20:07

 5        Q    Uh-huh.                                 12:20:09

 6        A    And if that ceased to exist, the OEMs   12:20:11

 7    don't have the capacity and the manpower to fill that  12:20:18

 8    void.                                           12:20:20

 9        Q    Based on your experience with hospitals,  12:20:20

10    what was the ho- -- what were hospital's perceptions  12:20:23

11    about Restore servicing the da Vinci robot?     12:20:28

12             MS. WINNER:  Objection.  Lack of        12:20:31

13    foundation.  Form of the question.              12:20:32

14             THE WITNESS:  So every -- let me rephrase  12:20:35

15    that.                                           12:20:39

16             The majority of the hospitals that we   12:20:40

17    spoke to were very positive about us doing repairs,  12:20:44

18    they wanted an alternative, they wanted a second look,  12:20:47

19    somebody that could say, yes, that -- that is the  12:20:52

20    problem, they wanted another pricing alternative, they  12:20:57

21    wanted another entity that could provide service  12:21:03

22    potentially quicker, and less arrogant, and these were  12:21:08

23    the things that -- that we heard is they wanted a  12:21:15

24    company like Restore to be in business to keep the  12:21:19

25    industry running smoothly and give them options.  12:21:25
```

Page 162

```
 1   business.                                          12:24:26
 2        Q      So you were getting into the EndoWrist  12:24:28
 3   repair business and you figured we're going to be in  12:24:31
 4   one of them, let's do the end -- let's do the robot  12:24:32
 5   service, as well; is that right?                   12:24:36
 6        A      That's correct.                        12:24:37
 7        Q      ████   ███████████████████████         12:24:37
 8   ██████████████████████████████████████             12:24:41
 9   ██████████████████████████                         12:24:45
10        A      ████████████████████████████████       12:24:46
11   ███████████████████████████████████████            12:24:51
12   ███████████████████████████████████████            12:24:56
13   ██████████████████████████████████████             12:24:59
14   ████████████████████████████████████████████       12:25:04
15   ████████████   ████████████████████████████        12:25:10
16   ████████████████████████████████████████████       12:25:15
17        Q      Uh-huh.                                12:25:20
18        A      -- once that -- you know, the business  12:25:21
19   stopped as a result of Intuitive's actions.        12:25:23
20        Q      Did you have any projections on overall  12:25:27
21   independent repair companies' ability to penetrate the  12:25:32
22   da Vinci robot service market?                     12:25:37
23        A      No.                                    12:25:38
24        MS. WINNER:  Object to the form.              12:25:41
25   ///                                   ///          
```

                                                    Page 165