Cahoy Supp. Dec. Ex. 96

# DOCUMENT FILED UNDER SEAL IN ITS ENTIRETY