# Cahoy Supp. Dec. Ex. 99

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
     IN RE: DA VINCI SURGICAL       )
 5   ROBOT ANTITRUST LITIGATION     ) Lead Case No.:
     _____) 3:21-cv-03825-VC
 6   SURGICAL INSTRUMENT SERVICE    )
     COMPANY, INC.,                 ) Case No.:
 7                                  ) 3:21-cv-03496-VC
                  Plaintiff,        )
 8                                  )
           vs.                      )
 9                                  )
     INTUITIVE SURGICAL, INC.,      )
10                                  )
                  Defendants.       )
11   _____)
     THIS DOCUMENT RELATES TO:      )
12   ALL ACTIONS                    )
     _____)
13
14
15                      DEPOSITION OF:
16                  GRETA VALENTINE BERNIER
17                 MONDAY, NOVEMBER 7, 2022
18                  3:35 p.m. Eastern Time
19
20   REPORTED BY:
21   Vickie Blair
22   CSR No. 8940, RPR-CRR
23   JOB NO. 5568494
24
25   PAGES 1 - 56
```

Page 1

```
 1    Deposition of GRETA VALENTINE BERNIER, the witness,
 2    taken on behalf of the Defendants, on Monday,
 3    November 7, 2022, 3:35 p.m. Eastern Time, before VICKIE
 4    BLAIR, CSR No. 8940, RPR-CRR.
 5
 6    APPEARANCES OF COUNSEL VIA ZOOM:
 7
 8    FOR THE WITNESS AND THE PROPOSED CLASS:
 9         COHEN MILSTEIN SELLERS & TOLL
           BY CHRISTOPHER J. BATEMAN, Associate
10         88 Pine Street
           Suite 500
11         New York, New York  10005
           212.838.7797
12         212.838.7745 Fax
           CBateman@cohenmilstein.com
13
      FOR DEFENDANT INTUITIVE SURGICAL, INC.:
14
           COVINGTON & BURLING LLP
15         BY ISAAC D. CHAPUT, Associate
           415 Mission Street
16         Suite 5400
           San Francisco, California  94105-2533
17         +1 415 591 7020
           ichaput@cov.com
18
           COVINGTON & BURLING LLP
19         BY PAUL STRAUCH, Associate
           One CityCenter
20         850 Tenth Street, NW
           Washington, D.C.  20001-4956
21         +1 202 662 5033
           pstrauch@cov.com
22
      ALSO PRESENT:
23
           NOAH SUSZCKIEWICZ, Videographer
24
25
```

| | | | |
|---|---|---|---|
| 1 | Q | About how long did your meeting with | 12:40:48 |
| 2 | Mr. Bateman last? | | 12:40:51 |
| 3 | A | An hour. | 12:40:51 |
| 4 | Q | Was anyone there apart from you and | 12:40:53 |
| 5 | Mr. Bateman? | | 12:41:01 |
| 6 | A | No. | 12:41:01 |
| 7 | Q | Did you look at any documents in | 12:41:02 |
| 8 | preparation for today's deposition? | | 12:41:04 |
| 9 | A | No. | 12:41:05 |
| 10 | Q | Have you ever spoken with anyone from the | 12:41:06 |
| 11 | Franciscan Alliance hospital network in Indiana? | | 12:41:11 |
| 12 | A | No. | 12:41:17 |
| 13 | Q | Have you ever spoken with anyone from | 12:41:17 |
| 14 | Larkin Community Hospital in Miami? | | 12:41:20 |
| 15 | A | No. | 12:41:22 |
| 16 | Q | Are you currently employed by Valley | 12:41:22 |
| 17 | Medical? | | 12:41:28 |
| 18 | A | Yes. | 12:41:28 |
| 19 | Q | What is your role at Valley? | 12:41:28 |
| 20 | A | I am a colorectal surgeon at Valley, and I | 12:41:32 |
| 21 | am the chief of surgery for the medical staff office. | | 12:41:37 |
| 22 | Q | How long have you been employed by Valley? | 12:41:42 |
| 23 | A | Three years and three months. | 12:41:48 |
| 24 | Q | How long have you been chief of surgery at | 12:41:52 |
| 25 | Valley? | | 12:41:54 |

| | | |
|---|---|---|
| 1 | A     Yes. | 12:48:48 |
| 2 | Q     Do you consider whether a surgical robot | 12:48:49 |
| 3 | is available at the time you need in deciding what | 12:48:56 |
| 4 | surgical modality to use? | 12:49:00 |
| 5 | A     No. | 12:49:01 |
| 6 | Q     You mentioned previously that your | 12:49:01 |
| 7 | preference for all patients is to offer a robotic | 12:49:13 |
| 8 | approach. | 12:49:17 |
| 9 | Why is that? | 12:49:18 |
| 10 | A     Because, in my experience, they have less | 12:49:20 |
| 11 | pain, quicker return of bowel function, shorter length | 12:49:27 |
| 12 | of stay, and, in general, recover better.  I also find | 12:49:33 |
| 13 | that my dissection can be more accurate and my | 12:49:41 |
| 14 | visualization or exposure of the things that I need to | 12:49:47 |
| 15 | see is significantly better with the robotic approach | 12:49:49 |
| 16 | than the laparoscopic approach. | 12:49:54 |
