1  ALLEN RUBY (SBN 47109)
   allen@allenruby.com
2  ALLEN RUBY, ATTORNEY AT LAW
   15559 Union Ave. #138
3  Los Gatos, CA 95032
   Telephone: (408) 477-9690
4
5  KAREN HOFFMAN LENT (Pro Hac Vice)
   karen.lent@skadden.com
6  MICHAEL H. MENITOVE (Pro Hac Vice)
   michael.menitove@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   One Manhattan West
8  New York, New York 10001
   Telephone: (212) 735-3000
9  Facsimile: (212) 735-2040

   *Attorneys for Defendant*
10 INTUITIVE SURGICAL, INC.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

| 14 | IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION | Lead Case No. 3:21-CV-03825-AMO |
| --- | --- | --- |
| 15 | | **NOTICE OF WITHDRAWAL OF ATTORNEY MICHAEL W. FOLGER** |
| 16 | | |
| 17 | SURGICAL INSTRUMENT SERVICE COMPANY, INC., | Case No.: 3:21-cv-03496-AMO |
| 18 | Plaintiff, | |
| 19 | v. | Judge: The Honorable Araceli Martínez-Olguín |
| 20 | INTUITIVE SURGICAL, INC., | Courtroom 10 — 19th Floor |
| 21 | Defendant. | Complaint Filed: May 10, 2021 |

22
23
24
25
26
27
28

**NOTICE OF WITHDRAWAL**                   Case Nos. 3:21-cv-03825-AMO
                                                      3:21-cv-03496-AMO

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Michael W. Folger hereby withdraws his appearance in the above-captioned matters as counsel of record on behalf of Defendant Intuitive Surgical, Inc.  All other counsel at Skadden, Arps, Slate, Meagher & Flom LLP, Allen Ruby, Attorney At Law, and Covington & Burling LLP, who have appeared in this matter shall remain as counsel of record for Intuitive Surgical, Inc.

DATED: May 26, 2023                                   Respectfully submitted,

/s/ Michael Menitove
MICHAEL H. Menitove (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1 Manhattan West
New York, NY 10001
Tel: (212) 735-3000
michael.menitove@skadden.com

*Counsel for Intuitive Surgical, Inc.*