Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Jeffrey J. Corrigan (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION** | Lead Case No. 3:21-cv-03825-AMO |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **PLAINTIFFS' EXHIBIT 10 TO THE DECLARATION OF JEFFREY L. SPECTOR IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF DR. EUGENE RUBACH**<br><br>The Hon. Araceli Martínez-Olguín<br><br>Date: 9/7/2023<br>Time: 2:00 PM |

# SPECTOR DECLARATION EXHIBIT 10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: DA VINCI SURGICAL ROBOTS ANTITRUST LITIGATION** | Lead Case No. 3:21-CV-03825 |
| **THIS DOCUMENT RELATES TO: ALL CASES** | |

**AMENDED EXPERT REBUTTAL REPORT OF LOREN K. SMITH, PH.D.**
**February 10, 2023**

**HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

    b. Evidence from the hospitals does not demonstrate the safety of the reset EndoWrist instruments. First, neither the hospitals nor third-party companies have Intuitive's proprietary specifications; therefore, none of these parties are able to determine whether the reset EndoWrists meet the Intuitive's specifications, which were cleared by the FDA.[458] Second, although these hospitals claim that "[t]here was no difference than the non-reprocessed instruments," the basis of their statements appear to be confined to, for example, a few trials at their facilities and the representations of the third-party companies.[459]

### 1. Healthcare providers, surgeons, and patients benefit from Intuitive's best product and likely outcomes

193. As I discuss in more detail below, evidence shows that hospitals, patients, and surgeons rely on Intuitive to ensure that the da Vinci Surgical System will perform at high safety and technical standards, and Intuitive has invested in building this trust with its customers and the medical community.

194. Plaintiffs and Professor Elhauge appear to agree that the clinical benefits of da Vinci surgeries increase quality of care and makes the hospital more attractive to both patients and surgeons. As examples, Professor Elhauge notes that having a da Vinci Surgical System "create[s] a 'halo effect' that attracts patients (and revenue) for other procedures"[460] and that "[h]aving a surgical robot provides important marketing benefits to hospitals."[461] In addition, as described in the Elhauge Report, hospitals are better able to recruit and retain surgeons because—among other

---

    sense, and – and so the project didn't launch."); Goodson 30(b)(1) (10/27/2022) Dep. Tr. 73:9-13 ("The requirement for demonstrating the reliability of the instruments repeatedly over life and the cost associated with replacing the parts to achieve that reliability and building a business became cost prohibitive for pursuing the project.") and 74:7-10 ("Refurbishment of the Xi instruments to replace components or return it to like new resulted in a cost that would be greater than a new instrument.").

[458] DeSantis (in *Rebotix*) Dep. Tr. 244:5-7 ("A. …our specifications and our requirements are our intellectual property of the company which we've not released.").

[459] Harrich (5/24/2021) Dep. Tr. 37:1-24.

[460] Elhauge Report, ¶ 80.

[461] Elhauge Report, ¶ 81.

133

reasons—surgeons "may prefer the features and capabilities of MIST surgery robots" such as "being better able to perform complex surgeries" and "improved ergonomics that can extend a surgeon's career."[462]

195. Evidence indicates that surgeons depend on Intuitive to ensure that the da Vinci Surgical System will perform with the precision necessary for successful procedures. Surgeons have expectations over the "performance characteristics" of the surgical instruments that they use.[463] Examples of such characteristics in an EndoWrist instrument include "motion fidelity," "sharpness of the blades," "strength of holding a needle," and "alignment… between the jaws."[464] If the instrument is not performing to the surgeon's expectations, the surgeon would need to replace the instrument during the procedure and return the potentially defective instrument to Intuitive.[465] Intuitive has testified to its "commitment to the quality and to patient safety"[466] and that surgeons can trust the safety of the instrument because of Intuitive's rigorous testing.[467] Indeed,

---

[462] Elhauge Report, ¶¶ 86-90.

[463] Rosa (in *Restore*) Dep. Tr. 55:1-4 ("A. …there are a set of performance characteristics and expectations a surgeon has of any instrument they use.").

[464] Rosa (in *Restore*) Dep. Tr. 49:21-50:4 ("A. …So this would be things, for example, motion fidelity, so how well is it -- is it moving, sharpness of blades, strength of holding a needle. Q. Alignment? A. Alignment could be another one between the jaws, yes.").

[465] Rosa (in *Restore*) Dep. Tr. 51:1-11 ("So for alignment of the jaws, if you're asking -- so as the surgeon is using an instrument and they say these jaws are out of alignment, so they'll -- and it's not meeting their needs in surgery or whatever the need may be at the time, grasping of tissue, you know, holding of a needle, whatever that is. The instrument will come out. We expect it to come back to us so that we can analyze it and figure out why the jaws may have gotten out of alignment.") and 55:4-10 ("A. …If that instrument is meeting those needs of the particular surgery, they'll move on with it. If it's not, what I -- what I would hope they do is they pull it out, put in another one, and continue the operation so they -- you know, to the -- and keep it up expeditiously for the patient.").

[466] Rosa (in *Restore*) Dep. Tr. 47:3-10 ("A. How do they know that it meets the specifications? Like that -- I mean, if I understand, that's our commitment to the quality and to patient safety. It's what we're supposed to do as a company. During use they may see something that says, hey, this isn't meeting what I expect. And that's when we should see a return.").

[467] Rosa (in *Restore*) Dep. Tr. 48:18-49:8 ("Q. So how does the surgeon know that the instrument is safe to use after that first use? A. I think it -- I think it goes back to we've committed within our testing and with our labeling to a certain number of uses. And that all of our testing internally shows that the -- both the characteristics of use, sharpness, the