SONYA D. WINNER (SBN 200348)
Email: swinner@cov.com
CORTLIN H. LANNIN (SBN 266488)
Email: clannin@cov.com
ISAAC D. CHAPUT (SBN 326923)
Email: ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

*Attorneys for Defendant*
*Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION | Case No.:  3:21-cv-03825-AMO-LB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **INTUITIVE SURGICAL, INC.'S NOTICE OF WITHDRAWAL OF MOTION**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

1    After Defendant Intuitive Surgical, Inc. filed its Motion to Extend Deadline for Opposition to

2    Plaintiffs' Motion for Class Certification (Dkt. No. 203) (the "Motion"), plaintiffs requested a further

3    conferral regarding the relief sought therein.  As reflected in the parties' Stipulation and Proposed Order

4    (Dkt. No. 204), the parties have now reached agreement on a stipulated request for an amended schedule

5    for briefing plaintiffs' anticipated motion for class certification.  In light of the parties' agreement,

6    Intuitive hereby withdraws the Motion.

7

8    DATED:   June 22, 2023                          By:  */s/ Kathryn E. Cahoy*
                                                          KATHRYN E. CAHOY

9

10                                                   *Attorney for Intuitive Surgical, Inc.*

11   *Additional Counsel for Intuitive Surgical, Inc.*    KATHRYN E. CAHOY (SBN 298777)
                                                          Email: kcahoy@cov.com
12   ALLEN RUBY (SBN 47109)                               COVINGTON & BURLING LLP
     allen@allenruby.com                                  3000 El Camino Real
13   ALLEN RUBY, ATTORNEY AT LAW                          5 Palo Alto Square, 10th Floor
     15559 Union Ave. #138                                Palo Alto, California 94306-2112
14   Los Gatos, California 95032                          Telephone: (650) 632-4700
     Telephone: (408) 477-9690                            Facsimile: (650) 632-4800
15

16   KAREN HOFFMAN LENT (*Pro Hac Vice*)                  SONYA D. WINNER (SBN 200348)
     Email: karen.lent@skadden.com                        Email: swinner@cov.com
17   MICHAEL H. MENITOVE (*Pro Hac Vice*)                 CORTLIN H. LANNIN (SBN 266488)
     Email: michael.menitove@skadden.com                  Email: clannin@cov.com
18   SKADDEN, ARPS, SLATE,                                ISAAC D. CHAPUT (SBN 326923)
     MEAGHER & FLOM LLP                                   Email: ichaput@cov.com
19   One Manhattan West                                   COVINGTON & BURLING LLP
     New York, NY 10001                                   Salesforce Tower
20   Telephone: (212) 735-3000                            415 Mission Street, Suite 5400
21   Facsimile: (212) 735-2040                            San Francisco, California 94105-2533
                                                          Telephone: (415) 591-6000
22                                                        Facsimile: (415) 591-6091

23

24

25

26

27

28

2

ANDREW LAZEROW (*Pro Hac Vice*)
Email: alazerow@cov.com
ASHLEY E. BASS (*Pro Hac Vice*)
Email: abass@cov.com
JOHN KENDRICK (*Pro Hac Vice*)
Email: jkendrick@cov.com
COVINGTON & BURLING LLP
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INTUITIVE'S NOTICE OF WITHDRAWAL OF
MOTION

Case No. 3:21-cv-03825-AMO-LB