Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite
3200 San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Jeffrey J. Corrigan (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.:  3:21-cv-03825-AMO-LB<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

Pursuant to Local Civil Rule 6-2, Plaintiffs Larkin Community Hospital, Franciscan Alliance, Inc., and King County Public Hospital District No. 1, d/b/a Valley Medical Center and Defendant Intuitive Surgical, Inc. (collectively, the "Parties") stipulate as follows and respectfully request that the Court endorse this stipulation with an order modifying the class certification briefing deadlines:

WHEREAS, the prior case schedule provided that briefing on Plaintiffs' motion for class certification would take place after the hearing on the summary judgment and *Daubert* motions, which had been scheduled for June 8, 2023, with Plaintiffs' motion for class certification due July 13, 2023, Defendant's opposition due August 17, 2023, and Plaintiffs' reply due September 14, 2023;

WHEREAS, on May 11, 2023, an order accompanying the reassignment of this case from Judge Chhabria to Judge Martínez-Olguín (ECF No. 173) vacated all hearing dates, but provided that existing briefing schedules for motions would remain unchanged, which removed the link between the hearing on the summary judgment and *Daubert* motions and the filing date for Plaintiffs' class certification motion;

WHEREAS, the hearing date on the summary judgment and *Daubert* motions has now been rescheduled for September 7, 2023;

WHEREAS, on June 19, 2023, Defendant filed a motion to extend the deadline for its opposition to Plaintiffs' class certification motion, which it has agreed to withdraw with the understanding that both Parties reserve the right to request further modification of the proposed class certification briefing schedule after the hearing on the summary judgment and *Daubert* motions;

NOW THEREFORE, the Parties have agreed, subject to the Court's approval, to the following amended briefing schedule for Plaintiffs' class certification motion:

| Event | Proposed Date |
|---|---|
| Joint CMC Statement due | September 28, 2023 |
| Case Management Conference | October 5, 2023 |
| Deadline to file motion for class certification | October 27, 2023 |
| Deadline to file opposition to motion for class certification | December 6, 2023 |
| Deadline to file reply in support of motion for class certification | January 12, 2024 |

1    DATED:  June 22, 2023                    By:___/s/ Michael J. Boni_____

2                                             Michael J. Boni
3                                             Joshua D. Snyder (*pro hac vice*)
                                              John E. Sindoni (*pro hac vice*)
4                                             BONI, ZACK & SNYDER LLC
                                              15 St. Asaphs Road
5                                             Bala Cynwyd, PA 19004
                                              Tel: 610-822-0200
6                                             Fax: 610-822-0206
                                              Email: mboni@bonizack.com
7                                                     jsnyder@bonizack.com
8                                                     jsindoni@bonizack.com
                            *Counsel for Plaintiffs and the Proposed Class*
9

10   Manuel J. Dominguez (*pro hac vice*)        Jeffrey J. Corrigan (*pro hac vice*)
     COHEN MILSTEIN SELLERS &                    Jeffrey L. Spector (*pro hac vice*)
11   TOLL PLLC                                   Icee N. Etheridge (*pro hac vice*)
     11780 U.S. Highway One, Suite N500          SPECTOR ROSEMAN & KODROFF, P.C.
12   Palm Beach Gardens, FL 33408               2001 Market Street, Suite 3420
     Tel: 561-515-2604                          Philadelphia, PA 19103
13   Fax: 561-515-1401                          Tel: 215-496-0300
14   Email: jdominguez@cohenmilstein.com        Fax: 215-496-6611
                                                Email: jcorrigan@srkattorneys.com
15                                                     jspector@srkattorneys.com
                                                       ietheridge@srkattorneys.com
16

17   Benjamin D. Brown (SBN 202545)            Brent W. Landau (*pro hac vice*)
     Daniel McCuaig (*pro hac vice*)           Jeannine M. Kenney (*pro hac vice*)
18   Zachary Glubiak (*pro hac vice*)          HAUSFELD LLP
     COHEN MILSTEIN SELLERS &                  325 Chestnut Street, Suite 900
19   TOLL PLLC                                 Philadelphia, PA 19106
     1100 New York Ave., Suite 500             Tel: 215-985-3270
20   Washington, DC 20005                      Fax: 215-985-3271
     Tel: 202-408-4600                         Email: blandau@hausfeld.com
21   Fax: 202-408-4699                                jkenney@hausfeld.com
22   Email: bbrown@cohenmilstein.com
            dmccuaig@cohenmilstein.com
23          zglubiak@cohenmilstein.com

24   Christopher J. Bateman (*pro hac vice*)    Reena A. Gambhir (*pro hac vice*)
     COHEN MILSTEIN SELLERS &                   HAUSFELD LLP
25   TOLL PLLC                                  888 16th St NW
     88 Pine Street, 14th Floor                 Washington, DC 20006
26   New York, NY 10005                         Tel: 202-540-7145
     Tel: 212-838-7797                          Fax: 202-540-7201
27   Fax: 212-838-7745                          Email: rgambhir@hausfeld.com
28   Email: cbateman@cohenmilstein.com

                                        2

Samuel Maida (SBN 333835)
Gary I. Smith, Jr. (SBN 344865)
HAUSFELD LLP
600 Montgomery Street, Suite
3200 San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com
        gsmith@hausfeld.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

DATED:  June 22, 2023

By:  */s/ Kathryn E. Cahoy*
      KATHRYN E. CAHOY

*Attorney for Intuitive Surgical, Inc.*

*Additional Counsel for Intuitive Surgical, Inc.*

KATHRYN E. CAHOY (SBN 298777)
Email: kcahoy@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

ALLEN RUBY (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

KAREN HOFFMAN LENT (*Pro Hac Vice*)
Email: karen.lent@skadden.com
MICHAEL H. MENITOVE (*Pro Hac Vice*)
Email: michael.menitove@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2040

SONYA WINNER (SBN 200348)
Email: swinner@cov.com
CORTLIN H. LANNIN (SBN 266488)
Email: clannin@cov.com
ISAAC D. CHAPUT (SBN 326923)
Email: ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ANDREW LAZEROW (*Pro Hac Vice*)
Email: alazerow@cov.com
ASHLEY E. BASS (*Pro Hac Vice*)
Email: abass@cov.com
JOHN KENDRICK (*Pro Hac Vice*)
Email: jkendrick@cov.com
COVINGTON & BURLING LLP
One City Center 850 Tenth Street NW

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Washington DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291


IT IS SO ORDERED that the foregoing Stipulation and [Proposed] Order to Modify the Class

Certification Briefing Schedule is approved.


Dated _____ June 23 , 2023          BY THE COURT:


_____

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

4