1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7   IN RE: DA VINCI SURGICAL ROBOT                   Case No.  21-cv-03825-AMO

8   ANTITRUST LITIGATION
                                                     **ORDER RE SEALING**
9
10
11
12
13          The parties have filed 22 administrative motions to seal related to the briefing and evidence

14   offered in support of the pending cross-motions for summary judgment or partial summary

15   judgment.  ECF 125, 128, 129, 130, 132, 134, 135, 137, 138, 139, 143, 150, 152, 155, 165, 168,

16   170, 171, 180, 182, 186, 187.[1]  The Court **ORDERS** the parties to prepare a single proposed order

17   that brings together in a single chart all the documents or portions of documents sought to be

18   sealed.  The chart should be organized in the following format:

19

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

25   //
26
27   _____

28   [1] The Court notes that Plaintiffs withdrew their Administrative Motions to Consider Whether Asensus Surgical's (ECF 131), Ardent Health's (ECF 133), and Stryker Corporation's (ECF 136) Materials Should Be Sealed.  *See* ECF 140.

United States District Court
Northern District of California

The proposed order must be filed on the docket at or before noon PT on August 31, 2023.  A Word version of the proposed order must be submitted concurrently by email to amopo@cand.uscourts.gov.

     **IT IS SO ORDERED.**

Dated: August 21, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**