**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.:  3:21-cv- 03825-AMO-LB<br><br>**[PROPOSED] ORDER RE: PARTIES' MOTIONS TO SEAL**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

1
2
3

In response to the Court's August 21, 2023 Order (ECF No. 209), the Parties submit this proposed order with a consolidated chart of all documents or portions of documents that a Party or Third Party have sought to maintain under seal pursuant to Local Rule 79-5.

4
5
6
7
8
9
10
11
12
13
14

This Court, having considered Parties and Third-Parties' Administrative Motions to Seal, Motions to Consider Sealing Third-Party Materials, Statements in Support of Sealing, Declarations in Support of Sealing, and associated exhibits, at ECF 125, 128, 129, 130, 132, 134, 135, 137, 138, 139, 143, 150, 152, 155, 165, 168, 170, 171, 179, 180, 182, 186, 187, finds that compelling reasons exist to support the filing under seal of the documents or portions thereof listed as "granted" in the following chart and grants the requests to seal these documents or portions thereof where they appear on the public docket.  The Court denies the request to seal any documents or portions thereof (1) listed as "denied" in the following chart or (2) provisionally filed under seal pursuant to Local Rule 79-5(f) because a Party or Third-Party had designated them as confidential or highly confidential under the protective order but that were not included in the below chart because no Party or Third-Party filed a statement or declaration seeking to maintain them under seal pursuant to Local Rule 79-5(f).

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 125-2; 125-3** Exhibit A - Bass Declaration in Support of the Motion to Exclude Einer Elhauge, Exhibit 1 (Expert Report of Einer Elhauge) <ul><li>Page 14, redacted fn. 55</li></ul> | **ECF No. 125-1** Wong Declaration in Support of Motion to Seal, ¶ 5  **ECF No. 125** Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | |

[1] The docket numbers listed refer to the under seal version of the document at issue that was submitted in unredacted form for the Court's review.

1

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 125-4** <br> Exhibit B - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 8 (Howe 1/18/23 Larkin Rpt) <br> • Page 28, Figure 6 | **ECF No. 125-1** <br> Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br> **ECF No. 125** <br> Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | |
| **ECF No. 125-4** <br> Exhibit B - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 8 (Howe 1/18/23 Larkin Rpt) <br> • Page 36, Figure 9 | **ECF No. 125-1** <br> Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br> **ECF No. 125** <br> Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | |
| **ECF No. 125-4** <br> Exhibit B - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 8 (Howe 1/18/23 Larkin Rpt) <br> • Page 37, Figure 10 | **ECF No. 125-1** <br> Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br> **ECF No. 125** <br> Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | |
| **ECF No. 125-4** <br> Exhibit B - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 8 (Howe 1/18/23 Larkin Rpt) <br> • Page 84, Figure 20 | **ECF No. 125-1** <br> Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br> **ECF No. 125** <br> Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | |

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 125-4** Exhibit B - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 8 (Howe 1/18/23 Larkin Rpt) <br> • Page 88, Figure 21 | **ECF No. 125-1** Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br> **ECF No. 125** Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | |
| **ECF No. 125-4** Exhibit B - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 8 (Howe 1/18/23 Larkin Rpt) <br> • Page 89, redacted portions of ¶ 174 | **ECF No. 125-1** Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br> **ECF No. 125** Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | |
| **ECF No. 125-5** Exhibit C - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 9 (Howe 1/18/23 *SIS* Rpt) <br> • Page 29, Figure 6 | **ECF No. 125-1** Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br> **ECF No. 125** Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | |

[PROPOSED] ORDER RE: PARTIES' MOTIONS TO SEAL

Case No. 3:21-cv-03825-AMO-LB

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 125-5** Exhibit C - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 9 (Howe 1/18/23 *SIS* Rpt) <br>• Page 37, Figure 9 | **ECF No. 125-1** Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br>**ECF No. 125** Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | |
| **ECF No. 125-5** Exhibit C - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 9 (Howe 1/18/23 *SIS* Rpt) <br>• Page 38, Figure 10 | **ECF No. 125-1** Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br>**ECF No. 125** Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | |
| **ECF No. 125-6** Exhibit D - Lannin Declaration in Support of the Motion to Exclude Dr. Eugene Rubach, Ex. 4 (Excerpts from (Howe 1/18/23 *Larkin* Rpt) <br>• Page 28, Figure 6 <br>• Page 36, Figure 9 <br>• Page 37, Figure 10 | **ECF No. 125-1** Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br>**ECF No. 125** Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | |

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 143-2; 143-15** Exhibit 1, Plaintiffs' Administrative Motion to Consider <ul><li>Page 14, redacted fn. 55</li></ul> | **ECF No. 143-1** Declaration of Dr. Jaime Wong in Support of Defendant Intuitive Surgical's Statement in Support of Plaintiffs' Administrative Motions to Consider Whether Another Party's Materials Should be Sealed ("Wong Declaration in Support of Statement to Consider Sealing"), ¶ 4 <br><br>**ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 | | |
| **ECF No. 143-3; 143-16** Exhibit 12 (Intuitive-00067540 – Intuitive-00067547), Plaintiffs' Administrative Motion to Consider <ul><li>Page Intuitive-00067547, redacted portion</li></ul> | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 6 <br><br>**ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-2, 4-5 | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 143-4; 143-17** Exhibit 42 (Intuitive-00029174), Plaintiffs' Administrative Motion to Consider <br>• Page Intuitive-00029174, redacted portions. | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 4 <br><br>**ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 | | |
| **ECF No. 143-5; 143-18** Exhibit 44 (Intuitive-00552697 – Intuitive-00552715), Plaintiffs' Administrative Motion to Consider <br>• Pages Intuitive-00552706 – Intuitive-00552715, redacted portions | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 5 <br><br>**ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-4 | | |
| **ECF No. 143-6; 143-19** Exhibit 48 (Intuitive-01235518 – Intuitive-01235542), Plaintiffs' Administrative Motion to Consider <br>• Pages Intuitive-01235528 – Intuitive-01235533, redacted portions. <br>• Pages Intuitive-01235535 – Intuitive-01235542, redacted portions. | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 6 <br><br>**ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-2, 4-5 | | |

