1

2

3

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7  **IN RE: DA VINCI SURGICAL ROBOT**          Case No.  21-cv-03825-AMO
   **ANTITRUST LITIGATION**

8
                                              **SUPERSEDING OMNIBUS ORDER**
9                                             **RE: SEALING**

10

11

12

13        Before the Court are the Parties' and Third-Parties' Administrative Motions to Seal,

14  Motions to Consider Sealing Third-Party Materials, Statements in Support of Sealing,

15  Declarations in Support of Sealing, and associated exhibits, at ECF 125, 128, 129, 130, 132, 134,

16  135, 137, 138, 139, 143, 150, 152, 155, 165, 168, 170, 171, 179, 180, 182, 186, 187.  The Court,

17  having carefully considered the submissions, the record, the applicable law, and any arguments

18  related thereto, hereby orders that the Administrative Motions are **GRANTED** in part and **DENIED**

19  in part.

20        The Court entered an earlier version of this Order that did not fully address all of the pending

21  administrative motions to seal.  This Order incorporates and **SUPERSEDES** the Court's Omnibus

22  Order Regarding Sealing dated April 1, 2024.

23                              **LEGAL STANDARD**

24        Pursuant to Civil Local Rule 79-5, the party seeking to file a document or portions of it

25  under seal must explain "(i) the legitimate private or public interests that warrant sealing; (ii) the

26  injury that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is

27  not sufficient."  Civil L.R. 79-5(c)(1).  The request must be "narrowly tailored to seal only the

28  sealable material."  *Id.* at 79-5(c)(3).

United States District Court
Northern District of California

United States District Court
Northern District of California

A party seeking to seal records must provide "compelling reasons" to overcome the "strong presumption in favor of access." *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); *see Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016). The standard derives from the "common law right 'to inspect and copy public records and documents, including judicial records and documents.'" *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) (quoting *Kamakana*, 447 F.3d at 1178). To overcome this strong presumption, the party seeking to seal judicial records must "articulate compelling reasons supported by specific factual findings . . . that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Kamakana*, 447 F.3d at 1178-79 (citations omitted). The party must make a "particularized showing" that "specific prejudice or harm will result" if the information is disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002).

It is in the "sound discretion of the trial court" to determine what constitutes a "compelling reason" for sealing a court document. *Ctr. for Auto Safety*, 809 F.3d at 1097 (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978)). Compelling reasons justifying sealing court records generally exist when such "court files might . . . become a vehicle for improper purposes" such as "releas[ing] trade secrets," *Kamakana*, 447 F.3d at 1179, or "as sources of business information that might harm a litigant's competitive standing," *Ctr. for Auto Safety*, 809 F.3d at 1097; *see In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (sealing trade secret information about "the pricing terms, royalty rates, and guaranteed minimum payment terms" in the parties' licensing agreement). Records attached to nondispositive motions must meet the lower "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure, as such records "are often unrelated, or only tangentially related, to the underlying cause of action." *Kamakana*, 447 F.3d at 1179-80 (quotations omitted).

## DISCUSSION

The Court finds that compelling reasons exist to support the filing under seal of the documents or portions thereof listed as "granted" in the following chart and grants the requests to

seal these documents or portions thereof where they appear on the public docket.  The Court denies the request to seal any documents or portions thereof (1) listed as "denied" in the following chart or (2) provisionally filed under seal pursuant to Local Rule 79-5(f) because a Party or Third-Party had designated them as confidential or highly confidential under the protective order but that were not included in the below chart because no Party or Third-Party filed a statement or declaration seeking to maintain them under seal pursuant to Local Rule 79-5(f).

The Court appreciates the efforts of counsel to prepare the chart below, including citations to the relevant docket entries.  The Court notes that, while it grants sealing many of the documents presented at this stage, it will be disinclined to permit sealing of materials presented in a public trial.

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
| --- | --- | --- | --- |
| Document or Portion of Document Sought to be Sealed[1] | Evidence offered in Support of Sealing | Objections | Ruling |
| **ECF No. 125-2; 125-3** Exhibit A - Bass Declaration in Support of the Motion to Exclude Einer Elhauge, Exhibit 1 (Expert Report of Einer Elhauge) <br> • Page 14, redacted fn. 55 | **ECF No. 125-1** Wong Declaration in Support of Motion to Seal, ¶ 5 <br><br> **ECF No. 125** Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | GRANTED. Proprietary business information. |

---

[1] The docket numbers listed refer to the under seal version of the document at issue that was submitted in unredacted form for the Court's review.

United States District Court
Northern District of California

United States District Court
Northern District of California

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| Document or Portion of Document Sought to be Sealed[1] | Evidence offered in Support of Sealing | Objections | Ruling |
| **ECF No. 125-4** Exhibit B - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 8 (Howe 1/18/23 Larkin Rpt) <ul><li>Page 28, Figure 6</li></ul> | **ECF No. 125-1** Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br>**ECF No. 125** Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | GRANTED. Proprietary business information. |
| **ECF No. 125-4** Exhibit B - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 8 (Howe 1/18/23 Larkin Rpt) <ul><li>Page 36, Figure 9</li></ul> | **ECF No. 125-1** Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br>**ECF No. 125** Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | DENIED. Descriptions of surgical maneuvers are not proprietary. |
| **ECF No. 125-4** Exhibit B - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 8 (Howe 1/18/23 Larkin Rpt) <ul><li>Page 37, Figure 10</li></ul> | **ECF No. 125-1** Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br>**ECF No. 125** Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | DENIED. Descriptions of surgical maneuvers are not proprietary. |

United States District Court
Northern District of California

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 125-4** Exhibit B - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 8 (Howe 1/18/23 Larkin Rpt) <br> • Page 84, Figure 20 | **ECF No. 125-1** Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br> **ECF No. 125** Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | GRANTED. Proprietary business information. |
| **ECF No. 125-4** Exhibit B - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 8 (Howe 1/18/23 Larkin Rpt) <br> • Page 88, Figure 21 | **ECF No. 125-1** Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br> **ECF No. 125** Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | GRANTED. Proprietary business information. |
| **ECF No. 125-4** Exhibit B - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 8 (Howe 1/18/23 Larkin Rpt) <br> • Page 89, redacted portions of ¶ 174 | **ECF No. 125-1** Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br> **ECF No. 125** Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | GRANTED. Proprietary business information. |

