UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION,**<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Lead Case No. 3:21-cv-03825-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR CERTIFICATION OF AN INTERLOCUTORY APPEAL**<br><br>The Honorable Araceli Martínez-Olguín |

Upon consideration of Defendant's Motion for Leave to File Motion for Reconsideration or, in the Alternative, for Certification of an Interlocutory Appeal, IT IS HEREBY ORDERED that the motion is GRANTED.  IT IS FURTHER ORDERED that Defendant's proposed Motion for Reconsideration or, in the Alternative, for Certification of an Interlocutory Appeal, attached as Exhibit A to its Motion for Leave, is DEEMED FILED.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                   HON. ARACELI MARTÍNEZ-OLGUÍN
                                   United States District Judge