Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Icee N. Etheridge (appearance *pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: ietheridge@srkattorneys.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION** | Lead Case No. 3:21-CV-03825-AMO |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **OMNIBUS DECLARATION OF ICEE N. ETHERIDGE IN SUPPORT OF PLAINTIFFS' CORRECTED MOTION FOR PARTIAL SUMMARY JUDGMENT, REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT, AND OPPOSITION TO MOTION TO EXCLUDE TESTIMONY OF EINER ELHAUGE<br><br>The Hon. Araceli Martínez-Olguín |

I, Icee N. Etheridge, declare as follows:

1. I am an associate at Spector Roseman & Kodroff, P.C., and Interim Co-Lead Counsel for the Plaintiffs in this matter. I make this declaration based on my personal knowledge in support of Plaintiffs' Corrected Motion for Partial Summary Judgment (Dkt. No. 128-1), Plaintiffs' Opposition to Intuitive's Cross-Motion for Summary Judgment And Reply in Support of Partial Summary Judgment (Dkt. No. 170-1), and Plaintiffs' Opposition to Intuitive's Motion to Exclude Testimony of Einer Elhauge (Dkt. No. 165-2) in the above captioned matter. If called upon to do so, I will testify competently to the facts set forth herein.

2. I certify that the following Table of Exhibits lists true and correct copies of all exhibits attached to this Declaration in support of Plaintiffs' Corrected Motion for Partial Summary Judgment, Plaintiffs' Opposition to Intuitive's Cross-Motion for Summary Judgment And Reply in Support of Partial Summary Judgment, and Plaintiffs' Opposition to Intuitive's Motion to Exclude Testimony of Einer Elhauge.

3. The materials in the following Table of Exhibits are being refiled in accordance with the Court's Superseding Omnibus Order Re: Sealing (Dkt. No. 246). As such, Plaintiffs are indicating below which Exhibit, which was originally filed under seal, the newly attached redacted Exhibit is meant to replace.

## TABLE OF EXHIBITS

| Original Exhibit # | New Exhibit # | Description |
|---|---|---|
| 128-2, 165-3 | 1 | True and correct copy of the Corrected Expert Report of Professor Einer Elhauge, January 10, 2023 ("Elhauge Rep.") |
| 128-3, 165-4 | 2 | True and correct copy of the Rebuttal Expert Report of Professor Einer Elhauge, March 3, 2023 ("Elhauge Reply Rep.") |
| 128-44 | 3 | True and correct copy of the Expert Report of Christy Foreman (SIS), 1/18/23 |
| 129-1 | 4 | Ex. 18 - REBOTIX174692 |
| 129-5 | 5 | Ex. 80 - REBOTIX110980 |
| 150-1 | 6 | Ex. 79 - Deposition of Clifton Parker, 10/25/2022 |
| 165-14 | 7 | Exhibit McCuaig Ex. 2 – True and correct copy of the Supplemental Expert Report of Kimberly A. Trautman, 3/1/2023 |
| 165-9, 170-16 | 8 | True and correct copy of the Rebuttal Expert Report of T. Kim Parnell, 3/1/23 |
| 170-1 | 9 | Plaintiffs' Opposition to Intuitive's Cross-Motion for Summary Judgment and Reply in Support of Partial Summary Judgment |
| 170-21 | 10 | True and correct copy of the Expert Report of Christy Foreman (Larkin), 1/18/23 |

Dated: May 14, 2024                    Respectfully submitted,

                                        */s/ Icee N. Etheridge*