# EXHIBIT 5

## (Original Exhibit No. 129-5)

February 2, 2016



# ██████ **Engineering Timeline**

*nDAC(?)*

- Early September 2012, contacted ██ about work relationship.
- September 5th, 2012, received First Proposal for work on Phase 1 Research and Analysis.
- September 14, 2012, issued first PO(BB2408-D) to ██ for control circuit research and analysis (Phase 1).
- October 22nd, 2012, received First White Paper from ██ on their Research and Analysis Findings.
- November 20th, 2012, received Updated White Paper from ██ on their Findings.
- November 28th, 2012, received Phase 2 Proposal for Design and Development of Boards.
- December 3rd, 2012, issued 2nd PO(BB2557-D) to ██ for Design and Application of Development Boards (Phase 2).
- December 18th, 2012, received White Paper Update regarding alternatives to complete board replacement.  Discusses removing DS2505 and attaching it to a replacement board.
- December 19th, 2012, another White Paper Update discussing not letting the OEM wrist decrement to zero, but needing at least one use left for us to reset the counter.
- ████████████████████████████████████████████████
- ████████████████████████████████████████████████
- February 14th, and 20th, 2013, communication answering more in-depth questions from IP attorney about how DS2505 performs.
- March 28th, 2013, communication from ██ Mechanical Engineer on how the new board will fit in the endowrist housing (picture of board attached).
- March 29th, 2013, communication explaining Phase 3 overview and timeline.
- ████████████████████████
- April 9th, 2013, issued 3rd PO(BB2741-D) to ██ for Phase 3.
- April 16th, 2013, had ██ sign a Product Development and Confidentiality Agreement.
- April 19th, 2013, ██ modified the VHDL to include the serial # of the endowrist.
- ████████████████████████████████
- May 10th, 2013, Mechanical Engineer recommended screw for holding down board in arm.
- ████████████████████████████████
- ████████████████████████
- July 12th, 2013, received White Paper on potential of Changing the Endowrist Serial #.
- ████████████████████████████████████████████████

HIGHLY CONFIDENTIAL

███████████████████████████████████████████████████████

- ███████████████████████████████████████████
- 
- From September to December most communication was ████ and the board manufacture discussing board production and obstacles obtaining certain parts.
- December 17th, 2013, received an update to the programming fixture board.
- January 2nd, 2014, received preliminary CPLD Loading guide.
- January 10th, 2014, received a bunch of engineering change notices.
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

REBOTIX110981