# EXHIBIT 6

(Original Exhibit No. 150-1)

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
    IN RE: DA VINCI SURGICAL           )
 5  ROBOT ANTITRUST LITIGATION         ) Case No.:
    _____    ) 3:21-cv-03825-VC
 6  THIS DOCUMENT RELATES TO:          )
    ALL CASES                          ) Pages 1 to 205
 7  _____    )
    SURGICAL INSTRUMENT SERVICE        )
 8  COMPANY, INC.,                     )
                                       )
 9              Plaintiff,             )
                                       )
10        vs.                          )
                                       )
11  INTUITIVE SURGICAL, INC.,          )
                                       )
12              Defendant.             )
    _____    )
13
14
15                   DEPOSITION OF:
16            CLIFTON EARL PARKER, VOLUME I
17              TUESDAY, OCTOBER 25, 2022
18            9:08 a.m. Eastern Daylight Time
19
20  REPORTED BY:
21  Vickie Blair
22  CSR No. 8940, RPR-CRR
23  JOB NO. 5541122
24
25  PAGES 1 - 207
```

Page 1

| | | |
|---|---|---|
| 1 | Q    Thank you. | 11:33:01 |
| 2 | Earlier on, Ms. Winner, a couple times, | 11:33:06 |
| 3 | referenced the fact that you were -- Restore was not | 11:33:11 |
| 4 | utilizing its repair technology since, I believe it was | 11:33:12 |
| 5 | late 2019; is that right? | 11:33:15 |
| 6 | A    We were not, we stopped using Rebotix's | 11:33:16 |
| 7 | repair technology in October of 2019, and then we've | 11:33:20 |
| 8 | started developing our own December of 2019, January of | 11:33:24 |
| 9 | 2020. | 11:33:31 |
| 10 | Q    You have not reset any EndoWrists with | 11:33:31 |
| 11 | Restore technology since that time; correct? | 11:33:35 |
| 12 | A    Not for hospitals, just for internal | 11:33:38 |
| 13 | testing purposes. | 11:33:41 |
| 14 | Q    Why haven't you reset any EndoWrist for | 11:33:43 |
| 15 | hospitals in that time frame? | 11:33:47 |
| 16 | A    It's futile.  If we do that, then | 11:33:49 |
| 17 | Intuitive goes to the hospital and threatens to end | 11:33:51 |
| 18 | their contracts, threatens to not sell them | 11:33:55 |
| 19 | instruments, not sell them accessories, threatens to | 11:33:59 |
| 20 | move their doctors to other hospitals, et cetera. | 11:34:01 |
| 21 | Q    And you say that because that's what | 11:34:05 |
| 22 | Intuitive has done in the past? | 11:34:08 |
| 23 | A    Correct. | 11:34:11 |
| 24 | MS. WINNER:  Objection.  Lack of | 11:34:12 |
| 25 | foundation. | 11:34:17 |

Page 130

```
 1                                                              11:46:26
 2        A                                                     11:46:30
 3                                                              11:46:38
 4                                                              11:46:42
 5                                                              11:46:46
 6                                                              11:46:49
 7                                                              11:46:53
 8                                                              11:47:00
 9                                                              11:47:05
10                                                              11:47:10
11                                                              11:47:13
12                                                              11:47:18
13        Q                                                     11:47:20
14                                                              11:47:24
15                                                              11:47:29
16                                                              11:47:34
17                                                              11:47:39
18                                                              11:47:39
19                                                              11:47:40
20                                                              11:47:43
21                                                              11:47:47
22   BY MR. CORRIGAN:                                           11:47:49
23        Q                                                     11:47:50
24                                                              11:47:51
25                                                              11:47:55
```

Page 139

| | | |
|---|---|---|
| 1 | A ███████████████████ | 11:47:58 |
| 2 | ███████████████████ | 11:48:01 |
| 3 | ███████████████████ | 11:48:04 |
| 4 | ██████████████ | 11:48:07 |
| 5 | Q ████████████████ | 11:48:10 |
| 6 | ███████████████████ | 11:48:12 |
| 7 | A ███████████████████ | 11:48:15 |
| 8 | ███████████████████ | 11:48:17 |
| 9 | ██████████████ | 11:48:20 |
| 10 | ███████████████████ | 11:48:22 |
| 11 | ████ █████████████ | 11:48:26 |
| 12 | ███████████████████ | 11:48:30 |
| 13 | ██████████ ████████ | 11:48:35 |
| 14 | ███████████████████ | 11:48:38 |
| 15 | ███████████████████ | 11:48:43 |
| 16 | █████████████ ██ | 11:48:49 |
| 17 | ███████████████████ | 11:48:51 |
| 18 | ███ | 11:48:53 |
| 19 | ██████████████ | 11:48:54 |
| 20 | ███████████████████ | 11:48:57 |
| 21 | ███████████████████ | 11:49:03 |
| 22 | ███████████████████ | 11:49:07 |
| 23 | ██████████ | 11:49:11 |
| 24 | Q ███████████████████ | 11:49:12 |
| 25 | ███████████████████ | 11:49:14 |

Page 140