ATTACHMENT 2

```
 1                   UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN FRANCISCO DIVISION

 4

 5                                         )
        IN RE: DA VINCI SURGICAL ROBOT     )
 6      ANTITRUST LITIGATION               )
                                           ) LEAD CASE NO.:
 7                                         ) 3:21-cv-03825-VC
                                           )
 8                                         )
                                           )
 9      _____)
                                           )
10      AND RELATED CASES.                 )
        _____)
11

12

13

14

15

16          VIDEOTAPED ZOOM DEPOSITION OF DR. EUGENE RUBACH

17                        March 8, 2023

18

19                          --ooOoo--

20

21

22

23

24      JOB NO.: 5783240

25      REPORTED BY: MICHELLE MEDEL SABADO, RPR, CRR, CSR #7423
```

Page 1

```
 1              VIDEOTAPED ZOOM DEPOSITION OF DR. EUGENE
 2    RUBACH, TAKEN ON BEHALF OF DEFENDANT, COMMENCING AT 1:01
 3    P.M., WEDNESDAY, MARCH 8, 2023, AT EAST HILLS, NEW YORK,
 4    BEFORE MICHELLE MEDEL SABADO, RPR, CRR, CSR #7423.
 5
 6
 7
 8
 9    APPEARANCES OF COUNSEL:
10    (ALL PARTIES APPEARING REMOTELY)
11
12    FOR PLAINTIFFS:
13                    SPECTOR ROSEMAN & KODROFF, P.C.
                      BY: JEFFREY J. CORRIGAN, ESQ.
14                    2001 Market Street, Suite 3420
                      Philadelphia, Pennsylvania 19103
15                    215.496.0300
                      jcorrigan@srkattorneys.com
16
17    FOR DEFENDANTS:
18                    ALLEN RUBY, ATTORNEY AT LAW
                      BY: ALLEN RUBY, ESQ.
19                    15559 Union Avenue, #138
                      Los Gatos, California 95032
20                    408.477.9690
                      allen@allenruby.com
21
22
23
24
25
                                                   Page  2
```

```
1

2    APPEARANCES OF COUNSEL (CONTINUED):

3

4

                     COVINGTON & BURLING, LLP
5                    BY: MARIAM AZHAR, ESQ.
                     Salesforce Tower
6                    415 Mission Street, Suite 5400
                     San Francisco, California 94105
7                    415.591.6000
                     mazhar@cov.com

8

9

10

11   Also Present:

12   TONY NOKES - THE VIDEOGRAPHER

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page  3
```

```
 1          A      Approximately two years ago.               01:32

 2          Q      When you became vice chairman of surgery at

 3    St. Francis Hospital, did you take on administrative

 4    responsibilities?

 5          A      Yes.                                       01:32

 6          Q      Generally, can you describe the

 7    administrative responsibilities that you undertook at St.

 8    Francis Hospital?

 9          A      They're involved with quality improvement

10    projects as related to the ICU.  Some improvements to the  01:32

11    use of the electronic medical record that we have in our

12    hospital.  Significant involvement with a cancer program

13    where I serve as a cancer liaison physician.  Some other

14    scheduling responsibilities.

15          Q      Does -- do your responsibilities as a vice   01:33

16    chair at St. Francis include any recruitment of

17    physicians?

18          A      No.

19          Q      Do you have any administrative

20    responsibilities at St. Francis which requires you to      01:33

21    consider matters that refer particularly to the da Vinci

22    Surgical System?

23          A      Not specifically unless such matters come up

24    in the course of -- of operations of the hospital.

25          Q      Does St. Francis have a da Vinci Surgical     01:34
```

