# ATTACHMENT 6

# Traditional 510(k) Notification



# Re-manufactured EndoWrists

**Rebotix, LLC**
**Saint Petersburg, FL**

**Exhibit**
DX 255

**HIGHLY CONFIDENTIAL**

Module (A) Administration

# Table of Contents

| Description | Page Numbers |
|---|---|
| Module A – Administrative | A-1 to A-43 |
| • Table of Contents | A-1 |
| • Submission Cover Letter | A-3 |
| • Attachments | A-4 |
| Module B – Device Description | B-1 to B-106 |
| • Product Specification | B-2 |
| • Attachments | B-35 |
| Module C – Substantial Equivalence Discussion | C-1 to C-21 |
| • Substantial Equivalence Statement and Rationale | C-1 |
| • Predicate Clearance Letters | C-2 |
| • Substantial Equivalence Comparison Chart | C-3 |
| • Comparison of Intended Use | C-3 |
| • Attachments | C-5 |
| Module D – Proposed Labeling | D-1 to D-95 |
| • Table D-1 Labeling and Instructions for Use | D-1 |
| • Attachments | D-3 |
| Module E – Sterilization | E-1 to E-84 |
| • Packaging Configuration | E-1 |
| • Attachments | E-2 |
| Module F – Shelf Life (N/A) | F-1 to F-1 |
| Module G – Biocompatibility | G-1 to G-243 |
| • Table G-1: Biocompatibility Tests and Results | G-3 |
| • Attachments | G-4 |
| Module H – Software | H-1 to H-192 |
| • Level of Concern and Unresolved Anomalies | H-1 |
| • Attachments | H-2 |
| Module I – EMC and Electrical Safety | I-1 to I-144 |
| • Attachments | I-1 |
| Module J – Performance Data | J-1 to J-368 |
| • Performance Testing Summary | J-1 |
| • Attachments | J-2 |
| Module K – Performance Characteristics (In Vitro Diagnostic Only) | K-1 to K-1 |

HIGHLY CONFIDENTIAL  REBOTIX170422

<u>Notes on organization:</u>

This submission has been organized into eleven (11) self-contained modules that mirror the organization of FDA's RTA checklist.  Page numbers and attachments within a given module are prefixed with the letter of that module (e.g. "Attachment E-2").  The ultimate goal is to apply a logical and intuitive organization structure that will facilitate an efficient review.  Bookmarks have also been implemented in order to aid navigation within each module.

**HIGHLY CONFIDENTIAL**

**REBOTIX170423**



**TCI** AJW TECHNOLOGY
CONSULTANTS, INC.

445 Apollo Beach Blvd, Apollo Beach, FL 33572
Phone: (813) 645-2855
FAX: (813) 645-2856

Date:   December 18, 2014

Document Mail Center (W066-06)
Center For Devices and Radiological Health
Food and Drug Administration
10903 New Hampshire Ave
Silver Spring, MD 20993

**Re:     Traditional 510(k) Submission**

Dear Madam or Sir:

In accordance with Title 21 CFR 807.81, we are notifying you of our client's intent to
manufacture, package, and put into commercial distribution:

Trade Name: Re-manufactured EndoWrist
Common Name: Endoscopic instrument control system, endoscopic instruments and
accessories
Class: II
Panel: General & Plastic Surgery

Enclosed is one paper copy of the original submission. Per the instructions accessed at
http://www.fda.gov/cdrh/elecsub.html, an electronic copy is being provided with this submission
and it is an exact duplicate of the original paper submission. There have been no prior
submissions for the Re-manufactured EndoWrist which FDA determined were NSE, were
deleted or withdrawn.

If you need any additional information, please contact the writer.

Sincerely,

Ryan Burke

Ryan Burke

HIGHLY CONFIDENTIAL                                                                        REBOTIX170424

## List of Attachments

Medical Device User Fee Cover Sheet                          Attachment A-1

CDRH Premarket Review Cover Sheet (Form 3514)               Attachment A-2

Additional Model Numbers (Form 3514)                        Attachment A-3

Indications for Use                                          Attachment A-4

510(k) Summary                                              Attachment A-5

Truthful and Accuracy Statement                             Attachment A-6

Standards Data Report (Form 3654)                           Attachment A-7

HIGHLY CONFIDENTIAL                                                        REBOTIX170425

<u>Attachment A-1 – Medical Device User Fee Coversheet</u>

HIGHLY CONFIDENTIAL

REBOTIX170426

Form Approved: OMB No. 0910-0511 Expiration Date: April 30, 2016. See Instructions for OMB Statement.

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**MEDICAL DEVICE USER FEE COVER SHEET** | PAYMENT IDENTIFICATION NUMBER:<br>**MD6079161**<br>Write the Payment Identification number on your check. |
|---|---|

A completed cover sheet must accompany each original application or supplement subject to fees. If payment is sent by U.S. mail or courier, please include a copy of this completed form with payment. Payment and mailing instructions can be found at: http://www.fda.gov/oc/mdufma/coversheet.html

| 1. COMPANY NAME AND ADDRESS (include name, street address, city state, country, and post office code)<br><br>REBOTIX LLC<br>539 Pasadena Ave S<br><br>Saint Petersburg<br>FL 337072125<br>US<br>1.1 EMPLOYER IDENTIFICATION NUMBER (EIN)<br>\*\*\*\*\*1329 | 2. CONTACT NAME<br>Joe Morrisson<br>2.1 E-MAIL ADDRESS<br>usagent@ajwtech.com<br>2.2 TELEPHONE NUMBER (include Area code)<br>727-3434914<br>2.3 FACSIMILE (FAX) NUMBER (Include Area code) |
|---|---|

3. TYPE OF PREMARKET APPLICATION (Select one of the following in each column; if you are unsure, please refer to the application descriptions at the following web site: http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/ucm345263.htm

Select an application type:

[X] Premarket notification(510(k)); except for third party

[ ] 513(g) Request for Information

[ ] Biologics License Application (BLA)

[ ] Premarket Approval Application (PMA)

[ ] Modular PMA

[ ] Product Development Protocol (PDP)

[ ] Premarket Report (PMR)

[ ] 30-Day Notice

3.1 Select a center

[X] CDRH

[ ] CBER

3.2 Select one of the types below

[X] Original Application

Supplement Types:

[ ] Efficacy (BLA)

[ ] Panel Track (PMA, PMR, PDP)

[ ] Real-Time (PMA, PMR, PDP)

[ ] 180-day (PMA, PMR, PDP)

4. ARE YOU A SMALL BUSINESS? (See the instructions for more information on determining this status)

[ ] YES, I meet the small business criteria and have submitted   [X] NO, I am not a small business
the required qualifying documents to FDA

4.1 If Yes, please enter your Small Business Decision Number:

5. FDA WILL NOT ACCEPT YOUR SUBMISSION IF YOUR COMPANY HAS NOT PAID AN ESTABLISHMENT REGISTRATION FEE THAT IS DUE TO FDA. HAS YOUR COMPANY PAID ALL ESTABLISHMENT REGISTRATION FEES THAT ARE DUE TO FDA?

[X] YES (All of our establishments have registered and paid the fee, or this is our first device, and we will register and pay the fee within 30 days of FDA's approval/clearance of this device.)

[ ] NO (If "NO," FDA will not accept your submission until you have paid all fees due to FDA. This submission will not be processed; see http://www.fda.gov/cdrh/mdufma for additional information)

6. IS THIS PREMARKET APPLICATION COVERED BY ANY OF THE FOLLOWING USER FEE EXCEPTIONS? IF SO, CHECK THE APPLICABLE EXCEPTION.

[ ] This application is the first PMA submitted by a qualified small business, including any affiliates

[ ] The sole purpose of the application is to support conditions of use for a pediatric population

| [ ] This biologics application is submitted under section 351 of the Public Health Service Act for a product licensed for further manufacturing use only | [ ] The application is submitted by a state or federal government entity for a device that is not to be distributed commercially |
|---|---|

**7.  IS THIS A SUPPLEMENT TO A PREMARKET APPLICATION FOR WHICH FEES WERE WAIVED DUE TO SOLE USE IN A PEDIATRIC POPULATION THAT NOW PROPOSES CONDITION OF USE FOR ANY ADULT POPULATION?** (If so, the application is subject to the fee that applies for an original premarket approval application (PMA).

[ ] YES          [X] NO

**PAPERWORK REDUCTION ACT STATEMENT**
Public reporting burden for this collection of information is estimated to average 18 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the address below.

Department of Health and Human Services, Food and Drug Administration, Office of Chief Information Officer, 8455 Colesville Road, COLE-14-14253 Silver Spring, MD 20993-0002
[Please do NOT return this form to the above address, except as it pertains to comments on the burden estimate.]

