# ATTACHMENT 20



Deposition of:
# Dr. T. Kim Parnell

*September 24, 2021*

In the Matter of:

# Rebotix Repair LLC v Intuitive Surgical, Inc.

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Civil Case No. 8:20-cv-2274-T-33TGW
_____

REBOTIX REPAIR LLC,

    Plaintiff,

  vs.

INTUITIVE SURGICAL, INC.,

    Defendant.
_____

REMOTE VIDEOTAPED DEPOSITION OF
DR. T. KIM PARNELL

Friday, September 24, 2021
8:07 a.m. PST

Court Reporter: Michelle M. Boudreaux-Phillips, RPR

Page 2

6  September 24, 2021

7  8:07 a.m. PST

10  Remote videotaped deposition of
11  DR. T. KIM PARNELL, conducted at the location
12  of the witness in Sunnyvale, California,
13  pursuant to Agreement, before Michelle M.
14  Boudreaux-Phillips, a Registered Professional
15  Reporter in the State of Georgia.

Case 3:21-cv-03825-AMO   Document 259-20   Filed 05/17/24   Page 5 of 11
Dr. T. Kim Parnell                                September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 3

```
 1                        APPEARANCES
 2                    (Via Veritext Virtual)
 3
 4    On behalf of the Plaintiff:
 5         ALEXANDER ERWIG, Esq.
           Dovel & Luner
 6         201 Santa Monica Boulevard
           Suite 600
 7         Santa Monica, California 90401
           310.656.7066
 8         alexander@dovel.com
 9
      On behalf of the Defendant:
10
           ALLEN RUBY, Esq.
11         Allen Ruby Law Offices
           15559 Union Avenue, Suite 138
12         Los Gatos, California 95032
           408.888.7087
13         allen@allenruby.com
14         WILLIAM DARIO, Esq.
           Skadden, Arps, Slate, Meagher & Flom LLP
15         One Manhattan West
           New York, New York 10001-8602
16         212.735.3000
           william.dario@skadden.com
17
18    Videographer:  Alan Pokotilow
19    Concierge:  Brad Simms
20
21
22
23
24
25
```

Case 3:21-cv-03825-AMO   Document 259-20   Filed 05/17/24   Page 6 of 11
Dr. T. Kim Parnell                           September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 18

1    into this category.
2         Q    Is it your testimony that you have been
3    engaged professionally in cases involving minimally
4    invasive spinal surgery?
5         A    No.  I just listed spinal surgery as one type
6    of device, one type of surgical application.
7         Q    Is it your testimony that you have been
8    engaged professionally in a case or cases involving
9    implantable devices and minimally invasive surgery?
10             MR. ERWIG:  Objection to form.
11             THE WITNESS:  Again, I am just using
12        implantable cardiovascular devices and other
13        types of devices of that sort and procedures
14        associated just to show my -- my experience
15        in this field.
16        Q    (By Mr. Ruby)  You identified a prior
17   engagement involving cannulas as being part of your
18   experience in minimally invasive surgery.  Have you had
19   any other professional engagements where you were hired
20   to develop opinions regarding instruments used in
21   minimally invasive surgery?
22        A    I do not believe so, beyond the types of
23   applications that I've described here and that my CV is
24   a complete listing of the engagements that I've had.
25        Q    Have you been engaged professionally to

Case 3:21-cv-03825-AMO   Document 259-20   Filed 05/17/24   Page 7 of 11
Dr. T. Kim Parnell                              September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 19

1    develop opinions in respect to instruments used for
2    laparoscopic surgery?
3         A    I do not believe so, beyond what's listed on
4    my CV.
5         Q    Well, please direct our attention to anything
6    listed on your CV that represents a professional
7    engagement where you were hired to develop opinions
8    regarding instruments used in laparoscopic surgery.  In
9    other words, you're free to look at your report.
10   That's why we had it marked.  And if it will help you
11   in recalling things to look at your list of
12   engagements, you're free to do that.
13        A    What I draw on in an engagement like this is
14   really the breadth and depth of experience that I have.
15   Sometimes those things have to be pulled together, but
16   I have strong mechanical engineering experience in
17   terms of materials and mechanisms and that sort of
18   thing.  I have taught college-level courses related to
19   design and manufacturing of materials.  So these are
20   all the experiences that I draw upon in terms of an
21   engagement or an assignment.
22        Q    I'm asking a little bit different question.
23   The question is whether you have ever been engaged
24   professionally to provide opinions regarding
25   instruments used in minimally invasive surgery.  Excuse

Case 3:21-cv-03825-AMO   Document 259-20   Filed 05/17/24   Page 8 of 11
Dr. T. Kim Parnell                                    September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 20

