ATTACHMENT 24

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

1           UNITED STATES DISTRICT COURT
2        FOR THE NORTHERN DISTRICT OF CALIFORNIA
3              SAN FRANCISCO DIVISION
4

    SURGICAL INSTRUMENT SERVICE    )
5   COMPANY, INC.,                 ) Case No.:
                                   ) 3:21-cv-03496-VC
6              Plaintiff,          )
                                   ) Lead Case No.:
7         vs.                      ) 3:21-cv-03825-VC
                                   )
8   INTUITIVE SURGICAL, INC.,      )
                                   )
9              Defendant          )
    _____ )
10  IN RE: DA VINCI SURGICAL ROBOT )
    ANTITRUST LITIGATION           )
11  _____ )
    THIS DOCUMENT RELATES TO:      )
12  ALL ACTIONS                    )
    _____)
13
14
15        *** CONFIDENTIAL ATTORNEYS EYES ONLY ***
16              30(b)(6) DEPOSITION OF:
17              KEITH ROBERT JOHNSON
18            THURSDAY, OCTOBER 27, 2022
19          9:06 a.m. Mountain Standard Time
20
21  REPORTED BY:
22  Vickie Blair
23  CSR No. 8940, RPR-CRR
24  JOB NO. 5539883
25  PAGES 1 - 122

                                        Page 1

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1      Deposition of KEITH ROBERT JOHNSON, the witness, taken
 2      on behalf of the Defendant, on Thursday,
 3      October 27, 2022, 9:06 a.m. Mountain Standard Time,
 4      before VICKIE BLAIR, CSR No. 8940, RPR-CRR.
 5
 6      APPEARANCES OF COUNSEL VIA ZOOM:
 7
 8      FOR PLAINTIFF/COUNTER-DEFENDANT SURGICAL INSTRUMENT
        SERVICE CO. INC.:
 9
                HALEY GUILIANO LLP
10              BY JOSHUA VAN HOVEN, Partner
                111 North Market Street, Suite 900
11              San Jose, California  95113
                +1 669 213 1061
12              joshua.vanhoven@hglaw.com
13
14      FOR DEFENDANT INTUITIVE SURGICAL, INC.:
                COVINGTON & BURLING LLP
15              BY ISAAC D. CHAPUT, Associate
                415 Mission Street
16              Suite 5400
                San Francisco, California  94105-2533
17              +1 415 591 7020
18              ichaput@cov.com
                COVINGTON & BURLING LLP
19              BY AUSTIN S. MARTIN, Associate
                One CityCenter
20              850 Tenth Street, NW
                Washington, D.C.  20001-4956
21              +1 202 662 5094
22              amartin@cov.com
23
24
25
```

Page  2

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1      APPEARANCES OF COUNSEL VIA ZOOM: (Continued)

 2      FOR THE PROPOSED CLASS:

 3              BONI, ZACK & SNYDER LLC

                BY JOSHUA D. SNYDER, Partner

 4              15 St. Asaphs Road

                Bala Cynwyd, Pennsylvania  19004

 5              (610) 822-0203

                (610) 822-0206

 6              jsnyder@bonizack.com

 7

 8      ALSO PRESENT:

 9              RAMON A. PERAZA, Videographer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | components that are not found in traditional | 09:36:22 |
| 2 | laparoscopic instruments? | 09:36:25 |
| 3 |     A    From what aspect? | 09:36:32 |
| 4 |     Q    Any aspect. | 09:36:34 |
| 5 |     A    Well, I mean, the biggest one, like I | 09:36:37 |
| 6 | stated, is one is manually utilized with a surgeon's | 09:36:41 |
| 7 | hands, the other one is managed through a robot. | 09:36:46 |
| 8 | So, as far as size differences, a grasper | 09:36:50 |
| 9 | is a grasper, scissors are a scissor, monopolar, | 09:36:56 |
| 10 | bipolar, suction, for the most part, yes, they -- they | 09:37:01 |
| 11 | have the same functionality, but obviously are | 09:37:07 |
| 12 | manufactured differently just because of the fact that | 09:37:12 |
| 13 | one is used by a robot and one is held in a surgeon's | 09:37:15 |
| 14 | hand. | 09:37:18 |
| 15 |     Q    Are you familiar with the cables that | 09:37:19 |
| 16 | appear in Intuitive's EndoWrist instruments? | 09:37:22 |
| 17 |     A    Yes. | 09:37:28 |
| 18 |     Q    Do traditional laparoscopic instruments | 09:37:28 |
| 19 | have similar cables? | 09:37:33 |
| 20 |     A    No, they do not. | 09:37:35 |
| 21 |     Q    Does SIS have experience repairing or | 09:37:43 |
| 22 | inspecting laparoscopic instruments that contain | 09:37:49 |
| 23 | cables? | 09:37:53 |
| 24 |     A    No. | 09:37:58 |
| 25 |     Q    Prior to entering into the EndoWrist | 09:37:59 |

Veritext Legal Solutions
866 299-5127