# ATTACHMENT 30

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION** | Lead Case No. 3:21-cv-03825-VC |
| **THIS DOCUMENT RELATES TO:**<br><br>All Actions | |

### Rebuttal Expert Report of Dr. T. Kim Parnell

### March 1, 2023

**Highly Confidential – Subject to Protective Order**

# **TABLE OF CONTENTS**

I. QUALIFICATIONS ................................................................................................. 1

II. PRIOR TESTIMONY AND PUBLICATIONS ..................................................... 6

III. ENGAGEMENT AND COMPENSATION........................................................... 6

IV. SUMMARY OF OPINIONS .................................................................................. 7

V. TRADITIONAL LAPAROSCOPIC INSTRUMENTS ARE ROUTINELY
REPAIRED - ENDOWRISTS CAN BE SIMILARLY REPAIRED ............................. 11

    A. Traditional laparoscopic instruments and EndoWrists have many similarities. ... 12

    B. Traditional laparoscopic instruments are routinely repaired ............................... 13

    C. EndoWrists can be routinely repaired in the same manner as traditional
laparoscopic instruments. ..................................................................................... 17

    D. The "Unique" Elements of the EndoWrist Identified by Dr. Howe Do Not
Preclude Repair ..................................................................................................... 19

        1. The Rebotix repair procedure takes any failures in the motor interface
into account. .............................................................................................. 20

        2. The Rebotix repair procedure accounts for any issues created by
"collisions." ............................................................................................... 21

        3. The Rebotix repair procedure resolves any issues with the cable drive
system. ....................................................................................................... 22

        4. Rebotix's repair process addresses any instrument degradation from
reprocessing. .............................................................................................. 28

VI. THE REBOTIX REPAIR PROCESS IS MUCH MORE THAN A "RESET" AND
ADEQUATELY ADDRESSES THE EFFECTS OF WEAR AND TEAR THAT
ACCRUE DURING ENDOWRIST USAGE. ................................................................ 31

    A. My experience with the Rebotix service procedure confirmed that the
instruments serviced by Rebotix operate in the same manner as new
EndoWrist instruments sold by Intuitive .............................................................. 31

    B. Incoming Inspection and Screening...................................................................... 32

i

Rebuttal Expert Report of Dr. T. Kim Parnell, PE
Highly Confidential – Subject to Protective Order
Case No. 3:21-cv-03825-VC

|      | C. | Interceptor Installation for Use Counter Reset | 41 |
|------|----|------------------------------------------------|----|
|      | D. | Adjustment and Repair | 41 |
|      | E. | Outgoing Inspection and Evaluation | 43 |
|      | F. | Repair Process Returns EndoWrists to Original Functional Specifications | 44 |
| VII. | RESTORE AND SIS PROPERLY RELIED ON THE EXPERTISE OF THEIR TRUSTED TECHNOLOGY PARTNER, REBOTIX | | 45 |
|      | A. | Reverse Engineering to Develop Specifications | 46 |
|      | B. | Risk Management | 47 |
|      |    | 1. Risk management related to wear and tear | 47 |
|      |    | 2. Consideration of Mechanical Forces | 49 |
|      |    | 3. MDR Report with Mechanical Forces | 50 |
|      | C. | Life Testing | 52 |
|      |    | 1. Statistical analysis for number of uses | 54 |
|      |    | 2. Rebotix's life testing results | 55 |
|      |    | 3. Rebotix's safety margin | 58 |
|      |    | 4. Comparison of Intuitive's extended life testing and the Rebotix life testing | 59 |
| VIII.| INTUITIVE HAS NO BASIS TO CLAIM THAT ENDOWRISTS REPAIRED BY REBOTIX ARE UNSAFE | | 62 |
|      | A. | To make a claim that EndoWrist repairs are unsafe, one would expect to see general testing of repairs, testing of Rebotix-repaired instruments, or identified issues caused by a repair process | 62 |
|      | B. | None of Intuitive's extensive testing has examined the feasibility of repairing EndoWrist instruments | 63 |
|      | C. | Intuitive has not tested any instruments repaired by Rebotix, and has no basis for its assertions about the safety of those instruments | 66 |
|      |    | 1. Unintuitive motion: | 66 |

