# ATTACHMENT 39

1                    UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA

2                       SAN FRANCISCO DIVISION

3

    _____

4                                    )

    IN RE:  DA VINCI SURGICAL         )

5   ROBOT ANTITRUST LITIGATION        )

    _____)

6                                    )

    THIS DOCUMENT RELATES TO:         )   Lead Case No. 3:21-cv-03825-VC

7   ALL CASES                         )

    _____)

8   SURGICAL INSTRUMENT SERVICE       )

    COMPANY, INC.,                    )

9                                    )

                  Plaintiff,          )

10                                   )

        vs.                           )

11                                   )   Case No. 3:21-cv-03496-VC

    INTUITIVE SURGICAL, INC.,         )

12                                   )

                  Defendant.          )

13  _____)

14

15          REMOTE VIDEOTAPED DEPOSITION OF

16                T. KIM PARNELL, Ph.D.

17                Friday, March 10, 2023

18                     Volume I

19

20

21

22  Reported by:

    NADIA NEWHART

23  CSR No. 8714

24  Job No. 5783314

25  PAGES 1 - 251

                                                  Page 1

1    only associated with the -- the assessment of the

2    cost associated with the Intuitive refurbishment or

3    repair process and how they would do it.

4         They costed it on the basis of -- they

5    appeared to at least cost it out on the basis of          04:46:21

6    performing the refurbishment in the United States.

7    And I would go on to say they -- their refurbishment

8    program included a lot of parts replacement that is

9    not a part of the Rebotix process or Restore or

10   anything that was contemplated by Iconocare or any        04:46:40

11   of the others.

12        So it was a very different process.  It was a

13   more costly process, and they decided it wasn't cost

14   effective.  I can understand that.

15   Q   Let's look at the last appearance of the term         04:46:52

16   "quality."  This is page 128, paragraph 286.

17   A   Page 128, 286.  Okay.  Yes.

18   Q   And here you discuss how Intuitive performs

19   analyses of RMA data as part of its standard quality

20   control activities.                                        04:47:14

21        So that's also not what you were discussing

22   before the break, correct?

23   A   That's right.  What I was discussing before

24   the break was questions about what they -- what

25   Intuitive does or might do with regard to quality          04:47:25

Page 238

```
 1          I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4       That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were administered an oath; that
 8    a record of the proceedings was made by me using
 9    machine shorthand which was thereafter transcribed
10    under my direction; that the foregoing transcript is
11    a true record of the testimony given.
12       Further, that if the foregoing pertains to the
13    original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review
15    of the transcript [X] was [ ] was not requested.
16       I further certify that I am neither financially
17    interested in the action nor a relative or employee
18    of any attorney or any party to this action.
19       IN WITNESS WHEREOF, I have this date subscribed
20    my name.
21
22    Dated: March 14, 2023
23
24                          NADIA NEWHART
                            CSR NO. 8714
25
                                              Page 248
```