# ATTACHMENT 42

**Ryan Burke**

| | |
|---|---|
| **From:** | Mary Wen <mary.wen@fda.hhs.gov> |
| **Sent:** | Tuesday, June 23, 2015 4:32 PM |
| **To:** | Ryan Burke |
| **Cc:** | Mary Wen |
| **Subject:** | K143619/S002 is on Hold Pending Your Response |
| **Attachments:** | K143619.S002.Deficiencies.pdf |

June 23, 2015

We have reviewed your submission K143619/S002 and have determined that additional information is required. Your file is being placed on hold pending a complete response to the attached deficiencies.

Please submit your response, referencing the submission number K143619/S002 to:

U.S. Food and Drug Administration
Center for Devices and Radiological Health
Document Control Center - WO66-G609
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

Please refer to the eCopy guidance at
http://www.fda.gov/downloads/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/UCM313794.pdf for current information on the number of copies and the format (paper versus eCopy) you must submit.

Your response is due within 180 days from the date of this request, which is December 20, 2015. If a complete response is not received in CDRH's Document Control Center within 180 days, we will consider this submission to be withdrawn, and we will delete it from our review system.

You may not market this device until you have received a letter from FDA allowing you to do so. If you market the device without FDA clearance, you will be in violation of the Federal Food, Drug, and Cosmetic Act.

If you would like a meeting or teleconference with the review team and management to discuss your planned approach for responding to the attached deficiencies, please submit your request for feedback as a Submission Issue Q-Submission (Q-Sub). Please note that a Submission Issue Q-Sub does not take the place of a formal response to this email notification. As noted above, FDA will consider this submission to be withdrawn if FDA does not receive, in a submission to the Document Control Center, a complete response to all of the attached deficiencies within 180 calendar days of the date of this request.

Should you have questions about this email, you may contact Mary Wen, the lead reviewer assigned to your submission.

*** This is a system-generated email notification ***

HIGHLY CONFIDENTIAL                                           REBOTIX171058