# ATTACHMENT 46

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
    SURGICAL INSTRUMENT SERVICE    )
 5  COMPANY, INC.,                 ) Case No.:
                                   ) 3:21-cv-03496-VC
 6            Plaintiff,           )
                                   ) Lead Case No.:
 7       vs.                       ) 3:21-cv-03825-VC
                                   )
 8  INTUITIVE SURGICAL, INC.,      )
                                   )
 9            Defendant            )
    _____ )
10  IN RE: DA VINCI SURGICAL ROBOT )
    ANTITRUST LITIGATION           )
11  _____ )
    THIS DOCUMENT RELATES TO:      )
12  ALL ACTIONS                    )
    _____ )
13
14
15       *** CONFIDENTIAL ATTORNEYS EYES ONLY ***
16              30(b)(6) DEPOSITION OF:
17             KEITH ROBERT JOHNSON
18           THURSDAY, OCTOBER 27, 2022
19         9:06 a.m. Mountain Standard Time
20
21  REPORTED BY:
22  Vickie Blair
23  CSR No. 8940, RPR-CRR
24  JOB NO. 5539883
25  PAGES 1 - 122
```

Page 1

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | Repair, LLC, and Benjamin Biomedical, Inc. | 09:22:02 |
| 2 | So let's start first with Rebotix Repair, | 09:22:06 |
| 3 | LLC. | 09:22:10 |
| 4 | Does SIS currently have any sort of | 09:22:12 |
| 5 | business relationship with Rebotix? | 09:22:15 |
| 6 | MR. VAN HOVEN:  Object to form. | 09:22:18 |
| 7 | MR. CHAPUT:  You can go ahead and answer. | 09:22:23 |
| 8 | THE WITNESS:  Yes. | 09:22:26 |
| 9 | BY MR. CHAPUT: | 09:22:26 |
| 10 | Q    What is SIS's current business | 09:22:26 |
| 11 | relationship with Rebotix? | 09:22:29 |
| 12 | A    Let me -- let me step back and ask you one | 09:22:39 |
| 13 | quick question. | 09:22:41 |
| 14 | Rebotix Repair, R-e-b-o-t-i-x is the | 09:22:41 |
| 15 | company that we're referring to? | 09:22:46 |
| 16 | Q    That's correct. | 09:22:47 |
| 17 | A    Okay.  Let me step back then, I'm sorry. | 09:22:48 |
| 18 | We currently don't do any business with | 09:22:51 |
| 19 | Rebotix Repair. | 09:22:53 |
| 20 | Q    Okay.  Thank you for that clarification. | 09:22:54 |
| 21 | A    I apologize for that. | 09:22:56 |
| 22 | Q    No problem. | 09:22:57 |
| 23 | And so my first set of questions are going | 09:22:58 |
| 24 | to focus just on that one company -- | 09:23:01 |
| 25 | A    Okay. | 09:23:01 |

Page 18

| 1 | Q      -- Rebotix Repair, just so we're clear. | 09:23:04 |
| 2 | Did SIS previously have a business | 09:23:06 |
| 3 | relationship with Rebotix? | 09:23:10 |
| 4 | A      Yes. | 09:23:11 |
| 5 | Q      And what was the nature of SIS's | 09:23:11 |
| 6 | relationship with Rebotix? | 09:23:14 |
| 7 | A      We were working with them to offer a | 09:23:15 |
| 8 | repair program on Intuitive EndoWrists. | 09:23:22 |
| 9 | Q      When did SIS's relationship with Rebotix | 09:23:27 |
| 10 | end? | 09:23:31 |
| 11 | A      I don't think we would say that it's | 09:23:31 |
| 12 | ended, I would say that, because of practices from | 09:23:41 |
| 13 | Intuitive, it was -- it was shut down, and so we | 09:23:46 |
| 14 | haven't been doing that business currently in the U.S. | 09:23:49 |
| 15 | market. | 09:23:54 |
| 16 | Q      Is SIS doing business with Rebotix outside | 09:23:54 |
| 17 | of the U.S. market currently? | 09:24:00 |
| 18 | A      No. | 09:24:02 |
| 19 | Q      And, when you say that the business with | 09:24:02 |
| 20 | Rebotix was "shut down," what do you mean by that? | 09:24:11 |
| 21 | A      We had started providing repair services | 09:24:14 |
| 22 | to facilities in the U.S. on EndoWrists, and through | 09:24:20 |
| 23 | the practice of -- practices of Intuitive of letters | 09:24:25 |
| 24 | and monopolistic practices and threats to hospitals, | 09:24:28 |
| 25 | the -- the program -- we, as an organization, decided | 09:24:33 |

Page 19

