ATTACHMENT 47

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3

4  SURGICAL INSTRUMENT SERVICE      )
   COMPANY, INC.,                   )
5                                   )
           Plaintiff,               )
6                                   )
           vs.                      ) Case No.
7                                   ) 3:21-CV-03496-VC
   INTUITIVE SURGICAL, INC.,        )
8                                   )
           Defendant.               )
9  _____  )

10

11

12        VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED

13         DEPOSITION OF GREG POSDAL, 30(B)(1)

14

15            Tuesday, November 1, 2022

16      Remotely Testifying from Phoenix, Arizona

17

18

19

20

21

22

23  Stenographically Reported By:

24  Hanna Kim, CLR, CSR No. 13083

25  Job No. 5541334-B

                                    Page 1

1              No -- yeah.  Is it -- no, 41 years.

2    40 years.  I don't know.

3         Q.   I think it's around 40.

4              What was your role when you first joined

5    SIS?                                              11:19:22

6         A.   I was in a -- a repair role and kind of a

7    research and development role.  We added services.

8    I added services to what we were currently

9    repairing.

10        Q.   When did you become president and CEO?   11:19:34

11        A.   2000, I think.

12        Q.   Who was the president and CEO prior to

13   you?

14        A.   Robert Posdal, my father.

15        Q.   Describe for me SIS's business at -- at    11:19:47

16   the present.

17        A.   At the present, the great majority of our

18   business is -- is repair business, among a number of

19   different disciplines.

20        Q.   What disciplines does SIS provide repair   11:20:06

21   services in?

22        A.   Stainless steel instrumentation, specialty

23   instrumentation, frigid endoscopes, flexible

24   endoscopes, orthopaedic power instrumentation, video

25   instruments, and miscellaneous instruments.  I think  11:20:25

                                                Page 11

1          A.   I do.

2          Q.   Do you also receive dividends or other

3      profits from SIS?

4          A.   I can.

5          Q.   How often do you receive dividends or --          11:28:21

6      or profits from SIS?

7          A.   Not often.  It's mostly salary.

8          Q.   Does SIS have any form of profit-sharing

9      with its employees?

10         A.   We do.                                             11:28:38

11         Q.   Does SIS perform any services related to

12     the Senhance Surgical System?

13         A.    It does not sound familiar to me.

14         Q.   Does SIS perform any services related to

15     the MAKO Surgical System?                                  11:29:11

16         A.   No.

17         Q.   Apart from the Intuitive da Vinci Surgical

18     System, does SIS perform any services for other

19     robotically assisted systems?

20         A.   No.                                               11:29:27

21         Q.   When did SIS first start thinking about

22     potentially offering services related to Intuitive's

23     da Vinci systems?

24         A.   A number of years ago.  I can't be sure on

25     the time.  Probably ten years ago.                        11:29:43

```
 1    ability to do this, I think that would have pursued

 2    with far more vigor.

 3            It -- it seemed crazy to invest a lot of

 4    money if we didn't get past the -- Intuitive's

 5    effect on the hospital and their -- their ability to    12:02:58

 6    feel comfortable with -- with giving these items out

 7    for chip re- -- reset without, you know, losing

 8    their -- their service contracts with Intuitive.

 9        Q.   When did SIS start working with Restore?

10        A.   Don't know the exact date, but it was         12:03:30

11    likely in the middle of 2020.  It was after the

12    pandemic started rolling.

13        Q.   Does SIS still have any ongoing business

14    with Rebotix, setting aside Benjamin Bi- --

15    Biomedical, but Rebotix specifically?                   12:03:55

16        A.   Rebotix specifically, no.

17        Q.   Does SIS plan to enter into business again

18    with Rebotix specifically?

19        A.   Sure.  If we have multiple sources for

20    this service, we will use both of them.                 12:04:07

21        Q.   Does SIS still plan to perform the service

22    in-house for the Xi, once that is up and running?

23        A.   I -- it -- it would be our -- our usual

24    business practice to do that.

25        Q.   Under what circumstances would you not do      12:04:35
```

Page 39

1        A.   The discussion likely happened within the

2   last year.  I don't know when the process took

3   place.

4        Q.   When would that discussion about the FDA

5   process have -- have taken place with Chris -- Chris        13:22:08

6   Gibson?

7             MR. McCAULLEY:  Objection.  Foundation.

8             THE WITNESS:  Unsure.  Within the last six

9   months to a year, I would -- I would guess.

10  BY MR. CHAPUT:                                              13:22:24

11       Q.   How many times have you spoken with Chris

12  Gibson this year?

13       A.    I have no way of knowing that.

14            MR. CHAPUT:  I would like to introduce

15  another exhibit.  Austin, this is tab 11.  We have          13:22:59

16  previously marked this, and I don't have the exhibit

17  number handy, unfortunately, but I think you do.

18  Can you remind me?  This is SIS 167.

19            MR. MARTIN:  This is Exhibit 142.

20            MR. CHAPUT:  Thank you.                           13:23:38

21            (Previously marked Deposition Exhibit 142

22            was referenced.)

23  BY MR. CHAPUT:

24       Q.   Mr. Posdal, Exhibit 142 is available for

25  you.  We've previously marked this as a document,          13:24:19

Page 56

```
 1   single-page bearing Bates SIS000167.  And you can
 2   rotate the pages if you hover your mouse towards the
 3   bottom of the window, Mr. Posdal.
 4        A.   Okay.  I've got it.
 5        Q.   Do you recognize Exhibit 167 -- I'm sorry,   13:24:42
 6   Exhibit 142?
 7        A.   Yes.
 8        Q.   What is Exhibit 142?
 9        A.   This appears to be a report detailing the
10   EndoWrists that we did service through Rebotix and    13:24:58
11   the customers that those were for.
12        Q.   Is this a comprehensive list of the
13   EndoWrist resets that SIS performed -- or, excuse
14   me.
15             Is this a comprehensive list of the         13:25:19
16   EndoWrist resets that SIS facilitated for its
17   customers?
18        A.   I believe it is.
19        Q.   And I just want to make sure I'm
20   understanding some of these notations correctly.  So  13:25:37
21   first, looking at the lines for Legacy Good
22   Samaritan, this is the second and third lines in the
23   chart.
24        A.   Okay.
25        Q.   The right-most column says, "Refurbish      13:25:50
```

Page 57

```
 1              CERTIFICATE OF REPORTER
 2          I, Hanna Kim, a Certified Shorthand
 3   Reporter, do hereby certify:
 4          That prior to being examined, the witness
 5   in the foregoing proceedings was by me duly sworn to
 6   testify to the truth, the whole truth, and nothing
 7   but the truth;
 8          That said proceedings were taken before me
 9   at the time and place therein set forth remotely via
10   videoconference and were taken down by me in
11   shorthand and thereafter transcribed into
12   typewriting under my direction and supervision;
13          I further certify that I am neither
14   counsel for, nor related to, any party to said
15   proceedings, not in anywise interested in the
16   outcome thereof.
17          Further, that if the foregoing pertains to
18   the original transcript of a deposition in a federal
19   case, before completion of the proceedings, review
20   of the transcript [x] was [ ] was not requested.
21          In witness whereof, I have hereunto
22   subscribed my name:  November 15, 2022.
23
24
25          Hanna Kim, CLR, CSR No. 13083
```

Page 101