ATTACHMENT 50

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   SURGICAL INSTRUMENT SERVICE    )
     COMPANY, INC.,                 )
 5                                  )
 6           Plaintiff,             )
                                    )
 7           vs.                    ) Case No.
                                    ) 3:21-CV-03496-VC
     INTUITIVE SURGICAL, INC.,      )
 8                                  )
             Defendant.             )
 9   _____ )
10
11
12         VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
13                DEPOSITION OF PAUL PLOMIN
14
15               Tuesday, November 8, 2022
16        Remotely Testifying from Mishawaka, Indiana
17
18
19
20
21
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 5567008
```

Page 1

1          A.   Well, there's a payor I didn't mention.

2     Maybe self-pay would probably end up being the

3     lowest.  But outside of that, Medicaid.

4          Q.   You also mentioned all the expenses to

5     doing the procedures will go into the calculation.      13:37:40

6               Does that include both direct and indirect

7     costs?

8          A.   Yes.

9               MR. BATEMAN:  Objection to form.

10              THE COURT REPORTER:  Could you please        13:37:56

11    repeat your answer.

12              THE WITNESS:  Yes.

13    BY MR. CHAPUT:

14         Q.   Where does that cost data come from?

15         A.   Financial statements and our cost           13:38:08

16    accounting system.

17         Q.   Does the capital allocation committee

18    consider the costs associated with the da Vinci

19    surgical system in deciding whether to approve a

20    purchase?                                              13:38:36

21         A.   Yes.  That's part of the capital project

22    assessment form.  So that's -- that's what gets

23    summarized from that form onto that summary sheet of

24    all the capital.  So we're reviewing

25    apples-and-apples type considerations for the         13:38:52

                                                      Page 63

1    projects.

2        Q.   And consistent with what we were talking

3    about before, that would include not only the system

4    itself, but also any service agreement and the

5    projected cost of EndoWrist instruments; correct?       13:39:09

6            MR. BATEMAN:  Objection to the form.

7            THE WITNESS:  Correct.

8    BY MR. CHAPUT:

9        Q.   Does the capital allocation committee

10   consider Franciscan's surgical market share in         13:39:21

11   deciding whether to approve a purchase of a da Vinci

12   surgical system?

13           MR. BATEMAN:  Objection to form.

14           THE WITNESS:  I -- I would always say

15   we're always hoping to gather more market share, so    13:39:36

16   that would be a consideration, yes.

17   BY MR. CHAPUT:

18       Q.   How does Franciscan calculate its surgical

19   market share?

20       A.   Well, our mar- -- inpatient market share,     13:39:48

21   we use, I think, 75 percent of our -- or 75 percent

22   of our admissions ZIP codes are that -- that

23   develops our inpatient.

24           Outpatient is a little more difficult

25   because it's hard to gather that data.  And, you       13:40:11

                                                    Page 64

```
 1                CERTIFICATE OF REPORTER
 2           I, Hanna Kim, a Certified Shorthand
 3    Reporter, do hereby certify:
 4           That prior to being examined, the witness
 5    in the foregoing proceedings was by me duly sworn to
 6    testify to the truth, the whole truth, and nothing
 7    but the truth;
 8           That said proceedings were taken before me
 9    at the time and place therein set forth remotely via
10    videoconference and were taken down by me in
11    shorthand and thereafter transcribed into
12    typewriting under my direction and supervision;
13           I further certify that I am neither
14    counsel for, nor related to, any party to said
15    proceedings, not in anywise interested in the
16    outcome thereof.
17           Further, that if the foregoing pertains to
18    the original transcript of a deposition in a federal
19    case, before completion of the proceedings, review
20    of the transcript [x] was [ ] was not requested.
21           In witness whereof, I have hereunto
22    subscribed my name.
23    Dated: 11/27/22
24
                        Hanna Kim
25                      CLR, CSR No. 13083
```