Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman *(pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Lead Case No.:  3:21-CV-03825-AMO-LB<br><br>**DEFENDANT'S NOTICE OF RE-FILING MATERIALS SUBJECT TO THE COURT'S OMNIBUS SEALING ORDER**<br><br><br>Judge: The Honorable Araceli Martínez-Olguín |

In response to the Court's May 3, 2024 Order (ECF No. 254) endorsing the Parties' stipulation to re-file materials they filed provisionally under seal, Intuitive Surgical is hereby filing public versions of the documents listed below, which Intuitive provisionally filed under seal. Intuitive has removed or modified redactions to these documents as necessary to conform to the Court's April 17, 2024 Superseding Omnibus Sealing Order (ECF No. 246).

| Att. No. | Brief | Exhibit No. | Original Docket No. | Originally Filed Under Seal/Redacted | Currently Redacted/Public |
|---|---|---|---|---|---|
| 1 | Rubach Daubert Motion – ECF No. 122 | | 122 | Redacted | Public |
| 2 | | Exhibit 3 | 122.4 | Sealed | Public |
| 3 | | Exhibit 4 | 122.5 | Redacted | Redacted |
| 4 | Trautman Daubert Motion – ECF No. 123 | | 123 | Redacted | Public |
| 5 | | Exhibit 2 | 123.3 | Redacted | Redacted |
| 6 | | Exhibit 3 | 123.4 | Sealed | Public |
| 7 | | Exhibit 4 | 123.5 | Sealed | Public |
| 8 | | Exhibit 5 | 123.6 | Sealed | Public |
| 9 | | Exhibit 7 | 123.8 | Sealed | Public |
| 10 | | Exhibit 12 | 123.13 | Sealed | Public |
| 11 | | Exhibit 13 | 123.14 | Redacted | Public |
| 12 | | Exhibit 16 | 123.17 | Sealed | Redacted |
| 13 | | Exhibit 17 | 123.18 | Sealed | Public |
| 14 | | Exhibit 22 | 123.23 | Sealed | Public |
| 15 | Parnell Daubert Motion – ECF No. 124 | | 124 | Redacted | Public |
| 16 | | Exhibit 1 | 124.2 | Sealed | Redacted |
| 17 | | Exhibit 2 | 124.3 | Sealed | Redacted |
| 18 | | Exhibit 3 | 124.4 | Sealed | Public |
| 19 | | Exhibit 5 | 124.6 | Sealed | Public |
| 20 | | Exhibit 7 | 124.8 | Redacted | Public |
| 21 | | Exhibit 8 | 124.9 | Redacted | Redacted |
| 22 | | Exhibit 9 | 124.10 | Redacted | Redacted |
| 23 | | Exhibit 11 | 124.12 | Sealed | Public |
| 24 | | Exhibit 12 | 124.13 | Sealed | Public |
| 25 | Elhauge Daubert Motion – ECF No. 126 | | 126 | Redacted | Public |
| 26 | | Exhibit 1 | 126.2 | Sealed | Redacted |

| Att. No. | Brief | Exhibit No. | Original Docket No. | Originally Filed Under Seal/Redacted | Currently Redacted/Public |
|---|---|---|---|---|---|
| 27 | | Exhibit 2 | 126.3 | Sealed | Public |
| 28 | | Exhibit 3 | 126.4 | Sealed | Redacted |
| 29 | | Exhibit 5 | 126.6 | Redacted | Redacted |
| 30 | | Exhibit 7 | 126.8 | Sealed | Public |
| 31 | | Exhibit 8 | 126.9 | Redacted | Redacted |
| 32 | Opposition to Plaintiff's MSJ and Cross-MSJ – ECF No. 153 | | 153 | Redacted | Redacted |
| 33 | | Smith Dec. Ex. 1 | 153.7 | Redacted | Redacted |
| 34 | | Cahoy Dec. Ex. 1 | 153.9 | Redacted | Redacted |
| 35 | | Cahoy Dec. Ex. 3 | 153.11 | Redacted | Redacted |
| 36 | | Cahoy Dec. Ex. 11 | 153.18 | Sealed | Public |
| 37 | | Cahoy Dec. Ex. 12 | 153.19 | Sealed | Public |
| 38 | | Cahoy Dec. Ex. 13 | 153.20 | Sealed | Public |
| 39 | | Cahoy Dec. Ex. 16 | 153.23 | Sealed | Public |
| 40 | | Cahoy Dec. Ex. 21 | 153.28 | Sealed | Public |
| 41 | | Cahoy Dec. Ex. 22 | 153.29 | Sealed | Public |
| 42 | | Cahoy Dec. Ex. 23 | 153.30 | Sealed | Public |
| 43 | | Cahoy Dec. Ex. 24 | 153.31 | Sealed | Public |
| 44 | | Cahoy Dec. Ex. 27 | 153.34 | Sealed | Public |
| 45 | | Cahoy Dec. Ex. 28 | 153.35 | Sealed | Public |
| 46 | | Cahoy Dec. Ex. 29 | 153.36 | Sealed | Public |
| 47 | | Cahoy Dec. Ex. 30 | 153.37 | Sealed | Public |
| 48 | | Cahoy Dec. Ex. 31 | 153.38 | Sealed | Public |

