# ATTACHMENT 55

ATTORNEYS' EYES ONLY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RESTORE ROBOTICS LLC and
RESTORE ROBOTICS REPAIRS
LLC,

Plaintiffs,

CIVIL ACTION FILE

NO. 5:19-cv-55-TKW-MJF

vs.

INTUITIVE SURGICAL, INC.,

Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~

REMOTE VIDEO 30(b)(6) DEPOSITION OF
RESTORE ROBOTICS LLC
and
RESTORE ROBOTICS REPAIRS LLC
THROUGH
CLIFTON "CLIF" EARL PARKER
AND
CLIFTON "CLIF" EARL PARKER, INDIVIDUALLY

May 4, 2021

9:59 a.m.

7506 Holly Circle
Panama City Beach, Florida

S. Julie Friedman, CCR-B-1476
~~~~~~~~~~~~~~~~~~~~~~~~~~

repairs of robotic instruments, you know, we have the right to do that; and secondarily, if --

Well, let me finish the -- the first part. If we're doing robotic repairs of instruments on behalf of our customers, hospitals who own those instruments, we have the right to do repairs; and secondarily, for any instruments that we own, if we want to reset the counter on those, those, we would need a 510(k) in order to do that.

Q. Well, do you believe that without a -- a -- an agreement with Rebotix, that you have the right to use the interceptor technology in your business?

A. I do not have the right to use Rebotix interceptor technology without their permission.

[redacted]

AEO 30(b)(6) Clifton Earl Parker May 4, 2021
Restore Robotics LLC v Intuitive Surgical

Page 205

Veritext Legal Solutions
800.808.4958 770.343.9696



AEO 30(b)(6) Clifton Earl Parker May 4, 2021
Restore Robotics LLC v Intuitive Surgical

Page 213

Veritext Legal Solutions
800.808.4958 770.343.9696





AEO 30(b)(6) Clifton Earl Parker May 4, 2021
Restore Robotics LLC v Intuitive Surgical

Page 215

Veritext Legal Solutions
800.808.4958 770.343.9696



AEO 30(b)(6) Clifton Earl Parker May 4, 2021
Restore Robotics LLC v Intuitive Surgical

Page 216

Q. I mean, I'm right. Restore is not registered with the FDA?
A. That's correct.
Q. Has Restore ever been registered with the FDA?
A. It has not.
Q. Have you ever told anybody that Restore was registered with the FDA?
A. No.

Veritext Legal Solutions
800.808.4958 770.343.9696

C E R T I F I C A T E

STATE OF GEORGIA:
COUNTY OF FULTON:

I hereby certify the foregoing transcript was taken down, as stated in the caption, and the questions and answers thereto were reduced to typewriting under my direction; that the foregoing pages 1 through 253 represent a true, complete, and correct transcript of the evidence given upon said hearing, and I further certify that I am not of kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

This, the 5th day of May, 2021.

S. Julie Friedman

S. JULIE FRIEDMAN, CCR-B-1476