# ATTACHMENT 57

```
                                                            Page 1

 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF FLORIDA
 3                  PANAMA CITY DIVISION
 4   RESTORE ROBOTICS LLC, RESTORE  )
     ROBOTICS REPAIRS LLC, AND CLIF )
 5   PARKER ROBOTICS LLC,           )
                                    )
 6        Plaintiffs,               )
                                    )CIVIL ACTION FILE
 7   vs.                            )NO. 5:19-CV-55-TKW-MJF
                                    )
 8   INTUITIVE SURGICAL, INC.,      )
                                    )
 9        Defendant.                )
                                    )
10   INTUITIVE SURGICAL, INC.,      )
                                    )
11        Counterclaimant,          )
     vs.                            )
12                                  )
     RESTORE ROBOTICS LLC and       )
13   RESTORE ROBOTICS REPAIRS LLC,  )
                                    )
14      Counterclaimant Defendants.)
15
16              HIGHLY CONFIDENTIAL
17         VIDEOTAPED ZOOM DEPOSITION OF
18                  CAIRO WASFY
19                 May 18, 2021
20           2:03 p.m., Central Time
21
22      Robin K. Ferrill, CCR-B-1936, RPR
23
24
25
```

1     Q.   Did you have a plan for how Ardent would
2  handle these service limitations if Ardent signed the
3  contract with Restore Robotics?
4          MR. FOLGER:  Objection to form.
5     A.   At the time, the strategy was to have --
6  was to have both Restore and Intuitive.
7     Q.   (By Mr. Berhold) And how did you envision
8  that work breaking down or being arranged?
9     A.   Just really for Restore to do the certain
10 repairs and then have a separate service agreement
11 with Intuitive on software issues, other repairs that
12 can be fixed and the XI.  The XI is the more advanced
13 robot that actually Restore cannot repair at all.
14         MR. BERHOLD:  Chris, can we pull up HMC 39?
15         THE CONCIERGE:  Sure.  Please stand by.
16         This has been introduced as Wasfy
17    Exhibit 8.
18         (Wasfy Exhibit 8, Email string to Koch from
19    Talley, 5/6/2020, marked for identification.)
20    A.   I recall this e-mail as well.
21    Q.   (By Mr. Berhold) Okay.  And the date on
22 this e-mail, what is the date on this e-mail?
23    A.   It looks like May, May 6th, 2020.
24         MR. BERHOLD:  Chris, could we go back to
25    Exhibit 7 briefly?

Page 33

```
 1      A.   "We need an answer ASAP, please."
 2      Q.   And why did you tell Mr. Lowe that we need
 3   an answer ASAP, please?
 4      A.   Simply I didn't want to cancel surgeries or
 5   move them from robotics to open -- what they call
 6   manual open procedures.
 7           MR. BERHOLD:  Chris, can we turn to
 8      MGMT 452?
 9           THE CONCIERGE:  Sure.  Please stand by.
10           That has been introduced as Wasfy
11      Exhibit 11.
12           (Wasfy Exhibit 11, Email string to Lowe
13      from Wasfy, 5/12/2020, marked for
14      identification.)
15           THE WITNESS:  Can we scroll down, please?
16      Keep going.  Okay.  Let's stop there for a
17      second.
18           Yes.  I recall this.
19      Q.   (By Mr. Berhold) Now, what is Exhibit 11?
20      A.   It's the dialogue between me and Josh Lowe
21   from Intuitive to get the previous, I guess,
22   Exhibit 10 or 9 resolved.  The robot in OR-4.
23      Q.   Can you walk me through the e-mail string
24   starting with the first e-mail from Mr. Lowe?
25      A.   Sure.  So we spoke on the phone and Josh
```

Page 34

1  sent me the e-mail just to recap that in order for
2  us, for Intuitive to resolve the issue, four things
3  has to take place.  Oops, moving too far.
4           MR. BERHOLD:  Can you scroll down to the
5      bottom?
6      A.   So first they have got to replace any
7  components that was altered or replaced by any other
8  third-party.  Bring that PM, preventative
9  maintenance, up to date because I don't think it was
10 up to date on this too -- or, I'm sorry, on the OR-4
11 robot.
12          And if one and two are done, the system
13 should be ready to use -- I guess he was saying if
14 the PM does not solve the issue further,
15 troubleshooting would be required to restore the
16 system and the project went into safe state, which I
17 believe that's doing something to the software.
18          And then four was basically asking us to
19 not have a third-party for anybody doing any altering
20 or tampering with an Intuitive robot to maintain or
21 service the system in the future.
22     Q    (By Mr. Berhold) Was your understanding
23 that Intuitive would not perform any service on the
24 robot if Ardent used any third parties for any other
25 repairs on the robot?

Page 35

1           MR. FOLGER:  Objection to form.
2      A.   That's correct.
3      Q.   (By Mr. Berhold) Can you walk me through
4  the rest of the e-mail string?
5      A.   Sure.  Can we go up Amie?
6           So I asked what the preventative
7  maintenance would cost per year for a robot.  And it
8  looks like it was 20,000.  I believe it's done twice
9  a year, $10,000 each.
10          And then scroll back up.
11          And I asked Josh if we agreed, do we have
12 assurance that the robot will be fixed immediately.
13     Q.   Why did you ask about fixing the robot
14 ASAP?
15     A.   As I stated earlier, I mean, we can't --
16 can't reschedule surgeries or move from robotic to a
17 different method for certain surgeries.
18          MR. BERHOLD:  Chris, can we go to MGMT 454?
19          THE CONCIERGE:  Sure.  Please stand by.
20      That has been introduced as Wasfy Exhibit 12.
21          (Wasfy Exhibit 12, Email string to Lowe
22      from Wasfy, 5/12/2020, marked for
23      identification.)
24          THE WITNESS:  Yes, I've got it.
25     Q.   (By Mr. Berhold) All right.  Do you

Case 3:21-cv-03825-AMO   Document 260-7   Filed 05/17/24   Page 7 of 7
Highly CONF Cairo Wasfy                                    May 18, 2021
Restore Robotics LLC v Intuitive Surgical

Page 114

C E R T I F I C A T E

STATE OF GEORGIA )
                 ) ss.:
FULTON COUNTY    )

I, Robin Ferrill, Certified Court Reporter within the State of Georgia, do hereby certify:

That Cairo Wasfy, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 19th day of May, 2021.

_____
ROBIN K. FERRILL, RPR