# ATTACHMENT 59

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5   IN RE: DA VINCI SURGICAL         )
 6   ROBOT ANTITRUST LITIGATION       )
                                      )
 7   THIS DOCUMENT RELATES TO ALL     )
 8   CASES                            )
                                      )
 9   SURGICAL INSTRUMENT SERVICE      ) Case No.
10   COMPANY, INC.,                   ) 3:21-cv-03496-VC
11              Plaintiff,            )
             v.                       )
12   INTUITIVE SURGICAL, INC.,        )
13              Defendants.           )
     _____    )
14
15
16        REMOTE VIDEO RECORDED DEPOSITION OF
17                  JUDITH SCHIMMEL
18            Thursday, September 22, 2022
19
20
21   REPORTED BY:
22   RENEE HARRIS, CSR, CCR, RPR
23   JOB NO. 5490761
24
25   PAGES:  1 - 159
```

Page 1

```
 1              technology.
 2       BY MR. CHAPUT:
 3          Q.   So to your understanding, physicians were
 4       interested in the Xi system, because from their
 5       perspective, the technology was improved; correct?     01:49:23
 6          A.   From my experience as a director, yes.
 7          Q.   Do you have other experience that is
 8       contrary to that?
 9          A.   Not in my previous experience, no.
10          Q.   Do you have contrary experience in your        01:49:39
11       current role?
12          A.   I'm not involved in those particular
13       conversations.
14          Q.   Is that a no?
15          A.   That is a no.                                  01:49:52
16          Q.   If you would turn forward one more page.
17       This is the page ending 51180.
18               This is another e-mail from Karen
19       Waninger on August 29, 2019, to Jennifer Marion
20       and others.                                            01:50:17
21               Do you see that e-mail?
22          A.   I do.
23          Q.   And the first two sentences say, "For the
24       older models, Intuitive has some competition now.
25       A company has figured out how to renew the limited     01:50:30
```

Page 118

```
1    STATE OF CALIFORNIA      )
                              (     Ss.
2    COUNTY OF LOS ANGELES    )
3
4         I, RENEE HARRIS, do hereby certify that I
5    am a licensed Certified Shorthand Reporter, duly
6    qualified and certified as such by the State of
7    California;
8         That prior to being examined, the witness named
9    in the foregoing deposition was by me duly sworn
10   to testify to tell the truth, the whole truth, and
11   nothing but the truth;
12        That the said deposition was by me recorded
13   stenographically;
14        And the foregoing pages constitute a full,
15   true, complete and correct record of the testimony
     given by the said witness;
16        That I am a disinterested person, not
17   being in any way interested in the outcome of said
18   action, or connected with, nor related to any of
19   the parties in said action, or to their respective
20   counsel, in any manner whatsoever.
21        Dated: October 7, 2022
22
23        [signature]
24        Renee Harris, CSR, CCR, RPR
          CA CSR No. 14168,
25        NJ CRR No. 30XI00241200; RPR
```

Page 157