# ATTACHMENT 62

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
     IN RE: DA VINCI SURGICAL       )
 5   ROBOT ANTITRUST LITIGATION     ) Case No.:
     _____) 3:21-cv-03825-VC
 6   THIS DOCUMENT RELATES TO:      )
     ALL CASES                      )
 7   _____)
     SURGICAL INSTRUMENT SERVICE    )
 8   COMPANY, INC.,                 )
                                    )
 9              Plaintiff,          )
                                    )
10        vs.                       )
                                    )
11   INTUITIVE SURGICAL, INC.,      )
                                    )
12              Defendant.          )
     _____)
13
14
15                     DEPOSITION OF:
16                      JOHN WAGNER
17              TUESDAY, OCTOBER 11, 2022
18            9:05 a.m. Pacific Daylight Time
19
20   REPORTED BY:
21   Vickie Blair
22   CSR No. 8940, RPR-CRR
23   JOB NO. 5506653
24
25   PAGES 1 - 153

                                                    Page 1
```

| | | |
|---|---|---|
| 1 | financial officer. | 09:56:47 |
| 2 | Q    Before it goes to the CFO, does it need | 09:56:47 |
| 3 | your approval? | 09:56:55 |
| 4 | A    Myself and our other operational | 09:56:57 |
| 5 | leadership will create a budget we think is presentable | 09:57:02 |
| 6 | to the CFO, and the CFO will approve -- or review, I | 09:57:10 |
| 7 | should say, and hopefully, hopefully approve. | 09:57:16 |
| 8 | Q    The da Vinci robot, would that be subject | 09:57:27 |
| 9 | or run through the same overall process that you just | 09:57:40 |
| 10 | described? | 09:57:43 |
| 11 | A    Yes. | 09:57:45 |
| 12 | Q    Prior to the two Xi robots, the hospital | 09:57:45 |
| 13 | had an older generation robot; is that right? | 09:58:03 |
| 14 | A    Yes. | 09:58:08 |
| 15 | Q    That was an Si machine? | 09:58:09 |
| 16 | A    Correct. | 09:58:11 |
| 17 | Q    And the hospital acquired that before | 09:58:11 |
| 18 | you -- you joined the hospital; is that right? | 09:58:13 |
| 19 | A    That's right. | 09:58:18 |
| 20 | Q    Is the Si machine still at Valley? | 09:58:18 |
| 21 | A    No. | 09:58:24 |
| 22 | Q    And what happened to it? | 09:58:24 |
| 23 | A    I believe it was traded in. | 09:58:25 |
| 24 | Q    So at Valley now there's the two Xi robots | 09:58:28 |
| 25 | we've discussed; is that right? | 09:58:43 |

Page 43

| | | |
|---|---|---|
| 1 | A    Valley has two Xi robots, correct. | 09:58:44 |
| 2 | Q    So let's -- let's talk about the first Xi | 09:58:47 |
| 3 | robot. I believe earlier we -- we agreed that was | 09:58:51 |
| 4 | acquired in 2018; is that right? | 09:58:54 |
| 5 | A    I believe so, yes. | 09:58:58 |
| 6 | Q    Okay. So, Mr. Wagner, as I said earlier, | 09:58:59 |
| 7 | I appreciate this -- this was a while ago, but, to the | 09:59:02 |
| 8 | best of your recollection, who would have first | 09:59:13 |
| 9 | proposed purchasing an Xi robot? | 09:59:14 |
| 10 | A    Who would have first proposed? | 09:59:22 |
| 11 | Q    That's right. | 09:59:23 |
| 12 | A    I don't know that there was any one event, | 09:59:24 |
| 13 | it was an ongoing discussion when I started about | 09:59:32 |
| 14 | purchasing an Xi robot. | 09:59:36 |
| 15 | Q    And what was the nature of that | 09:59:40 |
| 16 | discussion? | 09:59:42 |
| 17 | A    The nature of that discussion primarily | 09:59:42 |
| 18 | was with surgeons, they were under the -- under -- we | 09:59:47 |
| 19 | had an understanding that the Si robot was nearing end | 09:59:56 |
| 20 | of life, reported to us that it was one of the oldest | 09:59:58 |
| 21 | in the state, in fact, I seem to recall that they had | 10:00:05 |
| 22 | shared with us -- they, meaning da Vinci, that it was | 10:00:07 |
| 23 | one of the oldest on the West Coast, and there was a | 10:00:10 |
