# ATTACHMENT 63

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   IN RE: DA VINCI SURGICAL         )
     ROBOT ANTITRUST LITIGATION       )Lead Case No.
 6                                    )3:21-cv-03825-VC
                                      )
 7   THIS DOCUMENT RELATES TO ALL     )
     CASES                            )
 8                                    )
                                      )
 9   SURGICAL INSTRUMENT SERVICE      )Case No.
     COMPANY, INC.,                   )3:21-cv-03496-VC
10                                    )
              Plaintiff,              )
11                                    )
          v.                          )
12                                    )
     INTUITIVE SURGICAL, INC.,        )
13            Defendants.             )
                                      )
14
15
16
17         REMOTE VIDEO RECORDED DEPOSITION OF
18                MICHAEL BURKE, M.D.
19            Tuesday, September 27, 2022
20
21
22
23
24   REPORTED BY:  RENEE HARRIS, CSR, CCR, RPR
     JOB NO. 5490765
25   PAGES:  1 - 146
```

Page 1

| | | |
|---|---|---|
| 1 | A. No. | |
| 2 | Q. Have you ever discussed the lawsuit with | |
| 3 | colleagues of yours? | |
| 4 | A. No. | |
| 5 | Q. Dr. Burke, when did you first join Valley | 09:16:10 |
| 6 | Medical? | |
| 7 | A. August of 1984. | |
| 8 | Q. And at some point, you became the | |
| 9 | chairman of the department of surgery; correct? | |
| 10 | A. A couple of times, actually, yeah. | 09:16:25 |
| 11 | Q. When did you first become chairman of the | |
| 12 | department of surgery at Valley? | |
| 13 | A. 1988. | |
| 14 | Q. And if I refer to Valley Medical Center | |
| 15 | as "Valley," will you understand what I'm talking | 09:16:44 |
| 16 | about? | |
| 17 | A. Yes. | |
| 18 | Q. That's the hospital where you were | |
| 19 | employed for a number of years? | |
| 20 | A. Correct. | 09:16:52 |
| 21 | Q. So you first became chairman of the | |
| 22 | department of surgery at Valley in 1988; how long | |
| 23 | did you remain the chairman? | |
| 24 | A. It was a two-year term, I think. Yeah. | |
| 25 | Q. And you said you became the chairman of | 09:17:14 |

Page 15

```
 1    the department of surgery again at some point;
 2    correct?
 3         A.   Yes, in I think 2002.
 4         Q.   And how long did you remain chairman at
 5    that point?                                              09:17:25
 6         A.   Until I retired in January.
 7         Q.   And you retired in January of 2022?
 8         A.   Correct.
 9         Q.   So you were the chairman of the
10    department of surgery at Valley Medical for              09:17:44
11    approximately 20 years?
12         A.   That's correct.
13         Q.   What responsibilities did you have as the
14    director of -- or as the chairman of the
15    department of surgery?                                   09:18:06
16         A.   Well, it's kind of a -- we have monthly
17    meetings to inform the staff of operations in the
18    hospital, and it was pretty broad from the
19    standpoint of what we covered in those meetings.
20              We did not involve issues with gynecology      09:18:27
21    or orthopaedics as they had their own
22    subdivisions.
23         Q.   And who ran the gynecological
24    subdivision?
25         A.   Over what period of time?  I mean,             09:18:51
```

Page 16

| | | |
|---|---|---|
| 1 | Mischaracterizes testimony. | |
| 2 | THE WITNESS:  It depends on the | |
| 3 | procedure, I guess.  We had a lot of | |
| 4 | procedures that they were more complex; | |
| 5 | sometimes you had to do them open.  Or if you | 09:49:51 |
| 6 | had a previous surgery where access would be | |
| 7 | challenging, then you would do the procedure | |
| 8 | open. | |
| 9 | BY MS. CAHOY: | |
| 10 | Q.  I believe you testified previously that | 09:50:24 |
| 11 | you were involved in developing the credentials | |
| 12 | for robotic privileges; is that correct? | |
| 13 | A.  Correct. | |
| 14 | Q.  Was it a requirement of the hospital that | |
| 15 | surgeons with robotic privileges also have | 09:50:34 |
| 16 | privileges to perform the basic procedure, either | |
| 17 | open or laparoscopically? | |
| 18 | A.  Yes. | |
| 19 | Q.  And why did the hospital have that | |
| 20 | requirement to -- to your knowledge? | 09:50:49 |
| 21 | A.  Well, if the procedure runs into | |
| 22 | complications, you have to open the patient and | |
| 23 | complete the procedure.  So the answer is you have | |
| 24 | to be trained on how to handle a potential | |
| 25 | complication. | 09:51:05 |

Page 38

