# ATTACHMENT 75

```
 1                  UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN FRANCISCO DIVISION
 4
 5
 6    IN RE: DA VINCI SURGICAL   )
      ROBOT ANTITRUST LITIGATION )
 7                               )
      THIS DOCUMENT RELATES TO:  ) Lead Case No.:3:21-cv-03825-VC
 8    ALL CASES                  )
                                 )
 9    SURGICAL INSTRUMENT        )
      SERVICE COMPANY, INC.,     )
10                               )
                                 )
11            Plaintiff,         )
                                 ) Case No. 3:21-cv-03496-VC
12            VS.                )
                                 )
13    INTUITIVE SURGICAL, INC.   )
                                 )
14                               )
                                 )
15            Defendants.        )
      _____)
16
17    DEPOSITION OF:
18                  JUDITH SCHIMMEL
19                  WEDNESDAY, NOVEMBER 16, 2022
20                  12:00 P.M.
21
22
23
24    Reported by:   GINA M. CLOUD
25                   CSR No. 6315
```

Page 1

```
 1    BY MR. CHAPUT:
 2        Q.   And the reason Franciscan would want to
 3    follow FDA's requirements is for patient safety?
 4             MR. BATEMAN:   Objection to form.
 5             THE WITNESS:   That would be one reason.          01:16:31
 6    BY MR. CHAPUT:
 7        Q.   And following FDA's requirements also
 8    allows Franciscan to bill for the use of that
 9    equipment, correct?
10             MR. BATEMAN:   Objection to form.                 01:16:44
11             THE WITNESS:   We can't bill for equipment.
12    BY MR. CHAPUT:
13        Q.   Following FDA's requirements allows
14    Franciscan to bill for the use of supplies, correct?
15             MR. BATEMAN:   Objection to form.                 01:17:00
16             THE WITNESS:   Correct.
17    BY MR. CHAPUT:
18        Q.   Does Franciscan have policies regarding the
19    procurement of medical devices that have been
20    remanufactured?                                            01:17:15
21             MR. BATEMAN:   Objection to form, vague.
22             THE WITNESS:   We do not.
23    BY MR. CHAPUT:
24        Q.   So for example, if a device is single use
25    but has been remanufactured to be reused and the           01:17:31
```

Page 51

| | | |
|---|---|---|
| 1 | single use device required FDA clearance, would | |
| 2 | Franciscan purchase the remanufactured device if it | |
| 3 | lacked FDA clearance? | |
| 4 |     MR. BATEMAN:  Objection, form, vague, | |
| 5 | incomplete hypothetical. | 01:17:51 |
| 6 |     THE WITNESS:  We would not purchase a | |
| 7 | device that wasn't FDA cleared, that we were aware | |
| 8 | of. | |
| 9 | BY MR. CHAPUT: | |
| 10 |     Q.  Apart from any approved human research, is | 01:18:14 |
| 11 | there any circumstance when Franciscan would allow | |
| 12 | use at its facilities of a medical device that | |
| 13 | required FDA clearance, but had not yet received it? | |
| 14 |     MR. BATEMAN:  Objection to form. | |
| 15 |     THE WITNESS:  I would not be aware of any. | 01:18:33 |
| 16 | BY MR. CHAPUT: | |
| 17 |     Q.  You're not aware of any because there are | |
| 18 | no circumstances apart from approved human research | |
| 19 | when Franciscan would do that? | |
| 20 |     MR. BATEMAN:  Objection to form. | 01:18:49 |
| 21 |     THE WITNESS:  Yes. | |
| 22 |     MR. CHAPUT:  We can go off the record. | |
| 23 |     THE VIDEOGRAPHER:  We are going off the | |
| 24 | record.  The time is 4:18 p.m. | |
| 25 |     (Recess taken.) | 01:19:05 |

```
 1            I, GINA M. CLOUD, a certified shorthand
 2      reporter for the State of California, do hereby
 3      certify:
 4                 that prior to being examined, the
 5      witness named in the foregoing deposition, was by me
 6      duly sworn to testify the truth, the whole truth,
 7      and nothing but the truth pursuant to Section No.
 8      2093 of the Code of Civil Procedure;
 9                 That said deposition was taken before
10      me pursuant to notice, at the time and place therein
11      set forth, and was taken down by me in shorthand and
12      thereafter reduced to typewriting via computer-aided
13      transcription under my direction;
14                 I further certify that I am neither
15      counsel for, nor related to, any party to said
16      action, nor in anywise interested in the outcome
17      thereof.
18                 IN WITNESS WHEREOF, I have hereunto
19      subscribed my name this 2nd day of December, 2022.
20
21
22
                        _____
23
                        GINA M. CLOUD
24                      CSR No. 6315
25
```

Page 57