# ATTACHMENT 76

```
 1    UNITED STATES DISTRICT COURT
 2    FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3    SAN FRANCISCO DIVISION
 4    Lead Case No. 3:21-cv-03825-VC
 5
 6    ------------------------------------x
 7    IN RE: Da Vinci SURGICAL ROBOT
      ANTITRUST LITIGATION
 8    ------------------------------------x
 9    AND RELATED CASE.
      ------------------------------------x
10                        March 17, 2023
                          10:05 a.m.
11
12
13
14        Remote Virtual Zoom Deposition of EINER
15    RICHARD ELHAUGE, take Defendant, pursuant to Notice,
16    with the Witness located in Newton, Massachusetts
17    before William Visconti, a Shorthand Reporter and
18    Notary Public within and for the State of New
19    York.
20
21
22
23
24
25
                                                  Page 1
```

```
1                    EINER ELHAUGE
2           Q.    So have you done an analysis
3     as to whether or not output would be increased
4     in the but for world?
5           A.    I think it would be increased to
6     be conservative, you could probably estimate
7     how much it would increase.  I assumed it
8     wouldn't have increased -- to be conservative
9     in my damages analysis I assumed the output
10    would not increase, but in fact I think it
11    would increase in the but for world as thus
12    indicating my damages analysis was highly
13    conservative.
14                But in order, because it's hard to
15    estimate just how much it would have increased,
16    I have conservatively assumed no increase in
17    output in my damages analysis.  The but for
18    output would the not increase.
19          Q.    What I'm trying to understand is
20    not really about your damage analysis.  But you
21    have claimed that offering direct evidence
22    market power.  And I understand that you claim
23    that you have offered evidence of super
24    competitive pricing and I want to try to
25    understand what evidence you think there is of
```

Page 267

1                       EINER ELHAUGE
2    restricted output.
3                    So far I think I've heard you say
4    that the natural affect of higher prices you
5    think is restrictive output; is that right?
6         A.    Well, it a matter of economic
7    theory, increasing prices reduces output.  I
8    didn't rely on direct evidence of an output
9    affect in my market power analysis, I dont
10   believe.
11                   MS. BASS:   Off the record.
12                   THE VIDEOGRAPHER:   The time now
13        6:41 going off the video record.
14                   (Recess Taken.)
15                   THE VIDEOGRAPHER:   The time is now
16        6:43 back on the video record.
17   BY MS. BASS:
18        Q.    Professor Elhauge, it was cutting
19   out a little bit there at the end, but I think
20   you were trying to say you were not relying on
21   a output affect for your direct evidence of
22   market power; is that right?
23        A.    I don't believe I cited it there.
24   I believe I cited it in anticompetitive effects
25   section is my recollection.  But that I -- in

Page 268

```
 1                    C E R T I F I C A T E

 2    STATE OF NEW YORK      )

 3                           : ss.

 4    COUNTY OF NEW YORK   )

 5          I, WILLIAM VISCONTI, a Shorthand Reporter and

 6    Notary Public within and for the State of New York,

 7    do hereby certify:

 8          That prior to being examined, the witness named in

 9    the foregoing deposition was duly sworn to testify the truth,

10    the whole truth, and nothing but the truth;

11          That said deposition was taken down by me in

12    shorthand at the time and place therein named and

13    thereafter reduced by me to typewritten form and that the

14    same is a true, correct, and complete transcript of said

15    proceedings.

16          Before completion of the deposition, review of the

17    transcript [ X ] was [   ] was not requested.  If requested,

18    any changes made by the deponent (and provided to the

19    reporter) during the period allowed are appended hereto.

20          I further certify that I am not interested in the

21    outcome of the action.

22          Witness my hand this  23rd day of March, 2023.

23          [signature]

24

25          WILLIAM VISCONTI
```