# ATTACHMENT 77

```
                                                          Page 1

 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4    _____
                                     )
 5    IN RE: DA VINCI SURGICAL       )
      ROBOT ANTITRUST LITIGATION     )
 6    _____)
                                     )
 7    THIS DOCUMENT RELATES TO:      ) Lead Case No. 3:21-cv-03825-VC
      ALL CASES                      )
 8    _____)
                                     )
 9    SURGICAL INSTRUMENT SERVICE    )
      COMPANY, INC.,                 )
10                                   )
              Plaintiff,             ) Case No. 3:21-cv-03496-VC
11                                   )
          vs.                        )
12                                   )
      INTUITIVE SURGICAL, INC.,      )
13                                   )
              Defendant.             )
14    _____)
15
         ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
16
17          REMOTE VIDEOTAPED DEPOSITION OF
                 NICKOLA "NICKY" GOODSON
18             IN HER INDIVIDUAL CAPACITY
         AND AS 30(B)(6) WITNESS ON BEHALF OF
19               INTUITIVE SURGICAL, INC.
              Thursday, October 27, 2022
20                      Volume I
21
22    Reported by:
      NADIA NEWHART
23    CSR No. 8714
24    Job No. 5535694
25    PAGES 1 - 265
```

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 232

1    THE WITNESS: Again, I was not close enough
2    to the details to speak truthfully to that.
3    BY MR. CORRIGAN:
4    Q   What EndoWrists did the extended life program
5    apply to?                                              03:39:49
6    MS. CAHOY: Objection to form.
7    THE WITNESS: The extended life program was
8    applicable to a certain set of Xi instruments. Per
9    the prior document reviewed -- or, sorry, per this
10   document reviewed, you can see on the attachment, a   03:40:18
11   list of Cardiere, ProGrasp, FBF and MSCND.
12   BY MR. CORRIGAN:
13   Q   Why didn't the extended life program apply to
14   other Xi EndoWrists?
15   MS. CAHOY: Objection to form; foundation.            03:40:41
16   THE WITNESS: Could you restate the question?
17   BY MR. CORRIGAN:
18   Q   You mentioned some X- -- some Xi EndoWrists
19   that the extended life program did apply to. Why
20   did it not apply to other Xi EndoWrists?              03:40:54
21   MS. CAHOY: Same objections.
22   THE WITNESS: Yeah, please rephrase the
23   question.
24   BY MR. CORRIGAN:
25   Q   Well, why didn't -- why didn't the extended      03:41:05

Page 233

1    life program apply to all EndoWrists?
2        A    To all EndoWrists.  Okay.
3             The extended life program focused on
4    instruments that had incremental design changes
5    along the way to substantiate reassessment of the          03:41:23
6    life capability.
7        Q    And you didn't think you could increase the
8    life on the EndoWrist that didn't meet those
9    specifications, correct?
10       A    There was not an indication to increase lives     03:41:41
11   on Xi instruments that had not been updated since
12   launch.
13       Q    You didn't think the Xi instruments that had
14   not been updated since launch could go past the
15   number of uses, particularly ten uses, right?             03:41:55
16       A    There was no evidence to say the instruments
17   that had not been updated would go beyond the
18   already rated life they were tested to.
19       Q    Why didn't -- why didn't Intuitive test those
20   instruments to see if they could go above the             03:42:17
21   allotted usage on the counter?
22       A    The testing that was done to establish the
23   rated life on the counter was the testing that --
24   that informed the count number.
25       Q    So if the -- if the count number was ten on      03:42:41

Page 234

1   an Xi, you had no testing that could suggest that it
2   would go -- that it could go above ten, right?
3       A   That is correct.
4       Q   Why weren't S and Si instruments part of the
5   extended life program?                                        03:43:03
6           MS. CAHOY:  Objection to form; foundation.
7           THE WITNESS:  Again, I believe I responded
8   earlier that the Xi was the platform of the -- that
9   was the growing platform.  As such, focus on Xi
10  instruments and the latest technology was the -- the   03:43:38
11  main driver.
12  BY MR. CORRIGAN:
13      Q   So Intuitive did not think that the S and
14  Si's could go above ten uses, correct?
15          MS. CAHOY:  Objection to form; foundation.     03:44:04
16          THE WITNESS:  Yes.  Given that S and Si were
17  validated for the market prior to my involvement, I
18  cannot speak accurately to that.
19  BY MR. CORRIGAN:
20      Q   And S and Si's had been set at ten uses        03:44:27
21  before you even got to Intuitive, correct?
22      A   Correct.
23      Q   And they remained at ten uses when they were
24  discontinued, correct?
25          MS. CAHOY:  Objection to form; foundation.     03:44:39

Page 235

1    THE WITNESS:  I am unaware, through my
2    personal knowledge, of any changes to the -- the
3    Si's life count.
4    BY MR. CORRIGAN:
5        Q    I asked you before, but let me -- let me ask    03:45:08
6    again.
7        What -- what were the technical advancements
8    done to the Xi's which led Intuitive to think they
9    could be part of the extended life program?
10       MS. CAHOY:  Objection to form.    03:45:24
11       THE WITNESS:  Again, it was instrument-to-
12   instrument dependent, and I do not have a -- a
13   ledger recollection of all the changes from
14   instrument to instrument.
15   BY MR. CORRIGAN:    03:45:38
16       Q    Do you recall any of them?
17       A    Yes.
18       Q    What ones?
19       A    I recall the LND cables being updated to
20   electropolishing.    03:46:04
21       Q    Could you repeat that?  Electric cables and
22   then what?
23       A    Sorry.  I recall the LND, the Xi LND cables
24   being updated to include electropolishing.
25       Q    What is electropolishing?    03:46:31

Page 262

1    I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4    That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were placed under oath; that a
8    record of the proceedings was made by me using
9    machine shorthand which was thereafter transcribed
10   under my direction; further, that the foregoing is
11   an accurate transcription thereof.
12   I further certify that I am neither
13   financially interested in the action nor a relative
14   or employee of any attorney of any of the parties.
15   IN WITNESS WHEREOF, I have this date
16   subscribed my name.

18   Dated: November 11, 2022

*[Signature: Nadia Newhart]*

NADIA NEWHART

CSR No. 8714