# ATTACHMENT 78

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF FLORIDA
 2                      PANAMA CITY DIVISION
 3      RESTORE ROBOTICS LLC,         )
        RESTORE ROBOTICS REPAIRS      )
 4      LLC, and CLIF PARKER          )
        ROBOTICS LLC,                 )
 5                                    )
          Plaintiffs,                 )
 6                                    )
        vs.                           )   CIVIL ACTION NO.
 7                                    )
        INTUITIVE SURGICAL, INC.,     )   5:19-CV-55-TKW-MJF
 8                                    )
          Defendant.                  )
 9
        INTUITIVE SURGICAL, INC.,     )
10                                    )
          Counterclaimant,            )
11                                    )
        vs.                           )
12                                    )
        RESTORE ROBOTICS LLC,         )
13      RESTORE ROBOTICS REPAIRS      )
        LLC,                          )
14                                    )
          Counterclaim Defendants.    )
15
16
17
18            VIDEOTAPED DEPOSITION OF GREG POSDAL
19                    (Taken by Defendant)
20                       May 10, 2021
21                        10:00 a.m.
22
23
24
25      Reported by:  Debra M. Druzisky, CCR-B-1848
```

Page 25

1      this line of questioning based upon the
2      original improper questioning.  Objection
3      to form.
4           THE WITNESS:  Typical of any
5      industry, the pricing generally decreases
6      over time with more competition.
7  BY MR. BERHOLD:
8      Q.   Let me check real quick to see if I need
9  to introduce one more exhibit.
10          MR. BERHOLD:  Chris, can we introduce
11     SIS 167, please?
12          THE CONCIERGE:  Sure.  Please stand
13     by.
14                    (Whereupon, Posdal Exhibit 3
15                     was marked for
16                     identification.)
17          THE CONCIERGE:  SIS 167 has been
18     introduced as Posdal Exhibit 3 and is now
19     on the screen.  And I can rotate this page
20     if need be.
21          MR. BERHOLD:  Sure.  Let's do that
22     and make it easier on everyone.  And is it
23     possible to zoom?
24  BY MR. BERHOLD:
25     Q.   Mr. Posdal, do you recognize Exhibit 3?

1      A.   I do.

2      Q.   What is Exhibit 3?

3      A.   Exhibit 3 is a list of the customers that

4  we actually did perform a service on the da Vinci

5  Intuitive EndoWrists for existing customers.

6           MR. BERHOLD:  Mike, do you mind if we

7      take two minutes for me to review my

8      notes?  I think that's all the questioning

9      I have for Mr. Posdal, but I want to make

10     sure.

11          MR. BAILEY:  Yes.  That's fine, Jeff.

12          MR. BERHOLD:  All right.  Thanks.

13     We'll take a two -- yeah.

14          THE VIDEOGRAPHER:  The time is now

15     10:35 a.m.  We're going off the record.

16          (Whereupon, a discussion ensued

17      off the record.)

18          (Whereupon, there was a brief

19      recess.)

20          THE VIDEOGRAPHER:  The time is now

21     10:38 a.m.  We're back on the record.

22     Please continue.

23  BY MR. BERHOLD:

24     Q.   So sorry.  I do want to ask a couple of

25  questions.  I'm not sure if we covered it

Case 3:21-cv-03825-AMO   Document 260-28   Filed 05/17/24   Page 5 of 7
Greg Posdal                                                  May 10, 2021
Restore Robotics LLC v Intuitive Surgical

Page 41

1    A.    There's certainly speculation, but I can't
2    answer as to why Intuitive put limits on these.
3        Q.    Mr. Posdal, I'm not asking about -- yeah,
4    I'm not -- I don't want you to speculate.  I'm
5    asking for your understanding.
6             My question is, do you have any
7    understanding from your discussions with Mr. Parker
8    or Rebotix Repair as to why usage limits were put
9    on EndoWrist instruments?
10       A.    The discussion that we've had between
11   Rebotix and us and Restore Robotics was that that
12   number appeared to be arbitrary and that evaluating
13   and increasing the number of uses on this was in
14   line with the way we serviced the rest of the
15   standard instrumentation for hospitals for the last
16   50 years.
17       Q.    And when you heard that the number was
18   arbitrary, Mr. Posdal, did you do any investigation
19   or research to see if that claim had any support?
20       A.    Personally, no.  I think we relied on what
21   we had talked to Rebotix about at the time.
22       Q.    Did you have any understanding of whether
23   patient safety had anything to do with having a
24   limit to the number of times EndoWrists could be
25   used?

Case 3:21-cv-03825-AMO   Document 260-28   Filed 05/17/24   Page 6 of 7
Greg Posdal                                                    May 10, 2021
Restore Robotics LLC v Intuitive Surgical

Page 71

1  Q. And what -- roughly speaking, how much of
2  the revenue that S.I.S. brings in each year is
3  rooted in this surgical repair business that you
4  described?
5  A. Of all those categories?
6  Q. Yes.
7  A. Roughly 95 percent.
8  Q. And how much revenue was S.I.S. bringing
9  in in connection with any of the work it did on
10 EndoWrist instruments or da Vinci?
11 A. Can you ask that again, please?
12 Q. Sure.
13    How much revenue was S.I.S. bringing in in
14 connection with any of the work it did in
15 connection with EndoWrist instruments or da Vinci?
16 A. That, that would be on the sheet that you
17 had produced earlier. That's the entirety of the
18 EndoWrist repairs that we had done.
19 Q. So about 48 separate repairs were all --
20 that's what S.I.S. had done in connection with this
21 EndoWrist repair business.
22 A. That is correct.
23 Q. Right?
24 A. That is correct.
25 Q. And it was not much revenue that it had

Case 3:21-cv-03825-AMO   Document 260-28   Filed 05/17/24   Page 7 of 7
Greg Posdal                                                  May 10, 2021
Restore Robotics LLC v Intuitive Surgical

Page 75

REPORTER CERTIFICATE

STATE OF GEORGIA )
COBB COUNTY     )

I, Debra M. Druzisky, a Certified Court Reporter in and for the State of Georgia, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That said deposition was taken before me at the time and place set forth and was taken down by me in shorthand and thereafter reduced to computerized transcription under my direction and supervision. And I hereby certify the foregoing deposition is a full, true and correct transcript of my shorthand notes so taken.

Review of the transcript was requested. If requested, any changes made by the deponent and provided to the reporter during the period allowed are appended hereto.

I further certify that I am not of kin or counsel to the parties in the case, and I am not in the regular employ of counsel for any of the said parties, nor am I in any way financially interested in the result of said case.

IN WITNESS WHEREOF, I have hereunto subscribed my name this 11th day of May, 2021.

_____
Debra M. Druzisky
Georgia CCR-B-1848