# ATTACHMENT 79

| Date | Facility | Order | Qty | System | Brand | Price | Code | Serial | Instrument | Status | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/2018 | ALEXIAN BROTHERS MEDICAL CTR | 60576-1 | 1.00 | DaVinci | Intuitive | $0.00 | 470001 | | DaVinci Potts Scissors | BEYOND REPAIR | Severely damaged. BEYOND REPAIR. Needs replacement. |
| 06/28/2019 | LEGACY GOOD SAMARITAN | 61059-1 | 1.00 | DaVinci | DaVinci | $1300.00 | 420309 | | Needle Driver, Mega Suture Cut | PAID | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 07/18/2019 | LEGACY GOOD SAMARITAN | 61064-1 | 1.00 | DaVinci | DaVinci | $1300.00 | 420309 | | Needle Driver, Mega Suture Cut | PAID | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 08/27/2019 | KAISER FONTANA | 95513-1 | 1.00 | DaVinci | Intuitive | $1700.00 | 420179 | N11181024 714 | Monopolar Curved Scissors | SAMPLE | Monopolar Curved Scissors EndoWrist Repair Services |
| 08/27/2019 | KAISER FONTANA | 95513-1 | 1.00 | DaVinci | Intuitive | $1600.00 | 420205 | N11171023 876 | Fenestrated Bipolar Forceps | SAMPLE | Fenestrated Bipolar Forceps EndoWrist Repair Services |
| 08/27/2019 | KAISER FONTANA | 95513-1 | 1.00 | DaVinci | Intuitive | $1300.00 | 420093 | N10180423 657 | ProGrasp Forceps | SAMPLE | ProGrasp Forceps EndoWrist Repair Services |
| 08/27/2019 | KAISER FONTANA | 95513-1 | 1.00 | DaVinci | Intuitive | $1300.00 | 420194 | N10170726 120 | Mega Needle Driver | SAMPLE | Mega Needle Driver EndoWrist Repair Services |
| 09/09/2019 | KAISER FONTANA | 60733-1 | 1.00 | DaVinci | Intuitive | $1300.00 | 420318 | N10181116 384 | Small Graptor (Grasping Retractor) | 08510-0000774896 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 09/09/2019 | KAISER FONTANA | 60733-1 | 1.00 | DaVinci | Intuitive | $1300.00 | 420006 | N10190117 030 | Needle Driver, Large | 08510-0000774896 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 09/09/2019 | KAISER FONTANA | 60733-1 | 1.00 | DaVinci | Intuitive | $1300.00 | 420093 | N10190415 441 | Forceps, ProGrasp | 08510-0000774896 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 09/09/2019 | KAISER FONTANA | 60733-1 | 1.00 | DaVinci | Intuitive | $1300.00 | 420318 | N10180608 737 | Small Graptor (Grasping Retractor) | 08510-0000774896 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 09/09/2019 | KAISER FONTANA | 60733-1 | 1.00 | DaVinci | Intuitive | $1100.00 | 420049 | N10190123 496 | Forceps, Cadiere | 08510-0000774896 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 09/09/2019 | KAISER FONTANA | 60733-2 | 1.00 | DaVinci | Intuitive | $0.00 | 420172 | N10180822 516 | Bipolar Forceps, Maryland | BEYOND REPAIR | BEYOND REPAIR. Needs replacement. |
| 09/09/2019 | KAISER FONTANA | 60733-2 | 1.00 | DaVinci | Intuitive | $0.00 | 420172 | N10190327 656 | Bipolar Forceps, Maryland | BEYOND REPAIR | BEYOND REPAIR. Needs replacement. |
| 09/09/2019 | KAISER FONTANA | 60733-2 | 1.00 | DaVinci | Intuitive | $0.00 | 420172 | N10190327 719 | Bipolar Forceps, Maryland | BEYOND REPAIR | BEYOND REPAIR. Needs replacement. |
| 04/21/2020 | ADVOCATE GOOD SAMARITAN | 95713-1 | 1.00 | DaVinci | Intuitive | $0.00 | 420205 | N10180125 | Fenestrated Bipolar Forceps | BEYOND REPAIR | Expired. BEYOND REPAIR. SIS is unable to provide a replacement. |
