# ATTACHMENT 81

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
     IN RE: DA VINCI SURGICAL         )
 5   ROBOT ANTITRUST LITIGATION       ) Case No.:
     _____  ) 3:21-cv-03825-VC
 6   THIS DOCUMENT RELATES TO:        )
     ALL CASES                        ) Pages 1 to 205
 7   _____  )
     SURGICAL INSTRUMENT SERVICE      )
 8   COMPANY, INC.,                   )
                                      )
 9              Plaintiff,            )
                                      )
10        vs.                         )
                                      )
11   INTUITIVE SURGICAL, INC.,        )
                                      )
12              Defendant.            )
     _____  )
13
14
15                      DEPOSITION OF:
16              CLIFTON EARL PARKER, VOLUME I
17                 TUESDAY, OCTOBER 25, 2022
18              9:08 a.m. Eastern Daylight Time
19
20   REPORTED BY:
21   Vickie Blair
22   CSR No. 8940, RPR-CRR
23   JOB NO. 5541122
24
25   PAGES 1 - 207

                                                    Page 1
```



Page 31

| | | |
|---|---|---|
| | ███ ███████████ ███ | |
| | ███ ████████████████████████ ███ | |
| | █████████████████████████████████ ███ | |
| | █████████████████████████████████ ███ | |
| | ████████████████████████████████ ███ | |
| | ██████ ███ | |
| 7 | MR. BERHOLD: Objection. | 07:42:56 |
| 8 | BY MS. WINNER: | 07:43:00 |
| 9 | Q    No? | 07:43:00 |
| 10 | A    No. | 07:43:01 |
| 11 | Q    What were you referring to? | 07:43:01 |
| 12 | A    Remanufacturing has to do with how you | 07:43:02 |
| 13 | modify an instrument that you plan to resell.  If it's | 07:43:10 |
| 14 | an instrument that is owned by the hospital and the | 07:43:17 |
| 15 | hospital wants to have that instrument repaired and | 07:43:21 |
| 16 | reset, then that's not considered remanufacturing; | 07:43:23 |
| 17 | that's considered a repair. | 07:43:30 |
| 18 | Q    And that's your position; correct? | 07:43:31 |
| 19 | A    That's my position; that's the same | 07:43:33 |
| 20 | position that Kevin, who handles our regulatory | 07:43:37 |
| 21 | affairs, has come to following the guidance of the FDA | 07:43:42 |
| 22 | blue book memorandum, and he can speak more to that | 07:43:47 |
| 23 | than I can, I'm not an expert on this, going by what | 07:43:51 |
| 24 | I've been told by him, and -- | 07:43:54 |
| 25 | Q    Where is -- sorry. | 07:43:57 |

Page 32

```
 1   STATE OF CALIFORNIA    )
 2                          ) ss.
 3   COUNTY OF LOS ANGELES  )
 4           I, Vickie Blair, CSR No. 8940, RPR-CRR, in
 5   and for the State of California, do hereby certify:
 6           That, prior to being examined, the witness
 7   named in the foregoing deposition was by me duly sworn
 8   to testify as to the truth, the whole truth, and
 9   nothing but the truth;
10           That said deposition was taken before me
11   at the time and place therein set forth, and was taken
12   down by me stenographically and thereafter transcribed
13   via computer-aided transcription under my direction and
14   is a true record of the testimony given;
15           I further certify I am neither counsel
16   for, nor related to, any party to said action, nor
17   interested in the outcome thereof;
18           IN WITNESS WHEREOF, I have hereto
19   subscribed my name this 4th day of November, 2022.
20
21
22
23
24              [Signature: Vickie Blair]
25           Vickie Blair, CSR No. 8940, RPR-CRR
```

Page 205