# ATTACHMENT 86

Page 1

1              UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                  SAN FRANCISCO DIVISION
4   IN RE: DA VINCI SURGICAL ROBOT    ) Lead Case No.:
    ANTITRUST LITIGATION,             ) 3:21-cv-03825-VC
5   ------------------------------------)
    THIS DOCUMENT RELATES TO:          )
6   ALL CASES                          )
    ------------------------------------)
7
8   SURGICAL INSTRUMENT SERVICE        )
    COMPANY, INC.,                     ) Case No.
9                                      ) 3:21-cv-03496-VC
              Plaintiff,               )
10                                     )
       vs.                             )
11                                     )
    INTUITIVE SURGICAL, INC.,          )
12                                     )
              Defendant.               )
13  ------------------------------------)
14
15
16     ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
17
18            REMOTE PROCEEDINGS OF THE
19            DEPOSITION OF STAN HAMILTON
20             FRIDAY, NOVEMBER 4, 2022
21
22
23  REPORTED BY NANCY J. MARTIN
24  CSR. NO. 9504, RMR, RPR
25  PAGES 1 - 112

Page 38

1   you're describing, yes.
2   BY MR. LAZEROW:
3       Q.  Does the term interceptor chip mean anything
4   to you in the context of Rebotix's efforts with the Si
5   endoWrists?
6       A.  Yes.  It was mainly just an internal name as
7   part of the development project that ended up being
8   externalized, but yes.
9       Q.  The -- the process -- does -- sitting here
10  today, does Rebotix have a process that it is
11  following to try to reset Xi endoWrist instruments?
12          MR. ERWIG:  Object to form.
13          THE WITNESS:  I would say the way to answer
14  that most clearly is that there is a process under
15  development which has not been released yet.
16  BY MR. LAZEROW:
17      Q.  Does that process include the use of the
18  interceptor chip?
19      A.  No.
20      Q.  Has -- sitting here today, has Rebotix
21  figured out how to circumvent the usage counter on Xi
22  endoWrist instruments?
23          MR. ERWIG:  Objection.  Form.
24          THE WITNESS:  Substantially, yes.
25  BY MR. LAZEROW:

Page 39

1      Q.   But not 100 percent?

2      A.   Meaning if the process is fully developed and

3  ready to implement, not 100 percent.

4      Q.   What is missing from the process in order --

5  what is missing from the process to fully develop and

6  implement the ability to reset the usage of Xi

7  endoWrist instruments?

8           MR. ERWIG:  Object to form.

9           THE WITNESS:  Final procedures, testing,

10  validation, same things we had to go through for the

11  Si.  All the testing that has to be done, and is now

12  in progress, but it takes time.

13  BY MR. LAZEROW:

14      Q.   I want to make sure I understand your

15  testimony.

16           Are you saying that from a technical

17  standpoint, Rebotix has actually reset the usage

18  calendar of an Xi endoWrist instrument as of today?

19           MR. ERWIG:  Object to form.

20           THE WITNESS:  I'm not sure how you're even

21  defining that.  Have we done that in the marketplace?

22  I said no.  Have we done the technical equivalent of

23  that.  I said yes.  And there are many steps between

24  the technical equivalent and releasing it into the

25  marketplace.