# ATTACHMENT 87

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION | ) | Lead Case No.: 3:21-cv-03825-VC |
| ______________________________ | ) | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) | |
| ______________________________ | ) | |
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., | ) | Case No. 3:21-CV-03496-VC |
| Plaintiff, | ) | |
| vs. | ) | |
| INTUITIVE SURGICAL, INC., | ) | |
| Defendant. | ) | |
| ______________________________ | ) | |

VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
DEPOSITION OF KEVIN MAY

Thursday, November 3, 2022
Remotely Testifying from Yorba Linda, California

Stenographically Reported By:
Hanna Kim, CLR, CSR No. 13083
Job No. 5541214

Page 50

Veritext Legal Solutions
866 299-5127