Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman *(pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Lead Case No.:  3:21-CV-03825-AMO-LB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING OMNIBUS SEALING PROCEDURES**<br><br>Judge:  The Honorable Araceli Martínez-Olguín |

WHEREAS, Plaintiffs and Intuitive Surgical, Inc. (collectively the "Parties") wish to conserve the resources of the Court and the Parties by avoiding filing multiple sealing motions and declarations;

WHEREAS the Parties anticipate that filings in this action, including the forthcoming class certification briefing, will continue to involve information designated as confidential by the Parties and multiple non-parties under the terms of Dkt. No. 109 and 225 (noting that previous briefing in this matter involved potentially confidential information relating to 18 third parties);

WHEREAS substantial time can be required to carefully and properly redact each Party and non-party's confidential information and thus avoid inadvertent public filings of confidential information;

WHEREAS parties in other matters in the Northern District of California have, with court approval, stipulated to modifications of the sealing procedures set forth in the local rules when warranted to streamline the process when multiple sealing motions and orders otherwise would be required, *see, e.g.*, Stipulation and Order Modifying Sealing Procedures, *In re Apple iPhone Antitrust Litigation* (Dec. 15, 2022) (adopting the parties' modified sealing procedure which involved filing an omnibus sealing motion after briefing on the underlying motions concluded);

WHEREAS the Court has previously requested an omnibus filing to collect sealing requests and the supporting materials in this case after briefing on the underlying motions concluded, *see* Dkt. No. 209;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED SUBJECT TO THE COURT'S APPROVAL:

1. If a Party files a document for which it intends to request sealing or for which it believes another Party or third party intends to request sealing, the Party may file the document in redacted or slip-sheet form. The Party will then contemporaneously file a one-page Interim Sealing Motion, which will indicate that the reasons for sealing will be discussed in a forthcoming omnibus sealing motion. The Interim Sealing Motion will attach an unredacted copy of the documents on the ECF docket, provisionally under seal.

2. After filing the underlying brief and Interim Sealing Motion, the Party filing the underlying document sought to be sealed shall bear the responsibility of (1) notifying each affected third party regarding any of its confidential information that has been filed under seal and (2) soliciting each affected third party's request(s) for sealing or waiver(s) of confidentiality for inclusion in the omnibus sealing motion.

3. The Parties and any affected third parties shall jointly file an omnibus sealing motion within 14 days after the conclusion of all briefing of the underlying motion or filing (including any associated filings such as motions to strike).

    a. The omnibus sealing motion shall attach declarations supporting requests to seal.

    b. The omnibus sealing motion shall attach a proposed order. The proposed order shall include a chart listing all documents requested to be sealed. The chart shall comply with the following format, which is found on page 6 of Judge Martínez-Olguín's Standing Orders:

| Document or title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| Example: John Doe Medical Records | 34-2 | 35-2 | 35 | Plaintiff | Partial | Sensitive portions of medical record are unrelated to the claims | |

4. To the extent a Party or non-party has an objection to a sealing request, an opposition to the omnibus sealing motion may be filed pursuant to Local Rule 7-11(b) no later than 5 days after the motion has been filed.

5. The Party filing the underlying document sought to be sealed shall file the public-facing version of the document, with any redactions pursuant to the Court's sealing order, within 21 days following the Court's order on the omnibus sealing motion.

