# EXHIBIT 2

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

1              IN THE UNITED STATES DISTRICT COURT

2                 MIDDLE DISTRICT OF FLORIDA

3                      TAMPA DIVISION

4                       ---oOo---

5    REBOTIX REPAIR LLC,              :
                                      :
6                 Plaintiff,          :
                                      :
7            vs.                      : No. 8:20-CV-02274
                                      :
8    INTUITIVE SURGICAL, INC.,        :
                                      :
9                                     :
                  Defendant.          :
10   _____ :

11

12

13              HIGHLY CONFIDENTIAL

14        REMOTE DEPOSITION OF GLENN VAVOSO

15                  May 14, 2021

16

17

18

19

20

21

22   Job No. 194104

23   Stenographically reported by:

24   LAURA AXELSEN, CSR NO. 6173

25       RMR, CCRR, CRR, CRC

Highly Confidential

1    Q.   There can be some -- some Potts scissors,

2    right?

3    A.   Potts scissors would be another.

4    Q.   Those would all be different types of

5    EndoWrists that attach to the Intuitive surgical

6    robot; is that right?

7    A.   Yes.

8    Q.   And those EndoWrists are sold separately

9    from the da Vinci surgical robot; is that right?

10   A.   As separately, meaning -- can you define

11   that?

12   Q.   Well, sure.  If a customer wants to operate

13   a da Vinci surgical system, that customer first has

14   to purchase the da Vinci surgical robot, right?

15        MS. LENT:  Objection.

16        THE WITNESS:  The -- the customer does

17   purchase the system, uhm, and then the agreement

18   part of that purchase includes instruments or

19   accessories.

20        MR. ERWIG:  Q.  The customer has to

21   purchase instruments and accessories separately from

22   the actual da Vinci robot, right?

23        MS. LENT:  Objection.

24        THE WITNESS:  Over time, after they've made

25   the initial da Vinci purchase, they're -- ongoing

1  they're purchasing instruments to be used with the

2  system.

3          MR. ERWIG:   Q.  So the purchase of those

4  ongoing instruments, you're not buying an additional

5  robot each time, right?  You're just buying new

6  EndoWrists for the robot that you already own; is

7  that right?

8     A.  You're not buying a robot each time,

9  correct.

10     Q.  Does Intuitive make profits from the sale

11  of its da Vinci surgical robots?

12     A.  Yes.

13     Q.  About how much is Intuitive's profit for

14  da Vinci robots sold?

15     A.  It can vary depending on what is purchased,

16  what kind of system is purchased.  Variety of

17  factors go into what would be -- what would be the

18  profit on a sale.

19     Q.  Well, let's -- let's break it down.  For

20  the da Vinci SI, what's the general profit on a --

21  the sale of a da Vinci SI system to a hospital, for

22  example?

23     A.  Profit as measured by what measure?

24     Q.  Well, the cost of goods to make the

25  da Vinci robot and the sale price of the da Vinci





Page 196

```
 1      Q.   ████████████████████████████████
 2   ████████████████████████████████
 3      A.   ████
 4      Q.   ███████████████████████████
 5   ████████████████████████████
 6   ████████████████████████████████
 7   ████████████████████████████████████
 8   █████████████████████████████████
 9   ████████████████████████████████████
10   █████████████████████████████████
11   ████████████████████████████
12   ████████████████████████████
13          ████████████████
14      A.   ████
15      Q.   ███████████████████████████████
16   ██████████████
17          MS. LENT:   ████████████████
18          THE WITNESS:   ████████████████
19   ████████████████████████████████
20   ████████████████████████████████
21   ████████████████████████████████
22   ██████████████████████████████
23   ██████████████████████████
24          MR. ERWIG:   Q.   ███████████████
25   ████████████████████████████████
```



Page 198

1 █████████████████████████████████████████

2 ████████████████████████████████████████

3 ████████

4      A.  ███████████████████████████████████

5 ██████████████████████████████

6      Q.  ███████████████████████████████████

7 ████████████████████████████████

8      A.  ████████████████████████████████

9      Q.  ████████████████████████████████████

10 ████████████████████████████████████████████

11 ███████████████████████████████████████████

12 ████████████████████████████████████████████████

13 █████████████████████████████████████████

14 ████████████████████████████████████████████

15 ███████████████████████

16      A.  ████████████

17           MS. LENT:  ██████████

18           MR. ERWIG:   Q.  ██████████████████

19 █████████████████████████████████████████████

20 █████████████████████████████████████████████

21 ██████████████████████

22      A.  ████████████████

23      Q.  ███████████████████████████████████████████

24      ████████████████████████████████████

25 █████████████████████████████████████████

1   ███████████████████████████████

2       A.   ███

3       Q.   █████████████████████████████████

4   █████████████████████████████████████████

5   ████████████████████████████████████

6   ████

7       A.   ███

8       Q.   ████████████████████████████████████

9   ████

10      A.   ███████

11      Q.   ███████████████████████████████████

12  █████████████████████████████

13      A.   ████

14      Q.   ████████████████████████████████████

15  ██████████████████████████████████████████

16  ████████████████████████████

17      A.   ████████████████████████

18  ███████████

19      Q.   █████████████████████████████████████

20  ██████████████████████████████████████

21  ████████████████

22      A.   ████████████████

23      Q.   ████

24      A.   ████

25      Q.   ███████████████████████████████████

Highly Confidential

1   an RMA.  And then our -- our RMA team will look at

2   that and understand why did the instrument fail.

