# EXHIBIT 6

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  MIDDLE DISTRICT OF FLORIDA

 3                        TAMPA DIVISION

 4

 5   REBOTIX REPAIR, LLC

 6           Plaintiff,

 7   vs.                              Case No. 8:20-CV-02274

 8   INTUITIVE SURGICAL, INC.,

 9           Defendant.

10   ------------------------------/

11

12

13                     REMOTELY CONDUCTED

14       VIDEOTAPED DEPOSITION OF ANTHONY McGROGAN

15       Sunnyvale, California (Witness's location)

16                   Monday, June 7, 2021

17

18

19

20

21   Stenographically reported by:
     LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
22   California CSR No. 10523
     Washington CSR No. 3318
23   Oregon CSR No. 19-0458
     Texas CSR No. 11318
24

25   Job No. 194226
```

Page 34

1    A.    Yes.

2    Q.    And you're aware that hospitals, they

3 regularly evaluate instruments after surgeries and

4 see whether it needs repairs or tweaking or anything

5 like that; right?

6    A.    There -- there is no repair process for our

7 instruments that I'm aware of.

8          What -- what was the other word that you

9 used?  "Tweaking"?

10   Q.    Well, so that wasn't -- wasn't quite my

11 question.  I meant not specific to EndoWrists.

12         I mean, generally, when hospitals use

13 instruments, they examine them and see whether

14 they've broken or whether they need to be fixed;

15 right?

16         MR. RUBY:  Well, I'll object to the form of

17 the question.

18         For one thing, what hospitals generally do

19 is not one of the topics that is a 30(b)(6) topic

20 for anybody, as far as I know.

21         And, secondly, it's incomplete.

22         But, Mr. McGrogan, you may, if you can, go

23 ahead and answer the question.

24         THE WITNESS:  I only know what they do with

25 our instruments.  I can't speak to what happens to

Page 35

1  other instruments in the hospital.
2          BY MR. ERWIG:
3     Q.   I want to talk to you a little bit about
4  how the usage limits -- withdrawn.
5          I want to talk to you a little bit how the
6  life counter's original lives for instruments are
7  originally set.  Okay?
8     A.   Okay.
9     Q.   Now, when Intuitive is first considering
10 what it's going to be setting the lives at,
11 marketing is involved in that process; right?
12    A.   Marketing is involved to the extent that
13 they set goals for engineering.
14    Q.   For example, marketing might set a goal of
15 ten lives for an instrument; right?
16    A.   That's an example, yes.
17    Q.   And then engineering would try to design an
18 instrument that would meet that ten-life goal;
19 right?
20    A.   Yes.
21    Q.   Now, if the instrument, in fact, exceeded
22 that ten-life goal, then marketing would have to be
23 involved to see whether the life limit should be
24 pushed higher; right?
25    A.   I can't think of an example where that's

Page 36

1  actually happened, so I will have to say that I
2  don't really know what would happen in that case.
3      Q.   You can't think of an example where an
4  instrument exceeded the marketing target and then
5  marketing was consulted whether the instrument's
6  lives should be increased?
7      A.   I know there are examples where we have
8  exceeded the targets and engineering was consulted
9  on what the target -- the final target should be.
10 But I'm not aware of us exceeding it and asking
11 marketing's opinion on the number.  We've only --
12 we've rarely exceeded it.
13     Q.   Now, you mentioned that marketing sets
14 a -- withdrawn.
15          When marketing initially sets the target
16 number of lives, how is that process performed?
17     A.   I guess it's done -- over the years I've
18 been at Intuitive, it's been done in different ways.
19          Typically, they -- they give us a goal.  It
20 can be in the form of a specification document or a
21 product requirements document or a marketing
22 requirements document.  Or it can just be through
23 e-mails, informal.
24     Q.   And that goal, how is -- how is that
25 determined?

1    A.    The marketing goal, you're asking about?
2    Q.    Correct.
3    A.    I'm not sure.  In the cases that -- in the
4 cases that -- you know, in the examples that I've
5 been involved in, engineering helps set that target,
6 but I'm not certain in all cases how it's been done.
7    Q.    Well, marketing could, for example, send an
8 e-mail that said, hey, we have a goal of five lives;
9 right?
10   A.    Sure.
11   Q.    And then engineering would try to design a
12 product that would meet that particular
13 specification; right?
14   A.    It could.  It's a little more complicated
15 than that.
16   Q.    Well, what additional level of complexity
17 am I missing?
18   A.    The cost of the instrument, the business
19 case.  There's other factors that go into it.
20   Q.    When you say "the business case," you mean
21 the revenue from selling instruments with particular
22 lives?
23   A.    Or in my case, I don't deal with revenue,
24 per se, but I just deal with cost, what it costs to
25 make an instrument.