# EXHIBIT 12

Page 1

ATTORNEYS' EYES ONLY

1

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF FLORIDA
2              PANAMA CITY DIVISION
3
4    RESTORE ROBOTICS LLC and
     RESTORE ROBOTICS REPAIRS
5    LLC,
                                    CIVIL ACTION FILE
6           Plaintiffs,
                                    NO. 5:19-cv-55-TKW-MJF
7       vs.
8    INTUITIVE SURGICAL, INC.,
9           Defendant.
     ~~~~~~~~~~~~~~~~~~~~~~~~~
10
11
            REMOTE VIDEO 30(b)(6) DEPOSITION OF
12               RESTORE ROBOTICS LLC
                         and
13          RESTORE ROBOTICS REPAIRS LLC
                       THROUGH
14           CLIFTON "CLIF" EARL PARKER
                         AND
15     CLIFTON "CLIF" EARL PARKER, INDIVIDUALLY
16
17
                      May 4, 2021
18
                       9:59 a.m.
19
20
                   7506 Holly Circle
21              Panama City Beach, Florida
22
23
24          S. Julie Friedman, CCR-B-1476
25

1  got more aggressive on their activities.
2      Q.   Well, when did you consider that you were
3  a part of the business of -- of -- of having anything
4  to do with the installation or marketing or sale of
5  the Rebotix system?
6           MR. BERHOLD:  Objection.
7           THE WITNESS:  I would say October of 2019.
8      Q.   (By Mr. Ruby)  And had your business
9  pertaining to the Rebotix technology, by that point,
10 dropped off so much that it wasn't economical in your
11 judgment to try to stay in business?
12          MR. BERHOLD:  Objection.
13          THE WITNESS:  Well, we haven't gone out of
14     business; but we stopped pursuing for the time
15     being the repair of instruments and the repair
16     of da Vinci robots.
17     Q.   (By Mr. Ruby)  In October of 2019, did --
18 did you still intend to develop a business repairing
19 da Vinci robots?
20     A.   Once we got the -- the lawsuit settled,
21 whichever way that went, then, you know, we intended
22 to continue the business.
23     Q.   Could you possibly be in or continue a
24 business of servicing da Vinci robots without access
25 to the intellectual property of Intuitive?

Case 3:21-cv-03825-AMO   Document 267-13   Filed 06/06/24   Page 4 of 5
AEO 30(b)(6) Clifton Earl Parker                                May 4, 2021
Restore Robotics LLC v Intuitive Surgical

Page 185

1     A.    There are certain things --
2           MR. BERHOLD:  Objection.
3           THE WITNESS:  -- you can do.  Yes.
4     Q.    (By Mr. Ruby)  Well, what kind of service
5     could you do -- sharpening?
6     A.    Are you talking about repair of the robot
7     or the instruments?
8     Q.    Robot first.
9     A.    Okay.  So there's no sharpening of a
10    robot.  The --  Everything from maintenance, repairs.
11    You know, there's a number of things that can be
12    done.  Initial troubleshooting.
13          You know, some of the customers wanted us
14    to, you know, be the -- the first eyes to look at a
15    robot issue, because they felt that Intuitive was,
16    you know, coming in and -- and telling them you need
17    to replace a hundred-thousand-dollar arm when the
18    issue was a much smaller issue; and so they wanted
19    another set of eyes instead of having to trust
20    Intuitive explicitly, which they did not.
21    Q.    Have you finished your answer?
22    A.    I did.
23          MR. RUBY:  Can we have Exhibit 48, please.
24          THE CONCIERGE TECH:  Sure.  Please stand
25    by.

Case 3:21-cv-03825-AMO   Document 267-13   Filed 06/06/24   Page 5 of 5
AEO 30(b)(6) Clifton Earl Parker                    May 4, 2021
Restore Robotics LLC v Intuitive Surgical

Page 186

1           Doug, do you know which folder that might
2      in?
3           MR. RUBY:  I can give you the Bates
4      numbers, if that will help.
5           THE TECH CONCIERGE:  Yeah.  Bates --
6      Bates would help.
7           MR. RUBY:  5218 and 52 --  And the other
8      side is 5219.
9           THE VIDEOGRAPHER:  While he's trying to
10     locate that, we are almost at the end of the
11     second hour.  Can I go off record.
12          MR. RUBY:  Yeah.  Let's take five minutes.
13          THE VIDEOGRAPHER:  Perfect.  Bear with me
14     a quick second.  The time is now 4:45 p.m.
15     We're going off the record.
16  (Recess from 4:45 p.m. to 4:53 p.m.)
17          THE VIDEOGRAPHER:  We're on the record.
18     The time is now 4:53 p.m.  This is the beginning
19     of Media Unit 4.
20          Please continue.
21          MR. BERHOLD:  Are you wait --  Allen are
22     you ready to go, or are we waiting for someone?
23          MR. RUBY:  Are we waiting for Jeff or not?
24     That's --
25          THE CONCIERGE TECH:  Oh, he's -- he's