# EXHIBIT 13

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF FLORIDA
 3                  PANAMA CITY DIVISION
 4
 5    CASE NUMBER:  5:19-CV-55-TKW-MJF
 6
 7    RESTORE ROBOTICS LLC, et al.,
 8            Plaintiffs,
 9            vs.
10    INTUITIVE SURGICAL, INC.,
11            Defendant.
12    _____
13    INTUITIVE SURGICAL, INC.,
14            Counterclaimant,
15          vs.
16    RESTORE ROBOTICS LLC, et al.,
17            Counterclaim Defendants.
18
19
20
21      REMOTE VIDEOTAPED DEPOSITION OF DAVID ROSA
22
23
```

1    authorized distributors in other countries.  Is
2    that right?
3         A.   To the best of my knowledge, where
4    service is being provided by those
5    distributors, these parts would have to be
6    available to them.
7         Q.   And are these replacement parts
8    also available to users of the da Vinci
9    surgical system in the United States?
10        A.   Not to my knowledge.
11        Q.   So is it fair to say that the
12   replacement parts would only be available to
13   users of the da Vinci surgical system in the
14   United States as part of service performed
15   under time and materials by Intuitive Surgical?
16        A.   Yeah, I'm not -- I'm not sure that
17   I agree with the way you said that.
18        Q.   So if I'm a da Vinci surgical
19   system user in the United States, can I
20   purchase any of these replacement parts a la
21   carte without any other purchase of service
22   from Intuitive Surgical?
23        A.   Let's see.  So can a user -- so

```
 1   now we're talking about a customer.  Can a
 2   customer purchase one of these items while
 3   under a time and material contract?  Is that
 4   what you're asking?
 5          Q.    Correct.  Can they just purchase
 6   the part without purchasing any service?  Can
 7   they just purchase the part, the physical part?
 8          A.    So I just -- I'm really trying to
 9   understand your question.  So they will -- they
10   will purchase a part.  But it is our team who
11   installs it and tests it and verifies that its
12   functionality is being met, those kinds of
13   things.  So I'm not -- I'm not sure if that is
14   connected exactly to your question or not.
15          Q.    Is it fair to say that the parts
16   and service are sold together?
17          A.    The parts -- so in this case just
18   define service.
19          Q.    Well, you -- so you talk about the
20   part being installed.  So is the part and the
21   installation service provided together?
22          A.    To the best of my knowledge, they
23   would be, yes.
```

Case 3:21-cv-03825-AMO   Document 267-14   Filed 06/06/24   Page 5 of 5
David Rosa                                                    May 19, 2021
Restore Robotics LLC v Intuitive Surgical

Page 25

1       Q.    And just to make sure I'm framing
2   that right, you're asking -- you know, I think
3   you said in the U.S. for our customer base, if
4   they were to purchase one of these parts
5   because they're under a time and material
6   contract, it would be installed together with a
7   service, you know, through the service team?
8           MR. BERHOLD:  Chris, we can take
9   down Exhibit 2.
10      Q.    Mr. Rosa, can we turn for a minute
11  to AMP pricing?
12      A.    Of course.
13      Q.    What is AMP pricing?
14      A.    So AMP stands for accelerating
15  minimally invasive program.
16      Q.    And have there been several
17  versions of that AMP program?
18      A.    There are -- yes, I think that's
19  fair to say versions, flavors that we've
20  categorized as an AMP program.
21      Q.    How many total?
22      A.    Let's see.  There are four that
23  have been contemplated, if you will.