# EXHIBIT 18

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1                    UNITED STATES DISTRICT COURT

2               FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                      SAN FRANCISCO DIVISION

4

5     IN RE: DA VINCI SURGICAL ROBOT   ) Lead Case No.

6     ANTITRUST LITIGATION             ) 3:21-cv-03825-VC

7     _____)

8     THIS DOCUMENT RELATES TO:        ) Case No.

9     ALL CASES                        ) 3:21-cv-03496-VC

10    _____)

11    SURGICAL INSTRUMENT SERVICE      ) **HIGHLY CONFIDENTIAL**

12    COMPANY, INC.,                   ) **ATTORNEYS' EYES ONLY**

13             Plaintiff,              )

14    vs.                              )

15    INTUITIVE SURGICAL, INC.,        )

16             Defendant.              )

17    _____)

18

19        RULE 30(b)(6) VIDEOTAPED DEPOSITION OF INTUITIVE

20          SURGICAL, INC., TESTIMONY OF MARSHALL MOHR

21                   TAKEN NOVEMBER 7, 2022

22

23    REPORTED REMOTELY BY:

24    ANDREA L. CHECK, CSR No. 748, RPR, CRR

25    Notary Public

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 18

1          (Break taken.)

2          VIDEOGRAPHER:  The time is now 9:28.  Back on

3     the video record.

4          Q.   ███████████   ███████████ █

5     ████████████████████████████████████

6     ██████████████

7          ██████████████████████

8          A.   █████████████

9          Q.   ████████████████████████████

10    ███████████████████████████████

11         A.   ████████████████████████████████████

12    █████████████   █████████████████████

13    █████████████████████████████   ████████

14    ████████████████████████████████

15    ███████████████   █████████████████████████

16    █████████████████   ████████████████████

17    ██████████████████████████████████

18    █████████████████

19         Q.   ██████████   ████████   ██████████████████

20    ████████████████████████████████

21    ██████████████████████████████████

22    ███████

23         A.   ███████████████████

24         Q.   ██████████████████████████████

25    █████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 20

1        MS. CAHOY:

2        THE WITNESS:

3

4

5

6

7

8

9        Q.

10

11

12        A.

13        Q.  Are list prices set -- strike that.

14

15

16        A.

17        Q.

18

19        MS. CAHOY:

20        THE WITNESS:

21

22

23

24        Q.

25



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 21



1        A.

2        Q.

3

4        A.

5        MS. CAHOY:

6        THE WITNESS:

7

8

9

10

11

12        Q.  (BY MR. SNYDER)  I was aiming to get at

13   something a little different.

14

15

16        A.

17

18        Q.

19        A.

20        Q.

21        A.

22        Q.

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 56

1          Q.   Is that an accurate statement?

2          A.   Yes.

3          Q.   And I'd note, if you look at the top, there's

4    a date, January 18th, 2022 -- strike that.

5               I'd note that at the top of the document it's

6    a date January 18th, '22.

7               Do you see that, Mr. Mohr?

8          A.   I do.

9          Q.   

10

11         A.

12

13

14

15

16         Q.

17

18

19         A.

20         Q.

21

22

23         A.

24         Q.

25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 57

1    ██████████████████████████████████████████

2    ██████████████████████████████████

3         A.   ████    ████

4         Q.   Let's look at paragraph 4, please.  And,

5    again, I'll read from paragraph 4.   "Intuitive admits

6    that the SLSA prohibits customers from engaging in any

7    unauthorized third party to repair, refurbish, or

8    recondition instruments, including instruments with

9    EndoWrist technology."

10        Did I read that correctly, Mr. Mohr?

11        A.   Yes.

12        Q.   As far -- as far as you're aware, is that an

13   accurate statement?

14        A.   Yes.

15        Q.   And understanding that you're designated to

16   testify on behalf of the surgical -- Intuitive Surgical

17   in connection with Topic 6, do you have any information

18   that would contradict that statement that I just read?

19        A.   No.

20        Q.   ████████████████████████████████████

21   ████████████████████████████████████████

22   ██████████████████████

23        A.   █████████████████████████████████████

24   ████████████

25        Q.   ██████████████████████████████████

Page 58

1      █████████████████████████████████████████

2      ████████

3           A.    ████████████

4           Q.  Let's turn, please, to -- back to the amended

5      notice.  And looking at Topic 20 -- and if you could let

6      me know when you're there, Mr. Mohr.

7           A.  Okay.

8           Q.  At a high level, Topic 20 refers to the

9      phase-out of the da Vinci S, Si, and Si-R robots; is

10     that right?

11          A.  That's correct.

12          Q.  At one point I believe I had a note that you

13     were, perhaps, going to testify on part of Topic 20.

14          Are you testifying on behalf of Topic 20

15     generally, or is there a certain aspect that you're the

16     company's designee?

17          A.  I believe to testify generally, not -- I don't

18     know of anything --

19          Q.  Okay.  I'm not trying to be tricky.  I just

20     wanted to make sure I -- you don't have another --

21     anyone else in mind that's going to be designated for

22     Topic 20; is that fair?

23          MS. CAHOY:  Counsel, I'll represent that what

24     we had said before was that there was testimony already

25     from some of the individual depositions that we thought

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 59

```
1    covered certain aspects of this; but that's correct that
2    there's no one else that --
3              MR. SNYDER:  Okay.  That's helpful.  Thank
4    you.
5         Q.  (BY MR. SNYDER)  Just as a general background,
6    what's the current generation of da Vinci robot that's
7    on the market?
8         A.  The systems that are on the market today
9    are -- well, generally characterized as fourth
10   generation, which include an Xi, which is a multiport
11   system where the arms come from above.  A product called
12   X where the arms come from the side,  that's also a
13   multiport system.  A single-port system that is
14   characterized as SP.
15        Q.  What robots are considered the third
16   generation?  What robot or robots comprise the third
17   generation of da Vinci robots?
18        A.  Si.
19        Q.  And what robot or robots comprise the second
20   generation of da Vinci robots?
21        A.  S.
22        Q.  ████████████████████████████████████████
23   ██████████
24        A.  ███████████
25        Q.  ██████████████████████████
```