# EXHIBIT 20

```
                                                              Page 1
 1            IN THE UNITED STATES DISTRICT COURT

 2                MIDDLE DISTRICT OF FLORIDA

 3                      TAMPA DIVISION

 4

 5   REBOTIX REPAIR, LLC

 6            Plaintiff,

 7   vs.                            Case No. 8:20-CV-02274

 8   INTUITIVE SURGICAL, INC.,

 9            Defendant.
10   ------------------------------/

11

12

13                  REMOTELY CONDUCTED

14     VIDEOTAPED DEPOSITION OF RONALD LEE BAIR, JR.

15       Livermore, California (Witness's location)

16                 Monday, May 24, 2021

17

18

19

20

21   Stenographically reported by:
     LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
22   California CSR No. 10523
     Washington CSR No. 3318
23   Oregon CSR No. 19-0458
     Texas CSR No. 11318
24

25   Job No. 194222
```

Page 98

1  next exhibit.  This will be from Folder 3.  I
2  believe this will be Exhibit 14.
3          THE STENOGRAPHER:  I believe so.
4          (Marked for identification purposes,
5           Exhibit 14.)
6          MR. ERWIG:  This will be 6'20'19 Bair to
7  Cooley.
8          BY MR. ERWIG:
9     Q.   Screen share this with you, Mr. Bair.  Do
10 you see this on the screen in front of you?
11    A.   Yes, I do.
12    Q.   I'll draw your attention to an e-mail a
13 little bit lower on this thread.
14         Do you recognize this e-mail from
15 June 20th, 2019?
16    A.   Yes, it does ring a bell.
17    Q.   How do you recognize it?
18    A.   I authored it.
19    Q.   What do you mean by that?
20    A.   I wrote the e-mail from my e-mail address
21 and sent it to a sales representative -- I believe
22 Jack Groner is one of our key accounts directors --
23 and Matt Pate with whom we were working with at
24 USPI, or United Surgical Partners, I believe.
25    Q.   And down below there's an e-mail from Jack

1   Groner to Matt Pate, yourself, and AJ Inacay.

2           Do you see that?

3       A.   Yes.

4       Q.   It mentions a third-party company that's
5   placing nonapproved computer chips back into an
6   instrument; is that right?

7       A.   That is correct.

8       Q.   Your response later up the thread is --
9   well, withdrawn.

10          Matt then sends a question to Jack Groner
11  that asks "What section of the contract prohibits
12  reprocessing?"

13          Do you see that?

14      A.   Yes.

15      Q.   Then you reply, "Hi, Jack/Matt.  It's
16  traditionally in the second sentence of Section 3.4
17  of the sales license and service agreement."

18          Do you see that?

19      A.   Yes.

20      Q.   And you specifically cite something that
21  you refer to as standard language in a section in
22  its entirety.  Do you see that?

23      A.   Yes.

24      Q.   That cited language is "Customer will not
25  nor will customer permit any third party to modify,

1  disassemble, reverse-engineer, alter, or misuse the
2  system or instruments and accessories."
3          Do you see that?
4     A.   That is correct.
5     Q.   Is it your understanding that that's
6  standard language in each sales contract that
7  Intuitive has with its hospital customers?
8     A.   That is my understanding.
9     Q.   And it's your understanding that the
10 standard -- withdrawn.
11          It's your understanding that the sales
12 license and service agreement is meant to stop the
13 hospitals from engaging third parties to repair
14 EndoWrists; right?
15          MS. LENT:  Object to the form.
16          THE WITNESS:  One implication of the
17 limited license would include, as stated here, third
18 parties engaging in activities that would modify,
19 disassemble, reverse-engineer, alter, or misuse the
20 system or instruments and accessories.
21          BY MR. ERWIG:
22    Q.   And it's your understanding that, in the
23 manner in which those terms are written into the
24 contract, that hospitals are not permitted to
25 utilize third parties to perform repairs or services

1  on their EndoWrists; right?
2      A.   Could you clarify what you mean, "service"?
3  As I mentioned, there are user serviceable
4  components, and reprocessing and sterilization --
5  disinfection, cleaning, reprocessing, sterilization,
6  et cetera, could all be considered permissible
7  services under the licensing as long as they do not
8  modify, disassemble, reverse-engineer, alter, or
9  misuse.
10     Q.   Well, let's talk about disassemble.  If a
11 third party inserts a chip into the EndoWrist to
12 reset the use counter, that would constitute a
13 violation of Section 3.4; is that right?
14     A.   That is correct.
15     Q.   And the purpose of the sales license and
16 service agreement is to stop hospitals from using
17 third parties to performance those types of
18 services; right?
19          MS. LENT:  Object to the form.
20          THE WITNESS:  We do not deem what you
21 stated to be a service, as I stipulated in my
22 previous response.
23          BY MR. ERWIG:
24     Q.   Well, it's your understanding that the
25 sales license and service agreement is designed to