# EXHIBIT 22

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF FLORIDA
 2                     PANAMA CITY DIVISION
 3      RESTORE ROBOTICS LLC,         )
        RESTORE ROBOTICS REPAIRS      )
 4      LLC, and CLIF PARKER          )
        ROBOTICS LLC,                 )
 5                                    )
          Plaintiffs,                 )
 6                                    )
        vs.                           )    CIVIL ACTION NO.
 7                                    )
        INTUITIVE SURGICAL, INC.,     )    5:19-CV-55-TKW-MJF
 8                                    )
          Defendant.                  )
 9
        INTUITIVE SURGICAL, INC.,     )
10                                    )
          Counterclaimant,            )
11                                    )
        vs.                           )
12                                    )
        RESTORE ROBOTICS LLC,         )
13      RESTORE ROBOTICS REPAIRS      )
        LLC,                          )
14                                    )
          Counterclaim Defendants.    )
15
16
17
18        VIDEOTAPED DEPOSITION OF RONALD BAIR, JR.
19                  (Taken by Plaintiff)
20                     May 24, 2021
21                    12:05 p.m. EST
22
23
24
25      Reported by:   Debra M. Druzisky, CCR-B-1848
```

1   substance of what's showing on the screen here?
2      A.   Certainly.  Most of our EndoWrist
3   instruments were validated and approved with a ten
4   life limit.  And this report captures when unique
5   or individual instruments have been used in a
6   manner that exceeds those validated lives.
7      Q.   And at some point did Intuitive develop a
8   practice for how they handle the identity of the
9   hospitals on these reports?
10          MS. LENT:  Object to the form.
11          THE WITNESS:  Could you clarify --
12  BY MR. BERHOLD:
13     Q.   Let me ask it a different -- yeah.  I'll
14  ask it a different way.  Do you recall whether
15  Intuitive did anything in response to these
16  instrument reports?
17     A.   Yes, I do.
18     Q.   And what was the Intuitive response?
19     A.   The Intuitive response changed over time
20  from initial exposure to our better understanding
21  of the process that we should engage in as it
22  related to these instruments where, ultimately, the
23  initial engagement with customers was largely an
24  educational effort around the safety implications
25  of using the equipment beyond its validated lives

1    and also a reminder of the limitations of the
2    limited license sold with the da Vinci system and
3    the EndoWrist instruments.
4            MR. BERHOLD:  Bailey, can we pull
5       up -- well, take -- can we take down
6       Exhibit 1 and pull up Intuitive 44523?
7                    (Whereupon, Bair Deposition
8                    Exhibit 2 was marked for
9                    identification.)
10           THE CONCIERGE:  Here is Exhibit 2.
11   BY MR. BERHOLD:
12      Q.   Mr. Bair, do you need a minute to review
13   Exhibit 2?
14      A.   Yes.  I will take a look.  I do have it
15   pulled up, so I can review on my screen.
16           (Whereupon, the document was
17        reviewed by the witness.)
18           THE WITNESS:  Okay.
19   BY MR. BERHOLD:
20      Q.   So do you recognize Exhibit 2?
21      A.   Yes, I do.
22      Q.   What is Exhibit 2?
23      A.   Exhibit 2 is a reply to an inquiry from a
24   customer representative regarding the use of
25   refurbished instrumentation.

1     Q.   And it's an E-mail from you to Ms. Harvey
2  of Crescent City?
3     A.   That is correct.
4     Q.   And is there an attachment?
5     A.   There is an attachment.  It is a letter
6  signed by our V.P. of regulatory and quality for
7  global markets and our general counsel.
8          MR. BERHOLD:  Bailey, can we scroll
9     down to the second page?
10 BY MR. BERHOLD:
11    Q.   And what is the purpose of attaching the
12 letter?
13    A.   The letter explores the potential safety
14 implications, regulatory and compliance
15 implications, and contractual implications of using
16 third-party refurbished instruments that have not
17 been authorized.
18    Q.   And would -- did Intuitive ever send these
19 sorts of letters in response to seeing a hospital
20 appear on the reprogrammed instrument logs?
21    A.   Yes.
22    Q.   Did Intuitive communicate in any other
23 ways with customers after seeing the hospital
24 appear on the reprogrammed instrument logs --
25    A.   There --

1      Q.   -- besides the letter?
2      A.   Sure.  The letter was traditionally -- or
3   traditionally may have also been accompanied by
4   communication from Intuitive representatives in the
5   same spirit as the letter.
6      Q.   And if Intuitive continued to see
7   reprogrammed instruments for a particular hospital
8   continuing to appear on the reprogrammed instrument
9   log, did Intuitive take any next steps?
10     A.   There was an escalation pathway to
11  consider revoking the limited license sold with the
12  da Vinci and EndoWrist instruments if ongoing
13  violation of that license was detected.
14          MR. BERHOLD:  Bailey, can we pull
15     down Exhibit 2 and pull up CRMC 10?
16                    (Whereupon, Bair Deposition
17                     Exhibit 3 was marked for
18                     identification.)
19          THE CONCIERGE:  Here is Exhibit 3.
20  BY MR. BERHOLD:
21     Q.   Mr. Bair, do you want a minute to review
22  Exhibit 3?
23     A.   Yes.  And I do have it on my screen.  I
24  will take a moment to review.
25               (Whereupon, the document was

Case 3:21-cv-03825-AMO   Document 267-23   Filed 06/06/24   Page 7 of 7
Ronald Bair, Jr.                                          May 24, 2021
Restore Robotics LLC v Intuitive Surgical

Page 26

```
 1           reviewed by the witness.)
 2                 THE WITNESS:  Okay.
 3      BY MR. BERHOLD:
 4           Q.    Do you recognize Exhibit 3?
 5           A.    Yes, I do.
 6           Q.    What is Exhibit 3?
 7           A.    Exhibit 3 is the final step of our
 8      practice as it relates to violations of the
 9      licensing agreement that impact patient safety,
10      which served to effectively terminate the licensing
11      agreement.
12           Q.    And what are the consequences of
13      terminating the licensing agreement for the
14      customer?
15           A.    I am not a legal professional, but my
16      understanding is the customer would no longer be
17      permitted to purchase licensed or products under
18      that license from Intuitive.
19           Q.    So the customer would not be able to
20      purchase new instruments --
21           A.    That is correct.
22           Q.    -- from Intuitive?
23                 A customer wouldn't be able to purchase
24      new accessories from Intuitive?
25           A.    That is correct.
```