# EXHIBIT 24

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**