Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com

Manuel J. Dominguez *(pro hac vice)*
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401

Jeffrey J. Corrigan (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISON

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Lead Case No: 3:21-CV-03825-AMO-LB<br><br>**PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Hearing Date: October 10, 2024<br>Time: 2:00 PM<br>Courtroom: 10 - 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rule 7-11 and the Court's Superseding Omnibus Sealing Order (Dkt. No. 246), Plaintiffs Larkin Community Hospital, Franciscan Alliance, Inc. and King County Public Hospital District No. 1, d/b/a Valley Medical Center (collectively, "Plaintiffs") hereby bring this motion to remove an incorrectly filed document. Specifically, Plaintiffs seek the removal of Exhibit 11 to the Declaration of Manuel J. Dominguez in Support of Plaintiffs' Class Certification Motion. *See* Dkt. 267-12. This document has been filed with the Court twice before in this case, both times under seal: first as Exhibit 12 to the Declaration of Jeffrey J. Corrigan in Support of Plaintiffs' Motion for Partial Summary Judgment, *see* Dkt. 128-8, and second as Exhibit 9 to the Declaration of Daniel McCuaig in Support of Plainitffs' Opposition to Intuitive's Motion to Exclude Kimberly Trautman's Testimony, *see* Dkt. 165-16. While no party has sought for the portion of the document cited by Plaintiffs in their Motion for Class Certification to remain under seal, in reviewing their filings Plaintiffs discovered that they had filed Exhibit 11 without a minor redaction to another portion of the document that the Court had approved in its omnibus sealing order. *See* Dkt. 246 at 8, 18 (approving redaction in Dkt. 143-17). Plaintiffs immediately asked that access to the originally filed Exhibit 11 be restricted, and the ECF Helpdesk temporarily locked the document. Plaintiffs also filed a corrected version of Exhibit 11, with the appropriate redaction. *See* Dkt. 270. Plaintiffs now respectfully request that the originally filed version of Exhibit 11 in support of their Motion for Class Certification (Dkt. 267-12) be permanently removed from the public docket.

Pursuant to Civil Local Rule 7-12, Plaintiffs sought a stipulation with Intuitive regarding the removal of Exhibit 11, and Intuitive has stipulated to its removal, as reflected in the Stipulation and Proposed Order being filed herewith.

Dated: June 12, 2024

Respectfully submitted,

/s/ *Jeffrey L. Spector*

| | |
|---|---|
| Manuel J. Dominguez (*pro hac vice*) | Jeffrey J. Corrigan (*pro hac vice*) |
| COHEN MILSTEIN SELLERS & TOLL PLLC | Jeffrey L. Spector (*pro hac vice*) |
| 11780 U.S. Highway One, Suite N500 | Icee N. Etheridge (*pro hac vice*) |
| Palm Beach Gardens, FL 33408 | SPECTOR ROSEMAN & KODROFF, P.C. |
| Tel: 561-515-2604 | 2001 Market Street, Suite 3420 |
| Fax: 561-515-1401 | Philadelphia, PA 19103 |
| Email: jdominguez@cohenmilstein.com | Tel: 215-496-0300 |
| | Fax: 215-496-6611 |
| | Email: jcorrigan@srkattorneys.com |
| | jspector@srkattorneys.com |
| | ietheridge@srkattorneys.com |
| | |
| Benjamin D. Brown (SBN 202545) | Gary I. Smith, Jr. (SBN 344865) |
| Daniel McCuaig (*pro hac vice*) | Samuel Maida (SBN 333835) |
| Zachary R. Glubiak (*pro hac vice*) | HAUSFELD LLP |
| COHEN MILSTEIN SELLERS & TOLL PLLC | 600 Montgomery Street, Suite 3200 |
| 1100 New York Ave., Suite 500 | San Francisco, CA 94111 |
| Washington, DC 20005 | Tel: 415-633-1908 |
| Tel: 202-408-4600 | Fax: 415-358-4980 |
| Fax: 202-408-4699 | Email: gsmith@hausfeld.com |
| Email: bbrown@cohenmilstein.com | smaida@hausfeld.com |
| dmccuaig@cohenmilstein.com | |
| | |
| Christopher J. Bateman (*pro hac vice*) | Jeannine M. Kenney (*pro hac vice*) |
| COHEN MILSTEIN SELLERS & TOLL PLLC | HAUSFELD LLP |
| 88 Pine Street, 14th Floor | 325 Chestnut Street, Suite 900 |
| New York, NY 10005 | Philadelphia, PA 19106 |
| Tel: 212-838-7797 | Tel: 215-985-3270 |
| Fax: 212-838-7745 | Fax: 215-985-3271 |
| Email: cbateman@cohenmilstein.com | Email: jkenney@hausfeld.com |
| | |
| | Reena A. Gambhir (*pro hac vice*) |
| | HAUSFELD LLP |
| | 888 16th St NW |
| | Washington, DC 20006 |
| | Tel: 202-540-7145 |
| | Fax: 202-540-7201 |
| | Email: rgambhir@hausfeld.com |

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Michael J. Boni
Joshua D. Snyder (*pro hac vice*)
John E. Sindoni (*pro hac vice*)
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

*Counsel for Plaintiffs and the Proposed Class*