1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Lead Case No: 3:21-CV-03825-AMO-LB<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Hon. Araceli Martinez-Olguin |
|---|---|

15
16
17

WHEREAS, on the night of June 6, 2024, Plaintiffs inadvertently filed the incorrect version of Exhibit 11 to the Declaration of Manuel J. Dominguez in Support of Plaintiffs' Motion for Class Certification, *see* Dkt. 267-12;

18
19
20

WHEREAS, upon discovering the error, Plaintiffs promptly contacted the Civil Docketing Clerk and the ECF Helpdesk to temporarily restrict access to Dkt. 267-12, and access was restricted thereto early in the afternoon on June 7, 2024;

21

WHEREAS, Plaintiffs have since filed the correct version of Exhibit 11, *see* Dkt. 270;

22

WHEREAS, the Parties now seek the permanent removal of Dkt. 267-12;

23
24

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED SUBJECT TO THE COURT'S APPROVAL:

25

1. The ECF Helpdesk shall permanently remove Dkt. 267-12 from ECF.

26
27
28

IT IS SO STIPULATED AND AGREED.

| Dated:  June 12, 2024 | By: /s/ Jeffrey L. Spector |
| --- | --- |
| | JEFFREY L. SPECTOR |

Manual J. Dominguez (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Benjamin D. Brown (SBN 202545)
Daniel McCuaig (*pro hac vice*)
Zachary Glubiak (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., Suite 500
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699
Email: bbrown@cohenmilstein.com
         dmccuaig@cohenmilstein.com
         zglubiak@cohenmilstein.com

Jeannine M. Kenney (*pro hac vice*)
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: 215-985-3270
Fax: 215-985-3271
Email: jkenney@hausfeld.com

Reena A. Gambhir (*pro hac vice*)
**HAUSFELD LLP**
888 16th St NW
Washington, DC 20006
Tel: 202-540-7145
Fax: 202-540-7201
Email: rgambhir@hausfeld.com

Jeffrey J. Corrigan (*pro hac vice*)
Jeffrey L. Spector (*pro hac vice*)
Icee N. Etheridge (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com
         jspector@srkattorneys.com
         ietheridge@srkattorneys.com

Christopher J. Bateman (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: 212-838-7797
Fax: 212-838-7745
Email: cbateman@cohenmilstein.com

Samuel Maida (SBN 333835)
Gary I. Smith, Jr. (SBN 344865)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com
         gsmith@hausfeld.com

*Interim Co-Lead Counsel for Hospital Plaintiffs and the Proposed Class*

2

CASE NO.: 3:21-CV-03825-AMO-LB
STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

|  |  |
|---|---|
|  | Michael J. Boni<br>Joshua D. Snyder (*pro hac vice*)<br>John E. Sindoni (*pro hac vice*)<br>**BONI, ZACK & SNYDER LLC**<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>Tel: 610-822-0200<br>Fax: 610-822-0206<br>Email: mboni@bonizack.com<br>         jsnyder@bonizack.com<br>         jsindoni@bonizack.com<br><br>*Counsel for Hospital Plaintiffs and the Proposed Class* |
| Dated:  June 12, 2024 | By:  /s/ Kathryn E. Cahoy<br>KATHRYN E. CAHOY<br><br>Kenneth A. Gallo (*pro hac vice*)<br>Paul D. Brachman *(pro hac vice)*<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>2001 K Street, NW<br>Washington, DC  20006-1047<br>Telephone:  (202) 223-7300<br>Facsimile:  (202) 204-7420<br>Email: kgallo@paulweiss.com<br>Email: pbrachman@paulweiss.com<br><br>William B. Michael (*pro hac vice*)<br>Crystal L. Parker (*pro hac vice*)<br>Daniel A. Crane (*pro hac vice*)<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone:  (212) 373-3000<br>Facsimile:  (212) 757-3990<br>Email: wmichael@paulweiss.com<br>Email: cparker@paulweiss.com<br>Email: dcrane@paulweiss.com<br><br>Joshua Hill Jr. (SBN 250842)<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone:  (628) 432-5100<br>Facsimile:  (628) 232-3101<br>Email: jhill@paulweiss.com |

3

CASE NO.: 3:21-CV-03825-AMO-LB
STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Andrew Lazerow (*Pro Hac Vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 6291
Email: alazerow@cov.com

Allen Ruby (SBN 47109)
allen@allenruby.com
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

Attorneys for *Defendant*
*Intuitive Surgical, Inc.*

4

CASE NO.: 3:21-CV-03825-AMO-LB
STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2024          By: _____
                                          The Honorable Araceli Martínez-Olguín
                                          United States District Judge

5

CASE NO.: 3:21-CV-03825-AMO-LB
STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

## ATTESTATION PER LOCAL RULE 5-1(i)(3)

The e-filing attorney hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: June 12, 2024    By: */s/ Jeffrey L. Spector*
    JEFFREY L. SPECTOR

6

CASE NO.: 3:21-CV-03825-AMO-LB
STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO REMOVE INCORRECTLY FILED DOCUMENT