Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Jeffrey J. Corrigan (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISON**

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Lead Case No: 3:21-CV-03825-AMO-LB<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. Araceli Martínez-Olguín |

Pursuant to Local Civil Rule 7-3(d), Plaintiffs Larkin Community Hospital, Franciscan Alliance, Inc., and King County Public Hospital District No. 1 DBA Valley Medical Center (collectively, "Plaintiffs") respectfully submit the attached recently-issued Opinion and Order, *Lambrix v. Tesla, Inc.*, No. 3:23-cv-01145, --- WL --- (N.D. Cal. June 17, 2024),[1] in connection with Defendant Intuitive Surgical Inc.'s pending motion for reconsideration of this Court's decision on the parties' cross-motions for summary judgment (Dkt. 261).

Local Civil Rule 7-3(d)(2) provides that, "[b]efore the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed." L. Civ. R. 7-3(d)(2). The *Lambrix* court's new ruling is "a relevant judicial opinion" because it squarely addresses Intuitive's argument in support of its motion for reconsideration of this Court's grant of partial summary judgment in Plaintiffs' favor. *Compare Lambrix* Op. at 12-14 (holding that the four *Epic Games* factors required to establish lock-in "only apply to cases in which defendants do not have market power in the foremarket" and that because plaintiffs alleged defendant had market power in the foremarket, "these factors do not apply"); *with* Dkt. 261 at 2-3 (arguing that the four *Epic Games* factors apply even if the defendant possesses market power in the foremarket); *see also* Dkt. 261 at 7, 10 (arguing that an earlier decision in *Lambrix* supports this proposition). Accordingly, Plaintiffs respectfully submit the *Lambrix* court's recent decision, attached hereto as Exhibit A, pursuant to Local Civil Rule 7-3(d)(2).

---

[1] Because, at the time of filing, the decision has yet to be published on an electronic database such as Westlaw, Plaintiffs refer to this decision as the "*Lambrix* Op." and use the pagination of the attached PDF.

Dated: June 18, 2024

Respectfully submitted,

/s/Manuel J. Dominguez

| | |
|---|---|
| Jeffrey J. Corrigan (*pro hac vice*) | Manuel J. Dominguez (*pro hac vice*) |
| Jeffrey L. Spector (*pro hac vice*) | COHEN MILSTEIN SELLERS & |
| Icee N. Etheridge (*pro hac vice*) | TOLL PLLC |
| SPECTOR ROSEMAN & KODROFF, P.C. | 11780 U.S. Highway One, Suite N500 |
| 2001 Market Street, Suite 3420 | Palm Beach Gardens, FL 33408 |
| Philadelphia, PA 19103 | Tel: 561-515-2604 |
| Tel: 215-496-0300 | Fax: 561-515-1401 |
| Fax: 215-496-6611 | Email: jdominguez@cohenmilstein.com |
| Email: jcorrigan@srkattorneys.com | |
|     jspector@srkattorneys.com | |
|     ietheridge@srkattorneys.com | |
| | |
| Gary I. Smith, Jr. (SBN 344865) | Benjamin D. Brown (SBN 202545) |
| Samuel Maida (SBN 333835) | Daniel McCuaig (*pro hac vice*) |
| HAUSFELD LLP | Zachary R. Glubiak (*pro hac vice*) |
| 600 Montgomery Street, Suite 3200 | COHEN MILSTEIN SELLERS & |
| San Francisco, CA 94111 | TOLL PLLC |
| Tel: 415-633-1908 | 1100 New York Ave., Suite 500 |
| Fax: 415-358-4980 | Washington, DC 20005 |
| Email: gsmith@hausfeld.com | Tel: 202-408-4600 |
|     smaida@hausfeld.com | Fax: 202-408-4699 |
| | Email: bbrown@cohenmilstein.com |
| |     dmccuaig@cohenmilstein.com |
| |     zglubiak@cohenmilstein.com |
| | |
| Jeannine M. Kenney (*pro hac vice*) | Christopher J. Bateman (*pro hac vice*) |
| HAUSFELD LLP | COHEN MILSTEIN SELLERS & |
| 325 Chestnut Street, Suite 900 | TOLL PLLC |
| Philadelphia, PA 19106 | 88 Pine Street, 14th Floor |
| Tel: 215-985-3270 | New York, NY 10005 |
| Fax: 215-985-3271 | Tel: 212-838-7797 |
| Email: jkenney@hausfeld.com | Fax: 212-838-7745 |
| | Email: cbateman@cohenmilstein.com |
| | |
| Reena A. Gambhir (*pro hac vice*) | |
| HAUSFELD LLP | |
| 888 16th St NW | |
| Washington, DC 20006 | |
| Tel: 202-540-7145 | |
| Fax: 202-540-7201 | |
| Email: rgambhir@hausfeld.com | |

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Michael J. Boni
Joshua D. Snyder (*pro hac vice*)
John E. Sindoni (*pro hac vice*)
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com
       jsnyder@bonizack.com
       jsindoni@bonizack.com

*Counsel for Plaintiffs and the Proposed Class*