1 | Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
2 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
3 | Washington, DC 20006-1047
Telephone:  (202) 223-7300
4 | Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
5 | Email: pbrachman@paulweiss.com

6 | William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
7 | Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
8 | 1285 Avenue of the Americas
New York, NY 10019-6064
9 | Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
10 | Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
11 | Email: dcrane@paulweiss.com

12 | Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
13 | 535 Mission Street, 24th Floor
San Francisco, CA 94105
14 | Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
15 | Email: jhill@paulweiss.com

16 | *Attorneys for Defendant Intuitive Surgical, Inc.*

17 | [Additional counsel listed on signature page]

18 | **UNITED STATES DISTRICT COURT**

19 |

20 | **NORTHERN DISTRICT OF CALIFORNIA**

21 | **SAN FRANCISCO DIVISION**

22 |

| | |
|---|---|
| **IN RE DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION** | Lead Case No. 3:21-cv-03825-AMO |
| This Document Relates to: | **DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' STATEMENT OF RECENT DECISION** |
| ALL ACTIONS. | |
| | The Honorable Araceli Martínez-Olguín |

1    Pursuant to Civil Local Rules 7-3 and 7-11, Intuitive respectfully requests leave to

2  file the one-page Response to Plaintiffs' Statement of Recent Decision attached hereto as

3  Exhibit A.

4    Under Civil Local Rule 7-3(d)(2), parties filing a Statement of Recent Decision

5  must do so "without argument."  Instead of adhering to Civil Local Rule 7-3(d)(2)'s requirement,

6  Plaintiffs' Statement argued that Judge Thompson's recent decision in *Lambrix* v. *Tesla, Inc.*,

7  No. 3:23-cv-01145 ("*Lambrix II*"), "squarely addresses Intuitive's argument in support of its

8  motion for reconsideration."  Dkt. 276 at 1:10-17.

9    That argument is neither proper nor accurate.  The primary thrust of Intuitive's

10  Motion for Reconsideration is that, given the Court's ruling *denying* summary judgment for

11  Plaintiffs on market definition and power as to the primary market, Plaintiffs have *not*

12  established a separate, single-brand aftermarket even under their own view of the law, and the

13  Court should grant reconsideration "[o]n that basis alone."  Dkt. 271 at 1:25-2:2.  *Lambrix II*

14  changes nothing with regard to that issue.  And the ultimate question of whether this Court

15  should follow *Lambrix II*—Intuitive respectfully submits it should not—can and should be

16  deferred until a later date, and decided with the benefit of full briefing and argument.  *See*

17  Dkt. 271 at 4.

18    Permitting Intuitive to file the attached response will not prejudice any party and

19  will not cause undue delay.  Accordingly, Intuitive respectfully requests that the Court grant

20  Intuitive leave to file the attached response and direct the Clerk of Court to enter Exhibit A

21  hereto as filed on the docket in this case.

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | Dated:  June 20, 2024 |
| | |
| 2 | |

By: /s/ *Kenneth A. Gallo*
     Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091Email:
swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Motion for Leave to File Response to Statement of Recent Decision
3:21-cv-03825-AMO

1   Andrew Lazerow (pro hac vice)
    **COVINGTON & BURLING LLP**
2   One City Center 850 Tenth Street NW
    Washington DC 20001-4956
3   Telephone: (202) 662-6000
    Facsimile: (202) 662-6291
4   Email: alazerow@cov.com

5   Allen Ruby (SBN 47109)
    allen@allenruby.com
6   **ALLEN RUBY, ATTORNEY AT LAW**
    15559 Union Ave. #138
7   Los Gatos, California 95032
    Telephone: (408) 477-9690
8
    Attorneys for *Defendant*
9   *Intuitive Surgical, Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28