# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Lead Case No. 3:21-cv-03825-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>The Honorable Araceli Martínez-Olguín |

1   Upon consideration of Defendant's Motion for Leave to File a response to
2   Plaintiff's Statement of Recent Decision, IT IS HEREBY ORDERED that the motion is
3   GRANTED.  IT IS FURTHER ORDERED that Defendant's proposed Response to Plaintiff's
4   Statement of Recent Decision, attached as Exhibit A to its Motion for Leave, is DEEMED
5   FILED.

**IT IS SO ORDERED.**

Dated: _____   By: _____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge