Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Ashley E. Bass (*Pro Hac Vice*)
Andrew Lazerow (*Pro Hac Vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 6291
Email: abass@cov.com
Email: alazerow@cov.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 3:21-cv- 03825-AMO-LB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Hearing Date: October 10, 2024<br>Hearing Time: 2:00pm PST<br>Place: Courtroom 10<br><br>Judge: The Honorable Araceli Martínez-Olguín |

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CLASS CERTIFICATION BRIEFING SCHEDULE

Case No. 3:21-cv-03825-AMO-LB

Pursuant to Local Civil Rule 6-2, Plaintiffs Larkin Community Hospital, Franciscan Alliance, Inc., and King County Public Hospital District No. 1, d/b/a Valley Medical Center and Defendant Intuitive Surgical, Inc. (collectively, the "Parties") stipulate as follows and respectfully request that the Court endorse this stipulation with an order modifying the class certification briefing deadlines:

WHEREAS, on June 6, 2024, Plaintiffs filed their Motion for Class Certification (ECF No. 262) (the "Motion") and a report from one expert;

WHEREAS, as a result of the originally agreed-upon date for the deposition of Plaintiffs' expert (July 16, 2024), the Court approved the parties' stipulation to adjust the briefing schedule (ECF No. 280);

WHEREAS, after the Court issued its Order, Plaintiffs' expert became sick and as a result, cannot sit for a deposition as scheduled on July 16 but believes he will be able to do so the week of July 22;

WHERAS, the parties have now agreed to move the deposition to July 24, and as a result of the new timing of the deposition, Intuitive asked Plaintiffs for, and Plaintiffs have agreed, to a three-day extension to the current deadline for Intuitive to file its Opposition to Motion for Class Certification, from July 30 to August 2;

WHEREAS, the Parties are not asking the Court to move the current deadline for Plaintiffs' Reply brief, September 10, 2024, or the current date, October 10, 2024, for the hearing on the Motion, and thus granting this modification should not affect the overall schedule for the case;

WHEREAS, this is the second extension requested by any party since the Court set the briefing schedule after ruling on the summary judgment motions.  *See* Dkt. Nos. 235, 280;

WHEREAS, Plaintiffs and Intuitive have agreed, subject to the Court's approval, to the following schedule for the Opposition and Reply briefs on the Motion:

| Event | Proposed Date |
|---|---|
| Intuitive's Opposition | August 2, 2024 |
| Plaintiffs' Reply | September 10, 2024 |

NOW THEREFORE, Plaintiffs and Intuitive respectfully request that the Court enter the proposed briefing schedule set forth in the attached Proposed Order.

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CLASS CERTIFICATION BRIEFING SCHEDULE

Case No. 3:21-cv-03825-AMO-LB

Dated:  July 15, 2024

By: */s/ Jeffrey Corrigan*

Jeffrey J. Corrigan (pro hac vice)
Jeffrey L. Spector (pro hac vice)
Icee N. Etheridge (pro hac vice)
SPECTOR ROSEMAN &
KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com
jspector@srkattorneys.com
ietheridge@srkattorneys.com

Gary I. Smith, Jr. (SBN 344865)
Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: gsmith@hausfeld.com
smaida@hausfeld.com

Benjamin D. Brown (SBN 202545)
Daniel McCuaig (pro hac vice)
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave., Suite 500
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699
Email: bbrown@cohenmilstein.com
dmccuaig@cohenmilstein.com

Reena A. Gambhir (pro hac vice)
HAUSFELD LLP
888 16th St NW
Washington, DC 20006
Tel: 202-540-7145
Fax: 202-540-7201
Email: rgambhir@hausfeld.com

By: */s/ Andrew Lazerow*

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
Email: swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Ashley E. Bass (*Pro Hac Vice*)
Andrew Lazerow (*Pro Hac Vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 6291
Email: abass@cov.com
Email: alazerow@cov.com

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman *(pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com

2

JOINT STIPULATION AND [PROPOSED] ORDER TO
MODIFY CLASS CERTIFICATION BRIEFING
SCHEDULE

Case No. 3:21-cv-03825-AMO-LB

1  Manuel J. Dominguez (pro hac vice)
   COHEN MILSTEIN SELLERS &
2  TOLL PLLC
   11780 U.S. Highway One, Suite N500
3  Palm Beach Gardens, FL 33408
   Tel: 561-515-2604
4  Fax: 561-515-1401
   Email: jdominguez@cohenmilstein.com
5
6  Christopher J. Bateman (pro hac vice)
   COHEN MILSTEIN SELLERS & TOLL
7  PLLC
   88 Pine Street, 14th Floor
8  New York, NY 10005
   Tel: 212-838-7797
9  Fax: 212-838-7745
   Email: cbateman@cohenmilstein.com
10
11 Michael J. Boni
12 Joshua D. Snyder (pro hac vice)
   John E. Sindoni (pro hac vice)
13 BONI, ZACK & SNYDER LLC
   15 St. Asaphs Road
14 Bala Cynwyd, PA 19004
   Tel: 610-822-0200
15 Fax: 610-822-0206
16 Email: mboni@bonizack.com
   jsnyder@bonizack.com
17 jsindoni@bonizack.com
18 *Counsel for the Proposed Class*

Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

Allen Ruby (SBN 47109)
allen@allenruby.com
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

Attorneys for *Defendant
Intuitive Surgical, Inc.*

19
20
21
22
23
24
25
26
27
28

3

JOINT STIPULATION AND [PROPOSED] ORDER TO
MODIFY CLASS CERTIFICATION BRIEFING
SCHEDULE

Case No. 3:21-cv-03825-AMO-LB

# [PROPOSED] ORDER

**It is hereby ordered** that the briefing schedule for the Opposition on Plaintiffs' Motion for Class Certification shall be modified as follows:

| Event | Proposed Date |
|---|---|
| Intuitive's Opposition | August 2, 2024 |

**It is so ordered:**

Dated: _____ July 16, 2024

_____
Hon. Araceli Martínez-Olguín
United States District Court Judge

4

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CLASS CERTIFICATION BRIEFING SCHEDULE

Case No. 3:21-cv-03825-AMO-LB