1  Sonya D. Winner (SBN 200348)
   **COVINGTON & BURLINGTON LLP**
2  415 Mission Street, Suite 5400
   San Francisco, California 94105-2533
3  Telephone: (415) 591-6000
   Facsimile: (415) 591-6091
4  Email: swinner@cov.com

5  Ashley E. Bass (*pro hac vice*)
   Andrew Lazerow (*pro hac vice*)
6  **COVINGTON & BURLING LLP**
   One CityCenter, 850 Tenth Street NW
7  Washington, DC 20001-4956
   Telephone: (202) 662-6000
8  Facsimile: (202) 6291
   Email: abass@cov.com
9  Email: alazerow@cov.com

10 Kenneth A. Gallo (*pro hac vice*)
   Paul D. Brachman *(pro hac vice)*
11 **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
   2001 K Street, NW
12 Washington, DC 20006-1047
   Telephone: (202) 223-7300
13 Facsimile: (202) 204-7420
   Email: kgallo@paulweiss.com
14 Email: pbrachman@paulweiss.com

15 *Attorneys for Defendant Intuitive Surgical, Inc.*

16 [Additional counsel listed on signature page]

17                  **UNITED STATES DISTRICT COURT**

18              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19                        **SAN FRANCISCO DIVISION**

20 | IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION | Case No.: 3:21-cv- 03825-AMO-LB |

   **OPPOSITION OF DEFENDANT INTUITIVE SURGICAL, INC. TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

   THIS DOCUMENT RELATES TO:
   ALL ACTIONS

   Hearing Date: October 10, 2024
   Hearing Time: 2:00pm PST
   Place: Courtroom 10

   Judge: The Honorable Araceli Martínez-Olguín

DOCUMENT FILED UNDER SEAL

IN ITS ENTIRETY