Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Ashley E. Bass (*Pro Hac Vice*)
Andrew Lazerow (*Pro Hac Vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 6291
Email: abass@cov.com
Email: alazerow@cov.com

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 3:21-cv- 03825-AMO-LB<br><br>**TABLE OF EXHIBITS TO THE OPPOSITION OF DEFENDANT INTUITIVE SURGICAL, INC. TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

| Declaration | Exhibit | Brief Description |
|---|---|---|
| Widman Dec. | | Declaration of Fredrik Widman |
| Widman Dec. | Ex. 1 | Settlement between Larkin and Intuitive |
| Bass Dec. | | Declaration of Ashley E. Bass |
| Bass Dec. | Ex. 1 | Expert Rebuttal Report of James W. Hughes, Ph.D. |
| Bass Dec. | Ex. 2 | Excerpts of Intuitive 10-K Annual SEC Report (2023) |
| Bass Dec. | Ex. 3 | Declaration of David Rosa (Apr. 12, 2023) (Previously Submitted as ECF Nos. 153-2 – 153-4) |
| Bass Dec. | Ex. 4 | Intuitive Discounting Principals (Intuitive-00372053 – Intuitive-00372055) |
| Bass Dec. | Ex. 5 | Excerpts of Deposition of Judith Schimmel (Sept. 22, 2022) |
| Bass Dec. | Ex. 6 | Excerpts of Deposition of David Rosa (May 1, 2023) |
| Bass Dec. | Ex. 7 | Email re Gundersen GEN 4 Standardization Options (Intuitive-00091682 – Intuitive-00091687) |
| Bass Dec. | Ex. 8 | Excerpts of the Deposition of John Sampson (Nov. 3, 2022) |
| Bass Dec. | Ex. 9 | Excerpts of the Deposition of John Wagner (Oct. 11, 2022) |
| Bass Dec. | Ex. 10 | Xi System Lease Agreement between Intuitive and Larkin (LARKIN-00009350 – LARKIN-00009355) |
| Bass Dec. | Ex. 11 | Si System Lease Agreement between Intuitive and Larkin (LARKIN-00009370 – LARKIN-00009377) |
| Bass Dec. | Ex. 12 | Excerpts of Deposition of Sandra Sosa-Guerrero (Sept. 23, 2022) |
| Bass Dec. | Ex. 13 | Email and Attachments re Larkin Community Hospital Contract Negotiations (LARKIN-00009051 – LARKIN-00009072) |
| Bass Dec. | Ex. 14 | Excerpts of Deposition of Marshall Mohr (Nov. 7, 2022) |
| Bass Dec. | Ex. 15 | Intuitive Presentation "Accelerated MIS Program" (Intuitive-00107443 – Intuitive-00107451) |

| Declaration | Exhibit | Brief Description |
|---|---|---|
| Bass Dec. | Ex. 16 | Excerpt of Phillip E. Areeda, Herbert Hovenkamp & Einer Elhauge, *Antitrust Law* Vol. X (2d Ed. 2004) |
| Bass Dec. | Ex. 17 | Excerpts of Deposition of Einer Elhauge (July 24, 2024) |
| Bass Dec. | Ex. 18 | Excerpts of Deposition of Dr. Ricardo Estape (Oct. 22, 2022) |
| Bass Dec. | Ex. 19 | Excerpts of Deposition of Jose Carlos Gonzalez (Oct. 17, 2022) |
| Bass Dec. | Ex. 20 | Excerpts of Deposition of Todd Thomas (Nov. 10, 2022) |
| Bass Dec. | Ex. 21 | Excerpts of Deposition of Karen Waninger (Oct. 6, 2022) |
| Bass Dec. | Ex. 22 | Excerpts of Declaration of Mark Early (Oct. 6, 2022) |
| Bass Dec. | Ex. 23 | Email and Attachments re Negotiated Franciscan Contract (FRANCISCAN-00052148 – FRANCISCAN-00052186) |
| Bass Dec. | Ex. 24 | Contract between Intuitive and Franciscan (FRANCISCAN-00056312 – FRANCISCAN-00056338) |
| Bass Dec. | Ex. 25 | Excerpts of Phillip E. Areeda & Herbert Hovenkamp, *Antitrust Law* (4th and 5th Eds. 2018–2023) |

2
TABLE OF EXHIBITS TO INTUITIVE'S OPPOSITION                                    Case No. 3:21-cv-03825-AMO-LB
TO CLASS CERTIFICATION