# EXHIBIT 1

## to

## BASS DECLARATION
## IN SUPPORT OF INTUITIVE'S OPPOSITION TO
## PLAINTIFFS' MOTION FOR CLASS CERTIFICATON

DOCUMENT FILED UNDER SEAL

IN ITS ENTIRETY