**EXHIBIT 3**

**to**

**BASS DECLARATION
IN SUPPORT OF INTUITIVE'S OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATON**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION | Lead Case No. 3:21-cv-03825-VC |
| | Judge:  The Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO: ALL CASES | |
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., | Case No. 3:21-cv-03496-VC |
| Plaintiff/Counterclaim-Defendant | |
| vs. | Judge:  The Honorable Vince Chhabria |
| INTUITIVE SURGICAL, INC., | |
| Defendant/Counterclaimant. | |

## DECLARATION OF DAVID ROSA

I, David Rosa, declare as follows:

1.      I am Executive Vice President and Chief Strategy and Growth Officer at Intuitive Surgical, Inc. ("Intuitive").  In that role, I am responsible for identifying pathways for growing the company and help craft our strategy for doing so.  I report directly to Intuitive's CEO, Gary Guthart.  I have personal knowledge of the facts set forth herein, and if called to testify, I could and would testify competently thereto.

2.      I joined Intuitive in March of 1996 (the year after it was founded) as employee number nine.  I have been at the company for all 27 years since then.  I am the second-longest tenured employee.

3.      Through my various roles over the years, I have had deep involvement in essentially every aspect of the company's business, including product design, marketing, sales, regulatory compliance, and overall strategy.

4.      When I joined Intuitive in 1996, I started as a mechanical engineer helping design the da Vinci setup joints and surgeon console.  Shortly thereafter, I became a clinical applications engineer. That role involved working closely with healthcare teams, both teaching them how to use our products and incorporating their feedback into our design process.  In that role, I "scrubbed in" to dozens of early da Vinci surgeries.  After that, I held several roles involving product development and marketing to hospital customers, progressing upward in seniority.  I became the leader of the product quality and regulatory team in 2011.  In that role, I had overall responsibility for Intuitive's compliance with FDA requirements.  I was promoted to Chief Scientific Officer (which included my previous regulatory oversight responsibilities) in 2014 and to Chief Commercial Officer (which involved leadership of the sales and marketing organizations for the company) in 2015.  I was promoted to my current role in 2022.

5.      I have a B.S. in mechanical engineering from California Polytechnic University and an M.S. in mechanical engineering from Stanford.  I have developed several patented technologies related to the da Vinci system.

I.      **The Da Vinci**

6.      I was involved in the early development of the da Vinci Surgical System.

DECLARATION OF DAVID ROSA

CASE NO. 3:21-cv-03825-VC
CASE NO. 3:21-cv-03496-VC

7.     Intuitive was founded to try to meet an unmet surgical need.  The benefits of minimally invasive surgery versus open surgery were well established.  However, adoption of minimally invasive surgery (laparoscopy) had stalled because it was too difficult for many surgeons to perform more complex procedures.  Intuitive wanted to find a way for all surgeons to use minimally invasive surgical techniques.  If Intuitive could enable more widespread use of minimally invasive surgery, more patients could benefit from the improved outcomes.  Intuitive aimed to address the limitations of existing laparoscopic equipment, including non-intuitive instrument movement, limited degrees of freedom, poor sensory feedback, and two-dimensional visualization.

8.     The first da Vinci systems were introduced commercially in the United States in 2000, following years of innovation, exhaustive testing, and detailed review by the United States Food & Drug Administration ("FDA"), which classifies a da Vinci system and the instruments used with it as Class II medical devices that require FDA "510(k)" clearance before they can be marketed and used on patients.

9.     Intuitive's da Vinci systems are often referred to as "robotic" surgical systems, as they allow a surgeon to operate sitting at a console that permits the surgeon to control "EndoWrist" surgical instruments that are attached to mechanical arms suspended above the patient.  EndoWrists are inserted into the patient through small incisions and can perform extremely precise, fine-tuned movements (cutting, grasping, suturing, etc.), allowing surgery to be done in a "minimally invasive" manner.  The surgeon views the activity at the console through a three dimensional video feed from an endoscope mounted on one of the arms of the system and inserted into the body along with the EndoWrists.  Da Vinci systems allow surgeons to perform procedures with significantly reduced trauma to the patient when compared with open surgery, fewer conversions to open surgery when compared to traditional laparoscopic surgery and improved patient outcomes, including fewer complications and faster recovery times, when compared with both.

10.     Intuitive's "The da Vinci Si System Overview" video at https://www.youtube.com/watch?v=0VGgDT-IzFs provides a good overview of the da Vinci Si System's components and how they function.

DECLARATION OF DAVID ROSA                                      CASE NO. 3:21-cv-03825-VC
                                                             CASE NO. 3:21-cv-03496-VC

11.     Like many innovative products, da Vinci systems have evolved over time, and Intuitive has introduced new models from time to time, with support eventually being phased out for outdated models.  The Si systems were introduced in the United States in 2009; Intuitive ceased selling new Si systems in the United States in 2018 and we expect to cease support for those systems, including the sale of new S/Si EndoWrists, in the United States by the end of 2024.  The models that are primarily used today in the United States are the Xi, introduced in 2014, and the X, introduced in 2017.  The X and Xi systems use the Generation 4 collection of EndoWrist instruments; the S and Si systems use Generation 3 S/Si EndoWrists, which reflect older designs.

12.     Intuitive possesses numerous unexpired patents on innovations embodied in da Vinci S, Si, X, and Xi systems and the EndoWrists used with those systems.

## II.     Intuitive's Sales to Hospitals

13.     As noted above, I have extensive experience working with our hospital customers, and have held leadership roles in Intuitive's sales and marketing organizations for a number of years.

14.     The hospitals and surgery centers that purchase da Vinci systems are highly sophisticated consumers.  A sale of a da Vinci is routinely preceded by extensive presentations on the costs and benefits to the hospital of having a da Vinci available as an alternative modality for performing many types of surgery.  The cost analysis includes ongoing costs for EndoWrists and accessories used with the system.

15.     To compete, Intuitive must establish that clinical outcomes and other measures are consistently better with da Vinci surgery when comparing with traditional laparoscopic and open surgery options.  As a result, the total cost to treat a patient with da Vinci surgery is often less than the cost of traditional laparoscopic or open surgery.

16.     Intuitive has done extensive research to demonstrate cost savings across a patient's episode of care, showing that the up-front cost of equipment alone does not account for the total costs of treating a patient across different surgical modalities.

3

DECLARATION OF DAVID ROSA                                          CASE NO. 3:21-cv-03825-VC
                                                                   CASE NO. 3:21-cv-03496-VC

17.     **Exhibit 1** to my declaration is a presentation typical of those we make to hospitals (Business Alignment Meeting deck, Intuitive-00001237).  The entire presentation is oriented around comparisons across robotic, traditional laparoscopic, and open surgery.

18.     For example, Slides 8–9 show increasing shares of da Vinci surgeries for several common procedures, with decreasing shares of open surgery.

19.     As another example, the "Comparative Outcomes" section (starting at slide 29) walks through peer-reviewed studies showing how da Vinci surgery stacks up better on many dimensions, including total operating room time, risk of complications, and reduced recovery time.

20.     Our customer-facing cost analysis includes ongoing costs for EndoWrists and accessories used with the system.  Customers are fully aware when they purchase a da Vinci that its EndoWrists are limited use devices that will require replacement after a fixed number of uses.

21.     If our sales effort is successful, each purchaser or lessor of a da Vinci enters into a contract with Intuitive, typically in the form of a Sales, Licensing and Service Agreement ("SLSA") or corresponding lease agreement with Intuitive.  The terms of those contracts are heavily negotiated.

## III.     EndoWrists

22.     I am very familiar with the design of EndoWrists, the risks of EndoWrist failure, and the various ways Intuitive seeks to mitigate those risks.  I was involved in early development of the da Vinci System, and had a particular responsibility for safety issues during my time as head of the regulatory department.  From the early days of Intuitive, our current and prospective customers wanted to know about the useful life of EndoWrists.

23.     Intuitive has obtained 510(k) clearances for all EndoWrists used with da Vinci systems. That FDA clearance, and the resulting labeling of the devices, reflect use restrictions developed through extensive testing, and this is reviewed by FDA for reasonable assurance of safety and effectiveness. Intuitive adopted the use restrictions at a time when we were a new company struggling to convince customers to accept a brand-new technology.

4

DECLARATION OF DAVID ROSA

CASE NO. 3:21-cv-03825-VC
CASE NO. 3:21-cv-03496-VC

### A.        EndoWrist Design

24.        One of the primary innovations of the da Vinci is the unique design of EndoWrists, which mimic and even exceed the range of motion of the human wrist, allowing the surgeon to move an instrument easily inside the body to the desired angles with great precision.  This feature requires use of fine wire cables that thread through a complex pulley system.  This design gives the surgeon tremendous flexibility, but at the cost of making the instruments vulnerable to wear and tear.  This is in contrast to traditional laparoscopic instruments that are push rod driven and do not have a pulley system.

25.        The vast majority of EndoWrist instruments are 8mm in diameter.  This measurement is important because an incision of this size or smaller is unlikely to need special suturing to prevent a hernia.  Generally, if the incision is larger than 10 millimeters, the incision will need to be closed at the end of surgery to prevent a hernia.  And of course, in general, a larger incision generally means a longer and more painful recovery for the patient.  Unlike other types of cable and pulley systems that are much larger (and thus can be designed with large margins of safety and very long life (*e.g.*, elevators)), the size requirements of EndoWrists result in much tighter bending radii for the cables than typical for cable-pulley drive mechanisms.  In addition, because EndoWrists have multiple joints, the cables are arranged such that they bend in both directions, over a very small distance, and in some cases, in non-ideal cable fleet angle conditions, thus further exacerbating cable wear.

26.        All of these factors increase cable fatigue, which would tend to lead first to individual cable strand breakage, then cable bundle breakage, thereby reducing the cross-section of the overall cable and increasing the load on the remaining cables, and ultimately leading to complete cable breakage.

27.        In addition to the factors listed above, EndoWrists are subjected to cleaning and sterilization cycles prior to each use.  These cycles can impart significant thermal and chemical stresses on EndoWrists, and in particular, on the fine wire cables.  Given all of this, and unlike traditional laparoscopic surgical instruments, EndoWrists must be designed with limited uses as EndoWrists can fail after only a modest number of uses and cleaning and sterilization cycles.  Failure can occur in multiple ways, including (among others), metal fatigue of the fine wire cables or increased friction

5

---

DECLARATION OF DAVID ROSA                                                CASE NO. 3:21-cv-03825-VC

                                                                         CASE NO. 3:21-cv-03496-VC

within the intricate pulley system, that can lead to a degradation of performance over time or sudden failure of the instrument to maintain the needed precision of movement.  Although failures are rare, the result of such failures mid-surgery can range from modest (e.g., requiring the instrument to be withdrawn from the body and replaced) to serious (if, for example, tiny pieces of the instrument fall into the body) to catastrophic (if, for example, the wrist feature fails and leads to unexpected or unwanted motion just as the surgeon is performing a task adjacent to a major blood vessel).

**B.     EndoWrist Risk Management, Life Testing, and Use Limits**

28.     Because of the potential implications of an EndoWrist failure, the useful life of EndoWrists has long – going back more than 20 years – been a focus of exhaustive testing programs, which formed the foundation for the required safety demonstrations to FDA.  Life testing is just one part of Intuitive's overall design control process.  Design control is a systematic framework used to demonstrate that a product meets the needs of the end-user (intended use) while maintaining safety and effectiveness.  Design control involves: (i) design verification, which considers and tests the engineering of a product, and (ii) design validation, which considers whether the product meets the needs of the end-user.  Through these processes, Intuitive engineers comprehensively ensure each device meets every end-user and engineering requirement identified in the design input documents.  Every single specification must be met through testing and verification.  For EndoWrists, we must have sufficient statistical certainty that the device will perform just as well on the last use as the first.

