Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite
3200 San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com

Manuel J. Dominguez *(pro hac vice)*
COHEN MILSTEIN SELLERS &
TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401

Jeffrey J. Corrigan (appearance *pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION** | Lead Case No: **3:21-CV-03825-AMO-LB** |
| | **PLAINTIFFS' INTERIM SEALING MOTION** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **Hearing Date: January 23, 2025**<br>**Time: 2:00 PM**<br>**Courtroom: 10 - 19th Floor**<br>**Judge: Hon. Araceli Martínez-Olguín** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), along with the Order granting the Parties' Stipulation Regarding Omnibus Sealing Procedures ("the Order") (*see* Dkt. 269), Plaintiffs Larkin Community Hospital ("Larkin"), Franciscan Alliance, Inc. ("Franciscan") and King County Public Hospital District No. 1, d/b/a Valley Medical Center ("Valley Medical") (collectively, "Plaintiffs") hereby bring this Interim Sealing Motion with respect to Plaintiffs' Reply in Support of their Motion for Class Certification, filed concurrently herewith.

Consistent with the parties' practice to date in this case and the Order, Plaintiffs are provisionally filing the below-listed documents in redacted or slip-sheet form in conjunction with their Reply in Support of their Motion for Class Certification. Plaintiffs and Defendant Intuitive Surgical, Inc. ("Intuitive") will meet and confer regarding these documents and will file an omnibus sealing motion (a) attaching declarations supporting any requests to seal; and (b) attaching a proposed order with a chart listing all documents requested to seal, within 14 days after the conclusion of the parties' briefing on Plaintiffs' Motion for Class Certification. *See* Order at 2 (¶¶ 2-3); *see also* Dkt. 247 (parties' joint stipulation regarding summary judgment order); Dkt. 253 (same for *Daubert* order). As with prior filings of this nature, the parties will conform the chart included in the omnibus sealing motion to the Court's Standing Order and prior sealing orders. *See, e.g.*, Dkt. 246 (superseding omnibus order).

| Attachment | Document | Full or Partial Sealing | Designating Party |
|---|---|---|---|
| 1 | Plaintiffs' Reply in Support of Class Certification | Full | Various |
| 2 | Ex. 1 to the Declaration of Zachary R. Glubiak (Elhauge Class Rep.) | Full | Various |
| 3 | Ex. 2 to the Declaration of Zachary R. Glubiak (Hughes Rep.) | Full | Intuitive |
| 4 | Ex. 3 to the Declaration of Zachary R. Glubiak (Elhauge Class Reply) | Full | Various |
| 5 | Ex. 4 to the Declaration of Zachary R. Glubiak (Hughes Dep.) | Full | Intuitive |

| 6 | Ex. 6 to the Declaration of Zachary R. Glubiak (Early Decl.) | Full | Larkin |
| 7 | Ex. 8 to the Declaration of Zachary R. Glubiak (Vavoso (*Rebotix*) Dep.) | Partial | Intuitive |

1    Dated: October 8, 2024                          Respectfully submitted,

2                                                     /s/ *Manuel J. Dominguez*

3    Jeffrey J. Corrigan (*pro hac vice*)             Manuel J. Dominguez (pro hac vice)
     Jeffrey L. Spector (*pro hac vice*)              COHEN MILSTEIN SELLERS & TOLL
4    Icee N. Etheridge (*pro hac vice*)               PLLC
     SPECTOR ROSEMAN & KODROFF, P.C.                  11780 U.S. Highway One, Suite N500
5    2001 Market Street, Suite 3420                   Palm Beach Gardens, FL 33408
     Philadelphia, PA 19103                           Tel: 561-515-2604
6    Tel: 215-496-0300                                Fax: 561-515-1401
     Fax: 215-496-6611                                Email: jdominguez@cohenmilstein.com
7    Email: jcorrigan@srkattorneys.com
     jspector@srkattorneys.com
8    ietheridge@srkattorneys.com

9

10   Gary I. Smith, Jr. (SBN 344865)                  Benjamin D. Brown (SBN 202545)
     Samuel Maida (SBN 333835)                        Daniel McCuaig (*pro hac vice*)
11   HAUSFELD LLP                                     Zachary R. Glubiak (*pro hac vice*)
     600 Montgomery Street, Suite                     COHEN MILSTEIN SELLERS &
12   3200 San Francisco, CA 94111                     TOLL PLLC
     Tel: 415-633-1908                                1100 New York Ave., Suite 500
13   Fax: 415-358-4980                                Washington, DC 20005
     Email: gsmith@hausfeld.com                       Tel: 202-408-4600
14   smaida@hausfeld.com                              Fax: 202-408-4699
                                                      Email: bbrown@cohenmilstein.com
15                                                           dmccuaig@cohenmilstein.com
                                                            zglubiak@cohenmilstein.com
16

17   Jeannine M. Kenney (*pro hac vice*)              Christopher J. Bateman (*pro hac vice*)
     HAUSFELD LLP                                     COHEN MILSTEIN SELLERS &
18   325 Chestnut Street, Suite 900                   TOLL PLLC
     Philadelphia, PA 19106                           88 Pine Street, 14th Floor
19   Tel: 215-985-3270                                New York, NY 10005
     Fax: 215-985-3271                                Tel: 212-838-7797
20   Email: blandau@hausfeld.com                      Fax: 212-838-7745
     jkenney@hausfeld.com                             Email: cbateman@cohenmilstein.com
21

22   Reena A. Gambhir (*pro hac vice*)
     HAUSFELD LLP
23   888 16th St NW
     Washington, DC 20006
24   Tel: 202-540-7145
     Fax: 202-540-7201
25   Email: rgambhir@hausfeld.com

26
             *Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*
27

28

Michael J. Boni
Joshua D. Snyder (*pro hac vice*)
John E. Sindoni (*pro hac vice*)
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

*Counsel for Plaintiffs and the Proposed Class*