Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Ashley E. Bass (p*ro hac vice*)
Andrew Lazerow (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 6291
Email: abass@cov.com
Email: alazerow@cov.com

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman *(pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 3:21-cv- 03825-AMO-LB<br><br>**DEFENDANT INTUITIVE SURGICAL, INC.'S OPPOSITION TO HOSPITAL PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT INTUITIVE SURGICAL, INC.'S OBJECTION TO CERTAIN CLASS CERTIFICATION REPLY EVIDENCE**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

DEFENDANT INTUITIVE SURGICAL, INC.'S OPPOSITION TO HOSPITAL PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT INTUITIVE SURGICAL, INC.'S OBJECTION TO CERTAIN CLASS CERTIFICATION REPLY EVIDENCE

Case No. 3:21-cv-03825-AMO-LB

# DOCUMENT FILED UNDER SEAL
# IN ITS ENTIRETY