Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Ashley E. Bass (*Pro Hac Vice*)
Andrew Lazerow (*Pro Hac Vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 6291
Email: abass@cov.com
Email: alazerow@cov.com

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 3:21-cv- 03825-AMO-LB<br><br>**DEFENDANT INTUITIVE SURGICAL, INC.'S INTERIM SEALING MOTION IN CONNECTION WITH INTUITIVE'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE LEAVE TO FILE RESPONSE TO EVIDENTIARY OBJECTION**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

DEFENDANT INTUITIVE SURGICAL, INC.'S INTERIM SEALING MOT. IN CONNECTION WITH INTUITIVE'S OPP. TO PLAINTIFFS' ADMIN. LEAVE TO FILE RESPONSE TO EVIDENTIARY OBJECTION

Case No. 3:21-cv-03825-AMO-LB

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulation and Order Regarding Omnibus Sealing Procedures (the "Sealing Procedures Order," Dkt No. 269), Defendant Intuitive Surgical, Inc. ("Intuitive") files this Interim Sealing Motion with respect to Intuitive's Opposition to Hospital Plaintiffs' Administrative Motion For Leave To File Response To Defendant Intuitive Surgical, Inc.'s Objection To Certain Class Certification Reply Evidence (ECF No. 301) (the "Motion").

Consistent with the Sealing Procedures Order, Intuitive will notify any affected third parties and, within 14 days after the conclusion of all briefing of the underlying Class Certification Motion (including any associated filings), file an omnibus sealing motion attaching (a) support for any documents or portions of documents that a Party or third party seeks to maintain under seal; and (b) a proposed order with a chart listing all documents a Party or third party seeks to maintain under seal and the support for each request.  *See* Sealing Procedures Order at 2.

| Dated:  October 28, 2024 | By: */s/ Andrew Lazerow* |
|---|---|
| | Sonya D. Winner (SBN 200348)<br>COVINGTON & BURLINGTON LLP<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone:  (415) 591-6000<br>Facsimile:  (415) 591-6091<br>Email: swinner@cov.com |
| | Kathryn E. Cahoy (SBN 298777)<br>COVINGTON & BURLING LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, California 94306-2112<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800<br>Email: kcahoy@cov.com |
| | Ashley E. Bass (*pro hac vice*)<br>Andrew Lazerow (*pro hac vice*)<br>COVINGTON & BURLING LLP<br>One CityCenter, 850 Tenth Street NW<br>Washington, DC 20001-4956<br>Telephone: (202) 662-6000<br>Facsimile: (202) 6291<br>Email: abass@cov.com<br>Email: alazerow@cov.com |

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman *(pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

Allen Ruby (SBN 47109)
allen@allenruby.com
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

Attorneys for *Defendant Intuitive Surgical, Inc.*

2

DEFENDANT INTUITIVE SURGICAL, INC.'S INTERIM SEALING MOT. IN CONNECTION WITH INTUITIVE'S OPP. TO PLAINTIFFS' ADMIN. LEAVE TO FILE RESPONSE TO EVIDENTIARY OBJECTION

Case No. 3:21-cv-03825-AMO-LB