Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLINGTON LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone:  (650) 632-4700
Facsimile:  (650) 632-4800
Email:  kcahoy@cov.com

Ashley E. Bass (*Pro Hac Vice*)
Andrew Lazerow (*Pro Hac Vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 6291
Email: abass@cov.com
Email: alazerow@cov.com

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION | Case No.:  3:21-cv- 03825-AMO-LB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **[PROPOSED] ORDER RE: CLASS CERTIFICATION OMNIBUS SEALING MOTION**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

This Court, having considered the Parties' Omnibus Motion to Seal Materials from the Class Certification briefings, including the declarations submitted in support of the motion and all arguments by counsel, rules as follows:

The Court finds that compelling reasons exist to support the filing under seal of the documents or portions thereof listed as "granted" in the following chart and grants the requesting party's motion to seal these documents or portions thereof where they appear on the public docket. The Court denies the request to seal any documents or portions thereof either (1) listed as "denied" in the following chart or (2) filed under provisionally seal pursuant to Local Rule 79-5(f) because a Party or Third-Party designated the document or information as confidential or highly confidential under the protective order but which no Party or Third-Party sought to maintain under seal by filing a statement or declaration pursuant to Local Rule 79-5(f).

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Plaintiffs' Sealing Requests** | | | | | | | |
| Glubiak Dec. Ex. 6 – Mark Early Declaration | Dkt. 296.7 | Dkt. 297.6 | Early Decl., Dkt. 304.1 | Larkin | Partial | The Early Class Declaration includes detailed information about confidential agreements between Larkin and Defendant Intuitive Surgical, Inc.; details about the negotiations that occurred between Larkin and Intuitive related to da Vinci robot repair and replacement, and equipment lease agreements; and detailed information regarding Larkin's finances and monies paid to Intuitive. | |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Plaintiffs' Sealing Requests** | | | | | | | |
| Widman Declaration in Support of Intuitive's Opposition to Class Certification | Dkt. 288.2 | Dkt. 289.2 | Early Decl., Dkt. 304.1 | Larkin | Partial | This document provides details pertaining to confidential agreements and negotiations between Larkin and Intuitive. | |
| Widman Declaration, Ex. 1 | Dkt. 288.3 | Dkt. 289.3 | Early Decl., Dkt. 304.1 | Larkin | Partial | This document provides details pertaining to confidential agreements and negotiations between Larkin and Intuitive. | |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| Plaintiffs' Motion for Class Certification | Dkt. 267 | Dkt. 268.1 | Wong Dec., Dkt. 304.2 | Intuitive | Pg. 10, redacted price on line 26

Pg. 17-18, redacted pricing policy and pricing figures on lines 17:27-18:24 | *See* Wong Dec. ¶ 4, Omnibus Motion to Seal at Section III.A | |
| Ex. 1 to the Declaration of Manuel J. Dominguez (Elhauge Class Report) | Dkt. 267.2 | Dkt. 268.2 | Wong Dec., Dkt. 304.2 | Intuitive | Page 105, Figure 9 – Pricing Figures

Page 110, n. 497 – Contract Prices

Page 111, paragraph 219 and Figure 10 – Pricing figures | *See* Wong Dec. ¶ 4, Omnibus Motion to Seal at Section III.A | |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| | | | | | Page 112, paragraph 220, Figure 11, and n. 504 – Pricing and Revenue Figures, Contract Prices | | |
| | | | | | Page 113, paragraph 221 – Gross margin figures | | |
| | | | | | Page 114, Figure 12, and paragraph 222 – Margin figures | | |
| | | | | | Page 128, paragraph 252 and n.582 – Customer identities | | |
| | | | | | Page 148, ns. 677, 678, 680, 681, 683 – Customer identities | | |
| | | | | | Page 160, paragraph 317 – Pricing figures | | |
| | | | | | Page 171, paragraph 340 – Pricing figures | | |
| | | | | | Page 172, paragraph 341 – Pricing figures | | |
| | | | | | Pages 173–74, paragraph 346 – Margin figures | | |

