Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com

Manuel J. Dominguez *(pro hac vice)*
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Jeffrey J. Corrigan (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **Lead Case No: 3:21-CV-03825-AMO**<br><br>**PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Hearing Date: March 6, 2025<br>Time: 2:00 pm<br>Courtroom: 10 - 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rule 7-11 and the Court's Superseding Omnibus Sealing Order (Dkt. 246), Plaintiffs Larkin Community Hospital, Franciscan Alliance, Inc. and King County Public Hospital District No. 1, d/b/a Valley Medical Center (collectively, "Plaintiffs") hereby bring this motion to remove an incorrectly filed document. Specifically, Plaintiffs seek the removal of Exhibit 8 to the Declaration of Icee N. Etheridge in Support of the Court's Superseding Omnibus Sealing Order regarding Plaintiffs' Corrected Motion for Partial Summary Judgment, Reply in Support of Motion for Partial Summary Judgment, and Opposition to Motion to Exclude Testimony of Einer Elhauge ("Exhibit 8"). *See* Dkt. 256-8. Plaintiffs previously filed the correct version of the document at issue with the appropriate redactions in support of their Motion for Class Certification. *See* Dkt. 267-8. Plaintiffs also concurrently filed the correction on the docket. *See* Dkt. 305. Plaintiffs have asked that access to the originally filed Exhibit 8 be restricted, and the ECF Helpdesk temporarily locked the document.

In reviewing their filings Plaintiffs discovered that they had inadvertently filed Exhibit 8 without some redactions to certain portions of the document that the Court had approved in its Superseding Omnibus Sealing Order. *See* Dkt. 246 at 27-28, 44, 49. Plaintiffs now respectfully request that the originally filed version of Exhibit 8 in support of their Corrected Motion for Partial Summary Judgment, Reply in Support of Motion for Partial Summary Judgment, and Opposition to Motion to Exclude Testimony of Einer Elhauge (Dkt. 256-8) be permanently removed from the public docket.

Pursuant to Civil Local Rule 7-12, Plaintiffs sought a stipulation with Intuitive regarding the removal of Exhibit 8, and Intuitive has stipulated to its removal, as reflected in the Stipulation and Proposed Order being filed herewith.

Dated:  November 14, 2024

Manual J. Dominguez (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

By: */s/ Jeffrey L. Spector*
JEFFREY L. SPECTOR

Jeffrey J. Corrigan (*pro hac vice*)
Jeffrey L. Spector (*pro hac vice*)
Icee N. Etheridge (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611

Email: jcorrigan@srkattorneys.com
       jspector@srkattorneys.com
       ietheridge@srkattorneys.com

Benjamin D. Brown (SBN 202545)
Daniel McCuaig (*pro hac vice*)
Zachary Glubiak (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., Suite 500
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699
Email: bbrown@cohenmilstein.com
       dmccuaig@cohenmilstein.com
       zglubiak@cohenmilstein.com

Christopher J. Bateman (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: 212-838-7797
Fax: 212-838-7745
Email: cbateman@cohenmilstein.com

Samuel Maida (SBN 333835)
Gary I. Smith, Jr. (SBN 344865)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com
       gsmith@hausfeld.com

Jeannine M. Kenney (*pro hac vice*)
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: 215-985-3270
Fax: 215-985-3271
Email: jkenney@hausfeld.com

Reena A. Gambhir (*pro hac vice*)
**HAUSFELD LLP**
888 16th St NW
Washington, DC 20006
Tel: 202-540-7145
Fax: 202-540-7201
Email: rgambhir@hausfeld.com

*Interim Co-Lead Counsel for Hospital Plaintiffs and the Proposed Class*

Michael J. Boni
Joshua D. Snyder (*pro hac vice*)
John E. Sindoni (*pro hac vice*)
**BONI, ZACK & SNYDER LLC**
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com
       jsnyder@bonizack.com
       jsindoni@bonizack.com

*Counsel for Hospital Plaintiffs and the Proposed Class*