UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Lead Case No: 3:21-CV-03825-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Hon. Araceli Martinez-Olguin |

WHEREAS, on May 14, 2024, Plaintiffs filed the incorrect version of Exhibit 8 to the Declaration of Icee N. Etheridge in Support of the Court's Superseding Omnibus Sealing Order at Dkt. 246 regarding Plaintiffs Corrected Motion for Partial Summary Judgment, Reply in Support of Motion for Partial Summary Judgment, and Opposition to Motion to Exclude Testimony of Einer Elhauge, *see* Dkt. 256-8;

WHEREAS, upon discovering the error, Plaintiffs contacted the Civil Docketing Clerk and the ECF Helpdesk to temporarily restrict access to Dkt. 256-8, and access was restricted thereto on November 13, 2024;

WHEREAS, Plaintiffs have since filed the correct version of Exhibit 8, *see* Dkt. 305;

WHEREAS the Parties now seek the permanent removal of Dkt. 256-8;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED SUBJECT TO THE COURT'S APPROVAL:

1. The ECF Helpdesk shall permanently remove Dkt. 256-8 from ECF.

IT IS SO STIPULATED AND AGREED.

Dated: November 14, 2024                    By: /s/ Jeffrey L. Spector
                                                JEFFREY L. SPECTOR

| | |
|---|---|
| Manual J. Dominguez (*pro hac vice*)<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>11780 U.S. Highway One, Suite N500<br>Palm Beach Gardens, FL 33408<br>Tel: 561-515-2604<br>Fax: 561-515-1401<br>Email: jdominguez@cohenmilstein.com<br><br>Benjamin D. Brown (SBN 202545)<br>Daniel McCuaig (*pro hac vice*)<br>Zachary Glubiak (*pro hac vice*)<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Ave., Suite 500<br>Washington, DC 20005<br>Tel: 202-408-4600<br>Fax: 202-408-4699<br>Email: bbrown@cohenmilstein.com<br>          dmccuaig@cohenmilstein.com<br>          zglubiak@cohenmilstein.com<br><br>Jeannine M. Kenney (*pro hac vice*)<br>**HAUSFELD LLP**<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106<br>Tel: 215-985-3270<br>Fax: 215-985-3271<br>Email: jkenney@hausfeld.com<br><br>Reena A. Gambhir (*pro hac vice*)<br>**HAUSFELD LLP**<br>888 16th St NW<br>Washington, DC 20006<br>Tel: 202-540-7145<br>Fax: 202-540-7201<br>Email: rgambhir@hausfeld.com | Jeffrey J. Corrigan (*pro hac vice*)<br>Jeffrey L. Spector (*pro hac vice*)<br>Icee N. Etheridge (*pro hac vice*)<br>**SPECTOR ROSEMAN & KODROFF, P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Tel: 215-496-0300<br>Fax: 215-496-6611<br>Email: jcorrigan@srkattorneys.com<br>          jspector@srkattorneys.com<br>          ietheridge@srkattorneys.com<br><br>Christopher J. Bateman (*pro hac vice*)<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>Tel: 212-838-7797<br>Fax: 212-838-7745<br>Email: cbateman@cohenmilstein.com<br><br>Samuel Maida (SBN 333835)<br>Gary I. Smith, Jr. (SBN 344865)<br>**HAUSFELD LLP**<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>Tel: 415-633-1908<br>Fax: 415-358-4980<br>Email: smaida@hausfeld.com<br>          gsmith@hausfeld.com |

*Interim Co-Lead Counsel for Hospital Plaintiffs and the Proposed Class*

2

CASE NO.: 3:21-CV-03825-AMO-LB
STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

|   |   |   |
|---|---|---|
| 1 | | Michael J. Boni |
| 2 | | Joshua D. Snyder (*pro hac vice*) |
|   | | John E. Sindoni (*pro hac vice*) |
| 3 | | **BONI, ZACK & SNYDER LLC** |
|   | | 15 St. Asaphs Road |
| 4 | | Bala Cynwyd, PA 19004 |
|   | | Tel: 610-822-0200 |
| 5 | | Fax: 610-822-0206 |
|   | | Email: mboni@bonizack.com |
| 6 | | jsnyder@bonizack.com |
|   | | jsindoni@bonizack.com |
| 7 | | |
|   | | *Counsel for Hospital Plaintiffs and the Proposed Class* |
| 8 | | |

Dated: November 14, 2024    By: /s/ *Kathryn E. Cahoy*
                                KATHRYN E. CAHOY

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Ashley E. Bass (*Pro Hac Vice*)
Andrew Lazerow (*Pro Hac Vice*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 6291
Email: abass@cov.com
Email: alazerow@cov.com

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman *(pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com

3

Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

Allen Ruby (SBN 47109)
allen@allenruby.com
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

Attorneys for *Defendant Intuitive Surgical, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2024          By: _____
                                            The Honorable Araceli Martínez-Olguín
                                            United States District Judge

CASE NO.: 3:21-CV-03825-AMO-LB
STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

## ATTESTATION PER LOCAL RULE 5-1(i)(3)

The e-filing attorney hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated:  November 14, 2024                                     By:   */s/ Jeffrey L. Spector*
                                                                                JEFFREY L. SPECTOR

5

CASE NO.: 3:21-CV-03825-AMO-LB
STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO REMOVE INCORRECTLY FILED DOCUMENT