Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Jeffrey J. Corrigan (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Lead Case No: 3:21-CV-03825-AMO-LB<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. Araceli Martínez-Olguín |

Pursuant to Local Civil Rule 7-3(d)(2), Plaintiffs Larkin Community Hospital, Franciscan Alliance, Inc., and King County Public Hospital District No. 1 DBA Valley Medical Center (collectively, "Plaintiffs") respectfully submit the attached recently issued opinion, *In re: Generic Pharmaceuticals Pricing Antitrust Litigation*, No. 16-md-2724 (E.D. Pa. Dec. 3, 2024), in connection with Plaintiffs' pending Motion for Class Certification (Under Seal Dkt. 268-1, Public Dkt. 267), Defendant Intuitive Surgical Inc.'s opposition (Under Seal Dkt. 289-1, Public Dkt. 288), and Plaintiffs' Reply in Support of Class Certification (Under Seal Dkt. 297-1, Public Dkt. 296).

Local Civil Rule 7-3(d)(2) provides that, "[b]efore the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed." L. Civ. R. 7-3(d)(2). The *Generics Pharmaceuticals* court's recent opinion excluding the opinions of Dr. James Hughes (pages 18-29) is "a relevant judicial opinion" for the arguments addressed at, *inter alia*, pages 2-3 and footnote 1 of Plaintiffs' Reply in Support of Class Certification (Under Seal Dkt. 297-1, Public Dkt. 296).

Dated: December 5, 2024

Respectfully submitted,

/s/ *John E. Sindoni*
Michael J. Boni
Joshua D. Snyder (*pro hac vice*)
John E. Sindoni (*pro hac vice*)
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

*Counsel for Plaintiffs and the Proposed Class*

| | |
|---|---|
| Manuel J. Dominguez (*pro hac vice*)<br>COHEN MILSTEIN SELLERS &<br>TOLL PLLC<br>11780 U.S. Highway One, Suite N500<br>Palm Beach Gardens, FL 33408<br>Tel: 561-515-2604<br>Fax: 561-515-1401<br>Email: jdominguez@cohenmilstein.com | Jeffrey J. Corrigan (*pro hac vice*)<br>Jeffrey L. Spector (*pro hac vice*)<br>Icee N. Etheridge (*pro hac vice*)<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Tel: 215-496-0300<br>Fax: 215-496-6611<br>Email: jcorrigan@srkattorneys.com<br>         jspector@srkattorneys.com<br>         ietheridge@srkattorneys.com |
| Benjamin D. Brown (SBN 202545)<br>Daniel McCuaig (*pro hac vice*)<br>Zachary R. Glubiak (*pro hac vice*)<br>COHEN MILSTEIN SELLERS &<br>TOLL PLLC<br>1100 New York Ave., Suite 500<br>Washington, DC 20005<br>Tel: 202-408-4600<br>Fax: 202-408-4699<br>Email: bbrown@cohenmilstein.com<br>         dmccuaig@cohenmilstein.com<br>         zglubiak@cohenmilstein.com | Gary I. Smith, Jr. (SBN 344865)<br>Samuel Maida (SBN 333835)<br>HAUSFELD LLP<br>600 Montgomery Street, Suite<br>3200 San Francisco, CA 94111<br>Tel: 415-633-1908<br>Fax: 415-358-4980<br>Email: gsmith@hausfeld.com<br>         smaida@hausfeld.com |
| Christopher J. Bateman (*pro hac vice*)<br>COHEN MILSTEIN SELLERS &<br>TOLL PLLC<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>Tel: 212-838-7797<br>Fax: 212-838-7745<br>Email: cbateman@cohenmilstein.com | Jeannine M. Kenney (*pro hac vice*)<br>HAUSFELD LLP<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106<br>Tel: 215-985-3270<br>Fax: 215-985-3271<br>Email: jkenney@hausfeld.com |
| | Reena A. Gambhir (*pro hac vice*)<br>HAUSFELD LLP<br>888 16th St NW<br>Washington, DC 20006<br>Tel: 202-540-7145<br>Fax: 202-540-7201<br>Email: rgambhir@hausfeld.com |

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*