Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 9411
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@huasfeld.com

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS &
TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Jeffrey J. Corrigan (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION** | **Lead Case No. 3:21-CV-03825-AMO**<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge: Honorable Araceli Martinez-Olguín |
| **THIS DOCUMENT RELATES TO : ALL ACTIONS** | |

NOTICE OF CHANGE OF ADDRESS                     Case No. 3:21-cv-03825-AMO

**PLEASE TAKE NOTICE** that Hausfeld LLP (the "Firm") has relocated its District of Columbia office to the following:

**Hausfeld LLP**
**1200 17th Street, N.W.**
**Suite 600**
**Washington, DC 20036**

The Court and all counsel and parties are hereby requestrd to make note of this change and send all notices, orders, pleadings and other communications concerning the above-captioned matter to the new address. The firm's telphone number, fax number, and email addressses remain unchanged.

Dated: March 25, 2025

                                          Respectfully submitted,

                                          */s/ Reena A. Gambhir*
                                          Reena A. Gambhir (*admitted pro hac vice*)
                                          **HAUSFELD LLP**
                                          1200 17th Street, N.W., Suite 600
                                          Washington, DC 20036
                                          Telephone: (202) 540-7200
                                          Fax: (202) 540-7201
                                          rgambhir@hausfeld.com

                                          *Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I certify that on March 25, 2025, the within document was filed with the Clerk of the Court using the CM/ECF system which will send notificaiton of such filing to the attorneys of record in this case.

By: /s/ *Reena A. Gambhir*
Reena A. Gambhir