1
2
3
4                       UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6
7    **IN RE: DA VINCI SURGICAL ROBOT**          Case No.  21-cv-03825-AMO
     **ANTITRUST LITIGATION**
8
                                                 **OMNIBUS SEALING ORDER**
9                                                Re: Dkt. No. 330
10
11
12
13        Before the Court are several Administrative Motions to Seal.  The Court, having carefully

14   considered the submissions, the record, the applicable law, and any arguments related thereto,

15   hereby **GRANTS** the Administrative Motions.

16                                **LEGAL STANDARD**

17        Pursuant to Civil Local Rule 79-5, the party seeking to file a document or portions of it

18   under seal must explain "(i) the legitimate private or public interests that warrant sealing; (ii) the

19   injury that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is

20   not sufficient."  Civil L.R. 79-5(c)(1).  The request must be "narrowly tailored to seal only the

21   sealable material."  *Id.* at 79-5(c)(3).  A party seeking to seal records must provide "compelling

22   reasons" to overcome the "strong presumption in favor of access."  *Kamakana v. City & Cty. Of*

23   *Honolulu*, 447 F.3d 1172, 28 1178 (9th Cir. 2006); *see Ctr. for Auto Safety v. Chrysler Grp., LLC*,

24   809 F.3d 1092, 1096 (9th Cir. 2016).  The standard derives from the "common law right 'to

25   inspect and copy public records and documents, including judicial records and documents.'"

26   *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) (quoting *Kamakana*, 447 F.3d at

27   1178).  To overcome this strong presumption, the party seeking to seal judicial records must

28   "articulate compelling reasons supported by specific factual findings . . . that outweigh the general

history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Kamakana*, 447 F.3d at 1178-79 (citations omitted). The party must make a "particularized showing" that "specific prejudice or harm will result" if the information is disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002). It is in the "sound discretion of the trial court" to determine what constitutes a "compelling reason" for sealing a court document. *Ctr. for Auto Safety*, 809 F.3d at 1097 (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978)). Compelling reasons justifying sealing court records generally exist when such "court files might . . . become a vehicle for improper purposes" such as "releas[ing] trade secrets," *Kamakana*, 447 F.3d at 1179, or "as sources of business information that might harm a litigant's competitive standing," *Ctr. for Auto Safety*, 809 F.3d at 1097; *see In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (sealing trade secret information about "the pricing terms, royalty rates, and guaranteed minimum payment terms" in the parties' licensing agreement). Records attached to nondispositive motions must meet the lower "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure, as such records "are often unrelated, or only tangentially related, to the underlying cause of action." *Kamakana*, 447 F.3d at 1179-80 (quotations omitted).

### DISCUSSION

The Court finds that compelling reasons exist to support the filing under seal of the documents or portions thereof listed as "granted" in the following chart and grants the requests to seal these documents or portions thereof where they appear on the public docket. The Court appreciates the efforts of counsel to prepare the chart below, including citations to the relevant docket entries. The Court repeats its admonishment that, while it grants sealing many of the documents presented at this stage, it will be disinclined to permit sealing of materials presented in a public trial. *See* Omnibus Sealing Order (ECF 233) at 3.

United States District Court
Northern District of California

2

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/Denied |
|---|---|---|---|---|---|---|---|
| **Plaintiffs' Sealing Requests** | | | | | | | |
| Glubiak Dec. Ex. 6 – Mark Early Declaration | Dkt. 296.7 | Dkt. 297.6 | Early Decl., Dkt. 304.1 | Larkin | Partial | The Early Class Declaration includes detailed information about confidential agreements between Larkin and Defendant Intuitive Surgical, Inc.; details about the negotiations that occurred between Larkin and Intuitive related to da Vinci robot repair and replacement, and equipment lease agreements; and detailed information regarding Larkin's finances and monies paid to Intuitive. | GRANTED |
| Widman Declaration in Support of Intuitive's Opposition to Class Certification | Dkt. 288.2 | Dkt. 289.2 | Early Decl., Dkt. 304.1 | Larkin | Partial | This document provides details pertaining to confidential agreements and negotiations between Larkin and Intuitive. | GRANTED |
| Widman Declaration, Ex. 1 | Dkt. 288.3 | Dkt. 289.3 | Early Decl., Dkt. 304.1 | Larkin | Partial | This document provides details pertaining to confidential agreements and negotiations between Larkin and Intuitive. | GRANTED |
| Hospital Plaintiffs' Response to Defendant Intuitive | Dkt. 301-1 | Dkt. 300-2; Dkt. 313 | Early Decl., Dkt. 304.1 | Larkin | Partial Pg. 5, lines 3-11 | These portions of this document provide details pertaining to | GRANTED |

