1  Sonya D. Winner (SBN 200348)
   **COVINGTON & BURLINGTON LLP**
2  415 Mission Street, Suite 5400
   San Francisco, California 94105-2533
3  Telephone: (415) 591-6000
4  Facsimile: (415) 591-6091
   Email: swinner@cov.com
5
   Kathryn E. Cahoy (SBN 298777)
6  **COVINGTON & BURLING LLP**
   3000 El Camino Real
7  Palo Alto Square, 10th Floor
   Palo Alto, California 94306-2112
8  Telephone: (650) 632-4700
9  Facsimile: (650) 632-4800 Email: kcahoy@cov.com

10 Ashley E. Bass (Pro Hac Vice)
   Andrew Lazerow (Pro Hac Vice)
11 **COVINGTON & BURLING LLP**
12 One CityCenter, 850 Tenth Street NW Washington, DC 20001-4956
   Telephone: (202) 662-6000
13 Facsimile: (202) 6291
   Email: abass@cov.com Email: alazerow@cov.com
14
15 *Attorneys for Defendant Intuitive Surgical, Inc.*

16 [Additional counsel listed on signature page]

17                    **UNITED STATES DISTRICT COURT**

18                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19                          **SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 3:21-cv- 03825-AMO-LB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE OMNIBUS SEALING DEADLINE**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

Pursuant to Local Civil Rule 6-2, Plaintiffs Larkin Community Hospital, Franciscan Alliance, Inc., and King County Public Hospital District No. 1, d/b/a Valley Medical Center and Defendant Intuitive Surgical, Inc. (collectively, the "Parties") stipulate as follows and respectfully request that the Court endorse this stipulation with an order modifying the omnibus sealing deadline:

WHEREAS, on June 7, 2024, the Court entered the Stipulation and Order Regarding Omnibus Sealing Procedures (ECF No. 269) requiring the Parties to file public-facing versions of underlying documents within 21 days following the Court's order on an omnibus sealing motion;

WHEREAS, on March 28, 2025, the Court issued an Omnibus Sealing Order (ECF. No. 332) granting several of the Parties' Administrative Motions to Seal;

WHEREAS, the Parties' public-facing version of the documents identified in the Court's March 28, 2025 are currently due on April 18, 2025;

WHEREAS, the Parties have agreed, subject to the Court's approval, to the following schedule to allow for a one-week extension of the Parties' deadline:

| Event | Proposed Date |
|---|---|
| Parties' File Public-Facing Documents Identified in Omnibus Sealing Order ECF. No. 332 | April 25, 2025 |

NOW THEREFORE, Plaintiffs and Intuitive respectfully request that the Court enter the proposed briefing schedule set forth in the attached Proposed Order.

Dated: April 18, 2025

By: */s/ Jeffrey Corrigan*

Jeffrey J. Corrigan (pro hac vice)
Jeffrey L. Spector (pro hac vice)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com
jspector@srkattorneys.com

By: */s/ Andrew Lazerow*

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Gary I. Smith, Jr. (SBN 344865)
Samuel Maida (SBN 333835)
**HAUSFELD LLP**
580 California Street, 12th Floor
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: gsmith@hausfeld.com
smaida@hausfeld.com

Daniel P. Weick (pro hac vice)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: 646-357-1100
Fax: 212-202-4322
Email: dweick@hausfeld.com

Reena A. Gambhir (pro hac vice)
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel: 202-540-7145
Fax: 202-540-7201
Email: rgambhir@hausfeld.com

Benjamin D. Brown (SBN 202545)
Daniel McCuaig (pro hac vice)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., Suite 500
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699
Email: bbrown@cohenmilstein.com
dmccuaig@cohenmilstein.com

Manuel J. Dominguez (pro hac vice)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Ashley E. Bass (*Pro Hac Vice*)
Andrew Lazerow (*Pro Hac Vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 6291
Email: abass@cov.com
Email: alazerow@cov.com

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman *(pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com

*Counsel for Defendant
Intuitive Surgical, Inc.*

Christopher J. Bateman (pro hac vice)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: 212-838-7797
Fax: 212-838-7745
Email: cbateman@cohenmilstein.com

Michael J. Boni
Joshua D. Snyder (pro hac vice)
John E. Sindoni (pro hac vice)
**BONI, ZACK & SNYDER LLC**
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

*Counsel for Hospital Plaintiffs*

# [PROPOSED] ORDER

**It is hereby ordered** that the Parties' deadline to file public-facing documents identified in the March 28, 2025 Omnibus Sealing Order (ECF. No. 332) shall be modified as follows:

| Event | Proposed Date |
| --- | --- |
| Parties' File Public-Facing Documents Identified in Omnibus Sealing Order ECF. No. 332 | April 25, 2025 |

**It is so ordered:**

Dated: _____, 2025

_____
Hon. Araceli Martínez-Olguín
United States District Court Judge

4

**FILER'S ATTESTATION**

I, Andrew Lazerow, am the ECF User whose ID and password are being used to file this document. I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: April 18, 2025                       /s/ *Andrew Lazerow*
                                            Andrew Lazerow