Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
Email: swinner@cov.com

Ashley E. Bass (*pro hac vice*)
Andrew Lazerow (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: abass@cov.com
Email: alazerow@cov.com

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 3:21-cv- 03825-AMO-LB<br><br>**MOTION TO AMEND OMNIBUS SEALING ORDER RE: CLASS CERTIFICATION BRIEFING AND EXTEND THE OMNIBUS SEALING DEADLINE**<br><br><br>Judge: The Honorable Araceli Martínez-Olguín |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MOTION AND NOTICE OF MOTION

Pursuant to Civil Local Rules 7-11 and 79-5, the Joint Stipulation and Order Regarding Omnibus Sealing Procedures, Dkt. 269 ("Sealing Stip."), and the Court's directive following the January 23, 2025 hearing, Dkt. 311, Plaintiffs and Defendant Intuitive Surgical, Inc. ("Intuitive") (together, the "Parties") hereby file this Motion to Amend the Omnibus Sealing Order and Extend the Omnibus Sealing Deadline (the "Motion") in connection with certain documents submitted in support of or in opposition to Plaintiffs' Motion for Class Certification.

On February 6, 2025, the Parties filed an Amended Omnibus Sealing Motion Re: Class Certification Briefing, Dkt. 330, including a Proposed Order, Dkt. 330-1. On March 28, 2025, this Court entered its Omnibus Sealing Order (the "Order"), Dkt. 332. Pursuant to the Sealing Stip., the Parties were to file "the public-facing version of the document [sought to be sealed] … within 21 days following the Court's order on the omnibus sealing motion." Sealing Stip. ¶ 5. On April 18, 2025, the Parties asked the Court for a short extension of time to file the newly-public material. Dkt. 337. On April 21, 2025, the Court granted the Parties' request to extend the deadline to publicly file those materials until April 25, 2025. Dkt. 338. Having conferred, the Parties now submit this motion to amend the Order to correct some inadvertent typographical errors and omissions.

Below is a list of the corrections the Parties are seeking to the Order. As detailed below, the sealing of the corrected materials is supported by the same materials previously relied upon by this Court in its Omnibus Sealing Order. The complete list of excerpts that Plaintiffs, Intuitive, and third parties seek to seal and the grounds therefore can be found in the Omnibus Sealing Motion re: Class Certification Briefing, the statements and declarations filed therewith, and the proposed order filed with the Court, Dkt. 304, the Amended Omnibus Sealing Motion re: Class Certification Briefing and the proposed amended order filed with the Court, Dkt. 330, and the proposed amended omnibus sealing order submitted herewith.

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | | **Restore Robotics Sealing Requests** | | | |
| Ex. 1 to the Declaration of Manuel J. Dominguez (Elhauge Class Report) | Dkt. 267.2 | Dkt. 268.2 | | Third-party Restore Robotics | Restore's Highly Confidential information appears in the Elhauge Class Report in footnotes 124, 127, 382, 397, 444, 445, 762, 769, 770, 771, 839, 864, 900, 1014, 1025, 1068, 1110, 1114, 1194, 1224, 1230, 1242, 1587, and 1805, and in the body of the Elhauge Class Report to which those footnotes refer. These sections are identical to previously sealed sections of the Corrected Elhauge Report (see Omnibus Sealing Order at Dkt. No. 246) | This material was sealed previously in the Corrected Elhauge Report (see Parker Decls. at Dkt. No. 166 and 144) | |

2

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | **Restore Robotics Sealing Requests** | | | | |
| Ex. 1 to the Declaration of Manuel J. Dominguez (Elhauge Class Report) | Dkt. 267.2 | Dkt. 268.2 | | Third-party Restore Robotics | Restore's Highly Confidential information appears in the Elhauge Class Report in footnotes 124, 127, ~~540,~~ 708, 1110, 1114, 1230, 1199, 1075, 1224, 1226, 1227, 1229, 1231, 1585, 1586, 1587, 1588, and 1805, and in the body of the Elhauge Class Report to which those footnotes refer. These sections are identical to previously sealed sections of the Elhauge Reply Report (see Omnibus Sealing Order at Dkt. No. 246) | This material was partially sealed previously in the Elhauge Reply Report (see Parker Decls. at Dkt. No. 166 and 144) | |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | **Intuitive Sealing Requests** | | | | |
| Ex. 1 to the Declaration of Manuel | Dkt. 267.2 | Dkt. 268.2 | Wong Dec., Dkt. 304.2 | Intuitive | Page 115, Figure 13 – Margin figures | *See* Wong Dec. ¶ 4, Omnibus Motion to Seal at Section III.A | |

3

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | | **Intuitive Sealing Requests** | | | |
| J. Dominguez (Elhauge Class Report) | | | | | Page 148, ns. 677, 678, 680, 681, 683, 684 – Customer identities | | |
| | | | | | Page 171, paragraph 340 and n.785 – Pricing figures | | |
| | | | | | Page 174, paragraph 347 and ns.805, 808, 809 – Margin figures | | |
| | | | | | Page 192, paragraph 394 and ns. 888, 889 – Pricing figures | | |
| | | | | | Page 260, n.1203~~1182~~ – Customer identity | | |
| | | | | | Page 261, n.120~~54~~ – Customer identity | | |
| | | | | | Page 327, paragraph 669, 670, n. 1535, and n. 1536 – Pricing figures | | |
| | | | | | Page 328, paragraph 671 and ns. 1543, 1544, 1545 – Margin figures | | |
| | | | | | ~~Page 402, paragraph 822~~ | | |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | | Intuitive Sealing Requests | | | |
| | | | | | ~~and n.1863 – Pricing figures~~ | | |
| | | | | | Page 425, paragraph 870, 871, 872, and n. 1961, 1962 – Pricing figures and Customer identities | | |
| | | | | | Page 426, paragraph 873 and n~~s~~.1966, 1967, 1968 – Customer identities and Pricing strategy | | |
| Bass Dec. Ex. 1 - Expert Rebuttal Report of James W. Hughes | Dkt. 288.5 | Dkt. 289.4 | Wong Dec., Dkt. 304.2 | Intuitive | Page 20, Figure 8 – Customer identity | *See* Wong Dec. ¶ 4 Omnibus Motion to Seal at Section III.A | |
| | | | | | Page 65, paragraph 97 and n~~s~~. 153, 154, 155 – Pricing figures and customer identities | | |
| | | | | | Page 91, paragraph 13~~4~~ – Customer identities and pricing figures | | |
| | | | | | Page 126, Table 3 – Pricing figures and customer identities | | |

