# ATTACHMENT 16

## Plaintiffs' Motion for Leave to File Response to Intuitive's Objection to Certain Class Certification Reply Evidence

Samuel Maida (SBN 333835)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com

Jeffrey J. Corrigan (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

*Plaintiffs' Interim Co-Lead Counsel*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Lead Case No: 3:21-CV-03825-AMO-LB<br><br>**HOSPITAL PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT INTUITIVE SURGICAL, INC.'S OBJECTION TO CERTAIN CLASS CERTIFICATION REPLY EVIDENCE [FILED UNDER SEAL]**<br><br>Judge: The Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rule 7-11 and 7-3(d), Plaintiffs Larkin Community Hospital, Franciscan Alliance, Inc., and King County Public Hospital District No. 1 (collectively, "Plaintiffs") submit this administrative motion for leave to file the attached Response ("Proposed Response") to Intuitive's Objection to Certain Class Certification Reply Evidence ("Objection"), ECF No. 298. Intuitive Surgical, Inc. ("Intuitive") filed the Objection pursuant to Local Rule 7-3(d)(1), which provides that, "[i]f *new evidence* has been submitted in the reply, the opposing party may file and serve an Objection to Reply Evidence[.]" Civ. L. R. 7-3(d)(1) (emphasis added). Any such objection "may not include further argument on the motion." *Id.* Because Intuitive's Objection (1) violates both of those requirements, and (2) is inescapably a de facto, unauthorized sur-reply (as shown below), the Objection should be stricken from the record. Alternatively, Plaintiffs hereby request leave to demonstrate why the Objection is meritless and should be overruled.

*First*, Plaintiffs' expert Professor Einer Elhauge's challenged opinions do not constitute "new evidence." In fact, Prof. Elhauge rendered the objected-to opinions in his initial Class Certification Report—and, in some instances, even his Merits Reports—and Intuitive examined Prof. Elhauge about these opinions in his class certification deposition, which took place before Intuitive filed its Class Certification Opposition on August 2, 2024. *See* ECF No. 296-2 (Elhauge Corrected Class Cert. Report dated July 13, 2024) ¶¶ 643-44, 675, 680-81, 830, 846, 933-35; ECF No. 127-2 (Elhauge Corrected (Merits) Report dated Jan. 10, 2023) ¶ 375; ECF No. 127-4 (Elhauge (Merits) Rebuttal Report dated March 3, 2023) ¶ 426a. *See also* Declaration of Jeffrey J. Corrigan in Support of Hospital Plaintiffs' Administrative Motion for Leave to File Response to Defendant Intuitive Surgical, Inc.'s Objection to Certain Class Certification Reply Evidence, Ex. 1 at 51:3-6, 74:13-78:12, 118:2-7, 128:8-15, 136:17-137:6, 139:18-142:3. Accordingly, prior to filing its Class Certification Opposition, Intuitive knew full well that Prof. Elhauge had opined that the tying arrangements at issue increased Intuitive's market power on robots, and that factoring in that effect would, if anything, only increase the damages class members suffered from Intuitive's anticompetitive conduct. *See* Proposed Response § I. The objected-to opinions properly rebut the

**HOSPITAL PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT INTUITIVE SURGICAL, INC.'S OBJECTION TO CERTAIN CLASS CERTIFICATION REPLY EVIDENCE**
Case No: 3:21-CV-03825-AMO-LB

1

opinions of Intuitive's expert, Professor James Hughes, and should be considered by the Court.

*Second*, Intuitive improperly adds "further argument on the motion," in contravention of Local Rule 7-3(d)(1), in its discussion of both Prof. Elhauge's challenged opinions and Mark Early's declaration. For example, Intuitive includes an extended discussion of its view of the impact of *Siegel v. Chicken Delight, Inc.*, 448 F.2d 43, 52 (9th Cir. 1971), on this case. *See* Objection at 2-3. But the parties addressed that issue extensively in their class certification briefing, and Intuitive's attempt to seize the last word on that issue under Rule 7-3(d)(1) is improper.

Similarly, in objecting to Mr. Early's declaration, Intuitive argues at length that the declaration is inadmissible parol evidence concerning an unambiguous written agreement. Objection at 3. But that is another issue the parties have already briefed, and Intuitive's untimely argument should be disregarded.

