Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Ashley E. Bass (p*ro hac vice*)
Andrew Lazerow (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: abass@cov.com
Email: alazerow@cov.com

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman *(pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Lead Case No.: 3:21-CV-03825-AMO-LB<br><br>**DEFENDANT'S NOTICE OF RE-FILING MATERIALS SUBJECT TO THE COURT'S OMNIBUS SEALING ORDER**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

DEFENDANT'S NOTICE OF RE-FILING MATERIALS SUBJECT TO THE COURT'S OMNIBUS SEALING ORDER

Case No. 3:21-cv-03825-AMO-LB

In response to the Court's March 28, 2025 Omnibus Sealing Order (ECF No. 332) endorsing the Parties' stipulation to re-file materials they filed provisionally under seal, Intuitive Surgical is hereby filing public versions of the documents listed below, which Intuitive provisionally filed under seal. Intuitive has removed or modified redactions to these documents as necessary to conform to the Court's June 17, 2025 Amended Omnibus Sealing Order (ECF No. 342).

| Att. No. | Document Description | Exhibit No. | Original Docket No. | Originally Filed Under Seal/Redacted | Currently Redacted/Public |
|---|---|---|---|---|---|
| 1 | Opposition of Intuitive Surgical, Inc. to Motion for Class Certification – ECF No. 288 | | 288 | Sealed | Redacted |
| 2 | Declaration of Ashley Bass | | 288.4 | Public | Public |
| 3 | Bass Dec. Ex. 1 - Expert Rebuttal Report of James W. Hughes | Exhibit 1 | 288.5 | Sealed | Redacted |
| 4 | Bass Dec. Ex. 5 – Dep. of Judith Schimmel | Exhibit 5 | 288.9 | Sealed | Public |
| 5 | Bass Dec. Ex. 6 – Dep. of David Rosa | Exhibit 6 | 288.10 | Sealed | Public |
| 6 | Bass Dec. Ex. 7 - Intuitive-00091682 – Intuitive-00091687 | Exhibit 7 | 288.11 | Sealed | Redacted |
| 7 | Bass Dec. Ex. 9 – Dep. of John Wagner | Exhibit 9 | 288.13 | Redacted | Public |
| 8 | Bass Dec. Ex. 10 – LARKIN-00009350 | Exhibit 10 | 288.14 | Sealed | Public |
| 9 | Bass Dec. Ex. | Exhibit 11 | 288.15 | Sealed | Public |

1

| Att. No. | Document Description | Exhibit No. | Original Docket No. | Originally Filed Under Seal/Redacted | Currently Redacted/Public |
|---|---|---|---|---|---|
|  | 11 – LARKIN-00009370 |  |  |  |  |
| 10 | Bass Dec. Ex. 14 – Dep. of Marshall Mohr | Exhibit 14 | 288.18 | Sealed | Public |
| 11 | Bass Dec. Ex. 15 - Intuitive-00107443 – Intuitive-00107451 | Exhibit 15 | 288.19 | Redacted | Redacted |
| 12 | Bass Dec. Ex. 17 – Dep. of Einer Elhauge | Exhibit 17 | 288.21 | Sealed | Public |
| 13 | Bass Dec. Ex. 21 – Dep. of Karen F. Waninger | Exhibit 21 | 288.25 | Redacted | Public |
| 14 | Bass Dec. Ex. 22 – Dep. of Mark Early | Exhibit 22 | 288.26 | Redacted | Public |
| 15 | Defendant Intuitive Surgical, Inc.'s Objection Pursuant to Local Rule 7-3(d) to Certain Class Certification Reply Evidence |  | 298 | Sealed | Public |
| 16 | Defendant Intuitive Surgical, Inc.'s Opposition to Hospital Plaintiffs' Administrative Motion For Leave to File Response To Defendant Intuitive Surgical, Inc.'s Objection to Certain Class Certification Reply Evidence |  | 302 | Sealed | Public |

2

| | |
|---|---|
| Dated: June 24, 2025 | By: */s/ Andrew Lazerow* |
| | Kathryn E. Cahoy (SBN 298777)<br>COVINGTON & BURLING LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, California 94306-2112<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800<br>Email: kcahoy@cov.com |
| | Sonya D. Winner (SBN 200348)<br>COVINGTON & BURLINGTON LLP<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone:  (415) 591-6000<br>Facsimile:  (415) 591-6091<br>Email: swinner@cov.com |
| | Ashley E. Bass (*Pro Hac Vice*)<br>Andrew Lazerow (*Pro Hac Vice*)<br>COVINGTON & BURLING LLP<br>One CityCenter, 850 Tenth Street NW<br>Washington, DC 20001-4956<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291<br>Email: abass@cov.com<br>Email: alazerow@cov.com |
| | Kenneth A. Gallo (*pro hac vice*)<br>Paul D. Brachman *(pro hac vice)*<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>2001 K Street, NW<br>Washington, DC  20006-1047<br>Telephone:  (202) 223-7300<br>Facsimile:  (202) 204-7420<br>Email: kgallo@paulweiss.com<br>Email: pbrachman@paulweiss.com |
| | William B. Michael (*pro hac vice*)<br>Crystal L. Parker (*pro hac vice*)<br>Daniel A. Crane (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone:  (212) 373-3000<br>Facsimile:  (212) 757-3990<br>Email: wmichael@paulweiss.com |

3

DEFENDANT'S NOTICE OF RE-FILING MATERIALS SUBJECT TO THE COURT'S OMNIBUS SEALING ORDER

Case No. 3:21-cv-03825-AMO-LB

Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

Allen Ruby (SBN 47109)
allen@allenruby.com
ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: (408) 477-9690

Attorneys for Defendant
*Intuitive Surgical, Inc.*

4

# CERTIFICATE OF SERVICE

On June 24, 2025, I caused a copy of the Defendant's Notice of Re-Filing Materials Subject to the Court's Omnibus Sealing Order to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dated: June 24, 2025                    By:   /s/Andrew Lazerow
                                              ANDREW LAZEROW

**FILER'S ATTESTATION**

I, Andrew Lazerow, am the ECF User whose ID and password are being used to file this document. I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: June 24, 2025                    By:  /s/*Andrew Lazerow*
                                              ANDREW LAZEROW