# ATTACHMENT 2

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLINGTON LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Ashley E. Bass (*Pro Hac Vice*)
Andrew Lazerow (*Pro Hac Vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 6291
Email: abass@cov.com
Email: alazerow@cov.com

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman *(pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 3:21-cv- 03825-AMO-LB<br><br>**DECLARATION OF ASHLEY E. BASS IN SUPPORT OF OPPOSITION OF DEFENDANT INTUITIVE SURGICAL, INC. TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, ASHLEY E. BASS, declare as follows:

I am an attorney admitted *pro hac vice* to practice before this Court in this proceeding. I am a partner with the law firm of Covington & Burling LLP, counsel for Intuitive Surgical, Inc. ("Intuitive") in this matter. I have personal knowledge of the facts set forth herein, and if called to testify, I could and would testify competently thereto.

1. Attached to this declaration as **Exhibit 1** is a true and correct copy of the Expert Rebuttal Report of James W. Hughes, Ph.D., dated August 2, 2024.

2. Attached to this declaration as **Exhibit 2** is a true and correct copy of excerpts of a United States Securities and Exchange Commission Form 10-K for Intuitive the fiscal year ended December 31, 2023, which is publicly available on Intuitive's website at https://isrg.intuitive.com/sec-filings.

3. Attached to this declaration as **Exhibit 3** is a true and correct copy of the Declaration of David Rosa dated April 12, 2023 and the exhibits thereto, which were previously submitted in connection with Intuitive's summary judgment motion as ECF Nos. 153-2 through 153-4.

4. Attached to this declaration as **Exhibit 4** is a true and correct copy of a document produced by Intuitive in this matter as Intuitive-00372053 – Intuitive-00372055.

5. Attached to this declaration as **Exhibit 5** is a true and correct copy of excerpts of the transcript of the deposition of Judith Schimmel, taken in this litigation on September 22, 2022.

6. Attached to this declaration as **Exhibit 6** is a true and correct copy of excerpts of the transcript of the deposition of David Rosa, taken in this litigation on May 1, 2023.

7. Attached to this declaration as **Exhibit 7** is a true and correct copy of a document produced by Intuitive in this matter as Intuitive-00091682 – Intuitive-00091687.

8. Attached to this declaration as **Exhibit 8** is a true and correct copy of excerpts of the transcript of the deposition of John Sampson, taken in this litigation on November 3, 2022.

9. Attached to this declaration as **Exhibit 9** is a true and correct copy of excerpts of the transcript of the deposition of John Wagner, taken in this litigation on October 11, 2022.

10. Attached to this declaration as **Exhibit 10** is a true and correct copy of Defendant's Exhibit 31, as marked in the deposition of Sandra Sosa-Guerrero taken in this litigation on September 23, 2022, and originally produced by Plaintiffs as LARKIN00009350 – LARKIN-00009355.

11. Attached to this declaration as **Exhibit 11** is a true and correct copy of Defendant's Exhibit 32, as marked in the deposition of Sandra Sosa-Guerrero taken in this litigation on September 23, 2022, and originally produced by Plaintiffs as LARKIN00009370 – LARKIN-00009377.

12. Attached to this declaration as **Exhibit 12** is a true and correct copy of excerpts of the transcript of the deposition of Sandra Sosa-Guerrero, taken in this litigation on September 23, 2022.

13. Attached to this declaration as **Exhibit 13** is a true and correct copy of Defendant's Exhibit 26, as marked in the deposition of Sandra Sosa-Guerrero taken in this litigation on September 23, 2022, and originally produced by Plaintiffs as LARKIN00009051 – LARKIN-00009072.

14. Attached to this declaration as **Exhibit 14** is a true and correct copy of excerpts of the transcript of the deposition of Marshall Mohr, taken in this litigation on November 7, 2022.

15. Attached to this declaration as **Exhibit 15** is a true and correct copy of a document produced by Intuitive in this matter as Intuitive-00107443 – Intuitive-00107451.

16. Attached to this declaration as **Exhibit 16** is a true and correct copy of an excerpt of Phillip E. Areeda, Herbert Hovenkamp, and Einer Elhauge, *Antitrust Law* Vol. X (2d ed. 2004).

17. Attached to this declaration as **Exhibit 17** is a true and correct copy of excerpts of the transcript of the deposition of Professor Einer Elhauge, taken in this litigation on July 24, 2024.

18. Attached to this declaration as **Exhibit 18** is a true and correct copy of excerpts of the transcript of the deposition of Dr. Ricardo Estape, taken in this litigation on October 22, 2022.

19. Attached to this declaration as **Exhibit 19** is a true and correct copy of excerpts of the corrected transcript of the deposition of Jose Carlos Gonzalez, taken in this litigation on October 17, 2022.

20. Attached to this declaration as **Exhibit 20** is a true and correct copy of excerpts of the transcript of the deposition of Todd Thomas, taken in this litigation on November 10, 2022.

21. Attached to this declaration as **Exhibit 21** is a true and correct copy of excerpts of the transcript of the deposition of Karen F. Waninger, taken in this litigation on October 6, 2022.

22. Attached to this declaration as **Exhibit 22** is a true and correct copy of excerpts of the transcript of the deposition of Mark Early, taken in this litigation on October 6, 2022.

23. Attached to this declaration as **Exhibit 23** is a true and correct copy of Defendant's Exhibit 4, as marked in the deposition of Judith Schimmel taken in this litigation on September 23, 2022, and originally produced by Plaintiffs as FRANCISCAN-00052148 – FRANCISCAN-00052186.

24. Attached to this declaration as **Exhibit 24** is a true and correct copy of Defendant's Exhibit 5, as marked in the deposition of Judith Schimmel taken in this litigation on September 23, 2022, and originally produced by Plaintiffs as FRANCISCAN-00056312 – FRANCISCAN-00056338.

25. Attached to this declaration as **Exhibit 25** is a true and correct copy of excerpts of the electronic version of Phillip E. Areeda and Herbert Hovenkamp, *Antitrust Law* (4th and 5th ed. 2018–2023).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 2, 2024

*Ashley Bass*
ASHLEY E. BASS