# ATTACHMENT 5

```
                                                               Page 1
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4     ---------------------------------------------------x
 5     IN RE DA VINCI SURGICAL ROBOT        Lead Case No.
       ANTITRUST LITIGATION,                3:21-cv-03825-VC
 6
       ---------------------------------------------------
 7
       THIS DOCUMENT RELATES TO:
 8     ALL CASES
 9     ---------------------------------------------------x
10     SURGICAL INSTRUMENT SERVICE          Case No.
       COMPANY, INC.,                       3:21-cv-03496-VC
11
                 Plaintiff,
12     vs.
13     INTUITIVE SURGICAL, INC.,
14               Defendant.
15     ---------------------------------------------------x
16
17        REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
18                         DAVID ROSA
19                     Monday, May 1, 2023
20
21
22
23
24     Reported By: Lynne Ledanois, CSR 6811
25     Job No. 5892696
```

Page 2

```
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4  ------------------------------------------------x
 5  IN RE DA VINCI SURGICAL ROBOT        Lead Case No.
    ANTITRUST LITIGATION,                3:21-cv-03825-VC
 6
    ------------------------------------------------
 7
    THIS DOCUMENT RELATES TO:
 8  ALL CASES
 9  ------------------------------------------------x
10  SURGICAL INSTRUMENT SERVICE          Case No.
    COMPANY, INC.,                       3:21-cv-03496-VC
11
             Plaintiff,
12  vs.
13  INTUITIVE SURGICAL, INC.,
14           Defendant.
15  ------------------------------------------------x
16
17       Videotaped deposition of DAVID ROSA, taken
18  in Sunnyvale, California, commencing at 8:11 a.m.,
19  on Monday, May 1, 2023 before Lynne Ledanois,
20  Certified Shorthand Reporter No. 6811
21
22                       * * *
23
24
25
```

```
 1                    REMOTE APPEARANCES
 2
 3     Counsel for Plaintiffs and the Proposed Class:
 4              SPECTOR ROSEMAN & KODROFF, P.C.
 5              BY:   JEFFREY J. CORRIGAN
 6                    JEFFREY L. SPECTOR
 7              Attorneys at Law
 8              2001 Market Street
 9              Suite 3420
10              Philadelphia, Pennsylvania 19103
11              jcorrigan@srkattorneys.com
12              jspector@srkattorneys.com
13     -and-
14              COHEN MILSTEIN SELLERS & TOLL PLLC
15              BY:   ZACHARY GLUBIAK
16              Attorney at Law
17              1100 New York Avenue NW
18              Fifth Floor
19              Washington, DC 20005
20              zglubiak@cohenmilstein.com
21     -and-
22              RICHARD MCCAULEY
23              Attorney at Law
24              10 Kennett Pike
25              Chadds Ford, Pennsylvania 19317
```

```
                                                    Page 4
 1                    REMOTE APPEARANCES
 2
 3     Counsel for Defendant Intuitive Surgical:
 4              COVINGTON & BURLING LLP
 5              BY:  ANDREW D. LAZEROW
 6              Attorney at Law
 7              850 Tenth Street, NW
 8              Washington, DC 20001
 9              alazerow@cov.com
10     -and-
11              ALLEN RUBY LAW OFFICES
12              BY:  ALLEN RUBY
13              Attorney at Law
14              15559 Union Avenue
15              Suite 138
16              Los Gatos, California 95032
17              allen@allenruby.com
18
19
20     ALSO PRESENT:
21     Alex Hatoff, Videographer
22
23
24
25
```

Page 56

1   purchased, the revenues from those purchases are
2   booked in the years the EndoWrists are purchased;
3   correct?
4       A   Let's see.  Again, not being an accountant,
5   but because those are not leased, my understanding is
6   those are, again, more of a routine transaction.
7       Q   So if a robot was bought in 2019 and a
8   separate EndoWrist purchased in 2020 and 2021, the
9   revenue from the robot sale would be booked in 2019
10  and the revenue from the EndoWrist sales would be
11  booked in 2020 and 2021; correct?
12      A   Provided it was an outright acquisition, not
13  some sort of lease arrangement or AMP or something
14  else, then I believe what you said is correct.
15      Q   Is it fair to say that Intuitive does not
16  attempt to estimate the lifetime cost of the system,
17  including the EndoWrists, when it's first inquired?
18      A   I am not sure I agree with that.
19      Q   How?
20      A   So any sort of pro forma, any kind of return
21  on investment analysis is going to look at the
22  lifetime costs of that investment and the -- you know,
23  the entirety of the -- sort of the profit side, the
24  cost side and what is the overall value of it.
25          And that should be done over the lifetime

