# ATTACHMENT 6

| | |
|---|---|
| From: | Josh Lowe [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8ECBD8616AD94A3DB2048E7D3F28A347-JOSH LOWE] |
| Sent: | 3/8/2018 2:25:40 PM |
| To: | ███████████████████████████████████████████████████████████████<br>███████████████████ |
| CC: | Mark Szachowicz [Mark.Szachowicz@intusurg.com]; Joshua Krueger [Joshua.Krueger@intusurg.com]██████<br>██████████████ |
| Subject: | ███████████ GEN 4 Standardization |
| Attachments: | ████████████Executed.pdf; ████████████Executed.pdf; ████████████030818.pdf |

Marissa, Stacie, Penny and Diane,

Thanks for your time this morning to discuss your da Vinci program and possible solutions as your Si service contract is entering expiration.  The PDF we reviewed is attached.  As we talked through the launch of the Xi has shown a growth of ████████████████████████.  Attached is the contract for the Xi rental for your review.  Diane, I made a mistake in my math today.  The buy-out (if we were to wait until Jan 2019 ██████.  Regarding the options I wanted to list them out for transparency and your review:

1) Do nothing
   a. ████████████████████████████████████████
   b. Enter into a month-to-month time and materials service plan ████████████████████████████████████████████████████████████
      i. This may make sense if you are choosing to upgrade/standardize soon, if not I would definitely recommend to ████████████████████
      ii. Once service is paid it cannot be ██████ but ████████████████████████████████████
2) Trade in Si system
   a. ██████trade value through March 31
   b. ██████service payment would be saved (service for any purchased system ████████████████████
   c. Acquire X system
      i. Total price all in ████████████████████████████ includes ████████████████████████████████████████ You would also save the ████ n Si service.
         1. ██████list price
         2. First year service ████
         3. ████shipping
         4. ██████nstruments and accessory order to build out pans
         5. ██████training (estimation based on 3 trainings in the next 12months)
         6. ██████imulator upgrade
      a. Leases are available ████████████████████████████████████
   d. Acquire Xi system
      i. Total price all in ████████████████████trade value.  ████includes ████████████████████████████████████████████████ You would also save ████████████████████
         1. ██████list price
         2. First year service████
         3. ████shipping
         4. ██████rumpf Medical bed
         5. ██████nstruments and accessory order to build out pans
         6. ██████raining (estimation based on 3 trainings in the next 12 months)
         7. ██████imulator upgrade
      a. Leases are available with ████████████████████████████

Mark and I fully understand now may or may not be the correct time for standardization to X or Xi at ██████ You have a natural impending event with the Si service contract entering expiration so we wanted to make sure you had clarity on all options available.

Attorneys' Eyes Only

Intuitive-00091682

Thanks again and let me or Mark know if you have any questions. I've cc'd Mike to make sure he's in the loop.

Josh

Josh Lowe
Area Sales Manager
Intuitive Surgical
651-955-8494

**From:** ▮
**Sent:** Wednesday, March 07, 2018 10:45 AM
**To:** Josh Lowe <Josh.Lowe@intusurg.com>
**Cc:** Mark Szachowicz <Mark.Szachowicz@intusurg.com>; Joshua Krueger <Joshua.Krueger@intusurg.com>
**Subject:** R▮ GEN 4 Standardization

Thanks, all!
I've adjusted the meeting invitation to reflect the new time and a new meeting location as the previous room was not available an hour later. Thanks for your flexibility! Looking forward to the discussion!

Marisa

▮

**From:** Josh Lowe [mailto:Josh.Lowe@intusurg.com]
**Sent:** Wednesday, March 07, 2018 7:19 AM
**To:** ▮
**Cc:** Mark Szachowicz; Joshua Krueger
**Subject:** ▮ GEN 4 Standardization

*__Attention:__ You have received this email from someone outside of ▮ Please use caution responding, opening attachments or clicking on links. Report this email using the "Report Abuse" button in Outlook if you are uncertain about it, if it asks for an account validation, password reset, or claims to be a security alert.*

Hi Marisa,

Mark and I just talked, 9am will work just fine. Looking forward to talking tomorrow morning.

Josh Lowe
Intuitive Surgical
651-955-8494

Sent from my iPhone

Attorneys' Eyes Only                                                                    Intuitive-00091683

On Mar 7, 2018, at 7:00 AM, ▮▮▮ wrote:

Hi Josh, Josh and Mark,
Stacie is unable to attend the Gen 4 Standardization meeting as scheduled on Thursday due to provider evals that had to take precedence. Could we move the meeting to 7-8am or 9-10am? My apologies on the last-minute change.

Marisa

**From:** Josh Lowe [mailto:Josh.Lowe@intusurg.com]
**Sent:** Thursday, February 22, 2018 1:14 PM
**To:** ▮▮▮
**Cc:** Mark Szachowicz; Joshua Krueger; ▮▮▮
**Subject:** Re: ▮▮▮ GEN 4 Standardization

***Attention:*** *You have received this email from someone outside of* ▮▮▮ *Please use caution responding, opening attachments or clicking on links. Report this email using the "Report Abuse" button in Outlook if you are uncertain about it, if it asks for an account validation, password reset, or claims to be a security alert.*

An hour would be great so either 8-9 or 9-10, whichever works best for you and your team.

Thanks Marisa,

Josh Lowe
Intuitive Surgical
651-955-8494

Sent from my iPhone

On Feb 22, 2018, at 12:11 PM, ▮▮▮ wrote:

Sounds good. How much time would you like on 3/8, Josh?

