# ATTACHMENT 10

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN FRANCISCO DIVISION

 4

 5   IN RE: DA VINCI SURGICAL ROBOT  ) Lead Case No.

 6   ANTITRUST LITIGATION            ) 3:21-cv-03825-VC

 7   _____)

 8   THIS DOCUMENT RELATES TO:       ) Case No.

 9   ALL CASES                       ) 3:21-cv-03496-VC

10   _____)

11   SURGICAL INSTRUMENT SERVICE     ) **HIGHLY CONFIDENTIAL**

12   COMPANY, INC.,                  ) **ATTORNEYS' EYES ONLY**

13            Plaintiff,             )

14   vs.                             )

15   INTUITIVE SURGICAL, INC.,       )

16            Defendant.             )

17   _____)

18

19        RULE 30(b)(6) VIDEOTAPED DEPOSITION OF INTUITIVE

20          SURGICAL, INC., TESTIMONY OF MARSHALL MOHR

21                   TAKEN NOVEMBER 7, 2022

22

23   REPORTED REMOTELY BY:

24   ANDREA L. CHECK, CSR No. 748, RPR, CRR

25   Notary Public
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 2

1          THE RULE 30(b)(6) VIDEOTAPED DEPOSITION OF
2   INTUITIVE SURGICAL, INC., TESTIMONY OF MARSHALL MOHR,
3   was taken on behalf of the Plaintiffs via remote
4   videoconference, commencing at 9:07 a.m., PST, on
5   November 7, 2022, before Andrea L. Check, Certified
6   Shorthand Reporter and Notary Public within and for the
7   State of Idaho, in the above-entitled matter.
8                        APPEARANCES:
9   For the Plaintiffs:
10          (Present Remotely)
11          Boni, Zack & Snyder, LLC
12          BY MR. JOSHUA D. SNYDER, ESQ.
13           & MR. JOHN E. SINDONI, ESQ.
14          15 Saint Asaphs Road
15          Bala Cynwyd, Pennsylvania  19004
16          jsnyder@bonizack.com
17  For the Plaintiff Surgical Instrument Service Company,
18  Inc.:
19          (Present Remotely)
20          Haley Guiliano, LLP
21          BY MR. RICHARD T. McCAULLEY, ESQ.
22          111 Market Street, Suite 900
23          San Jose, California  95113
24          richard.mccaulley@hglaw.com
25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 3

1       A P P E A R A N C E S (Continued)
2
3    For the Defendants:
4         (Present Remotely)
5         Covington & Burling, LLP
6         BY MS. KATHRYN ELIZABETH CAHOY, ESQ.
7         3000 El Camino Real, 5 Palo Alto Square
8         Palo Alto, California  94306
9         kcahoy@cov.com
10   Also Present Remotely:
11        Michael Barankovich, Videographer
12        Stephen Sherry
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 22

1   A.  I am.

2   Q.  And what is usage-based pricing?

3   A.  Usage-based pricing involves placing a system
4   with a customer where we don't charge for that system up
5   front.  We do enter into a contract for the use and
6   license of that system.  We identify a targeted number
7   of procedures that will be performed, and then we charge
8   the customer for that system or we charge them a use fee
9   each time they use it for a procedure.

10  Q.  And when you referred to "systems," did you
11  mean to include da Vinci robots?

12  A.  da Vinci robots and Ion systems.

13  Q.  da Vinci and Ion.

14      Is usage-based pricing more prevalent for the
15  Ion versus da Vinci?

16  A.  I'm not sure where -- what the percentages are
17  today, so I don't know.  We -- I don't mind telling you
18  that we began the program with da Vinci because Ion was
19  not yet in the market.

20  Q.  And, approximately, when did you begin -- did
21  Intuitive begin the usage-based pricing program?

22  A.  I don't know the specific date.  I believe it
23  was, approximately, five years ago or so.

24  Q.  Okay.  Thanks.

25      (Exhibit 233 marked.)

```
 1   amount of usage-based arrangements used by Intuitive
 2   Surgical since the 10-K issued?
 3        A.   The proportion of usage-based placements has
 4   been growing faster than the whole -- than all of the
 5   placements.  So, yes, I would -- "uptick" is a vague
 6   word.  I would just say that it's increased as a
 7   proportion of the total install base.
 8        Q.   Are you aware of any reports generated by
 9   Intuitive Surgical that track usage-based pricing?
10             MS. CAHOY:  Objection to form.
11             THE WITNESS:  We monitor usage-based system
12   activity closely.  We watch how many procedures were
13   performed.  I don't recall that there is a schedule or a
14   form that articulates the charge by system.  Having said
15   that, it's all contractually documented.
16        Q.   (BY MR. SNYDER)  Mr. Mohr, can you please look
17   at the sentence that precedes the one we just read.
18        A.   Could you read the sentence, just so I make
19   sure --
20        Q.   Sure.  "We generally set operating lease and
21   usage-based pricing at a modest premium relative to
22   purchased systems reflecting the time value of money
23   and, in the case of usage-based arrangements, the risk
24   that system utilization may fall short of anticipated
25   levels."
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 70

1  REPORTER'S CERTIFICATE

2          I, ANDREA L. CHECK, CSR No. 748, Certified

3  Shorthand Reporter, certify;

4          That the foregoing proceedings were taken

5  before me at the time and place therein set forth, at

6  which time the witness was put under oath by me;

7          That the testimony and all objections made

8  were recorded stenographically by me and transcribed by

9  me or under my direction;

10         That the foregoing is a true and correct

11 record of all testimony given, to the best of my

12 ability;

13         I further certify that I am not a relative or

14 employee of any attorney or party, nor am I financially

15 interested in the action.

16         IN WITNESS WHEREOF, I set my hand and seal

17 this 17th day of November, 2022.

18

19

20         *Andrea Check*

21         ANDREA L. CHECK, CSR No. 748, RPR, CRR

22         Notary Public

23         P.O. Box 2636

24         Boise, Idaho 83701-2636

25 My Commission expires July 20, 2028.

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830