# ATTACHMENT 11



Intuitive-00107443

## Accelerated MIS Program 1.0 Principles



- *Aligned on clinical value:* surgeon champion and executive – da Vinci surgery improves outcomes (open to MIS)

- *Philosophy of open access:* da Vinci for every applicable department

- *Long term partnerships for the acquisition of Systems and Service:* removes barrier to adoption and raises the bar for competition

- *Mutual committed performance levels:* procedures, trainings, revenue, etc.

- *More deeply commits our entire ecosystem to the customer*

---

What Accelerated MIS Program 1.0 is not?

- Not a solution for all customers… 2018 goal represents <10% of system sales

- Not a contract that solves the system acquisition <u>without</u> the validation of clinical value of our technology

- Not a program that changes our current I/A business model or pricing

2     ISI CONFIDENTIAL – FOR INTERNAL USE ONLY          OFFERED ONLY WHERE ACCEPTED BY GOVERNING LAW

Attorneys' Eyes Only

Intuitive-00107444

## Accelerated MIS Program 2.0 Principles



- *Accelerated MIS Program 1.0 Principles ++*
- *Belief in the enhanced episode outcome and total cost of care:* da Vinci is the best for the patient, provider, societal outcome
- *Shared risk on fixed and variable outcomes of procedure:* align with customer on total episodic cost of care
- *Mutual commitment to clinical performance:* length of stay, HAI rate, re-op rate, etc.
- *Entrenches Intuitive in Patient Care*

What Accelerated MIS Program 2.0 is not?

- Not a solution for all customers... see robotics as future of medicine

3    ISI CONFIDENTIAL – FOR INTERNAL USE ONLY    OFFERED ONLY WHERE ACCEPTED BY GOVERNING LAW

Attorneys' Eyes Only



Attorneys' Eyes Only





Attorneys' Eyes Only

## Specific Deal Highlights - █████████

INTUITIVE
SURGICAL®

2 system deal (2 Xi)
- ███████████ per use (System and Service)
- Target use of 370 procedures per year (over 10 years)
- Signed in Q3 and delivered

7    ISI CONFIDENTIAL – FOR INTERNAL USE ONLY    OFFERED ONLY WHERE ACCEPTED BY GOVERNING LAW

Attorneys' Eyes Only

## Specific Deal Highlights - ▆▆▆▆▆▆▆



7 system deal (3 Xi, 4 X, 4 Second Consoles)
- ▆▆▆▆▆ per use (System and Service)
- Target use of 1950 procedures per system (over 7 years)
- Upgrade clauses for net new contracts
- Incremental training and grant concessions
- Goal is to sign before EOY

8      ISI CONFIDENTIAL – FOR INTERNAL USE ONLY            OFFERED ONLY WHERE ACCEPTED BY GOVERNING LAW

Attorneys' Eyes Only



**Specific Deal Highlights -** ▮▮▮▮▮

INTUITIVE
SURGICAL®

? system deal (Xi Dual Below, system and service)
- Use 0-150          $▮▮▮ per use
- Use 151-300        $▮▮▮ per use
- Use 301-450        $▮▮ per use
- Use 451+           $▮ per use
- Upgrade clauses for net new contracts
- Includes standard KP training offering @ ▮▮ for lifetime
- Goal is to integrate model into master agreement offering

9          ISI CONFIDENTIAL – FOR INTERNAL USE ONLY          OFFERED ONLY WHERE ACCEPTED BY GOVERNING LAW