# ATTACHMENT 13

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   _____
                                  )
 6   IN RE:  DA VINCI SURGICAL    )
     ROBOT ANTITRUST LITIGATION   )  Lead Case No. 3:21-cv-03825-VC
 7   _____)
                                  )
 8   THIS DOCUMENT RELATES TO:    )
     ALL CASES                    )
 9   _____)
     SURGICAL INSTRUMENT SERVICE  )
10   COMPANY, INC.,               )
                                  )
11             Plaintiff,         )  Case No. 3:21-cv-03496-VC
                                  )
12        vs.                     )
                                  )
13   INTUITIVE SURGICAL, INC.,    )
                                  )
14             Defendant.         )
                                  )
15   _____)
16
17          REMOTE VIDEOTAPED DEPOSITION OF
18                KAREN F. WANINGER
19             Thursday, October 6, 2022
20                    Volume I
21
22   Reported by:
     NADIA NEWHART
23   CSR No. 8714
24   Job No. 5504267
25   PAGES 1 - 90
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN FRANCISCO DIVISION
 4
 5    _____
                                  )
 6    IN RE:  DA VINCI SURGICAL   )
      ROBOT ANTITRUST LITIGATION  )  Lead Case No. 3:21-cv-03825-VC
 7    _____)
                                  )
 8    THIS DOCUMENT RELATES TO:   )
      ALL CASES                   )
 9    _____)
      SURGICAL INSTRUMENT SERVICE )
10    COMPANY, INC.,              )
                                  )
11              Plaintiff,        )  Case No. 3:21-cv-03496-VC
                                  )
12        vs.                     )
                                  )
13    INTUITIVE SURGICAL, INC.,   )
                                  )
14              Defendant.        )
      _____)
15
16         Remote videotaped deposition of
17    KAREN F. WANINGER, Volume I, taken on behalf of
18    Defendant Intuitive Surgical, Inc., with all
19    participants appearing remotely via videoconference
20    and the witness testifying from Lafayette, Indiana,
21    beginning at 12:59 p.m. and ending at 3:19 p.m. on
22    Thursday, October 6, 2022, before NADIA NEWHART,
23    Certified Shorthand Reporter No. 8714.
24
25
                                                    Page 2
```

```
1      APPEARANCES:
2
3      For Interim Co-Lead Counsel for the Proposed Class
4      and the Witness:
5           COHEN MILSTEIN SELLERS & TOLL, PLLC
6           BY:  CHRISTOPHER J. BATEMAN, ESQ.
7           88 Pine Street
8           New York, New York 10005
9           212-838-7797
10          CBateman@cohenmilstein.com
11          (Remote appearance.)
12
13     For Surgical Instruments Service Company, Inc.:
14          HALEY GUILIANO, LLP
15          BY:  DONNY K. SAMPORNA, ESQ.
16          111 North Market Street, Suite 900
17          San Jose, California 95113
18          669-213-1080
19          donny.samporna@hglaw.com
20            (Remote appearance.)
21
22
23
24
25
```

```
 1    APPEARANCES (Continued):

 2

 3    For Defendant Intuitive Surgical, Inc.:

 4        COVINGTON & BURLING, LLP

 5        BY:  ISAAC D. CHAPUT, ESQ.

 6        BY:  MARIAM AZHAR, ESQ.

 7        415 Mission Street, Suite 5400

 8        San Francisco, California 94105-2533

 9        415-591-7020

10        ichaput@cov.com

11        mazhar@cov.com

12        (Remote appearance.)

13

14    Also Present:

15        PAT DOWNES, ESQ., Franciscan Alliance in-house counsel

16        RAMON PERAZA, Videographer

17        (Remote appearance.)

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1    service agreements.
 2       Q   Do you recall any instances where you have
 3    negotiated service agreements with third-party
 4    equipment service providers that were not an
 5    original equipment manufacturer?                        01:23:25
 6       A   I have not, that I recall negotiated service
 7    agreements with third parties since I have been at
 8    Franciscan.
 9       Q   Do you have any understanding of the -- the
10    meaning of the term "reprocessing" as it's used by     01:23:48
11    the FDA?
12           MR. BATEMAN:  Objection; vague, calls for a
13    legal conclusion.
14           You can answer to the best of your ability.
15           THE WITNESS:  I do not know the FDA             01:23:58
16    definition of reprocessing.
17    BY MR. CHAPUT:
18       Q   Do you have any understanding of the FDA
19    definition of remanufacturing?
20       A   I --                                            01:24:07
21           MR. BATEMAN:  Same objections.
22           THE WITNESS:  I do not have an understanding
23    of the FDA definition of remanufacturing.
24    BY MR. CHAPUT:
25       Q   Do you have any understanding of the FDA        01:24:14
```

Page 26

```
 1          I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4          That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were administered an oath; that
 8    a record of the proceedings was made by me using
 9    machine shorthand which was thereafter transcribed
10    under my direction; that the foregoing transcript is
11    a true record of the testimony given.
12          Further, that if the foregoing pertains to the
13    original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review
15    of the transcript [X] was [ ] was not requested.
16          I further certify that I am neither financially
17    interested in the action nor a relative or employee
18    of any attorney or any party to this action.
19          IN WITNESS WHEREOF, I have this date subscribed
20    my name.
21    Dated: October 20, 2022
22
23
24                     _____
                              NADIA NEWHART
25                            CSR NO. 8714
```

Page 87