1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Lead Case No: 3:21-CV-03825-AMO-LB<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO AUTHORIZE CLASS NOTICE AND APPOINT NOTICE ADMINISTRATOR**<br><br>The Hon. Araceli Martínez-Olguín |
|---|---|

1 | Upon consideration of Plaintiffs' Motion to Authorize Class Notice and Appoint a Notice Administrator, Defendant's response, and Plaintiffs' reply, IT IS HEREBY **ORDERED** that the motion is **GRANTED**. Plaintiffs' proposed notice plan is DEEMED AUTHORIZED, and A.B. Data is HEREBY APPOINTED as Notice Administrator. It is further **ORDERED** that Plaintiffs' notice plan commence as soon as A.B. Data is in a position to do so.

**IT IS SO ORDERED.**

Dated: _____   By: _____

HON. ARACELI MARTÍNEZ-OLGUÍN

United States District Judge