Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No.: 3:21-cv-03825-AMO-LB<br><br>**DECLARATION OF PAUL D. BRACHMAN IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING FOR MOTION TO AUTHORIZE CLASS NOTICE AND APPOINT NOTICE ADMINISTRATOR**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

I, Paul D. Brachman, declare as follows:

1. I am an attorney licensed to practice in New York and the District of Columbia, and am admitted *pro hac vice* to practice before this Court. I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Defendant Intuitive Surgical, Inc. ("Intuitive") in this matter. I have personal knowledge of the facts set forth herein, make this declaration based on my personal knowledge in support of the Joint Stipulation and [Proposed] Order Regarding Briefing for Motion to Authorize Class Notice and Appoint Notice Administrator in the above captioned matter, and if called to testify, I could and would testify competently hereto.

2. Plaintiffs' Motion to Authorize Class Notice and Appoint Notice Administrator was filed on November 19, 2025 (ECF No. 345). Under this Court's local rules, Intuitive's Response would be due on December 3, 2025, and Plaintiffs' Reply would be due on December 10, 2025. In light of the intervening Thanksgiving holiday, the parties respectfully request that the Court extend the deadline for Intuitive's Response to Plaintiff's Motion to Authorize Class Notice and Appoint Notice Administrator to December 8, 2025, and extend the deadline for Plaintiffs' Reply to December 19, 2025. This extension will not otherwise affect any other deadline in this case. This is the first extension requested by any party regarding Plaintiffs' Motion.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: November 19, 2025 in Washington, D.C.

*/s/ Paul D. Brachman*
Paul D. Brachman (*pro hac vice*)

**E-Filing Attestation**

I, Kenneth A. Gallo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

<em>/s/ Kenneth A. Gallo</em>