Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No.: 3:21-cv-03825-AMO-LB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING FOR MOTION TO AUTHORIZE CLASS NOTICE AND APPOINT NOTICE ADMINISTRATOR**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

Pursuant to Local Civil Rule 6-2, Plaintiffs Larkin Community Hospital, Franciscan Alliance, Inc., and King County Public Hospital District No. 1, d/b/a Valley Medical Center, and Defendant Intuitive Surgical, Inc. (collectively, the "Parties") stipulate as follows and respectfully request that the Court endorse this stipulation with an order modifying the briefing schedule for Plaintiffs' Motion to Authorize Class Notice and Appoint Notice Administrator:

WHEREAS, on November 19, 2025, Plaintiffs filed their Motion to Authorize Class Notice and Appoint Notice Administrator (ECF No. 345) (the "Motion");

WHEREAS, Intuitive's Response to the Motion is due December 3, 2025;

WHEREAS, Plaintiffs' Reply is due December 10, 2025;

WHEREAS, for the reasons given in the Declaration of Paul D. Brachman, attached hereto, Plaintiffs and Intuitive have agreed, subject to the Court's approval, to the following modified schedule for Intuitive's Response and Plaintiffs' Reply:

| EVENT | PROPOSED DATE |
|---|---|
| Intuitive's Response to the Motion | December 8, 2025 |
| Plaintiff's Reply | December 19, 2025 |

NOW THEREFORE, Plaintiffs and Intuitive respectfully request that the Court enter the proposed schedule set forth in the attached Proposed Order.

Dated: November 19, 2025

By: /s/ Kenneth A. Gallo
Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com

1
Joint Stipulation and [Proposed] Order Regarding Briefing for Motion to Authorize Class Notice and Appoint Notice Administrator
3:21-cv-03825-AMO-LB

Email: pbrachman@paulweiss.com

William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

Sonya D. Winner (SBN 200348)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: swinner@cov.com

Kathryn E. Cahoy (SBN 298777)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

Andrew Lazerow (pro hac vice)
**COVINGTON & BURLING LLP**
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

|   |   |
|---|---|
|   | Email: alazerow@cov.com |
|   | *Attorneys for Defendant*<br>*Intuitive Surgical, Inc.* |
| Dated: November 19, 2025 | By: */s/ Jeffrey J. Corrigan*<br>       Jeffrey J. Corrigan (*pro hac vice*) |
|   | Jeffrey J. Corrigan (*pro hac vice*)<br>Jeffrey L. Spector (*pro hac vice*)<br>**SPECTOR ROSEMAN & KODROFF, P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Tel: 215-496-0300<br>Fax: 215-496-6611<br>Email: jcorrigan@srkattorneys.com<br>jspector@srkattorneys.com |
|   | Gary I. Smith, Jr. (SBN 344865)<br>Samuel Maida (SBN 333835)<br>**HAUSFELD LLP**<br>580 California Street, 12th Floor<br>San Francisco, CA 94111<br>Tel: 415-633-1908<br>Fax: 415-358-4980<br>Email: gsmith@hausfeld.com<br>smaida@hausfeld.com |
|   | Daniel P. Weick (*pro hac vice*)<br>**HAUSFELD LLP**<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>Tel: 646-357-1100<br>Fax: 212-202-4322<br>Email: dweick@hausfeld.com |
|   | Reena A. Gambhir (*pro hac vice*)<br>**HAUSFELD LLP**<br>1200 17th Street, N.W., Suite 600<br>Washington, DC 20036<br>Tel: 202-540-7145<br>Fax: 202-540-7201<br>Email: rgambhir@hausfeld.com |
|   | Benjamin D. Brown (SBN 202545) |

3

Joint Stipulation and [Proposed] Order Regarding Briefing for Motion to Authorize Class Notice and Appoint Notice Administrator
3:21-cv-03825-AMO-LB

Daniel McCuaig (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., Suite 500
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699
Email: bbrown@cohenmilstein.com
dmccuaig@cohenmilstein.com

Manuel J. Dominguez (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Christopher J. Bateman (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: 212-838-7797
Fax: 212-838-7745
Email: cbateman@cohenmilstein.com

Michael J. Boni
Joshua D. Snyder (*pro hac vice*)
John E. Sindoni (*pro hac vice*)
**BONI, ZACK & SNYDER LLC**
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

*Counsel for Plaintiffs*

# [PROPOSED] ORDER

**It is hereby ordered** that the schedule on Plaintiffs' Motion to Authorize Class Notice and Appoint Notice Administrator shall be modified as follows:

| EVENT | PROPOSED DATE |
|---|---|
| Intuitive's Response to the Motion | December 8, 2025 |
| Plaintiff's Reply | December 19, 2025 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated _____ November 20, 2025         BY THE COURT:

_____
Hon. Araceli Martínez-Olguín
United States District Judge