1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Lead Case No: 3:21-CV-03825-AMO-LB<br><br>[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO AUTHORIZE CLASS NOTICE AND APPOINT NOTICE ADMINISTRATOR<br><br>The Hon. Araceli Martínez-Olguín |

|   |   |
|---|---|
| 1 | Upon consideration of Plaintiffs' Motion to Authorize Class Notice and Appoint a Notice |
| 2 | Administrator, Defendant's response, and Plaintiffs' reply, IT IS HEREBY **ORDERED** that the |
| 3 | motion is **GRANTED**. Plaintiffs' proposed notice plan is DEEMED AUTHORIZED, and A.B. |
| 4 | Data is HEREBY APPOINTED as Notice Administrator. It is further **ORDERED** that Plaintiffs' |
| 5 | notice plan commence as soon as A.B. Data is in a position to do so. |

**IT IS SO ORDERED.**

Dated: January 29, 2026         By: /s/ Araceli Martínez-Olguín

HON. ARACELI MARTÍNEZ-OLGUÍN

United States District Judge

---

[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO AUTHORIZE
CLASS NOTICE AND APPOINT NOTICE ADMINISTRATOR
1