Samuel Maida (SBN 333835)
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Jeffrey J. Corrigan (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com

*Plaintiffs' Co-Lead Counsel*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 3:21-cv- 03825-AMO-LB<br><br>**STIPULATION AND [PROPOSED] ORDER SCHEDULING A CASE MANAGEMENT CONFERENCE**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

Pursuant to Local Civil Rule 16-10 (c), Plaintiffs Larkin Community Hospital, Franciscan Alliance, Inc., and King County Public Hospital District No. 1, d/b/a Valley Medical Center, on behalf of themselves and the Class, and Defendant Intuitive Surgical, Inc. (collectively, the "Parties"), jointly request that the Court schedule a Case Management Conference. The last Case Management Conference was held on June 7, 2024. Since that time, the Court granted Plaintiffs' Motion for Class Certification (Order, Dkt. 333) and Plaintiffs' Motion to Authorize Class Notice and Appoint Notice Administrator (Order, Dkt. 359). Notice was mailed to the Class on February 19, 2026. The Court also held a jury trial in a related action, *Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc.*, No. 3:21-cv-03496, which is currently on appeal. As there are no pending deadlines under any operative scheduling order, the Parties submit that it is an appropriate time to hold a Case Management Conference to discuss scheduling in this matter.

NOW THEREFORE, the Parties respectfully request that the Court schedule a Case Management Conference on May 7, 2026, or as soon thereafter as its calendar permits.

Dated: March 10, 2026

By: /s/ Jeffrey J. Corrigan
Jeffrey J. Corrigan (*pro hac vice*)
Jeffrey L. Spector (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com
       jspector@srkattorneys.com

Benjamin D. Brown (SBN 202545)
Daniel McCuaig (*pro hac vice*)
Zachary R. Glubiak (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., Suite 800
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699
Email: bbrown@cohenmilstein.com
       dmccuaig@cohenmilstein.com
       zglubiak@cohenmilstein.com

By: /s/ William B. Michael
William B. Michael (*pro hac vice*)
Crystal L. Parker (*pro hac vice*)
Daniel A. Crane (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Paul D. Brachman *(pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: pbrachman@paulweiss.com

Joshua Hill Jr. (SBN 250842)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS &
TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Christopher J. Bateman (*pro hac vice*)
COHEN MILSTEIN SELLERS &
TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel: 212-838-7797
Fax: 212-838-7745
Email: cbateman@cohenmilstein.com

Gary I. Smith, Jr. (SBN 344865)
Samuel Maida (SBN 333835)
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: gsmith@hausfeld.com
       smaida@hausfeld.com

Reena A. Gambhir (*pro hac vice*)
HAUSFELD LLP
888 16th St NW
Washington, DC 20006
Tel: 202-540-7145
Fax: 202-540-7201
Email: rgambhir@hausfeld.com

Jeannine M. Kenney (*pro hac vice)*
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: 215-985-3270
Fax: 215-985-3271
Email: jkenney@hausfeld.com

Daniel P. Weick (*pro hac vice*)
HAUSFELD LLP
33 Whitehall Street, 14th Floor

San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

Attorneys for *Defendant Intuitive Surgical, Inc*

New York, NY 10004
Tel: 646-357-1100
Fax: 212-202-4322
Email: dweick@hausfeld.com

*Co-Lead Counsel for Plaintiffs and the Class*

Michael J. Boni
Joshua D. Snyder (*pro hac vice*)
John E. Sindoni (*pro hac vice*)
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com
         jsnyder@bonizack.com
         jsindoni@bonizack.com

*Counsel for Plaintiffs and the Class*

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that a Case Management Conference will be held on _____, 2026 at 10:00 a.m.

Pursuant to Local Civil Rule 16-10(d), by 12:00 p.m. PT at least seven days prior to the date of the Status Conference, the Parties shall file a joint Case Management Statement.

**IT IS SO ORDERED:**

Dated: _____, 2026

_____
Hon. Araceli Martínez-Olguín
United States District Court Judge

**FILER'S ATTESTATION**

I, Jeffrey J. Corrigan, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that the above-listed signatories have concurred in this filing.

DATED: March 10, 2026                    /s Jeffrey J. Corrigan
                                          Jeffrey J. Corrigan