Samuel Maida (SBN 333835)
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94104
Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS &
TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Jeffrey J. Corrigan (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com

*Co-Lead Counsel for Plaintiffs and the Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 4:21-cv-03825-AMO-LB<br><br>**STIPULATION REGARDING SCHEDULE AND PRETRIAL ORDER**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

Pursuant to the Court's Order, Dkt. No. 366, counsel for Plaintiffs Larkin Community Hospital, Franciscan Alliance, Inc., and King County Public Hospital District No. 1, d/b/a Valley Medical Center, on behalf of themselves and the Class, and Defendant Intuitive Surgical, Inc. (collectively, "the Parties") submit the attached [Proposed] Schedule and Pretrial Order.

NOW THEREFORE, the Parties respectfully request that the Court enter the [Proposed] Schedule and Pretrial Order attached hereto.

DATED: June 11 2026

By: */s/ Manuel J. Dominguez*

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS &
TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Benjamin D. Brown (SBN 202545)
Daniel McCuaig (*pro hac vice*)
Zachary Glubiak (*pro hac vice*)
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave., Suite 800
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699
Email: bbrown@cohenmilstein.com
        dmccuaig@cohenmilstein.com
        zglubiak@cohenmilstein.com

Christopher J. Bateman (*pro hac vice*)
COHEN MILSTEIN SELLERS &
TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel: 212-838-7797
Fax: 212-838-7745
Email: cbateman@cohenmilstein.com

Jeffrey J. Corrigan (*pro hac vice*)
Jeffrey L. Spector (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@srkattorneys.com
        jspector@srkattorneys.com

Jeannine M. Kenney (*pro hac vice*)
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: 215-985-3270
Fax: 215-985-3271
Email: jkenney@hausfeld.com

Reena A. Gambhir (*pro hac vice*)
HAUSFELD LLP
888 16th St NW
Washington, DC 20006
Tel: 202-540-7145
Fax: 202-540-7201
Email: rgambhir@hausfeld.com

Daniel P. Weick (pro hac vice)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: 646-647-1282
Fax: 212-202-4322
Email: dweick@hausfeld.com

Samuel Maida (SBN 333835)
Gary I. Smith, Jr. (SBN 344865)

| STIPULATION REGARDING SCHEDULE AND PRETRIAL ORDER | - 1 - | CASE NO. 4:21-CV-03825 |

HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94104 Tel: 415-633-1908
Fax: 415-358-4980
Email: smaida@hausfeld.com
        gsmith@hausfeld.com

*Co-Lead Counsel for Plaintiffs and the Class*

Michael J. Boni
BONI LAW FIRM LLC
1820 Rittenhouse Square
Philadelphia, PA 19103
Tel: 610-348-2526
Email: mike@boni.law

*Counsel for Plaintiffs and the Class*

Dated: June 11, 2026

By: */s/ William B. Michael*
William B. Michael (pro hac vice)
Crystal L. Parker (pro hac vice)
Daniel A. Crane (pro hac vice)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: wmichael@paulweiss.com
Email: cparker@paulweiss.com
Email: dcrane@paulweiss.com

Paul D. Brachman *(pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: pbrachman@paulweiss.com

Joshua Hill Jr. (SBN 250842)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
Email: jhill@paulweiss.com

*Attorneys for Defendant Intuitive Surgical, Inc*

STIPULATION REGARDING
SCHEDULE AND PRETRIAL ORDER
- 2 -
CASE NO. 4:21-CV-03825

**FILER'S ATTESTATION**

I, Manuel J. Dominguez, am the ECF user whose ID and password are being used to file this document. I hereby attest pursuant to N.D. Cal. Civil. L.R. 5-1(h)(3) that each of the other signatories to this document have concurred in its filing.

DATED: June 11, 2026                                    By: /s/ Manuel J. Dominguez

STIPULATION REGARDING                            - 3 -                            CASE NO. 4:21-CV-03825
SCHEDULE AND PRETRIAL ORDER