Samuel Maida (SBN 333835)
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94104
Tel: 415-633-1908
Fax: 415-633-4980
Email: smaida@hausfeld.com

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL LLP
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com

Jeffrey J. Corrigan (*pro hac vice*)
SPECTOR CALDES & CORRIGAN, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jcorrigan@scc.law

*Co-Lead Counsel for Plaintiffs and the Class*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 4:21-cv-03825-AMO-LB<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs Larkin Community Hospital, Franciscan Alliance, Inc., King County Public Hospital District No. 1 DBA Valley Medical Center (collectively, "Plaintiffs") submit this Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed with respect to the following portions of the Declaration of Professor Einer Elhauge, filed in connection with Plaintiff's Motion for Preliminary Settlement Approval:

| Document | Requested Sealed Materials | Designating Party |
|---|---|---|
| November 20, 2026 Declaration of Professor Einer Elhauge | Portions of the following:<br><br>Page 5, ¶ 9(d);<br><br>Page 19, ¶ 43 & n.60;<br><br>Page 29, ¶ 74(b) & n.89, n.90, n.92;<br><br>Page 31, ¶ 78 & n.100;<br><br>Page 32, ¶ 81 & Table 9;<br><br>Page 33, ¶ 82 & n.105. | Intuitive |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Plaintiffs request leave to file the Requested Sealed Materials under seal because Intuitive Surgical, Inc. ("Intuitive") designated the materials Professor Elhauge relied on in these portions of his declaration as CONFIDENTIAL, HIGHLY CONFIDENTIAL, or HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY pursuant to the Modified Protective Order, ECF No. 65, including material for which the Court previously granted Intuitive's request to redact in the June 17, 2025 Amended Omnibus Sealing Order, ECF 235. Intuitive must provide a compelling

reason for sealing the Requested Sealed Materials as the designating party. *See* L.R. 79-5; *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003) (applying the 'compelling reasons' standard because "the presumption of access is not rebutted where, as here, documents subject to a protective order are filed under seal as attachments to a dispositive motion."); *accord Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1098 (9th Cir. 2016). Highlighting has been added to indicate the portions of Professor Elhauge's declaration that rely on materials Intuitive has designated CONFIDENTIAL, HIGHLY CONFIDENTIAL, or HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY.

DATED: November 20, 2026

By: <u>*/s/ Reena A. Gambhir*</u>

Jeffrey J. Corrigan (*pro hac vice*)
Jeffrey L. Spector (*pro hac vice*)
SPECTOR CALDES & CORRIGAN, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
jcorrigan@scc.law
jspector@scc.law

Manuel J. Dominguez (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL LLP
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: 561-515-2604
Fax: 561-515-1401
jdominguez@cohenmilstein.com

Benjamin D. Brown (SBN 202545)
Daniel McCuaig (*pro hac vice*)
Zachary Glubiak (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL LLP
1100 New York Ave., Suite 800
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699
bbrown@cohenmilstein.com
dmccuaig@cohenmilstein.com
zglubiak@cohenmilstein.com

Christopher J. Bateman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL LLP
199 Water Street, 21st Floor

Reena A. Gambhir (*pro hac vice*)
HAUSFELD LLP
1200 17th Street NW, Suite 600
Washington, DC 20036
Tel: 202-540-7145
Fax: 202-540-7201
rgambhir@hausfeld.com

Jeannine M. Kenney (*pro hac vice*)
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: 215-985-3270
Fax: 215-985-3271
jkenney@hausfeld.com

Daniel P. Weick (*pro hac vice*)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: 646-647-1282
Fax: 212-202-4322
dweick@hausfeld.com

Samuel Maida (SBN 333835)
Gary I. Smith, Jr. (SBN 344865)
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94104
Tel: 415-633-1908
Fax: 415-633-4980
smaida@hausfeld.com
gsmith@hausfeld.com

New York, NY 10038
Tel: 212-838-7797
Fax: 212-838-7745
cbateman@cohenmilstein.com

*Co-Lead Counsel for Plaintiffs and the Class*

Michael J. Boni
BONI LAW FIRM LLC
1820 Rittenhouse Square, Unit 1401
Philadelphia, PA 19103
Tel: 610-348-2526
mike@boni.law

*Counsel for Plaintiffs and the Class*