**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: DA VINCI SURGICAL ROBOT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No.: 4:21-cv-03825-AMO-LB<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: The Honorable Araceli Martínez-Olguín |

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed, along with the statements and declarations filed in support of the motion submitted by the designating party, and pursuant to Civil Local Rule 79-5, finds that compelling reasons exist to support the filing under seal of the documents or portions thereof listed as "granted" in the following chart and grants the requesting party's motion to seal these documents or portions thereof where they appear on the public docket. The Court denies the request to seal any documents or portions listed as "denied" in the following chart.

| **Document title or description** | **Dkt. No. of redacted version** | **Dkt. No. of unredacted version** | **Dkt. No. of decl. in support of sealing** | **Party with burden to substantiate need to seal** | **Full or partial sealing sought** | **Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing)** | **Granted/ Denied (leave blank)** |
|---|---|---|---|---|---|---|---|
| November 20, 2026 Declaration of Professor Einer Elhauge | | | | Intuitive | Portions of the following:<br><br>Page 5, ¶ 9(d);<br><br>Page 19, ¶ 43 & n.60;<br><br>Page 29, ¶ 74(b) & n.89, n.90, n.92;<br><br>Page 31, ¶ 78 & n.100;<br><br>Page 32, ¶ 81 & Table 9;<br><br>Page 33, ¶ 82 & n.105. | | |

**IT IS SO ORDERED.**

Dated:

By:______________________________

HON. ARACELI MARTÍNEZ-OLGUÍN

United States District Judge