| 17 | Q     Is -- is each of benefits that you just | 12:49:57 |
| 18 | described that you have experienced for robotic | 12:50:06 |
| 19 | assisted procedures, are you comparing them both to | 12:50:10 |
| 20 | open and laparoscopic procedures or are there some | 12:50:13 |
| 21 | aspects of those benefits that are equivalent between | 12:50:16 |
| 22 | laparoscopic and robotic assisted? | 12:50:23 |
| 23 | MR. BATEMAN:  Objection to form. | 12:50:25 |
| 24 | THE WITNESS:  They are not equivalent. | 12:50:26 |
| 25 | There is, I would say, an interval | 12:50:27 |

Page 15

| | | |
|---|---|---|
| 1 | improvement each one, so there's a significant | 12:50:30 |
| 2 | improvement between -- in doing any kind of what we | 12:50:33 |
| 3 | would call minimally invasive surgery, meaning | 12:50:36 |
| 4 | laparoscopic or robotic over open; but, beyond that, | 12:50:40 |
| 5 | there are advantages of using the robotic system beyond | 12:50:43 |
| 6 | straight stick laparoscopy. | 12:50:46 |
| 7 | BY MR. CHAPUT: | 12:50:48 |
| 8 |     Q    When you say that your dissection can be | 12:50:54 |
| 9 | more accurate, what do you mean by that? | 12:50:57 |
| 10 |     A    Because of the -- the visibility and the | 12:50:58 |
| 11 | way that the robotic instruments are wristed and can | 12:51:02 |
| 12 | move, we can -- I can be more fine tuned with my | 12:51:07 |
| 13 | dissection than using laparoscopic instruments which | 12:51:12 |
| 14 | just open, close, and rotate. | 12:51:14 |
| 15 |     Q    You also mentioned that visualization is | 12:51:18 |
| 16 | significantly better with the robotic approach than | 12:51:22 |
| 17 | with a laparoscopic approach. | 12:51:24 |
| 18 | What do you mean by -- what do you mean by | 12:51:25 |
| 19 | that? | 12:51:30 |
| 20 | MR. BATEMAN:  Objection to form. | 12:51:30 |
| 21 | THE WITNESS:  So it's a 3D camera instead | 12:51:34 |
| 22 | of 2D, it -- I just think the optics in general are | 12:51:37 |
| 23 | better, and then I also have the benefit of being able | 12:51:41 |
| 24 | to control it myself; whereas in a laparoscopic case, | 12:51:43 |
| 25 | an assistant would be holding the camera and showing me | 12:51:48 |

Page 16

| | | |
|---|---|---|
| 1 | what they think I should see, which takes a lot of | 12:51:51 |
| 2 | understanding on the assistant's part and ability to | 12:51:55 |
| 3 | take direction. | 12:51:58 |
| 4 | In a robotic case, I control exactly what | 12:51:59 |
| 5 | I'm looking at, and the camera is better. | 12:52:01 |
| 6 | BY MR. CHAPUT: | 12:52:03 |
| 7 | Q    Have you found that the proportion of | 12:52:15 |
| 8 | surgeries that you perform using a robotic approach has | 12:52:17 |
| 9 | increased over time or has it largely been consistent | 12:52:21 |
| 10 | since you started your practice? | 12:52:27 |
| 11 | A    It increased significantly when I moved | 12:52:29 |
| 12 | from the university to Valley. | 12:52:31 |
| 13 | Q    Why is that? | 12:52:32 |
| 14 | A    Access -- well, two things, I'm sorry, | 12:52:33 |
| 15 | access and the Xi over the Si. | 12:52:39 |
| 16 | Q    By access, do you -- do you simply mean | 12:52:42 |
| 17 | the availability to book a robotic -- a robot equipped | 12:52:46 |
| 18 | operating room? | 12:52:52 |
| 19 | A    Correct. | 12:52:52 |
| 20 | Q    Why has your utilization of the da Vinci | 12:52:53 |
| 21 | system increased with the Xi compared to the Si? | 12:53:00 |
| 22 | A    Because most of the operations that we do | 12:53:02 |
| 23 | require operating in what we call multiple quadrants, | 12:53:07 |
| 24 | so not just pointed into one location in the abdomen, | 12:53:12 |
| 25 | the Xi is able to move through multiple quadrants in a | 12:53:17 |

Page 17

| | | |
|---|---|---|
| 1 | way that the Si couldn't, or couldn't without | 12:53:20 |
| 2 | significant cumbersome adjustments. | 12:53:22 |
| 3 | When I was operating with the Si, I would | 12:53:27 |
| 4 | have to do half of the operation laparoscopically in | 12:53:28 |
| 5 | the other quadrants and then switch to using the robot | 12:53:33 |
| 6 | in the portion with the most complex dissection or deep | 12:53:36 |
| 7 | in the pelvis is the most common reason for a | 12:53:40 |
| 8 | colorectal surgeon; and, with the Xi, I can do it all | 12:53:44 |
| 9 | with one platform instead of using two different | 12:53:47 |