| | | | |
|---|---|---|---|
| **ECF No. 143-7; 143-20**<br>Exhibit 68 (Intuitive-00560277 – Intuitive-00560390), Plaintiffs' Administrative Motion to Consider<br>Pages containing redacted information:<br>• Intuitive-00560281<br>• Intuitive-00560282<br>• Intuitive-00560291<br>• Intuitive-00560292<br>• Intuitive-00560293<br>• Intuitive-00560294<br>• Intuitive-00560295<br>• Intuitive-00560296<br>• Intuitive-00560297<br>• Intuitive-00560298<br>• Intuitive-00560299<br>• Intuitive-00560300<br>• Intuitive-00560301<br>• Intuitive-00560302<br>• Intuitive-00560303<br>• Intuitive-00560304<br>• Intuitive-00560305<br>• Intuitive-00560306<br>• Intuitive-00560307<br>• Intuitive-00560308<br>• Intuitive-00560309<br>• Intuitive-00560310<br>• Intuitive-00560311<br>• Intuitive-00560312<br>• Intuitive-00560313<br>• Intuitive-00560314<br>• Intuitive-00560315<br>• Intuitive-00560316<br>• Intuitive-00560317<br>• Intuitive-00560318<br>• Intuitive-00560320<br>• Intuitive-00560321<br>• Intuitive-00560322<br>• Intuitive-00560323<br>• Intuitive-00560324<br>• Intuitive-00560325<br>• Intuitive-00560326 | **ECF No. 143-1**<br>Wong Declaration in Support of Statement to Consider Sealing, ¶¶ 4, 6<br><br>**ECF No. 143**<br>Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-5 | | |

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| • Intuitive-00560327<br>• Intuitive-00560330 – Intuitive-00560332<br>• Intuitive-00560335 – Intuitive-00560338<br>• Intuitive-00560343 – Intuitive-00560344<br>• Intuitive-00560346<br>• Intuitive-00560350 – Intuitive-00560351<br>• Intuitive-00560356<br>• Intuitive-00560358 – Intuitive-00560362<br>• Intuitive-00560365 – Intuitive-00560369<br>• Intuitive-00560371 – Intuitive-00560378<br>• Intuitive-00560386 – Intuitive-00560387<br>• Intuitive-00560389 – Intuitive-00560390 | | | |
| **ECF No. 143-8; 143-21**<br>Exhibit 69 (Intuitive-00366044 – Intuitive-00366053), Plaintiffs' Administrative Motion to Consider<br>• Pages Intuitive-00366046 – Intuitive-00366047, redacted portions.<br>• Pages Intuitive-00366051 – Intuitive-00366052, redacted portions. | **ECF No. 143-1**<br>Wong Declaration in Support of Statement to Consider Sealing, ¶ 4<br><br>**ECF No. 143**<br>Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 | | |

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed**[1] | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 143-9; 143-22** Exhibit 73 (Intuitive-00519980 – Intuitive-00520005), Plaintiffs' Administrative Motion to Consider <br> • Pages Intuitive-00520001 – Intuitive-00520002, redacted portions. | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 4 <br><br> **ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 | | |
| **ECF No. 143-10; 143-23** Exhibit 76 (Intuitive-00203904 – Intuitive-00203906), Plaintiffs' Administrative Motion to Consider <br> • Pages Intuitive-00203904 – Intuitive-00203905, redacted portions | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 6 <br><br> **ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-2, 4-5 | | |
| **ECF No. 143-11; 143-24** Exhibit 90 (Intuitive-00552716 – Intuitive-00552727), Plaintiffs' Administrative Motion to Consider <br> • Pages Intuitive-00552723 – Intuitive-00552727, redacted portions. | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 5 <br><br> **ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-4 | | |

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 143-12; 143-25** Exhibit 93 (Intuitive-02038766 – Intuitive-02038770), Plaintiffs' Administrative Motion to Consider<br>• Page Intuitive-02038767, redacted portions.<br>• Page Intuitive-02038768, redacted portions. | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶¶ 4, 5<br><br>**ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-4 | | |
| **ECF No. 143-13; 143-26** Exhibit 96 (Intuitive-00552728 – Intuitive-00552743), Plaintiffs' Administrative Motion to Consider<br>• Pages Intuitive-00552735 – Intuitive-00552741 and Intuitive-00552743, redacted portions. | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 5<br><br>**ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-4 | | |
| **ECF No. 143-14; 143-27** Exhibit 97 (Intuitive-01265649 – Intuitive-01265809), Plaintiffs' Administrative Motion to Consider<br><br>Pages containing redacted information:<br>• Intuitive-01265652 – Intuitive-01265655<br>• Intuitive-01265657 – Intuitive-01265675 | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 6<br><br>**ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 2-3, 5-6 | | |