United States District Court
Northern District of California

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 125-5** Exhibit C - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 9 (Howe 1/18/23 *SIS* Rpt) <br>• Page 29, Figure 6 | **ECF No. 125-1** Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br>**ECF No. 125** Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | GRANTED. Proprietary business information. |
| **ECF No. 125-5** Exhibit C - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 9 (Howe 1/18/23 *SIS* Rpt) <br>• Page 37, Figure 9 | **ECF No. 125-1** Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br>**ECF No. 125** Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | DENIED. Descriptions of surgical maneuvers are not proprietary. |
| **ECF No. 125-5** Exhibit C - Chaput Declaration in Support of the Motion to Exclude Dr. T. Kim Parnell, Ex. 9 (Howe 1/18/23 *SIS* Rpt) <br>• Page 38, Figure 10 | **ECF No. 125-1** Wong Declaration in Support of Motion to Seal, ¶ 6 <br><br>**ECF No. 125** Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | DENIED. Descriptions of surgical maneuvers are not proprietary. |

United States District Court
Northern District of California

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| Document or Portion of Document Sought to be Sealed[1] | Evidence offered in Support of Sealing | Objections | Ruling |
| ECF No. 125-6 Exhibit D - Lannin Declaration in Support of the Motion to Exclude Dr. Eugene Rubach, Ex. 4 (Excerpts from (Howe 1/18/23 *Larkin* Rpt) • Page 28, Figure 6 • Page 36, Figure 9 • Page 37, Figure 10 | ECF No. 125-1 Wong Declaration in Support of Motion to Seal, ¶ 6  ECF No. 125 Administrative Motion to File Under Seal Materials from Daubert Motions, pg. 1-3 | | Page 28, Figure 6 GRANTED. Proprietary business information.  Page 37, Figure 9 Page 38, Figure 10 DENIED. Descriptions of surgical maneuvers are not proprietary. |
| ECF No. 143-2; 143-15 Exhibit 1, Plaintiffs' Administrative Motion to Consider • Page 14, redacted fn. 55 | ECF No. 143-1 Declaration of Dr. Jaime Wong in Support of Defendant Intuitive Surgical's Statement in Support of Plaintiffs' Administrative Motions to Consider Whether Another Party's Materials Should be Sealed ("Wong Declaration in Support of Statement to Consider Sealing"), ¶ 4  ECF No. 143 Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 | | GRANTED. Proprietary business information. |

United States District Court
Northern District of California

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 143-3; 143-17** Exhibit 12 (Intuitive-00067540 – Intuitive-00067547), Plaintiffs' Administrative Motion to Consider <br> • Page Intuitive-00067547, redacted portion | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 6 <br><br> **ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-2, 4-5 | | GRANTED. Proprietary business information. |
| **ECF No. 143-4; 143-17** Exhibit 42 (Intuitive-00029174), Plaintiffs' Administrative Motion to Consider <br> • Page Intuitive-00029174, redacted portions. | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 4 <br><br> **ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 | | GRANTED. Proprietary business information. |

8

United States District Court
Northern District of California

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed**[1] | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 143-5; 143-19** Exhibit 44 (Intuitive-00552697 – Intuitive-00552715), Plaintiffs' Administrative Motion to Consider<br>• Pages Intuitive-00552706 – Intuitive-00552715, redacted portions | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 5<br><br>**ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-4 | | GRANTED. Proprietary product development information. |
| **ECF No. 143-6; 143-20** Exhibit 48 (Intuitive-01235518 – Intuitive-01235542), Plaintiffs' Administrative Motion to Consider<br>• Pages Intuitive-01235528 – Intuitive-01235533, redacted portions.<br>• Pages Intuitive-01235535 – Intuitive-01235542, redacted portions. | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 6<br><br>**ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-2, 4-5 | | GRANTED. Proprietary business information. |

United States District Court
Northern District of California

| | | | |
|---|---|---|---|
| **ECF No. 143-7; 143-21** Exhibit 68 (Intuitive-00560277 – Intuitive-00560390), Plaintiffs' Administrative Motion to Consider<br>Pages containing redacted information:<br>• Intuitive-00560281<br>• Intuitive-00560282<br>• Intuitive-00560291<br>• Intuitive-00560292<br>• Intuitive-00560293<br>• Intuitive-00560294<br>• Intuitive-00560295<br>• Intuitive-00560296<br>• Intuitive-00560297<br>• Intuitive-00560298<br>• Intuitive-00560299<br>• Intuitive-00560300<br>• Intuitive-00560301<br>• Intuitive-00560302<br>• Intuitive-00560303<br>• Intuitive-00560304<br>• Intuitive-00560305<br>• Intuitive-00560306<br>• Intuitive-00560307<br>• Intuitive-00560308<br>• Intuitive-00560309<br>• Intuitive-00560310<br>• Intuitive-00560311<br>• Intuitive-00560312<br>• Intuitive-00560313<br>• Intuitive-00560314<br>• Intuitive-00560315<br>• Intuitive-00560316<br>• Intuitive-00560317<br>• Intuitive-00560318<br>• Intuitive-00560320<br>• Intuitive-00560321<br>• Intuitive-00560322<br>• Intuitive-00560323<br>• Intuitive-00560324<br>• Intuitive-00560325<br>• Intuitive-00560326<br>• Intuitive-00560327 | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶¶ 4, 6<br><br>**ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-5 | | GRANTED. Proprietary business information and non-public financial information. |

United States District Court
Northern District of California

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| Document or Portion of Document Sought to be Sealed[1] | Evidence offered in Support of Sealing | Objections | Ruling |
| • Intuitive-00560330 – Intuitive-00560332<br>• Intuitive-00560335 – Intuitive-00560338<br>• Intuitive-00560343 – Intuitive-00560344<br>• Intuitive-00560346<br>• Intuitive-00560350 – Intuitive-00560351<br>• Intuitive-00560356<br>• Intuitive-00560358 – Intuitive-00560362<br>• Intuitive-00560365 – Intuitive-00560369<br>• Intuitive-00560371 – Intuitive-00560378<br>• Intuitive-00560386 – Intuitive-00560387<br>• Intuitive-00560389 – Intuitive-00560390 | | | |
| **ECF No. 143-8; 143-22** Exhibit 69 (Intuitive-00366044 – Intuitive-00366053), Plaintiffs' Administrative Motion to Consider<br>• Pages Intuitive-00366046 – Intuitive-00366047, redacted portions.<br>• Pages Intuitive-00366051 – Intuitive-00366052, redacted portions. | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 4<br><br>**ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 | | GRANTED. Proprietary business information. |