Page 21

```
 1                    If you and your counsel want to take breaks      01:50

 2     less frequently after this next break, tell me that and

 3     I'll try to accommodate you but I don't like -- for sure,

 4     I don't like to ask the people who are working to keep

 5     the record to go more than an hour and 15 or 20 minutes    01:50

 6     without a break.  I don't think that's right.  With that

 7     in mind, please, when we -- we take a break in about ten

 8     minutes and if you could add that to the agenda.

 9                    Is that all right, Jeff?

10         MR. CORRIGAN:  Yes, sure.  Yes.                        01:50

11         MR. RUBY:  All right.

12         Q     Do you consider yourself an expert in the

13     business considerations that may or may not apply to the

14     sales and marketing and utilization of the da Vinci

15     Surgical System?                                           01:51

16         MR. CORRIGAN:  Object to the form.

17         THE WITNESS:  I do not know exactly what the

18     marketing expert for da Vinci would be but I consider

19     myself an expert in the use of da Vinci Surgical Systems

20     as it pertains to the market of surgeries.                 01:51

21     BY MR. RUBY:

22         Q     Now when you say the "market of surgeries,"

23     what -- what market is that?

24         A     That is the clinical application of surgical

25     technologies to solve surgical diseases, to cure surgical  01:52
```

Page 30

| | | |
|---|---|---|
| 1 | Q      In the course of our deposition today, if you | 02:50 |
| 2 | find yourself recognizing an opinion in addition to | |
| 3 | paragraphs nine, ten, 11 or 12, will you tell me? | |
| 4 | A      I will do my absolute best. | |
| 5 | Q      Now paragraph 9 says -- and I'm just going to | 02:51 |
| 6 | read it into the record.  "U.S. hospitals that do not | |
| 7 | have a da Vinci robot find themselves at a great | |
| 8 | disadvantage in, A, attracting well qualified surgeons | |
| 9 | who practice minimally invasive surgery and B, trying to | |
| 10 | appeal to patients seeking minimally invasive surgical | 02:51 |
| 11 | treatments." | |
| 12 | We agree that that's what it says?  Yes? | |
| 13 | A      Yes, that's what it says. | |
| 14 | Q      All right.  What are the facts which underlie | |
| 15 | the opinion that is expressed in paragraph 9? | 02:51 |
| 16 | A      So several facts.  First of all, I've been | |
| 17 | sort of in the surgical world for close to 25 years now, | |
| 18 | so I interact with a lot of people.  I have been | |
| 19 | recruited.  I've been approached by recruiters on many | |
| 20 | occasions for -- with job offers.  I have recently in my | 02:52 |
| 21 | practice hired a new surgeon and I made that statement | |
| 22 | based on my personal experience and interactions with | |
| 23 | many surgeons, going to conferences and sort of seeing | |
| 24 | how the surgical world, especially the world of minimally | |
| 25 | invasive surgery that I live has developed and continues | 02:52 |

Page 55

```
1    to develop.                                              02:52

2            And I can tell you that our last most recent

3    recruit who joined our practice just a few weeks ago

4    basically does everything robotically and it would be

5    very hard for us to attract a talented young surgeon,    02:52

6    well trained surgeon at one of the most premiere surgical

7    institutions, it would be impossible for us to attract

8    into our hospital if he was -- if we didn't have a robot.

9    That would literally be responsible.

10           Now when we bring a person with such a unique     02:52

11   minimally invasive training and expertise to our

12   hospital, our hospital is now able to provide services

13   which we were not able to provide before.  So now I live

14   in Long Island, New York where they have a lot of really

15   he had indicated people who, when they have a medical     02:53

16   problem other than an absolute life threatening

17   emergency, they spend a lot of times researching their

18   option.  When the patients often come in to see me, they

19   already know of the medical options or treatment options

20   and the only way I could attract these people to my       02:53

21   practice is if I offer all those options because if I do

22   not, they will go someplace else.  They will go to a

23   place that offers those options, so that i s-- those are

24   the facts and the realities on which I base that opinion.

25       Q    Well, is it your -- strike that.                 02:53
```