**8.  USER FEE PAYMENT AMOUNT SUBMITTED FOR THIS PREMARKET APPLICATION**

$5,018.00                                                                    15-Dec-2014

Form FDA 3601 (01/2007)

"Close Window"  Print Cover sheet

HIGHLY CONFIDENTIAL                                                          REBOTIX170428

Attachment A-2 – CDRH Premarket Review Cover Sheet

HIGHLY CONFIDENTIAL

REBOTIX170429

DEPARTMENT OF HEALTH AND HUMAN SERVICES
**FOOD AND DRUG ADMINISTRATION**
# CDRH PREMARKET REVIEW SUBMISSION COVER SHEET

Form Approval
OMB No. 0910-0120
Expiration Date: December 31, 2013
See PRA Statement on page 5.

| Date of Submission | User Fee Payment ID Number | FDA Submission Document Number *(if known)* |
|---|---|---|
| 12/18/2014 | MD6079161 | |

## SECTION A — TYPE OF SUBMISSION

**PMA**
- [ ] Original Submission
- [ ] Premarket Report
- [ ] Modular Submission
- [ ] Amendment
- [ ] Report
- [ ] Report Amendment
- [ ] Licensing Agreement

**PMA & HDE Supplement**
- [ ] Regular (180 day)
- [ ] Special
- [ ] Panel Track (PMA Only)
- [ ] 30-day Supplement
- [ ] 30-day Notice
- [ ] 135-day Supplement
- [ ] Real-time Review
- [ ] Amendment to PMA & HDE Supplement
- [ ] Other

**PDP**
- [ ] Original PDP
- [ ] Notice of Completion
- [ ] Amendment to PDP

**510(k)**
- [x] Original Submission:
- [x] Traditional
- [ ] Special
- [ ] Abbreviated (Complete section I, Page 5)
- [ ] Additional Information
- [ ] Third Party

**Request for Feedback**
- [ ] Pre-Submission
- [ ] Informational Meeting
- [ ] Submission Issue Meeting
- [ ] Day 100 Meeting
- [ ] Agreement Meeting
- [ ] Determination Meeting
- [ ] Study Risk Determination
- [ ] Other *(specify):*

**IDE**
- [ ] Original Submission
- [ ] Amendment
- [ ] Supplement

**Humanitarian Device Exemption (HDE)**
- [ ] Original Submission
- [ ] Amendment
- [ ] Supplement
- [ ] Report
- [ ] Report Amendment

**Class II Exemption Petition**
- [ ] Original Submission
- [ ] Additional Information

**Evaluation of Automatic Class III Designation (De Novo)**
- [ ] Original Submission
- [ ] Additional Information

**Other Submission**
- [ ] 513(g)
- [ ] Other *(describe submission):*

Have you used or cited Standards in your submission? [x] Yes  [ ] No   *(If Yes, please complete Section I, Page 5)*

## SECTION B — SUBMITTER, APPLICANT OR SPONSOR

| Company / Institution Name | Establishment Registration Number *(if known)* |
|---|---|
| Rebotix, LLC | |

| Division Name *(if applicable)* | Phone Number *(including area code)* |
|---|---|
| | 727-343-4914 |

| Street Address | FAX Number *(including area code)* |
|---|---|
| 539 Pasadena Avenue South | |

| City | State / Province | ZIP/Postal Code | Country |
|---|---|---|---|
| St. Petersburg | FL | 33707 | USA |

Contact Name: Joe Morrison

| Contact Title | Contact E-mail Address |
|---|---|
| Operations Manager | joemorrison@rebotix.net |

## SECTION C — APPLICATION CORRESPONDENT (e.g., consultant, if different from above)

Company / Institution Name: AJW Technology Consultants, Inc

| Division Name *(if applicable)* | Phone Number *(including area code)* |
|---|---|
| | (813) 645-2855 |

| Street Address | FAX Number *(including area code)* |
|---|---|
| 445 Apollo Beach Blvd | (813) 645-2856 |

| City | State / Province | ZIP Code | Country |
|---|---|---|---|
| Apollo Beach | FL | 33572 | USA |

Contact Name: Ryan Burke

| Contact Title | Contact E-mail Address |
|---|---|
| Regulatory and Quality Consultant | rburke@ajwtech.com |

FORM FDA 3514 (1/13)

HIGHLY CONFIDENTIAL   REBOTIX170430

## SECTION D1 — REASON FOR APPLICATION - PMA, PDP, OR HDE

- [ ] New Device
- [ ] Withdrawal
- [ ] Additional or Expanded Indications
- [ ] Request for Extension
- [ ] Post-approval Study Protocol
- [ ] Request for Applicant Hold
- [ ] Request for Removal of Applicant Hold
- [ ] Request to Remove or Add Manufacturing Site

- [ ] Change in design, component, or specification:
  - [ ] Software / Hardware
  - [ ] Color Additive
  - [ ] Material
  - [ ] Specifications
  - [ ] Other *(specify below)*

- [ ] Location change:
  - [ ] Manufacturer
  - [ ] Sterilizer
  - [ ] Packager

- [ ] Report Submission:
  - [ ] Annual or Periodic
  - [ ] Post-approval Study
  - [ ] Adverse Reaction
  - [ ] Device Defect
  - [ ] Amendment

- [ ] Process change:
  - [ ] Manufacturing   [ ] Packaging
  - [ ] Sterilization
  - [ ] Other *(specify below)*

- [ ] Labeling change:
  - [ ] Indications
  - [ ] Instructions
  - [ ] Performance Characteristics
  - [ ] Shelf Life
  - [ ] Trade Name
  - [ ] Other *(specify below)*

- [ ] Change in Ownership
- [ ] Change in Correspondent
- [ ] Change of Applicant Address

- [ ] Response to FDA correspondence:

- [ ] Other Reason *(specify):*

## SECTION D2 — REASON FOR APPLICATION - IDE

- [ ] New Device
- [ ] New Indication
- [ ] Addition of Institution
- [ ] Expansion / Extension of Study
- [ ] IRB Certification
- [ ] Termination of Study
- [ ] Withdrawal of Application
- [ ] Unanticipated Adverse Effect
- [ ] Notification of Emergency Use
- [ ] Compassionate Use Request
- [ ] Treatment IDE
- [ ] Continued Access

- [ ] Change in:
  - [ ] Correspondent / Applicant
  - [ ] Design / Device
  - [ ] Informed Consent
  - [ ] Manufacturer
  - [ ] Manufacturing Process
  - [ ] Protocol - Feasibility
  - [ ] Protocol - Other
  - [ ] Sponsor

- [ ] Report submission:
  - [ ] Current Investigator
  - [ ] Annual Progress Report
  - [ ] Site Waiver Report
  - [ ] Final

- [ ] Response to FDA Letter Concerning:
  - [ ] Conditional Approval
  - [ ] Deemed Approved
  - [ ] Deficient Final Report
  - [ ] Deficient Progress Report
  - [ ] Deficient Investigator Report
  - [ ] Disapproval
  - [ ] Request Extension of Time to Respond to FDA
  - [ ] Request Meeting
  - [ ] Request Hearing

- [ ] Other Reason *(specify):*

## SECTION D3 — REASON FOR SUBMISSION - 510(k)

- [x] New Device
- [ ] Additional or Expanded Indications
- [ ] Change in Technology

- [ ] Other Reason *(specify):*

**FORM FDA 3514 (1/13)**

HIGHLY CONFIDENTIAL

REBOTIX170431

| SECTION E | ADDITIONAL INFORMATION ON 510(K) SUBMISSIONS | | |
|---|---|---|---|

Product codes of devices to which substantial equivalence is claimed

Summary of, or statement concerning, safety and effectiveness information

| 1 | NAY | 2 | | 3 | | 4 | |
|---|---|---|---|---|---|---|---|
| 5 | | 6 | | 7 | | 8 | |

☒ 510 (k) summary attached
☐ 510 (k) statement

Information on devices to which substantial equivalence is claimed *(if known)*

| | 510(k) Number | | Trade or Proprietary or Model Name | | Manufacturer |
|---|---|---|---|---|---|
| 1 | K063220 | 1 | DA VINCI S SURGICAL SYSTEM-V1.1, MODEL IS2000 | 1 | INTUITIVE SURGICAL, INC. |
| 2 | K081137 | 2 | INTUITIVE SURGICAL DA VINCI SI SURGICAL SYSTEM: MODEL IS3000 | 2 | INTUITIVE SURGICAL, INC. |
| 3 | | 3 | | 3 | |
| 4 | | 4 | | 4 | |
| 5 | | 5 | | 5 | |
| 6 | | 6 | | 6 | |

| SECTION F | PRODUCT INFORMATION - APPLICATION TO ALL APPLICATIONS |
|---|---|

Common or usual name or classification name

System,Surgical,Computer Controlled Instrument

| | Trade or Proprietary or Model Name for This Device | | Model Number |
|---|---|---|---|
| 1 | Potts Scissors | 1 | 420001 |
| 2 | Large Needle Driver | 2 | 420006 |
| 3 | Round Tip Scissors | 3 | 420007 |
| 4 | DeBakey Forceps | 4 | 420036 |
| 5 | Long Tip Forceps | 5 | 420048 |

FDA document numbers of all prior related submissions *(regardless of outcome)*

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 |

Data Included in Submission

☒ Laboratory Testing   ☐ Animal Trials   ☐ Human Trials

| SECTION G | PRODUCT CLASSIFICATION - APPLICATION TO ALL APPLICATIONS |
|---|---|

| Product Code | C.F.R. Section *(if applicable)* | Device Class |
|---|---|---|
| NAY | 876.1500 | ☐ Class I   ☒ Class II |

Classification Panel

General & Plastic Surgery

☐ Class III   ☐ Unclassified

Indications *(from labeling)*

EndoWrist® Instruments, including scissors, scalpels, forceps, needle drivers and electrocautery are intended for endoscopic manipulation of tissue, including: grasping, cutting, blunt and sharp dissection, approximation, ligation, electrocautery and suturing.