1    me.  Let me start over again.  I misspoke.
2                Have you ever been engaged professionally to
3    provide opinions respecting instruments used in
4    laparoscopic surgery?
5         A    As I said, whenever I get an engagement, I
6    draw on the experience that I have and, of course, I
7    also research and try to become more knowledgeable.  I
8    often get into new areas, and they involve applying
9    really fundamentals associated with materials and
10   mechanisms and design.
11               As I sit here today, I don't recall others
12   that have dealt specifically with these types of
13   laparoscopic devices, but certainly I've had a broad
14   range of medical device experience that is relevant and
15   related.
16        Q    Identify, please, the case where you have
17   been engaged that -- for an assignment which you think
18   is closest in terms of your knowledge of medical
19   devices to the Rebotix Repair versus Intuitive case.
20               MR. ERWIG:  Objection to form.
21        Q    (By Mr. Ruby)  You told us that you have no
22   prior cases involving laparoscopic surgery.  Is there a
23   case that you can point to on your CV that you think is
24   closest to the issues that are presented to you in this
25   engagement?

Case 3:21-cv-03825-AMO   Document 259-20   Filed 05/17/24   Page 9 of 11

Dr. T. Kim Parnell                                September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 21

1          MR. ERWIG:  Same objection.
2          THE WITNESS:  I wouldn't point to any
3     single case, but it's, you know, the sum and
4     breadth of my experience and the fundamentals
5     that are involved.  That's what I bring to an
6     engagement.
7     Q    (By Mr. Ruby)  When were you retained in the
8     case of Rebotix Repair LLC versus Intuitive Surgical,
9     Inc.?
10    A    I believe it was July 2021.
11    Q    And what are the financial terms of your
12    engagement?
13    A    I'm compensated on an hourly basis for the
14    time that I spend in consulting on the case in terms of
15    report preparation, in terms of deposition or trial
16    testimony.
17    Q    Is your hourly rate the same for all of the
18    different functions that you might perform in this
19    case?
20    A    Yes, it is.
21    Q    And as part of your engagement for Rebotix,
22    do you keep track of the time that you spend on the
23    case for billing purposes and perhaps other purposes?
24    A    Yes, I do.  I have to track the time that I
25    spend for purposes of invoicing on the case.

Case 3:21-cv-03825-AMO   Document 259-20   Filed 05/17/24   Page 10 of 11

Dr. T. Kim Parnell                                  September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 30

1    room with a da Vinci surgical system?
2         A    Yes.
3         Q    When was that?
4         A    Again, one of the presentations that I
5    mentioned previously, there was a demonstration or unit
6    that was there at this presentation.
7         Q    Have you ever observed a surgery that was
8    being accomplished with the aid of a da Vinci surgical
9    system?
10        A    Through video recordings and things of that
11   sort to illustrate the steps, illustrate processes,
12   those I've seen.
13        Q    When were you first exposed to a video that
14   you say showed a surgery being carried out with a da
15   Vinci surgical system?
16        A    Again, a specific date, I don't have recall.
17   Probably sometime after 2012, 2015, something after
18   that time.
19        Q    How many different surgeries do you say you
20   have observed either personally or electronically that
21   were carried out with the da Vinci surgical system?
22        A    I would estimate probably less than 10.
23        Q    What kinds of surgeries have you observed
24   that were being carried out with the da Vinci surgical
25   system?

Case 3:21-cv-03825-AMO   Document 259-20   Filed 05/17/24   Page 11 of 11

Dr. T. Kim Parnell                               September 24, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 47

1    understanding is, you've seen them, haven't you?
2         A    I have not seen all of the devices that are
3    listed here.
4         Q    Well, have you seen any of the devices listed
5    here that are used by laparoscopic or endoscopic
6    surgeons?
7              MR. ERWIG:  Objection to form.
8              THE WITNESS:  Are you -- are you asking
9         about non-EndoWrist devices?
10             MR. RUBY:  If you didn't understand my
11        question, I'll do my best to ask you another
12        one, so --
13             THE WITNESS:  All right, yeah, please
14        rephrase that question.
15        Q    (By Mr. Ruby)  Have you ever seen the Potts
16   scissors that are used by the laparoscopic or
17   endoscopic surgeon as opposed to a surgeon using the da
18   Vinci surgical system and the instruments that are
19   listed here?
20        A    I don't recall specifically seeing these
21   devices or examining the non-EndoWrist versions of
22   these devices.  As I said, I was primarily focused on
23   the EndoWrist and processes associated with their
24   repair.
25        Q    Well, in your report, you repeatedly compare