Rebuttal Expert Report of Dr. T. Kim Parnell, PE
Highly Confidential – Subject to Protective Order
Case No. 3:21-cv-03825-VC

|  |  |  |  |
|---|---|---|---|
|  |  | 2. Insufficient grip force: | 67 |
|  |  | 3. Dull or damaged scissor blades: | 67 |
|  |  | 4. Worn/damaged cables: | 68 |
|  | D. | None of the EndoWrists that Intuitive received via the RMA process show issues caused by the Rebotix service process. | 69 |
|  |  | 1. Failures not caused by the Rebotix process | 70 |
|  |  | 2. Instruments remained functional | 70 |
|  |  | 3. In cases where failures occurred, no adverse effect on the patient | 71 |
|  |  | 4. The purported "failures" of Restore-repaired EndoWrists were not failures, or were the result of misuse. | 72 |
|  |  | 5. There has been no indication that the use of any instrument serviced by Rebotix or Restore has caused any patient harm. | 72 |
|  | E. | When Intuitive briefly considered developing refurbished EndoWrists, it did not conclude that refurbished EndoWrists would be unsafe. Intuitive chose not to pursue refurbishment because that program would not be profitable for Intuitive. | 72 |
| IX. | | DR. HOWE SIMILARLY HAS NO BASIS FOR ASSERTING THAT INSTRUMENTS REPAIRED BY REBOTIX ARE UNSAFE | 76 |
|  | A. | Appropriate conclusions about the safety of an instrument can be drawn from an examination of the instrument or an examination of all relevant information about how the instrument is serviced. | 76 |
|  | B. | Dr. Howe has no experience with EndoWrists repaired by Rebotix. | 77 |
|  | C. | Dr. Howe only points to the general Rebotix service description, but ignores the underlying documents that are referenced. | 79 |
|  |  | 1. Rebotix has general service documents that reference underlying documentation for more specificity. | 79 |
|  |  | 2. Dr. Howe consistently ignores these underlying procedure documents when he makes generalized assertions about Rebotix's service procedures. | 83 |
|  | D. | Rebotix's Cable Tensioning Procedure | 86 |

iii

Rebuttal Expert Report of Dr. T. Kim Parnell, PE
Highly Confidential – Subject to Protective Order
Case No. 3:21-cv-03825-VC

|     |     |                                                                                                                                                                                                                 |     |
| --- | --- | --- | --- |
|     | E.  | Rebotix's Visual Inspection ................................................................................. | 91 |
|     | F.  | Rebotix's Electrostatic Discharge Precautions And "Shop Air" .......................... | 94 |
| X.  | INADEQUACIES OF THE ENDOWRIST USE COUNTER ......................................... | | 95 |
|     | A.  | Use counter does not measure actual wear experienced by instruments in surgeries. ................................................................................................................... | 97 |
|     |     | 1. Surgical procedures vary radically in amount of time and complexity, and therefore result in different amounts of load and stress placed on each instrument used during surgery. ....................................................... | 97 |
|     |     | 2. The use counter does not account for the length of time or complexity for which an instrument is used during surgery. ........................................ | 99 |
|     | B.  | The use counter does not take into account mishandling or misuse. ................... | 106 |
|     |     | 1. Instruments frequently experience failures due to mishandling or misuse. ............................................................................................................ | 106 |
|     |     | 2. None of those failures are reflected in the use counter and may occur at any time. ................................................................................................... | 109 |
|     | C.  | Intuitive's life testing is designed to validate an arbitrarily set use limit set by marketing, rather than to establish the failure point of an instrument. ............... | 110 |
|     |     | 1. To accurately establish a use limit or failure point, tests would need to actually test instruments to failure. ........................................................ | 110 |
|     |     | 2. Intuitive testing is designed to validate target lives set by marketing and does not accurately assess the failure point for the instrument. ........ | 111 |
|     | D.  | The use counter fails to independently verify the condition of the instrument. Hospital technicians must do an inspection to ensure that the instrument is safe. .................................................................................................................... | 117 |
| XI. | THE SIMILARITIES BETWEEN THE ICONOCARE PROCESS THAT FDA APPROVED AND THE REBOTIX PROCESS CONFIRMS MY ANALYSIS OF THE REBOTIX PROCESS ................................................................................... | | 118 |
|     | A.  | The Iconocare process is similar to the Rebotix process. .................................. | 119 |
|     | B.  | Iconocare risk management and life testing are similar to Rebotix risk management and life testing – Dr. Howe never attempts to identify any "significant" differences. ................................................................................. | 123 |

iv

Rebuttal Expert Report of Dr. T. Kim Parnell, PE
Highly Confidential – Subject to Protective Order
Case No. 3:21-cv-03825-VC