```
 1   Rebotix?                                           09:26:02

 2              MR. VAN HOVEN:  Object to form.         09:26:02

 3              THE WITNESS:  I don't know that I can   09:26:03

 4   answer that, I would -- I would say that we would look  09:26:09

 5   at all options for a supplier or partner to work with   09:26:12

 6   on that program.                                  09:26:15

 7   BY MR. CHAPUT:                                     09:26:16

 8       Q    Does SIS have the capability to run an   09:26:18

 9   EndoWrist repair program on its own?               09:26:22

10              MR. VAN HOVEN:  Object to form.         09:26:28

11              THE WITNESS:  I would -- I -- I guess   09:26:28

12   that's kind of a -- if I understand the question -- can  09:26:44

13   you ask me that question again?                    09:26:55

14   BY MR. CHAPUT:                                     09:26:56

15       Q    Sure.                                     09:26:56

16            Does SIS have the capability to run an    09:26:56

17   EndoWrist repair program on its own?               09:27:00

18              MR. VAN HOVEN:  Object to form.         09:27:02

19              THE WITNESS:  Not currently.            09:27:12

20   BY MR. CHAPUT:                                     09:27:17

21       Q    Would you describe for me the -- the     09:27:19

22   EndoWrist repair program that SIS was previously   09:27:24

23   running with Rebotix?                              09:27:27

24       A    We were working with hospitals to repair 09:27:33

25   their EndoWrists and prolong the useful life of those  09:27:38
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | and independent studies that they did, we felt really | 09:43:18 |
| 2 | good about the data that had been collected and the | 09:43:25 |
| 3 | testing that was done by the independent organizations | 09:43:27 |
| 4 | and felt really good about that, taking into | 09:43:34 |
| 5 | consideration the relationship we had with them, the | 09:43:37 |
| 6 | longevity of the relationship, and the data testing | 09:43:39 |
| 7 | they had, we felt really good, so we felt good about | 09:43:42 |
| 8 | that process. | 09:43:47 |
| 9 | BY MR. CHAPUT: | 09:43:47 |
| 10 | Q    Apart from reading the testing and | 09:43:50 |
| 11 | independent studies that Rebotix provided to SIS, did | 09:43:51 |
| 12 | SIS take any other steps to confirm that the chip | 09:43:59 |
| 13 | replacement process did not impacts the EndoWrist's | 09:44:01 |
| 14 | functionality? | 09:44:11 |
| 15 | A    Not that I know of. | 09:44:12 |
| 16 | Q    Did SIS do anything to confirm that the | 09:44:13 |
| 17 | chip replacement process did not impact the EndoWrist's | 09:44:15 |
| 18 | safety? | 09:44:19 |
| 19 | MR. VAN HOVEN:  Objection to form. | 09:44:21 |
| 20 | THE WITNESS:  The studies that we saw | 09:44:32 |
| 21 | provided us the information that we felt good about the | 09:44:34 |
| 22 | safety and functionality of those devices. | 09:44:37 |
| 23 | BY MR. CHAPUT: | 09:44:39 |
| 24 | Q    So apart from reading the testing and the | 09:44:39 |
| 25 | independent studies that Rebotix provided to SIS, SIS | 09:44:45 |

Page 31

| | | |
|---|---|---|
| 1 | did not take any other steps to confirm that the chip | 09:44:47 |
| 2 | replacement process did not impact the EndoWrist's | 09:44:51 |
| 3 | safety? | 09:44:53 |
| 4 | A    Not that I'm aware of. | 09:45:01 |
| 5 | Q    Did SIS ever enter into a written | 09:45:06 |
| 6 | agreement with Rebotix regarding this EndoWrist | 09:45:09 |
| 7 | service? | 09:45:12 |
| 8 | A    I believe that we did. | 09:45:21 |
| 9 | Q    And when -- when would that have happened? | 09:45:22 |
| 10 | A    If I remember correctly, it was October of | 09:45:30 |
| 11 | '19. | 09:45:32 |
| 12 | Q    Apart from the EndoWrist business that | 09:45:50 |
| 13 | you've been describing, has SIS had any other business | 09:45:53 |
| 14 | relationship with Rebotix specifically? | 09:45:55 |
| 15 | A    Not that I know of. | 09:46:01 |
| 16 | Q    Can you -- can you walk me through how the | 09:46:04 |
| 17 | Rebotix Repair service worked from the SIS customer's | 09:46:14 |
| 18 | perspective, please. | 09:46:18 |
| 19 | A    Can -- can you elaborate what you mean? | 09:46:19 |
| 20 | Q    Sure. | 09:46:26 |
| 21 | So how did a customer go about having a -- | 09:46:26 |
| 22 | an EndoWrist repaired through this SIS Rebotix program | 09:46:30 |
| 23 | that you've described? | 09:46:36 |
| 24 | A    So the nature of our business, we're a | 09:46:36 |
| 25 | national company, so we work in all the regions around | 09:46:44 |

Page 32

| | | |
|---|---|---|
| 1 | the country, so we have team members and reps on the | 09:46:48 |
| 2 | ground, and we work with hospitals on a daily basis | 09:46:51 |
| 3 | picking up items and devices in need of service, | 09:46:54 |
| 4 | getting those to one of our labs, they are serviced and | 09:46:57 |
| 5 | then returned to the facility. | 09:47:02 |
| 6 | So this Rebotix program that we were | 09:47:03 |
| 7 | providing fell right in line with what we were doing | 09:47:05 |
| 8 | every day. | 09:47:10 |
| 9 | Q    Was the service performed at one of SIS's | 09:47:10 |
| 10 | labs? | 09:47:16 |
| 11 | MR. VAN HOVEN:  Objection to form. | 09:47:18 |
| 12 | THE WITNESS:  We were -- every discussion | 09:47:19 |
| 13 | we had was about bringing it in-house and doing it | 09:47:27 |
| 14 | ourselves.  In fact, a couple members of their team | 09:47:29 |
| 15 | came to Chicago and worked in our lab with us, and | 09:47:37 |
| 16 | our -- some of our technicians that were going to be | 09:47:41 |
| 17 | involved in this program were part of that, so we were | 09:47:44 |
| 18 | absolutely going to be doing this service in-house. | 09:47:48 |
| 19 | BY MR. CHAPUT: | 09:47:51 |
| 20 | Q    Okay.  So you said that you were "going to | 09:47:51 |
| 21 | be doing it in-house." | 09:47:53 |
| 22 | My question was:  Did SIS ever actually | 09:47:54 |
| 23 | perform the service in-house? | 09:47:57 |
| 24 | A    No. | 09:47:58 |
| 25 | Q    So for all of the EndoWrist repairs that | 09:48:00 |

Page 33

| | | |
|---|---|---|
| 1 | SIS facilitated, those repairs were actually performed | 09:48:05 |
| 2 | by Rebotix; correct? | 09:48:09 |
| 3 | MR. VAN HOVEN:  Objection to form. | 09:48:11 |
| 4 | THE WITNESS:  Correct. | 09:48:12 |
| 5 | BY MR. CHAPUT: | 09:48:23 |
| 6 | Q    And those were performed at Rebotix's | 09:48:23 |
| 7 | facility and not SIS's? | 09:48:27 |
| 8 | A    I don't remember specifically if, when | 09:48:40 |
| 9 | some of the Rebotix team was in our Chicago lab, if any | 09:48:42 |
| 10 | repairs were done, but to the best of my knowledge I | 09:48:46 |
| 11 | believe they were all done in the Rebotix's facility. | 09:48:52 |
| 12 | Q    Was SIS's arrangement with Rebotix | 09:48:54 |
| 13 | exclusive or did Rebotix also have other distributors | 09:48:58 |
| 14 | it was working with? | 09:49:01 |
| 15 | A    I think initially they had exclusivity; | 09:49:13 |
| 16 | when we came on board, I don't remember if it was | 09:49:19 |
| 17 | exclusively or not. | 09:49:22 |
| 18 | Q    Did Rebotix source some of its own | 09:49:22 |
| 19 | customers, as well, or did its customers come | 09:49:25 |
| 20 | exclusively through SIS? | 09:49:28 |
| 21 | A    Rebotix had some of their own customers. | 09:49:32 |
| 22 | Q    How did SIS and Rebotix end up entering | 09:49:44 |
| 23 | into this -- this relationship around the EndoWrist | 09:49:52 |
| 24 | repair business? | 09:49:55 |
| 25 | A    Like I had stated before, we have a | 09:49:56 |