DEFENDANT'S NOTICE OF RE-FILING MATERIALS SUBJECT TO THE COURT'S OMNIBUS SEALING ORDER

Case No. 3:21-cv-03825-AMO-LB

| Att. No. | Brief | Exhibit No. | Original Docket No. | Originally Filed Under Seal/Redacted | Currently Redacted/Public |
|---|---|---|---|---|---|
| 49 | | Cahoy Dec. Ex. 32 | 153.39 | Sealed | Public |
| 50 | | Cahoy Dec. Ex. 33 | 153.40 | Sealed | Public |
| 51 | | Cahoy Dec. Ex. 34 | 153.41 | Sealed | Public |
| 52 | | Cahoy Dec. Ex. 35 | 153.42 | Sealed | Public |
| 53 | | Cahoy Dec. Ex. 36 | 153.43 | Sealed | Public |
| 54 | | Cahoy Dec. Ex. 37 | 153.44 | Sealed | Public |
| 55 | | Cahoy Dec. Ex. 39 | 153.46 | Redacted | Redacted |
| 56 | | Cahoy Dec. Ex. 40 | 153.47 | Sealed | Public |
| 57 | | Cahoy Dec. Ex. 45 | 153.52 | Sealed | Public |
| 58 | | Cahoy Dec. Ex. 46 | 153.53 | Redacted | Public |
| 59 | | Cahoy Dec. Ex. 47 | 153.54 | Sealed | Public |
| 60 | | Cahoy Dec. Ex. 48 | 153.55 | Sealed | Public |
| 61 | | Cahoy Dec. Ex. 49 | 153.56 | Sealed | Public |
| 62 | | Cahoy Dec. Ex. 50 | 153.57 | Redacted | Public |
| 63 | | Cahoy Dec. Ex. 51 | 153.58 | Redacted | Public |
| 64 | | Cahoy Dec. Ex. 52 | 153.59 | Sealed | Public |
| 65 | | Cahoy Dec. Ex. 53 | 153.60 | Sealed | Public |
| 66 | | Cahoy Dec. Ex. 54 | 153.61 | Sealed | Public |
| 67 | | Cahoy Dec. Ex. 55 | 153.62 | Sealed | Public |
| 68 | | Cahoy Dec. Ex. 56 | 153.63 | Sealed | Public |
| 69 | | Cahoy Dec. Ex. 57 | 153.64 | Sealed | Public |

| Att. No. | Brief | Exhibit No. | Original Docket No. | Originally Filed Under Seal/Redacted | Currently Redacted/Public |
|---|---|---|---|---|---|
| 70 |  | Cahoy Dec. Ex. 58 | 153.65 | Sealed | Public |
| 71 |  | Cahoy Dec. Ex. 59 | 153.66 | Redacted | Public |
| 72 |  | Cahoy Dec. Ex. 61 | 153.68 | Sealed | Public |
| 73 |  | Cahoy Dec. Ex. 62 | 153.69 | Sealed | Public |
| 74 |  | Cahoy Dec. Ex. 63 | 153.70 | Sealed | Public |
| 75 |  | Cahoy Dec. Ex. 67 | 153.74 | Redacted | Public |
| 76 |  | Cahoy Dec. Ex. 70 | 153.77 | Sealed | Public |
| 77 |  | Cahoy Dec. Ex. 73 | 153.80 | Sealed | Public |
| 78 |  | Cahoy Dec. Ex. 77 | 153.81 | Sealed | Public |
| 79 |  | Cahoy Dec. Ex. 92 | 153.82 | Sealed | Public |
| 80 |  | Cahoy Dec. Ex. 94 | 153.84 | Sealed | Public |
| 81 |  | Cahoy Dec. Ex. 95 | 153.85 | Sealed | Redacted |
| 82 | Trautman Daubert Reply – ECF No. 174 |  | 174 | Redacted | Public |
| 83 | Parnell Daubert Reply – ECF No. 177 |  | 177 | Redacted | Public |
| 84 | Elhauge Daubert Reply – ECF No. 181 |  | 181 | Redacted | Redacted |
| 85 |  | Exhibit 11 | 181.3 | Sealed | Public |
| 86 |  | Exhibit 12 | 181.4 | Sealed | Public |
| 87 |  | Exhibit 13 | 181.5 | Sealed | Redacted |
| 88 | Summary Judgment Reply – ECF No. 188 |  | 188 | Redacted | Redacted |
| 89 |  | Exhibit 90 | 188.3 | Redacted | Redacted |
| 90 |  | Exhibit 97 | 188.6 | Sealed | Public |

4

DEFENDANT'S NOTICE OF RE-FILING MATERIALS SUBJECT TO THE COURT'S OMNIBUS SEALING ORDER

Case No. 3:21-cv-03825-AMO-LB

| | |
|---|---|
| Dated:  May 17, 2024 | By: *s/Kathryn E. Cahoy* <br> KATHRYN E. CAHOY |

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman *(pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
Email: swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLING LLP**
3000 El CamiPublic Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

5

DEFENDANT'S NOTICE OF RE-FILING MATERIALS SUBJECT TO THE COURT'S OMNIBUS SEALING ORDER

Case No. 3:21-cv-03825-AMO-LB

Andrew Lazerow (*Pro Hac Vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 6291
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
allen@allenruby.com
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

Attorneys for *Defendant*
*Intuitive Surgical, Inc.*

**CERTIFICATE OF SERVICE**

On May 17, 2024, I caused a copy of the Defendant's Notice of Re-Filing Materials Subject to the Court's Omnibus Sealing Order to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dated: May 17, 2024                    By: *s/Kathryn E. Cahoy*
                                            KATHRYN E. CAHOY