| 24 | need and a desire from surgeons to want to use the Xi | 10:00:13 |
| 25 | robot, and so we had ongoing discussions about -- when | 10:00:18 |

```
 1                    This quote will have a $250,000 Si        11:52:14
 2            trade value lock for 12 months.                   11:52:18
 3            Do you see that?                                  11:52:21
 4       A    Yes.                                              11:52:21
 5       Q    So, consistent with what you said earlier,        11:52:21
 6  Mr. Wagner, does that mean that if Valley went to trade     11:52:26
 7  in its Si within the next 12 months, they would receive     11:52:30
 8  a $250,000 discount?                                        11:52:34
 9       A    I believe that's what this states.                11:52:37
10       Q    All right.  If you look at page five of           11:52:39
11  the PDF, so near the top, the digits in the bottom will     11:53:03
12  be 15997 --                                                 11:53:13
13       A    Okay.                                             11:53:13
14       Q    -- this email was attached or included in         11:53:18
15  the first email we looked at, it's from, again, John        11:53:20
16  Tull to Lindy and Jodi dated August 20th, he writes (as     11:53:23
17  read):                                                      11:53:23
18                    Per our discussion Friday morning,        11:53:28
19            attached is the SLSA draft for Valley's           11:53:30
20            review and processing.                            11:53:32
21            Do you understand what the SLSA was?              11:53:36
22       A    No.                                               11:53:42
23       Q    Mr. Tull writes (as read):                        11:53:43
24                    As a reminder, a fully executed SLSA      11:53:53
25            is required to acquire a da Vinci system.         11:53:56
```

Page 107

|    |   |   |
|----|---|---|
| 1  | I can represent to you, Mr. Wagner, that | 11:53:58 |
| 2  | SLSA stands for sales license and service agreement. | 11:54:03 |
| 3  | Does that refresh your recollection about | 11:54:06 |
| 4  | what this refers to? | 11:54:07 |
| 5  | A   Yes. | 11:54:11 |
| 6  | Q   Would reviewing the SLSA contract, is that | 11:54:13 |
| 7  | something that you would have done? | 11:54:20 |
| 8  | A   I don't recall doing that for this, | 11:54:25 |
| 9  | usually that's something that I wouldn't. | 11:54:28 |
| 10 | Q   That you would not, did I catch that | 11:54:33 |
| 11 | right? | 11:54:35 |
| 12 | A   I would not, yes. | 11:54:35 |
| 13 | Q   Who would typically have responsibility | 11:54:36 |
| 14 | for reviewing a contract like this? | 11:54:38 |
| 15 | A   Well, all contracts are reviewed by our | 11:54:46 |
| 16 | legal team. | 11:54:48 |
| 17 | Q   Besides legal, would anyone else have | 11:54:48 |
| 18 | reviewed the contract? | 11:54:51 |
| 19 | A   Our supply chain team. | 11:54:52 |
| 20 | Q   So, in this -- in this case, John Tull | 11:55:00 |
| 21 | from Intuitive is providing a draft of the sales | 11:55:04 |
| 22 | agreement to Valley to review before execution; is that | 11:55:06 |
| 23 | right? | 11:55:17 |
| 24 | A   I think that's fair, yes. | 11:55:17 |
| 25 | Q   Okay.  If you go forward one page to page | 11:55:19 |

Page 108

| | | | |
|---|---|---|---|
| 1 | six of the PDF, the digits on the bottom are 15998. | | 11:55:28 |
| 2 | Do you see that? | | 11:55:35 |
| 3 | A | Yes. | 11:55:35 |
| 4 | Q | This appears to be a document provided by | 11:55:35 |
| 5 | ECRI; is that fair? | | 11:55:41 |
| 6 | A | That's what's listed -- is listed, yes. | 11:55:46 |
| 7 | Q | And this ECRI is the benchmarking service | 11:55:48 |
| 8 | that we were discussing earlier today; is that right? | | 11:55:51 |
| 9 | A | Yes. | 11:55:53 |