```
 1         Q.  Why would a surgeon need to have
 2    credentials to perform the basic procedure
 3    laparoscopically?
 4         A.  For the same reasons.
 5         Q.  Are there any other reasons that -- that      09:51:18
 6    you considered it important that surgeons have
 7    privileges to perform the basic procedure, either
 8    open or laparoscopically?
 9         A.  I think the foundation of any surgical
10    procedure is the capability to do it open.  So       09:51:52
11    that if you deploy any minimally invasive
12    protocol, whether it's laparoscopic or robotics,
13    that your fallback position is that you can do it
14    open.
15            MS. CAHOY:  So I -- let's pull up Tab          09:52:19
16         20 -- or Tab 55.  And I believe we're
17         starting here with defense Exhibit 49.
18            So if we could -- Paul, if you could
19         please mark Tab 55 as defense Exhibit 49.
20            (Exhibit 49 was received and marked            09:52:43
21         for identification on this date and is
22         attached hereto.)
23     BY MS. CAHOY:
24         Q.  And, Dr. Burke, you may need to refresh
25    your screen as soon as Paul gets this uploaded so     09:52:52
```

Page 39

```
1           A.   The ports were a little bit larger, the
2      -- which required a different instrument through
3      each of the arms, so we'd have to have stock of
4      all of that equipment.
5           Q.   You said earlier that you were advocating     10:22:08
6      for the purchase of an Xi; correct?
7           A.   Yes.
8           Q.   Why did you want the hospital to purchase
9      an Xi?
10          A.   At that time, I thought that the advances     10:22:24
11     in the technology had improved enough to warrant
12     another robot, plus we had -- our Si was probably
13     the oldest one in the State of Washington.
14          Q.   And you said the advances in the
15     technology had improved.  What are examples of          10:22:44
16     ways in which you thought the technology had
17     improved in the Xi, as compared to the Si?
18               MR. BATEMAN:  Objection.
19          Mischaracterizes testimony.
20               THE WITNESS:  Well, we had better              10:23:03
21          articulating instrumentation.  We had vessel
22          sealers that were an improvement.  Eventually
23          staplers came online, articulating staplers.
24          Over the course of the process, they were all
25          more valuable.                                     10:23:25
```

Page 59

```
 1    will not serve anyone's interest.  To be clear,
 2    I'm in complete agreement that we need a second Xi
 3    robot to maintain our growth and offer the
 4    services to all that we invest in.  There is no
 5    argument that the Xi is more capable, modern and        11:34:40
 6    efficient machine than the Si.  Of course we are
 7    open to feedback on how to improve operational
 8    oversight of our growing robotic program, and
 9    several of our points below are valid and we are
10    actively working on them."                              11:35:03
11         Q.   So everyone on this e-mail chain thus far
12    was in complete agreement that the hospital needed
13    a second Xi robot; correct?
14         A.   Yes.
15         Q.   And you also agreed with that conclusion?    11:35:15
16         A.   Yes.
17         Q.   Do you agree with Mr. Wagner that the Xi
18    is a more capable, modern and efficient machine
19    than the Si?
20         A.   I think the equipment that was utilized      11:35:28
21    with the Xi afforded more capability to do
22    operations that were slightly more complex.
23         Q.   And what sorts of capabilities did the Xi
24    offer that the Si did not?
25         A.   Well, we had -- in the end, we had           11:35:55
```

Page 97

1    automatic staplers.  We had vessel-sealing
2    capabilities.  Better articulation.  More chances
3    to move the camera around to different ports.  I
4    mean, a number of areas that, you know -- it
5    avoided redocking of the robot if you're doing a      11:36:14
6    more complicated procedure.
7         Q.   And it avoided redocking because there
8    was another arm?
9         A.   Another port you could put the camera in
10   because the port for the camera was the same size    11:36:35
11   as the operating instruments.
12        Q.   And in the last paragraph there,
13   Mr. Wagner is updating you on funding and timing,
14   which he describes as the real issue for acquiring
15   the second Xi robot; correct?                        11:37:00
16        A.   Yes.
17        Q.   In the next e-mail, Dr. Bernier responds
18   so the tame thread on August 21st, 2019; correct?
19        A.   Which page does that e-mail start on; do
20   you know?                                            11:37:35
21        Q.   14376.  Looking at the one that says,
22   "From:  Greta Bernier."
23        A.   Yes, I have that.  Okay.
24        Q.   And Dr. Bernier sent that e-mail on
25   August 21st, 2019; correct?                          11:37:52

Page 98

```
 1      payment on -- on purchasing a robot or something
 2      along those lines, but I'm not -- I don't know the
 3      specifics of it.
 4          Q.  But there were negotiations going on with
 5      Intuitive about -- some back-and-forth                  11:54:56
 6      negotiations about how to finance the purchase?
 7          A.  Yes.
 8          Q.  And then the next sentence says, "We can
 9      do a Peer Review meeting but it seems to be going
10      OK."                                                   11:55:10
11              What does that mean?
12          A.  That's a totally different topic,
13      actually.  Peer review is more about complications
14      in surgery, and it would encompass any of the
15      divisions of surgery.                                   11:55:20
16          Q.  So why were you writing about peer review
17      in this e-mail?
18          A.  I don't know.  It probably was bugging me
19      on that topic at the time.
20          Q.  And when you said, "...but it seems to be      11:55:36
21      going OK," did you mean that you weren't seeing
22      increased complications with the robot as compared
23      to other modalities?
24          A.  I don't think it was related to the
25      robot, to be honest with you.                          11:55:51
```

Page 110