| 10/29/2019 | MARINHEALTH MEDICAL CENTER | 90009-1 | 1.00 | DaVinci | Intuitive | $1300.00 | 420296 | N10150427 | Needle Driver, Large Suture Cut | 180520 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 10/29/2019 | MARINHEALTH MEDICAL CENTER | 90009-1 | 1.00 | DaVinci | Intuitive | $1300.00 | 420194 | M10140206 | Needle Driver, Mega | 180520 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 10/29/2019 | MARINHEALTH MEDICAL CENTER | 90009-1 | 1.00 | DaVinci | Intuitive | $1100.00 | 420036 | N10170912 | Forceps, DeBakey | 180520 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 10/29/2019 | MARINHEALTH MEDICAL CENTER | 90009-1 | 1.00 | DaVinci | Intuitive | $1600.00 | 420172 | N10180405 | Bipolar Forceps, Maryland | 180520 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 10/29/2019 | MARINHEALTH MEDICAL CENTER | 90009-1 | 1.00 | DaVinci | Intuitive | $1300.00 | 420194 | N101501417 | Needle Driver, Mega | 180520 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 10/30/2019 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-1 | 1.00 | DaVinci | Intuitive | $1600.00 | 420205 | N10180125 | Fenestrated Bipolar Forceps | 4159981-0-SV | Repair/Exchange. Received SN: N10190207 |
| 10/30/2019 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-2 | 1.00 | DaVinci | Intuitive | $1600.00 | 420227 | N10180814 | PK® Dissecting Forceps | 4159981-0-SV | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 10/30/2019 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-3 | 1.00 | DaVinci | Intuitive | $1300.00 | 420093 | N11190513 | Forceps, ProGrasp | 4159981-0-SV | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 10/30/2019 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-4 | 1.00 | DaVinci | Intuitive | $1300.00 | 420093 | N12190506 | Forceps, ProGrasp | 4159981-0-SV | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 10/30/2019 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-5 | 1.00 | DaVinci | Intuitive | $1300.00 | 420006 | N11161219 | Needle Driver, Large | 4159981-0-SV | Repair/Exchange. Received SN: N10190327 |
| 10/30/2019 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-6 | 1.00 | DaVinci | Intuitive | $1100.00 | 420049 | N10190308 | Forceps, Cadiere | 4159981-0-SV | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 10/30/2019 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-7 | 1.00 | DaVinci | Intuitive | $1300.00 | 420093 | N11190610 | Forceps, ProGrasp | 4159981-0-SV | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 10/29/2019 | ADVOCATE SOUTH SUBURBAN HOSP | 61148-8 | 1.00 | DaVinci | Intuitive | $0.00 | 420049 | N10190227 | Forceps, Cadiere | 4159981-0-SV | Expired and disposed of. BEYOND REPAIR. SIS is unable to provide a replacement. |
| 11/06/2019 | ADVOCATE SOUTH SUBURBAN HOSP | 61156-1 | 1.00 | DaVinci | Intuitive | $1300.00 | 420006 | N10190129 | Needle Driver, Large | 4159981-0-SV | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 11/06/2019 | ADVOCATE SOUTH SUBURBAN HOSP | 61156-2 | 1.00 | DaVinci | Intuitive | $1300.00 | 420006 | N10190523 | Needle Driver, Large | 4159981-0-SV | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 11/14/2019 | MARINHEALTH MEDICAL CENTER | 60137-1 | 1.00 | DaVinci | Intuitive | $1300.00 | 420296 | N10180313 | Needle Driver, Large Suture Cut | 181704 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 11/14/2019 | MARINHEALTH MEDICAL CENTER | 60137-1 | 1.00 | DaVinci | Intuitive | $1100.00 | 420049 | N10180824 | Forceps, Cadiere | 181704 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 11/15/2019 | MARINHEALTH MEDICAL CENTER | 90008-1 | 1.00 | DaVinci | Intuitive | $1700.00 | 420179 | N10181217 | Scissors, Curved Monopolar | 181817 | Repair/Exchange. Received SN: N12190701 |