IT IS SO STIPULATED AND AGREED.

| | |
|---|---|
| Dated: June 3, 2024 | By: s/Jeffrey L. Spector <br> JEFFREY L. SPECTOR |
| Manual J. Dominguez (*pro hac vice*) <br> **COHEN MILSTEIN SELLERS & TOLL PLLC** <br> 11780 U.S. Highway One, Suite N500 <br> Palm Beach Gardens, FL 33408 <br> Tel: 561-515-2604 <br> Fax: 561-515-1401 <br> Email: jdominguez@cohenmilstein.com <br><br> Benjamin D. Brown (SBN 202545) <br> Daniel McCuaig (*pro hac vice*) <br> Zachary Glubiak (*pro hac vice*) <br> **COHEN MILSTEIN SELLERS & TOLL PLLC** <br> 1100 New York Ave., Suite 500 <br> Washington, DC 20005 <br> Tel: 202-408-4600 <br> Fax: 202-408-4699 <br> Email: bbrown@cohenmilstein.com <br>        dmccuaig@cohenmilstein.com <br>        zglubiak@cohenmilstein.com <br><br> Jeannine M. Kenney (*pro hac vice*) <br> **HAUSFELD LLP** <br> 325 Chestnut Street, Suite 900 <br> Philadelphia, PA 19106 <br> Tel: 215-985-3270 <br> Fax: 215-985-3271 <br> Email: jkenney@hausfeld.com <br><br> Reena A. Gambhir (*pro hac vice*) <br> **HAUSFELD LLP** <br> 888 16th St NW <br> Washington, DC 20006 <br> Tel: 202-540-7145 <br> Fax: 202-540-7201 <br> Email: rgambhir@hausfeld.com | Jeffrey J. Corrigan (*pro hac vice*) <br> Jeffrey L. Spector (*pro hac vice*) <br> Icee N. Etheridge (*pro hac vice*) <br> **SPECTOR ROSEMAN & KODROFF, P.C.** <br> 2001 Market Street, Suite 3420 <br> Philadelphia, PA 19103 <br> Tel: 215-496-0300 <br> Fax: 215-496-6611 <br> Email: jcorrigan@srkattorneys.com <br>        jspector@srkattorneys.com <br>        ietheridge@srkattorneys.com <br><br> Christopher J. Bateman (*pro hac vice*) <br> **COHEN MILSTEIN SELLERS & TOLL PLLC** <br> 88 Pine Street, 14th Floor <br> New York, NY 10005 <br> Tel: 212-838-7797 <br> Fax: 212-838-7745 <br> Email: cbateman@cohenmilstein.com <br><br> Samuel Maida (SBN 333835) <br> Gary I. Smith, Jr. (SBN 344865) <br> **HAUSFELD LLP** <br> 600 Montgomery Street, Suite 3200 <br> San Francisco, CA 94111 <br> Tel: 415-633-1908 <br> Fax: 415-358-4980 <br> Email: smaida@hausfeld.com <br>        gsmith@hausfeld.com <br><br> *Interim Co-Lead Counsel for Hospital Plaintiffs and the Proposed Class* |