3          MR. ERWIG:   Q.  And when the team is

4   looking at that RMA'd instrument, is there any

5   testing conducted as to whether that instrument can

6   be repaired or refurbished?

7          A.  We don't repair or refurbish.  So we

8   wouldn't do that --

9          Q.  Has Intuitive --

10         A.  -- in the course of that process.

11         Q.  Sorry.  I didn't mean to cut off.

12         A.  I said we wouldn't do that in the course of

13  that process.

14         Q.  Has Intuitive ever considered repairing or

15  refurbishing used EndoWrists?

16         A.  I don't know if that has been contemplated.

17         Q.  One of the things I want to ask you about,

18  turning back to the document, when an EndoWrists use

19  counter is up, Intuitive wants the customer to

20  dispose of that EndoWrist and purchase a new one

21  from Intuitive, true?

22         A.  That we want them to?  What does that mean

23  we want them to?

24         Q.  Well, the agreement says that's what the

25  customer has to do, right, to comply with the sales

1   agreement, right?

2          MS. LENT:  Objection.

3          THE WITNESS:  The customers replenish their

4   stock as they use up the instrument.

5          MR. ERWIG:   Q.  By replenish their stock,

6   you mean they throw away EndoWrist whose use

7   counters have expired and they buy new EndoWrists

8   from Intuitive, right?

9      A.  Yes.

10     Q.  And paragraph 8 of this contract, that's

11  establishing that hospitals are not prohibited to do

12  anything other than that -- well, withdrawn.  Let me

13  ask a better question -- withdrawn.

14         Paragraph 8 of this sales agreement does

15  not allow customers to take any other action than

16  the one we just talked about, right?

17         MS. LENT:  Objection.

18         THE WITNESS:  Any -- any other action is

19  pretty broad.

20         MR. ERWIG:   Q.  Let me narrow it down.

21  When a customer's EndoWrist reaches its number of

22  uses that Intuitive has set, under the terms of this

23  agreement, the customer is required to throw that

24  EndoWrist away, right?

25     A.  They're required to dispose of it

Page 213

1  ████████████████████████████████████████████████████

2  ███████████████████████████

3       █████████████████████████████████████

4  █████████████████████████████████████

5  █████████████████  ██████████

6       MS. LENT:  ██████████

7       THE WITNESS:  ███████████████████████

8  ██████████  --  ███████████████████████████

9  ████████████████████████████████████  ██████████

10 █████████████████████████  █████████████████████

11 ████████████████████████████████  --

12      MR. ERWIG:   Q.  ██████████████████

13 ████████████  █████████████████████████████

14 ██████████████████████████  █████████

15    A.  ████████

16      MR. ERWIG:  ██████████████████████████

17 ██████████

18      (EXHIBIT 25 WAS MARKED FOR IDENTIFICATION.)