29.     The determination that use limits would be set, the ranges in which they would fall, and the accompanying fundamental design choices for the first generation of EndoWrists, were made more than two decades ago.  It was clear from the beginning that use limits would be necessary to give EndoWrists a reasonable margin of safety.  The nature and extent of those limits required evaluation of the wear and tear the instruments would be expected to experience, not just in typical surgical procedures, but also in the added stresses associated with the rigorous cleaning and sterilization processes required for each use.  Over a period of years, Intuitive performed extensive testing on EndoWrists to evaluate the number of uses that could be tolerated without exceeding statistical targets

DECLARATION OF DAVID ROSA

CASE NO. 3:21-cv-03825-VC
CASE NO. 3:21-cv-03496-VC

for failure. These targets were determined based on a frequently used statistical methodology known as a Weibull Distribution analysis.

30. Intuitive's life testing is a verification activity performed to evaluate the reliability of instruments. The results of the testing are used as a primary resource for justifying the maximum number of uses for each instrument. Life testing requires instruments to be used for surgical tasks per individually crafted simulated surgical use work instructions. Simulated surgical use instructions are developed by the Clinical Development Engineering team. The surgical tasks of the simulated surgical use are designed to represent actual maneuvers performed and forces encountered during minimally invasive surgical operations. The number of repetitions to be completed within a simulated surgical use is determined by conservatively estimating the number of such maneuvers performed during an applicable surgical operation. The instrument also undergoes a number of cleaning and sterilization cycles during life testing as it would when used by a customer.

31. The data resulting from Intuitive's life testing and other risk management activities, along with the use limits generated based on the data, were submitted to FDA in Intuitive's 510(k) applications, with the use limits identified as prerequisites for the regulatory clearance that was sought and granted. EndoWrist instruments were explicitly described to, and cleared by, FDA as "limited use" instruments containing use counters that cause each EndoWrist to cease functioning after its final approved use. For most S/Si instruments, Intuitive proposed, and FDA cleared, a limit of 10 uses.

32. Intuitive's marketing group (and in particular the clinical marketing subgroup that promoted efforts to tailor our products to customer needs) provided input on the use limits to be selected. The primary content of that input, particularly in the early days, was strong encouragement to redesign EndoWrists under development to allow more uses than early testing supported.

**C. X/Xi Extended Use EndoWrists**

33. Historically, most S/Si EndoWrists were labeled for 10 uses, as supported by life testing performed by Intuitive and submitted to regulatory agencies before the instruments were marketed and sold. Over the years, a number of incremental product improvements, including material and design changes, were made to many X/Xi instruments after their initial introduction. Because of these

7

improvements and lower rates of returned instruments (known as "RMAs," discussed below), Intuitive tested a hypothesis that certain da Vinci X and Xi instruments could withstand additional uses. The number of uses that our new testing showed could be supported for these improved instruments ranged as high as 18, although most were below 18; no da Vinci X/Xi instruments were validated as being safe to use for more than 18 lives.

34. To be clear, the "extension" of use limits Intuitive pursued through its Extended Use program was an increase in the number of uses for which certain X/Xi EndoWrists were originally programmed and labeled, based on testing that verified and validated those additional uses following product improvements. It did not involve modification of expired instruments. Following what Intuitive understood to be the applicable FDA requirements for this change for Intuitive as the original manufacturer, Intuitive initially relied on "non-filing justifications" for the "extended" use limits, but after the FDA made it clear to Intuitive that we required new 510(k) clearances for the additional uses, Intuitive sought and obtained FDA clearance for all of the X/Xi instruments with increased uses. These extended use limits were made possible by years of incremental product improvements. Many of these improvements were not applied to the S/Si instruments and therefore those instruments still have a lower number of verified and validated lives when compared to their X/Xi counterpart instruments.

35. The goal of the Extended Use program was to increase customer value while still preserving safe and adequate performance throughout the instrument lifetime, with no impacts to Intuitive's risk-based confidence and reliability requirements.

**D.     The Use Counter**

36. Each EndoWrist has a computer chip that tracks critical information about the instrument, including the maximum number of uses, the number of surgeries for which it has been used, and calibration data for control of the instrument. The chip is programmed to render the instrument nonfunctional after the maximum allowed number of uses is reached. This prevents a user from inadvertently (or otherwise) exceeding the number of cleared uses for the instrument.

37. The computer chip used for this purpose in S/Si EndoWrists is called the "Dallas" chip and uses small spring-loaded pins to communicate with the da Vinci system when the EndoWrist is

DECLARATION OF DAVID ROSA                                                    CASE NO. 3:21-cv-03825-VC

                                                                            CASE NO. 3:21-cv-03496-VC

attached.  For X/Xi systems, Intuitive upgraded to a wireless connection for the communication of the instrument, calibration, and use count information between the EndoWrist and the rest of the system to improve consistency in the communication channel; this required the chip to be encrypted for security purposes to avoid remote tampering or other types of wireless attacks.

### E.    Intuitive's Consideration of a Possible Refurbishment Program

38.    From 2016 to 2020, Intuitive pursued a project to see if we could refurbish used X/Xi instruments at a lower cost than new instruments.  Intuitive's program contemplated full refurbishment of X/Xi instruments, including replacing the cables and other sensitive parts that were prone to failure after multiple uses.

39.    Intuitive abandoned the program because, after extensive analysis, we determined that the cost of proper refurbishment for most X/XI EndoWrists exceeded the cost of making new instruments, making the program commercially infeasible.

## IV.    Returned Materials Authorization and Discovery of EndoWrist Tampering

40.    Although it is the full intention of Intuitive to release products that are durable enough to withstand expected abuse throughout their entire lifetime, failure modes resulting from customer behaviors or other factors can be difficult to predict.  Following launch, as more customers use a product, some failure modes are seen at higher frequencies than others, and are reported to Intuitive through Return Material Authorizations (RMAs) and the complaint management system.  Intuitive maintains these RMA and complaint management systems as part of its commitment to quality and regulatory obligations.  The RMA system provides liberal "no questions asked" warranty coverage for EndoWrists that experience malfunction for almost any reason other than clear and unmistakable abuse.  Returned devices are carefully evaluated to assess and track the causes of any failures.

41.    Intuitive first became aware of third parties modifying Si EndoWrists through returns of EndoWrists to Intuitive through the RMA process.  An Intuitive team that is responsible for failure analysis of returned products disassembled some of the returned instruments and discovered that they had been modified with the insertion of what Intuitive later learned were Rebotix Interceptor chips.

9

42. Intuitive began to reach out to customers who were using remanufactured EndoWrists, explaining that the use limits are grounded in extensive safety and performance testing, and that resetting the use counters could create safety concerns for patients. Intuitive expressed the view that such modifications required FDA clearance.

43. If the customer continued to use remanufactured EndoWrists, Intuitive would send the customer a letter outlining the patient safety implications of using EndoWrists beyond their usage limits. In the letter, Intuitive explained that extended instrument usage can impact performance and patient safety. EndoWrists were tested and designed to meet targeted safety and performance specifications. Further, regulatory authorities cleared EndoWrists for use according to those specifications. Finally, the letter informed the customer that the use of remanufactured instruments is a material breach of their contract with Intuitive. Attached to my declaration as **Exhibit 2** is a true and correct copy of an example of such a communication (Intuitive-00980925), a letter Intuitive sent to St. Vincent's Hospital. As far as I have been able to determine, no such communication was ever sent to Franciscan Alliance, King County Public Hospital District No. 1, DBA Valley Medical Center, or Larkin Community Hospital.

## V. Iconocare

44. I understand that, on September 30, 2022, the FDA cleared Iconocare Health's 510(k) application, which permits Iconocare to market a remanufactured S/Si 8mm Monopolar Curved Scissor instrument reset one time with ten additional lives. I am not aware of any other EndoWrists that have been cleared to be remanufactured beyond their use limits.

45. To avoid any possibility of confusion, Intuitive has made clear that use of an FDA-cleared remanufactured EndoWrist does not breach any customer's contract or otherwise subject a customer to adverse action from Intuitive. Below is the statement on our website at https://www.intuitive.com/en-us/products-and-services/da-vinci/instruments reflecting Intuitive's position:

**Statement on usage limits and use of remanufactured EndoWrist instruments**

"Patients first" has always been core to our mission. Patient safety, product efficacy, and delivering improvements in clinical outcomes guide the design, testing and manufacture of our surgical systems, instruments and accessories.

10

With these objectives in mind, we have designed and rigorously tested and validated our EndoWrist instruments with usage and reprocessing limits intended to provide consistent product performance from the first use to the last.

We are aware that certain third parties have sought to offer products or services to healthcare providers that would modify some of our instruments to extend their use. It is our understanding that such modifications constitute remanufacturing under FDA regulations and require 510(k) clearance from FDA.

We recognize the role that third-party medical device servicers have come to play in the medical device ecosystem, and we support healthy, lawful competition in the marketplace. We also have a responsibility to protect patient safety and provide customers with proven, safe and effective tools and technologies. The remanufacturing of EndoWrists is performed by third parties that are not affiliated with Intuitive, and we are not privy to their testing protocols, verifications and validations, remanufacturing processes, or quality controls, among other things. Therefore, Intuitive will not bear responsibility for instruments that are remanufactured by a third party, or for harms or damages caused by the use of such instruments.

However, Intuitive will not void its service contract with, cease doing business with, or consider it a breach of contract by a customer in the United States who chooses to purchase remanufactured instruments that have been remanufactured by a third party pursuant to and in compliance with a 510(k) clearance or equivalent granted by the FDA.

As of March 1, 2023, Intuitive is not aware that FDA has granted 510(k) or equivalent clearance to any party to remanufacture any instruments for use with 4th generation da Vinci technology, including the da Vinci X, Xi and SP systems. Outside of the US, Intuitive is also not aware that any regulatory bodies have granted clearance to any party to remanufacture any instruments for da Vinci systems. For more information about 510(k) clearances granted by FDA, please refer to FDA's publicly available searchable database.

46.     This statement accurately reflects Intuitive's current policy towards the activities of EndoWrist remanufacturers.  To be clear, Intuitive views tampering with an EndoWrist to reset its use counter through any means *not* cleared by FDA as unlawful and potentially dangerous.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  April 12, 2023

David Rosa

11

# Rosa Dec. Ex. 1

# Business Alignment Meeting

**Driving Value with Da Vinci® Surgery**

INTUITIVE.

Purpose of slide:
Establish that the purpose of this presentation and discussion is to evaluate and demonstrate the measurable value of da Vinci surgery.

Statements:
Our objective today is to walk you through the core elements of how Intuitive Surgical has delivered "measurable value" to over 1,500 U.S. hospitals.
I believe there is a misunderstanding about our company out in the market. I think there is a perception that da Vinci surgery adds cost to the health care system with no proven clinical benefits and it couldn't be further from the truth.
I'd like discuss the total value of da Vinci surgery. It provides reproducible outcomes and a surgical experience that can be cost effective and enable strategic advantages.

Attorneys' Eyes Only



Purpose of slide:
Frame the conversation; establish the baseline as national data.

Statement:
Before we begin, I want to establish the frame of reference for slides highlighting outcomes from peer-reviewed literature which, for the most part, is based on national data. Economic estimates have been computed based on cost modeling of data from published studies. Intuitive Surgical has not independently validated the underlying data and estimates in the following slides should be read as directional.

Attorneys' Eyes Only

Case 3:21-cv-03825-VC   Document 133-3   Filed 04/13/24   Page 17 of 93



HOME   ← BACK   FORWARD →   **MEETING OBJECTIVES**   ECOSYSTEM   RESULTS   UPDATES   COMPARATIVE OUTCOMES   PRELIMINARY OUTCOMES   STRATEGIC ADVANTAGE   OPPORTUNITY   SOLUTIONS

# Meeting Objectives

PN 1018713-US Rev I  08/2018     3

Attorneys' Eyes Only

Intuitive-00001239



Purpose of slide:
Outline agenda for the meeting.

Probes:
"Is there anything else that you would like to discuss today that is not captured in this agenda?"

Statement:
During the next hour, our goal is to better understand your strategic initiatives and objectives, and give you insight into specific solutions that Intuitive Surgical can recommend and offer.