PROPOSED ORDER RE: CLASS CERTIFICATION OMNIBUS SEALING MOTION    Case No. 3:21-cv-03825-AMO-LB

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| | | | | | Page 174, paragraph 347 and n.809 – Margin figures | | |
| | | | | | Page 182, paragraph 368 – Customer identity | | |
| | | | | | Page 186, n.863 – Customer identities | | |
| | | | | | Page 191, paragraph 393 – Pricing figures | | |
| | | | | | Page 192, paragraph 394 and n. 889 – Pricing figures | | |
| | | | | | Page 198, paragraph 405 – Pricing figures | | |
| | | | | | Page 199, paragraph 406, n. 919, n. 920 – Pricing figures | | |
| | | | | | Page 200, paragraph 408, 409, and n. 927 – Margin figures | | |
| | | | | | Page 201, paragraph 411, and n. 935 – Pricing figures, Contract prices, Customer identities | | |

PROPOSED ORDER RE: CLASS CERTIFICATION OMNIBUS SEALING MOTION

Case No. 3:21-cv-03825-AMO-LB

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** ||||||||
| | | | | | Page 212, n.974 – Customer identity | | |
| | | | | | Page 256, paragraph 521 – Customer identity | | |
| | | | | | Page 260, n.1182 – Customer identity | | |
| | | | | | Page 261, n.1204 – Customer identity | | |
| | | | | | Page 285, paragraph 587 – Pricing figures | | |
| | | | | | Page 287, paragraph 589 – Margin figures | | |
| | | | | | Page 294, n.1366 – Cost figures | | |
| | | | | | Page 296, n.1376 – Customer identity | | |
| | | | | | Page 300, n.1399 – Customer identity | | |
| | | | | | Page 302, paragraph 621 – Margin figures | | |