3

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| **Plaintiffs' Sealing Requests** | | | | | | | |
| Surgical, Inc.'s Objection to Certain Class Certification Reply Evidence | | | | | | confidential agreements and negotiations between Larkin and Intuitive. | |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| Plaintiffs' Motion for Class Certification | Dkt. 267 | Dkt. 268.1 | Wong Dec., Dkt. 304.2 | Intuitive | Pg. 10, redacted price on line 26<br><br>Pg. 17-18, redacted pricing policy and pricing figures on lines 17:27-18:24 | *See* Wong Dec. ¶ 4, Omnibus Motion to Seal at Section III.B | GRANTED |
| Ex. 1 to the Declaration of Manuel J. Dominguez (Elhauge Class Report) | Dkt. 267.2 | Dkt. 268.2 | Wong Dec., Dkt. 304.2 | Intuitive | Page 105, Figure 9 – Pricing Figures<br><br>Page 110, n. 497 – Contract Prices<br><br>Page 111, paragraph 219 and Figure 10 – Pricing figures<br><br>Page 112, paragraph 220, Figure 11, and n. 504 – Pricing and Revenue Figures, Contract Prices<br><br>Page 113, paragraph 221 – Gross margin figures<br><br>Page 114, Figure 12, and | *See* Wong Dec. ¶ 4, Omnibus Motion to Seal at Section III.B | GRANTED |

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| | | | | | paragraph 222 – Margin figures | | |
| | | | | | Page 128, paragraph 252 and n.582 – Customer identities | | |
| | | | | | Page 148, ns. 677, 678, 680, 681, 683 – Customer identities | | |
| | | | | | Page 160, paragraph 317 – Pricing figures | | |
| | | | | | Page 171, paragraph 340 – Pricing figures | | |
| | | | | | Page 172, paragraph 341 – Pricing figures | | |
| | | | | | Pages 173–74, paragraph 346 – Margin figures | | |
| | | | | | Page 174, paragraph 347 and n.809 – Margin figures | | |
| | | | | | Page 182, paragraph 368 – Customer identity | | |
| | | | | | Page 186, n.863 – Customer identities | | |
| | | | | | Page 191, paragraph 393 – Pricing figures | | |
| | | | | | Page 192, paragraph 394 | | |

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| | | | | | and n. 889 – Pricing figures | | |
| | | | | | Page 198, paragraph 405 – Pricing figures | | |
| | | | | | Page 199, paragraph 406, n. 919, n. 920 – Pricing figures | | |
| | | | | | Page 200, paragraph 408, 409, and n. 927 – Margin figures | | |
| | | | | | Page 201, paragraph 411, and n. 935 – Pricing figures, Contract prices, Customer identities | | |
| | | | | | Page 212, n.974 – Customer identity | | |
| | | | | | Page 256, paragraph 521 – Customer identity | | |
| | | | | | Page 260, n.1182 – Customer identity | | |
| | | | | | Page 261, n.1204 – Customer identity | | |
| | | | | | Page 285, paragraph 587 – Pricing figures | | |
| | | | | | Page 287, paragraph 589 – Margin figures | | |

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | **Intuitive Sealing Requests** | | |
| | | | | | Page 294, n.1366 – Cost figures | | |
| | | | | | Page 296, n.1376 – Customer identity | | |
| | | | | | Page 300, n.1399 – Customer identity | | |
| | | | | | Page 302, paragraph 621 – Margin figures | | |
| | | | | | Page 303, paragraph 625 and 626 – Pricing figures | | |
| | | | | | Page 304, paragraph 626 and n. 1413 – Pricing figures | | |
| | | | | | Page 305, n. 1421– Pricing figures | | |
| | | | | | Page 306, paragraph 632 – Pricing figures | | |
| | | | | | Page 307, Table 3 – Pricing figures | | |
| | | | | | Page 326, paragraph 669 – Pricing figures | | |
| | | | | | Page 327, paragraph 670, n. 1535, and n. 1536 – Pricing figures | | |