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| Glubiak Dec. Ex. 2 - James Hughes Amended Expert Report | Dkt. 296.3 | Dkt. 297.3 | Wong Dec., Dkt. 304.2 | Intuitive | Filed previously in Class Certification briefing as Ex. 1 to the Declaration of Ashley Bass. *See entry above for Hughes Expert Report.* Except that due to amendment, the entry for Page 125, list nos. 297, 300 should be Page 125, list nos. 298, 301 for the Hughes Amended Report – Customer identities | *See* Wong Dec. ¶ 4 Omnibus Motion to Seal at Section III.A | |
| Glubiak Dec. Ex 3 – Elhauge Reply Report | Dkt. 296.4 | Dkt. 297.4 | Wong Dec., Dkt. 304.2 | Intuitive | Page 55 – Pricing figures and customer identities Page 59 – Pricing figures and customer identities Page 61 – Pricing figures and customer identities Page 63 – Pricing figures and customer identities Page 64 – Pricing figures, | *See* Wong Dec. ¶ 4 Omnibus Motion to Seal at Section III.A | |

6

| Document or title or description | Dkt. of publicly-filed version | Dkt. of sealed version | Dkt. of decl. in support of sealing | Party seeking sealing | Sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| **Intuitive Sealing Requests** | | | | | | | |
| | | | | | customer identit~~ies~~y | | |

The Parties also believe that in light of the requested amendments to the Court's Omnibus Sealing Order, it would be most efficient to extend the deadline to file new public-facing versions of previously sealed material so that the Parties have the benefit of the Court's decision on this Motion prior to filing. The Parties therefore respectfully request that the Court amend its previous Order to maintain these corrected materials under seal and extend the deadline for the parties to file the new public-facing version of previously sealed materials so that they must be filed within one week of the Court's decision on the Motion. A proposed amended order making these revisions and extending the deadline is attached hereto.

Dated: April 25, 2025

By: /s/ Jeffrey J. Corrigan

Jeffrey J. Corrigan (pro hac vice)
Jeffrey L. Spector (pro hac vice)
SPECTOR ROSEMAN &
KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com
jspector@srkattorneys.com

Gary I. Smith, Jr. (SBN 344865)
Samuel Maida (SBN 333835)
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: gsmith@hausfeld.com

By:/s/ Andrew Lazerow

Kathryn E. Cahoy (SBN 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Sonya D. Winner (SBN 200348)
COVINGTON & BURLINGTON LLP
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
Email: swinner@cov.com

Ashley E. Bass (*Pro Hac Vice*)
Andrew Lazerow (*Pro Hac Vice*)

7

smaida@hausfeld.com

Daniel P. Weick (pro hac vice)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: 646-357-1100
Fax: 212-202-4322
Email: dweick@hausfeld.com

Reena A. Gambhir (pro hac vice)
HAUSFELD LLP
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel: 202-540-7145
Fax: 202-540-7201
Email: rgambhir@hausfeld.com

Benjamin D. Brown (SBN 202545)
Daniel McCuaig (pro hac vice)
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave., Suite 500
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699
Email: bbrown@cohenmilstein.com
dmccuaig@cohenmilstein.com

Manuel J. Dominguez (pro hac vice)
COHEN MILSTEIN SELLERS &
TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email:
jdominguez@cohenmilstein.com

Christopher J. Bateman (pro hac vice)
COHEN MILSTEIN SELLERS &
TOLL
PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel: 212-838-7797
Fax: 212-838-7745
Email: cbateman@cohenmilstein.com

Michael J. Boni
Joshua D. Snyder (pro hac vice)
John E. Sindoni (pro hac vice)

COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: abass@cov.com
Email: alazerow@cov.com

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:  (628) 432-5100
Facsimile:  (628) 232-3101
Email: jhill@paulweiss.com

Allen Ruby (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

Attorneys for *Defendant
Intuitive Surgical, Inc.*

MOTION TO AMEND OMNIBUS SEALING ORDER                     Case No. 3:21-cv-03825-AMO-LB
RE: CLASS CERTIFICATION BRIEFING AND
EXTEND THE OMNIBUS SEALING DEADLINE

BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

*Counsel for the Proposed Class*

MOTION TO AMEND OMNIBUS SEALING ORDER                    Case No. 3:21-cv-03825-AMO-LB
RE: CLASS CERTIFICATION BRIEFING AND
EXTEND THE OMNIBUS SEALING DEADLINE

**FILER'S ATTESTATION**

I, Andrew Lazerow, am the ECF User whose ID and password are being used to file this document. I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: April 25, 2025                              */s/ Andrew Lazerow*
                                                    Andrew Lazerow