At any rate, Intuitive's objection that the Early declaration is inadmissible parol evidence is duplicitous. Indeed, Mr. Early's declaration was a response to extrinsic evidence Intuitive proffered--a declaration (and 12-page email chain exhibit) of Intuitive Controller Fredrik Widman--as proof that Larkin released its antitrust claims. *See* Proposed Response § II. Of course, Intuitive does not explain why it is entitled to introduce extrinsic evidence as to a disputed agreement, but Plaintiffs are not.

## CONCLUSION

The Objection is nothing more than a thinly-disguised sur-reply that Intuitive had no right to file. The Court should either strike the Objection in its entirety or grant this motion for leave to file the Proposed Response to demonstrate why the Objection fails.

**HOSPITAL PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT INTUITIVE SURGICAL, INC.'S OBJECTION TO CERTAIN CLASS CERTIFICATION REPLY EVIDENCE**
Case No: 3:21-CV-03825-AMO-LB

2

| | |
|---|---|
| Dated: October 24, 2024 | Respectfully submitted, |
| | /s/ Reena A. Gambhir |
| Manuel J. Dominguez (*pro hac vice*) | Reena A. Gambhir (*pro hac vice*) |
| COHEN MILSTEIN SELLERS & TOLL PLLC | HAUSFELD LLP |
| 11780 U.S. Highway One, Suite N500 | 888 16th St NW |
| Palm Beach Gardens, FL 33408 | Washington, DC 20006 |
| Tel: 561-515-2604 | Tel: 202-540-7145 |
| Fax: 561-515-1401 | Fax: 202-540-7201 |
| Email: jdominguez@cohenmilstein.com | Email: rgambhir@hausfeld.com |
| | |
| Benjamin D. Brown (SBN 202545) | Jeffrey J. Corrigan (*pro hac vice*) |
| Daniel McCuaig (*pro hac vice*) | Jeffrey L. Spector (*pro hac vice*) |
| Zachary R. Glubiak (*pro hac vice*) | Icee N. Etheridge (*pro hac vice*) |
| COHEN MILSTEIN SELLERS & TOLL PLLC | SPECTOR ROSEMAN & KODROFF, P.C. |
| 1100 New York Ave., Suite 500 | 2001 Market Street, Suite 3420 |
| Washington, DC 20005 | Philadelphia, PA 19103 |
| Tel: 202-408-4600 | Tel: 215-496-0300 |
| Fax: 202-408-4699 | Fax: 215-496-6611 |
| Email: bbrown@cohenmilstein.com | Email: jcorrigan@srkattorneys.com |
| dmccuaig@cohenmilstein.com | jspector@srkattorneys.com |
| zglubiak@cohenmilstein.com | ietheridge@srkattorneys.com |
| | |
| Christopher J. Bateman (*pro hac vice*) | Gary I. Smith, Jr. (SBN 344865) |
| COHEN MILSTEIN SELLERS & TOLL PLLC | Samuel Maida (SBN 333835) |
| | HAUSFELD LLP |
| 88 Pine Street, 14th Floor | 600 Montgomery Street, Suite 3200 |
| New York, NY 10005 | San Francisco, CA 94111 |
| Tel: 212-838-7797 | Tel: 415-633-1908 |
| Fax: 212-838-7745 | Fax: 415-358-4980 |
| Email: cbateman@cohenmilstein.com | Email: gsmith@hausfeld.com |
| | smaida@hausfeld.com |
| | |
| | Jeannine M. Kenney (*pro hac vice*) |
| | HAUSFELD LLP |
| | 325 Chestnut Street, Suite 900 |
| | Philadelphia, PA 19106 |
| | Tel: 215-985-3270 |
| | Fax: 215-985-3271 |
| | Email: jkenney@hausfeld.com |

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

**HOSPITAL PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT INTUITIVE SURGICAL, INC.'S OBJECTION TO CERTAIN CLASS CERTIFICATION REPLY EVIDENCE**
**Case No: 3:21-CV-03825-AMO-LB**

3

Michael J. Boni
Joshua D. Snyder (*pro hac vice*)
John E. Sindoni (*pro hac vice*)
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com
      jsnyder@bonizack.com
      jsindoni@bonizack.com

*Counsel for Plaintiffs and the Proposed Class*

**HOSPITAL PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT INTUITIVE SURGICAL, INC.'S OBJECTION TO CERTAIN CLASS CERTIFICATION REPLY EVIDENCE**
Case No: 3:21-CV-03825-AMO-LB

4