Page 57

1  of it.
2      Q    But to do that, you would have to know how
3  much surgeries were being performed with that
4  da Vinci; correct, which means how many EndoWrists
5  they would be purchasing; is that right?
6      A    Well, you certainly in this kind of analysis
7  in the way a hospital will develop a business plan
8  will be to estimate which procedures, how many of
9  them, the cost of those procedures, the benefits, the
10 value to those procedures.  It will be a pretty
11 structured P&L, if you will, for that program.
12     Q    And that's a cost analysis the hospital
13 would do; correct?
14     A    They -- yes, ultimately they are the ones
15 that have to make the decision obviously about the
16 acquisition and so they're going to want to know what
17 is its financial profile.
18     Q    How do you know what cost analysis the
19 hospitals perform on their own?
20     A    As we go through the sales process, then we
21 can share with them our data because we have quite a
22 bit of data that's been collected over the years.  And
23 they will use that oftentimes in their models and if
24 will be a shared back and forth.
25     Q    Do some hospitals do their own analysis

Page 58

1   beyond sort of accepting Intuitive's analysis?
2       A    Everything that I'm aware of is kind of a --
3   has been a mutual thing.  But ultimately they are
4   going to want to make sure that they have put their,
5   you know, analytic sort of prowess and their depth of
6   understanding and their numbers on that analysis,
7   because that's the one that they're going to hold up
8   in front of the board or whomever to approve the
9   transition.
10      Q    Has Intuitive done any studies to
11  determine if this cost analysis you mentioned
12  accurately predicts each hospital's actual total
13  cost of operating the da Vinci?
14      A    Let's see.  You're asking have we done any
15  work to see whether or not the analyses that hospitals
16  have done are kind of true or hold water?
17      Q    Well, it's not just the hospitals have
18  done, that Intuitive has done.
19           When you talked about the cost analysis in
20  Paragraph 14 --
21      A    Yes.
22      Q    -- it implies that it's a cost analysis
23  done by Intuitive.
24           So I'm asking you if Intuitive has done
25  any studies to determine if this cost analysis

Page 59

1  you're talking about accurately predicts each
2  hospital's actual total cost of operating the
3  da Vinci?
4          MR. RUBY:  I object to the form of the
5  question.  You can go ahead.
6          THE WITNESS:  So we have done a lot of
7  cost analysis looking at -- you can take databases
8  that are available that are more kind of national
9  averages and you can do a bunch of work there.
10         If you -- then if you were to say, hey, a
11 particular hospital wants to better understand say
12 their cost profile, we do work with them, we'll sign
13 an agreement, a data sharing agreement, and we will
14 get their data and they will give us their data.
15         We'll do an analysis of those data and it
16 includes everything.  So costs, OR time, all the
17 outcomes that are connected to the surgeries and
18 look very -- it's a very detailed analysis that
19 ultimately we'll try to validate, you know, the
20 overall kind of P&L, if you will, of a robotic
21 program.
22         And so we can use national data for kind
23 of directional data but use custom, you know,
24 hospital-specific data to really underscore the
25 financials for that particular hospital.

1            I, LYNNE M. LEDANOIS, a Certified
2    Shorthand Reporter of the State of California, do
3    hereby certify:
4            That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that a record of the proceedings was made by me
7    using machine shorthand which was thereafter
8    transcribed under my direction; that the foregoing
9    transcript is a true record of the testimony given.
10           Further, that if the foregoing pertains to
11   the original transcript of a deposition in a Federal
12   Case, before completion of the proceedings, review
13   of the transcript [X] was [] wasn't requested.
14           I further certify I am neither financially
15   interested in the action nor a relative or employee
16   of any attorney or party to this action.
17           IN WITNESS WHEREOF, I have this date
18   subscribed my name.
19
20   Dated: May 2, 2023
21
22
23
24                   *Lynne Marie Ledanois*

                     LYNNE MARIE LEDANOIS
25                   CSR No. 6811