**From:** Mark Szachowicz [mailto:Mark.Szachowicz@intusurg.com]
**Sent:** Thursday, February 22, 2018 12:37 PM
**To:** Josh Lowe; ▮▮▮ Joshua Krueger
**Cc:** ▮▮▮
**Subject:** RE: ▮▮▮ GEN 4 Standardization

***Attention:*** *You have received this email from someone outside of* ▮▮▮ *Please use caution responding, opening attachments or clicking on links. Report this email using the "Report Abuse" button in Outlook if you are uncertain about it, if it asks for an account validation, password reset, or claims to be a security alert.*

Thanks Marisa and Josh, I look forward to sitting down with the both of you.

**Mark Szachowicz**
**Clinical Sales Manager | Wisconsin**
Intuitive Surgical | da Vinci Surgery
**847-421-1268**

---

**From:** Josh Lowe
**Sent:** Thursday, February 22, 2018 12:35 PM
**To:** ███████████████████████████████ Mark Szachowicz <Mark.Szachowicz@intusurg.com>; Joshua Krueger <Joshua.Krueger@intusurg.com>
**Cc:** ███████████████████████████
**Subject:** RE: ████████ GEN 4 Standardization

Thanks Marisa,

Mark us down for Thursday March 8th. Looking forward to it!

Josh

Josh Lowe
Area Sales Manager
Intuitive Surgical
651-955-8494

---

**From:** ████████████████████████████████
**Sent:** Thursday, February 22, 2018 12:26 PM
**To:** Josh Lowe <Josh.Lowe@intusurg.com>; Mark Szachowicz <Mark.Szachowicz@intusurg.com>; Joshua Krueger <Joshua.Krueger@intusurg.com>
**Cc:** ███████████████████████████
**Subject:** RE:████████ GEN 4 Standardization

Hi Josh – same to you.
Glad we are all on the same page. Thanks, gentlemen!
I have some time blocked on Thursday March 8th and Friday March 9th from 8-10am (we could also do as early as 7:30 those days if needed) with my OR coordinator, the director of surgery clinic and OR. Would either of those days/times work?

Marisa

Attorneys' Eyes Only                                                                                                                Intuitive-00091685

**From:** Josh Lowe [mailto:Josh.Lowe@intusurg.com]
**Sent:** Thursday, February 22, 2018 12:06 PM
**To:** Mark Szachowicz; ▇▇▇▇ Joshua Krueger
**Cc:** ▇▇▇▇
**Subject:** RE: ▇▇▇▇ GEN 4 Standardization

*<u>Attention:</u> You have received this email from someone outside of ▇▇▇▇ Please use caution responding, opening attachments or clicking on links. Report this email using the "Report Abuse" button in Outlook if you are uncertain about it, if it asks for an account validation, password reset, or claims to be a security alert.*

Thanks Mark,

Marisa, pleased to make your acquaintance. I definitely think a meeting or a call would be worthwhile so we can better understand and align to your goals. As ▇▇▇▇ knows we can be very creative to help hospitals meet those goals once we understand what they are. I know we've not yet discussed the low-cost, value-based X system and also understand the service on the Si is coming due so Mark's recommendation for a call is very timely.

If you agree let's look to the week of March 5th. Thank you for the introduction Mark and I look forward to connecting with you soon Marisa.

Josh


Josh Lowe
Area Sales Manager
Intuitive Surgical
651-955-8494

_____

**From:** Mark Szachowicz
**Sent:** Thursday, February 22, 2018 11:55 AM
**To:** ▇▇▇▇ Joshua Krueger <Joshua.Krueger@intusurg.com>; Josh Lowe <Josh.Lowe@intusurg.com>
**Subject:** ▇▇▇▇ GEN 4 Standardization

Josh,

I hope you are doing well. In recent meetings at ▇▇▇▇ we have been asked to provide quotes and pricing for GEN 4 technology (X and or Xi) in the event they would like to standardize their fleet. You've worked with ▇▇▇▇ on acquiring their first Xi and know the account well, that said I have copied in ▇▇▇▇ the new Robotics Program Director so we are all on the same page.

I'd recommend that we set a meeting to discuss this in more detail so we can better understand ▇▇▇▇ needs. Do you have some time in the upcoming weeks for a meeting?

Thank you.


Mark Szachowicz

Attorneys' Eyes Only

Intuitive-00091686

**Clinical Sales Manager | Wisconsin**
Intuitive Surgical | da Vinci Surgery
**847-421-1268**

---

NOTE THAT THIS EMAIL ORIGINATED FROM OUTSIDE OF INTUITIVE SURGICAL..
Be alert for fraudulent emails that spoof internal "@intusurg.com" email addresses. Report these or other security threats to: ITHelpNow@intusurg.com.

---

NOTE THAT THIS EMAIL ORIGINATED FROM OUTSIDE OF INTUITIVE SURGICAL..
Be alert for fraudulent emails that spoof internal "@intusurg.com" email addresses. Report these or other security threats to: ITHelpNow@intusurg.com.

---

NOTE THAT THIS EMAIL ORIGINATED FROM OUTSIDE OF INTUITIVE SURGICAL..
Be alert for fraudulent emails that spoof internal "@intusurg.com" email addresses. Report these or other security threats to: ITHelpNow@intusurg.com.

---

NOTE THAT THIS EMAIL ORIGINATED FROM OUTSIDE OF INTUITIVE SURGICAL..
Be alert for fraudulent emails that spoof internal "@intusurg.com" email addresses. Report these or other security threats to: ITHelpNow@intusurg.com.