| 10 | systems for one case. | 12:53:50 |
| 11 | Q    I see. | 12:53:52 |
| 12 | Have you found that you're able to | 12:53:54 |
| 13 | complete your procedures more efficiently using the Xi | 12:53:56 |
| 14 | than with the Si? | 12:54:00 |
| 15 | A    Yes. | 12:54:01 |
| 16 | MR. BATEMAN:  Objection to form. | 12:54:01 |
| 17 | BY MR. CHAPUT: | 12:54:01 |
| 18 | Q    Does it -- has -- has using the Xi reduced | 12:54:02 |
| 19 | the amount of operating time necessary? | 12:54:05 |
| 20 | MR. BATEMAN:  Objection to form. | 12:54:10 |
| 21 | THE WITNESS:  Over the Si? | 12:54:13 |
| 22 | BY MR. CHAPUT: | 12:54:14 |
| 23 | Q    Yes. | 12:54:16 |
| 24 | A    The Xi has reduced the time as compared to | 12:54:17 |
| 25 | the -- or increased the efficiency as compared to the | 12:54:20 |

Page 18

|    |   |                                                                    |          |
|----|---|--------------------------------------------------------------------|----------|
| 1  |   | Si.                                                                | 12:54:24 |
| 2  | Q | Are there any surgeries that you perform                           | 12:54:24 |
| 3  |   | exclusively using one modality and not the others?                 | 12:54:37 |
| 4  | A | No.                                                                | 12:54:47 |
| 5  | Q | Does Valley Medical have any policies or                           | 12:54:51 |
| 6  |   | procedures that inform your decision of which modality             | 12:55:05 |
| 7  |   | to recommend to your patients?                                     | 12:55:10 |
| 8  | A | Does Valley have any policies or                                   | 12:55:12 |
| 9  |   | procedures that affect the modality I recommend?  No.              | 12:55:17 |
| 10 | Q | Does Valley Medical have any policies or                           | 12:55:21 |
| 11 |   | procedures with respect to how you obtain informed                 | 12:55:27 |
| 12 |   | consent from your patients?                                        | 12:55:32 |
| 13 | A | Yes.                                                               | 12:55:34 |
| 14 | Q | What are those policies or procedures?                             | 12:55:39 |
| 15 | A | We have a standardized consent form,                               | 12:55:42 |
| 16 |   | originally on paper, recently switched to an electronic            | 12:55:47 |
| 17 |   | version that I'll use for all procedures, and then we              | 12:55:51 |
| 18 |   | add our surgical details, and that consent must be                 | 12:55:55 |
| 19 |   | signed within 30 days of the operation.                            | 12:56:00 |
| 20 | Q | When you are obtaining informed consent                            | 12:56:06 |
| 21 |   | from your patients, do you explain to them the                     | 12:56:10 |
| 22 |   | comparative risks and benefit of different surgical                | 12:56:16 |
| 23 |   | modalities?                                                        | 12:56:20 |
| 24 | A | Yes.                                                               | 12:56:20 |
| 25 | Q | Does Valley Medical calculate the cost of                          | 12:56:21 |

Veritext Legal Solutions
866 299-5127

```
 1   STATE OF CALIFORNIA     )
 2                           ) ss.
 3   COUNTY OF LOS ANGELES   )
 4            I, Vickie Blair, CSR No. 8940, RPR-CRR, in
 5   and for the State of California, do hereby certify:
 6            That, prior to being examined, the witness
 7   named in the foregoing deposition was by me duly sworn
 8   to testify as to the truth, the whole truth, and
 9   nothing but the truth;
10            That said deposition was taken before me
11   at the time and place therein set forth, and was taken
12   down by me stenographically and thereafter transcribed
13   via computer-aided transcription under my direction and
14   is a true record of the testimony given;
15            I further certify I am neither counsel
16   for, nor related to, any party to said action, nor
17   interested in the outcome thereof;
18            IN WITNESS WHEREOF, I have hereto
19   subscribed my name this 20th day of November, 2022.
```

*[Signature: Vickie Blair]*

Vickie Blair, CSR No. 8940, RPR-CRR

Page 53