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| Document or Portion of Document Sought to be Sealed[1] | Evidence offered in Support of Sealing | Objections | Ruling |
| <ul><li>Intuitive-01265677 – Intuitive-01265740</li><li>Intuitive-01265742 – Intuitive-01265756</li><li>Intuitive-01265759 – Intuitive-01265774</li><li>Intuitive-01265776 – Intuitive-01265779</li><li>Intuitive-01265781 – Intuitive-01265787</li><li>Intuitive-01265789</li><li>Intuitive-01265792</li><li>• Intuitive-01265794 – Intuitive-01265809</li></ul> | | | |
| **ECF No. 152.2** Declaration of Kathryn E. Cahoy in Support of Intuitive's Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment Ex. 3 (Howe 1/18/23 *Larkin* Rpt)<ul><li>Page 28, Figure 6</li><li>Page 36, Figure 9</li><li>Page 37, Figure 10</li><li>Page 84, Figure 20</li><li>Page 88, Figure 21</li><li>Page 89, redacted portions of ¶ 174</li></ul> | **ECF No. 152-1** Declaration of Dr. Jaime Wong in Support of Intuitive Surgical's Administrative Motions to Seal Materials From Its Summary Judgment Briefs, ¶ 6 <br><br>**ECF No. 152** Intuitive's Administrative Motion to Seal Materials From its Opposition to Plaintiffs' Motion for Summary Judgment and Cross Motion for Summary Judgment, pg. 1-2 | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| Document or Portion of Document Sought to be Sealed[1] | Evidence offered in Support of Sealing | Objections | Ruling |
| **ECF No. 168-2** Bateman Ex. 8 ISO Plaintiffs' Opposition to Intuitive's Motion to Exclude Testimony of Einer Elhauge - Deposition of Nickola "Nicky" Goodson (October 27, 2022) • Pages 183-184, redacted portions. | **ECF No. 168-1** Declaration of Dr. Jaime Wong in Support of Intuitive Surgical, Inc.'s Statement in Support of Plaintiffs' April 20, 2023 Administrative Motions to Consider Whether Another Party's Materials Should Be Sealed ("Wong Dec."), ¶ 4 **ECF No. 168** Intuitive's Statement in Support of Plaintiffs' April 20, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 | | |
| **ECF No. 125-2; 125-3** Bateman Ex. 1 ISO Plaintiffs' Opposition to Intuitive's Motion to Exclude Testimony of Einer Elhauge - Corrected Expert Report of Professor Einer Elhauge (January 10, 2023) • Page 14, redacted fn. 55 | **ECF No. 168-1** Wong Decl. ¶ 4 **ECF No. 168** Intuitive's Statement in Support of Plaintiffs' April 20, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 (*See* Dkt. 125-2; Dkt. 125-7 at 1.) | | |

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed**[1] | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 143-12** McCuaig Ex. 15 ISO of Plaintiffs' Opposition to Intuitive's Motion to Exclude Kimberly Trautman's Testimony - Intuitive-02038766 <br> • Pages Intuitive-02038767–68, redacted portions. | **ECF No. 168-1** Wong Decl. ¶ 4 <br><br> **ECF No. 168** Intuitive's Statement in Support of Plaintiffs' April 20, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 <br><br> *(See* Dkt. 143-26; Dkt. 143-29 at 4–5) | | |
| **ECF No. 143-11** Spector Ex. 8 ISO Plaintiffs' Opposition to Defendant's Motion to Exclude Testimony of Dr. Eugene Rubach - Intuitive-00552716 – Intuitive-00552727, NFJ for IS4000 8mm Needle Drivers <br> • Pages Intuitive-00552723 – Intuitive-00552727, redacted portions. | **ECF No. 168-1** Wong Decl. ¶ 5 <br><br> **ECF No. 168** Intuitive's Statement in Support of Plaintiffs' April 20, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-4 <br><br> *(See* Dkt. 143-25; Dkt. 143-29 at 4) | | |
| **ECF No. 168-3** McCuaig Ex. 12 ISO of Plaintiffs' Opposition to Intuitive's Motion to Exclude Kimberly Trautman's Testimony - Intuitive-00493612 <br> • Page Intuitive-00493619, redacted portions. <br> • Page Intuitive-00493623, redacted portion. | **ECF No. 168-1** Wong Decl. ¶ 5 <br><br> **ECF No. 168** Intuitive's Statement in Support of Plaintiffs' April 20, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-4 | | |

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| • Page Intuitive-00493625, redacted portions.<br>• Page Intuitive-00493630, redacted portions.<br>• Page Intuitive-00493633, redacted portions. | | | |
| **ECF No. 143-3**<br>McCuaig Ex. 9 ISO of Plaintiffs' Opposition to Intuitive's Motion to Exclude Kimberly Trautman's Testimony - Intuitive-00067540 -SLSA<br>• Page Intuitive-00067547, redacted portion | **ECF No. 168-1**<br>Wong Decl. ¶ 6<br><br>**ECF No. 168**<br>Intuitive's Statement in Support of Plaintiffs' April 20, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-2, 4<br><br>(*See* Dkt. 143-17; Dkt. 143-29 at 1) | | |
| **ECF No. 180-2**<br>Spector Decl., Ex. 102 (Intuitive-02056740-Intuitive-02056761)<br><br>Pages containing redacted information:<br>• Intuitive-02057644-Intuitive-02057646<br>• Intuitive-02057649<br>• Intuitive-02057651 | **ECF No. 180-1**<br>Declaration of Dr. Jaime Wong in Support of Intuitive Surgical, Inc.'s Statement in Support of Plaintiffs' May 4, 2023 Administrative Motions to Consider Whether Another Party's Materials Should Be Sealed ("Wong Dec."), Wong Dec. ¶ 6.<br><br>**ECF No. 180**<br>Intuitive's Statement in Support of Plaintiffs' | | |

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
|  | May 4, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-4 |  |  |
| **ECF No. 180-3** Spector Decl., Ex. 123 (Intuitive-00493612-Intuitive-00493670)<br><br>Pages containing redacted information:<br>• Intuitive-00493619<br>• Intuitive-00493623<br>• Intuitive-00493625<br>• Intuitive-00493630<br>• Intuitive-00493633 | **ECF No. 180-1** Wong Dec. ¶ 6<br><br>**ECF No. 180** Intuitive's Statement in Support of Plaintiffs' May 4, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-4 |  |  |
| **ECF No. 180-4** Spector Decl., Exhibit 130 – Restore Settlement (Intuitive-02072151 –Intuitive-02072157)<br>• Page Intuitive-02072153, redacted portions | **ECF No. 180-1** Wong Dec. ¶ 7<br><br>**ECF No. 180** Intuitive's Statement in Support of Plaintiffs' May 4, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3, 4 |  |  |

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| Document or Portion of Document Sought to be Sealed[1] | Evidence offered in Support of Sealing | Objections | Ruling |
| **ECF No. 180-5** Spector Decl., Exhibit 131 – Rebotix Settlement (Intuitive-02070399 –Intuitive-02070405) <br> • Pages Intuitive-2070401- Intuitive-02070402, redacted portions | **ECF No. 180-1** Wong Dec. ¶ 7 <br><br> **ECF No. 180** Intuitive's Statement in Support of Plaintiffs' May 4, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3, 4 | | |
| **ECF No. 180-6** Spector Decl., Exhibit 146 (Intuitive-00786911 – Intuitive-00786951) <br> • Page Intuitive-00786914, redacted portions. <br> • Page Intuitive-00786919, redacted portions. <br> • Page Intuitive-00786945, redacted portions. | **ECF No. 180-1** Wong Dec. ¶ 5 <br><br> **ECF No. 180** Intuitive's Statement in Support of Plaintiffs' May 4, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 | | |
| **ECF No. 180-7** Spector Decl., Exhibit 147 (Intuitive-00785382 – Intuitive-00785422) <br> • Page Intuitive-00785417 | **ECF No. 180-1** Wong Dec. ¶ 5 <br><br> **ECF No. 180** Intuitive's Statement in Support of Plaintiffs' May 4, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 | | |