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 143-9; 143-23** Exhibit 73 (Intuitive-00519980 – Intuitive-00520005), Plaintiffs' Administrative Motion to Consider • Pages Intuitive-00520001 – Intuitive-00520002, redacted portions. | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 4  **ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 | | GRANTED. Proprietary business information. |
| **ECF No. 143-10; 143-24** Exhibit 76 (Intuitive-00203904 – Intuitive-00203906), Plaintiffs' Administrative Motion to Consider • Pages Intuitive-00203904 – Intuitive-00203905, redacted portions | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 6  **ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-2, 4-5 | | GRANTED. Non-public financial information. |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 143-11; 143-25** Exhibit 90 (Intuitive-00552716 – Intuitive-00552727), Plaintiffs' Administrative Motion to Consider • Pages Intuitive-00552723 – Intuitive-00552727, redacted portions. | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 5  **ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-4 | | GRANTED. Proprietary business and product development information. |
| **ECF No. 143-12; 143-26** Exhibit 93 (Intuitive-02038766 – Intuitive-02038770), Plaintiffs' Administrative Motion to Consider • Page Intuitive-02038767, redacted portions. • Page Intuitive-02038768, redacted portions. | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶¶ 4, 5  **ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-4 | | GRANTED. Proprietary business information. |

United States District Court
Northern District of California

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 143-13; 143-27** Exhibit 96 (Intuitive-00552728 – Intuitive-00552743), Plaintiffs' Administrative Motion to Consider <br> • Pages Intuitive-00552735 – Intuitive-00552741 and Intuitive-00552743, redacted portions. | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 5 <br><br> **ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-4 | | GRANTED. Proprietary business and product development information. |
| **ECF No. 143-14; 143-28** Exhibit 97 (Intuitive-01265649 – Intuitive-01265809), Plaintiffs' Administrative Motion to Consider <br><br> Pages containing redacted information: <br> • Intuitive-01265652 – Intuitive-01265655 <br> • Intuitive-01265657 – Intuitive-01265675 <br> • Intuitive-01265677 – Intuitive-01265740 <br> • Intuitive-01265742 – Intuitive-01265756 <br> • Intuitive-01265759 – Intuitive-01265774 <br> • Intuitive-01265776 – Intuitive-01265779 <br> • Intuitive-01265781 – Intuitive-01265787 <br> • Intuitive-01265789 <br> • Intuitive-01265792 | **ECF No. 143-1** Wong Declaration in Support of Statement to Consider Sealing, ¶ 6 <br><br> **ECF No. 143** Intuitive's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 2-3, 5-6 | | GRANTED. Proprietary business and non-public financial information. |

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| • • Intuitive-01265794 – Intuitive-01265809 | | | |
| **ECF No. 152-2** Declaration of Kathryn E. Cahoy in Support of Intuitive's Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment Ex. 3 (Howe 1/18/23 *Larkin* Rpt) <br> • Page 28, Figure 6 <br> • Page 36, Figure 9 <br> • Page 37, Figure 10 <br> • Page 84, Figure 20 <br> • Page 88, Figure 21 <br> • Page 89, redacted portions of ¶ 174 | **ECF No. 152-1** Declaration of Dr. Jaime Wong in Support of Intuitive Surgical's Administrative Motions to Seal Materials From Its Summary Judgment Briefs, ¶ 6 <br><br> **ECF No. 152** Intuitive's Administrative Motion to Seal Materials From its Opposition to Plaintiffs' Motion for Summary Judgment and Cross Motion for Summary Judgment, pg. 1-2 | | Page 28, Figure 6 GRANTED. Proprietary business information. <br><br> Page 37, Figure 9 Page 38, Figure 10 DENIED. Descriptions of surgical maneuvers are not proprietary. <br><br> Page 84, Figure 20 Page 88, Figure 21 Page 89, redacted portions of ¶ 174 GRANTED. Proprietary business and product development information. |

United States District Court
Northern District of California

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 168-2** Bateman Ex. 8 ISO Plaintiffs' Opposition to Intuitive's Motion to Exclude Testimony of Einer Elhauge - Deposition of Nickola "Nicky" Goodson (October 27, 2022) <br>• Pages 183-184, redacted portions. | **ECF No. 168-1** Declaration of Dr. Jaime Wong in Support of Intuitive Surgical, Inc.'s Statement in Support of Plaintiffs' April 20, 2023 Administrative Motions to Consider Whether Another Party's Materials Should Be Sealed ("Wong Dec."), ¶ 4 <br><br>**ECF No. 168** Intuitive's Statement in Support of Plaintiffs' April 20, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 | | GRANTED. Proprietary business information. |
| **ECF No. 125-2; 125-3** Bateman Ex. 1 ISO Plaintiffs' Opposition to Intuitive's Motion to Exclude Testimony of Einer Elhauge - Corrected Expert Report of Professor Einer Elhauge (January 10, 2023) <br>• Page 14, redacted fn. 55 | **ECF No. 168-1** Wong Decl. ¶ 4 <br><br>**ECF No. 168** Intuitive's Statement in Support of Plaintiffs' April 20, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 <br><br>(*See* Dkt. 125-2; Dkt. 125-7 at 1.) | | GRANTED. Proprietary business information. |

16

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 143-12; 143-26** McCuaig Ex. 15 ISO of Plaintiffs' Opposition to Intuitive's Motion to Exclude Kimberly Trautman's Testimony - Intuitive-02038766 <br>• Pages Intuitive-02038767–68, redacted portions. | **ECF No. 168-1** Wong Decl. ¶ 4 <br><br>**ECF No. 168** Intuitive's Statement in Support of Plaintiffs' April 20, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 <br><br>(*See* Dkt. 143-26; Dkt. 143-29 at 4–5) | | GRANTED. Proprietary business information. |
| **ECF No. 143-11; 143-25** Spector Ex. 8 ISO Plaintiffs' Opposition to Defendant's Motion to Exclude Testimony of Dr. Eugene Rubach - Intuitive-00552716 – Intuitive-00552727, NFJ for IS4000 8mm Needle Drivers <br>• Pages Intuitive-00552723 – Intuitive-00552727, redacted portions. | **ECF No. 168-1** Wong Decl. ¶ 5 <br><br>**ECF No. 168** Intuitive's Statement in Support of Plaintiffs' April 20, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-4 <br><br>(*See* Dkt. 143-25; Dkt. 143-29 at 4) | | GRANTED. Proprietary business and product development information. |