Page 56

```
 1    you including both robotic and non-robotic techniques of      02:59
 2    surgery?
 3         A    Yes.  We established that minimally invasive
 4    surgery include both robotic and non-robotic approaches.
 5         Q    Okay.  Well, you are an -- strike that.           02:59
 6              Do you consider yourself an expert in the
 7    economics of minimally invasive surgery?
 8         A    I do not generally consider myself an expert
 9    in economics but I do consider myself an expert in the
10    clinical applications of minimally invasive surgery.        03:00
11    Some of it involves economics.  I'm aware of the costs,
12    for example, of the equipment that they use and the
13    materials that they use or the operations they perform.
14         Q    Are you appointed as -- strike that.
15              Do you consider yourself an expert in the         03:00
16    costs of minimally invasive surgery?
17         A    Again, I am aware of the cost of minimally
18    invasive surgery and I understand how it affects the
19    clinical applications of it.
20         Q    Okay.  Do surgeons who provide minimally          03:00
21    invasive surgery, are they paid for their surgical
22    efforts?
23         MR. CORRIGAN:  Object to form.
24         THE WITNESS:  Generally, yes.
25     ///                                                        03:01
```

Page 61

```
 1    hospital, as the hospital that cares for the patients, as      04:17
 2    the hospital that is likely to provide other high end,
 3    high quality services.  And with that perception, it
 4    increases the referrals.  This is actually a term that
 5    was taught to me by the Intuitive Surgical reps who were      04:17
 6    very keen on selling our hospital the robot.  That was
 7    one of their sales pitches.
 8         Q    Are what you called sales pitches the factual
 9    basis for what you say here in paragraphs 23 and 24?
10         A    You know, not only is it a factual basis for      04:17
11    the halo effect.  The opposite is now true.  I don't know
12    if you want to call it the black hole effect but if the
13    hospital does not have a surgical robot, they're
14    certainly perceived -- perceived as an outlier to the
15    point that at the rate right now, not having surgical --      04:17
16    having a surgical robot is almost expected because that
17    means that you're providing a certain degree of minimally
18    invasive surgical treatment.  Not having it means that
19    you are stuck in a 20th Century.
20         Q    And what is the source of the -- the      04:18
21    allegedly factual source of that opinion?
22         A    The term itself, as I mentioned to you, came
23    from Intuitive Surgical reps.  The -- the factual source
24    of it is my experience of living in the world of surgery
25    that I've been referring to for the last two decades,      04:18
```

Page 97

```
 1    interacting with my colleagues, going to conferences,        04:18

 2    reading articles, speaking to people, just generally

 3    being part of the world of surgery and particularly

 4    minimally invasive surgery.

 5         Q    But what -- what is the halo effect?  Is          04:18

 6    it -- strike that.  Withdraw that.

 7              Is the halo effect different from community

 8    and physician perceptions?

 9         A    Halo effect is a part of it.  So what happens

10    is you have this halo where it is -- it's a glowing        04:19

11    hospital.  It's -- it's fantastic.  Everything is new.

12    Everything is modern.  People who work there are well

13    qualified, well trained and they offer the most advanced

14    new minimally invasive techniques.  That attracts people.

15    That attracts referring doctors.  That attracts patients.  04:19

16    That creates a good vibe.

17         Q    But can you give me an example of something,

18    another type of medical device other than a surgical

19    robot that creates what you call the halo effect?

20         A    Yeah, I would imagine that having a             04:19

21    cyberknife would be a similar device.

22              (A pause in the proceedings.)

23    BY MR. RUBY:

24         Q    Instruments for minimally invasive surgery

25    which is not robotic surgery are made out of what kind or  04:20
```

Page 98

1   use the term?                                                    04:22

2        A     There are many barriers through which

3   somebody has to jump or over, which somebody has to jump

4   to bring a new product to the market.  They involve

5   safety studies, clinical trials, comparisons to the          04:22

6   existing instruments and costs and all these things have

7   to play out in such a way so that a new instrument or a

8   new device will be brought to the market.

9        Q     Is it your testimony that a new device for

10  minimally invasive surgery apart from robotic instruments    04:22

11  requires regulatory approval to be brought to market?

12       A     So --

13       MR. CORRIGAN:  Object to form.

14       THE WITNESS:  I'm not an expert in regulatory

15  approvals and I will tell you that I have learned a lot       04:23

16  about it just reading through the documents of this

17  particular lawsuit.  It appears that there are many

18  classes of devices, each one of which requires different

19  regulatory approvals and I'm by no means an expert to

20  determine which device requires what kind of approval        04:23

21  before it can be brought to the market.