The Instrument is for use only with the Intuitive da Vinci® S and da Vinci® Si Systems (Endoscopic Instrument Control System).

**FORM FDA 3514 (1/13)**

HIGHLY CONFIDENTIAL

REBOTIX170432

**Note:** Submission of the information entered in Section H does not affect the need to submit device establishment registration.

FDA Document Number *(if known)*

| SECTION H | MANUFACTURING / PACKAGING / STERILIZATION SITES RELATING TO A SUBMISSION |
|---|---|

☒ Original
☐ Add   ☐ Delete

Facility Establishment Identifier (FEI) Number

☒ Manufacturer   ☐ Contract Sterilizer
☐ Contract Manufacturer   ☐ Repackager / Relabeler

Company / Institution Name

Rebotix, LLC

Establishment Registration Number

Division Name *(if applicable)*

Phone Number *(including area code)*

727-343-4914

Street Address

539 Pasadena Avenue South

FAX Number *(including area code)*

| City | State / Province | ZIP Code | Country |
|---|---|---|---|
| St. Petersburg | FL | 33707 | USA |

| Contact Name | Contact Title | Contact E-mail Address |
|---|---|---|
| Joe Morrison | Operations Manager | joemorrison@rebotix.net |

---

☐ Original
☐ Add   ☐ Delete

Facility Establishment Identifier (FEI) Number

☐ Manufacturer   ☐ Contract Sterilizer
☐ Contract Manufacturer   ☐ Repackager / Relabeler

Company / Institution Name

Establishment Registration Number

Division Name *(if applicable)*

Phone Number *(including area code)*

Street Address

FAX Number *(including area code)*

| City | State / Province | ZIP Code | Country |
|---|---|---|---|
| | | | |

| Contact Name | Contact Title | Contact E-mail Address |
|---|---|---|
| | | |

---

☐ Original
☐ Add   ☐ Delete

Facility Establishment Identifier (FEI) Number

☐ Manufacturer   ☐ Contract Sterilizer
☐ Contract Manufacturer   ☐ Repackager / Relabeler

Company / Institution Name

Establishment Registration Number

Division Name *(if applicable)*

Phone Number *(including area code)*

Street Address

FAX Number *(including area code)*

| City | State / Province | ZIP Code | Country |
|---|---|---|---|
| | | | |

| Contact Name | Contact Title | Contact E-mail Address |
|---|---|---|
| | | |

---

**FORM FDA 3514 (1/13)**

Add Continuation Page    Page 4 of 6 Pages

HIGHLY CONFIDENTIAL   REBOTIX170433

*Note:* Submission of this information does not affect the need to submit a 2891 or 2891a Device Establishment Registration form.

FDA Document Number *(if known)*

## SECTION H  *(Continued)*

☐ Original    Facility Establishment Identifier (FEI) Number    ☐ Manufacturer    ☐ Contract Sterilizer

☐ Add    ☐ Delete      ☐ Contract Manufacturer    ☐ Repackager / Relabeler

Company / Institution Name

Establishment Registration Number

Division Name *(if applicable)*

Phone Number *(including area code)*

Street Address

FAX Number *(including area code)*

City

State / Province

ZIP Code

Country

Contact Name

Contact Title

Contact E-mail Address

---

☐ Original    Facility Establishment Identifier (FEI) Number    ☐ Manufacturer    ☐ Contract Sterilizer

☐ Add    ☐ Delete      ☐ Contract Manufacturer    ☐ Repackager / Relabeler

Company / Institution Name

Establishment Registration Number

Division Name *(if applicable)*

Phone Number *(including area code)*

Street Address

FAX Number *(including area code)*

City

State / Province

ZIP Code

Country

Contact Name

Contact Title

Contact E-mail Address

---

☐ Original    Facility Establishment Identifier (FEI) Number    ☐ Manufacturer    ☐ Contract Sterilizer

☐ Add    ☐ Delete      ☐ Contract Manufacturer    ☐ Repackager / Relabeler

Company / Institution Name

Establishment Registration Number

Division Name *(if applicable)*

Phone Number *(including area code)*

Street Address

FAX Number *(including area code)*

City

State / Province

ZIP Code

Country

Contact Name

Contact Title

Contact E-mail Address

---

**FORM FDA 3514 (1/13)**      [ Add Continuation Page ]    Page 5 of 6 Pages

HIGHLY CONFIDENTIAL

REBOTIX170434

| SECTION I | | | UTILIZATION OF STANDARDS | | |
|---|---|---|---|---|---|

**Note:** Complete this section if your application or submission cites standards or includes a *"Declaration of Conformity to a Recognized Standard"* statement.

| | Standards No. | Standards Organization | Standards Title | Version | Date |
|---|---|---|---|---|---|
| 1 | 60601-1 | AAMI ANSI | Medical Electrical Equipment - Part 1: General Requirements For Basic Safety And Essential Performance | Third Edition 2012 | |
| 2 | 60601-1-2 | IEC | Medical Electrical Equipment - Part 1-2: General Requirements For Basic Safety And Essential Performance - Collateral Standard: Electromagnetic Compatibility - Requirements And Tests | Third Edition 2007 | |
| 3 | 60601-2-2 | IEC | Medical Electrical Equipment - Part 2-2: Particular Requirements For The Basic Safety And Essential Performance Of High Frequency Surgical Equipment And High Frequency Surgical Accessories | Fifth Edition 2009 | |
| 4 | 10993-1 | ISO | Biological Evaluation Of Medical Devices - Part 1: Evaluation And Testing Within A Risk Management Process | Fourth Edition 2009-10-15 | |
| 5 | 10993-5 | AAMI ANSI ISO | Biological Evaluation Of Medical Devices -- Part 5: Tests For In Vitro Cytotoxicity | 2009/(R) 2014 | |
| 6 | 10993-10 | ISO | Biological Evaluation Of Medical Devices - Part 10: Tests For Irritation And Skin Sensitization | Third Edition 2010-08-01 | |
| 7 | 10993-11 | ISO | Biological Evaluation Of Medical Devices Part 11: Tests For Systemic Toxicity | Second Edition 2006-08-15 | |

**Please include any additional standards to be cited on a separate page.**

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 0.5 hour per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
1350 Piccard Drive, Room 400
Rockville, MD 20850

*An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.*

**FORM FDA 3514 (1/13)**

HIGHLY CONFIDENTIAL

REBOTIX170435

Attachment A-3 Addendum to FDA Form 3514

HIGHLY CONFIDENTIAL

REBOTIX170436

Addendum to Form FDA 3514

Table A-1 Model Numbers continued from Section F:

| # | Trade or Proprietary or Model Name for This Device | Model Number |
|---|---|---|
| 6 | Cadiere Forceps | 420049 |
| 7 | ProGrasp™ Forceps | 420093 |
| 8 | PreCise™ Bipolar Forceps | 420110 |
| 9 | Micro Bipolar Forceps | 420171 |
| 10 | Maryland Bipolar Forceps | 420172 |
| 11 | Curved Scissors | 420178 |
| 12 | Hot Shears™ (Monopolar Curved Scissors) | 420179 |
| 13 | Resano Forceps | 420181 |
| 14 | Permanent Cautery Hook | 420183 |
| 15 | Permanent Cautery Spatula | 420184 |
| 16 | Double Fenestrated Grasper | 420189 |
| 17 | Cobra Grasper | 420190 |
| 18 | Mega™ Needle Driver | 420194 |
| 19 | Fenestrated Bipolar Forceps | 420205 |
| 20 | Tenaculum Forceps | 420207 |
| 21 | PK® Dissecting Forceps | 420227 |
| 22 | Large SutureCut™ Needle Driver | 420296 |
| 23 | Mega SutureCut™ Needle Driver | 420309 |
| 24 | Curved Bipolar Dissector | 420344 |

Table A-2 Standards Utilized Continued from Section I

| Standards No. | Standards Organization | Standards Title | Version |
|---|---|---|---|
| 10993-4 | ISO | Biological evaluation of medical devices -- Part 4: Selection of tests for interactions with blood | 2002 |
| F756-13 | ASTM | Standard Practice For Assessment Of Hemolytic Properties Of Materials. (Biocompatibility) | 2013 |

HIGHLY CONFIDENTIAL                                                              REBOTIX170437

 Attachment A-4 – Indications For Use

HIGHLY CONFIDENTIAL

REBOTIX170438

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Food and Drug Administration<br>**Indications for Use** | Form Approved: OMB No. 0910-0120<br>Expiration Date: January 31, 2017<br>*See PRA Statement below.* |
| --- | --- |

510(k) Number *(if known)*

Device Name
Re-manufactured EndoWrists

Indications for Use *(Describe)*

EndoWrist® Instruments, including scissors, scalpels, forceps, needle drivers and electrocautery are intended for endoscopic manipulation of tissue, including: grasping, cutting, blunt and sharp dissection, approximation, ligation, electrocautery and suturing.