    C.      Dr. Howe's attempts to identify "differences" between the Iconocare and Rebotix processes is unavailing – the identified "differences" are exaggerated or immaterial. ............................................................................................... 124

XII.    AS LONG AS A SUITABLE INSPECTION AND REPAIR PROCESS IS PERFORMED, THERE IS NO ENGINEERING REASON THAT PREVENTS AN ENDOWRIST FROM MULTIPLE REPAIR CYCLES ................................................. 125

XIII.   THIRD PARTIES HAVE SHOWN THE ABILITY TO PROVIDE SOME MAINTENANCE AND REPAIR SERVICES FOR THE DA VINCI ROBOT ........... 130

v

Rebuttal Expert Report of Dr. T. Kim Parnell, PE
Highly Confidential – Subject to Protective Order
Case No. 3:21-cv-03825-VC

testing. The use counter in no way detects that an instrument has been mishandled or misused, and does not prevent it from being damaged from such.

### C. Intuitive's life testing is designed to validate an arbitrarily set use limit set by marketing, rather than to establish the failure point of an instrument.

#### 1. To accurately establish a use limit or failure point, tests would need to actually test instruments to failure.

250. In my experience, studying the failures experienced by mechanical components and medical instruments, testing instruments to failure and observing at which points those failures occur, all help to establish the potential range of life for an instrument. Establishing and identifying the potential failure modes accurately is extremely important.[274] In the absence of this data and insight, one's ability to understand the EndoWrist system performance (especially the potential life) is limited. Intuitive primarily utilizes returned EndoWrists that are shown in the RMA log for failure analysis and root cause analysis. This data is useful, but many EndoWrists may never appear in the RMA data. For example, since there is no potential monetary credit for an EndoWrist with zero (0) lives remaining, many of these EndoWrists will be discarded rather than shipped to Intuitive. Some incentive is needed to get these EndoWrists for evaluation. As an example, in a sample of ten tested instruments, testing each to failure would involve setting certain failure conditions (such as breaks in instrument cables or dulled scissors) and observing at which point each of the instruments experiences a failure. In that ten-instrument sample, one instrument might fail at use 50, and nine others might fail after use 200.

---

[274] *See, e.g.,* "Engineering Failure Analysis, Fatigue & Mechanical Tests: DNV Labs." *DNV*, www.dnv.com/oilgas/laboratories-test-sites/engineering-failure-analysis-fatigue-tests-and-mechanical-tests-dnvgl-labs-hovik.html., and "Failure Analysis Testing: Engineering Failure Analysis |." *Stress Engineering Services, Inc*, 14 Feb. 2020, www.stress.com/capabilities/materials-engineering/failure-analysis/.

110

Rebuttal Expert Report of Dr. T. Kim Parnell, PE
Highly Confidential – Subject to Protective Order
Case No. 3:21-cv-03825-VC

251. By contrast, halting tests after a certain number of uses produces skewed results. In the above example, if testing for the nine other instruments were arbitrarily halted at use 60, the results of the testing would indicate that the instruments had a lower acceptable life. Testing to failure produces a more accurate and insightful statistical analysis of instrument failures, because it actually establishes the range of failure conditions and the useful life of an instrument.

      2.      <u>Intuitive testing is designed to validate target lives set by marketing and does not accurately assess the failure point for the instrument.</u>

252. Intuitive life testing does not accurately assess the useful life of an instrument. Instead of attempting to establish the maximum number of lives that an instrument can be safely used, Intuitive's testing aims to statistically validate a preset target limit.

253. The initial targets for the Intuitive EndoWrist use counter are set by marketing, and help to support the Intuitive published revenue model.

> Page 35
> 9   Q. Now, when Intuitive is first considering
> 10  what it's going to be setting the lives at,
> 11  marketing is involved in that process; right?
> 12  A. Marketing is involved to the extent that
> 13  they set goals for engineering.
> 14  Q. For example, marketing might set a goal of
> 15  ten lives for an instrument; right?
> 16  A. That's an example, yes.
> 17  Q. And then engineering would try to design an
> 18 instrument that would meet that ten-life goal;
> 19  right?
> 20  A. Yes.[275]
>
> 5   Q. But when a new instrument is being
> 6   developed for a customer, marketing is setting the

---

[275] McGrogan depo. (*Rebotix*) tr., 35:9-20

111

Rebuttal Expert Report of Dr. T. Kim Parnell, PE
Highly Confidential – Subject to Protective Order
Case No. 3:21-cv-03825-VC