Page 34

\*\*\* CONFIDENTIAL ATTORNEYS EYES ONLY \*\*\*

```
1    longstanding relationship with Benjamin Biomedical.      09:50:00

2    We -- Greg and I were attending an AAMI conference, and  09:50:07

3    Chris and his team were there from Rebotix, and they     09:50:10

4    were presenting this program, and Greg and I spent some  09:50:15

5    time with them there, and that was the -- when we        09:50:20

6    learned about it, that was what sparked that trip when   09:50:23

7    Greg and I went to Florida to actually see this process  09:50:27

8    and this program.                                        09:50:31

9        Q    What's an AAMI conference?                      09:50:33

10       A    I do not remember what the acronym stands       09:50:36

11   for, but it's basically one of the national conferences  09:50:39

12   for biomedical engineering.                              09:50:42

13       Q    And how is AAMI spelled?                        09:50:45

14       A    A-A-M-I.                                         09:50:47

15       Q    And when was the AAMI conference when you       09:50:48

16   met with Rebotix and heard about their EndoWrist         09:50:58

17   business?                                                09:51:00

18       A    It would have -- it would have been in the      09:51:05

19   spring of '19, and we go to so many conferences, so      09:51:07

20   I'll apologize and tell you I don't remember what        09:51:10

21   month.  I believe it was June of '19.                    09:51:14

22       Q    How did the pricing work for the EndoWrist      09:51:19

23   repair service with Rebotix?                             09:51:26

24       A    What aspect of pricing?  Customer pricing?      09:51:35

25       Q    Let's start with customer pricing, yes.        09:51:39
```

Page 35

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1        Q     Does SIS have plans to work with Restore    10:04:06