| 10 | Q | If you look at the next page of that | 11:55:54 |
| 11 | document, the section should begin "The Bottom Line." | | 11:55:59 |
| 12 | Do you see that? | | 11:56:06 |
| 13 | A | Yes. | 11:56:06 |
| 14 | Q | It reads (as read): | 11:56:06 |
| 15 | Pricing - your facility has been | | 11:56:09 |
| 16 | quoted the highest discount we've seen for | | 11:56:11 |
| 17 | similar purchases of the da Vinci Xi | | 11:56:13 |
| 18 | single console robotic system from ISI. | | 11:56:16 |
| 19 | Do you see that? | | 11:56:21 |
| 20 | A | Yes. | 11:56:21 |
| 21 | Q | What does that mean? | 11:56:22 |
| 22 | A | It means that ECRI has benchmarked and | 11:56:36 |
| 23 | given us a recommendation. | | 11:56:42 |
| 24 | Q | So ECRI is saying that the deal on the | 11:56:43 |
| 25 | table from Intuitive is the highest discount that they | | 11:56:47 |

```
 1   have seen for the Xi robot; is that right?              11:56:53
 2       A    That's what's listed here, yes.                11:56:57
 3       Q    Do you have any sense of -- of how Valley      11:56:59
 4   managed to negotiate the highest discount that ECRI had 11:57:06
 5   seen on an Xi robot?                                    11:57:10
 6       A    No.                                            11:57:12
 7       Q    That section also reads (as read):             11:57:13
 8                  The quoted dV complete care service      11:57:25
 9              contract pricing is consistent with that     11:57:29
10              which is typically reported for the          11:57:31
11              da Vinci Xi single.                          11:57:32
12              Do you see that?                             11:57:37
13       A    Yes.                                           11:57:37
14       Q    So here they're reporting that the quoted      11:57:38
15   price for service is consistent with what ECRI has seen 11:57:39
16   in the offers presented to other customers; is that     11:57:45
17   right?                                                  11:57:51
18       A    Yes.                                           11:57:51
19       Q    And the next line reads (as read):             11:57:51
20                  Negotiating for a 7.8 service            11:57:57
21              discount will potentially save your          11:58:00
22              facility $48,000 across the four-year        11:58:02
23              term.                                        11:58:04
24              Do you see that?                             11:58:04
25       A    Yes.                                           11:58:04
```

Page 110

```
 1         Q    So does that mean that ECRI has seen other      11:58:05
 2   customers negotiate discounts on the service fee?          11:58:08
 3         A    I read this as being 7.8 percent service        11:58:25
 4   discount could save us $48,000 in the four-year term.      11:58:29
 5         Q    Presumably they're recommending                 11:58:36
 6   negotiating for an additional discount on the service      11:58:38
 7   charge because other facilities, other customers, have     11:58:42
 8   done so?  Is that fair?                                    11:58:45
 9         A    It doesn't say "recommendation," it says        11:58:47
10   negotiating for a service discount could save our          11:58:53
11   facility money over a defined period of time.              11:58:55
12         Q    Okay.  If you turn forward just one page,       11:58:59
13   the header of that page should read "Service Price         11:59:15
14   Analysis - Intuitive Surgical dV Complete Care."           11:59:18
15              Do you see that?                                11:59:26
16         A    Yes.                                            11:59:26
17         Q    If you look at the text at the bottom of        11:59:26