```
 1      page.
 2           A.   Okay.
 3           Q.   So on that very first page, the one
 4      marked -- that has page 15993 at the bottom, do
 5      you recognize this document?                          12:01:20
 6           A.   No.
 7           Q.   At the top of the document it says, it's
 8      from January Wagner to Michael Burke; correct?
 9           A.   Correct.
10           Q.   And that's your name and e-mail address     12:01:34
11      in the to-line?
12           A.   Yes.
13           Q.   And on the date, it says it was sent on
14      August 23rd, 2018.
15           A.   Yes.                                        12:01:45
16           Q.   Do you have any reason to believe that
17      you didn't receive this e-mail --
18           A.   I'm sure -- I'm sure I did receive this.
19           Q.   And John Wagner writes to you, "We should
20      know soon.  There is still significant cost           12:02:04
21      savings on the table.  I am pushing to get this
22      done.  Hang in there..."
23                Do you see that?
24           A.   Yes.
25           Q.   Was he providing you with an update on      12:02:20
```

Page 114

| | | |
|---|---|---|
| 1 | the status of the negotiations for the new robot? | |
| 2 | A.  Yes. | |
| 3 | Q.  And he was telling you there was still | |
| 4 | significant cost savings on the table and that he | |
| 5 | was pushing to get it done; right? | 12:02:28 |
| 6 | A.  Correct. | |
| 7 | Q.  What did he mean by that? | |
| 8 | A.  We thought that he could possibly | |
| 9 | expedite us getting a new robot.  That's all. | |
| 10 | Q.  And there were cost savings to the | 12:02:45 |
| 11 | hospital with -- on the table if it expedited | |
| 12 | purchasing the robot? | |
| 13 | A.  Yes. | |
| 14 | Q.  And that was because Valley Medical was | |
| 15 | going to get a larger discount if it purchased the | 12:03:00 |
| 16 | robot now, at the same time as another hospital? | |
| 17 | MR. BATEMAN:  Objection.  Vague. | |
| 18 | THE WITNESS:  Yeah, I don't know -- you | |
| 19 | know, I wasn't involved in that. | |
| 20 | BY MS. CAHOY: | 12:03:18 |
| 21 | Q.  But at this time, Mr. Wagner was still | |
| 22 | negotiating with Intuitive about the terms of the | |
| 23 | purchase of a new Xi? | |
| 24 | A.  I'm not sure he had the -- as much as he | |
| 25 | had the discussions, he wasn't the decision-maker | 12:03:39 |

Page 115

```
 1    on them.
 2         Q.   But he was the one who had the
 3    discussions with Intuitive negotiating the
 4    purchase?
 5         A.   I don't know that specifically.              12:03:53
 6         Q.   But he was providing you with updates on
 7    how those negotiations were going?
 8         A.   Yes.
 9         Q.   Did you follow up with him to ask about
10    the status of -- of the negotiations after this?      12:04:03
11         A.   I don't recall the specifics of it if I
12    did, but I more than likely did.
13         Q.   Did Intuitive ultimately provide
14    discounts to Valley Medical on the purchase of the
15    new Xi?                                               12:04:24
16         A.   I don't know -- I don't know that.
17         Q.   Who is the person who would know that at
18    Valley Medical?
19         A.   Jeannine -- the finance people would
20    know, Jeannine Grinnell.                              12:04:34
21         Q.   Jeannine Grinnell you said -- oh,
22    Grinnell.  Grinnell.
23         A.   Jeannine Grinnell, yeah.
24         Q.   Who at the time was the CFO?
25         A.   No.  She was the chief financial -- yes,    12:04:46
```

Page 116

```
1    STATE OF CALIFORNIA    )
2                           (    Ss.
3    COUNTY OF LOS ANGELES  )
4              I, RENEE HARRIS, do hereby certify that I
5    am a licensed Certified Shorthand Reporter, duly
6    qualified and certified as such by the State of
7    California;
8         That prior to being examined, the witness named
9    in the foregoing deposition was by me duly sworn
10   to testify to tell the truth, the whole truth, and
11   nothing but the truth;
12        That the said deposition was by me recorded
13   stenographically;
14        And the foregoing pages constitute a full,
15   true, complete and correct record of the testimony
16   given by the said witness;
17             That I am a disinterested person, not
18   being in any way interested in the outcome of said
19   action, or connected with, nor related to any of
20   the parties in said action, or to their respective
21   counsel, in any manner whatsoever.
22             DATED: October 12, 2022
23
24                       Renee Harris, CSR, CCR, RPR
                         CA CSR No. 14168,
25                       NJ CRR No. 30XI00241200; RPR
```

Page 143