| 11/15/2019 | MARINHEALTH MEDICAL CENTER | 90008-1 | 1.00 | DaVinci | Intuitive | $1300.00 | 420309 | N10180424 | Needle Driver, Mega Suture Cut | 181817 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 11/15/2019 | MARINHEALTH MEDICAL CENTER | 90008-1 | 1.00 | DaVinci | Intuitive | $1700.00 | 420179 | N10190513 | Scissors, Curved Monopolar | 181817 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 11/15/2019 | MARINHEALTH MEDICAL CENTER | 90008-1 | 1.00 | DaVinci | Intuitive | $1100.00 | 420049 | N10180227 | Forceps, Cadiere | 181817 | Repair/Exchange. Received SN: N10180822 |
| 11/15/2019 | MARINHEALTH MEDICAL CENTER | 90008-1 | 1.00 | DaVinci | Intuitive | $1100.00 | 420230 | N10180418 | Applier, Large Clip | 181817 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 11/15/2019 | MARINHEALTH MEDICAL CENTER | 90008-1 | 1.00 | DaVinci | Intuitive | $1600.00 | 420172 | N10180508 | Bipolar Forceps, Maryland | 181817 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 11/15/2019 | MARINHEALTH MEDICAL CENTER | 90008-1 | 1.00 | DaVinci | Intuitive | $1100.00 | 420230 | M10140204 | Applier, Large Clip | 181817 | Repair/Exchange. Received SN: N10170921 |
| 11/15/2019 | MARINHEALTH MEDICAL CENTER | 90008-1 | 1.00 | DaVinci | Intuitive | $1300.00 | 420194 | N10180202 | Needle Driver, Mega | 181817 | Repair/Exchange. Received SN: M10140121 |
| 11/15/2019 | MARINHEALTH MEDICAL CENTER | 90008-1 | 1.00 | DaVinci | Intuitive | $0.00 | 420275 | S10111116 | Shears, Harmonic Ace Curved | 181817 | Model number is not supported. NO REPAIR. |
| | ADVOCATE GOOD SAMARITAN | 96156-1 | 1.00 | DaVinci | Intuitive | $1300.00 | 420006 | N10180308 | Needle Driver, Large | 4159982-0-SV | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 12/10/2019 | MARINHEALTH MEDICAL CENTER | 90010-1 | 1.00 | DaVinci | Intuitive | $1100.00 | 420230 | N10180410 | Applier, Large Clip | 183378 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 12/10/2019 | MARINHEALTH MEDICAL CENTER | 90010-1 | 1.00 | DaVinci | Intuitive | $1300.00 | 420207 | N10171012 | Forceps, Tenaculum | 183378 | Repair/Exchange. Received SN: M10100316 |
| 12/10/2019 | MARINHEALTH MEDICAL CENTER | 90010-1 | 1.00 | DaVinci | Intuitive | $1600.00 | 420172 | N1018010 | Bipolar Forceps, Maryland | 183378 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 12/10/2019 | MARINHEALTH MEDICAL CENTER | 90010-1 | 1.00 | DaVinci | Intuitive | $1600.00 | 420172 | N11181011 | Bipolar Forceps, Maryland | 183378 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 12/10/2019 | MARINHEALTH MEDICAL CENTER | 90010-1 | 1.00 | DaVinci | Intuitive | $1700.00 | 420179 | N10190117 | Scissors, Curved Monopolar | 183378 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |
| 12/10/2019 | MARINHEALTH MEDICAL CENTER | 90010-1 | 1.00 | DaVinci | Intuitive | $1600.00 | 420205 | N1081221 | Fenestrated Bipolar Forceps | 183378 | Refurbish tool end. Clean. Mechanical inspection and testing. Electrical safety testing. Use count reset and test all functions. |

CONFIDENTIAL

Exhibit Defs 0142

SIS000167
SIS/RR Subpoena
CONFIDENTIAL
5:19-cv-00055-TKW-MJF
SIS000167