3

**STIPULATION AND [PROPOSED] ORDER REGARDING OMNIBUS SEALING PROCEDURES**    Case No. 3:21-cv-03825-AMO

|   |   |   |
|---|---|---|
| 1 |   | Michael J. Boni |
| 2 |   | Joshua D. Snyder (*pro hac vice*) |
|   |   | John E. Sindoni (*pro hac vice*) |
| 3 |   | **BONI, ZACK & SNYDER LLC** |
|   |   | 15 St. Asaphs Road |
| 4 |   | Bala Cynwyd, PA 19004 |
|   |   | Tel: 610-822-0200 |
| 5 |   | Fax: 610-822-0206 |
|   |   | Email: mboni@bonizack.com |
| 6 |   |       jsnyder@bonizack.com |
|   |   |       jsindoni@bonizack.com |
| 7 |   | *Counsel for Hospital Plaintiffs and the Proposed Class* |
| 8 | Dated: June 3, 2024 | By: s/Kathryn E. Cahoy |
| 9 |   | KATHRYN E. CAHOY |
| 10 |   | Kenneth A. Gallo (*pro hac vice*) |
|   |   | Paul D. Brachman *(pro hac vice)* |
| 11 |   | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 12 |   | 2001 K Street, NW |
|   |   | Washington, DC 20006-1047 |
| 13 |   | Telephone: (202) 223-7300 |
|   |   | Facsimile: (202) 204-7420 |
| 14 |   | Email: kgallo@paulweiss.com |
|   |   | Email: pbrachman@paulweiss.com |
| 15 |   |   |
|   |   | William B. Michael (*pro hac vice*) |
| 16 |   | Crystal L. Parker (*pro hac vice*) |
|   |   | Daniel A. Crane (*pro hac vice*) |
| 17 |   | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 18 |   | 1285 Avenue of the Americas |
|   |   | New York, NY 10019-6064 |
| 19 |   | Telephone: (212) 373-3000 |
|   |   | Facsimile: (212) 757-3990 |
| 20 |   | Email: wmichael@paulweiss.com |
|   |   | Email: cparker@paulweiss.com |
| 21 |   | Email: dcrane@paulweiss.com |
| 22 |   | Joshua Hill Jr. (SBN 250842) |
|   |   | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 23 |   |   |
|   |   | 535 Mission Street, 24th Floor |
| 24 |   | San Francisco, CA 94105 |
|   |   | Telephone: (628) 432-5100 |
| 25 |   | Facsimile: (628) 232-3101 |
|   |   | Email: jhill@paulweiss.com |
| 26 |   |   |
| 27 |   |   |
|   | 4 |   |
| 28 | **STIPULATION AND [PROPOSED] ORDER REGARDING OMNIBUS SEALING PROCEDURES** | Case No. 3:21-cv-03825-AMO |

|   |   |
|---|---|
| 1 | |
| 2 | Sonya D. Winner (SBN 200348)<br>**COVINGTON & BURLINGTON LLP**<br>415 Mission Street, Suite 5400 |
| 3 | San Francisco, California 94105-2533<br>Telephone:  (415) 591-6000 |
| 4 | Facsimile:  (415) 591-6091<br>Email: swinner@cov.com |
| 5 | |
| 6 | Kathryn E. Cahoy (SBN 298777)<br>**COVINGTON & BURLING LLP**<br>3000 El Camino Real |
| 7 | 5 Palo Alto Square, 10th Floor<br>Palo Alto, California 94306-2112 |
| 8 | Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800 |
| 9 | Email: kcahoy@cov.com |
| 10 | Andrew Lazerow (*Pro Hac Vice*)<br>**COVINGTON & BURLING LLP** |
| 11 | One CityCenter, 850 Tenth Street NW<br>Washington, DC 20001-4956 |
| 12 | Telephone: (202) 662-6000<br>Facsimile: (202) 6291 |
| 13 | Email: alazerow@cov.com |
| 14 | Allen Ruby (SBN 47109)<br>allen@allenruby.com |
| 15 | **ALLEN RUBY, ATTORNEY AT LAW**<br>15559 Union Ave. #138 |
| 16 | Los Gatos, California 95032<br>Telephone: (408) 477-9690 |
| 17 | |
| 18 | Attorneys for *Defendant*<br>*Intuitive Surgical, Inc.* |

5

| | |
|---|---|
| **STIPULATION AND [PROPOSED] ORDER REGARDING OMNIBUS SEALING PROCEDURES** | Case No. 3:21-cv-03825-AMO |

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2024        By: _____
                                         The Honorable Araceli Martínez-Olguín
                                         United States District Judge

**ATTESTATION PER LOCAL RULE 5-1(i)(3)**

The e-filing attorney hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: June 3, 2024　　　　　　　　　　　By:　s/Kathryn E. Cahoy
　　　　　　　　　　　　　　　　　　　　　　　KATHRYN E. CAHOY

**CERTIFICATE OF SERVICE**

On June 3, 2024, I caused a copy of the Joint Stipulation and [Proposed] Order Regarding Omnibus Sealing Procedures to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dated: June 3, 2024                              By:   s/Kathryn E. Cahoy
                                                       KATHRYN E. CAHOY