19      MR. ERWIG:   Q.  ███████████████████

20 ████████████  ██████████████████████████  ██████████

21 █████████████████████████████████████████████████

22 ████████████████████████████████  ██████████

23 ████████████████████████

24      ██████████████████████████████████████

25 ███████████████████████████████████

Page 214

1     A. ██████ ████████████████████████

2     ████████████████████████████████ --

3     ██████████████ ██████████████████████

4     █████████ █████████████████████████

5     ██████████████████████████████████

6     ██████████████ ███████████████████

7     ██████████████████ █████████████████

8     █████ ████████████████████

9       ████████████████████████████

10    ████████████████████████████ ████████

11    ██████████████████████████████

12    ███████████████ █████████████████████

13    ████████████████████████ ██████████

14    ██████████████████████████████████

15    ██████████████████████████████████

16    ███████████████████

17    Q. ████████████████████████████ █

18    ████████████████████████████████████

19    █████ -- ████████████

20      ████████████████████████████

21    ████████████████████████████████

22    ████████

23    A. I████████████████████ ████████████

24    ██████████████████████

25    Q. ████████████████████ ████████████████

Highly Confidential

Page 215



Highly Confidential

Page 219



1    Q.

2

3

4

5

6

7

8

9    A.

10   Q.

11

12

13   A.

14   Q.

15

16

17   A.

18   Q.

19

20

21

22   A.

23   Q.

24

25

Page 220

1      A.   ███████████

2      Q.   ██████████████████████

3   ██████████████████████████  ████████

4   █████████████████████████  ████████

5      A.   ████

6      Q.   ████  ████████████████████  █

7   ████████████████████████████

8   █████████████████████████████████

9   ████████████████████████████████

10  █████

11        MS. LENT:   ████████████████

12        THE WITNESS:   ████

13        MR. ERWIG:   Q.   ██████████████████

14  ██████████████████████  ██████████

15  ████████████████████████████████

16  █████████████████  ███████  ████████

17  ███████████████████  ████████

18     A.   ████

19     Q.   ████████████████████████████

20  ██████████████████████████████

21  ████████████████████████████████

22  ████████████████████  ██████████████████

23  ████████████████████████████████

24  █████████████████████████████████

25  ███████  █████████  ████████████

Highly Confidential

Page 221

```
1       A.    ███████████████████████████
2    ██████████  ████████████████████████████
3       Q.    ████████████████████████████
4    ██████████████████████████████
5    ███████████████████████████████████
6    ████████████████████  ████████
7       A.    ████
8       Q.    ████████████████████████████
9    ██████████████████████████████████
10   ██████████████████████████████
11       MS. LENT:   ██████████████████
12       THE WITNESS:   ██████████████
13       MR. ERWIG:   Q.  ██████████████
14   ████████████████████████████  ████
15   ██████████████  ██████████████████
16   ██████████████  ██████████████████
17   ████████████  ██████████████████████
18   ████████████████████  ██████████████
19   ████████████████████████████
20   ████████████████████████  ██████████
21   ██████████████████████████
22        ██████████████████
23       A.    ████
24       Q.    ████████████████████████
25   ████████████████████████████████
```

Highly Confidential

Page 222

```
 1  ████████████████████
 2      A.  ████████
 3      Q.  ████████████████████████████
 4  ████████████████████████████████████
 5  ████████████████████████████████████████
 6  ██████████
 7      A.  ██████████████████
 8      Q.  ████████████████████████
 9  ███████████████████████████████
10        ████████████████████████
11  ████████████████████████████████████████
12  ████████████████████████████████████
13  ████████████████████████████████
14  ██████████
15      A.  ██████████████████
16      Q.  ██████████████████  ██████  ████████
17  ████████████████████████████████████████
18  ██████
19          MS. LENT:  ██████████████████████
20  ███████████  ██████████████████████████
21  ██  ████████████████
22          THE WITNESS:  ██████████████████
23          MR. ERWIG:   Q.  ████████████████████
24  ████████████████  ████  ████████████████████
25  ████████████████████████████████████
```

1　　　█████████　██████████████████████████.

2　　█████████████████████████　███████

3　　　　　MS. LENT:　███████████████████

4　　　　　THE WITNESS:　████

5　　　　　MR. ERWIG:　Q.　██████████████████

6　　█████████████████████　████████

7　　　　　MS. LENT:　███████████████████

8　　　　　THE WITNESS:　████

9　　　　　MR. ERWIG:　Q.　██████████████████

10　█████████████████████████████████████

11　██████████████████████████████████

12　████████████　██████████

13　　　　　MS. LENT:　███████████████

14　　　　　MR. ERWIG:　Q.　█████　███████████████

15　██████████████████████████████

16　█████████

17　　　████████████████████████████████

18　███████████████████████████　█████████████

19　█████████████████████████████　███████████

20　　A.　█████

21　　Q.　████████████████████████████

22　█████████████████████████████████

23　███████

24　　　　　MS. LENT:　████████████

25　　　　　THE WITNESS:　█████████████████

Highly Confidential

Page 224

1 ▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮▮▮    ▮▮▮▮

2 ▮▮▮▮▮▮▮▮    ▮▮▮▮▮    ▮▮▮▮▮    --

3 ▮▮▮▮

4         MR. ERWIG:   Q.   ▮▮▮▮▮▮▮▮

5 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7 ▮▮▮▮▮▮▮    ▮▮▮

8     A.   ▮▮▮▮▮▮▮▮▮▮

9 ▮▮▮▮▮▮▮

10     Q.   ▮▮▮▮▮▮▮▮▮

11       ▮▮▮▮▮▮▮▮▮▮

12 ▮▮▮▮▮▮    ▮▮▮

13         MS. LENT:   ▮▮▮▮

14         THE WITNESS:   ▮

15         MR. ERWIG:   Q.   ▮▮▮▮▮▮

16 ▮▮▮▮▮▮▮▮▮▮▮    ▮▮▮▮▮▮

17 ▮▮▮▮▮▮▮▮▮    ▮▮▮

18         MS. LENT:   ▮▮▮▮

19         THE WITNESS:   ▮

20         MR. ERWIG:   ▮▮▮▮▮▮▮

21 ▮▮▮▮    ▮▮▮▮▮▮▮

22         (EXHIBIT 26 WAS MARKED FOR IDENTIFICATION.)

23         MR. ERWIG:   Q.   ▮▮▮▮▮▮

24 ▮▮▮▮▮▮▮▮▮▮▮▮

25 ▮▮▮▮    ▮▮▮▮    ▮▮▮▮▮▮▮