Attorneys' Eyes Only

Intuitive-00001240



Purpose of slide:
Understand the primary hospital goals and objectives:
E.g. – recruit surgeons, expand MIS offering in specialty area, increase catchment area, etc.
Understand what hospital has done so far to achieve their goals and where they currently stand on each goal.

Probes:
"Are there strategic objectives that are more important than others? Why?"
"What is the value of an incremental patient? How do you measure that?"
"What is the impact of future pay-for-performance and value-based healthcare?"
"Why do x number of patients in your catchment area choose other hospitals for open surgery?"

Statements:
Our goal in today's discussion is to align our focus and efforts with your objectives and measure the impact.
On an annual basis the leadership will need to justify and evaluate their program to the board.  We use this and future alignment meetings as our guide to ensure we are doing activities that drive the business plan.

Attorneys' Eyes Only



Purpose of slide:
Open the conversation with overall objectives of the meeting to ensure both the presenter and audience are aligned.

Statements:
Let's begin by reviewing the agenda and objectives of today's meeting.

Attorneys' Eyes Only



Attorneys' Eyes Only

Intuitive-00001243



Attorneys' Eyes Only

Intuitive-00001244



Attorneys' Eyes Only

Intuitive-00001245



Attorneys' Eyes Only

Intuitive-00001246



Attorneys' Eyes Only

Intuitive-00001247



Our seamlessly integrated technologies empower physicians to deliver superior outcomes. Intuitive effectively represents the capital equipment, vision, instruments, advanced technology companies – all in one place.

Attorneys' Eyes Only



Our seamlessly integrated technologies empower physicians to deliver superior outcomes. Intuitive effectively represents the capital equipment, vision, instruments, advanced technology companies – all in one place.

Intuitive-00001249



Our seamlessly integrated technologies empower physicians to deliver superior outcomes. Intuitive effectively represents the capital equipment, vision, instruments, advanced technology companies – all in one place.

Attorneys' Eyes Only



Our seamlessly integrated technologies empower physicians to deliver superior outcomes. Intuitive effectively represents the capital equipment, vision, instruments, advanced technology companies – all in one place.

Attorneys' Eyes Only

Intuitive-00001251

# Evolution of da Vinci® Ecosystem by Intuitive

| | 2000 | 2006 | 2009 | 2014 | 2017 |
|---|---|---|---|---|---|
| INNOVATION & INTEGRATION | (2000) GEN 1- da Vinci® system<br>(2004) 4th arm upgrade | | | | |
| TRAINING & EDUCATION | Hands-on technology training<br>Online education<br>Peer-to-peer education<br>Continuing education | | | | |
| SUPPORT & ANALYTICS | 24/7/365 technical support<br>Clinical support representative<br>Field engineering support | | | | |
| # OF DA VINCI CASES | 1MM<br>0 | | | | |
| # OF DA VINCI SYSTEMS | 4,500<br>0 | | | | |
| # OF PUBLICATIONS | 14,500<br>0 | | | | |

Attorneys' Eyes Only

Intuitive-00001252



Attorneys' Eyes Only



Attorneys' Eyes Only

Intuitive-00001254



Attorneys' Eyes Only

Intuitive-00001255



# Da Vinci® Surgery Results

PN 1018713-US Rev | 08/2018     20

Attorneys' Eyes Only

Intuitive-00001256



Note: This slide is an example only and  intended to be customized. Reference superscripts on this slide differ from the main reference list and should be disregarded.

Intuitive-00001257



Attorneys' Eyes Only

Intuitive-00001258



Purpose of slide:
Define a framework for value equation.

Statement:
I'd like to review the core elements of a value equation that applies to any service line.
First is clinical/quality over cost. They represent 2 sides of the same coin. Not only is health care reform moving towards a payment system based on quality over cost, but enhanced quality can impact the cost to treat.
At the same time, there are likely strategic reasons for investing or reinvesting in a da Vinci surgery service line. Much of this value can be driven by clinical value and also can have a direct impact on the economics of a program.

Probes:
"Does this value equation resonate with your practice or hospital?"
"How have you defined success clinically, economically and strategically for your da Vinci surgery service line?"

Attorneys' Eyes Only



Objective:
Demonstrate the thought process a patient goes through when contemplating surgical options and how Intuitive Surgical strives to provide patient value.

Statement:
Patient value serves as the foundation of Intuitive Surgical and the products and services it provides.
Alternative therapies have been brought to market for decades with the goal of minimizing invasiveness and maintaining, if not surpassing, the efficacy of open surgery.
Prior to the introduction of da Vinci Surgery, surgeons were forced to compromise efficacy for invasiveness (as evidenced by alternative therapies such as radiation or laparoscopy).

Probes:
"Does this patient value equation resonate with your practice or hospital?"

Attorneys' Eyes Only                                                                 Intuitive-00001260



Purpose of slide:
After validation of da Vinci surgery enabling MIS nationally and discussions around the future of emerging procedures, share insights on the adoption of these procedures within the hospital region.

Statements:
Now that we've reviewed the impact that da Vinci surgery has had on MIS for established procedures and have discussed the opportunities of enabling MIS in emerging procedures at a national level, let's take a look at the impact da Vinci surgery has had within your region.

Probes:
"Are these results as you expected for your region?"

Sources:
5. ISI internal estimates based on Q1 2008 through Q3 2015 national Premier database. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical. Data and conclusions should be considered preliminary unless published in a peer-reviewed journal. NOTE: procedure adoption numbers are snapshots of the third quarter of 2009, 2012 and 2015

Attorneys' Eyes Only



Source:
6. Truven Health Analytics. da Vinci Volume from Intuitive Surgical (data on file)

Attorneys' Eyes Only

Intuitive-00001262



Purpose of slide:
Highlight that from a cost standpoint, instruments and accessories are just the "tip of the iceberg" as it relates to the total cost to treat.

Statements:
The adoption of da Vinci surgery in the markets presented earlier was driven by differentiated clinical benefits which may be more meaningful from a value perspective if they can be measured in monetary terms.
As hospitals evaluate the total cost to treat da Vinci surgery patients, more often than not, a lot of scrutiny is placed on the costs of da Vinci instruments and accessories.
Capital costs - some institutions want to view capital and service as a fixed cost and it gets allocated across all service lines. If capital depreciation is included in the financials of da Vinci surgery, all service and capital in the OR should be treated similarly across surgical modalities (i.e., laparoscopic capital equipment amortization).
With operative time, we recommend exploring your times and cost for your surgeons.
This is an incomplete view unless you quantify the potential cost offsets associated with clinical measures such as LOS, ICU admission, conversions, complications, surgical site infections, PACU time, readmissions and blood transfusions.

Probes:
"Would you agree that these clinical measures have a significant effect on the total cost to treat patients?"

Attorneys' Eyes Only

Intuitive-00001263



Purpose of slide:
Show the national cost average data for typical hospital costs associated with surgery. This will be the basis for national cost averages and savings highlighted on the next several slides.

Statements:
Now that you have seen some of the latest clinical opportunities and trends in the U.S. and your region, let's take a look at how customers around the nation are starting to look at the total cost of care with regards to da Vinci surgery.
These are national cost averages for specific clinical endpoints based on Intuitive Surgical's healthcare economic team's research, and then reviewed and validated by an independent 3rd party consulting firm: Precision Health Economics – who has 5 offices in the US and is comprised of current and former tenured university academicians.
http://www.precisionhealtheconomics.com/about-phe
Your individual hospital figures will undoubtedly differ from these figures, but these are as accurate as possible for a nationwide sample.
We will use these calculations on the next slides to help us try and dollarize MIS cost savings via da Vinci surgery.

Probes:
Are you familiar with Precision Health?
Do these figures seem reasonable averages and proxies for each category?

Data Source:
h. Halpern NA, Pastores SM. Critical care medicine in the United States 2000-2005: an analysis of bed numbers, occupancy rates, payer mix, and costs. Crit Care Med 2010;38(1):65-71. Note: Cost updated to 2014 using medical services consumer price index (CPI).
b. Weighted average based on 2013 Premier Database data of robotic and laparoscopic conversion costs. Premier Database. 2013. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical. Note: Cost updated to 2014 using medical services consumer price index (CPI).
f. Agency for Healthcare Research and Quality. HCUPnet: A tool for identifying, tracking, and analyzing national hospital statistics. All patient readmissions within 30-days. National statistics, 2012. (Index stay - 124 Hysterectomy, abdominal and vaginal) or (Index stay - 44 Coronary artery bypass graft (CABG)).
c. DRG multiplier calculated based on data from Vonlanthen R, Slankamenac K, Breitenstein S, et al. The impact of complications on costs of major surgical procedures: a cost analysis of 1200 patients. Ann Surg. 2011;254(6):907-913.
e. Zimlichman E, Henderson D, Tamir O. Health care-associated infections: a meta-analysis of costs and financial impact on the US health care system. JAMA Intern Med. 2013 Dec 9-23;173(22):2039-46. doi: 10.1001/jamainternmed.2013.9763.

More information on Precision Health:
Led by tenured professors at elite research universities, we bring intellectual integrity, academic rigor, and a creative approach

Attorneys' Eyes Only

to the most challenging problems in health care.

Our team is comprised of a diverse and multi-disciplinary group of distinguished scholars, clinicians, and health care professionals who share a deep commitment to studying and improving healthcare. Our partners, Dana Goldman, Darius Lakdawalla, and Tomas Philipson, have built national and international reputations for excellence within the health care field — consistently setting the bar for achievement in health care research.

Our network of experts span leading academic institutions: Harvard, Stanford, Wharton, Chicago, MIT, Cornell, USC, UCLA. The economists and physicians who collaborate with us are national authorities in their respective fields. They are Nobel Prize and Clark Medal winners. We bring professionals experienced with government agencies (e.g., CMS and FDA) and industry (e.g., payers and life sciences).

Attorneys' Eyes Only

Intuitive-00001265



Attorneys' Eyes Only

Intuitive-00001266



Purpose of slide:
Give a comprehensive view of what a da Vinci surgery vs. Open vs. Laparoscopy cost offset could look like for benign hysterectomy procedures.

Statements:
Overall, you can see that when you look beyond supply costs and consider the potential improvement in outcomes based on a national database study, the impact of the total cost to treat patients can represent significant cost savings to hospitals.
Luciano study shows that with experience (after 100 cases), OR time fell below 3 hours (for the last 25 cases).
Please know, these costs may vary per hospital. In the absence of robust hospital specific cost data, these reference costs may be used to assess the economic value of improved patient outcomes.
Clinical data is based on a Luciano study that reviewed comparative outcomes from 289,875 hysterectomies from 156 US hospitals in Premier Research Database.
Length of stay reference (including both inpatient and outpatient) is based on the Marty Martino study which took a retrospective review of 2,552 patients from 2008 to 2012 at Lehigh Valley Health Network in Allentown, PA.

Data Sources:
7. Luciano AA, Luciano DE, Gabbert J and Seshadri-Kreaden U. The impact of robotics on the mode of benign hysterectomy and clinical outcomes, Int J Med Robot 2015 March. doi: 10.1002/rcs.1648.
8. Martino, Martin A. et al. A Comparison of Quality Outcome Measures in Patients Having a Hysterectomy for Benign Disease: Robotic vs. Non-robotic Approaches. Journal of Minimally Invasive Gynecology , Volume 21 , Issue 3 , 389 – 393
* Complications: Based on blended rate for Benign Hysterectomy DRG; $7,263 (2016 CMS Inpatient Facility Reimbursement); Overall complications calculation based on 0.5 x DRG

Attorneys' Eyes Only

Intuitive-00001267



Purpose of slide:
Give a comprehensive view of what a da Vinci surgery vs. open vs. laparoscopy cost offset could look like for colon resection procedures.

Statements:
Overall, you can see that when you look beyond supply costs and consider the potential improvement in outcomes based on a national database study, the impact of the total cost to treat patients can represent significant cost savings to hospitals.
Please know, these costs may vary per hospital.  In the absence of robust hospital specific cost data, these reference costs may be used to assess the economic value of improved patient outcomes.
Clinical data is based on a Cigdem Benlice study that was based on the ACS-NSQIP database and examined outcomes before and after frequency matching across the 3 surgical approaches. This study involved patients undergoing elective colectomy in 2013.