PROPOSED ORDER RE: CLASS CERTIFICATION OMNIBUS SEALING MOTION

Case No. 3:21-cv-03825-AMO-LB

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| | | | | | Page 303, paragraph 625 and 626 – Pricing figures | | |
| | | | | | Page 304, paragraph 626 and n. 1413 – Pricing figures | | |
| | | | | | Page 305, n. 1421– Pricing figures | | |
| | | | | | Page 306, paragraph 632 – Pricing figures | | |
| | | | | | Page 307, Table 3 – Pricing figures | | |
| | | | | | Page 326, paragraph 669 – Pricing figures | | |
| | | | | | Page 327, paragraph 670, n. 1535, and n. 1536 – Pricing figures | | |
| | | | | | Page 328, paragraph 671 and n. 1545 – Margin figures | | |
| | | | | | Page 329, paragraph 672 and n.1551 – Margin figures | | |
| | | | | | Page 331, n.1559 – Customer identities | | |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | | | **Intuitive Sealing Requests** | | |
| | | | | | Page 351, n. 1649 – Customer identities | | |
| | | | | | Page 361, paragraph 744 – Margin figures | | |
| | | | | | Page 362, paragraph 745 – Margin figures | | |
| | | | | | Page 402, paragraph 822 and n.1863 – Pricing figures | | |
| | | | | | Page 403, paragraph 823 and n. 1865 – Pricing figures | | |
| | | | | | Page 421, paragraph 863 – Customer identity | | |
| | | | | | Page 422, paragraph 865 and n.1935 – Pricing figures and strategy | | |
| | | | | | Page 423, paragraph 867 – Pricing figures | | |
| | | | | | Page 424, paragraph 870 and n. 1958 – Pricing figures | | |
| | | | | | Page 425, paragraph 870, 871, 872, and n. 1961, 1962 – Pricing figures | | |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| Intuitive Sealing Requests | | | | | | | |
| | | | | | Page 426, paragraph 873 and n.1968 – Customer identities<br><br>Page 433, paragraph 883 – Pricing figures<br><br>Page 448, Table 20 – Pricing figures<br><br>Page 452, Table 22 – Pricing figures<br><br>Page 455, paragraph 915 and 916 – Pricing figures, Specific customer identities and pricing figures<br><br>Page 456, paragraph 916, 918, 2100, and n. 2102 – Pricing figures and specific customer identities and pricing<br><br>Page 457, Figure 18 – Pricing figures<br><br>Page 458, Table 23 – Pricing figures | | |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| Ex. 11 to the Declaration of Manuel J. Dominguez (Intuitive-00067540) | N/A | Dkt. 267.12 | Wong Dec., Dkt. 304.2 | Intuitive | This document was provisionally sealed, then re-filed as Dkt. 270, pursuant to the Court's previous sealing motion at Dkt. 246. | *See* Wong Dec. ¶ 4, Omnibus Motion to Seal at Section III.A | |
| Ex. 23 to the Declaration of Manuel J. Dominguez (Intuitive-00203904) | Dkt. 267.24 | Dkt. 268.8 | Wong Dec., Dkt. 304.2 | Intuitive | Page 2 – Specific discount and pricing figures<br><br>Page 3 – Pricing strategy, specific discount and pricing figures | *See* Wong Dec. ¶ 4, Omnibus Motion to Seal at Section III.A<br><br>This document was previously partially sealed (see Wong Decl. at Dkt. No. 143-1) | |
| Intuitive's Opposition to Class Certification | Dkt. 288 | Dkt. 289.1 | Wong Dec., Dkt. 304.2 | Intuitive | Page 4, Line 21 – Pricing figures<br><br>Page 14, Lines 11-13 – Pricing figures<br><br>Page 21, Line 22 – Settlement amount | *See* Wong Dec. ¶¶ 4, 5 Omnibus Motion to Seal at Section III.A | |
| Widman Declaration in Support of Intuitive's Opposition to Class Certification | Dkt. 288.2 | Dkt. 289.2 | Wong Dec., Dkt. 304.2 | Intuitive | Page 3, paragraphs 2 and 3 – Specific settlement amounts | *See* Wong Dec. ¶¶ 4, 5 Omnibus Motion to Seal at Section III.A | |
| Widman Declaration, Ex. 1 | Dkt. 288.3 | Dkt. 289.3 | Wong Dec., Dkt. 304.2 | Intuitive | Full document – settlement negotiations and prices | *See* Wong Dec. ¶¶ 4, 5 Omnibus Motion to Seal at Section III.A | |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| Bass Dec. Ex. 1 - Expert Rebuttal Report of James W. Hughes | Dkt. 288.5 | Dkt. 289.4 | Wong Dec., Dkt. 304.2 | Intuitive | Table of Contents, PDF Page 5 – Customer identities

Page 5, paragraph 16 – Pricing figures

Page 15, n.28 – Customer identities

Page 16, Figure 5 – Pricing figures

Page 22, Figure 10 and n.37 – Pricing figures, customer identities and specific customer prices

Page 24, n.42 – Customer identities

Page 25, ns.43, 44 – Pricing strategy, customer identities

Page 29, paragraphs 38 and 40 – Pricing figures, customer pricing agreements

Page 31, n.62 – Customer identities | *See* Wong Dec. ¶ 4 Omnibus Motion to Seal at Section III.A | |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| | | | | | Page 33, paragraph 48 – Pricing strategy | | |
| | | | | | Page 34, paragraph 51, 52 and n. 74, 75, 76, 77 – Customer identities and customer pricing agreements | | |
| | | | | | Page 53, n. 128 – Customer pricing agreement | | |
| | | | | | Page 54, paragraph 88 – Pricing figures | | |
| | | | | | Page 55, paragraph 88 and n. 136 – Pricing figures | | |
| | | | | | Page 59, paragraph 95 – Pricing figures and customer identity | | |
| | | | | | Page 60, paragraph 95 and notes 146, 147, 148 – Pricing figures and customer identities | | |
| | | | | | Page 63, Table 1 – Pricing figures and customer identities | | |