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| Intuitive Sealing Requests | | | | | | | |
| | | | | | Page 328, paragraph 671 and n. 1545 – Margin figures | | |
| | | | | | Page 329, paragraph 672 and n.1551 – Margin figures | | |
| | | | | | Page 331, n.1559 – Customer identities | | |
| | | | | | Page 351, n. 1649 – Customer identities | | |
| | | | | | Page 361, paragraph 744 – Margin figures | | |
| | | | | | Page 362, paragraph 745 – Margin figures | | |
| | | | | | Page 402, paragraph 822 and n.1863 – Pricing figures | | |
| | | | | | Page 403, paragraph 823 and n. 1865 – Pricing figures | | |
| | | | | | Page 421, paragraph 863 – Customer identity | | |
| | | | | | Page 422, paragraph 865 and n.1935 – Pricing figures and strategy | | |
| | | | | | Page 423, paragraph 867 – Pricing figures | | |

8

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| | | | | | Page 424, paragraph 870 and n. 1958 – Pricing figures | | |
| | | | | | Page 425, paragraph 870, 871, 872, and n. 1961, 1962 – Pricing figures | | |
| | | | | | Page 426, paragraph 873 and n.1968 – Customer identities | | |
| | | | | | Page 433, paragraph 883 – Pricing figures | | |
| | | | | | Page 448, Table 20 – Pricing figures | | |
| | | | | | Page 452, Table 22 – Pricing figures | | |
| | | | | | Page 455, paragraph 915 and 916 – Pricing figures, Specific customer identities and pricing figures | | |
| | | | | | Page 456, paragraph 916, 918, 2100, and n. 2102 – Pricing figures and specific customer identities and pricing | | |
| | | | | | Page 457, Figure 18 – Pricing figures | | |

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| | | | | | Page 458, Table 23 – Pricing figures | | |
| Ex. 11 to the Declaration of Manuel J. Dominguez (Intuitive-00067540) | N/A | Dkt. 267.12 | Wong Dec., Dkt. 304.2 | Intuitive | This document was provisionally sealed, then re-filed as Dkt. 270, pursuant to the Court's previous sealing motion at Dkt. 246. | *See* Wong Dec. ¶ 4, Omnibus Motion to Seal at Section III.B | GRANTED |
| Ex. 23 to the Declaration of Manuel J. Dominguez (Intuitive-00203904) | Dkt. 267.24 | Dkt. 268.8 | Wong Dec., Dkt. 304.2 | Intuitive | Page 2 – Specific discount and pricing figures<br><br>Page 3 – Pricing strategy, specific discount and pricing figures | *See* Wong Dec. ¶ 4, Omnibus Motion to Seal at Section III.B<br><br>This document was previously partially sealed (see Wong Decl. at Dkt. No. 143-1) | GRANTED |
| Intuitive's Opposition to Class Certification | Dkt. 288 | Dkt. 289.1 | Wong Dec., Dkt. 304.2 | Intuitive | Page 4, Line 21 – Pricing figures<br><br>Page 14, Lines 11-13 – Pricing figures<br><br>Page 21, Line 22 – Settlement amount | *See* Wong Dec. ¶¶ 4, 5 Omnibus Motion to Seal at Section III.B | GRANTED |
| Widman Declaration in Support of Intuitive's Opposition to Class Certification | Dkt. 288.2 | Dkt. 289.2 | Wong Dec., Dkt. 304.2 | Intuitive | Page 3, paragraphs 2 and 3 – Specific settlement amounts | *See* Wong Dec. ¶¶ 4, 5 Omnibus Motion to Seal at Section III.B | GRANTED |
| Widman Declaration, Ex. 1 | Dkt. 288.3 | Dkt. 289.3 | Wong Dec., Dkt. 304.2 | Intuitive | Full document – settlement negotiations and prices | *See* Wong Dec. ¶¶ 4, 5 Omnibus Motion to Seal at Section III.B | GRANTED |