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 186-2** Cahoy Supp. Declaration Ex. 90 (Intuitive-00506505 excerpts) • Pages Intuitive-0506539–42, redacted portions • Pages Intuitive-0506593–94, redacted portions | **ECF No. 186-1** Declaration of Dr. Jaime Wong in Support of Intuitive Surgical, Inc.'s Administrative Motion to Seal Materials from its Summary Judgment Reply ("Wong Dec."), Wong Dec. ¶ 4.<br><br>**ECF No. 186** Intuitive's Administrative Motion to Seal Materials From its Summary Judgment Reply, pg. 1-2 | | |

| Documents or Portions Thereof that Stryker Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF 170-28**<br><br>Cahoy Dec. Ex. 139 (STRREB00000259-STRREB00000273) | **ECF No. 179, pg. 1-8**<br><br>**ECF No. 179-1, 179-2** | | |

| Documents or Portions Thereof that Alliance Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 139-28**<br><br>Exhibit 15, Motion to Exclude Testimony of Trautman AHP000527 | **ECF No. 146** | | |

| Documents or Portions Thereof that Alliance Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 155-29**<br><br>Intuitive Cross Motion for Summary Judgment Cahoy Dec. Ex. 41 AHP000527 | **ECF No. 157** | | |
| **ECF No. 170-16, 165-9**<br><br>Rebuttal Expert Report of Dr. T. Kim Parnell March 1, 2023 Appendix B: AHP000527 | **ECF No. 167** | | |

| Documents or Portions Thereof that Rebotix Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF 139-7**<br>Expert Report of Robert Howe (01/18/2023)<br><br>Page 24, ¶ 47 | **ECF No. 142** | | |
| **ECF 139-7**<br>Expert Report of Robert Howe (01/18/2023)<br><br>Page 24, ¶ 47 | **ECF No. 142** | | |
| **ECF 139-7**<br>Expert Report of Robert Howe (01/18/2023)<br><br>Page 25-26, ¶ 48 | **ECF No. 142** | | |
| **ECF 139-7**<br>Expert Report of Robert Howe (01/18/2023)<br><br>Page 26, ¶ 49 | **ECF No. 142** | | |

| Documents or Portions Thereof that Rebotix Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF 129-1**<br>Exhibit 18 (REBOTIX174692 - Historical timeline for initial R&D of Benjamin Biomedical and Rebotix) to the Declaration of J. Corrigan in Support of Plaintiffs' Motion<br><br>Portions of page 1 | **ECF No. 142** | | |
| **ECF 129-5**<br>Exhibit 80 (REBOTIX110980) to the Declaration of J. Corrigan in Support of Plaintiffs' Motion<br><br>Page 1 | **ECF No. 142** | | |
| **ECF 129-5**<br>Exhibit 80 (REBOTIX110980) to the Declaration of J. Corrigan in Support of Plaintiffs' Motion<br><br>Page 2 | **ECF No. 142** | | |
| **ECF 153**<br>Opposition of Defendant Intuitive Surgical, Inc. To Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment (In re Da Vinci)<br><br>Page 6 | **ECF No. 159** | | |

| Documents or Portions Thereof that Rebotix Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF 153.7**<br>Ex. 1 to Smith Declaration (Smith Amended Rebuttal Report in In re: da Vinci Surgical Robot Antitrust Litigation)<br><br>Page 37 | **ECF No. 159** | | |
| **ECF 153.21**<br>Cahoy Dec. Ex. 14 (REBOTIX100995 - REBOTIX101019)<br><br>Entire Document | **ECF No. 159** | | |
| **ECF 153.22**<br>Cahoy Dec. Ex. 15 (REBOTIX162404 - REBOTIX162424)<br><br>Entire Document | **ECF No. 159** | | |

| Documents or Portions Thereof that Restore Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed** | **Evidence Offered in Support of Sealing** | **Objections** | **Ruling** |
| **Dkt. No. 139-18**<br>Foreman 01/18/2023 Report (SIS) at 44 ¶ 133 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-18**<br>Foreman 01/18/2023 Report (SIS) at 44 ¶ 134 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 139-18**<br>Foreman 01/18/2023<br>Report (SIS) at 44 ¶<br>135<br>text only (not footnote) | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-18**<br>Foreman 01/18/2023<br>Report (SIS) at 44 ¶<br>136 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-18**<br>Foreman 01/18/2023<br>Report (SIS) at 44 ¶<br>174 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-18**<br>Foreman 01/18/2023<br>Report (SIS) at 44 ¶<br>223 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-18**<br>Foreman 01/18/2023<br>Report (SIS) at 44 ¶<br>224 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-8**<br>Howe 01/18/2023<br>Report (SIS) at 8 ¶ 19 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-8**<br>Howe 01/18/2023<br>Report (SIS) at 23-24 ¶<br>46 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-8**<br>Howe 01/18/2023<br>Report (SIS) at 24 ¶ 47 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-8**<br>Howe 01/18/2023<br>Report (SIS) at 43 ¶ 75 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-8**<br>Howe 01/18/2023<br>Report (SIS) at 66 ¶<br>125 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 139-8**<br>Howe 01/18/2023<br>Report (SIS) at 66 ¶<br>127 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-8**<br>Howe 01/18/2023<br>Report (SIS) at 73 ¶<br>143 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-8**<br>Howe 01/18/2023<br>Report (SIS) at 73 ¶<br>144 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-8**<br>Howe 01/18/2023<br>Report (SIS) at 73-74 ¶<br>145 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-8**<br>Howe 01/18/2023<br>Report (SIS) at 74-75 ¶<br>147 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-8**<br>Howe 01/18/2023<br>Report (SIS) at 76 ¶<br>148 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-8**<br>Howe 01/18/2023<br>Report (SIS) at 76-77 ¶<br>149 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-8**<br>Howe 01/18/2023<br>Report (SIS) at 77 ¶<br>150 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-8**<br>Howe 01/18/2023<br>Report (SIS) at 78 ¶<br>152 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-8**<br>Howe 01/18/2023<br>Report (SIS) at 78-79 ¶<br>153 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |

[PROPOSED] ORDER RE: PARTIES' MOTIONS TO SEAL

Case No. 3:21-cv-03825-AMO-LB

| | | | |
|---|---|---|---|
| **Dkt. No. 139-8**<br>Howe 01/18/2023 Report (SIS) at 79-80 ¶ 154 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-8**<br>Howe 01/18/2023 Report (SIS) at 80 ¶ 155 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-8**<br>Howe 01/18/2023 Report (SIS) at 81 ¶ 158 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-7**<br>Howe 01/18/2023 Report (Larkin) at 5 ¶ 12 redact first sentence in footnote | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-7**<br>Howe 01/18/2023 Report (Larkin) at 22-23 ¶ 48 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-7**<br>Howe 01/18/2023 Report (Larkin) at 23 ¶ 49 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-7**<br>Howe 01/18/2023 Report (Larkin) at 42 ¶ 78 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-7**<br>Howe 01/18/2023 Report (Larkin) at 42 ¶ 79 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-7**<br>Howe 01/18/2023 Report (Larkin) at 66 ¶ 128 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-7**<br>Howe 01/18/2023 Report (Larkin) at 71 ¶ 142 redact parenthetical in footnote | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 (8:20-8:21)<br><br>**Dkt. No. 146** | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 72 ¶ 145 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 72 ¶ 146 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 72-73 ¶ 147 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 73-74 ¶ 149 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 75 ¶ 150 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 75 ¶ 151 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 76 ¶ 152 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 77 ¶ 155 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 78 ¶ 156 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 79 ¶ 157 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 95 ¶ 183<br>redact text only | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 139-7** Howe 01/18/2023 Report (Larkin) at 95 ¶ 184 redact first sentence in footnote only | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-2** Parnell 03/01/2023 Rebuttal Report (Larkin) at 131 ¶ 292 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-2** Parnell 03/01/2023 Rebuttal Report (Larkin) at 131 ¶ 293 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-3** Parnell 03/01/2023 Rebuttal Report (SIS) at 111-12 ¶ 264 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-21** Trautman 01/18/2023 Reply Report (Foreman) at 39-40 ¶ 120 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 **Dkt. No. 146** Berhold Dec. ¶¶ 3-7 | | |
| **Dkt. No. 139-21** Trautman 01/18/2023 Reply Report (Foreman) at 40 ¶ 120-122 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 **Dkt. No. 146** Berhold Dec. ¶¶ 3-7 | | |
| **Dkt. No. 139-21** Trautman 01/18/2023 Reply Report (Foreman) at 40-41 ¶ 123 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 **Dkt. No. 146** Berhold Dec. ¶¶ 3-7 | | |
| **Dkt. No. 139-21** Trautman 01/18/2023 Reply Report (Foreman) at 41 ¶ 123-125 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 **Dkt. No. 146** Berhold Dec. ¶¶ 3-7 | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 139-21**<br>Trautman 01/18/2023 Reply Report (Foreman) at 42 ¶ 126 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5<br><br>**Dkt. No. 146**<br>Berhold Dec. ¶¶ 3-7 | | |
| **Dkt. No. 139-21**<br>Trautman 01/18/2023 Reply Report (Foreman) at 42-43 ¶ 129 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5<br><br>**Dkt. No. 146**<br>Berhold Dec. ¶¶ 3-7 | | |
| **Dkt. No. 139-21**<br>Trautman 01/18/2023 Reply Report (Foreman) at 43 ¶ 131-132 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5<br>(12:4-12:7) | | |
| **Dkt. No. 139-21**<br>Trautman 01/18/2023 Reply Report (Foreman) at 43 ¶ 133-134 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5<br>(12:8-12:11) | | |
| **Dkt. No. 139-21**<br>Trautman 01/18/2023 Reply Report (Foreman) at 46 ¶ 137, 139 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5<br>(12:12-12:13) | | |
| **Dkt. No. 139-21**<br>Trautman 01/18/2023 Reply Report (Foreman) at 47 ¶ 140 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5<br><br>**Dkt. No. 146**<br>Berhold Dec. ¶¶ 3-7 | | |
| **Dkt. No. 139-21**<br>Trautman 01/18/2023 Reply Report (Foreman) at 56-57 ¶ 172 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-21**<br>Trautman 01/18/2023 Reply Report (Foreman) at 64 ¶ 203 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | |

[PROPOSED] ORDER RE: PARTIES' MOTIONS TO SEAL

Case No. 3:21-cv-03825-AMO-LB

| | | | |
|---|---|---|---|
| **Dkt. No. 139-21** Trautman 01/18/2023 Reply Report (Foreman) at 69 ¶ 220-221 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-21** Trautman 01/18/2023 Reply Report (Foreman) at 69-70 ¶ 221 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-21** Trautman 01/18/2023 Reply Report (Foreman) at 73-74 ¶ 233 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139.29** Trautman 03/01/2023 Rebuttal Report at 15 ¶ 30 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-16** Smith 01/20/2023 Rebuttal Report at 43 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-16** Smith 01/20/2023 Rebuttal Report at 43 ¶ 53 n.149 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-16** Smith 01/20/2023 Rebuttal Report at 140 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 139-16** Smith 01/20/2023 Rebuttal Report at 175 ¶ 248 n.639 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | |
| **Dkt. No. 150-1** Parker (in Restore) Dep. at 145:16-24 | **Dkt. No. 144** | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 128-2**<br><br>Restore-00094918-956 at 928, 930 | **Dkt. No. 144** | | |
| **Dkt. No. 128-2**<br><br>Restore-00055935 | **Dkt. No. 144** | | |
| **Dkt. No. 128-2**<br><br>Restore-00055937 | **Dkt. No. 144** | | |
| **Dkt. No. 128-2**<br><br>Restore-00055938 | **Dkt. No. 144** | | |
| **Dkt. No. 128-2**<br><br>Parker (in Restore) Dep. at 204:16-206:2 | **Dkt. No. 144** | | |
| **Dkt. No. 128-2, 165-3**<br><br>Restore-00094938-956 at 953-955 | **Dkt. No. 144** | | |
| **Dkt. No. 128-2**<br><br>Parker (in Restore) Dep. at 132:7 – 142:12 | **Dkt. No. 144** | | |
| **Dkt. No. 128-2**<br><br>Restore-00055937 | **Dkt. No. 144** | | |
| **Dkt. No. 128-2**<br><br>Parker (in Restore) Dep. at 53:21-56:2 | **Dkt. No. 144** | | |
| **Dkt. No. 128-2**<br>Parker (in Restore) Dep. at 115:24-116:9 | **Dkt. No. 144** | | |

[PROPOSED] ORDER RE: PARTIES' MOTIONS TO SEAL

Case No. 3:21-cv-03825-AMO-LB

| | | | |
|---|---|---|---|
| **Dkt. No. 128-2**<br><br>Parker (in Restore)<br>Dep. at 119:19-120:30 | **Dkt. No. 144** | | |
| **Dkt. No. 128-2**<br><br>Restore-00009348-359<br>at 355 | **Dkt. No. 144** | | |
| **Dkt. No. 128-2**<br><br>Restore-00002260-265<br>at 262 | **Dkt. No. 144** | | |
| **Dkt. No. 128-2**<br><br>May (in Restore) Dep.<br>at 100:12-102:3 | **Dkt. No. 144** | | |
| **Dkt. No. 128-2**<br><br>May (in Restore) Dep.<br>at 100:12-102:3 | **Dkt. No. 144** | | |
| **Dkt. No. 128-2**<br><br>May (in re: da Vinci)<br>Dep. at 100:12-102:3 | **Dkt. No. 144** | | |
| **Dkt. No. 128-3**<br><br>Clif Parker 5/4/2021<br>30(b)(6) Dep. (Restore)<br>at 172:2-15 | **Dkt. No. 144** | | |
| **Dkt. No. 128-3, 165-4**<br><br>Vautrot 5/22/2021 Dep.<br>(Restore), Ex. 4 at<br>Restore-00039124 | **Dkt. No. 144** | | |
| **Dkt. No. 165-4, 128-3**<br><br>May (in In re: da Vinci)<br>Dep. at 75:16-76:1 | **Dkt. No. 144** | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 128-3**<br><br>Ferreira (in In re: da Vinci) Dep. at 113:13-20 | **Dkt. No. 144** | | |
| **Dkt. No. 128-3**<br><br>Parker (in In re: da Vinci) Dep. at 30:24-31:2 | **Dkt. No. 144** | | |
| **Dkt. No. 128-3**<br><br>Parker (in In re: da Vinci) Dep. at 141:14-21 | **Dkt. No. 144** | | |
| **Dkt. No. 150-1, 170-27**<br><br>Parker (in In re: da Vinci) Dep. at 139:1-140:08; 141:23-142:12 | **Dkt. No. 144** | | |
| **Dkt. No. 128-3**<br><br>May (in In re: da Vinci) Dep. at 97:5-8 | **Dkt. No. 144** | | |
| **Dkt. No. 128-3**<br><br>Parker (in Restore) Dep. at 145:16-24 | **Dkt. No. 144** | | |
| **Dkt. No. 165-14**<br><br>Restore-00112674 at -683 | **Dkt. No. 144** | | |
| **Dkt. No. 150-1**<br><br>Plaintiff's Motion for Summary Judgment, Declaration of J. Corrigan, Exhibit 79<br><br>Page 139:1-139:12 | **Dkt. No. 156** | | |