United States District Court
Northern District of California

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 168-3** McCuaig Ex. 12 ISO of Plaintiffs' Opposition to Intuitive's Motion to Exclude Kimberly Trautman's Testimony - Intuitive-00493612 <br>• Page Intuitive-00493619, redacted portions. <br>• Page Intuitive-00493623, redacted portion. <br>• Page Intuitive-00493625, redacted portions. <br>• Page Intuitive-00493630, redacted portions. <br>• Page Intuitive-00493633, redacted portions. | **ECF No. 168-1** Wong Decl. ¶ 5 <br><br>**ECF No. 168** Intuitive's Statement in Support of Plaintiffs' April 20, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-4 | | GRANTED. Proprietary business information. |
| **ECF No. 143-3; 143-17** McCuaig Ex. 9 ISO of Plaintiffs' Opposition to Intuitive's Motion to Exclude Kimberly Trautman's Testimony - Intuitive-00067540 -SLSA <br>• Page Intuitive-00067547, redacted portion | **ECF No. 168-1** Wong Decl. ¶ 6 <br><br>**ECF No. 168** Intuitive's Statement in Support of Plaintiffs' April 20, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-2, 4 <br><br>(*See* Dkt. 143-17; Dkt. 143-29 at 1) | | GRANTED. Proprietary business information. |

United States District Court
Northern District of California

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed**[1] | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 180-2** Spector Decl., Ex. 102 (Intuitive-02056740-Intuitive-02056761)<br><br>Pages containing redacted information:<br>• Intuitive-02057644-Intuitive-02057646<br>• Intuitive-02057649<br>• Intuitive-02057651 | **ECF No. 180-1** Declaration of Dr. Jaime Wong in Support of Intuitive Surgical, Inc.'s Statement in Support of Plaintiffs' May 4, 2023 Administrative Motions to Consider Whether Another Party's Materials Should Be Sealed ("Wong Dec."), Wong Dec. ¶ 6.<br><br>**ECF No. 180** Intuitive's Statement in Support of Plaintiffs' May 4, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-4 | | GRANTED. Proprietary business and product development information. |
| **ECF No. 180-3** Spector Decl., Ex. 123 (Intuitive-00493612-Intuitive-00493670)<br><br>Pages containing redacted information:<br>• Intuitive-00493619<br>• Intuitive-00493623<br>• Intuitive-00493625<br>• Intuitive-00493630<br>• Intuitive-00493633 | **ECF No. 180-1** Wong Dec. ¶ 6<br><br>**ECF No. 180** Intuitive's Statement in Support of Plaintiffs' May 4, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-4 | | GRANTED. Proprietary business and product development information. |

United States District Court
Northern District of California

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| Document or Portion of Document Sought to be Sealed[1] | Evidence offered in Support of Sealing | Objections | Ruling |
| **ECF No. 180-4** Spector Decl., Exhibit 130 – Restore Settlement (Intuitive-02072151 –Intuitive-02072157) <br> • Page Intuitive-02072153, redacted portions | **ECF No. 180-1** Wong Dec. ¶ 7 <br><br> **ECF No. 180** Intuitive's Statement in Support of Plaintiffs' May 4, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3, 4 | | GRANTED. Non-public financial information. |
| **ECF No. 180-5** Spector Decl., Exhibit 131 – Rebotix Settlement (Intuitive-02070399 –Intuitive-02070405) <br> • Pages Intuitive-2070401- Intuitive-02070402, redacted portions | **ECF No. 180-1** Wong Dec. ¶ 7 <br><br> **ECF No. 180** Intuitive's Statement in Support of Plaintiffs' May 4, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3, 4 | | GRANTED. Non-public financial information. |
| **ECF No. 180-6** Spector Decl., Exhibit 146 (Intuitive-00786911 – Intuitive-00786951) <br> • Page Intuitive-00786914, redacted portions. <br> • Page Intuitive-00786919, redacted portions. <br> • Page Intuitive-00786945, redacted portions. | **ECF No. 180-1** Wong Dec. ¶ 5 <br><br> **ECF No. 180** Intuitive's Statement in Support of Plaintiffs' May 4, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 | | GRANTED. Proprietary business information. |

United States District Court
Northern District of California

| Documents or Portions Thereof that Intuitive Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed[1]** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF No. 180-7** Spector Decl., Exhibit 147 (Intuitive-00785382 – Intuitive-00785422) <br>• Page Intuitive-00785417 | **ECF No. 180-1** Wong Dec. ¶ 5 <br><br>**ECF No. 180** Intuitive's Statement in Support of Plaintiffs' May 4, 2023 Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, pg. 1-3 | | GRANTED. Proprietary business information. |
| **ECF No. 186-2** Cahoy Supp. Declaration Ex. 90 (Intuitive-00506505 excerpts) <br>• Pages Intuitive-0506539–42, redacted portions <br>• Pages Intuitive-0506593–94, redacted portions | **ECF No. 186-1** Declaration of Dr. Jaime Wong in Support of Intuitive Surgical, Inc.'s Administrative Motion to Seal Materials from its Summary Judgment Reply ("Wong Dec."), Wong Dec. ¶ 4. <br><br>**ECF No. 186** Intuitive's Administrative Motion to Seal Materials From its Summary Judgment Reply, pg. 1-2 | | GRANTED. Cybersecurity development content. |

United States District Court
Northern District of California

| Documents or Portions Thereof that Stryker Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
| ECF 170-28<br><br>Spector Dec. Ex. 139 (STRREB00000259-STRREB00000273) | ECF No. 179, pg. 1-8<br><br>ECF No. 179-1, 179-2 | | GRANTED. Proprietary business information. |

| Documents or Portions Thereof that Alliance Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
| ECF No. 139-28<br><br>Exhibit 15, Motion to Exclude Testimony of Trautman AHP000527 | ECF No. 146 | | GRANTED. Proprietary business and product development information. |
| ECF No. 155-29<br><br>Intuitive Cross Motion for Summary Judgment Cahoy Dec. Ex. 41 AHP000527 | ECF No. 157 | | GRANTED. Proprietary business and product development information. |
| ECF No. 170-16, 165-9<br><br>Rebuttal Expert Report of Dr. T. Kim Parnell March 1, 2023 Appendix B: AHP000527 | ECF No. 167 | | GRANTED. Proprietary business and product development information. |
| ECF No. 139-21 Foreman 01/18/2023 Report ¶¶ 117-26, 139-40 | ECF No. 146 Berhold Dec. ¶¶ 3-7 | | GRANTED. Proprietary business and product development information. |
| ECF No. 139-28 Motion to Exclude Testimony of Kimberly A. Trautman Ex. 15 at Page 10 | ECF No. 146 Berhold Dec. ¶¶ 3-7 | | GRANTED. Proprietary business and product development information. |