22  BY MR. RUBY:

23       Q     Well, today as you sit here, are you

24  convinced of the truth of the paragraph 17 which you

25  wrote and attested to?                                        04:23

Page 100

```
 1    companies.                                          04:28

 2         Q     One of your opinions is that Intuitive -- I'm

 3    quoting from paragraph 12.  You're welcome to turn to it,

 4    if you'd like.  It's up to you.  "Intuitive disables

 5    EndoWrist instruments based on criteria which in my     04:28

 6    opinion as a surgeon are arbitrary and do not reflect

 7    whether an EndoWrist is suitable for clinical use."

 8              Do you see that?

 9         A     Yes.

10         Q     What criteria did you refer to?            04:29

11         A     The only criterion by which the Intuitive

12    Surgical disables EndoWrist instruments is how many times

13    it was inserted into a patient while connected to a

14    robotic arm.

15         Q     And you thought that was arbitrary; is that   04:29

16    right?

17         A     It is my opinion this is arbitrary.

18         Q     Now this is your opinion as a surgeon; is

19    that right?

20         A     That's what I am, yes.                     04:29

21         Q     You're not an engineer; is that true?

22         A     That is correct.  I'm not an engineer.

23         Q     Do you know anything about material science?

24         A     I know very little about material science.

25         Q     Do you know about durability?             04:29
```

Page 104

```
 1          MR. CORRIGAN:  Object to the form.              04:30

 2          MR. RUBY:  I - I wasn't quite finished but --

 3          MR. CORRIGAN:  I'm sorry.

 4          MR. RUBY:  -- let me start over again.

 5      Q    Do you know anything about durability of da    04:30

 6   Vinci instruments?

 7          MR. CORRIGAN:  Object to the form.

 8          THE WITNESS:  I cannot comment about the physical

 9   properties of durability of surgical instruments or da

10   Vinci instruments but I can comment on their suitability  04:30

11   for clinical use and durability to perform its intended

12   task.  And this is where I have a big problem with this

13   arbitrary criteria to stop using because the same

14   instrument can be subjected to a lot of very intense use

15   and can be subjected to very little use.  But the        04:30

16   instrument counter does not differentiate between those

17   two events.  If instrument counter was based on the

18   actual use, it would be a completely different story.

19   BY MR. RUBY:

20      Q    So you are not opposed -- well, strike that.    04:31

21          Are you opposed to the use of a usage

22   limitation feature on a minimally invasive surgery

23   instrument or are you only opposed to the -- the way that

24   you think that da Vinci -- that Intuitive has implemented

25   the feature?                                             04:31
```

```
 1        MR. CORRIGAN:  Object to the form.                04:31

 2        THE WITNESS:  I am not opposed to anything.  What

 3    I'm trying to opine on is the fact that EndoWrist

 4    instruments are disabled based on the arbitrary parameter

 5    that has nothing to do with their clinical usability.     04:31

 6    BY MR. RUBY:

 7        Q     And how do you know it has nothing to do with

 8    clinical usability?

 9        A     Because I have used instruments that were

10    within the parameters established by Intuitive Surgical    04:32

11    and they failed, despite the fact that they were used

12    less than ten times and I have seen instruments that were

13    barely used over the ten procedures and likely could have

14    been used again except it's impossible to test or to even

15    know about it without doing something to them because the  04:32

16    counter prevents these instruments from being used.

17        Q     Do you, in your first report, express any

18    opinion as to the safety of EndoWrist instruments which

19    have been remanufactured according to the -- what you

20    referred to as a repair process that you heard about?      04:33

21        MR. CORRIGAN:  Object to the form.

22        THE WITNESS:  I have never used a remanufactured

23    EndoWrist instrument.  I have used instruments in

24    training whose use counter was disabled.

25    ///                                                        04:33
```