The Instrument is for use only with the Intuitive da Vinci® S and da Vinci® Si Systems (Endoscopic Instrument Control System).

Type of Use *(Select one or both, as applicable)*

☒ Prescription Use (Part 21 CFR 801 Subpart D)          ☐ Over-The-Counter Use (21 CFR 801 Subpart C)

**CONTINUE ON A SEPARATE PAGE IF NEEDED.**

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 79 hours per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
*PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."*

HIGHLY CONFIDENTIAL                                                    REBOTIX170439

Attachment A-5 – 510(k) Summary

HIGHLY CONFIDENTIAL

REBOTIX170440

# 510(k) SUMMARY
# (as required by 807.92)

I.   **SUBMITTER**
Rebotix, LLC
539 Pasadena Ave. S.
Saint Petersburg, FL 33707

Phone:                727-343-4914

Contact Person:       Joe Morrison
Date Prepared:        12/18/2014

**REGULATORY CORRESPONDENT**

AJW Technology Consultants, Inc
445 Apollo Beach, Blvd
Apollo Beach, FL 33572

Phone:                813-645-2855
Fax:                  813-645-2856

Contact Person:       Ryan Burke
Email:                rburke@ajwtech.com

II.  **DEVICE**
**Name of Device:**            Re-manufactured EndoWrists
**Common or Usual Name/**
**Classification Name:**       Endoscopic instrument control system, endoscopic
                               instruments and accessories
**Device Panel:**              General & Plastic Surgery
**Regulatory Class:**          Class II
**Product Code:**              NAY

III. **PREDICATE DEVICE**

The Re-manufactured EndoWrists are substantially equivalent in intended use and
similar technological characteristics of the Intuitive Surgical Endoscopic
Instrument Control System (Model IS2000) and EndoWrist Endoscopic
Instruments as part of K063220, and the Intuitive Surgical, Inc. da Vinci Si
Surgical System (Model IS3000) which was cleared under K081137.

These predicates have not been subject to a design-related recall.
No reference devices were used in this submission

HIGHLY CONFIDENTIAL

REBOTIX170441

IV.    **DEVICE DESCRIPTION**

The Re-Manufactured EndoWrists are multiple-use endoscopic instruments to be used in conjunction with the Intuitive Surgical Endoscopic Instrument Control System. The subject device(s) consist of a family of endoscopic instruments with either grasping or cutting end effectors to be used with the Intuitive Surgical da Vinci Endoscopic Instrument Control System. These instruments attach to the instrument manipulator arms on the Intuitive Surgical Endoscopic Instrument Control System. The instruments are re-usable (for a limited number of uses), are provided non-sterile, and must be cleaned and sterilized before used (pre-vacuum autoclave). The instruments are programmed for a limited number of uses to ensure reliability and consistent performance.

The instruments attach to disposable, sterile adaptor on the manipulator arm of the Endoscopic Instrument Control System to provide a barrier between the (sterile) instrument and the (non-sterile) manipulator arm. This allows instruments to be interchangeable during a procedure, without compromising the sterile barrier. When attached to the manipulator, the instrument is inserted through a cannula mounted to the manipulator.

All instruments have articulations at the distal end that are controlled by the surgeon. The instrument is the "wrist" of the system and provides four (4) degrees of freedom (wrist pitch, wrist yaw, rotation and grip). These instruments share similar architecture, materials, and manufacturing processes. The primary difference between the instruments is the tip end effector also known as the "tool end".

V.    **INDICATIONS FOR USE**

EndoWrist® Instruments, including scissors, scalpels, forceps, needle drivers and electrocautery are intended for endoscopic manipulation of tissue, including: grasping, cutting, blunt and sharp dissection, approximation, ligation, electrocautery and suturing.

The Instrument is for use only with the Intuitive da Vinci® S and da Vinci® Si Systems (Endoscopic Instrument Control System).

VI.    **COMPARISON OF TECHNOLIGICAL CHARACTERISTICS WITH THE PREDICATE DEVICE**

The minor modifications that are made to the EndoWrists during the re-manufacturing process serve only to restore them to OEM-equivalent performance specifications, and therefore do not represent changes to the technological characteristics of the devices.

**HIGHLY CONFIDENTIAL**

**REBOTIX170442**

VII.  **PERFORMANCE DATA**
The following performance data were provided in support of the substantial equivalence determination:

**Biocompatibility Testing**
The product contact materials utilized in the Re-manufactured EndoWrists have been well characterized chemically and physically and have a long history of safe use in predicate devices.  In addition, all patient contact components have been FDA cleared through the 510(k) Premarket Notification process and have been tested for biocompatibility.

**Electrical safety and electromagnetic compatibility (EMC)**
Electrical safety and EMC testing were conducted on the Re-manufactured EndoWrists devices. The devices continue to comply with the IEC 60601-1 standards for safety and the IEC 60601-1-2 standard for EMC.

**Software Verification and Validation Testing**
Software verification and validation testing were conducted and documentation was provided as recommended by FDA's Guidance for Industry and FDA Staff, "Guidance for the Content of Premarket Submissions for Software Contained in Medical Devices." The software for this device was considered as a "Moderate" level of concern, since a failure or latent flaw could directly result in minor injury to the patient or operator.

VIII.  **CONCLUSIONS**

The testing completed demonstrates that the Re-manufactured EndoWrists exhibits comparable technical and functional characteristics to the predicate devices. Based on those characteristics, the Re-manufactured EndoWrists are substantially equivalent to the predicate device in safety and effectiveness in addition to having the same intended use.

HIGHLY CONFIDENTIAL

REBOTIX170443

<u>Attachment A-6 – Truthful and Accuracy Statement</u>

HIGHLY CONFIDENTIAL

REBOTIX170444

# PREMARKET NOTIFICATION

# TRUTHFUL AND ACCURATE STATEMENT

## (As Required By 21 CFR 807.87(k))

I certify that, in my capacity as Managing Member of *Rebotix, LLC,* I believe to the best of my knowledge, that all data and information submitted in the premarket notification are truthful and accurate and that no material fact has been omitted.

_____
Signature

_____
Name *(Print or Type)*

_____
Date

_____
Premarket Notification 510(k)

Module A - Page 24 of 43

HIGHLY CONFIDENTIAL
REBOTIX170445

Attachment A-7 – Standards Data Report Form (3654)

**HIGHLY CONFIDENTIAL**

**REBOTIX170446**

Form Approved: OMB No. 0910-0120; Expiration Date: 1/31/2017

Department of Health and Human Services
Food and Drug Administration
## STANDARDS DATA REPORT FOR 510(k)s
### (To be filled in by applicant)

This report and the Summary Report Table are to be completed by the applicant when submitting a 510(k) that references a national or international standard. A separate report is required for each standard referenced in the 510(k).

TYPE OF 510(K) SUBMISSION

☒ Traditional      ☐ Special      ☐ Abbreviated

STANDARD TITLE [1]
AAMI ANSI ES60601-1:2005/(R)2012 And A1:2012 Medical Electrical Equipment - Part 1: General Requirements For Basic Safety And Essential Performance

| Please answer the following questions | Yes | No |
|---|---|---|
| Is this standard recognized by FDA [2]? ............................................................................ | ☒ | ☐ |
| FDA Recognition number [3] ............................................................................ #19-4 | | |
| Was a third party laboratory responsible for testing conformity of the device to this standard identified in the 510(k)? ............................................................................ | ☒ | ☐ |
| Is a summary report [4] describing the extent of conformance of the standard used included in the 510(k)? ............................................................................ <br> If no, complete a summary report table. | ☒ | ☐ |
| Does the test data for this device demonstrate conformity to the requirements of this standard as it pertains to this device? ............................................................................ | ☒ | ☐ |
| Does this standard include acceptance criteria? ............................................................................ <br> If no, include the results of testing in the 510(k). | ☒ | ☐ |
| Does this standard include more than one option or selection of tests? ............................................................................ <br> If yes, report options selected in the summary report table. | ☐ | ☒ |
| Were there any deviations or adaptations made in the use of the standard?........................ <br> If yes, were deviations in accordance with the FDA supplemental information sheet (SIS) [5]? ............ | ☐ <br> ☐ | ☒ <br> ☐ |
| Were deviations or adaptations made beyond what is specified in the FDA SIS?................. <br> If yes, report these deviations or adaptations in the summary report table. | ☐ | ☒ |
| Were there any exclusions from the standard? ............................................................................ <br> If yes, report these exclusions in the summary report table. | ☐ | ☒ |
| Is there an FDA guidance [6] that is associated with this standard?........................................ <br> If yes, was the guidance document followed in preparation of this 510k? ............................ | ☐ <br> ☐ | ☒ <br> ☐ |
| Title of guidance: _____ | | |

[1] The formatting convention for the title is: [SDO] [numeric identifier] [title of standard] [date of publication]

[2] Authority [21 U.S.C. 360d], http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Standards/default.htm

[3] http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[4] The summary report should include: any adaptations used to adapt to the device under review (for example, alternative test methods); choices made when options or a selection of methods are described; deviations from the standard; requirements not applicable to the device; and the name and

address of the test laboratory or certification body involved in conformance assessment to this standard. The summary report includes information on all standards utilized during the development of the device.