 2   on a repair program in the future?                     10:04:13

 3        A     Yes.                                         10:04:15

 4        Q     Under what circumstances does SIS plan to    10:04:17

 5   work with Restore program -- excuse me.                 10:04:25

 6              Under what circumstances does SIS plan to    10:04:27

 7   work with Restore on a repair program in the future?    10:04:30

 8        A     We are working with Restore to develop a     10:04:34

 9   repair program for the Xi instruments.                  10:04:41

10        Q     Does SIS plan to work with Restore on a      10:04:45

11   repair program for Si instruments at any point in time? 10:04:50

12        A     Based on the current status of Si robots     10:05:04

13   in the United States, we don't see a huge value in      10:05:06

14   continuing that endeavor.                               10:05:09

15        Q     And, when you say "the current status,"      10:05:10

16   are you referring to the number of Si robots that are   10:05:18

17   currently in service?                                   10:05:21

18        A     Correct.                                     10:05:24

19        Q     What role does SIS play in developing a      10:05:24

20   repair program for Xi instruments with Restore?         10:05:38

21        A     We are providing financial support in the   10:05:51

22   R&D, we are also providing help in the testing process, 10:05:53

23   bringing customer opinions and expertise to help in     10:06:07

24   that process.                                           10:06:13

25        Q     What sort of help is SIS providing in the    10:06:14
```

Page 43

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

1    testing process?                                    10:06:18

2         A    I'm not involved in the engineering and   10:06:18

3    the technical side of that, so what I'm personally  10:06:26

4    providing is more of a customer feedback, customer  10:06:29

5    thoughts, customer interest in that program, and what 10:06:35

6    it would mean to health care.                       10:06:38

7         Q    Describe for me the customer feedback and 10:06:39

8    customer thoughts, customer interests in that program, 10:06:47

9    please.                                             10:06:50

10        A    How much time do we have?                 10:06:50

11        Q    Describe it at a high level to start with, 10:06:54

12   and we can --                                       10:06:58

13        A    Since this program started, the interest  10:07:01

14   from the hospital is monumental, through the roof.  10:07:03

15   The -- the interest in saving and reducing costs on 10:07:11

16   robotic surgery in the industry is something I've never 10:07:15

17   seen before in my 25 years of being in the surgical 10:07:17

18   business.                                           10:07:22

19        Q    What hospitals have you spoken with about 10:07:23

20   the Xi program?                                     10:07:27

21        A    Would you like me to list them?          10:07:29

22        Q    Yes, please.                              10:07:35

23        A    This will be from the top of my head, so 10:07:36

24   I'll do the best I can, but well over -- the meetings 10:07:40

25   that we've had represent well over a thousand       10:07:46

Page 44

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    hospitals, probably.                          10:07:48

 2            Facility level, I'll just start to kind of   10:07:53

 3    name them off regionally.  Legacy Health system in   10:07:56

 4    Portland, Oregon; Providence health system in the West   10:08:00

 5    Coast; Sutter Health; Kaiser Permanente; memorial care;   10:08:04

 6    the UC system in California; Banner Health System;   10:08:16

 7    Honor Health; Baylor Scott & White in Texas; the   10:08:21

 8    university health systems across the country, from   10:08:31

 9    Michigan to Duke to North Carolina; Mayo Clinic;   10:08:35

10    Cleveland Clinic; Advocate Aurora; Lahey Health System;   10:08:50

11    Boston Children's Medical Center.                 10:08:55

12            I can't believe I'm remembering all this   10:08:57

13    off the top of my head.                          10:09:00

14            Piedmont health system, Grady in Atlanta,   10:09:02

15    Johns Hopkins.                                   10:09:13

16            That's the bulk of the direct hospitals   10:09:14

17    that I can recall having direct conversations with;   10:09:25

18    there's obviously much more than that.           10:09:27

19            And then, in addition to that, all the   10:09:29

20    Vizient conversations we've had, I've presented to all   10:09:33

21    four regions of Vizient, which basically covers well   10:09:41

22    over 2,000 hospitals in the United States.       10:09:45

23        Q    Have you spoken with any of those     10:09:48

24    hospitals about the need for an EndoWrist repair   10:10:09

25    program to have FDA clearance?                   10:10:11
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A      I don't know if I understand what you're | 10:10:20 |
| 2 | asking me. | 10:10:21 |
| 3 | Q      Have any of those hospitals told you that | 10:10:22 |
| 4 | they would be willing to purchase EndoWrist repair | 10:10:29 |
| 5 | services that were not cleared by the FT -- FDA? | 10:10:33 |
| 6 | MR. VAN HOVEN:  Objection to form. | 10:10:40 |
| 7 | MR. SNYDER:  Objection to form. | 10:10:42 |
| 8 | THE WITNESS:  So I've been in the repair | 10:10:42 |
| 9 | business for well over 20 years, repairs don't require | 10:10:44 |
| 10 | FDA clearance, and to my recollection, nobody in any of | 10:10:49 |
| 11 | my conversations every brought up FDA clearance on the | 10:10:58 |
| 12 | repair. | 10:11:01 |
| 13 | BY MR. CHAPUT: | 10:11:02 |
| 14 | Q      Does the Xi -- maybe let's -- let's step | 10:11:02 |
| 15 | back. | 10:11:05 |
| 16 | Does the Xi repair business that SIS is | 10:11:06 |
| 17 | exploring with Restore involve extending the number of | 10:11:12 |
| 18 | lives that an EndoWrist can be used for? | 10:11:18 |
| 19 | A      We are currently working on developing a | 10:11:20 |
| 20 | program to extend the life of Xi instruments. | 10:11:31 |
| 21 | Q      And is that the program that you have | 10:11:34 |
| 22 | spoken with hospitals about? | 10:11:36 |
| 23 | A      The initial conversations we had with | 10:11:47 |
| 24 | hospitals was around the repair program of Si. | 10:11:49 |
| 25 | We then went to our recovery program, | 10:11:57 |

Page 46

| | | |
|---|---|---|
| 1 | which does not extend the life of the device, and we | 10:12:00 |
| 2 | have not talked about the Xi repair program because we | 10:12:03 |
| 3 | do not have those capabilities as of today. | 10:12:08 |
| 4 | Q    So when you're describing the | 10:12:10 |
| 5 | conversations that you've had with that -- that long | 10:12:12 |
| 6 | list of hospitals, were those conversations specific to | 10:12:15 |
| 7 | the Si repair program or the recovery program? | 10:12:20 |
| 8 | A    A little of both.  Over the last 18 months | 10:12:26 |
| 9 | or so, all the conversations are around recovery and, | 10:12:31 |
| 10 | like we had said, before there's not a lot of Si robots | 10:12:38 |
| 11 | in the U.S., as you know, so that conversation is | 10:12:42 |
| 12 | pretty much expired. | 10:12:45 |
| 13 | MR. VAN HOVEN:  Counsel, we're at about a | 10:13:00 |
| 14 | little over an hour, maybe a break in the -- now or the | 10:13:03 |
| 15 | next a few minutes. | 10:13:08 |
| 16 | MR. CHAPUT:  Yeah, a few minutes we should | 10:13:09 |
| 17 | be able to take one. | 10:13:13 |
| 18 | BY MR. CHAPUT: | 10:13:14 |
| 19 | Q    So, Mr. Johnson, with respect to SIS's | 10:13:19 |
| 20 | efforts with Restore to develop this Xi extended life | 10:13:28 |
| 21 | program, what is the timeline on that effort?  When | 10:13:32 |
| 22 | does SIS expect for that to be available to provide to | 10:13:37 |
| 23 | customers? | 10:13:41 |
| 24 | MR. VAN HOVEN:  Objection to form. | 10:13:43 |
| 25 | THE WITNESS:  I don't know that I have a | 10:13:49 |

Page 47

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1              So there were a number of original          10:34:01

 2    conversations that people would say, "We are not      10:34:04

 3    allowed to repair our instruments, Intuitive does not 10:34:08

 4    allow us to do that, even though we own the devices,  10:34:11

 5    our contract does not allow us to repair them."       10:34:13

 6              So we were working through a lot of that    10:34:20

 7    with legal and risk at a lot of these big             10:34:22

 8    organizations.                                        10:34:24

 9              The recovery program, people are willing    10:34:24

10    to talk about because it doesn't -- like, it doesn't  10:34:27

11    affect -- it's not a repair.                          10:34:31

12    BY MR. CHAPUT:                                        10:34:42

13         Q    And even though the recovery program is     10:34:43

14    not a repair, there are still customers who have      10:34:46

15    decided not to use that program; is that -- is that   10:34:50

16    correct?  Am I understanding that correctly?          10:34:55

17         A    I would say that's correct.                 10:34:57

18         Q    Is SIS seeking damages for its recovery     10:35:07

19    program in this case?                                 10:35:15

20         A    I don't know the specifics of the damages,  10:35:26

21    but I would say that our interest is -- is the lack of 10:35:30

22    business across all of our robotic programs against   10:35:36

23    Intuitive.                                            10:35:43

24         Q    Does SIS have any robotic programs, other   10:35:47

25    than those that we've already discussed today?        10:35:53
```

                                                   Page 54

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1        A      No.                                    10:35:59