18   that paragraph, it reads (as read):                        11:59:28
19                   However, some member facilities have       11:59:30
20              reported discounts up to 7.8 percent off        11:59:31
21              the purchase of this service, maybe             11:59:34
22              shooting for a 7.8 percent service              11:59:37
23              discount will potentially say $48,000           11:59:39
24              across the four-year term.                      11:59:42
25              Do you see that?                                12:00:07
```

Page 111

| | | |
|---|---|---|
| 1 | THE REPORTER: Did you answer?  I'm sorry | 12:00:07 |
| 2 | if I missed it. | 12:00:09 |
| 3 | THE WITNESS: I said yes.  I'm sorry if | 12:00:11 |
| 4 | that wasn't -- | 12:00:12 |
| 5 | BY MR. LANNIN: | 12:00:12 |
| 6 | Q   Oh, sorry, I didn't -- I thought you were | 12:00:12 |
| 7 | reading, as well. | 12:00:12 |
| 8 | Okay.  So fair -- fair to assume this | 12:00:13 |
| 9 | document suggests or indicates that ECRI -- strike | 12:00:14 |
| 10 | that.  Let me start again. | 12:00:17 |
| 11 | This would suggest that some of the other | 12:00:17 |
| 12 | hospitals that report data to ECRI had negotiated for a | 12:00:21 |
| 13 | discount on their service fee from Intuitive? | 12:00:26 |
| 14 | MR. DOMINGUEZ: Objection to form.  Calls | 12:00:30 |
| 15 | for speculation.  Lacks predicate. | 12:00:33 |
| 16 | THE WITNESS: I read this as some | 12:00:36 |
| 17 | facilities have reported discounts of up to a certain | 12:00:39 |
| 18 | percentage, and that by us negotiating, we could | 12:00:42 |
| 19 | potentially save the money over some of the contract. | 12:00:46 |
| 20 | BY MR. LANNIN: | 12:00:52 |
| 21 | Q   Right. | 12:00:53 |
| 22 | This was the point of ECRI, right, I mean | 12:00:54 |
| 23 | so you could know what other facilities were hearing | 12:00:56 |
| 24 | from Intuitive and then bargain using that information? | 12:00:59 |
| 25 | A   ECRI is one tool amongst other tools that | 12:01:04 |

Page 112

| | | |
|---|---|---|
| 1 | we look at to provide context to our decisionmaking. | 12:01:07 |
| 2 | Q    Did the fact that, according to ECRI, | 12:01:15 |
| 3 | Valley had negotiated the highest discount it had seen | 12:01:18 |
| 4 | on an Xi robot, give you comfort on proceeding with | 12:01:20 |
| 5 | this deal? | 12:01:27 |
| 6 | A    I had confidence in pursuing this deal | 12:01:27 |
| 7 | after I had met with my team and with the supply chain | 12:01:34 |
| 8 | team. | 12:01:39 |
| 9 | Q    I imagine they were pretty pleased with | 12:01:39 |
| 10 | themselves if this was -- if they had negotiated the | 12:01:42 |
| 11 | highest discount that ECRI had ever seen? | 12:01:44 |
| 12 | MR. DOMINGUEZ:  Objection to form.  Calls | 12:01:47 |
| 13 | for speculation.  Lacks predicate. | 12:01:49 |
| 14 | THE WITNESS:  We have a pretty great team | 12:01:51 |
| 15 | at Valley, so I trust the folks to do their jobs. | 12:01:53 |
| 16 | BY MR. LANNIN: | 12:01:55 |
| 17 | Q    Okay.  You can close that out. | 12:02:12 |
| 18 | We'll introduce tab four, Paul, which will | 12:02:20 |
| 19 | be Defendant's Exhibit 112. | 12:02:25 |
| 20 | A    Okay, I've read it. | 12:04:20 |
| 21 | (Deposition Exhibit 112 was marked | 12:04:23 |
| 22 | for identification and is attached | 12:04:23 |
| 23 | hereto.) | 12:04:23 |
| 24 | BY MR. LANNIN: | 12:04:23 |
| 25 | Q    First email on this chain is from you to | 12:04:24 |

| | | |
|---|---|---|
| 1 | Mr. Wagner, to the contract that was attached, so it | 12:10:49 |
| 2 | will be -- begin on page four of the PDF, it ends in | 12:10:54 |
| 3 | 2062 -- I'm sorry, 20652 on the bottom right. | 12:10:58 |
| 4 | Do you see that? | 12:11:05 |
| 5 | A    Yes. | 12:11:05 |