Data Sources
9. Benlice, C., Aytac, E., Costedio, M., Kessler, H., Abbas, M. A., Remzi, F. H., and Gorgun, E. (2016), Robotic, laparoscopic, and open colectomy: a case-matched comparison from the ACS-NSQIP, Int J Med Robotics ComputAssist Surg, doi: 10.1002/rcs.1783
Note: Complications reported as morbidity in paper
Complications: Based on blended rate for Colon Resection DRG; $15,901 (2016 CM6 Inpatient Facility Reimbursement); Overall complications calculation based on 0.5 x DRG

Attorneys' Eyes Only

Intuitive-00001268



Purpose of slide:
This slide gives a comprehensive view of what a da Vinci surgery vs. Open vs. Laparoscopy cost offset could look like for rectal resection procedures.

Statements:
Overall, you can see that when you look beyond supply costs and consider the potential improvement in outcomes based on a national database studies, the impact of the total cost to treat patients can represent significant cost savings to hospitals. Please know, these costs may vary per hospital.  In the absence of robust hospital specific cost data, these reference costs may be used to assess the economic value of improved patient outcomes.
Clinical data is based on:
Speicher PJ study based on the national cancer database examining short-term outcomes and pathologic surrogates of oncologic results among patients undergoing robotic versus laparoscopic low anterior resection for rectal cancer. A total of 6403 patients met inclusion criteria.
Midura study utilizing weighted Healthcare Cost and Utilization Project Nationwide Inpatient Sample data (2008, 2009) to identify the top 12 procedures for robotic general surgery.

Data Sources
10. Speicher PJ, et al. Robotic Low Anterior Resection for Rectal Cancer: A National Perspective on Short-term Oncologic Outcomes. Ann Surg. 2014 Nov
11. Midura EF, et al. The effect of surgical approach on short-term oncologic outcomes in rectal cancer surgery. Surgery. 2015 Aug;158(2):453-9. doi: 10.1016/j.surg.2015.02.020.
* Complications: Based on blended rate for Rectal Cancer DRG; $12,910 (2016 CM6 Inpatient Facility Reimbursement); Overall complications calculation based on 0.5 x DRG

Attorneys' Eyes Only



Purpose of slide:
This slide gives a comprehensive view of what a da Vinci surgery vs. Open vs. VATS cost offset could look like for lobectomy.

Statements:
Overall, you can see that when you look beyond supply costs and consider the potential improvement in outcomes based on a national database studies, the impact of the total cost to treat patients can represent significant cost savings to hospitals.
Please know, these costs may vary per hospital.  In the absence of robust hospital specific cost data, these reference costs may be used to assess the economic value of improved patient outcomes.
Clinical data is based on a R. Douglas Adams study that was based on the surgeon's retrospective cases and were compared to the 2009 and 2010 STS database.

Data Sources
12. Adams RD, et al. Initial Multicenter Community Robotic Lobectomy Experience: Comparisons to a National Database. Ann Thorac Surg 2014 June;97:1893-900. doi: 23.
* Complications: Based on blended rate for Lung Cancer DRG; $15,313 (2016 CM6 Inpatient Facility Reimbursement); Major complications calculation based on 2.8 x DRG

Attorneys' Eyes Only

Intuitive-00001270



Purpose of slide:
This slide gives a comprehensive view of what a da Vinci surgery vs. Open cost offset could look like for high-acuity ventral hernia procedures.

Statements:
Overall, you can see that when you look beyond supply costs and consider the potential improvement in outcomes, the impact of the total cost to treat patients can represent significant cost savings to hospitals.
Please know, these costs may vary per hospital.  In the absence of robust hospital specific cost data, these reference costs may be used to assess the economic value of improved patient outcomes.
Clinical data is based on a case-matched LA Martin-Del-Campo study.

Data Sources
13. Campo, et al. Comparative analysis of perioperative outcomes of robotic versus open transversus abdominis release. Surg Endosc. 25 March 2017.

Attorneys' Eyes Only                                                                                Intuitive-00001271



Purpose of slide:
This slide gives a comprehensive view of what a da Vinci surgery vs. Open cost offset could look like for incisional hernia procedures.

Statements:
Overall, you can see that when you look beyond supply costs and consider the potential improvement in outcomes, the impact of the total cost to treat patients can represent significant cost savings to hospitals.
Please know, these costs may vary per hospital.  In the absence of robust hospital specific cost data, these reference costs may be used to assess the economic value of improved patient outcomes.
Clinical data is based on a propensity score matched AS Prabhu study that compared matched groups within the AHSQC database

Data Sources
14. Prabhu, et al. Laparoscopic vs Robotic Intraperitoneal Mesh Repair for Incisional Hernia: An Americas Hernia Society Quality Collaborative Analysis. J Am Coll Surg 2017

Attorneys' Eyes Only



Purpose of slide:
Highlight a comparative analysis of a da Vinci surgery vs. laparoscopy for inguinal hernia repair and suggest they have comparable clinical outcomes.

Statements:
The early evidence supports da Vinci surgery providing comparable outcomes relative to laparoscopy.
The data highlighted here is based on an internal analysis of the Premier database from 2011-2015 that is specific to unilateral inguinal hernias. It should be noted that this is not a case-matched analysis due to the limited number of inguinal hernia patients that can be matched in the Premier database. As we gather more data, we will continue to validate the clinical value.
Lastly, da Vinci surgery is associated with a higher operative time (wheels in to wheels out) although it is difficult to control for surgeons going through their learning curve in the Premier data set.

Source:
15. Kimberly E. Waite, Comparison of robotic versus laparoscopic transabdominal preperitoneal (TAPP) inguinal hernia repair, J Robotic Surg DOI 10.1007/s11701-016-0580-1

Intuitive-00001273



**Purpose of slide:**
Use this slide to correct the misperception that da Vinci I&A costs are far higher than typical laparoscopic supply costs.

**Statements:**
There is often a misperception that da Vinci Surgery supply costs are significantly more expensive than those of laparoscopy.
When we consider the reposable nature of da Vinci instruments (relative to disposable lap instruments) along with common instrument and accessories for both modalities, we find that the cost of da Vinci supplies is relatively in line or less than those of lap.
In this example, you will find that the elimination of certain instruments such as tackers in robotic ventral hernia repairs can have significant cost reduction implications.

**Probes:**
Did you know that the instrument and accessory costs for da Vinci for Ventral Hernia are less than laparoscopic instrument and accessory costs?
Whatever the differences in supplies costs, in the scenario in which da Vinci surgery represents an increase in supply cost, it is important to evaluate value comprehensively vs. outcomes...do you agree?
Does da Vinci surgery offer a potential strategic revenue advantage; for example, a better payer mix?

**Data Source:**
16. Estimate generated using financial data provided by Parkview Medical Center, Pueblo, CO. This data presentation should be considered  as informational only and is not conclusive. Based on a single institution and may not be reproducible or generalizable.

Attorneys' Eyes Only

Intuitive-00001274



Attorneys' Eyes Only

Intuitive-00001275



Purpose of slide:
Share the methodology for selection, analysis and usage of the Premier Perspective Database.

Statements:
For procedures that have long been performed using the da Vinci System, like prostatectomy and benign hysterectomy, there is a wealth of comparative peer reviewed publications based on multiple institutions and/or national database studies.
The Premier Perspective Database provides both national and regional outcome insights that validate the clinical value of da Vinci surgery in literature using a consistent methodology and demonstrate value for emerging procedures where published literature is limited.
The Premier Perspective database represents ~40% of all hospital discharges (inpatient and outpatient) and is populated by a collaboration of both academic and community non-profit organizations.
The data we will be reviewing is based on discharges of patients from over 700 hospitals from 2008 through Q3 of 2015.
Propensity score-matched preliminary analyses have been performed for core da Vinci procedures .
Measurements included in the analysis are inpatient length of stay, transfusions, MIS to open conversions, overall complications, surgical site infections and OR time.
The data represented in the following slide has been propensity score-matched which ensures the selected patient, hospital and geographic characteristics are as similar as possible in order to limit bias or in other words, to compare apples to apples.
The patient characteristics or covariates selected have been found to bias outcomes. Examples of these covariates are age, obesity, race, admission type and Charlson comorbidity score.

Attorneys' Eyes Only

Intuitive-00001276



Purpose of slide:
Demonstrate the clinical value of da Vinci surgery based on a rigorous statistical analysis of the Premier Perspective Database. Customize the data display by 1) national and regional, 2) procedure type, and 3) median and mean views.

Statements:
The data highlighted here is based on an internal analysis of the Premier database from 2013 through Q3 2015. This data has been propensity score matched which ensures the selected patient and hospital characteristics are as similar as possible in order to limit bias.
For the majority of procedures, da Vinci surgery is associated with comparable if not better clinical outcomes to open and laparoscopic/VATS surgery. When you consider the potential improvement in outcomes based on the Premier data, the impact on the total cost to treat patients can represent significant cost savings to hospitals.
LOS
Statements
When looking at Inpatient LOS, da Vinci surgery has a lower LOS compared to open and is comparable, and sometimes lower than laparoscopic surgery. The LOS shown here is the median (or 50th percentile) as these values are most in line with the LOS you'll find in most published literature. However, we can also view the mean or average LOS for this procedure in your region. As you will see, the mean LOS tends to be higher than the LOS you may see at your hospital because this data accounts for outliers that drive up the average LOS. You will see similar results of median vs. mean for OR time. Regardless of viewing outcomes through a median or mean metric, robotic surgery has a comparable or lower LOS compared to open and laparoscopic surgery. (* Exceptions: Lobectomy – Midwest, da Vinci vs. lap, R. Colectomy Ben – Northeast, da Vinci vs. lap, R. Colectomy Can, da Vinci vs. lap). Note: hyst-benign LOS may look higher than expected but the premier data only accounts for patients that are admitted to the hospital and does not include outpatient (70% of hyst-benign) procedures.
Probes
Is the regional LOS in line with what you would expect to see in your region? How do your internal LOS compare to the national/regional rate?
Do you experience capacity shortages for patients presenting with some of these procedures?
When thinking about length of stay – other than the room and board costs, are there other considerations for getting a patient home sooner, i.e., hospital-acquired conditions?
What impact could LOS have on hospital patient satisfaction scores?

Blood Transfusions
Statements
Blood transfusion rate is lower than open and lower or comparable to lap for most procedures nationally. (* Exception: R. Colectomy Can).
Probes
Is the regional blood transfusion rate in line with what you would expect to see in your region? How do your internal

Attorneys' Eyes Only

transfusion rates compare to the national/regional rate?
What are the other costs associated with blood transfusions outside of direct costs? Administration of blood?

Complications
Statements
Overall complications, regardless of procedure, show favorable outcomes at a national level for da Vinci surgery vs. open surgery and most often comparable and sometimes favorable outcomes for da Vinci surgery vs. lap. This is particularly important for the pay-for-performance model as there will likely be increased scrutiny amongst payors around complication rates such as surgical site infections.
Probes
Is the regional complication rate in line with what you would expect to see in your region? How do your internal complication rates compare to the national/regional rate?

Surgical Site Infections
Statements
In 2016, the Hospital Acquired Conditions effort began including surgical site infections for colon surgery and abdominal hysterectomy. Medicare hospitals that underperform are penalized 1% of all Medicare reimbursement for their hospital. Reducing SSIs can represent significant cost avoidance. Based on a national cost study, the average cost per Surgical Site Infection is $20,785. Looking at the Premier data, specifically for hysterectomy and colectomy procedures (both benign and malignant), da Vinci surgery produces lower surgical site infections compared to open surgery. The use of a MIS approach compared to an open operation avoids incremental cost.
Probes
Is the regional SSI rate in line with what you would expect to see in your region? How do your internal SSI rates compare to the national/regional rate?
Has your hospital seen a difference in open vs. MIS SSI rates?