PROPOSED ORDER RE: CLASS CERTIFICATION OMNIBUS SEALING MOTION                    Case No. 3:21-cv-03825-AMO-LB

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| | | | | | Page 65, paragraph 97 and n. 153, 154, 155 – Pricing figures | | |
| | | | | | Page 76, Figure 20 – Pricing figures | | |
| | | | | | Page 88, n.211 – Customer identities | | |
| | | | | | Page 89, paragraph 132 and n. 212, 213, 214 – Customer identities | | |
| | | | | | Page 90, paragraph 133, and n. 216 – Customer identities and pricing figures | | |
| | | | | | Page 91, paragraph 13 – Customer identities and pricing figures | | |
| | | | | | Page 92, Table 2 – Customer identities and pricing figures | | |
| | | | | | Page 93, n. 218 and 219 – Customer identities and pricing figures | | |
| | | | | | Page 95, paragraph 138, n. 223, 224, 225, and 226 – | | |

PROPOSED ORDER RE: CLASS CERTIFICATION OMNIBUS SEALING MOTION    Case No. 3:21-cv-03825-AMO-LB

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | | | **Intuitive Sealing Requests** | | |
| | | | | | Customer identities and pricing figures | | |
| | | | | | Page 96, n.229 – Customer identity | | |
| | | | | | Page 102, paragraph 146 and n.256 – Customer identities | | |
| | | | | | Page 125, list nos. 297, 300 – Customer identities | | |
| | | | | | Page 126, Table 3 – Pricing figures | | |
| | | | | | Page 129, n.259 – Customer identities | | |
| | | | | | Page 130, Figure 21 – Pricing figures | | |
| | | | | | Page 131, Figure 22 – Pricing figures | | |
| | | | | | Page 132, Figure 23 – Pricing figures | | |
| | | | | | Page 133, Figure 24 – Pricing figures | | |
| | | | | | Page 134, Figure 25 – Pricing figures | | |