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| Bass Dec. Ex. 1 - Expert Rebuttal Report of James W. Hughes | Dkt. 288.5 | Dkt. 289.4 | Wong Dec., Dkt. 304.2 | Intuitive | Table of Contents, PDF Page 5 – Customer identities<br><br>Page 5, paragraph 16 – Pricing figures<br><br>Page 15, n.28 – Customer identities<br><br>Page 16, Figure 5 – Pricing figures<br><br>Page 22, Figure 10 and n.37 – Pricing figures, customer identities and specific customer prices<br><br>Page 24, n.42 – Customer identities<br><br>Page 25, ns.43, 44 – Pricing strategy, customer identities<br><br>Page 29, paragraphs 38 and 40 – Pricing figures, customer pricing agreements<br><br>Page 31, n.62 – Customer identities<br>Page 33, paragraph 48 – Pricing strategy | *See* Wong Dec. ¶ 4 Omnibus Motion to Seal at Section III.B | GRANTED |

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | **Intuitive Sealing Requests** | | |
| | | | | | Page 34, paragraph 51, 52 and n. 74, 75, 76, 77 – Customer identities and customer pricing agreements | | |
| | | | | | Page 53, n. 128 – Customer pricing agreement | | |
| | | | | | Page 54, paragraph 88 – Pricing figures | | |
| | | | | | Page 55, paragraph 88 and n. 136 – Pricing figures | | |
| | | | | | Page 59, paragraph 95 – Pricing figures and customer identity | | |
| | | | | | Page 60, paragraph 95 and notes 146, 147, 148 – Pricing figures and customer identities | | |
| | | | | | Page 63, Table 1 – Pricing figures and customer identities | | |
| | | | | | Page 65, paragraph 97 and n. 153, 154, 155 – Pricing figures | | |

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/Denied |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| | | | | | Page 76, Figure 20 – Pricing figures | | |
| | | | | | Page 88, n.211 – Customer identities | | |
| | | | | | Page 89, paragraph 132 and n. 212, 213, 214 – Customer identities | | |
| | | | | | Page 90, paragraph 133, and n. 216 – Customer identities and pricing figures | | |
| | | | | | Page 91, paragraph 13 – Customer identities and pricing figures | | |
| | | | | | Page 92, Table 2 – Customer identities and pricing figures | | |
| | | | | | Page 93, n. 218 and 219 – Customer identities and pricing figures | | |
| | | | | | Page 95, paragraph 138, n. 223, 224, 225, and 226 – Customer identities and pricing figures | | |
| | | | | | Page 96, n.229 – Customer identity Page 102, paragraph 146 and n.256 – | | |

13

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| | | | | | Customer identities | | |
| | | | | | Page 125, list nos. 297, 300 – Customer identities | | |
| | | | | | Page 126, Table 3 – Pricing figures | | |
| | | | | | Page 129, n.259 – Customer identities | | |
| | | | | | Page 130, Figure 21 – Pricing figures | | |
| | | | | | Page 131, Figure 22 – Pricing figures | | |
| | | | | | Page 132, Figure 23 – Pricing figures | | |
| | | | | | Page 133, Figure 24 – Pricing figures | | |
| | | | | | Page 134, Figure 25 – Pricing figures | | |
| | | | | | Page 135, Figure 26 – Pricing figures | | |
| Bass Dec. Ex. 4 - Intuitive-00372053 – Intuitive-00372055 | Dkt. 288.8 | Dkt. 289.5 | Wong Dec., Dkt. 304.2 | Intuitive | Full – pricing strategy | *See* Wong Dec. ¶ 4 Omnibus Motion to Seal at Section III.B | GRANTED |