[PROPOSED] ORDER RE: PARTIES' MOTIONS TO SEAL — Case No. 3:21-cv-03825-AMO-LB

| | | | |
|---|---|---|---|
| **Dkt. No. 150-1**<br><br>Exhibit 79<br><br>Page 139:13-140:4 | **Dkt. No. 156** | | |
| **Dkt. No. 157-3**<br>Smith Amended<br>Rebuttal Report<br><br>Pages 41-42 | **Dkt No. 158** | | |
| **Dkt. No. 157-3**<br>Smith Amended<br>Rebuttal Report<br><br>Page 42 | **Dkt. No. 158** | | |
| **Dkt. No. 157-3**<br>Smith Amended<br>Rebuttal Report<br><br>Page 43 | **Dkt. No. 158** | | |
| **Dkt. No. 157-3**<br>Smith Amended<br>Rebuttal Report<br><br>Page 43 | **Dkt. No. 158** | | |
| **Dkt. No. 157-3**<br>Smith Amended<br>Rebuttal Report<br><br>Page 43 | **Dkt. No. 158** | | |
| Dkt. No. 157-3<br>Smith Amended<br>Rebuttal Report<br><br>Page 43 | **Dkt. No. 158** | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 157-3** Smith Amended Rebuttal Report<br><br>Page 45 | **Dkt. No. 158** | | |
| **Dkt. No. 157-3** Smith Amended Rebuttal Report<br><br>Page 140 | **Dkt. No. 158** | | |
| **Dkt. No. 155-27** Deposition of Clifton Parker (May 4, 2021)<br><br>Pages 204-205 | **Dkt. No. 158** | | |
| **Dkt. No. 155-27** Deposition of Clifton Parker (May 4, 2021)<br><br>Pages 213-216 | **Dkt. No. 158** | | |
| **Dkt. No. 155-54** Deposition of Clifton Parker (October 25, 2022)<br><br>Pages 31-32 | **Dkt. No. 158** | | |
| **Dkt. No. 153-86** Deposition of Kevin May (November 3, 2022<br><br>Page 60 | **Dkt. No. 158** | | |
| **Dkt. No. 155-26** Cahoy Dec. Ex. 38 Restore-00001248 - Restore-00001256 Attached as Ex. 1. | **Dkt. No. 158** | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 155-30**<br>Cahoy Dec. Ex. 42<br><br>Restore-00086093 -<br>Restore-00086120<br>Attached as Ex. 2. | **Dkt. No. 158** | | |
| **Dkt. No. 170-16, 165-9**<br><br>Multiple Cites:<br>AHP000527 | **Dkt No. 166** | | |
| **Dkt. No. 128-44, 170-21**<br><br>Foreman 01/18/2023<br>Reply Report<br><br>Page 43 ¶ 131-132<br>Restore-00086093, at -6100. | **Dkt No. 166** | | |
| **Dkt. No. 128-44, 170-21**<br><br>Foreman 01/18/2023<br>Reply Report<br><br>Page 43 ¶ 131-132<br>Restore-00086093, at -6096-6100. | **Dkt No. 166** | | |
| **Dkt. No. 128-44, 170-21**<br><br>Foreman 01/18/2023<br>Reply Report<br><br>Page 44 ¶ 133-134<br>Restore-00086093, at-6107–08.<br>May Tr. 17:21- 18:25;<br>137:23-140:4. | **Dkt No. 166** | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 128-44, 170-21**<br><br>Foreman 01/18/2023 Reply Report<br><br>Page 44 ¶ 133-134 Restore-00086093 | **Dkt No. 166** | | |
| **Dkt. No. 128-44**<br><br>Foreman 01/18/2023 Reply Report<br><br>Page 56-57 ¶ 172 Restore-00089490, at -9495, -9498 | **Dkt No. 166** | | |
| **Dkt. No. 128-44**<br><br>Foreman 01/18/2023 Reply Report<br><br>Page 69 ¶ 220-221 Restore-00001248, at -1256. | **Dkt No. 166** | | |
| **Dkt. No. 128-44**<br><br>Foreman 01/18/2023 Reply Report<br><br>Page 69 ¶ 220-221 Restore-00001248, at -1254 | **Dkt No. 166** | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 165-14**<br><br>Trautman 03/01/2023 Rebuttal Report<br><br>Page 15 ¶ 30<br>Restore-00112674, at -683<br>Ferreira Dep. (Nov. 10, 2022) Tr. at 193:16-195:13. | **Dkt No. 166** | | |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 114<br>Parker (in Restore) Dep. at 145:16-24 | **Dkt No. 166** | | |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 114<br>Restore-00094918-956 at 928, 930 | **Dkt No. 166** | | |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 364<br>Restore-00055935 | **Dkt No. 166** | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 364<br>Restore-00055937 | **Dkt No. 166** | | |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 364<br>Restore-00055938 | **Dkt No. 166** | | |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 443<br>Parker (in Restore)<br>Dep. at 204:16-206:2 | **Dkt No. 166** | | |
| **Dkt. No. 128-2, 165-3**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 444<br>Restore-00094938-956<br>at 953-955 | **Dkt No. 166** | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 445<br>Parker (in Restore) Dep. at 132:7 – 142:12 | **Dkt No. 166** | | |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 503<br>Restore-00055937 | **Dkt No. 166** | | |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 547<br>Restore-00055937 | **Dkt No. 166** | | |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 616<br>Parker (in Restore) Dep. at 53:21-56:2 | **Dkt No. 166** | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 627<br>Parker (in Restore) Dep. at 115:24-116:9 | **Dkt No. 166** | | |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 645<br>Parker (in Restore) Dep. at 119:19-120:30 | **Dkt No. 166** | | |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 840<br>Restore-00009348-359 at 355 | **Dkt No. 166** | | |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br>Footnote 876<br>Restore-00002260-265 at 262 | **Dkt No. 166** | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 722<br>May (in Restore) Dep. at 100:12-102:3 | **Dkt No. 166** | | |
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 723<br>May (in Restore) Dep. at 100:12-102:3 | **Dkt No. 166** | | |
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 724<br>May (in re: da Vinci) Dep. at 100:12-102:3 | **Dkt No. 166** | | |
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br>Footnote 725<br>Clif Parker 5/4/2021 30(b)(6) Dep. (Restore) at<br>172:2-15 | **Dkt No. 166** | | |

[PROPOSED] ORDER RE: PARTIES' MOTIONS TO SEAL

Case No. 3:21-cv-03825-AMO-LB

| | | | |
|---|---|---|---|
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 725<br>Vautrot 5/22/2021 Dep. (Restore), Ex. 4 at Restore-00039124 | **Dkt No. 166** | | |
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 810<br>May (in In re: da Vinci) Dep. at 75:16-76:1 | **Dkt No. 166** | | |
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 839<br>Ferreira (in In re: da Vinci) Dep. at 113:13-20 | **Dkt No. 166** | | |
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 841<br>Parker (in In re: da Vinci) Dep. at 30:24-31:2 | **Dkt No. 166** | | |