United States District Court
Northern District of California

| Documents or Portions Thereof that Alliance Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
| ECF No. 155-2 Intuitive Cross Motion for Summary Judgment Page 9 | ECF No. 157 Berhold Dec. ¶¶ 3-7 | | GRANTED. Proprietary business and product development information. |

| Documents or Portions Thereof that Rebotix Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
| ECF 139-7 Expert Report of Robert Howe (01/18/2023) Pages 24-26, ¶¶ 47-49 | ECF No. 142 | | GRANTED. Proprietary business and product development information. |
| ECF 129-1 Exhibit 18 (REBOTIX174692 - Historical timeline for initial R&D of Benjamin Biomedical and Rebotix) to the Declaration of J. Corrigan in Support of Plaintiffs' Motion Portions of page 1 | ECF No. 142 | | GRANTED. Proprietary business and product development information. |
| ECF 129-5 Exhibit 80 (REBOTIX110980) to the Declaration of J. Corrigan in Support of Plaintiffs' Motion Pages 1-2 | ECF No. 142 | | GRANTED. Proprietary business and product development information. |

23

United States District Court
Northern District of California

| Documents or Portions Thereof that Rebotix Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed** | **Evidence offered in Support of Sealing** | **Objections** | **Ruling** |
| **ECF 153; 155-2** Opposition of Defendant Intuitive Surgical, Inc. To Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment (In re Da Vinci) Page 6 | **ECF No. 159** | | GRANTED. Proprietary business and product development information. |
| **ECF 153-7; 155-56** Ex. 1 to Smith Declaration (Smith Amended Rebuttal Report in In re: da Vinci Surgical Robot Antitrust Litigation) Page 37 | **ECF No. 159** | | GRANTED. Proprietary business and product development information. |
| **ECF 153-21; 155-8** Cahoy Dec. Ex. 14 (REBOTIX100995 - REBOTIX101019) Entire Document | **ECF No. 159** | | GRANTED. Proprietary business and product development information. |
| **ECF 153-22; 155-9** Cahoy Dec. Ex. 15 (REBOTIX162404 - REBOTIX162424) Entire Document | **ECF No. 159** | | GRANTED. Proprietary business and product development information. |

| Documents or Portions Thereof that Restore Seeks to Maintain Under Seal | | | |
|---|---|---|---|
| **Document or Portion of Document Sought to be Sealed** | **Evidence Offered in Support of Sealing** | **Objections** | **Ruling** |
| **Dkt. No. 139-21** Foreman 01/18/2023 Report (SIS) at 44 ¶¶ 133-34 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and product development information. |

| | | | |
|---|---|---|---|
| **Dkt. No. 139-21** Foreman 01/18/2023 Report (SIS) at 44 ¶ 135 text only (not footnote) | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | DENIED.  Text of selected paragraph does not contain confidential information, nor does it include a footnote. |
| **Dkt. No. 139-21** Foreman 01/18/2023 Report (SIS) at 45 ¶ 136 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | DENIED.  Text of selected paragraph does not contain confidential information. |
| **Dkt. No. 139-21** Foreman 01/18/2023 Report (SIS) at 57 ¶ 174 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 139-21** Foreman 01/18/2023 Report (SIS) at 70 ¶ 223 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and agency communications. |
| **Dkt. No. 139-21** Foreman 01/18/2023 Report (SIS) at 71 ¶ 224 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | DENIED.  Text of selected paragraph does not contain confidential information. |
| **Dkt. No. 139-8** Howe 01/18/2023 Report (SIS) at 8 ¶ 19 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 139-8** Howe 01/18/2023 Report (SIS) at 23-24 ¶ 46 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 139-8** Howe 01/18/2023 Report (SIS) at 24 ¶ 47 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 139-8** Howe 01/18/2023 Report (SIS) at 43 ¶ 75 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and product development information. |

United States District Court
Northern District of California

United States District Court
Northern District of California

| | | | |
|---|---|---|---|
| **Dkt. No. 139-8** Howe 01/18/2023 Report (SIS) at 66 ¶ 125 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 139-8** Howe 01/18/2023 Report (SIS) at 66 ¶ 127 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 139-8** Howe 01/18/2023 Report (SIS) at ¶¶ 143-45, 147-50, 152-55, 158 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 139-7** Howe 01/18/2023 Report (Larkin) at 5 ¶ 12 redact n.9 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 139-7** Howe 01/18/2023 Report (Larkin) at 22-23 ¶ 48 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 139-7** Howe 01/18/2023 Report (Larkin) at 23 ¶ 49 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 139-7** Howe 01/18/2023 Report (Larkin) at 42 ¶¶ 78-79 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 139-7** Howe 01/18/2023 Report (Larkin) at 66 ¶ 128 | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 139-7** Howe 01/18/2023 Report (Larkin) at 71 ¶ 142 redact parenthetical in footnote | **Dkt. No. 145** Parker Dec. ¶¶ 3-5 (8:20-8:21)  **Dkt. No. 146** | | GRANTED. Proprietary business information and agency communication. |

| | | | |
|---|---|---|---|
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 72<br>¶ 145 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 72<br>¶ 146 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 72-<br>73 ¶ 147 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 73-<br>74 ¶ 149 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 75<br>¶¶ 150-52 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 77<br>¶¶ 155-57 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 95<br>¶ 183<br>redact text only | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |
| **Dkt. No. 139-7**<br>Howe 01/18/2023<br>Report (Larkin) at 95<br>¶ 184<br>redact first sentence<br>in footnote only | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | DENIED.  Designated<br>text does not contain<br>confidential<br>information. |
| **Dkt. No. 139-2**<br>Parnell 03/01/2023<br>Rebuttal Report<br>(Larkin) at 131<br>¶¶ 292-93 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |

| | | | |
|---|---|---|---|
| **Dkt. No. 139-3**<br>Parnell 03/01/2023<br>Rebuttal Report (SIS)<br>at 111-12 ¶ 264 | **Dkt. No. 145**<br><br>Parker Dec. ¶¶ 3-5 | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |
| **Dkt. No. 139-21**<br>Trautman 01/18/2023<br>Reply Report<br>(Foreman) at 39<br>¶¶ 117-26, 129, 131-<br>34, 137, 139 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5<br><br>**Dkt. No. 146**<br>Berhold Dec. ¶¶ 3-7 | | GRANTED.<br>Proprietary business<br>information and<br>agency<br>communications. |
| **Dkt. No. 139-21**<br>Trautman 01/18/2023<br>Reply Report<br>(Foreman) at 47 ¶<br>140, first sentence | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5<br><br>**Dkt. No. 146**<br>Berhold Dec. ¶¶ 3-7 | | GRANTED.<br>Proprietary business<br>information and<br>agency<br>communications. |
| **Dkt. No. 139-21**<br>Trautman 01/18/2023<br>Reply Report<br>(Foreman) at 56-57 ¶<br>172 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |
| **Dkt. No. 139-21**<br>Trautman 01/18/2023<br>Reply Report<br>(Foreman) at 64 ¶ 203 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | DENIED as to text in<br>¶ 203; GRANTED as<br>to footnote 151,<br>proprietary business<br>and product<br>development<br>information. |
| **Dkt. No. 139-21**<br>Trautman 01/18/2023<br>Reply Report<br>(Foreman) at 69<br>¶¶ 220-21, 233 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | GRANTED.<br>Proprietary business<br>information and<br>agency<br>communications. |
| **Dkt. No. 139-29**<br>Trautman 03/01/2023<br>Rebuttal Report at 15<br>¶ 30 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | DENIED.  Designated<br>text does not contain<br>confidential<br>information. |
| **Dkt. No. 139-16**<br>Smith 01/20/2023<br>Rebuttal Report at 43<br>¶ 53 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |

| | | | |
|---|---|---|---|
| **Dkt. No. 139-16**<br>Smith 01/20/2023 Rebuttal Report at 43 ¶ 55 n.149 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 139-16**<br>Smith 01/20/2023 Rebuttal Report at 140 n.491 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 139-16**<br>Smith 01/20/2023 Rebuttal Report at 175 ¶ 248 n.639 | **Dkt. No. 145**<br>Parker Dec. ¶¶ 3-5 | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 150-1**<br>Parker (in Restore) Dep. at 145:16-24 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 128-2**<br>Restore-00094918-956 at 928, 930 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 128-2**<br>Restore-00055935 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 128-2**<br>Restore-00055937 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 128-2**<br>Restore-00055938 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 128-2**<br>Parker (in Restore) Dep. at 204:16-206:2 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |

United States District Court
Northern District of California

| | | | |
|---|---|---|---|
| **Dkt. No. 128-2, 165-3**<br><br>Restore-00094938-956 at 953-955 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 128-2**<br><br>Parker (in Restore) Dep. at 132:7 – 142:12 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 128-2**<br><br>Restore-00055937 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 128-2**<br><br>Parker (in Restore) Dep. at 53:21-56:2 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 128-2**<br>Parker (in Restore) Dep. at 115:24-116:9 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 128-2**<br><br>Parker (in Restore) Dep. at 119:19-120:30 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 128-2**<br><br>Restore-00009348-359 at 355 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 128-2**<br><br>Restore-00002260-265 at 262 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 128-2**<br><br>May (in Restore) Dep. at 100:12-102:3 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |

| | | | |
|---|---|---|---|
| **Dkt. No. 128-2**<br><br>May (in Restore)<br>Dep. at 100:12-102:3 | **Dkt. No. 144** | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |
| **Dkt. No. 128-2**<br><br>May (in re: da Vinci)<br>Dep. at 100:12-102:3 | **Dkt. No. 144** | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |
| **Dkt. No. 128-3**<br><br>Clif Parker 5/4/2021<br>30(b)(6) Dep.<br>(Restore) at 172:2-15 | **Dkt. No. 144** | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |
| **Dkt. No. 128-3, 165-4**<br><br>Vautrot 5/22/2021<br>Dep. (Restore), Ex. 4<br>at Restore-00039124 | **Dkt. No. 144** | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |
| **Dkt. No. 165-4, 128-3**<br><br>May (in In re: da<br>Vinci) Dep. at 75:16-<br>76:1 | **Dkt. No. 144** | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |
| **Dkt. No. 128-3**<br><br>Ferreira (in In re: da<br>Vinci) Dep. at<br>113:13-20 | **Dkt. No. 144** | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |
| **Dkt. No. 128-3**<br><br>Parker (in In re: da<br>Vinci) Dep. at 30:24-<br>31:2 | **Dkt. No. 144** | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |
| **Dkt. No. 128-3**<br><br>Parker (in In re: da<br>Vinci) Dep. at<br>141:14-21 | **Dkt. No. 144** | | GRANTED.<br>Proprietary business<br>and product<br>development<br>information. |

United States District Court
Northern District of California

| | | | |
|---|---|---|---|
| **Dkt. No. 150-1, 170-27**<br><br>Parker (in In re: da Vinci) Dep. at 139:1-140:08; 141:23-142:12 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 128-3**<br><br>May (in In re: da Vinci) Dep. at 97:5-8 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 128-3**<br><br>Parker (in Restore) Dep. at 145:16-24 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 165-14**<br><br>Restore-00112674 at -683 | **Dkt. No. 144** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 150-1**<br><br>Plaintiff's Motion for Summary Judgment, Declaration of J. Corrigan, Exhibit 79<br><br>Page 139:1-139:12 | **Dkt. No. 156** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 150-1**<br><br>Exhibit 79<br><br>Page 139:13-140:4 | **Dkt. No. 156** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 153-7**<br>Smith Amended Rebuttal Report<br><br>Pages 41-42 | **Dkt No. 158** | | GRANTED only as to the numbers. Proprietary business and product development information. |