Page 106

```
 1    BY MR. RUBY:                                              04:33

 2         Q     Now would you answer my question, please.

 3         A     I feel that's answer to your question.

 4         Q     Okay.  Try -- try it again.

 5         A     Okay.                                          04:33

 6         Q     Did you mean in your first report to express

 7    an opinion as to the effectiveness?  It's not a word I

 8    used last time so I'll try to clarify this.  Have you

 9    expressed -- meant to express any opinion as to the

10    effectiveness of the remanufacturing that has been        04:33

11    offered by some of the vendors who are referred to by

12    the -- the hospitals?

13         MR. CORRIGAN:  Object to the form.

14         THE WITNESS:  The answer to your question is that

15    without having personal experience, it's very hard for me 04:34

16    to comment on their effectiveness.  However, I have no

17    reason to suspect the effectiveness of these

18    remanufactured instruments would be any different from

19    the effectiveness of many other remanufactured and

20    repaired instruments that are routinely used in open and  04:34

21    laparoscopic surgery.

22    BY MR. RUBY:

23         Q     That's your opinion?

24         A     That is my opinion.

25         Q     As an expert?                                  04:34
```

Page 107

```
 1        A      Was that a question?                          04:34

 2        Q      Is that your expert opinion?

 3        A      Yes, that is my expert opinion.

 4        Q      Which is -- can you point that out to me,

 5   please, in the -- your first report so I can read it and    04:34

 6   make sure I've got it just right?

 7        A      No, I -- you -- you just asked me for an

 8   opinion about the remanufactured instruments and I told

 9   you I cannot have a personal opinion about it because

10   I've never used them myself.  However, I have no reason     04:35

11   to suspect that these instruments would be working any

12   differently from other remanufactured instruments that I

13   use commonly in laparoscopic and open surgery.

14        Q      Do you have any training or education in the

15   area of defining an antitrust market for a manufactured     04:36

16   product?

17        A      No.

18        Q      Do you have any education or training in the

19   discipline of economics?

20        A      Not --                                          04:36

21        MR. CORRIGAN:  Objection.

22        THE WITNESS:  Not beyond a college course.

23   BY MR. RUBY:

24        Q      Pardon me?

25        A      Nothing beyond a college course.               04:36
```

Page 108

```
 1        Q     Okay.  An undergraduate course?              04:36

 2        A     Yes.

 3        Q     Econ one?

 4        A     I don't remember what it was called.

 5        Q     Have you ever used what was called the Zeus,  04:37

 6   Z-E-U-S, robot?

 7        A     No, I have not.

 8        Q     Have you ever seen it in operation?

 9        A     Yes.

10        Q     Tell me the circumstances, please.           04:37

11        A     I don't remember the circumstances.  It was

12   at one of the hospitals where I was for whatever reason.

13   Probably the most common experience -- like the -- the

14   most vivid experience was this sort of famous event in

15   surgical history where the very first transatlantic     04:38

16   surgery was performed with a Zeus robot.  It has a name.

17   I want to say the Guttenberg operation and it was in

18   early 2000's and it was a unique experience where a

19   surgeon was actually in America and the patient was

20   actually in France and the surgeon operated on a patient 04:38

21   using a Zeus robot.

22        Q     Did you witness that event on film or in a

23   movie or live for that matter?

24        A     On film, on film.

25        Q     And is that the basis for any opinions you   04:38
```

Page 109

```
 1    express about the Zeus in -- in your report?              04:38

 2         A     No, I -- my -- my experience with minimally

 3    invasive and robotic surgery goes back so far that when

 4    we were shopping for the first surgical robot for our

 5    hospital, there were actually two companies on the market  04:39

 6    and I'm familiar with the products from both and then I'm

 7    aware of the fact that at some point, one of the

 8    manufacturers bought the second one and essentially

 9    phased out the product.  But as I mentioned, I've been in

10    this world for so long actually, it actually goes back to  04:39

11    the time where Zeus was one of the market players.

12         Q     Did you do any research or investigation into

13    the efficacy and functioning of the Zeus robot?

14         MR. CORRIGAN:  Object to the form.

15         THE WITNESS:  I don't know if I've done any formal    04:39

16    research but I've certainly investigated the pros and

17    cons and I will be honest with you, the details of those

18    investigations escape me because they were from decades

19    ago but at some point we were shopping around for --

20    between Zeus and the da Vinci robot.                       04:40

21    BY MR. RUBY:

22         Q     What can you tell me, if anything, about the

23    Zeus robot and its capacity to process information about

24    haptic, H-A-P-T-I-C, feedback?

25         A     Yes, so from my recollection, Zeus robot        04:40
```

Page 110

1          Q      In person?  Over some electronic means?  How          05:00

2    did you see it in operation?