[5] The supplemental information sheet (SIS) is additional information which is necessary before FDA recognizes the standard. Found at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[6] The online search for CDRH Guidance Documents can be found at http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/default.htm

PSC Publishing Services (301) 443-6740   EF

Module A - Page 26 of 43

HIGHLY CONFIDENTIAL

REBOTIX170447

## EXTENT OF STANDARD CONFORMANCE
## SUMMARY REPORT TABLE

STANDARD TITLE

AAMI ANSI ES60601-1:2005/(R)2012 And A1:2012 Medical Electrical Equipment - Part 1: General Requirements For Basic Safety And Essential Performance

### CONFORMANCE WITH STANDARD SECTIONS*

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes   ☐ No   ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED   ✦

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes   ☐ No   ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED   ✦

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes   ☐ No   ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED   ✦

DESCRIPTION

JUSTIFICATION

\* For completeness list all sections of the standard and indicate whether conformance is met. If a section is not applicable (N/A) an explanation is needed under "justification." Some standards include options, so similar to deviations, the option chosen needs to be described and adequately justified as appropriate for the subject device. Explanation of all deviations or description of options selected when following a standard is required under "type of deviation or option selected," "description" and "justification" on the report.  More than one page may be necessary.

✦ Types of deviations can include an exclusion of a section in the standard, a deviation brought out by the FDA supplemental information sheet (SIS), a deviation to adapt the standard to the device, or any adaptation of a section.

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 1 hour per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information.  Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
*PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number."*

HIGHLY CONFIDENTIAL                                                    REBOTIX170448

Form Approved: OMB No. 0910-0120; Expiration Date: 1/31/2017

Department of Health and Human Services
Food and Drug Administration
## STANDARDS DATA REPORT FOR 510(k)s
**(To be filled in by applicant)**

This report and the Summary Report Table are to be completed by the applicant when submitting a 510(k) that references a national or international standard. A separate report is required for each standard referenced in the 510(k).

TYPE OF 510(K) SUBMISSION

☒ Traditional ☐ Special ☐ Abbreviated

STANDARD TITLE [1]
IEC 60601-1-2 Edition 3: 2007-03 Medical Electrical Equipment - Part 1-2: General Requirements For Basic Safety And Essential Performance - Collateral Standard: Electromagnetic Compatibility - Requirements And Tests

| Please answer the following questions | Yes | No |
|---|---|---|
| Is this standard recognized by FDA [2] ? ................................................................ | ☒ | ☐ |
| FDA Recognition number [3] ................................................................ #19-1 | | |
| Was a third party laboratory responsible for testing conformity of the device to this standard identified in the 510(k)? ................................................................ | ☒ | ☐ |
| Is a summary report [4] describing the extent of conformance of the standard used included in the 510(k)? ................................................................ <br> If no, complete a summary report table. | ☒ | ☐ |
| Does the test data for this device demonstrate conformity to the requirements of this standard as it pertains to this device? ................................................................ | ☒ | ☐ |
| Does this standard include acceptance criteria? ................................................................ <br> If no, include the results of testing in the 510(k). | ☒ | ☐ |
| Does this standard include more than one option or selection of tests? ................................................................ <br> If yes, report options selected in the summary report table. | ☐ | ☒ |
| Were there any deviations or adaptations made in the use of the standard? ................................................................ <br> If yes, were deviations in accordance with the FDA supplemental information sheet (SIS) [5] ? ............ | ☐ <br> ☐ | ☒ <br> ☐ |
| Were deviations or adaptations made beyond what is specified in the FDA SIS? ................................................................ <br> If yes, report these deviations or adaptations in the summary report table. | ☐ | ☒ |
| Were there any exclusions from the standard? ................................................................ <br> If yes, report these exclusions in the summary report table. | ☐ | ☒ |
| Is there an FDA guidance [6] that is associated with this standard? ................................................................ <br> If yes, was the guidance document followed in preparation of this 510k? ................................................................ | ☐ <br> ☐ | ☒ <br> ☐ |

Title of guidance: _____

[1] The formatting convention for the title is: [SDO] [numeric identifier] [title of standard] [date of publication]

[2] Authority [21 U.S.C. 360d], http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Standards/default.htm

[3] http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[4] The summary report should include: any adaptations used to adapt to the device under review (for example, alternative test methods); choices made when options or a selection of methods are described; deviations from the standard; requirements not applicable to the device; and the name and

address of the test laboratory or certification body involved in conformance assessment to this standard. The summary report includes information on all standards utilized during the development of the device.

[5] The supplemental information sheet (SIS) is additional information which is necessary before FDA recognizes the standard. Found at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[6] The online search for CDRH Guidance Documents can be found at http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/default.htm

HIGHLY CONFIDENTIAL                                                                 REBOTIX170449

# EXTENT OF STANDARD CONFORMANCE
## SUMMARY REPORT TABLE

STANDARD TITLE
IEC 60601-1-2 Edition 3: 2007-03 Medical Electrical Equipment - Part 1-2: General Requirements For Basic Safety And Essential Performance - Collateral Standard: Electromagnetic Compatibility - Requirements And Tests

## CONFORMANCE WITH STANDARD SECTIONS*

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes  ☐ No  ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  *

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes  ☐ No  ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  *

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes  ☐ No  ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  *

DESCRIPTION

JUSTIFICATION

* For completeness list all sections of the standard and indicate whether conformance is met. If a section is not applicable (N/A) an explanation is needed under "justification." Some standards include options, so similar to deviations, the option chosen needs to be described and adequately justified as appropriate for the subject device. Explanation of all deviations or description of options selected when following a standard is required under "type of deviation or option selected," "description" and "justification" on the report.  More than one page may be necessary.

❖ Types of deviations can include an exclusion of a section in the standard, a deviation brought out by the FDA supplemental information sheet (SIS), a deviation to adapt the standard to the device, or any adaptation of a section.

This section applies only to requirements of the Paperwork Reduction Act of 1995.
**DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.**

The burden time for this collection of information is estimated to average 1 hour per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information.  Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:
Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
PRAStaff@fda.hhs.gov

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number."*

Form Approved: OMB No. 0910-0120; Expiration Date: 1/31/2017

Department of Health and Human Services
Food and Drug Administration
## STANDARDS DATA REPORT FOR 510(k)s
**(To be filled in by applicant)**

This report and the Summary Report Table are to be completed by the applicant when submitting a 510(k) that references a national or international standard. A separate report is required for each standard referenced in the 510(k).

TYPE OF 510(K) SUBMISSION

☒ Traditional  ☐ Special  ☐ Abbreviated

STANDARD TITLE [1]
IEC 60601-2-2 Edition 5.0 2009-02 Medical Electrical Equipment - Part 2-2: Particular Requirements For The Basic Safety And Essential Performance Of High Frequency Surgical Equipment And High Frequency Surgical Accessories

| Please answer the following questions | Yes | No |
|---|---|---|
| Is this standard recognized by FDA [2]? ................................................................ | ☒ | ☐ |
| FDA Recognition number [3] ................................................................ #6-228 | | |
| Was a third party laboratory responsible for testing conformity of the device to this standard identified in the 510(k)? ................................................................ | ☒ | ☐ |
| Is a summary report [4] describing the extent of conformance of the standard used included in the 510(k)? ................................................................ <br> If no, complete a summary report table. | ☒ | ☐ |
| Does the test data for this device demonstrate conformity to the requirements of this standard as it pertains to this device? ................................................................ | ☒ | ☐ |
| Does this standard include acceptance criteria? ................................................................ <br> If no, include the results of testing in the 510(k). | ☒ | ☐ |
| Does this standard include more than one option or selection of tests? ................................................................ <br> If yes, report options selected in the summary report table. | ☐ | ☒ |
| Were there any deviations or adaptations made in the use of the standard? ................................................................ | ☐ | ☒ |
| If yes, were deviations in accordance with the FDA supplemental information sheet (SIS) [5]? ............ | ☐ | ☐ |
| Were deviations or adaptations made beyond what is specified in the FDA SIS? ................................ <br> If yes, report these deviations or adaptations in the summary report table. | ☐ | ☒ |
| Were there any exclusions from the standard? ................................................................ <br> If yes, report these exclusions in the summary report table. | ☐ | ☒ |
| Is there an FDA guidance [6] that is associated with this standard? ................................................................ | ☐ | ☒ |
| If yes, was the guidance document followed in preparation of this 510k? ............................................. | ☐ | ☐ |
| Title of guidance: _____ | | |

[1] The formatting convention for the title is: [SDO] [numeric identifier] [title of standard] [date of publication]

[2] Authority [21 U.S.C. 360d], http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Standards/default.htm

[3] http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[4] The summary report should include: any adaptations used to adapt to the device under review (for example, alternative test methods); choices made when options or a selection of methods are described; deviations from the standard; requirements not applicable to the device; and the name and address of the test laboratory or certification body involved in conformance assessment to this standard. The summary report includes information on all standards utilized during the development of the device.