 2        Q      Does SIS have any sort of business     10:35:59

 3   relationship with MediVision, Inc.?                10:36:09

 4        A      We did.                                10:36:15

 5        Q      What was SIS's with MediVision?        10:36:16

 6        A      MediVision is owned -- the ownership of 10:36:20

 7   MediVision is the same ownership of Restore, MediVision 10:36:31

 8   is a repair company, so they did some work for us on  10:36:35

 9   our core business on the repair of flexible and rigid 10:36:38

10   endoscopes.                                        10:36:43

11        Q      Did that work have anything to do with 10:36:44

12   da Vinci assisted surgeries?                       10:36:50

13        A      Just to clarify, did our -- does our  10:36:59

14   MediVision relationship have anything to do a with  10:37:04

15   robots?                                            10:37:06

16        Q      Yes, I can make the question more clear. 10:37:06

17               Did SIS's work with MediVision have    10:37:11

18   anything to do with robotic assisted surgeries?    10:37:14

19        A      Outside of the relationship?  I think, if 10:37:19

20   I understand your question correctly, the answer would 10:37:23

21   be no.                                             10:37:25

22        Q      Right.  So setting aside SIS's         10:37:25

23   relationship with Restore, and it's just focused   10:37:31

24   exclusively on MediVision --                       10:37:35

25        A      Okay.                                  10:37:35
```

Page 55

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1        Q     Had corporate compliance and legal         10:47:31

 2   reviewed the documents that you attached to your       10:47:34

 3   September 25, 2019, email?                             10:47:38

 4        A     I was not involved in that internal         10:47:40

 5   process.  I was given these documents by Greg Posdal,  10:47:47

 6   so at that point, I assumed that the legal stuff that  10:47:54

 7   needed to be done on SIS's side had been completed.    10:47:58

 8        Q     I'd like for you to turn, please, to the    10:48:00

 9   first attachment here, which has the ending Bates 119, 10:48:05

10   and the title of this is "da Vinci EndoWrist Repair    10:48:09

11   FAQs."  This document goes through the page ending 123.10:48:13

12             Do you recognize the da Vinci EndoWrist      10:48:22

13   repair FAQs document?                                  10:48:25

14        A     Yes.                                        10:48:27

15        Q     Who at SIS wrote the da Vinci EndoWrist     10:48:27

16   repair FAQs?                                           10:48:33

17        A     This document was not written by SIS.       10:48:43

18        Q     Who wrote it?                               10:48:46

19        A     This was given to us by Rebotix.            10:48:46

20        Q     Did SIS review the da Vinci EndoWrist       10:48:58

21   repair FAQs before sending them to customers?          10:49:02

22        A     Yes.                                        10:49:07

23        Q     Did SI- -- who -- who at SIS re- -- excuse  10:49:08

24   me.                                                    10:49:14

25             Who at SIS reviewed the da Vinci EndoWrist   10:49:14
```

Page 62

```
1    repair FAQs before they were sent to SIS's customers?    10:49:18

2         A    Greg Posdal, myself, and one or two            10:49:31

3    members of our marketing team that added the logo, the   10:49:33

4    SIS logos and things like that.                          10:49:38

5         Q    Does SIS make any changes to the FAQs?         10:49:41

6         A    Other than adding our name and our logo?       10:49:48

7         Q    Sure, other than adding your name and          10:49:52

8    logo, did SIS make any changes to the FAQs?              10:49:54

9         A    Not that I know of.                            10:49:57

10        Q    Did SIS confirm the accuracy of the            10:49:59

11   statements that appeared in the FAQs?                    10:50:02

12        A    I know that Greg spoke at length with          10:50:13

13   Chris Gibson and his team about all of this testing      10:50:16

14   data and all of this information prior to us providing   10:50:21

15   this to our customers.                                   10:50:24

16        Q    Apart from Greg's conversations with Chris     10:50:26

17   Gibson, did SIS do anything to confirm the accuracy of   10:50:31

18   the statements that appeared in the FAQs?                10:50:35

19        A    Not that I'm aware of.                         10:50:44

20        Q    You can turn to the second page of the         10:50:46

21   document first, there's a question at the top (as        10:50:50

22   read):                                                   10:50:50

23                 Can you send me your certification,        10:50:51

24            slash, FDA approval?                            10:50:54

25            Do you see that section?                        10:50:56
```

Page 63

| | | | |
|---|---|---|---|
| 1 | A | Can you give me a page number? | 10:50:58 |
| 2 | Q | Sure. | 10:50:59 |
| 3 | | 120. | 10:51:00 |
| 4 | A | Okay. | 10:51:13 |
| 5 | Q | And the response to that question is (as | 10:51:13 |
| 6 | read): | | 10:51:13 |
| 7 | | The FDA does not regulate, nor | 10:51:15 |
| 8 | | certify repairs. | 10:51:18 |
| 9 | | Correct? | 10:51:20 |
| 10 | A | Correct. | 10:51:22 |
| 11 | Q | And so SIS had decided that the service it | 10:51:23 |
| 12 | was offering for EndoWrist was a repair, not a | | 10:51:26 |
| 13 | reprocessing; is that right? | | 10:51:28 |
| 14 | | MR. VAN HOVEN:  Objection to form. | 10:51:30 |
| 15 | | THE WITNESS:  Correct. | 10:51:37 |
| 16 | BY MR. CHAPUT: | | 10:51:37 |
| 17 | Q | Who at SIS decided that was correct? | 10:51:37 |
| 18 | A | Greg Posdal. | 10:51:39 |
| 19 | Q | And how did SIS reach the conclusion that | 10:51:48 |
| 20 | the service that was being offered was a repair and not | | 10:51:50 |
| 21 | reprocessing? | | 10:51:54 |
| 22 | | MR. VAN HOVEN:  Objection to form. | 10:51:55 |
| 23 | | THE WITNESS:  The Posdal family has been | 10:52:01 |
| 24 | in the repair business for 50 years, and, based on that | | 10:52:03 |
| 25 | expertise and the knowledge that he has and the data | | 10:52:06 |

Page 64

```
1    provided, we felt that it was a repair.              10:52:11

2    BY MR. CHAPUT:                                       10:52:16

3         Q    Apart from the Posdal family's background  10:52:20

4    and the information provided by Rebotix, did SIS     10:52:27

5    perform any other analysis of whether the service it 10:52:33

6    was offering was a repair and not reprocessing?      10:52:36

7              MR. VAN HOVEN:  Objection to form.          10:52:39

8              THE WITNESS:  Not that I'm aware of.        10:52:48

9    BY MR. CHAPUT:                                       10:52:50

10        Q    In 2019 when SIS entered into its          10:52:52

11   relationship with Rebotix, was it aware that a Rebotix 10:52:56

12   entity submitted a 510K application to FDA in 2014   10:52:59

13   regarding the Rebotix interceptor chip?              10:53:05

14        A    I don't recall being told the specific     10:53:13

15   dates, but we were made aware of the fact that they had 10:53:16

16   filed a 510K.                                        10:53:21

17        Q    And just to make -- to make sure I'm       10:53:23

18   clear, the interceptor chip is the trade name that   10:53:26

19   Rebotix used for the chip that it -- it places to    10:53:30

20   circumvent the use counter; is that right?           10:53:34

21             MR. VAN HOVEN:  Objection to form.          10:53:37

22             THE WITNESS:  I don't know that I'm        10:53:42

23   familiar with the word "interceptor," I just know that 10:53:43

24   they had filed a 510K to be able to rechip the devices. 10:53:46

25   ///                                    ///           
```