| 6 | Q    This is the sales, license, and service | 12:11:05 |
| 7 | agreement for the purchase of the Xi robot; is that | 12:11:09 |
| 8 | right? | 12:11:17 |
| 9 | A    Yes. | 12:11:17 |
| 10 | Q    And, if you turn to page -- what is page | 12:11:17 |
| 11 | eight of the contract, ending in 20659, you should see | 12:11:23 |
| 12 | Jeannine Grinnell's signature. | 12:11:41 |
| 13 | Do you see that? | 12:11:45 |
| 14 | A    Yes. | 12:11:45 |
| 15 | Q    This is consistent with what you testified | 12:11:45 |
| 16 | earlier, that it was ultimately Ms. Grinnell's decision | 12:11:49 |
| 17 | to purchase the Xi robot? | 12:11:52 |
| 18 | A    She is the final step in authorizing the | 12:11:55 |
| 19 | purchase. | 12:11:59 |
| 20 | Q    If you look at two pages after that one, | 12:12:02 |
| 21 | ending in 20661, it's a continuation of what's labeled | 12:12:10 |
| 22 | Exhibit A. | 12:12:15 |
| 23 | Do you see that? | 12:12:17 |
| 24 | A    Yes. | 12:12:17 |
| 25 | Q    So "Pricing," it indicates the price for | 12:12:18 |

Page 118

| | | |
|---|---|---|
| 1 | the Xi robot was $1.7 million. | 12:12:25 |
| 2 | Do you see that? | 12:12:34 |
| 3 | A    Yes. | 12:12:34 |
| 4 | Q    So, at this point, from the initial quote | 12:12:34 |
| 5 | that you had received earlier in 2018 to now, the price | 12:12:41 |
| 6 | had dropped by $200,000; is that right? | 12:12:45 |
| 7 | A    I believe so. | 12:12:51 |
| 8 | Q    If you look at the "Annual Service Fees" | 12:12:52 |
| 9 | column of that table, it indicates the first year of | 12:12:58 |
| 10 | initial term was included in the system purchase price. | 12:13:04 |
| 11 | Do you see that? | 12:13:17 |
| 12 | A    Yes. | 12:13:17 |
| 13 | Q    And then, for subsequent years, two to | 12:13:17 |
| 14 | five, the price for the service plan was $149,000 a | 12:13:22 |
| 15 | year. | 12:13:26 |
| 16 | Do you see that? | 12:13:27 |
| 17 | A    Yes. | 12:13:27 |
| 18 | Q    The -- the last quote we looked at, which | 12:13:27 |
| 19 | was Defendant's Exhibit 56, had indicated or quoted a | 12:13:34 |
| 20 | price of $154,000 for service in years two through | 12:13:39 |
| 21 | five. | 12:13:44 |
| 22 | Do you have any recollection of how the | 12:13:45 |
| 23 | price was reduced another $5,000 a year since that last | 12:13:47 |
| 24 | quote? | 12:13:52 |
| 25 | A    I don't recall. | 12:13:53 |

Page 119

| | | |
|---|---|---|
| 1 | Q    Okay.  I'll represent to you we looked and | 12:13:54 |
| 2 | couldn't find a record of it, so I have no document to | 12:13:58 |
| 3 | show you. | 12:14:01 |
| 4 | And someone, presumably, at some point, | 12:14:02 |
| 5 | asked for an additional discount on the service fee? | 12:14:04 |
| 6 | A    I -- I -- I don't know if that occurred or | 12:14:07 |
| 7 | not. | 12:14:16 |
| 8 | Q    But we can agree that from the last quote | 12:14:17 |
| 9 | to this one, the price had dropped by $5,000 a year for | 12:14:21 |
| 10 | service in those years? | 12:14:27 |
| 11 | A    The price here listed is different than | 12:14:30 |
| 12 | the previous quote, yes. | 12:14:35 |
| 13 | Q    Is it possible that the information ECRI | 12:14:37 |
| 14 | conveyed that we discussed earlier, that some | 12:14:39 |
| 15 | facilities had negotiated a discount in the service | 12:14:45 |
| 16 | fee, prompted Valley to ask for a discount on the | 12:14:48 |
| 17 | service fee? | 12:14:50 |
| 18 | A    It's possible. | 12:14:57 |
| 19 | Q    Do you remember one way or the other | 12:14:59 |
| 20 | whether that happened? | 12:15:01 |
| 21 | A    I don't. | 12:15:04 |
| 22 | Q    Okay.  You can close that document. | 12:15:04 |
| 23 | But you said earlier, Mr. Wagner, you were | 12:15:26 |
| 24 | pleased with the job that your team did in procuring | 12:15:29 |
| 25 | this Xi robot in 2018? | 12:15:32 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | I do want to point out what tripped me up | 13:10:08 |