OR Time
Statements
da Vinci surgery is associated with a longer operative time (wheels in to wheels out) compared to laparoscopy and open surgery. However, it is difficult to control the Premier data set for surgeons going through their learning curve. The OR time shown here is the median (or 50th percentile) as these values are most in line with the LOS you'll find in most published literature. However, we can also view the mean or average OR time for this procedure in your region. As you will see, the mean OR tends to be higher than what you may see at your hospital because this data accounts for outliers that drive up the average OR time.
Probes
Is the regional OR time in line with what you would expect to see in your region? How do your internal OR times compare to the national/regional rate?
Has your hospital seen a reduction in OR time as surgeons gain more experience with the da Vinci System?
How does your hospital account for OR Time? Wheels in to wheels out?

Conversions
Statements
Lastly, with respect to conversions from MIS to open, da Vinci surgery is shown to have a lower rate than that of laparoscopy for all of the procedures shown here. Avoiding a conversion is not only important to a patient, but could have ancillary benefits such as length of stay, infection risk, etc.
Probes
Is the regional conversion rate in line with what you would expect to see in your region? How do your internal conversion rates compare to the national/regional rate?
How does a patient react when they are scheduled for an MIS procedure and wake-up to find that they had to undergo an open procedure? Does this affect satisfaction level?
What are the other costs associated with an open procedure vs. an MIS procedure? LOS? Infections? Blood transfusions? Pain Medications?

Q&A
"Why did you select the Premier Database?" There are a few reasons why we selected the Premier Perspective Database for outcomes results. First, the Premier Database represents ~40% of all hospital discharges (inpatient and outpatient) or discharges of patients from over 700 hospitals. The data is populated by a collaboration of both academic and community non-profit organizations. Second, Premier goes through a rigorous process of ensuring data standardization and appropriate categorization to ensure clean and accurate data sets. Third, Premier is able to identify at the patient level and track patients across all Premier facilities which provides a large data set to allow for a statistical analysis. For the purposes of directional insights, the Premier database enables us to perform a propensity score matched analysis and provide a representative view of patient outcomes at both the national and regional level.

"We are measured and incentivized to reduce readmissions at our hospital. Why don't you display readmissions results?" While

the Premier Perspective Database is robust, there are a few limitations including readmissions results. While readmissions are captured for patients, they are only captured for hospitals within the Premier database. For example, if a patient had surgery and was released from hospital A but was later readmitted to hospital B, that readmission would not be captured, so the overall readmission rate is potentially deflated. Given this limitation, we chose not to include readmission rates in the analysis. Other limitations include only inpatient LOS (because it's based on the patient's discharge) and it has the potential to be biased as it's a retrospective database.

"Dr. A's results look quite different than the Premier results you are displaying. Shouldn't they be comparable?" There are limitations in comparing a particular surgeon's outcomes to the national database. There is no algorithm developed within the Premier database that takes into account where the surgeon is in their learning curve or their experience. In addition, the techniques being used by Dr. A could be quite different than those from the Premier database. The data presented here is simply for directional purposes.

"I'd like to see the regional outcomes for both inguinal and ventral hernia. Why are they not available here?" In order to make a statistical argument, the matched sample size needs to be large enough to provide results. If the sample size drops below 25 force matched individuals, we were not able to run the analysis as the results would be misguiding. When this is the case, results will be displayed blank. In the case of inguinal and ventral hernia, these procedures are early in adoption and although we anticipate available data in the near future, there isn't enough to provide directional results at the regional level. You will also find that national data isn't included for inguinal hernia. While da Vinci surgery is comparable to lap and open for the outcomes displayed here, 96% of da Vinci inguinal hernia procedures are performed as outpatient procedures which aren't tracked in the Premier database.

"It seems like some of the data you're displaying isn't statistically significant, so is this data even accurate?" Statistical significance requires a certain sample size. For some of the outcomes displayed here, the sample size is too small to meet statistical significance. However, if you take into account the sample size displayed and how close the p-value is to statistical significance, as little as one or two more people could make the results statistically significant.

Data Source:
17. Internal analysis of Q1 2013 – Q3 2015 premier database.

Attorneys' Eyes Only

Intuitive-00001279



Attorneys' Eyes Only

Intuitive-00001280



Purpose of slide:
Show patients that elect to have da Vinci Surgery for benign hysterectomy have a higher degree of satisfaction compared to that of other surgical modalities.

Statements:
Would you agree that patient outcomes can influence patient satisfaction and experience?
In a published study, ~10,000 hysterectomy-benign patients were studied with respect to satisfaction with the surgical experience and pain levels.
The chart demonstrates that these patients that elected to have da Vinci benign hysterectomy reported the highest degree of satisfaction with the overall surgical experience and pain.
With value-based purchasing including a patient satisfaction component (via HCAHPS scores), a patient's experience can have a direct and measurable impact on hospital revenue.

Probes:
"Have you examined your patient satisfaction scores across surgical modalities?"
"What impact does patient satisfaction on surgical revenue for your hospital?"

Objection Handling:
HCAHPS surgery does not have clinical measures, and this is what pay-for-performance is going to be based on, so not sure how this surgery is relevant?
That is true with respect to HCAHPS, as they are looking at hospital room cleanliness, professionalism of doctors, etc. However, would you agree that surgical clinical outcomes has a direct effect patient satisfaction level? If you were converted to open when you expected an MIS procedure would that influence the satisfaction scores?

Data Source:
18. Pitter MC, Simmonds C, Seshadri-Kreaden U, et al. The impact of different surgical modalities for hysterectomy on satisfaction and patient reported outcomes. Interact J Med Res 2014;3(3):e11.

Attorneys' Eyes Only

Intuitive-00001281



Purpose of slide:
Present early, quantitative market research supporting patient perceptions around pain in da Vinci surgery vs laparoscopic and open surgery.

Statements:
A quantitative market research study recently conducted by Intuitive Surgical evaluated perceptions around pain among 406 patients who have had a inguinal hernia procedure within the past 12 months (robotic-assisted vs. lap vs. open)
Patient sample size: Open = 167, Lap = 168, da Vinci = 74
Methodology: online survey of past year IHR patients through a national market research panel and 14 individual physician offices
As you can see, the numbers shown here represent the perceived average pain score and degree that daily activities were disrupted of patients that took part in the market research:
da Vinci surgery patients have less pain than those that had an open and laparoscopic inguinal hernia repair
da Vinci surgery patients have the least disruption to daily activities
A higher percent of da Vinci surgery patients experience time to little or no pain within two weeks than those that had an open and laparoscopic inguinal hernia repair
65% da Vinci surgery vs 50% open surgery
A higher percent of da Vinci surgery patients experience time to no pain medication within two weeks than those that had an open and laparoscopic inguinal hernia repair
89% da Vinci surgery vs 74% open

Probe
What's your perception around pain and daily activity disruption in patients receiving da Vinci surgery vs open and/or laparoscopic surgery?
How important is pain and return to daily activities to you and your patients?
What impact could patients' pain experience have on hospital patient satisfaction scores?

Data Source:
19. Results from an accepted abstract on patient pain perception, November 2016. N = 406 patients. This is a quantitative market research study and expresses opinions of patients that received open, laparoscopic or da Vinci inguinal hernia repair in the past year. This data comparison is not case matched for patient complexity and/or disease status and may not be comparable across these surgical modalities. The data have not been peer-reviewed and have not been published.

Attorneys' Eyes Only

Intuitive-00001282



Purpose of slide:
Demonstrate the insurance mix of patients that elect to have specific procedures at a regional level – da Vinci surgery vs. open and lap.

Statements:
Throughout the country, hospitals are looking to diversify their payor mix in an effort to attract or retain more commercially/privately insured patients. Premier data shows that for the core procedures, da Vinci surgery attracts more commercially insured patients compared to laparoscopic and open surgery.

Probes:
What do you think the reasons are for patients with commercial insurance aligning more with da Vinci procedures? (potential answers – more educated/informed patient chooses da Vinci surgery.)
Have you looked at your specific payor mix vs. surgical approach; do any of these procedures stand out to you as a primary service line you want to attract?
On average, what is your % premium for commercial patients vs. Medicare / Medicaid?
In 2016, Medicare increased the average reimbursement rate for outpatient benign hysterectomy procedures by 86% and is for the first time reimbursed at a higher rate that an inpatient hysterectomy. Have you evaluated your reimbursement rate for outpatient procedures and if so, is it in line with the average Medicare reimbursement rate?

Source:
17. Internal analysis of Q1 2013 – Q3 2015 premier database.

Attorneys' Eyes Only
Intuitive-00001283



**Purpose of slide:**
Demonstrate the prevalence of outpatient surgery in low-acuity procedures like benign hysterectomy, inguinal hernia and low complexity ventral hernia.

**Statements:**
"Outpatient" in this data is defined by admission status, not site of care. In other words, the percentages displayed in this chart represent the percent of patients that are "outpatient" and not admitted to the hospital by surgical modality.
The majority of patients having low-acuity procedures like benign hysterectomy, inguinal hernia and low complexity ventral hernia are receiving outpatient procedures rather than being admitted to the hospital.
80% of da Vinci benign hysterectomy 96% of da Vinci inguinal hernia, and 80% of ventral hernia cases are performed as outpatient procedures.
Given the increase in reimbursement for a number of these procedures, specifically benign hysterectomy, da Vinci surgery could represent an increase in your hospital's reimbursement.

**Probes:**
What is your inpatient/outpatient mix for da Vinci benign hysterectomy, inguinal hernia and ventral hernia procedures?
Would you see value in moving some of these outpatient procedures to an alternate site of care, like your HOPD, to open access in the main OR for higher acuity procedures?

**Source:**
5. ISI internal estimates based on Q1 2008 through Q3 2015 national Premier database. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical. Data and conclusions should be considered preliminary unless published in a peer-reviewed journal. NOTE: procedure adoption numbers are snapshots of the third quarter of 2009, 2012 and 2015

Attorneys' Eyes Only



Purpose of slide:
This slide provides peer reviewed publication support to support claims of patients seeking / traveling to receive da Vinci surgery; and eventual procedure consolidation.

Statements:
In 2012, Dr. Karyn Stitzenberg, a surgical oncologist form UNC-Chapel Hill did an analysis on the consolidation and travel patterns of patients seeking prostatectomy surgery.
Methods:  A population-based observational study of all prostatectomies for cancer in New York, New Jersey, and Pennsylvania from 2000 to 2009 was performed using hospital discharge data. Hospital procedure volume was defined as the number of prostatectomies performed for cancer in a given year. Straight-line travel distance to the treating hospital was calculated for each case. Hospitals were contacted to determine the year of acquisition of the first robot.
Conclusion: the hospitals offering robotic surgery consolidated the patients over time, and those who didn't initiate a robotic surgery program eventually lost their service line.

Probes:
"Based on the trends that we just reviewed in both gynecology and general surgery, do you think the same consolidation process will happen with these surgical specialties?"
"What are your plans to address this consolidation?"

Objection handling:
This study was just about New York, Pennsylvania, and New Jersey....our market is different so can you draw this conclusion for the entire U.S.?
"You are correct, this study only focused on the northeast, however, we have seen the same trends throughout the U.S. With 90% or more of the prostatectomies in the US being treated with da Vinci surgery, do you think it is safe to say that if you are in the prostatectomy business, you likely have a da Vinci surgery program?"
Why did the number of prostatectomies fall-off in 2007?
"Prostatectomy procedures actually stayed relatively flat during 2007 and beyond, but we know that the hospitals that invested in da Vinci surgery were growing and consolidating patients. It is possible that IMRT may have had a small impact, and also possible that as a result of less hospitals doing prostate surgery, it could bring the overall number down."

Data Source:
20. Karyn B. Stitzenberg , et  al. Trends in Radical Prostatectomy: Centralization, Robotics, and Access to Urologic Cancer Care. Cancer. 2012 Jan 1; 118(1): 54–62.

Attorneys' Eyes Only



Purpose of slide:
This slide shows the proliferation of da Vinci surgery in urology, gynecology, and general surgery resident / fellowship programs, and implies growing surgeon interest in having access to a da Vinci Surgical System.