PROPOSED ORDER RE: CLASS CERTIFICATION OMNIBUS SEALING MOTION                    Case No. 3:21-cv-03825-AMO-LB

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| | | | | | Page 135, Figure 26 – Pricing figures | | |
| Bass Dec. Ex. 4 - Intuitive-00372053 – Intuitive-00372055 | Dkt. 288.8 | Dkt. 289.5 | Wong Dec., Dkt. 304.2 | Intuitive | Full – pricing strategy | *See* Wong Dec. ¶ 4 Omnibus Motion to Seal at Section III.A | |
| Bass Dec. Ex. 7 - Intuitive-00091682 – Intuitive-00091687 | Dkt. 288.11 | Dkt. 289.8 | Wong Dec., Dkt. 304.2 | Intuitive | Page 2 – Customer identity and pricing figures | *See* Wong Dec. ¶ 4 Omnibus Motion to Seal at Section III.A | |
| Bass Dec. Ex. 15 - Intuitive-00107443 – Intuitive-00107451 | Dkt. 288.19 | Dkt. 289.13 | Wong Dec., Dkt. 304.2 | Intuitive | Intuitive-0010747 – Business goals<br><br>Intuitive-00107448 – Customer identity<br><br>Intuitive-00107449 – Customer identity, Pricing figure<br><br>Intuitive -00107450 – Customer identity, Pricing figure<br><br>Intuitive -00107451 – Customer identity, Pricing figures | *See* Wong Dec. ¶ 4 Omnibus Motion to Seal at Section III.A | |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| Glubiak Dec. Ex. 1 - Corrected Class Certification Expert Report of Elhauge | Dkt. 296.2 | Dkt. 297.2 | Wong Dec., Dkt. 304.2 | Intuitive | Filed previously in Class Certification briefing as Ex. 1 to the Declaration of Manuel J. Dominguez. *See entry above for Elhauge Class Report* | *See* Wong Dec. ¶ 4 Omnibus Motion to Seal at Section III.A | |
| Glubiak Dec. Ex. 2 - James Hughes Amended Expert Report | Dkt. 296.3 | Dkt. 297.3 | Wong Dec., Dkt. 304.2 | Intuitive | Filed previously in Class Certification briefing as Ex. 1 to the Declaration of Ashley Bass. *See entry above for Hughes Expert Report.* | *See* Wong Dec. ¶ 4 Omnibus Motion to Seal at Section III.A | |
| Glubiak Dec. Ex 3 – Elhauge Reply Report | Dkt. 296.4 | Dkt. 297.4 | Wong Dec., Dkt. 304.2 | Intuitive | Page 12, paragraph 29 – Pricing figures<br><br>Page 15, paragraph 36 and n. 44 – Pricing figures<br><br>Page 16, Table 29, paragraph 37 – Pricing figures<br><br>Page 17, Table 30 – Pricing figures<br><br>Page 18, Table 32 – Pricing figures<br><br>Page 19, Table 33 – Pricing figures | *See* Wong Dec. ¶ 4 Omnibus Motion to Seal at Section III.A | |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| Intuitive Sealing Requests ||||||||
| | | | | | Page 20, Table 34 – Pricing figures | | |
| | | | | | Page 21, Table 35, Table 36 – Pricing figures | | |
| | | | | | Page 22, Table 37 – Pricing figures | | |
| | | | | | Page 23, Table 38, 39, paragraph 46, and n. 63 – Pricing figures | | |
| | | | | | Page 24, paragraph 48 – Pricing figures | | |
| | | | | | Page 25, Table 40 – Pricing figures | | |
| | | | | | Page 26, Table 41 – Pricing figures | | |
| | | | | | Page 27, Table 42 – Pricing figures | | |
| | | | | | Page 29, Table 43 – Pricing figures | | |
| | | | | | Page 43, paragraph 77 – Pricing figures | | |
| | | | | | Page 51, n. 188 – Pricing figures | | |

PROPOSED ORDER RE: CLASS CERTIFICATION OMNIBUS SEALING MOTION

Case No. 3:21-cv-03825-AMO-LB

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | | Intuitive Sealing Requests | | | |
| | | | | | Pages 53–54, paragraph 97 and n. 199 – Pricing figures | | |
| | | | | | Page 55 – Pricing figures | | |
| | | | | | Page 59 – Pricing figures | | |
| | | | | | Page 61 – Pricing figures | | |
| | | | | | Page 63 – Pricing figures | | |
| | | | | | Page 64 – Pricing figures, customer identity | | |
| | | | | | Page 65, paragraph 105 and n. 214 – Pricing figures, customer identity | | |
| | | | | | Page 69, paragraph 113, 114, and n. 232 – Pricing and margin figures | | |
| | | | | | Page 70, paragraph 116 – Pricing figures | | |
| | | | | | Page 76, paragraph 127 and n. 275 – Pricing figures | | |
| | | | | | Page 84, paragraph 142 – Customer | | |

PROPOSED ORDER RE: CLASS CERTIFICATION OMNIBUS SEALING MOTION                    Case No. 3:21-cv-03825-AMO-LB

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | | | **Intuitive Sealing Requests** | | |
| | | | | | identities, Pricing figures