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| Bass Dec. Ex. 7 - Intuitive-00091682 – Intuitive-00091687 | Dkt. 288.11 | Dkt. 289.8 | Wong Dec., Dkt. 304.2 | Intuitive | Page 2 – Customer identity and pricing figures | *See* Wong Dec. ¶ 4 Omnibus Motion to Seal at Section III.B | GRANTED |
| Bass Dec. Ex. 15 - Intuitive-00107443 – Intuitive-00107451 | Dkt. 288.19 | Dkt. 289.13 | Wong Dec., Dkt. 304.2 | Intuitive | Intuitive-0010747 – Business goals<br><br>Intuitive-00107448 – Customer identity<br><br>Intuitive-00107449 – Customer identity, Pricing figure<br><br>Intuitive -00107450 – Customer identity, Pricing figure<br><br>Intuitive -00107451 – Customer identity, Pricing figures | *See* Wong Dec. ¶ 4 Omnibus Motion to Seal at Section III.B | GRANTED |
| Glubiak Dec. Ex. 1 - Corrected Class Certification Expert Report of Elhauge | Dkt. 296.2 | Dkt. 297.2 | Wong Dec., Dkt. 304.2 | Intuitive | Filed previously in Class Certification briefing as Ex. 1 to the Declaration of Manuel J. Dominguez.<br><br>*See entry above for Elhauge Class Report* | *See* Wong Dec. ¶ 4 Omnibus Motion to Seal at Section III.B | GRANTED |

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/Denied |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| Glubiak Dec. Ex. 2 - James Hughes Amended Expert Report | Dkt. 296.3 | Dkt. 297.3 | Wong Dec., Dkt. 304.2 | Intuitive | Filed previously in Class Certification briefing as Ex. 1 to the Declaration of Ashley Bass. *See entry above for Hughes Expert Report.* | *See* Wong Dec. ¶ 4 Omnibus Motion to Seal at Section III.B | GRANTED |
| Glubiak Dec. Ex 3 – Elhauge Reply Report | Dkt. 296.4 | Dkt. 297.4 | Wong Dec., Dkt. 304.2 | Intuitive | Page 12, paragraph 29 – Pricing figures<br><br>Page 15, paragraph 36 and n. 44 – Pricing figures<br><br>Page 16, Table 29, paragraph 37 – Pricing figures<br><br>Page 17, Table 30 – Pricing figures<br><br>Page 18, Table 32 – Pricing figures<br><br>Page 19, Table 33 – Pricing figures<br><br>Page 20, Table 34 – Pricing figures<br><br>Page 21, Table 35, Table 36 – Pricing figures<br><br>Page 22, Table 37 – Pricing figures<br><br>Page 23, Table 38, 39, paragraph 46, | *See* Wong Dec. ¶ 4 Omnibus Motion to Seal at Section III.B | GRANTED |

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| | | | | | and n. 63 – Pricing figures | | |
| | | | | | Page 24, paragraph 48 – Pricing figures | | |
| | | | | | Page 25, Table 40 – Pricing figures | | |
| | | | | | Page 26, Table 41 – Pricing figures | | |
| | | | | | Page 27, Table 42 – Pricing figures | | |
| | | | | | Page 29, Table 43 – Pricing figures | | |
| | | | | | Page 43, paragraph 77 – Pricing figures | | |
| | | | | | Page 51, n. 188 – Pricing figures | | |
| | | | | | Pages 53–54, paragraph 97 and n. 199 – Pricing figures | | |
| | | | | | Page 55 – Pricing figures | | |
| | | | | | Page 59 – Pricing figures | | |
| | | | | | Page 61 – Pricing figures | | |
| | | | | | Page 63 – Pricing figures | | |
| | | | | | Page 64 – Pricing figures, customer identity | | |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/Denied |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| | | | | | Page 65, paragraph 105 and n. 214 – Pricing figures, customer identity | | |
| | | | | | Page 69, paragraph 113, 114, and n. 232 – Pricing and margin figures | | |
| | | | | | Page 70, paragraph 116 – Pricing figures | | |
| | | | | | Page 76, paragraph 127 and n. 275 – Pricing figures | | |
| | | | | | Page 84, paragraph 142 – Customer identities, Pricing figures | | |
| | | | | | Page 87, paragraph 148, 149, and n. 345 – Pricing figures, customer identities | | |
| | | | | | Page 90, paragraph 154, and n. 361 – Customer identities, Pricing figures | | |
| | | | | | Page 94, paragraph 161 – Pricing figures | | |
| | | | | | Page 95, paragraphs 162, 163 and n.389 – Pricing figures | | |