| Dkt. No. 165-4, 128-3 | Dkt No. 166 | | |
|---|---|---|---|
| Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 842<br>Parker (in In re: da Vinci) Dep. at 141:14-21 | | | |
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 843<br>Parker (in In re: da Vinci) Dep. at 139:23-140:08;<br>141:23-142:12 | **Dkt No. 166** | | |
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 844<br>May (in In re: da Vinci) Dep. at 97:5-8 | **Dkt No. 166** | | |
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 897<br>Parker (in Restore) Dep. at 145:16-24 | **Dkt No. 166** | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | | |
|---|---|---|---|
| **Dkt. No. 170-1**<br>Hospital Plaintiff's Brief<br><br>Plaintiffs' Opposition To Intuitive's Cross-Motion For Summary Judgment And Reply In Support Of Partial Summary Judgment<br><br>Page 20, lines 17-18 (citing Deposition of Clif Parker (*In re da Vinci*) at 162:16-25)) | **Dkt. No. 178** | | |
| **Dkt. No. 170-16**<br><br>Hospital Plaintiff's Exhibit 116 Parnell 03/01/2023 Rebuttal Report<br><br>Page 120 ¶ 268 Restore-00089490, at -9493 | **Dkt. No. 178** | | |
| **Dkt. No. 170-16**<br><br>Hospital Plaintiff's Exhibit 116 Parnell 03/01/2023 Rebuttal Report<br><br>Page 120 ¶ 269 Restore-00089490, at -9493 | **Dkt. No. 178** | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 170-16**<br><br>Hospital Plaintiff's Exhibit 116 Parnell 03/01/2023 Rebuttal Report<br><br>Page 120 ¶ 270 Restore-00089490, at -9493-95, -9495, 9496-9467 | **Dkt. No. 178** | | |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 39 ¶ 117 to Page 44 ¶ 134<br><br>510(k) Submission See ECF No. 157 | **Dkt. No. 178** | | |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 41 ¶ 124 | **Dkt. No. 178** | | |
| **Dkt. No. 128-44, 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 01/18/2023 Report<br><br>Page 43 ¶ 131-132 Restore-00086093, at -6100. | **Dkt. No. 178** | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 128-44, 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 01/18/2023 Report<br><br>Page 43 ¶ 131-132 Restore-00086093, at -6096-6100. | **Dkt. No. 178** | | |
| **Dkt. No. 128-44, 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 01/18/2023 Report<br><br>Page 44 ¶ 133-134 Restore-00086093, at-6107–08.<br>May Tr. 17:21- 18:25; 137:23-140:4. | **Dkt. No. 178** | | |
| **Dkt. No. 128-44, 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 01/18/2023 Report<br><br>Page 44 ¶ 133-134 Restore-00086093 | **Dkt. No. 178** | | |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 46 ¶ 139 (Last Sentence)<br><br>510(k) Submission See ECF No. 157 | **Dkt. No. 178** | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 56 ¶ 172 | **Dkt. No. 178** | | |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 57 ¶ 175 | **Dkt. No. 178** | | |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 69 ¶¶ 221 | **Dkt. No. 178** | | |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 76 ¶ 242<br><br>510(k) Submission See ECF No. 157 | **Dkt. No. 178** | | |
| **Dkt. No. 170-25**<br><br>Hospital Plaintiff's Exhibit 130 | **Dkt. No. 178** | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 170-27**<br><br>Hospital Plaintiff's Exhibit 137 Deposition of Clifton Parker (October 25, 2022)<br><br>Pages 139-141 | **Dkt. No. 178** | | |
| **Dkt. No. 170-27**<br><br>Hospital Plaintiff's Exhibit 137 Deposition of Clifton Parker (October 25, 2022)<br><br>Page 165 | **Dkt. No. 178** | | |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 39 ¶ 117 to Page 44 ¶ 134<br><br>510(k) Submission See ECF No. 157 | **Dkt. No. 183** | | |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 41 ¶ 124 | **Dkt. No. 183** | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 128-44, 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 01/18/2023 Report<br><br>Page 43 ¶ 131-132 Restore-00086093, at -6100. | **Dkt. No. 183** | | |
| **Dkt. No. 128-44, 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 01/18/2023 Report<br><br>Page 43 ¶ 131-132 Restore-00086093, at -6096-6100. | **Dkt. No. 183** | | |
| **Dkt. No. 128-44, 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 01/18/2023 Report<br><br>Page 44 ¶ 133-134 Restore-00086093, at-6107–08.<br>May Tr. 17:21- 18:25; 137:23-140:4. | **Dkt. No. 183** | | |
| **Dkt. No. 128-44, 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 01/18/2023 Report<br><br>Page 44 ¶ 133-134 Restore-00086093 | **Dkt. No. 183** | | |

| | | | |
|---|---|---|---|
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 46 ¶ 139 (Last Sentence)<br><br>510(k) Submission See ECF No. 157 | **Dkt. No. 183** | | |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 56 ¶ 172 | **Dkt. No. 183** | | |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 57 ¶ 175 | **Dkt. No. 183** | | |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 69 ¶¶ 221 | **Dkt. No. 183** | | |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 76 ¶ 242<br><br>510(k) Submission See ECF No. 157 | **Dkt. No. 183** | | |

   

| | | | |
|---|---|---|---|
| **Dkt. No. 170-16**<br><br>Parnell 03/01/2023 Rebuttal Report<br><br>Page 120 ¶ 268 Restore-00089490, at -9493 | **Dkt. No. 172** | | |
| **Dkt. No. 170-16**<br><br>Parnell 03/01/2023 Rebuttal Report<br><br>Page 120 ¶ 269 Restore-00089490, at -9493 | **Dkt. No. 172** | | |
| **Dkt. No. 170-16**<br><br>Parnell 03/01/2023 Rebuttal Report<br><br>Page 120 ¶ 270 Restore-00089490, at -9493-95, -9495, 9496-9467 | **Dkt. No. 172** | | |
| **Dkt. No. 182-4**<br>Defendant's Reply Brief in Support of Motion of Intuitive to Exclude Testimony of E. Elhauge<br><br>Page 7 | **Dkt. No. 185** | | |
| **Dkt. No. 182-7**<br>Ex. 13 to Supplemental Declaration of Ashley Bass in Support of Motion to Exclude E. Elhauge<br><br>Deposition of a (Nov. 3, 2022)<br><br>Page 50 | **Dkt. No. 185** | | |

[PROPOSED] ORDER RE: PARTIES' MOTIONS TO SEAL

Case No. 3:21-cv-03825-AMO-LB

| | | | |
|---|---|---|---|
| **Dkt. No. 187-2** Reply Brief of Intuitive Surgical, Inc. on Cross-Motions for Summary Judgment<br><br>Page 10 | **Dkt. No. 190** | | |
| **Dkt. No. 187-3** Cahoy Supplemental Dec. Ex. 96 Deposition of Kevin May (Nov. 3, 2022) Page 60 | **Dkt. No. 190** | | |

**IT IS SO ORDERED.**

DATED: _____       By:_____

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge
Northern District of California

[PROPOSED] ORDER RE: PARTIES' MOTIONS TO
SEAL                                          Case No. 3:21-cv-03825-AMO-LB