| | | | |
|---|---|---|---|
| **Dkt. No. 153-7** Smith Amended Rebuttal Report Page 42 | **Dkt. No. 158** | | GRANTED only as to customer names. Proprietary business and product development information. |
| **Dkt. No. 153-7** Smith Amended Rebuttal Report Page 43 | **Dkt. No. 158** | | GRANTED only as to vendor identities and cost figures represented in numbers. Proprietary business and product development information. |
| **Dkt. No. 153-7** Smith Amended Rebuttal Report Page 45 | **Dkt. No. 158** | | GRANTED only as to customer names. Proprietary business and product development information. |
| **Dkt. No. 153-7** Smith Amended Rebuttal Report Page 140 | **Dkt. No. 158** | | GRANTED only as to vendor identities. Proprietary business and product development information. |
| **Dkt. No. 155-27** Deposition of Clifton Parker (May 4, 2021) Pages 204-205 | **Dkt. No. 158** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 155-27** Deposition of Clifton Parker (May 4, 2021) Pages 213-216 | **Dkt. No. 158** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 155-54** Deposition of Clifton Parker (October 25, 2022) Pages 31-32 | **Dkt. No. 158** | | GRANTED. Proprietary business and product development information. |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | | |
|---|---|---|---|
| **Dkt. No. 155-55** Deposition of Kevin May (November 3, 2022<br><br>Page 60 | **Dkt. No. 158** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 155-26** Cahoy Dec. Ex. 38 Restore-00001248 - Restore-00001256 Attached as Ex. 1. | **Dkt. No. 158** | | GRANTED. Proprietary business information and agency communications. |
| **Dkt. No. 155-30** Cahoy Dec. Ex. 42<br><br>Restore-00086093 - Restore-00086120 Attached as Ex. 2. | **Dkt. No. 158** | | GRANTED. Proprietary business information and agency communications. |
| **Dkt. No. 170-16, 165-9**<br><br>Multiple Cites: AHP000527 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |
| **Dkt. No. 128-44, 170-21**<br><br>Foreman 01/18/2023 Reply Report<br><br>Page 43 ¶ 131-132 Restore-00086093, at -6096-6100. | **Dkt No. 166** | | GRANTED. Proprietary business information and agency communications. |
| **Dkt. No. 128-44, 170-21**<br><br>Foreman 01/18/2023 Reply Report<br><br>Page 44 ¶ 133-134 | **Dkt No. 166** | | GRANTED. Proprietary business information and agency communications. |

| | | | |
|---|---|---|---|
| **Dkt. No. 128-44**<br><br>Foreman 01/18/2023 Reply Report<br><br>Page 56-57 ¶ 172 Restore-00089490, at -9495, -9498 | **Dkt No. 166** | | GRANTED. Proprietary business and product development information. |
| **Dkt. No. 128-44**<br><br>Foreman 01/18/2023 Reply Report<br><br>Page 69 ¶ 220-221 Restore-00001248, at -1256. | **Dkt No. 166** | | GRANTED. Proprietary business information and agency communications. |
| **Dkt. No. 128-44**<br><br>Foreman 01/18/2023 Reply Report<br><br>Page 69 ¶ 220-221 Restore-00001248, at -1254 | **Dkt No. 166** | | GRANTED. Proprietary business information and agency communications. |
| **Dkt. No. 165-14**<br><br>Trautman 03/01/2023 Rebuttal Report<br><br>Page 15 ¶ 30 Restore-00112674, at -683 Ferreira Dep. (Nov. 10, 2022) Tr. at 193:16-195:13. | **Dkt No. 166** | | GRANTED. Proprietary business information and agency communications. |

| | | | |
|---|---|---|---|
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 114<br>Parker (in Restore) Dep. at 145:16-24 | **Dkt No. 166** | | GRANTED. Proprietary business information. |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 114<br>Restore-00094918-956 at 928, 930 | **Dkt No. 166** | | GRANTED. Proprietary business information. |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 364<br>Restore-00055935 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 364<br>Restore-00055937 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |

| | | | |
|---|---|---|---|
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 364 Restore-00055938 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 443 Parker (in Restore) Dep. at 204:16-206:2 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |
| **Dkt. No. 128-2, 165-3**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 444 Restore-00094938-956 at 953-955 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |
| **Dkt. No. 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 445 Parker (in Restore) Dep. at 132:7 – 142:12 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |

United States District Court
Northern District of California

| | | | |
|---|---|---|---|
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 503<br>Restore-00055937 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 547<br>Restore-00055937 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 616<br>Parker (in Restore) Dep. at 53:21-56:2 | **Dkt No. 166** | | GRANTED. Proprietary business information. |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 627<br>Parker (in Restore) Dep. at 115:24-116:9 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information, as it vague and generalized. |

| | | | |
|---|---|---|---|
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 645 Parker (in Restore) Dep. at 119:19-120:30 | **Dkt No. 166** | | GRANTED. Proprietary business plans. |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br><br>Footnote 840 Restore-00009348-359 at 355 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |
| **Dkt. No. 165-3, 128-2**<br><br>Corrected Expert Report of Professor Einer Elhauge, 1/10/2023<br>Footnote 876 Restore-00002260-265 at 262 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 722 May (in Restore) Dep. at 100:12-102:3 | **Dkt No. 166** | | GRANTED. Proprietary business plans. |

United States District Court
Northern District of California

| | | | |
|---|---|---|---|
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 723 May (in Restore) Dep. at 100:12-102:3 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 724 May (in re: da Vinci) Dep. at 100:12-102:3 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023 Footnote 725 Clif Parker 5/4/2021 30(b)(6) Dep. (Restore) at 172:2-15 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |

United States District Court
Northern District of California

United States District Court
Northern District of California

| | | |
|---|---|---|
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 725<br>Vautrot 5/22/2021 Dep. (Restore), Ex. 4 at Restore-00039124 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 810<br>May (in In re: da Vinci) Dep. at 75:16-76:1 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 839<br>Ferreira (in In re: da Vinci) Dep. at 113:13-20 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |

| | | | |
|---|---|---|---|
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 841 Parker (in In re: da Vinci) Dep. at 30:24-31:2 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 842 Parker (in In re: da Vinci) Dep. at 141:14-21 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 843 Parker (in In re: da Vinci) Dep. at 139:23-140:08; 141:23-142:12 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |

United States District Court
Northern District of California

| | | | |
|---|---|---|---|
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 844<br>May (in In re: da Vinci) Dep. at 97:5-8 | **Dkt No. 166** | | GRANTED. Proprietary business plans. |
| **Dkt. No. 165-4, 128-3**<br><br>Rebuttal Expert Report of Professor Einer Elhauge, 3/3/2023<br><br>Footnote 897<br>Parker (in Restore) Dep. at 145:16-24 | **Dkt No. 166** | | DENIED.  Designated text does not contain confidential information. |
| **Dkt. No. 170-1**<br>Hospital Plaintiff's Brief<br><br>Plaintiffs' Opposition To Intuitive's Cross-Motion For Summary Judgment And Reply In Support Of Partial Summary Judgment<br><br>Page 20, lines 17-18 (citing Deposition of Clif Parker (*In re da Vinci*) at 162:16-25)) | **Dkt. No. 178** | | GRANTED. Proprietary business plans. |