3          A      I've seen it at one of the hospitals where I

4    was and I'm trying to remember.  You asked me that

5    earlier.  I don't remember exactly which hospitals and          05:00

6    I've seen it in the videos that I told you, the video

7    that I was referring to earlier.

8          Q      The last sentence of this paragraph 22 begins

9    "this has been a disappointing shortcoming."

10              Do you see that?                                        05:00

11         A      Yes.

12         Q      And -- and what is the source of that

13   allegation?

14         A      My many conversations with surgeons like

15   myself and furthermore, it has been a big sticking point          05:00

16   in the beginning of my experience with da Vinci robotic

17   surgery because it is a very unusual tactile sensation to

18   operate without haptic feedback and the instructors who

19   teach you how to use it, actually tell you when you tie a

20   knot for example and you look at the suture, you want to          05:01

21   see how the fluid is squeezed from that suture when

22   you're tightening it because you can't feel the tension

23   you're -- you're -- you're exerting on the thread.  It's

24   very easy to break it.  So you have to compensate by

25   other modalities and that is -- it's an accepted               05:01

Page 114

```
1    criticism and accepted shortcoming of the device and they      05:01

2    teach you -- actually teach you specific skills on how to

3    overcome it.

4        Q    But this is something somebody told you?

5        A    That's something I experienced myself.             05:01

6        Q    Well, if you look at the sentence at the end

7    of paragraph 22 it ends, "It's been a source of

8    widespread criticism by surgeons who use the da Vinci."

9            Do you see that?

10       A    Yes.                                                 05:02

11       Q    So surgeons complained to you about this?

12       A    I've spoken to many people about it.

13       Q    Would you look, please, in your first report,

14   at paragraph 35.

15       A    Allow me to read it, please.                        05:02

16            (Document reviewed by the witness.)

17       THE WITNESS:  Yes, I read it.

18   BY MR. RUBY:

19       Q    You say in the first sentence, "There's no

20   reason to treat EndoWrist instruments differently than      05:03

21   their laparoscopic counterparts."

22            Do you see that?

23       A    Yes.

24       Q    And that's your opinion, right?

25       A    Yes.                                                 05:03
```

Page 115

1          Q      And is the basis for -- is the entire basis          05:03

2    for your opinion in this regard set out in paragraph 35?

3          A      I have used many logical points in this

4    report and my other report that support this opinion.

5          Q      Well, the -- the principal point you -- you          05:03

6    have made or tried to make is that the da Vinci

7    EndoWrist -- excuse me, the EndoWrist instruments are no

8    different than their lap -- laparoscopic counterparts, if

9    there are any, right?

10         A      There are --                                          05:04

11         MR. CORRIGAN:  Object to the form.

12         THE WITNESS:  What I would like to say is that

13   EndoWrist instruments are structurally and functionally

14   similar to their laparoscopic counterparts.  Thus, I do

15   not see any reason why they should be treated          05:04

16   differently.

17   BY MR. RUBY:

18         Q      Then on the one, two, three, fourth line,

19   you -- you talk about -- strike that.

20                On the fourth line of this paragraph 35,          05:04

21   you -- you say, "And if appropriate, tuned up and

22   returned to use."