[5] The supplemental information sheet (SIS) is additional information which is necessary before FDA recognizes the standard. Found at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[6] The online search for CDRH Guidance Documents can be found at http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/default.htm

HIGHLY CONFIDENTIAL                                                                 REBOTIX170451

| EXTENT OF STANDARD CONFORMANCE<br>SUMMARY REPORT TABLE |
|---|

**STANDARD TITLE**
IEC 60601-2-2 Edition 5.0 2009-02 Medical Electrical Equipment - Part 2-2: Particular Requirements For The Basic Safety And Essential Performance Of High Frequency Surgical Equipment And High Frequency Surgical Accessories

| CONFORMANCE WITH STANDARD SECTIONS* |
|---|

| SECTION NUMBER | SECTION TITLE | CONFORMANCE?<br>☐ Yes ☐ No ☐ N/A |
|---|---|---|

TYPE OF DEVIATION OR OPTION SELECTED  ✶

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE?<br>☐ Yes ☐ No ☐ N/A |
|---|---|---|

TYPE OF DEVIATION OR OPTION SELECTED  ✶

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE?<br>☐ Yes ☐ No ☐ N/A |
|---|---|---|

TYPE OF DEVIATION OR OPTION SELECTED  ✶

DESCRIPTION

JUSTIFICATION

* For completeness list all sections of the standard and indicate whether conformance is met. If a section is not applicable (N/A) an explanation is needed under "justification." Some standards include options, so similar to deviations, the option chosen needs to be described and adequately justified as appropriate for the subject device. Explanation of all deviations or description of options selected when following a standard is required under "type of deviation or option selected," "description" and "justification" on the report.  More than one page may be necessary.

✶ Types of deviations can include an exclusion of a section in the standard, a deviation brought out by the FDA supplemental information sheet (SIS), a deviation to adapt the standard to the device, or any adaptation of a section.

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 1 hour per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information.  Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
*PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number."*

HIGHLY CONFIDENTIAL                                                          REBOTIX170452

Form Approved: OMB No. 0910-0120; Expiration Date: 1/31/2017

Department of Health and Human Services
Food and Drug Administration
# STANDARDS DATA REPORT FOR 510(k)s
**(To be filled in by applicant)**

This report and the Summary Report Table are to be completed by the applicant when submitting a 510(k) that references a national or international standard. A separate report is required for each standard referenced in the 510(k).

TYPE OF 510(K) SUBMISSION [1]

☒ Traditional ☐ Special ☐ Abbreviated

STANDARD TITLE [1]
ISO 10993-1 Fourth Edition 2009-10-15 Biological Evaluation Of Medical Devices - Part 1: Evaluation And Testing Within A Risk Management Process

| Please answer the following questions | Yes | No |
|---|---|---|
| Is this standard recognized by FDA [2]? .................................................................................... | ☒ | ☐ |
| FDA Recognition number [3] .................................................................................... #2-179 | | |
| Was a third party laboratory responsible for testing conformity of the device to this standard identified in the 510(k)? .................................................................................... | ☒ | ☐ |
| Is a summary report [4] describing the extent of conformance of the standard used included in the 510(k)? .................................................................................... If no, complete a summary report table. | ☒ | ☐ |
| Does the test data for this device demonstrate conformity to the requirements of this standard as it pertains to this device? .................................................................................... | ☒ | ☐ |
| Does this standard include acceptance criteria? .................................................................................... If no, include the results of testing in the 510(k). | ☒ | ☐ |
| Does this standard include more than one option or selection of tests? .................................................................................... If yes, report options selected in the summary report table. | ☐ | ☒ |
| Were there any deviations or adaptations made in the use of the standard?.................................................................................... If yes, were deviations in accordance with the FDA supplemental information sheet (SIS) [5]? ............ | ☐ ☐ | ☒ ☐ |
| Were deviations or adaptations made beyond what is specified in the FDA SIS?.................................................................................... If yes, report these deviations or adaptations in the summary report table. | ☐ | ☒ |
| Were there any exclusions from the standard? .................................................................................... If yes, report these exclusions in the summary report table. | ☐ | ☒ |
| Is there an FDA guidance [6] that is associated with this standard?.................................................................................... If yes, was the guidance document followed in preparation of this 510k? .................................................................................... | ☒ ☐ | ☐ ☐ |

Title of guidance: ODE General Program Memorandum #G95-1 (1995)

[1] The formatting convention for the title is: [SDO] [numeric identifier] [title of standard] [date of publication]

[2] Authority [21 U.S.C. 360d], http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Standards/default.htm

[3] http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[4] The summary report should include: any adaptations used to adapt to the device under review (for example, alternative test methods); choices made when options or a selection of methods are described; deviations from the standard; requirements not applicable to the device; and the name and address of the test laboratory or certification body involved in conformance assessment to this standard. The summary report includes information on all standards utilized during the development of the device.

[5] The supplemental information sheet (SIS) is additional information which is necessary before FDA recognizes the standard. Found at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[6] The online search for CDRH Guidance Documents can be found at http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/default.htm

PSC Publishing Services (301) 443-6740    EF

HIGHLY CONFIDENTIAL

REBOTIX170453

## EXTENT OF STANDARD CONFORMANCE
## SUMMARY REPORT TABLE

STANDARD TITLE
ISO 10993-1 Fourth Edition 2009-10-15 Biological Evaluation Of Medical Devices - Part 1: Evaluation And Testing Within A Risk Management Process

### CONFORMANCE WITH STANDARD SECTIONS*

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes  ☐ No  ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  ✦

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes  ☐ No  ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  ✦

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes  ☐ No  ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  ✦

DESCRIPTION

JUSTIFICATION

\* For completeness list all sections of the standard and indicate whether conformance is met. If a section is not applicable (N/A) an explanation is needed under "justification." Some standards include options, so similar to deviations, the option chosen needs to be described and adequately justified as appropriate for the subject device. Explanation of all deviations or description of options selected when following a standard is required under "type of deviation or option selected," "description" and "justification" on the report.  More than one page may be necessary.

✦ Types of deviations can include an exclusion of a section in the standard, a deviation brought out by the FDA supplemental information sheet (SIS), a deviation to adapt the standard to the device, or any adaptation of a section.

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 1 hour per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information.  Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
*PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number."*

HIGHLY CONFIDENTIAL                                                      REBOTIX170454

Form Approved: OMB No. 0910-0120; Expiration Date: 1/31/2017

Department of Health and Human Services
Food and Drug Administration
## STANDARDS DATA REPORT FOR 510(k)s
**(To be filled in by applicant)**

This report and the Summary Report Table are to be completed by the applicant when submitting a 510(k) that references a national or international standard. A separate report is required for each standard referenced in the 510(k).

TYPE OF 510(K) SUBMISSION

☒ Traditional    ☐ Special    ☐ Abbreviated

STANDARD TITLE [1]

AAMI ANSI ISO 10993-5:2009/(R) 2014 Biological Evaluation Of Medical Devices -- Part 5: Tests For In Vitro Cytotoxicity

| Please answer the following questions | Yes | No |
|---|---|---|
| Is this standard recognized by FDA [2]? | ☒ | ☐ |
| FDA Recognition number [3] ......... #2-153 | | |
| Was a third party laboratory responsible for testing conformity of the device to this standard identified in the 510(k)? | ☒ | ☐ |
| Is a summary report [4] describing the extent of conformance of the standard used included in the 510(k)? | ☒ | ☐ |
| If no, complete a summary report table. | | |
| Does the test data for this device demonstrate conformity to the requirements of this standard as it pertains to this device? | ☒ | ☐ |
| Does this standard include acceptance criteria? | ☒ | ☐ |
| If no, include the results of testing in the 510(k). | | |
| Does this standard include more than one option or selection of tests? | ☐ | ☒ |
| If yes, report options selected in the summary report table. | | |
| Were there any deviations or adaptations made in the use of the standard? | ☐ | ☒ |
| If yes, were deviations in accordance with the FDA supplemental information sheet (SIS) [5]? | ☐ | ☐ |
| Were deviations or adaptations made beyond what is specified in the FDA SIS? | ☐ | ☒ |
| If yes, report these deviations or adaptations in the summary report table. | | |
| Were there any exclusions from the standard? | ☐ | ☒ |
| If yes, report these exclusions in the summary report table. | | |
| Is there an FDA guidance [6] that is associated with this standard? | ☐ | ☒ |
| If yes, was the guidance document followed in preparation of this 510k? | ☐ | ☐ |
| Title of guidance: _____ | | |

[1] The formatting convention for the title is: [SDO] [numeric identifier] [title of standard] [date of publication]

[2] Authority [21 U.S.C. 360d], http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Standards/default.htm

[3] http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[4] The summary report should include: any adaptations used to adapt to the device under review (for example, alternative test methods); choices made when options or a selection of methods are described; deviations from the standard; requirements not applicable to the device; and the name and address of the test laboratory or certification body involved in conformance assessment to this standard. The summary report includes information on all standards utilized during the development of the device.