Page 65

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    than what exists in an original EndoWrist; correct?     10:56:26

 2          A     I believe so, yes.                          10:56:28

 3          Q     And I think you described that the          10:56:38

 4    replacement chip is -- is added on top of the existing  10:56:40

 5    chip in an EndoWrist device; is that right?             10:56:44

 6          A     The Rebotix chip?                           10:56:51

 7          Q     Correct.                                    10:56:53

 8          A     Yes, I believe that to be true.             10:56:55

 9          Q     If you look in the fourth line of that      10:57:03

10    same paragraph, there's a reference to the serviced     10:57:06

11    instruments meeting the quality and functional          10:57:14

12    requirements of a new device.                           10:57:17

13                Do you see that?                            10:57:20

14          A     Yes.                                        10:57:20

15          Q     How did SIS confirm that the serviced       10:57:21

16    EndoWrists met the quality and functional requirements  10:57:26

17    of a new device?                                        10:57:30

18          A     We relied on the expertise of our           10:57:31

19    technical partner, Rebotix.                             10:57:39

20          Q     Did SIS have access to the specifications   10:57:42

21    or design files for the EndoWrist devices?              10:57:52

22                MR. VAN HOVEN:  Objection to form.          10:57:54

23                THE WITNESS:  I'm not a technical guy, so   10:57:56

24    I would -- so I was not involved or made privy to that  10:58:03

25    information, so I couldn't answer that question.        10:58:07
```

Page 68

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | BY MR. CHAPUT: | 10:58:09 |
| 2 | Q    Who would be able to answer that question? | 10:58:09 |
| 3 | A    Greg Posdal. | 10:58:10 |
| 4 | Q    If you would turn forward to the page | 10:58:13 |
| 5 | ending in 123, please, in the -- this is under the | 10:58:30 |
| 6 | heading "Additional information," and there's a -- the | 10:58:44 |
| 7 | first bullet point there is (as read): | 10:58:46 |
| 8 | EndoWrist functionality and safety | 10:58:47 |
| 9 | are not affected by the repair. | 10:58:49 |
| 10 | Do you see that section? | 10:58:52 |
| 11 | MR. VAN HOVEN:  And, Mr. Johnson, feel | 10:58:53 |
| 12 | free to look at the document and understand the context | 10:58:55 |
| 13 | before you jump into isolated bullet points. | 10:58:56 |
| 14 | THE WITNESS:  Okay, I'm ready. | 10:59:24 |
| 15 | Can you answer that question again, | 10:59:26 |
| 16 | please? | 10:59:28 |
| 17 | BY MR. CHAPUT: | 10:59:28 |
| 18 | Q    Yes. | 10:59:29 |
| 19 | So, looking at the second bullet under the | 10:59:29 |
| 20 | functionality and safety bullet, there's a reference to | 10:59:35 |
| 21 | extensive analysis and formal testing. | 10:59:37 |
| 22 | Do you see that? | 10:59:41 |
| 23 | A    Yes. | 10:59:41 |
| 24 | Q    Did SIS perform that testing? | 10:59:41 |
| 25 | A    No. | 10:59:51 |

Page 69

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | Q    Did SIS have any role in the testing | 10:59:51 |
| 2 | described in that bullet? | 10:59:54 |
| 3 | A    No. | 10:59:58 |
| 4 | Q    Did SIS have any oversight over the | 10:59:58 |
| 5 | testing that was referred to in that bullet? | 11:00:03 |
| 6 | A    No. | 11:00:12 |
| 7 | Q    Did SIS have access to the complete | 11:00:12 |
| 8 | results of the testing described in this section? | 11:00:17 |
| 9 | A    I do believe that Greg did have | 11:00:25 |
| 10 | extension -- extensive -- looked into this when he was | 11:00:30 |
| 11 | in the facility and the lab and went through most of | 11:00:34 |
| 12 | this stuff.  I did not personally, but that was | 11:00:37 |
| 13 | something that Greg did. | 11:00:39 |
| 14 | Q    And you don't know one way or the other | 11:00:42 |
| 15 | whether he was given access to the complete results; | 11:00:44 |
| 16 | correct? | 11:00:51 |
| 17 | A    I -- I do believe we were shown | 11:00:51 |
| 18 | everything, all the testing results. | 11:00:56 |
| 19 | Q    Moving down a few bullets, this is three | 11:00:57 |
| 20 | bullets up from the bottom of the page, there's a | 11:01:04 |
| 21 | statement (as read): | 11:01:06 |
| 22 | The service process is performed | 11:01:06 |
| 23 | under a formal quality control system. | 11:01:09 |
| 24 | Do you see that bullet? | 11:01:12 |
| 25 | A    Yes. | 11:01:12 |

Page 70

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | Q    Was that SIS's formal quality control | 11:01:13 |
| 2 | system? | 11:01:18 |
| 3 | A    No. | 11:01:22 |
| 4 | Q    And there's a reference in that same | 11:01:22 |
| 5 | sentence to "formal procedures." | 11:01:25 |
| 6 | Were those SIS's procedures? | 11:01:26 |
| 7 | A    No, those were Rebotix's procedures. | 11:01:29 |
| 8 | Q    Moving down to the next bullet, it begins | 11:01:36 |
| 9 | (as read): | 11:01:36 |
| 10 | SIS provides continuing technical | 11:01:39 |
| 11 | support to ensure the final quality of the | 11:01:42 |
| 12 | serviced instruments. | 11:01:44 |
| 13 | Do you see that bullet? | 11:01:46 |
| 14 | A    Yes. | 11:01:47 |
| 15 | Q    Who at SIS provided that technical | 11:01:47 |
| 16 | support? | 11:01:50 |
| 17 | A    That support was provided by Rebotix. | 11:01:59 |
| 18 | Q    Moving to the end of this bullet that | 11:02:04 |
| 19 | we're looking at, there's a reference to a formal | 11:02:07 |
| 20 | surveillance system for field issues. | 11:02:10 |
| 21 | Do you see that? | 11:02:23 |
| 22 | A    Okay.  Yes. | 11:02:23 |
| 23 | Q    Did someone at SIS run that formal | 11:02:24 |
| 24 | surveillance system? | 11:02:28 |
| 25 | A    I am not familiar with the formal | 11:02:46 |

Page 71

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
1    surveillance system.                              11:02:48

2         Q    Let's move on to the next document in this   11:02:51

3    set, this is the document ending 124, it's just a    11:02:55

4    one-page document with the title on the left side of  11:02:58

5    the document "da Vinci EndoWrist Repairs."           11:03:01

6              Do you -- do you recognize this document?   11:03:07

7         A    Yes.                                        11:03:19

8         Q    Who at SIS wrote the da Vinci EndoWrist     11:03:20

9    repairs document?                                    11:03:26

10        A    I don't know if I could give you a          11:03:26

11   specific name of who wrote this, but Greg and I were  11:03:40

12   involved in the production.                          11:03:43

13        Q    Was the content for the da Vinci EndoWrist  11:03:43

14   repairs document also provided by Rebotix?           11:03:48

15        A    I would say some of it, but I wouldn't      11:03:54

16   think all of it.                                     11:04:04

17        Q    What content would Si have provided?        11:04:06

18        A    On any of the documents, we would have      11:04:11

19   provided more of the data around the customer service 11:04:20

20   side to the hospital, so any of the hospital process  11:04:22

21   would come from us.                                  11:04:26

22              The technical data, the testing data would 11:04:28

23   have come from the robotic -- the Rebotix testing.   11:04:32

24        Q    Okay.  So just looking specifically at the  11:04:35

25   document with the Bates number 124, which is just a   11:04:39
```