| 2 | there was this valid until, it says November 30, 2018, | 13:10:10 |
| 3 | and the quote date says September 6, 2019. | 13:10:14 |
| 4 | Q    I appreciate why you were tripped up, I | 13:10:21 |
| 5 | actually just noticed the same thing and glitched for a | 13:10:23 |
| 6 | moment, as well, but it is attached to an email | 13:10:25 |
| 7 | dated -- | 13:10:27 |
| 8 | A    Yeah, I understand. | 13:10:28 |
| 9 | Q    -- September 6th -- yeah. | 13:10:29 |
| 10 | Okay.  So, on that quote, it also includes | 13:10:33 |
| 11 | a $25,000 discount on the table upgrade. | 13:10:36 |
| 12 | Do you see that? | 13:10:43 |
| 13 | A    Yes. | 13:10:43 |
| 14 | Q    And the training that's listed under | 13:10:43 |
| 15 | "Customer Programs," again, the discount will result in | 13:10:50 |
| 16 | those being provided for free; is that right? | 13:10:54 |
| 17 | A    Yes. | 13:10:56 |
| 18 | Q    If you look on the top of that quote, the | 13:10:59 |
| 19 | first line item is a discount of $250,000 for trading | 13:11:03 |
| 20 | in the Si. | 13:11:11 |
| 21 | Do you see that? | 13:11:13 |
| 22 | A    Yes. | 13:11:13 |
| 23 | Q    I think you said earlier in -- in the | 13:11:13 |
| 24 | morning that, to your knowledge, the Si was, in fact, | 13:11:18 |
| 25 | traded in as part of this transaction; is that right? | 13:11:21 |

| | | | |
|---|---|---|---|
| 1 | A | For the second Xi robot. | 13:11:27 |
| 2 | Q | Right, the S- -- the Si was traded in as | 13:11:29 |
| 3 | part of the transaction for the second Xi robot; is | | 13:11:32 |
| 4 | that right? | | 13:11:39 |
| 5 | A | Right. | 13:11:39 |
| 6 | Q | This quote also has the line items for | 13:11:39 |
| 7 | service where the first year is free and years two | | 13:11:42 |
| 8 | through five were quoted at $154,000 a year. | | 13:11:48 |
| 9 | | Do you see that? | 13:12:01 |
| 10 | A | Yes. | 13:12:01 |
| 11 | Q | And then, under "Additional Information," | 13:12:01 |
| 12 | it includes four attendees complimentary participants | | 13:12:02 |
| 13 | to the dV 360 summit. | | 13:12:08 |
| 14 | | Do you see that? | 13:12:15 |
| 15 | A | No, where is that located, I'm sorry? | 13:12:15 |
| 16 | Q | In the box -- | 13:12:24 |
| 17 | A | Yeah, I see it -- I see it, okay, I see it | 13:12:26 |
| 18 | under "Additional Information." | | 13:12:27 |
| 19 | Q | Yeah. | 13:12:28 |
| 20 | | Do you know what the DV 360 summit is? | 13:12:29 |
| 21 | A | I vaguely remember some conversations | 13:12:35 |
| 22 | about this, but I don't -- I don't recall any specific | | 13:12:39 |
| 23 | details. | | 13:12:48 |
| 24 | Q | Do you remember -- strike that. | 13:12:48 |
| 25 | | Do you know who would have bargained for | 13:12:53 |

Page 136

```
 1   STATE OF CALIFORNIA    )
 2                          ) ss.
 3   COUNTY OF LOS ANGELES  )
 4              I, Vickie Blair, CSR No. 8940, RPR-CRR, in
 5   and for the State of California, do hereby certify:
 6              That, prior to being examined, the witness
 7   named in the foregoing deposition was by me duly sworn
 8   to testify as to the truth, the whole truth, and
 9   nothing but the truth;
10              That said deposition was taken before me
11   at the time and place therein set forth, and was taken
12   down by me stenographically and thereafter transcribed
13   via computer-aided transcription under my direction and
14   is a true record of the testimony given;
15              I further certify I am neither counsel
16   for, nor related to, any party to said action, nor
17   interested in the outcome thereof;
18              IN WITNESS WHEREOF, I have hereto
19   subscribed my name this 20th day of October, 2022.
20
21
22
23
24
                    [Signature: Vickie Blair]
25              Vickie Blair, CSR No. 8940, RPR-CRR
```

Page 150