Statements:
Attracting physicians is among hospital CEOs' top imperatives. As hospitals evaluate da Vinci surgery and opportunities to attract surgeons, they should consider the proliferation of da Vinci surgery in residency and fellowship programs where physicians are being exposed to robotic-assisted surgery.
In the case of URO, 96% of hospitals with urology residency programs are performing da Vinci Surgery. As shown here, da Vinci surgery is being rapidly adopted by residencies and fellowships across specialties.
A successful da Vinci surgery program can help attract top talent.

Probes:
"Have you also seen an increased interest in robotics for surgeon's you are recruiting?"
"What specific specialties are you recruiting for today?"

Data Source:
21. ISI internal estimates based on 2014 national Premier database. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical.
22. Smith, Aimee L., et al. J Robotic Surg (2010) 4:23–27; Survey of obstetrics and gynecology residents' training and opinions on robotic surgery
23. Soorena Fatehchehr, MD. Robotic Surgery Training in Gynecologic Fellowship Programs in the United States. Journal of the Society of Laparoendoscopic Surgeons. July–Sept 2014 Volume 18 Issue 3
24. Association of Programs Directors in Colon and Rectal Surgery (APDCRS)

Attorneys' Eyes Only

Intuitive-00001286



Attorneys' Eyes Only

Intuitive-00001287



Data Source:
25. Open and Lap/VATS estimates: IMS Health, 2013-2014 (the most current data available at the time of data purchase by procedure); procedure estimates may not include those from cash-pay patients. da Vinci® procedure volumes: Intuitive Surgical (data on file)

Attorneys' Eyes Only



Purpose of slide:
Review hospital performance in surgical site infection scores based on publicly available information on the Hospital Compare website under Medicare.gov

Statements:
The Patient Protection and Affordable Care Act (ACA) established the Hospital-Acquired Condition (HAC) Reduction Program to provide an incentive for hospitals to reduce HACs.
Effective beginning on October 1, 2014, the HAC Reduction Program requires an adjustment to Medicare payments for hospitals that rank in the worst-performing quartile of all Medicare hospitals with respect to risk-adjusted HAC quality measures. These hospitals will have their payments reduced to 99 percent of what would otherwise have been paid for such discharges.
Among the measures under the HAC program are SSIs (surgical site infections) specific to colon surgery and abdominal hysterectomy
The data shown here represents your hospital's SSI score and whether your hospital is subject to a HAC penalty based on 2015 data. Each hospital is assigned a measure score between 1 and 10 for each SSI measure. Note: a lower score is better, a higher score is worse.

Probes:
For hospitals with high SSI scores (higher scores are worse), what role has da Vinci surgery played or can it play in reducing these hospital-acquired conditions?
What is the degree of open surgery in procedures like colon surgery at your hospital and what impact can that have on high SSIs?

26. FY2017 CMS HAC penalty report, Data.Medicare.gov

Attorneys' Eyes Only



Patient Migration Tool: https://tableau.intusurg.com/#/views/PatientMigrationv3_5/Overview?:iid=1

Data Source:
27. IMS Health, 2014

Attorneys' Eyes Only

Intuitive-00001290



Purpose of slide:
Discuss the concept of enabling more MIS in high-acuity cases in the hospital OR while leveraging an HOPD asset to accommodate/grow low-acuity cases

Statements:
Today, you have invested in da Vinci surgery for a range of clinical applications, spanning high-acuity procedures (such as colorectal and thoracic surgery) to lower-acuity procedures (such as hysterectomy and hernia repair).
In light of the trends we discussed earlier, many hospitals are evaluating strategies to open up more access in the hospital OR to perform more MIS/da Vinci surgery by shifting their low-acuity cases to a hospital outpatient department.
By shifting low-acuity cases to the HOP0D, hospitals potentially benefit from the access, efficiencies and increased consistency of back-to-back cases without any change in reimbursement (be it a given procedure performed at the main hospital or HOPD). Consequently, access to da Vinci surgery for high-acuity procedures in the main hospital expands potentially allowing you to enable more MIS for procedures that may still be performed open. The benefit is increased access for MIS and potential reduction in open surgery and the associated costs to treat those patients.

Probes:
"As you work toward creating synergies between your HOPD and inpatient setting, what types of plans, if any, do you have for maximizing the clinical and financial value that specific surgical procedures bring to each setting?"
"Is there a value to opening more surgical time in the main OR for high-acuity / more complex procedure volume?"
"What clinical value have you experienced with da Vinci surgery in moving open  MIS? What is preventing you from enabling more MIS for complex, high acuity procedures?"
"Do you feel as though your surgeons currently have a path for booking 3-4 robotic-assisted procedures back to back with minimal turnover?  Could the HOPD be more efficient for them?  Could this be a draw to attract surgeons from the competitive facility?"

Attorneys' Eyes Only

Intuitive-00001291



Attorneys' Eyes Only

Intuitive-00001292

# Challenges and Solutions

| Opportunity | Challenges | Solutions |
|---|---|---|
| Clinical | | |
| | | |
| Operational | | |
| | | |
| Strategic | | |
| | | |

INTUITIVE.

PN 1018713-US Rev | 08/2018    54

Attorneys' Eyes Only

Intuitive-00001293



Attorneys' Eyes Only

Intuitive-00001294

HOME    ← BACK    FORWARD→    MEETING OBJECTIVES    ECOSYSTEM    RESULTS    UPDATES    COMPARATIVE OUTCOMES    PRELIMINARY OUTCOMES    STRATEGIC ADVANTAGE    OPPORTUNITY    SOLUTIONS

# Key Clinical References

| | Benign Hysterectomy | | Colon Resection | Rectal Resection | | Lobectomy | Ventral Hernia | Incisional Hernia | Inguinal Hernia |
|---|---|---|---|---|---|---|---|---|---|
| Year | 2015 | 2014 | 2016 | 2014 | 2015 | 2014 | 2017 | 2017 | 2016 |
| Reference # | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| Publication | Luciano AA International Journal of Medicine | Martino, MA Journal of Minimally Invasive Gynecology | Benlice C International Journal of Medical Robotics and Computer Assisted Surgery | Speicher PJ Annals of Surgery | Midura EF Surgery | Adams RD Annals of Thoracic Surgery | Campo LA Surgical Endoscopy | Prabhu AS J Am Coll Surg | Kimberly E. Waite J Robotic Surg |
| Publication source | Review of 156 hospitals in Premier Research Database over 6 years | Retrospective study of 2,554 hysterectomy patients in health network database | Case-matched comparison from the ACS-NSQIP | National Cancer Database NCB | | Multicenter study based on Society of Thoracic Surgeons Database. Robotic early experience in comparison to VATS and Open from STS | Multicenter retrospective study of 114 ventral hernia patients | Case-matched comparison from AHSQC database | Retrospective review of 63 consecutive patients at Oakland University William Beaumont School of Medicine |
| Limitations | Retrospective, non-matched  Analysis limited to hospitals with robotics | Retrospective, non-matched  Single institution | Retrospective | Several patient characteristics unavailable  Lack of specific complication data | | Retrospective, non-matched  Early learning curve for robotics | Small sample | Retrospective  Mesh fixation differences | Single surgeon  Single institution  Retrospective, non-matched  Small sample |

Attorneys' Eyes Only     Intuitive-00001295

HOME   ← BACK   FORWARD→   MEETING OBJECTIVES   ECOSYSTEM   RESULTS   UPDATES   COMPARATIVE OUTCOMES   PRELIMINARY OUTCOMES   STRATEGIC ADVANTAGE   OPPORTUNITY   SOLUTIONS

# Cost Modeling Methodology

| Ref. | Clinical Metric | Resource(s) | Calculation Method | Published Value | Value Adjustment |
|---|---|---|---|---|---|
| a | Operative Time | Chatterjee A, Payette MJ, Demas CP, et al. Opportunity cost: a systematic application to surgery. Surgery 2009;146:18-22. | Opportunity Cost | $11/min | 2009-2014 Medical Services Consumer Price Index |

NOTE: Published value is based on laparoscopic ventral hernia repair.

| Ref. | Clinical Metric | Resource(s) | Calculation Method | Published Value | Value Adjustment |
|---|---|---|---|---|---|
| b | Conversions | Intuitive Surgical, Inc. analysis of 2013 Premier Database for robotic and laparoscopic conversion costs. | Weighted Average | n/a | 2013-2014 Medical Services Consumer Price Index |

NOTE: Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical.

NOTE:
- Surgical complications classified as Clavien-Dindo Grade I constitute "Minor Complications" for the purposes of this analysis. The DRG multiplier featured (0.3) is an average of the calculated values from column 4 for each of these classifications.
- Surgical complications classified as Clavien-Dindo Grade IIIb, IVa and IVb constitute "Major Complications" for the purposes of this analysis. The DRG multiplier featured (2.8) is an average of the calculated values from column 4 for each of these classifications.

*Based on 2014 Premier Database inpatient/outpatient procedure mix and DRG mix.

INTUITIVE.

Attorneys' Eyes Only

Intuitive-00001296

# Cost Modeling Methodology (cont'd.)

| Ref. | Clinical Metric | Resource(s) | Calculation Method | Published Value | Value Adjustment |
|---|---|---|---|---|---|
| c | Complications | | | | |
| | DRG multiplier | Vonlanthen R, Slankamenac K, Breitenstein S, et al. The impact of complications on costs of major surgical procedures: a cost analysis of 1200 patients. Ann Surg. 2011;254(6):907-913. | $\dfrac{\text{Cost of complication}}{\text{Cost of surgery w/o complications}} - \dfrac{\text{Cost of surgery}}{\text{w/o complications}}$ | n/a | n/a |
| | DRG value | FY2016 Final Rule Tables. Center for Medicare and Medicaid Services. | Weighted Average* | **Hyst-Benign**<br>DRG-742 (32%*) - $8,527.10 / DRG-743 (9%*) - $5,521.30<br>APC-5362 (59%*) - $6,881.00<br>**Lobectomy**<br>DRG-163 (18%*) - $27,177.90 / DRG-164 (56%*) - $14,031.26<br>DRG-165 (26%*) - $9,881.00<br>**Colon Resection**<br>DRG-329 (25%*) - $27,177.90 / DRG-330 (47%*) - $13,942.36<br>DRG-331 (41%*) - $9,005.93<br>**Rectal Cancer**<br>DRG-332 (12%*) - $24,848.85 / DRG-333 (47%*) - $13,256.36<br>DRG-334 (41%*) - $9,018.50<br>**Ventral Hernia Repair**<br>DRG-353 (3%*) - $15,953.33 / DRG-354 (11%*) - $9,109.79<br>DRG-355 (13%*) - $6,765.38 / APC-0132 (73%*) - $4,001.00<br>**Inguinal Hernia Repair**<br>DRG-350 (3%*) - $13,655.39 / DRG-351 (1%*) - $7,707.73<br>DRG-352 (4%*) - $5,346.93 / APC-0131 (92%*) - $4,038.82 | n/a |

Attorneys' Eyes Only    Intuitive-00001297

# Cost Modeling Methodology (cont'd.)

| Ref. | Clinical Metric | Resource(s) | Calculation Method | Published Value | Value Adjustment |
|---|---|---|---|---|---|
| d | Transfusions | Shander A, Hofmann A, Ozawa S, et al. Activity-based costs of blood transfusions in surgical patients at four hospitals. Transfusion 2010;50(4):753-765. | $1,183.32 + $726.05 / 2 = $955 | $1,183.32 / $726.05 | 2008-2014 Medical Services Consumer Price Index |
| | | NOTE: Per-unit blood cost is based on the average of the two hospitals of the four studied that are based in the U.S., specifically, EHMC and RIH (the other two are in Europe). | | | |
| e | Surgical Site Infections | Zimlichman E, Henderson D, Tamir O. Health care-associated infections: a meta-analysis of costs and financial impact on the U.S. health care system. JAMA Intern Med. 2013 Dec 9-23;173(22):2039-46. | n/a | $20,785 | n/a |
| f | Readmissions | Agency for Healthcare Research and Quality. HCUPnet: A tool for identifying, tracking, and analyzing national hospital statistics. All patient readmissions within 30 days. National statistics, 2012. (Index stay - 124 Hysterectomy, abdominal and vaginal) and (Index stay - 44 Coronary artery bypass graft (CABG)). | n/a | $11,087 (Hysterectomy, abdominal and vaginal) | 2012-2014 Medical Services Consumer Price Index |
| g | Recurrences | Poulose BK, Shelton J, Phillips S, et al. Epidemiology and cost of ventral hernia repair: making the case for hernia research. Hernia. 2012 Apr;16(2):179-83. | n/a | $15,899 | n/a |
| h | Length of Stay | Halpern NA, Pastores SM. Critical care medicine in the United States 2000-2005: an analysis of bed numbers, occupancy rates, payer mix, and costs. Crit Care Med 2010;38(1):65-71. | n/a | $1,153/day (general ward) $3,518/day (intensive care) | 2005-2014 Medical Services Consumer Price Index |

Attorneys' Eyes Only

Intuitive-00001298

# References

In order to provide benefit and risk information, Intuitive Surgical reviews the highest available level of evidence on representative da Vinci procedures. Intuitive Surgical strives to provide a complete, fair and balanced view of the clinical literature. However, our materials should not be seen as a substitute for a comprehensive literature review for inclusion of all potential outcomes. We encourage patients and physicians to review the original publications and all available literature in order to make an informed decision. Clinical studies are available at pubmed.gov.