Page 87, paragraph 148, 149, and n. 345 – Pricing figures, customer identities

Page 90, paragraph 154, and n. 361 – Customer identities, Pricing figures

Page 94, paragraph 161 – Pricing figures

Page 95, paragraphs 162, 163 and n.389 – Pricing figures

Page 97, paragraph 166, and 167 – Pricing figures

Page 98, paragraph 167, 168, and n. 412 – Pricing figures | | |
| Glubiak Dec. Ex. 6 – Mark Early Declaration | Dkt. 296.7 | Dkt. 297.6 | Wong Dec., Dkt. 304.2 | Intuitive | Full document – settlement negotiations and amounts | *See* Wong Dec. ¶¶ 4, 5 Omnibus Motion to Seal at Section III.A | |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Asensus Surgical, Inc. Sealing Requests** | | | | | | | |
| Ex. 1 to the Declaration of Manuel J. Dominguez (Elhauge Class Report) | Dkt. 267.2 | Dkt. 268.2 | Weingard Decl., Dkt. 304.3 | Third-party Asensus Surgical, Inc. | Footnotes 606, 890, 921, and 1537 and in the body of the Elhauge Class Report to which those footnotes refer. | *See* Weinguard Dec. | |
| Glubiak Dec. Ex. 1 - Corrected Class Certification Expert Report of Elhauge | Dkt. 296.2 | Dkt. 297.2 | Weingard Decl., Dkt. 304.3 | Third-party Asensus Surgical, Inc. | Filed previously in Class Certification briefing as Ex. 1 to the Declaration of Manuel J. Dominguez.  *See entry above for Elhauge Class Report* | *See* Weinguard Dec. | |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Restore Robotics Sealing Requests** | | | | | | | |
| Ex. 1 to the Declaration of Manuel J. Dominguez (Elhauge Class Report) | Dkt. 267.2 | Dkt. 268.2 | | Third-party Restore Robotics | Restore's Highly Confidential information appears in the Elhauge Class Report in footnotes 124, 382, 397, 444, 445, 769, 839, 1014, 1025, 1068, 1110, 1114, 1194, 1230, 1242, 1587, and 1805, and in the body of the Elhauge Class Report to which those footnotes refer. These sections are identical to previously sealed sections of the Corrected Elhauge Report (see Omnibus Sealing Order at Dkt. No. 246) | This material was sealed previously in the Corrected Elhauge Report (see Parker Decls. at Dkt. No. 166 and 144) | |

PROPOSED ORDER RE: CLASS CERTIFICATION OMNIBUS SEALING MOTION                    Case No. 3:21-cv-03825-AMO-LB

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Restore Robotics Sealing Requests** | | | | | | | |
| Ex. 1 to the Declaration of Manuel J. Dominguez (Elhauge Class Report) | Dkt. 267.2 | Dkt. 268.2 | | Third-party Restore Robotics | Restore's Highly Confidential information appears in the Elhauge Class Report in footnotes 124, 540, 708, 1110, 1114, 1230, 1199, 1075, 1227, 1229, 1231, 1585, 1586, 1587, 1588, and 1805, and in the body of the Elhauge Class Report to which those footnotes refer. These sections are identical to previously sealed sections of the Elhauge Reply Report (see Omnibus Sealing Order at Dkt. No. 246) | This material was partially sealed previously in the Elhauge Reply Report (see Parker Decls. at Dkt. No. 166 and 144) | |
| Glubiak Dec. Ex. 1 - Corrected Class Certification Expert Report of Elhauge | Dkt. 296.2 | Dkt. 297.2 | | Third-party Restore Robotics | Filed previously in Class Certification briefing as Ex. 1 to the Declaration of Manuel J. Dominguez. *See entry above for Elhauge Class Report* | See above. | |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | | Restore Robotics Sealing Requests | | | |
| Ex. 7 to the Declaration of Manuel J. Dominguez (Parnell Rebuttal Expert Report) | Dkt. 267.8 | Dkt. 268.4 | | Third-party Restore Robotics | Restore's Highly Confidential information appears in the Rebuttal Expert Report of Dr. T. Kim Parnell on pp. 119 - 121 and 131 - 132. | This document was partially sealed previously (see Wong Decl. at Dkt. No. 125; Parker Decl. at Dkt. No. 145; Berhold Decl. at Dkt. No. 167; Parker Decl. at Dkt. No. 172; and Parker Decl. at Dkt. No. 178) | |

**IT IS SO ORDERED.**

DATED: _____     By: _____

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge
Northern District of California