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| | | | | | Page 97, paragraph 166, and 167 – Pricing figures<br><br>Page 98, paragraph 167, 168, and n. 412 – Pricing figures | | |
| Glubiak Dec. Ex. 6 – Mark Early Declaration | Dkt. 296.7 | Dkt. 297.6 | Wong Dec., Dkt. 304.2 | Intuitive | Full document – settlement negotiations and amounts | *See* Wong Dec. ¶¶ 4, 5 Omnibus Motion to Seal at Section III.B | GRANTED |
| Plaintiffs' Response to Intuitive's Objection to Certain Class Certification Reply Evidence | Dkt. 301.1 | Dkt. 300.2; Dkt. 313 | Wong Dec., Dkt. 304.2 | Intuitive | Partial Page 5, lines 3-11 | *See* Wong Dec. ¶ 5; Omnibus Motion to Seal at Section III.B | GRANTED |

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| **Asensus Surgical, Inc. Sealing Requests** | | | | | | | |
| Ex. 1 to the Declaration of Manuel J. Dominguez (Elhauge Class Report) | Dkt. 267.2 | Dkt. 268.2 | Weingard Decl., Dkt. 304.3 | Third-party Asensus Surgical, Inc. | Footnotes 606, 890, 921, and 1537 and in the body of the Elhauge Class Report to which those footnotes refer. | *See* Weinguard Dec. | GRANTED |
| Glubiak Dec. Ex. 1 - Corrected Class Certification Expert Report of Elhauge | Dkt. 296.2 | Dkt. 297.2 | Weingard Decl., Dkt. 304.3 | Third-party Asensus Surgical, Inc. | Filed previously in Class Certification briefing as Ex. 1 to the Declaration of Manuel J. Dominguez. *See entry above for Elhauge Class Report* | *See* Weinguard Dec. | GRANTED |

20

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| **Restore Robotics Sealing Requests** | | | | | | | |
| Ex. 1 to the Declaration of Manuel J. Dominguez (Elhauge Class Report) | Dkt. 267.2 | Dkt. 268.2 | | Third-party Restore Robotics | Restore's Highly Confidential information appears in the Elhauge Class Report in footnotes 124, 382, 397, 444, 445, 769, 839, 1014, 1025, 1068, 1110, 1114, 1194, 1230, 1242, 1587, and 1805, and in the body of the Elhauge Class Report to which those footnotes refer. These sections are identical to previously sealed sections of the Corrected Elhauge Report (see Omnibus Sealing Order at Dkt. No. 246) | This material was sealed previously in the Corrected Elhauge Report (see Parker Decls. at Dkt. No. 166 and 144) | GRANTED |

United States District Court
Northern District of California

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| **Restore Robotics Sealing Requests** | | | | | | | |
| Ex. 1 to the Declaration of Manuel J. Dominguez (Elhauge Class Report) | Dkt. 267.2 | Dkt. 268.2 | | Third-party Restore Robotics | Restore's Highly Confidential information appears in the Elhauge Class Report in footnotes 124, 540, 708, 1110, 1114, 1230, 1199, 1075, 1227, 1229, 1231, 1585, 1586, 1587, 1588, and 1805, and in the body of the Elhauge Class Report to which those footnotes refer. These sections are identical to previously sealed sections of the Elhauge Reply Report (see Omnibus Sealing Order at Dkt. No. 246) | This material was partially sealed previously in the Elhauge Reply Report (see Parker Decls. at Dkt. No. 166 and 144) | GRANTED |
| Glubiak Dec. Ex. 1 - Corrected Class Certification Expert Report of Elhauge | Dkt. 296.2 | Dkt. 297.2 | | Third-party Restore Robotics | Filed previously in Class Certification briefing as Ex. 1 to the Declaration of Manuel J. Dominguez. *See entry above for Elhauge Class Report* | See above. | GRANTED |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| **Restore Robotics Sealing Requests** | | | | | | | |
| Ex. 7 to the Declaration of Manuel J. Dominguez (Parnell Rebuttal Expert Report) | Dkt. 267.8 | Dkt. 268.4 | | Third-party Restore Robotics | Restore's Highly Confidential information appears in the Rebuttal Expert Report of Dr. T. Kim Parnell on pp. 119 - 121 and 131 - 132. | This document was partially sealed previously (see Wong Decl. at Dkt. No. 125; Parker Decl. at Dkt. No. 145; Berhold Decl. at Dkt. No. 167; Parker Decl. at Dkt. No. 172; and Parker Decl. at Dkt. No. 178) | GRANTED |

**IT IS SO ORDERED.**

Dated: March 28, 2025

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**