| Dkt. No. 170-16<br><br>Hospital Plaintiff's Exhibit 116 Parnell 03/01/2023 Rebuttal Report<br><br>Page 120 ¶¶ 268-69 Restore-00089490, at -9493 | Dkt. No. 178 | | GRANTED. Proprietary production methods and business plans. |
|---|---|---|---|
| Dkt. No. 170-16<br><br>Hospital Plaintiff's Exhibit 116 Parnell 03/01/2023 Rebuttal Report<br><br>Page 120 ¶ 270 Restore-00089490, at -9493-95, -9495, 9496-9467 | Dkt. No. 178 | | GRANTED. Proprietary production methods and business plans. |
| Dkt. No. 170-21<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 39 ¶ 117 to Page 44 ¶ 134<br><br>510(k) Submission See ECF No. 157 | Dkt. No. 178 | | GRANTED. Proprietary business and agency communications. |
| Dkt. No. 170-21<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 41 ¶ 124 | Dkt. No. 178 | | GRANTED. Proprietary business and agency communications. |

| | | | |
|---|---|---|---|
| **Dkt. No. 128-44, 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 01/18/2023 Report<br><br>Page 43 ¶ 131-132 Restore-00086093, at -6100. | **Dkt. No. 178** | | GRANTED. Proprietary business and agency communications. |
| **Dkt. No. 128-44, 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 01/18/2023 Report<br><br>Page 44 ¶ 133-134 Restore-00086093, at-6107–08.<br>May Tr. 17:21- 18:25; 137:23-140:4. | **Dkt. No. 178** | | GRANTED. Proprietary business and agency communications. |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 46 ¶ 139 (Last Sentence)<br><br>510(k) Submission See ECF No. 157 | **Dkt. No. 178** | | GRANTED. Proprietary business and agency communications. |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 56 ¶ 172 | **Dkt. No. 178** | | GRANTED. Proprietary production methods and business plans. |

United States District Court
Northern District of California

| | | | |
|---|---|---|---|
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 58 ¶ 175 | **Dkt. No. 178** | | GRANTED. Proprietary production methods and agency communications. |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 69 ¶¶ 221 | **Dkt. No. 178** | | GRANTED. Proprietary business and agency communications. |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 76 ¶ 242<br><br>510(k) Submission See ECF No. 157 | **Dkt. No. 178** | | GRANTED. Proprietary business and agency communications. |
| **Dkt. No. 170-25**<br><br>Hospital Plaintiff's Exhibit 130 | **Dkt. No. 178** | | GRANTED. Confidential settlement agreement. |
| **Dkt. No. 170-27**<br><br>Hospital Plaintiff's Exhibit 137 Deposition of Clifton Parker (October 25, 2022)<br><br>Pages 139-141 | **Dkt. No. 178** | | GRANTED. Proprietary production methods and business plans. |

| | | | |
|---|---|---|---|
| **Dkt. No. 170-27**<br><br>Hospital Plaintiff's Exhibit 137 Deposition of Clifton Parker (October 25, 2022)<br><br>Page 165 | **Dkt. No. 178** | | GRANTED. Proprietary business plans. |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 39 ¶ 117 to Page 44 ¶ 134<br><br>510(k) Submission See ECF No. 157 | **Dkt. No. 183** | | GRANTED. Proprietary business and agency communications. |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 41 ¶ 124 | **Dkt. No. 183** | | GRANTED. Proprietary business and agency communications. |
| **Dkt. No. 128-44, 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 01/18/2023 Report<br><br>Page 43 ¶ 131-132 Restore-00086093, at -6100. | **Dkt. No. 183** | | GRANTED. Proprietary business and agency communications. |

| | | | |
|---|---|---|---|
| **Dkt. No. 128-44, 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 01/18/2023 Report<br><br>Page 44 ¶ 133-134 Restore-00086093, at-6107–08.<br>May Tr. 17:21- 18:25; 137:23-140:4. | **Dkt. No. 183** | | GRANTED. Proprietary business and agency communications. |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 46 ¶ 139 (Last Sentence)<br><br>510(k) Submission See ECF No. 157 | **Dkt. No. 183** | | GRANTED. Proprietary business and agency communications. |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 56 ¶ 172 | **Dkt. No. 183** | | GRANTED. Proprietary production methods and business plans. |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 57 ¶ 175 | **Dkt. No. 183** | | GRANTED. Proprietary production methods and agency communications. |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | | |
|---|---|---|---|
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 69 ¶¶ 221 | **Dkt. No. 183** | | GRANTED. Proprietary business and agency communications. |
| **Dkt. No. 170-21**<br><br>Hospital Plaintiff's Exhibit 124 Foreman 1/18/23 Report<br><br>Page 76 ¶ 242<br><br>510(k) Submission See ECF No. 157 | **Dkt. No. 183** | | GRANTED. Proprietary business and agency communications. |
| **Dkt. No. 170-16**<br><br>Parnell 03/01/2023 Rebuttal Report<br><br>Page 120 ¶ 268-69 Restore-00089490, at -9493 | **Dkt. No. 172** | | GRANTED. Proprietary production methods and business plans. |
| **Dkt. No. 170-16**<br><br>Parnell 03/01/2023 Rebuttal Report<br><br>Page 120 ¶ 270 Restore-00089490, at -9493-95, -9495, 9496-9467 | **Dkt. No. 172** | | GRANTED. Proprietary production methods and business plans. |
| **Dkt. No. 182-4** Defendant's Reply Brief in Support of Motion of Intuitive to Exclude Testimony of E. Elhauge<br><br>Page 7 | **Dkt. No. 185** | | GRANTED. Proprietary production methods and business plans. |

| | | | |
|---|---|---|---|
| **Dkt. No. 182-7** Ex. 13 to Supplemental Declaration of Ashley Bass in Support of Motion to Exclude E. Elhauge<br><br>Deposition of Kevin May (Nov. 3, 2022)<br><br>Page 50 | **Dkt. No. 185** | | GRANTED. Proprietary product development and business plans. |
| **Dkt. No. 187-2** Reply Brief of Intuitive Surgical, Inc. on Cross-Motions for Summary Judgment<br><br>Page 10 | **Dkt. No. 190** | | GRANTED. Proprietary product development and business plans. |
| **Dkt. No. 187-3** Cahoy Supplemental Dec. Ex. 96 Deposition of Kevin May (Nov. 3, 2022) Page 60 | **Dkt. No. 190** | | GRANTED. Proprietary product development and business plans. |

**IT IS SO ORDERED.**

Dated: April 17, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**