23                Do you see that?

24         A      Yes.

25         Q      Is "tuned up" a medical term?          05:04

Page 116

```
 1         A     No.  The tune up would mean that the          05:06
 2    instrument is inspected, assessed on what is wrong with
 3    it and, if appropriate, repaired and returned to its
 4    previous functional status.
 5         Q     Well, does a tune up, as you use the term,     05:06
 6    embrace the replacement of a broken or missing part?
 7         A     If it's so required but I'm not an engineer
 8    to opine on how to repair instruments.
 9         Q     Have you ever read any submissions made by
10    Intuitive to the FDA in respect to the usage limitation? 05:06
11         MR. CORRIGAN:  Object to the form.
12         THE WITNESS:  I have read references to those
13    submissions.
14    BY MR. RUBY:
15         Q     But now the question I asked is, have you     05:07
16    ever read any admissions -- any submissions from
17    Intuitive to the FDA in respect to the usage limitation?
18         A     The answer to the question is, I have read
19    quotes from those submissions.  I have not personally
20    verified the accuracy of those quotes.                   05:07
21         Q     And -- and in what document or documents did
22    those quotes that you read appear?
23         A     Some of the documents provided to me in
24    preparation was a report from a consultant whose last
25    name is, I believe, Troutman who is -- who opined on the 05:07
```

                                                    Page 118

```
1     necessity of obtaining FDA clearance for reprocessing        05:07

2     EndoWrist instruments and in it, she quoted some of the

3     data submitted by Intuitive Surgical to FDA to validate

4     the use limits.

5          Q     And did you assume that what you read from       05:08

6     this consultant was accurate such that it formed a basis

7     for any opinions you've expressed today?

8          A     It did not form the basis for my opinions

9     today.  You asked me if I ever read Intuitive Surgical

10    submissions and the answer is yes, I have but not         05:08

11    directly.

12         Q     Did you -- did you ever have a research grant

13    from Johnson & Johnson?

14         A     I do not recall having a research grant from

15    Johnson & Johnson.                                        05:08

16         MR. RUBY:  Could we mark 263, please.

17              (Whereupon Defendant's Exhibit 262 was

18               marked for identification by the Court

19               Reporter.)

20         MR. RUBY:  Could we mark 263, please.              05:10

21         MS. AZHAR:  It should populate on your end now.

22              (A pause in the proceedings.)

23    BY MR. RUBY:

24         Q     This is the one we're looking at.  Has that

25    come up on your screen yet?                              05:11
```

1

2

3          I, THE UNDERSIGNED, DO HEREBY CERTIFY UNDER

4     PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING

5     TRANSCRIPT; THAT I HAVE MADE ANY CORRECTIONS AS APPEAR

6     NOTED, IN INK, INITIALED BY ME, OR ATTACHED HERETO; THAT

7     MY TESTIMONY AS CONTAINED HEREIN, AS CORRECTED, IS TRUE

8     AND CORRECT.

9          EXECUTED THIS _____ DAY OF _____,

10    2023, AT _____, _____.

11          (CITY)                           (STATE)

12

13

14          _____

15                    DR. EUGENE RUBACH

16

17

18

19

20

21

22

23

24

25

                                        Page 124

1

2      I, MICHELLE MEDEL SABADO, RPR, CRR, CSR NO. 7423, IN

3   AND FOR THE STATE OF CALIFORNIA, HEREBY CERTIFY:

4      THAT PRIOR TO BEING EXAMINED, THE WITNESS NAMED IN

5   THE FOREGOING DEPOSITION WAS DULY SWORN BY ME TO TESTIFY

6   THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH;

7      THAT SAID DEPOSITION WAS TAKEN DOWN BY ME IN

8   SHORTHAND AT THE TIME AND PLACE THEREIN NAMED, AND

9   THEREAFTER REDUCED TO TYPEWRITING UNDER MY DIRECTION, AND

10   THE SAME IS A TRUE, CORRECT AND COMPLETE TRANSCRIPT OF

11   SAID PROCEEDINGS;

12      THAT IF THE FOREGOING PERTAINS TO THE ORIGINAL

13   TRANSCRIPT OF AN EXAMINATION IN A FEDERAL CASE, BEFORE

14   COMPLETION OF THE PROCEEDINGS, REVIEW OF THE TRANSCRIPT

15   { } WAS  {  } WAS NOT REQUIRED.

16      I FURTHER CERTIFY THAT I AM NOT INTERESTED IN THE

17   EVENT OF THE ACTION.

18      WITNESS MY HAND THIS 10TH DAY OF MARCH, 2023.

19

20

21

22

23              _Michelle M. Sabado_

24              MICHELLE MEDEL SABADO

25              RPR, CRR, CSR NO. 7423

                                          Page 125