[5] The supplemental information sheet (SIS) is additional information which is necessary before FDA recognizes the standard. Found at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[6] The online search for CDRH Guidance Documents can be found at http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/default.htm

HIGHLY CONFIDENTIAL    REBOTIX170455

## EXTENT OF STANDARD CONFORMANCE
## SUMMARY REPORT TABLE

**STANDARD TITLE**
AAMI ANSI ISO 10993-5:2009/(R) 2014 Biological Evaluation Of Medical Devices -- Part 5: Tests For In Vitro Cytotoxicity

### CONFORMANCE WITH STANDARD SECTIONS*

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes   ☐ No   ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  *

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes   ☐ No   ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  *

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes   ☐ No   ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  *

DESCRIPTION

JUSTIFICATION

* For completeness list all sections of the standard and indicate whether conformance is met. If a section is not applicable (N/A) an explanation is needed under "justification." Some standards include options, so similar to deviations, the option chosen needs to be described and adequately justified as appropriate for the subject device. Explanation of all deviations or description of options selected when following a standard is required under "type of deviation or option selected," "description" and "justification" on the report.  More than one page may be necessary.

✦ Types of deviations can include an exclusion of a section in the standard, a deviation brought out by the FDA supplemental information sheet (SIS), a deviation to adapt the standard to the device, or any adaptation of a section.

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 1 hour per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information.  Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
*PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number."*

**HIGHLY CONFIDENTIAL**                                                                 REBOTIX170456

Form Approved: OMB No. 0910-0120; Expiration Date: 1/31/2017

Department of Health and Human Services
Food and Drug Administration
## STANDARDS DATA REPORT FOR 510(k)s
**(To be filled in by applicant)**

This report and the Summary Report Table are to be completed by the applicant when submitting a 510(k) that references a national or international standard. A separate report is required for each standard referenced in the 510(k).

TYPE OF 510(K) SUBMISSION [1]

☒ Traditional ☐ Special ☐ Abbreviated

STANDARD TITLE [1]

ISO 10993-10 Third Edition 2010-08-01 Biological Evaluation Of Medical Devices - Part 10: Tests For Irritation And Skin Sensitization

| Please answer the following questions | Yes | No |
|---|---|---|
| Is this standard recognized by FDA [2]? ............................................................... | ☒ | ☐ |
| FDA Recognition number [3] ............................................................... #2-174 | | |
| Was a third party laboratory responsible for testing conformity of the device to this standard identified in the 510(k)? ............................................................... | ☒ | ☐ |
| Is a summary report [4] describing the extent of conformance of the standard used included in the 510(k)? ............................................................... If no, complete a summary report table. | ☒ | ☐ |
| Does the test data for this device demonstrate conformity to the requirements of this standard as it pertains to this device? ............................................................... | ☒ | ☐ |
| Does this standard include acceptance criteria? ............................................................... If no, include the results of testing in the 510(k). | ☒ | ☐ |
| Does this standard include more than one option or selection of tests? ............................................................... If yes, report options selected in the summary report table. | ☐ | ☒ |
| Were there any deviations or adaptations made in the use of the standard?............................................................... If yes, were deviations in accordance with the FDA supplemental information sheet (SIS) [5]? ............ | ☐ ☐ | ☒ ☐ |
| Were deviations or adaptations made beyond what is specified in the FDA SIS?............................................................... If yes, report these deviations or adaptations in the summary report table. | ☐ | ☒ |
| Were there any exclusions from the standard? ............................................................... If yes, report these exclusions in the summary report table. | ☐ | ☒ |
| Is there an FDA guidance [6] that is associated with this standard?............................................................... If yes, was the guidance document followed in preparation of this 510k? ............................................................... | ☐ ☐ | ☒ ☐ |

Title of guidance: _____

[1] The formatting convention for the title is: [SDO] [numeric identifier] [title of standard] [date of publication]

[2] Authority [21 U.S.C. 360d], http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Standards/default.htm

[3] http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[4] The summary report should include: any adaptations used to adapt to the device under review (for example, alternative test methods); choices made when options or a selection of methods are described; deviations from the standard; requirements not applicable to the device; and the name and address of the test laboratory or certification body involved in conformance assessment to this standard. The summary report includes information on all standards utilized during the development of the device.

[5] The supplemental information sheet (SIS) is additional information which is necessary before FDA recognizes the standard. Found at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[6] The online search for CDRH Guidance Documents can be found at http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/default.htm

HIGHLY CONFIDENTIAL                                                        REBOTIX170457

## EXTENT OF STANDARD CONFORMANCE
## SUMMARY REPORT TABLE

STANDARD TITLE
ISO 10993-10 Third Edition 2010-08-01 Biological Evaluation Of Medical Devices - Part 10: Tests For Irritation And Skin Sensitization

### CONFORMANCE WITH STANDARD SECTIONS*

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes  ☐ No  ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  ✦

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes  ☐ No  ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  ✦

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes  ☐ No  ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  ✦

DESCRIPTION

JUSTIFICATION

* For completeness list all sections of the standard and indicate whether conformance is met. If a section is not applicable (N/A) an explanation is needed under "justification." Some standards include options, so similar to deviations, the option chosen needs to be described and adequately justified as appropriate for the subject device. Explanation of all deviations or description of options selected when following a standard is required under "type of deviation or option selected," "description" and "justification" on the report.  More than one page may be necessary.

✦ Types of deviations can include an exclusion of a section in the standard, a deviation brought out by the FDA supplemental information sheet (SIS), a deviation to adapt the standard to the device, or any adaptation of a section.

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 1 hour per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information.  Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
PRAStaff@fda.hhs.gov

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number."*

FORM FDA 3654 (4/14)

HIGHLY CONFIDENTIAL

REBOTIX170458

Form Approved: OMB No. 0910-0120; Expiration Date: 1/31/2017

Department of Health and Human Services
Food and Drug Administration

# STANDARDS DATA REPORT FOR 510(k)s
## (To be filled in by applicant)

This report and the Summary Report Table are to be completed by the applicant when submitting a 510(k) that references a national or international standard. A separate report is required for each standard referenced in the 510(k).

TYPE OF 510(K) SUBMISSION

☒ Traditional      ☐ Special      ☐ Abbreviated

STANDARD TITLE [1]

ISO 10993-11 Second Edition 2006-08-15 Biological Evaluation Of Medical Devices Part 11: Tests For Systemic Toxicity

| Please answer the following questions | Yes | No |
|---|---|---|
| Is this standard recognized by FDA [2]? ......................................................................... | ☒ | ☐ |
| FDA Recognition number [3] ....................................................................................... #2-176 | | |
| Was a third party laboratory responsible for testing conformity of the device to this standard identified in the 510(k)? ................................................................................................. | ☒ | ☐ |
| Is a summary report [4] describing the extent of conformance of the standard used included in the 510(k)? ........................................................................................................... If no, complete a summary report table. | ☒ | ☐ |
| Does the test data for this device demonstrate conformity to the requirements of this standard as it pertains to this device? ..................................................................................... | ☒ | ☐ |
| Does this standard include acceptance criteria? ......................................................... If no, include the results of testing in the 510(k). | ☒ | ☐ |
| Does this standard include more than one option or selection of tests? ........................... If yes, report options selected in the summary report table. | ☐ | ☒ |
| Were there any deviations or adaptations made in the use of the standard?...................... If yes, were deviations in accordance with the FDA supplemental information sheet (SIS) [5]? ............ | ☐ ☐ | ☒ ☐ |
| Were deviations or adaptations made beyond what is specified in the FDA SIS?................ If yes, report these deviations or adaptations in the summary report table. | ☐ | ☒ |
| Were there any exclusions from the standard? ............................................................ If yes, report these exclusions in the summary report table. | ☐ | ☒ |
| Is there an FDA guidance [6] that is associated with this standard?.................................. If yes, was the guidance document followed in preparation of this 510k? .......................... | ☐ ☐ | ☒ ☐ |

Title of guidance: _____

[1] The formatting convention for the title is: [SDO] [numeric identifier] [title of standard] [date of publication]

[2] Authority [21 U.S.C. 360d], http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Standards/default.htm

[3] http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[4] The summary report should include: any adaptations used to adapt to the device under review (for example, alternative test methods); choices made when options or a selection of methods are described; deviations from the standard; requirements not applicable to the device; and the name and

address of the test laboratory or certification body involved in conformance assessment to this standard. The summary report includes information on all standards utilized during the development of the device.

[5] The supplemental information sheet (SIS) is additional information which is necessary before FDA recognizes the standard. Found at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[6] The online search for CDRH Guidance Documents can be found at http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/default.htm

HIGHLY CONFIDENTIAL                                                      REBOTIX170459

## EXTENT OF STANDARD CONFORMANCE
## SUMMARY REPORT TABLE

**STANDARD TITLE**
ISO 10993-11 Second Edition 2006-08-15 Biological Evaluation Of Medical Devices Part 11: Tests For Systemic Toxicity

### CONFORMANCE WITH STANDARD SECTIONS*

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes  ☐ No  ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  ✸

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes  ☐ No  ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  ✸

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes  ☐ No  ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  ✸

DESCRIPTION

JUSTIFICATION

* For completeness list all sections of the standard and indicate whether conformance is met. If a section is not applicable (N/A) an explanation is needed under "justification." Some standards include options, so similar to deviations, the option chosen needs to be described and adequately justified as appropriate for the subject device. Explanation of all deviations or description of options selected when following a standard is required under "type of deviation or option selected," "description" and "justification" on the report.  More than one page may be necessary.