Page 72

| | | |
|---|---|---|
| 1 | one-page document, on this page, what of the material | 11:04:42 |
| 2 | would SIS have provided as opposed to Rebotix? | 11:04:46 |
| 3 | A     I don't have that knowledge, I'm not sure. | 11:04:59 |
| 4 | Q     Looking at the list of five bullet points | 11:05:13 |
| 5 | under the heading "Important facts," is that | 11:05:17 |
| 6 | information that Rebotix would have provided? | 11:05:20 |
| 7 | A     I would assume it was provided by Rebotix. | 11:05:23 |
| 8 | Q     In the second bullet, it reads (as read): | 11:05:49 |
| 9 | The repair of a da Vinci EndoWrist | 11:05:53 |
| 10 | does not alter the intended use, method of | 11:05:55 |
| 11 | use, functionality, or performance of the | 11:05:58 |
| 12 | device in any way. | 11:06:00 |
| 13 | What did SIS do to confirm the accuracy of | 11:06:03 |
| 14 | that statement? | 11:06:05 |
| 15 | MR. VAN HOVEN:  Objection to form. | 11:06:07 |
| 16 | THE WITNESS:  Like I had stated earlier, | 11:06:13 |
| 17 | based on the relationship with Benjamin Biomedical and | 11:06:15 |
| 18 | Rebotix, we had all belief in their testing and the | 11:06:20 |
| 19 | longstanding relationship that the data we were | 11:06:24 |
| 20 | provided was correct. | 11:06:26 |
| 21 | BY MR. CHAPUT: | 11:06:28 |
| 22 | Q     Apart from SIS's existing relationship | 11:06:38 |
| 23 | with Benjamin Biomedical and the data that Rebotix | 11:06:40 |
| 24 | provided to SIS, it did nothing to confirm the accuracy | 11:06:46 |
| 25 | of the second bullet on page 124; is that correct? | 11:06:49 |

Page 73

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1              MR. VAN HOVEN:  Objection to form.        11:06:54

 2              THE WITNESS:  I would say initially that  11:06:54

 3    is correct; but, after working the program, having 11:07:12

 4    conversations with customers, and understanding, I  11:07:14

 5    would have been very comfortable to say that -- that 11:07:19

 6    that statement is a hundred percent the truth from our 11:07:22

 7    experience of working with customers.              11:07:25

 8    BY MR. CHAPUT:                                      11:07:26

 9         Q     And you're referring to the somewhere    11:07:29

10    between 30 and 50 repairs that SIS facilitated for  11:07:33

11    customers; is that right?                           11:07:36

12         A     30 to 50 hospitals.                      11:07:38

13         Q     How many repairs total did SIS facilitate? 11:07:40

14         A     Oh, boy, on the Si repair program?       11:07:45

15         Q     Correct.                                 11:07:51

16         A     I don't know that I have that number.    11:07:51

17         Q     Let's look at the third bullet, please (as 11:07:57

18    read):                                              11:07:57

19                    The da Vinci robot interacts with   11:07:59

20                    the repaired EndoWrist identically and the 11:08:02

21                    robot cannot be affected by the repaired 11:08:05

22                    device in any way.                  11:08:07

23                    Do you see that statement?          11:08:09

24         A     Yes.                                     11:08:09

25         Q     Apart from SIS's existing relationship   11:08:10
```

Page 74

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    with Benjamin Biomedical and the data that Rebotix        11:08:14

 2    provided to SIS, did SIS do anything to confirm the       11:08:17

 3    accuracy of that third bullet?                            11:08:22

 4              MR. VAN HOVEN:  Objection to form.              11:08:23

 5              THE WITNESS:  Not that I know of.               11:08:37

 6    BY MR. CHAPUT:                                            11:08:37

 7         Q    Looking at the fifth bullet, it reads (as       11:08:46

 8    read):                                                    11:08:46

 9                   A repaired EndoWrist is not an             11:08:50

10                   alternative or replacement device, it is  11:08:52

11                   an original da Vinci manufactured device  11:08:54

12                   that has been repaired to original        11:08:57

13                   specifications.                           11:09:00

14              Apart from SIS's existing relationship         11:09:00

15    with Benjamin Biomedical and the data that Rebotix        11:09:02

16    provided to SIS, did SIS do anything to confirm the       11:09:05

17    accuracy of the fifth bullet?                             11:09:08

18         A    I believe that falls under our normal          11:09:17

19    repair process that we have stood behind for the 50       11:09:19

20    years we've been in a business that a repaired device     11:09:24

21    is repaired back to its original specifications.          11:09:27

22         Q    My question is a bit different, though,         11:09:33

23    Mr. Johnson, which is whether SIS did anything to         11:09:39

24    confirm that that statement was accurate specifically     11:09:41

25    with respect to EndoWrist devices?                        11:09:44
```