1. Intuitive Surgical internal estimates based on Q1 of 2008 national Premier database. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical. Sources for market share estimates are based on data purchased for that year. Data and conclusions should be considered preliminary unless published in a peer-reviewed journal. NOTE: Ventral Hernia Repair market share numbers include only primary procedures.

2. Intuitive Surgical internal estimates based on Q1 of 2017 national Premier database for open, conventional MIS and da Vinci procedures.

3. Intuitive Surgical internal estimates based on Q1 of 2017 national Premier database for open procedures.

4. Intuitive Surgical internal estimates based on Q1 of 2017 JP Morgan analysis and data for da Vinci procedures.

5. ISI internal estimates based on 2008 through 2017 national Premier database. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical. Data and conclusions should be considered preliminary unless published in a peer-reviewed journal.

6. Truven Health Analytics. da Vinci Volume from Intuitive Surgical (data on file)

7. Luciano AA, Luciano DE, Gabbert J and Seshadri-Kreaden U. The impact of robotics on the mode of benign hysterectomy and clinical outcomes. Int J Med Robot 2015 March. doi: 10.1002/rcs.1648.

8. Martin A. Martino, MD. A Comparison of Quality Outcome Measures in Patients Having a Hysterectomy for Benign Disease: Robotic vs. Non-robotic Approaches. Journal of Minimally Invasive Gynecology, 2014

9. Benlice, C., Aytac, E., Costedio, M., Kessler, H., Abbas, M. A., Remzi, F. H., and Gorgun, E. (2016). Robotic, laparoscopic, and open colectomy: a case-matched comparison from the ACS-NSQIP. Int J Med Robotics ComputAssist Surg. doi: 10.1002/rcs.1783

10. Speicher PJ, et al. Robotic Low Anterior Resection for Rectal Cancer: A National Perspective on Short-term Oncologic Outcomes. Ann Surg. 2014 Nov 17.

11. Midura EF, et al. The effect of surgical approach on short-term oncologic outcomes in rectal cancer surgery. Surgery. 2015 Aug;158(2):453-9. doi: 10.1016/j.surg.2015.02.020.

12. Adams RD, et al. Initial Multicenter Community Robotic Lobectomy Experience: Comparisons to a National Database. Ann Thorac Surg 2014 June;97:1893-900. doi: 23.

Attorneys' Eyes Only

Intuitive-00001299

# References

13. Campo, et al. Comparative analysis of perioperative outcomes of robotic versus open transversus abdominis release. Surg Endosc. 25 March 2017.

14. Prabhu, et al. Laparoscopic vs Robotic Intraperitoneal Mesh Repair for Incisional Hernia: An Americas Hernia Society Quality Collaborative Analysis. J Am Coll Surg 2017

15. Kimberly E. Waite. Comparison of robotic versus laparoscopic transabdominal preperitoneal (TAPP) inguinal hernia repair, J Robotic Surg DOI 10.1007/s11701-016-0560-1

16. Estimate generated using financial data provided by Parkview Medical Center, Pueblo, CO. This data presentation should be considered as informational only and is not conclusive. Based on a single institution and may not be reproducible or generalizable.

17. Internal analysis of Q1 2013 – Q3 2015 premier database.

18. Pitter MC, Simmonds C, Seshadri-Kreaden U, et al. The impact of different surgical modalities for hysterectomy on satisfaction and patient reported outcomes. Interact J Med Res 2014;3(3):e11.

19. Siffner JG, et al. Patient perceptions of acute pain and activity disruption following inguinal hernia repair: a propensity-matched comparison of robotic-assisted, laparoscopic, and open approaches. Journal of Robotic Surgery 2018. doi 10.1007/s11701-018-0790-9

20. Karyn B. Stitzenberg , et al. Trends in Radical Prostatectomy: Centralization, Robotics, and Access to Urologic Cancer Care. Cancer. 2012 Jan 1, 118(1): 54–62

21. ISI internal estimates based on 2014 national Premier database. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical.

22. Smith, Aimee L., et al J Robotic Surg (2010) 4:23–27; Survey of obstetrics and gynecology residents' training and opinions on robotic surgery

23. Seorena Fatehchehr, MD. Robotic Surgery Training in Gynecologic Fellowship Programs in the United States. Journal of the Society of Laparoendoscopic Surgeons. July–Sept 2014 Volume 18 Issue 3

24. Association of Programs Directors in Colon and Rectal Surgery (APDCRS)

25. Open and Lap/VATS estimates: IMS Health, 2013-2014 (the most current data available at the time of data purchase by procedure); procedure estimates may not include those from cash-pay patients. da Vinci® procedure volumes: Intuitive Surgical (data on file)

26. FY2017 CMS HAC penalty report, Data.Medicare.gov

27. IMS Health, 2014

Attorneys' Eyes Only                                                    Intuitive-00001300



## Literature Selection Methodology

### General study selection methodology
1. Peer reviewed publication
2. Review of large database or meta-analysis
3. Three-arm comparison between open, laparoscopic and robotic-assisted
4. Highlights key outcomes measures including length of stay, conversions, complications and readmissions

### Exceptions to the general study selection methodology include
**Benign hysterectomy**
Landeen study utilized for LOS; Luciano study reported inpatient procedures only
Martino study utilized for readmissions; Luciano study doesn't report readmissions

**Rectal resection**
Speicher study utilized for conversions; Midura study doesn't report conversions
Midura study utilized for readmissions and LOS; Speicher study doesn't report readmissions or LOS

**Hernia repair**
Incisional: Prabhu study utilized for LOS, complications and readmissions; study does not include conversions, OR time, SSI
Inguinal: Waite study utilized in absence of large, peer-reviewed publications and review of large database studies

INTUITIVE.    PN 1018713-US Rev | 08/2018    62

Attorneys' Eyes Only    Intuitive-00001301

# Procedure Code List

Used for Intuitive Surgical internal analysis of Premier Perspective Database

ICD9 procedure codes used to define:

| LAR | Ventral Hernia | Inguinal Hernia | | Hysterectomy Benign | Hysterectomy Malignant | | |
|---|---|---|---|---|---|---|---|
| 48.62 | 53.41 | 17.11 | 53.04 | 68.31 | 68.31 | 180 | 183.5 |
| 48.63 | 53.42 | 17.12 | 53.05 | 68.39 | 68.39 | 180.1 | 183.8 |
| 154 | 53.43 | 17.13 | 53.1 | 68.41 | 68.41 | 180.8 | 198.6 |
| 154.1 | 53.49 | 17.21 | 53.11 | 68.49 | 68.49 | 180.9 | 198.82 |
| 154.2 | 53.51 | 17.22 | 53.12 | 68.51 | 68.51 | 181 | 233.2 |
| 154.3 | 53.59 | 17.23 | 53.13 | 68.59 | 68.59 | 182 | 233.3 |
| 154.8 | 53.61 | 17.24 | 53.14 | 68.9 | 68.9 | 182.1 | 233.30 |
| 196.2 | 53.62 | 53 | 53.15 | | 68.61 | 182.8 | 233.31 |
| 197.5 | 53.63 | 53.01 | 53.16 | | 68.69 | 183 | 233.32 |
| | 53.69 | 53.02 | 53.17 | | 68.71 | 183.2 | 233.39 |
| | | 53.03 | | | 68.79 | 183.3 | 795.06 |
| | | | | | 179 | 183.4 | |

| Prostatectomy | Sigmoidectomy | Right Colectomy (Cancer & Benign) | Lobectomy |
|---|---|---|---|
| 60.21 | 17.36 | 17.33 | 32.41 |
| 60.29 | 45.76 | 45.73 | 32.49 |
| 60.3 | 562.10 | 153.0 | |
| 60.4 | 562.11 | 153.4 | |
| 60.5 | 562.12 | 153.6 | |
| 60.69 | 562.13 | | |

Attorneys' Eyes Only                                                                                    Intuitive-00001302



Attorneys' Eyes Only

Intuitive-00001303

Case 2:21-cv-03825-MMC    Document 238-7    Filed 04/03/24    Page 69 of 76





Data and conclusions presented should be considered preliminary unless published in a peer-reviewed journal. This data presentation should be considered as informational only and is not conclusive.
Financial data provided by Wilkes-Barre General Hospital, Wilkes-Barre, PA. The data presented here reflect a single institution experience. The results may or may not be reproducible and are not generalizable.

Purpose of slide:
Use this slide to correct the misperception that da Vinci I&A costs are far higher than typical laparoscopic supply costs.

Statements:
There is often a misperception that da Vinci Surgery supply costs are significantly more expensive than those of laparoscopy. When we consider the reposable nature of da Vinci instruments (relative to disposable lap instruments) along with common instrument and accessories for both modalities, we find that the cost of da Vinci supplies is relatively in line or less than those of lap and open.
In this example, you will find that the elimination of certain instruments such as tackers in robotic ventral hernia repairs can have significant cost reduction implications.

Probes:
Did you know that the instrument and accessory costs for da Vinci for ventral hernia repair are more or less in-line with open and less than laparoscopic instrument and accessory costs?
Whatever the differences in supplies costs, in the scenario in which da Vinci surgery represents an increase in supply cost, it is important to evaluate value comprehensively vs. outcomes...do you agree?
Does da Vinci surgery offer a potential strategic revenue advantage; for example, a better payer mix?

Data Source:
Financial data provided by Wilkes-Barre General Hospital, Wilkes-Barre, PA. Data and conclusions presented should be considered preliminary unless published in a peer-reviewed journal. This data presentation should be considered as informational only and is not conclusive.

Attorneys' Eyes Only

# Optimize Instruments and Accessories Cost

Devin Garza, MD and Intuitive Internal Estimates
**Benign Hysterectomy**

| Instrument | da Vinci Multi-Port* | da Vinci Single-Site®* | Laparascopic Multi-Port* | Open*^ |
|---|---|---|---|---|
| Total | $1,140 | $1,095 | $750-$1,308+ | $234 |
| Bipolar / Ligasure | $270 | $257 | $490 | $225 |
| Monopolar / Scissors | $340 | $143 | — | — |
| Monopolar Tip Cover | $20 | — | — | — |
| Needle Driver / Endo Stitch™ | — | $230 | $398 | — |
| Endo Stitch – 2 reloads | — | — | $160 | — |
| Large / Mega SutureCut™ | $240 | — | — | — |
| Suction Irrigator | — | $50 | $50 | $5 |
| Drapes and Seals | $200 | $272 | — | — |
| Trocars / Port | $70 | $143 | $210 | — |
| Bovie Electrocautery | — | — | — | $2 |
| Suture | — | — | — | $2 |

\* Financial data provided by St. David's North Austin Medical Center, Austin, TX. This data presentation should be considered  as informational only and is not conclusive. Based on a single institution and may not be
  reproducible or generalizable.
+ Range with and without Endo Stitch™ and reloads
^ Estimate generated by Intuitive Surgical, Inc.