✸ Types of deviations can include an exclusion of a section in the standard, a deviation brought out by the FDA supplemental information sheet (SIS), a deviation to adapt the standard to the device, or any adaptation of a section.

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 1 hour per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information.  Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:
  Department of Health and Human Services
  Food and Drug Administration
  Office of Chief Information Officer
  Paperwork Reduction Act (PRA) Staff
  *PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number."*

**FORM FDA 3654 (4/14)**

HIGHLY CONFIDENTIAL

REBOTIX170460

Form Approved: OMB No. 0910-0120; Expiration Date: 1/31/2017

Department of Health and Human Services
Food and Drug Administration

# STANDARDS DATA REPORT FOR 510(k)s
## (To be filled in by applicant)

This report and the Summary Report Table are to be completed by the applicant when submitting a 510(k) that references a national or international standard. A separate report is required for each standard referenced in the 510(k).

TYPE OF 510(K) SUBMISSION

☒ Traditional ☐ Special ☐ Abbreviated

STANDARD TITLE [1]
ISO 10993-4:2002 Biological evaluation of medical devices -- Part 4: Selection of tests for interactions with blood

| Please answer the following questions | Yes | No |
|---|:---:|:---:|
| Is this standard recognized by FDA [2]? ........................................................................... | ☐ | ☒ |
| FDA Recognition number [3] ...................................................................... # _____ | | |
| Was a third party laboratory responsible for testing conformity of the device to this standard identified in the 510(k)? ........................................................................... | ☒ | ☐ |
| Is a summary report [4] describing the extent of conformance of the standard used included in the 510(k)? ........................................................................... If no, complete a summary report table. | ☒ | ☐ |
| Does the test data for this device demonstrate conformity to the requirements of this standard as it pertains to this device? ........................................................................... | ☒ | ☐ |
| Does this standard include acceptance criteria? ........................................................ If no, include the results of testing in the 510(k). | ☒ | ☐ |
| Does this standard include more than one option or selection of tests? ............................... If yes, report options selected in the summary report table. | ☐ | ☒ |
| Were there any deviations or adaptations made in the use of the standard?........................... If yes, were deviations in accordance with the FDA supplemental information sheet (SIS) [5]? ............ | ☐ ☐ | ☒ ☐ |
| Were deviations or adaptations made beyond what is specified in the FDA SIS?................................. If yes, report these deviations or adaptations in the summary report table. | ☐ | ☒ |
| Were there any exclusions from the standard? ...................................................... If yes, report these exclusions in the summary report table. | ☐ | ☒ |
| Is there an FDA guidance [6] that is associated with this standard?........................................... If yes, was the guidance document followed in preparation of this 510k? ............................... Title of guidance: _____ | ☐ ☐ | ☒ ☐ |

[1] The formatting convention for the title is: [SDO] [numeric identifier] [title of standard] [date of publication]

[2] Authority [21 U.S.C. 360d], http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Standards/default.htm

[3] http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[4] The summary report should include: any adaptations used to adapt to the device under review (for example, alternative test methods); choices made when options or a selection of methods are described; deviations from the standard; requirements not applicable to the device; and the name and

address of the test laboratory or certification body involved in conformance assessment to this standard. The summary report includes information on all standards utilized during the development of the device.

[5] The supplemental information sheet (SIS) is additional information which is necessary before FDA recognizes the standard. Found at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[6] The online search for CDRH Guidance Documents can be found at http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/default.htm

PSC Publishing Services (301) 443-6740   EF

HIGHLY CONFIDENTIAL

REBOTIX170461

## EXTENT OF STANDARD CONFORMANCE
## SUMMARY REPORT TABLE

STANDARD TITLE
ISO 10993-4:2002 Biological evaluation of medical devices -- Part 4: Selection of tests for interactions with blood

### CONFORMANCE WITH STANDARD SECTIONS*

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes   ☐ No   ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  ❖

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes   ☐ No   ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  ❖

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes   ☐ No   ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  ❖

DESCRIPTION

JUSTIFICATION

* For completeness list all sections of the standard and indicate whether conformance is met. If a section is not applicable (N/A) an explanation is needed under "justification." Some standards include options, so similar to deviations, the option chosen needs to be described and adequately justified as appropriate for the subject device. Explanation of all deviations or description of options selected when following a standard is required under "type of deviation or option selected," "description" and "justification" on the report.  More than one page may be necessary.

❖ Types of deviations can include an exclusion of a section in the standard, a deviation brought out by the FDA supplemental information sheet (SIS), a deviation to adapt the standard to the device, or any adaptation of a section.

This section applies only to requirements of the Paperwork Reduction Act of 1995.
**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 1 hour per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information.  Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:
Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
*PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number."*

HIGHLY CONFIDENTIAL                                        REBOTIX170462

Form Approved: OMB No. 0910-0120; Expiration Date: 1/31/2017

Department of Health and Human Services
Food and Drug Administration
## STANDARDS DATA REPORT FOR 510(k)s
### (To be filled in by applicant)

This report and the Summary Report Table are to be completed by the applicant when submitting a 510(k) that references a national or international standard. A separate report is required for each standard referenced in the 510(k).

TYPE OF 510(K) SUBMISSION [1]

☒ Traditional ☐ Special ☐ Abbreviated

STANDARD TITLE [1]

ASTM F756-13, Standard Practice For Assessment Of Hemolytic Properties Of Materials. (Biocompatibility)

| Please answer the following questions | Yes | No |
|---|:---:|:---:|
| Is this standard recognized by FDA [2] ? ..................................................................... | ☒ | ☐ |
| FDA Recognition number [3] ................................................................... #2-207 | | |
| Was a third party laboratory responsible for testing conformity of the device to this standard identified in the 510(k)? ....................................................................... | ☒ | ☐ |
| Is a summary report [4] describing the extent of conformance of the standard used included in the 510(k)? ....................................................................... If no, complete a summary report table. | ☒ | ☐ |
| Does the test data for this device demonstrate conformity to the requirements of this standard as it pertains to this device? ................................................... | ☒ | ☐ |
| Does this standard include acceptance criteria? .......................................... If no, include the results of testing in the 510(k). | ☒ | ☐ |
| Does this standard include more than one option or selection of tests? ................. If yes, report options selected in the summary report table. | ☐ | ☒ |
| Were there any deviations or adaptations made in the use of the standard?........................ | ☐ | ☒ |
| If yes, were deviations in accordance with the FDA supplemental information sheet (SIS) [5] ? ............ | ☐ | ☐ |
| Were deviations or adaptations made beyond what is specified in the FDA SIS?............................ If yes, report these deviations or adaptations in the summary report table. | ☐ | ☒ |
| Were there any exclusions from the standard? ................................................ If yes, report these exclusions in the summary report table. | ☐ | ☒ |
| Is there an FDA guidance [6] that is associated with this standard?.......................... | ☐ | ☒ |
| If yes, was the guidance document followed in preparation of this 510k? ............................ | ☐ | ☐ |
| Title of guidance: _____ | | |

[1] The formatting convention for the title is: [SDO] [numeric identifier] [title of standard] [date of publication]

[2] Authority [21 U.S.C. 360d], http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Standards/default.htm

[3] http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[4] The summary report should include: any adaptations used to adapt to the device under review (for example, alternative test methods); choices made when options or a selection of methods are described; deviations from the standard; requirements not applicable to the device; and the name and address of the test laboratory or certification body involved in conformance assessment to this standard. The summary report includes information on all standards utilized during the development of the device.

[5] The supplemental information sheet (SIS) is additional information which is necessary before FDA recognizes the standard. Found at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfStandards/search.cfm

[6] The online search for CDRH Guidance Documents can be found at http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/default.htm

HIGHLY CONFIDENTIAL      REBOTIX170463

## EXTENT OF STANDARD CONFORMANCE
## SUMMARY REPORT TABLE

STANDARD TITLE
ASTM F756-13, Standard Practice For Assessment Of Hemolytic Properties Of Materials. (Biocompatibility)

## CONFORMANCE WITH STANDARD SECTIONS*

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes   ☐ No   ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  ⬥

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes   ☐ No   ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  ⬥

DESCRIPTION

JUSTIFICATION

| SECTION NUMBER | SECTION TITLE | CONFORMANCE? |
|---|---|---|
| | | ☐ Yes   ☐ No   ☐ N/A |

TYPE OF DEVIATION OR OPTION SELECTED  ⬥

DESCRIPTION

JUSTIFICATION

* For completeness list all sections of the standard and indicate whether conformance is met. If a section is not applicable (N/A) an explanation is needed under "justification." Some standards include options, so similar to deviations, the option chosen needs to be described and adequately justified as appropriate for the subject device. Explanation of all deviations or description of options selected when following a standard is required under "type of deviation or option selected," "description" and "justification" on the report.  More than one page may be necessary.

⬥ Types of deviations can include an exclusion of a section in the standard, a deviation brought out by the FDA supplemental information sheet (SIS), a deviation to adapt the standard to the device, or any adaptation of a section.

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 1 hour per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information.  Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
*PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number."*

HIGHLY CONFIDENTIAL                                                    REBOTIX170464