Page 75

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

| | | |
|---|---|---|
| 1 | MR. VAN HOVEN:  Objection to form. | 11:09:47 |
| 2 | THE WITNESS:  The best I can answer that | 11:09:58 |
| 3 | is, from a sales and customer service side, I do not | 11:10:11 |
| 4 | know.  What was done through our people at the lab and | 11:10:15 |
| 5 | testing through Greg and our engineers, I -- I can't -- | 11:10:19 |
| 6 | I don't know. | 11:10:25 |
| 7 | BY MR. CHAPUT: | 11:10:29 |
| 8 | Q     Let's turn to the next page, please, this | 11:10:31 |
| 9 | is the page ending 125, which is another one-page | 11:10:33 |
| 10 | document with the title on the left side "da Vinci | 11:10:39 |
| 11 | EndoWrist Repair Process." | 11:10:42 |
| 12 | Do you recognize the repair process | 11:10:45 |
| 13 | document, Mr. Johnson? | 11:10:46 |
| 14 | A     Yes. | 11:10:55 |
| 15 | Q     Who at SIS wrote the repair process | 11:10:55 |
| 16 | document? | 11:10:58 |
| 17 | A     Greg and myself. | 11:10:58 |
| 18 | Q     And where did the content for the repair | 11:11:12 |
| 19 | process document come from? | 11:11:14 |
| 20 | A     Greg, myself, and the team, the marketing | 11:11:28 |
| 21 | team at SIS. | 11:11:30 |
| 22 | Q     Did Rebotix contribute to the content of | 11:11:31 |
| 23 | the repair process document? | 11:11:34 |
| 24 | A     I do not believe so, no. | 11:11:36 |
| 25 | Q     So in the repair process document that | 11:11:56 |

Page 76

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1    we're looking at, there -- there's a first section that    11:12:05

 2    refers to "initial service on an EndoWrist device" and     11:12:07

 3    then a second section referring to "ongoing service."      11:12:11

 4            Do you see those two sections?                      11:12:16

 5       A    Yes.                                                11:12:17

 6       Q    And so am I correct in reading that to say          11:12:17

 7    that SIS would reset the use counter on an EndoWrist        11:12:22

 8    more than one time?                                         11:12:29

 9       A    We had the capabilities to do that, yes.           11:12:37

10       Q    How many times would SIS reset the use             11:12:41

11    counter on an EndoWrist device?                            11:12:45

12            MR. VAN HOVEN:  Objection to form.                  11:12:47

13            THE WITNESS:  During our independent                11:12:54

14    studies, we had been through -- we had tested up to 50     11:12:56

15    sterilizations, so to answer your question, I guess        11:13:03

16    five.                                                       11:13:12

17    BY MR. CHAPUT:                                              11:13:12

18       Q    So you referred to SIS's independent               11:13:16

19    studies.                                                    11:13:18

20            Are those -- are -- maybe -- maybe I'm              11:13:18

21    missing something.                                          11:13:22

22            Who performed those -- those studies?               11:13:22

23       A    Rebotix.                                            11:13:25

24       Q    Okay.  So those aren't SIS studies?                 11:13:30

25       A    Correct.                                            11:13:32
```

Page 77

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

```
 1          A     We were doing the repair on the EndoWrist.    11:55:06

 2          Q     You were still offering that in June of        11:55:08

 3     2020?                                                     11:55:12

 4          A     I believe so, yes.  I don't remember -- I      11:55:20

 5     don't think we had started the recovery program yet, so  11:55:22

 6     I think all those services at that point were still      11:55:25

 7     wrapped around the Si.                                    11:55:27

 8          Q     And there's no mention on here of the          11:55:30

 9     da Vinci surgical system or the robot itself; is that    11:55:42

10     right?                                                    11:55:42

11          A     Correct.                                       11:55:45

12          Q     Does SIS have the capability to perform        11:55:45

13     any repairs or services on the da Vinci robot itself?    11:55:47

14          A     No.                                            11:55:53

15          Q     Has SIS ever explored doing that?             11:55:53

16          A     Yes.                                           11:56:02

17          Q     When?                                          11:56:02

18          A     I don't remember specific dates, but over     11:56:08

19     the last couple years we've been approached by a number 11:56:15

20     of hospitals of asking what services we could help       11:56:18

21     provide on their da Vinci program.                       11:56:22

22          Q     And what has the response been from SIS?      11:56:23

23          A     We currently do not have any programs for     11:56:29

24     the robot itself, but it is something that is an         11:56:32

25     ongoing -- we are looking into ongoing opportunities to  11:56:34
```

Veritext Legal Solutions
866 299-5127

*** CONFIDENTIAL ATTORNEYS EYES ONLY ***

1    STATE OF CALIFORNIA      )

2                             )  ss.

3    COUNTY OF LOS ANGELES  )

4              I, Vickie Blair, CSR No. 8940, RPR-CRR, in

5    and for the State of California, do hereby certify:

6              That, prior to being examined, the witness

7    named in the foregoing deposition was by me duly sworn

8    to testify as to the truth, the whole truth, and

9    nothing but the truth;

10             That said deposition was taken before me

11   at the time and place therein set forth, and was taken

12   down by me stenographically and thereafter transcribed

13   via computer-aided transcription under my direction and

14   is a true record of the testimony given;

15             I further certify I am neither counsel

16   for, nor related to, any party to said action, nor

17   interested in the outcome thereof;

18             IN WITNESS WHEREOF, I have hereto

19   subscribed my name this 5th day of November, 2022.

20

21

22

23

24

25        Vickie Blair, CSR No. 8940, RPR-CRR

                                          Page 119