Attorneys' Eyes Only

Intuitive-00001306

HOME    ← BACK    FORWARD →    MEETING OBJECTIVES    ECOSYSTEM    RESULTS    UPDATES    COMPARATIVE OUTCOMES    PRELIMINARY OUTCOMES    STRATEGIC ADVANTAGE    OPPORTUNITY    SOLUTIONS

# Optimize Instruments and Accessories Cost

Reza Gamagami, MD and ISI Internal Estimates

| Instrument | da Vinci® | Laparoscopic | Open |
|---|---|---|---|
| Total | $2,410 | $2,235 | $1,698 |
| Cadiere Forceps | $210 | — | — |
| Vessel Sealer | $595 | $485 | $655 |
| Stapler (+ 2 reloads) | $680 | $550 | $510 |
| Large Suturecut Needle Driver | $220 | — | — |
| Permanent Cautery Hook | $200 | — | — |
| Small Graptor | $240 | — | — |
| Bovie Pencil | — | — | $8 |
| EEA | — | $500 | — |
| Hand Assist GelPort | — | $500 | $425 |
| Trocar and Drapes | $265 | — | — |
| Lap Graspers & Scissors | — | $200 | — |
| Extraction Bags | — | — | $100 |

* Estimate generated using financial data provided by Silver Cross Hospital, Joliet, IL and Oklahoma Surgical Hospital, Tulsa, OK . This data presentation should be considered as informational only and is not conclusive. Based on a single institution and may not be reproducible or generalizable.
+Open estimate based on internal estimates.

Attorneys' Eyes Only

Intuitive-00001307

## Optimize Instruments and Accessories Cost

Craig Johnson, MD; Darry Meyer, MD; Gregory DeArmond, MD; Alan Bassin, MD
**Rectal Resection**

| Instrument | da Vinci® | Laparoscopic* | Open* |
|---|---|---|---|
| **Total** | **$2,355** | $1,665 | $1,615 |
| Vessel Sealer | $595 | $480 | $485 |
| Stapler (+ 2 reloads) | $680 | $465 | $550 |
| EEA | — | $500 | $500 |
| Monopolar Curved Scissors | $320 | — | — |
| Needle Driver | $220 | — | — |
| Grasper | $200 | — | — |
| Trocars (x4) | — | $140 | — |
| Disposable Accessory Kit | $260 | — | — |
| Wound Protector | $80 | $80 | $80 |

\* Estimate generated using financial data provided by Woodland Heights Medical Center, Lufkin, TX and Oklahoma Surgical Hospital, Tulsa, OK. This data presentation should be considered as informational only and is not conclusive. Based on a single institution and may not be reproducible or generalizable.

INTUITIVE.   PN 1018713-US Rev I 08/2018   69

Attorneys' Eyes Only   Intuitive-00001308

HOME    ← BACK    FORWARD→    MEETING    ECOSYSTEM    RESULTS    UPDATES    COMPARATIVE    PRELIMINARY    STRATEGIC    OPPORTUNITY    SOLUTIONS
OBJECTIVES                                                        OUTCOMES       OUTCOMES       ADVANTAGE

## Optimize Instruments and Accessories Cost

Kimble Jett, MD
**Lobectomy**

| Instrument | da Vinci®* | Laparoscopic* | Open* |
|---|---|---|---|
| Total | $1,012 | $150 | $150 |
| Curved Bipolar Dissector | $270 | — | — |
| Cardiere Forceps | $200 | — | — |
| Thoracic Grasper | $240 | $60 | $60 |
| Small Clip Applier | $42 | — | — |
| Dennis Dissector | — | $7 | $7 |
| Node Grasper | — | $7 | $7 |
| Debakey Forceps | — | $10 | $10 |
| Thoracotomy Drape | — | $66 | $66 |
| Drape Kit – 4 Arm | $260 | — | — |

\* Estimate generated using financial data provided by Frisco Medical Center, Frisco, TX. This data presentation should be considered as informational only and is not conclusive. Based on a single institution and may not be reproducible or generalizable.

Attorneys' Eyes Only                                                                                          Intuitive-00001309



Attorneys' Eyes Only

Intuitive-00001310

**INTUITIVE.**

intuitivesurgical.com

Attorneys' Eyes Only

Intuitive-00001311

# Rosa Dec. Ex. 2

INTUITIVE.

May 4, 2020

Steve Loveless, Chief Executive Officer
Michael Skeehan, Chief Operating Officer
Dr. Michael Bush, Chief Medical Officer
Phil Stalling, Clinical Resource Manager, Supply Chain
St. Vincent's Hospital
1233 N 30th Street
Billings, MT 59101-0127

Dear Mr. Loveless, Mr. Skeehan, Dr. Bush, and Mr. Stalling:

We understand that St. Vincent's Hospital is using "refurbished" EndoWrist® instruments, obtained from and/or modified by a third party for use beyond the programmed number of uses. Recent such uses by St. Vincent's Hospital occurred on March 18, 2020 and March 19, 2020. The programmed number of uses, as indicated in the product labeling, represents the validated intended use of the product documented and submitted to authorities. Intuitive strongly discourages the procuring of its products through unauthorized channels and/or using its products that have been modified to work beyond the pre-programmed number of uses.

**Extended Instrument Use Can Impact Product Performance and Patient Safety**

All Intuitive products are designed and tested to achieve a targeted level of safety, precision, and dexterity over the programmed number of instrument uses. Gradual degradation of the instrument occurs both from use in surgery as well as repeated cleaning and sterilization cycles required between uses. Examples of degraded performance may include, but are not limited to:

- Unintuitive motion (i.e. instruments do not track well with master manipulators; unexpected motion or stalls);
- Insufficient grip force;
- Dull or damaged scissor blades;
- Worn/damaged cables.

With continued use beyond the instrument's determined useful life, the wear and tear from these additional uses may reduce these levels of safety, precision and dexterity.

In addition, in light of the prescribed cleaning and sterilization processes for the Intuitive instruments, device handling and modification by an outside party that deviates from validated processes submitted and cleared by regulatory authorities may cause instrument damage that could create patient safety issue. Third party remanufacturers or refurbishers may use non validated or incompatible cleaning agents and/or disinfection/sterilization processes, which are likely to damage the instruments, negatively affecting product performance.

Further, third party remanufacturers or refurbishers may damage the instrument's internal mechanisms that interface with the robotic system and allow Intuitive to monitor the device. In sum, the use of third party remanufacturers or refurbishers may affect the operation of the Instrument thereby jeopardizing patient safety.

**Extended Instrument Uses: Impact to Regulatory Clearances and Safety Precautions**

All of Intuitive's medical devices, including EndoWrist® instruments, are evaluated by the United States Food and Drug Administration ("FDA") and/or other international regulatory agencies to assess the safety and effectiveness of a device over its intended life and are cleared for use by those regulatory authorities.

Highly Confidential-AEO

Intuitive-00980925

Refurbishing activities performed by an unauthorized third party violate the U.S. Federal Food, Drug, and Cosmetic Act ("FDC Act") and the regulations promulgated and enforced thereunder by the FDA when such activities do not bring products to established specifications or when such activities change intended uses.   Deviation from these specifications might prevent such products from performing properly, thereby subjecting patients to significant risk.  By using a third party remanufacturer or refurbisher, the hospital has no way to know whether the refurbished instrument meets the rigorous specifications as established by Intuitive Surgical and cleared by the FDA or other regulators. Moreover, the regulatory clearance provided to Intuitive by the FDA and other regulatory authorities may not apply to products that have been remanufactured or refurbished by unauthorized third parties.

Refurbishing activities performed by an unauthorized third party that change intended uses or modify the control mechanisms of the device may constitute the entry of adulterated and misbranded products to the marketplace.  Specifically, the manufacture and entry into commerce of a medical device that does not meet specifications renders the product adulterated under 21 U.S.C. § 351.  Moreover, any modification to allow for use of a da Vinci product beyond its labeled useful life exceeds the scope of the original clearance by expanding the FDA cleared indications for use.  Engaging in such activities without first obtaining a new clearance to do so misbrands the product under 21 U.S.C. § 351.   The citied provisions of the FDC Act and FDA's implementing regulations help to protect the public health by ensuring that medical devices are shown to be either safe and effective or substantially equivalent to other devices already legally marketed and that the products were designed, manufactured and serviced in a controlled manner to ensure that they meet designated specifications.

Furthermore, acquiring da Vinci System surgical products through unauthorized channels may violate the hospital's internal policies, which violation may include not obtaining proper patient's and/or surgeon's consent for the use of an altered or adulterated device on the patient.

### Your Contract with Intuitive

We presume that you are aware that, in connection with St. Vincent's Hospital's purchase of *da Vinci* Surgical products, St. Vincent's Hospital entered into a Sales, License and Service Agreement dated February 24, 2010 (the Agreement").[1]  Using instruments beyond the programmed number of uses is a material breach of the Agreement.  Here are terms of the Agreement that you might wish to consider:

- "Customer acknowledges and agrees that all Intuitive surgical instruments Customer obtains from Intuitive are pursuant to a limited license to use those instruments with, and prepare those instruments for use with, the System.  This license expires once an instrument is used up to its maximum number of uses as set forth in the Documentation accompanying such instrument. Any other use of an Intuitive instrument, whether before or after the instrument's license expiration, including repair, refurbishment or reconditioning, is prohibited.  [Agreement § 2.5(b)];

- Under Section 2.3(a), "Customer will use the System only with surgical instruments and accessories supplied or approved by Intuitive or that comply with the Documentation, and will not, nor will Customer permit any third party to, modify, disassemble, reverse engineer, alter or misuse the System, or instruments or accessories ("Misuse")."  Further, "[i]n the event Customer fails to comply with the requirements of this Section 2.3(a), Customer will have fifteen (15) days from the date of the Misuse to cure.  In the event Customer fails to cure within fifteen (15) days of the Misuse, Intuitive may terminate this Agreement immediately upon written notice and any warranties applicable to the System will become void."  [§ 2.3(a)];

- "In addition, Customer will be liable for any and all damages, whether foreseeable, consequential or incidental, incurred by Intuitive and arising or resulting, directly or indirectly, from Customer's

---

1 Capitalized terms in this Section have the same meaning as set forth in the Agreement.

breach of the above prohibition against modification, disassembly, reverse engineering, alteration or misuse of the System, instruments or accessories." [§ 2.3(a)].

In addition to the above, Intuitive believes that it has important intellectual property rights in the da Vinci system and its instruments. You may want to be sure that a vendor offering "reprogrammed instruments" is not violating intellectual property rights that belong to Intuitive.

Based on the terms of the Agreement and the patient safety implications of the Systems being used with instruments refurbished by an unauthorized third party, Intuitive may no longer accept your service calls for such Systems. Should Intuitive or its personnel determine, after having accepted a service call or a purchase order for a service call, such as after an Intuitive Field Service Engineer arrives at your site for a service call, that the System has been used with instruments refurbished or modified by an unauthorized third party, Intuitive may not provide service for such a System. Please contact Intuitive's Director of External Affairs, Dan Jones (dan.jones@intusurg.com), if you have any further questions.

Sincerely,

**Signature:** *Romain DENIS*
Romain DENIS (May 5, 2020)

**Email:** romain.denis@intusurg.com
**Title:** vice president RAQA global Direct markets
**Company:** Intuitive Surgical

**Signature:** *Kara Andersen Reiter*
Kara Andersen Reiter (May 5, 2020)

**Email:** kara.reiter@intusurg.com
**Title:** SVP, General Counsel and Chief Compliance Offi
**Company:** Intuitive Surgical

cc: Heather Franzel, Surgical Services Director
Kurstin Ronning, Robotics Coordinator

Highly Confidential-AEO